# **<u>EXHIBIT A</u>**

| OWNER | TRADEMARK | Reg. Date | Reg. No. | REGISTRAR | Classes |
|---|---|---|---|---|---|
| HERMES INTERNATIONAL | HERMÈS | 2/29/1972 | 930149 | USA | 03 |
| HERMES INTERNATIONAL | HERMÈS | 1/22/2013 | 4278653 | USA | 3, 6, 8, 9, 11, 12, 14, 16, 18, 20, 21, 22, 24, 25, 26, 27, 28, 34, 35, 41 |
| HERMES INTERNATIONAL | HERMÈS | 12/29/1998 | 2213940 | USA | 08, 09, 21, 28, 34 |
| HERMES INTERNATIONAL | HERMÈS | 6/27/1939 | 368785 | USA | 08, 14 |
| HERMES INTERNATIONAL | HERMÈS | 7/18/1939 | 369271 | USA | 14 |
| HERMES INTERNATIONAL | HERMÈS | 8/1/1939 | 369681 | USA | 18 |
| HERMES INTERNATIONAL | HERMÈS | 8/4/1987 | 1450841 | USA | 20 |
| HERMES INTERNATIONAL | HERMÈS | 8/15/1939 | 370082 | USA | 21 |
| HERMES INTERNATIONAL | HERMÈS | 3/9/1971 | 909653 | USA | 24 |
| HERMES INTERNATIONAL | HERMÈS | 8/8/1939 | 369944 | USA | 25 |
| HERMES INTERNATIONAL | HERMÈS | 10/8/1968 | 858299 | USA | 25 |
| HERMES INTERNATIONAL | HERMÈS | 1/16/2007 | 3198963 | USA | 35 |
| HERMES INTERNATIONAL | HERMÈS | 12/27/2005 | 3036116 | USA | 35 |
| HERMES INTERNATIONAL | HERMÈS | 8/15/1978 | 1099896 | USA | 42 |