# EXHIBIT E







| MetaBirkins | Last ◆ 3 | MetaBirkins | | MetaBirkins | Last ◆ 9.9 | MetaBirkins | | MetaBirkins | Best Offer | MetaBirkins | Best Offer | MetaBirkins | Best Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | 72 | | 12 | | 83 | | 76 | ◆ 0.01 | 63 | ◆ 0.15 | 78 | ◆ 0.03 |
| | | | | | | | | | | | Last ◆ 4.5 | | |
| ♡ 12 | | ♡ 5 | | ♡ 28 | | ♡ 10 | | ♡ 12 | | ♡ 6 | | ♡ 7 | |

| MetaBirkins | Last ◆ 1 | MetaBirkins | Best Offer | MetaBirkins | Best Offer | MetaBirkins | Best Offer | MetaBirkins | Best Offer | MetaBirkins | Best Offer | MetaBirkins | Best Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | 1 | ◆ 0.88 | 90 | ◆ 0.3 | 57 | ◆ 2.5 | 92 | ◆ 2.5 | 88 | ◆ 1 | 97 | ◆ 0.001 |
| | | | | | | | | | | | Last ◆ 4 | | |
| ♡ 25 | | ♡ 18 | | ♡ 6 | | ♡ 8 | | ♡ 9 | | ♡ 14 | | ♡ 12 | |