# EXHIBIT

# EXHIBIT



# TOWN&COUNTRY

MARCH 2021

TOWN & COUNTRY
15
LEGENDARY YEARS

The
LONG GAME
79 Things Worth
Waiting For

Escape to
the Farthest Place
on Earth
*Anonymity Guaranteed*

How to Smell Like
GRACE KELLY

ALT-IVIES
Where You Can Actually
Go to College Now

GOSSIP'S *ANNUS MIRABILIS*
ALL TEA. ALL SHADE.

Social Climbers'
REVENGE
From Palm Beach to Parliament

Michelle
PFEIFFER
Then. Now. Forever.



# STYLE SPY

THE IRON LADY'S SECRET WEAPON / IS THERE A NEW BARNEYS? / PRESTIGE PET PEACOCKING

The rereleased Shadow, seen here exclusively, is marked by a saddle-stitch technique perfected over 200 years.

**HERMES** BIRKIN SHADOW IN SWIFT CALFSKIN IN GOLD ($14,600), HERMES.COM

# BIRKINS *in the* Coal Mine

*There are surprising harbingers of normality dangling*
*from our arms. Are purse strings the new Hemline Index?*

BY LEENA KIM   PHOTOGRAPH BY ALLIE HOLLOWAY

Sometime last summer, at the height of the shlub-from-home era, the It bag seemed to be taking its final bow. Reports of its death had been greatly exaggerated before, but with nowhere to go apart from the occasional trip to the grocery store, this time felt different. As conventional wisdom had it, fanny packs were in, purses, at long last, out.

Well, the schadenfreude was short-lived.

The status handbag was just taking a break from the spotlight, like a movie star who has grown tired of the attention. Its Garbo-like retirement ended in November, when Christie's sold a rare Himalaya Kelly for $437,000. It was the highest price paid for a bag at auction, ever. And less than a month later, Christie's offered up the collection of Susan Casden, the West Coast doyenne who is so famous for her taste in handbags that Hermès named one after her, the Susan. The virtual sale, which featured, among other things, a kaleidoscope of beauties in leather, ostrich, and crocodile—even denim—exceeded estimates, raking in more than $900,000.

"In my view the handbag is the last thing we ladies will give up," says Casden, who won't confirm or deny the rumor that she approves all orders of her Hermès namesake. "No matter how the world turns, people will still need to carry things."

The booming numbers in the resale market confirmed that the pandemic didn't force high-end accessories into retirement, but rather into a leave of absence. And they may augur what has been an elusive state of mind: an increasing confidence in the return of something resembling normal. Economists once relied on the length of skirts to gauge the health of consumer spending. Should they consider a purse strings theory alongside the Hemline Index?

"People are at home and eager for the time when they can use these beautiful things again," says Caitlin Donovan, head of sale for handbags and accessories at Christie's. "They're really thinking about the future and investing with relish."

That pent-up energy was bound to explode eventually, primed by Netflix series like *Emily in Paris* and *The Queen's Gambit*, which found popular success thanks in no small part to the inventive wardrobes of their heroines.

> ❝ The handbag is the last thing we ladies will give up. No matter how the world turns, people will still need to carry things."
>
> — *Susan Casden*

"It was the timing," says costume designer Patricia Field, who armed the titular Emily with enough Chanel handbags to give new brand ambassador Charlotte Casiraghi a run for her money. "The mood of the show was perfect for what we're going through."

Earlier times of crisis also led to inflection points in self-decoration. In the wake of World War I came Jazz Age flappers, with their Cartier Art Deco jewels and embellished purses. The years following World War II brought about Dior's New Look and Gucci's bamboo bag, made from an easily importable material at a time of leather shortages. Handbags—the subject of a new exhibit now on view at London's Victoria & Albert

Museum through September—go back as far as 40,000 years, when hunter-gatherers used makeshift pouches to carry essentials. Hieroglyphics show men in ancient Egypt toting bags around their waists (the first murses?).

Eventually bags transcended mere functionality to become something more, symbols that convey status or power. Take Margaret Thatcher, who was so good at weaponizing her Asprey purse to intimidate her all-male cabinet that the term *handbagging* entered the Oxford English Dictionary.

In the aftermath of the past year, the most compelling draw for handbag-heads has proved to be not a signature clasp, label, or material, but rather discretion. Petite talismans of taste have replaced conspicuous displays of wealth. That record-breaking Kelly was particularly notable for its lack of diamond hardware and its compact size. "Smaller pieces have proved to be more collectible in recent years," Donovan says. Another case in point: The once sought-after Hermès Shadow—a trompe l'oeil study in understatement designed by Jean Paul Gaultier in 2009—has been reintroduced this season as an itty-bitty 25-centimeter bauble. Consider it an act of defiance against the canvas totes that were ubiquitous at the height of the pandemic, coupled with a newfound desire to pare down the baggage, but sensibly.

Casden herself purchased an Hermès Mini Lindy during lockdown. "It's the only one that can actually hold things," she says. Even Field, despite her reputation for outré getups, insists she is quite practical when it comes to her carryalls. "I love to throw my imagination out there, but not to a point where it becomes silly," she says. In other words, a microbag just won't do—where would you put the hand sanitizer? **TAC**

## IF THESE BAGS COULD TALK



**1921** Winston Churchill's dispatch boxes held secret documents. This one, created for him in 1921, is now on view at London's Victoria & Albert Museum.



**1939** Gas masks were obligatory for all UK citizens during World War II, so mask bags became essential. Even Queen Mary had one.



**1947** Thank postwar leather shortages—and copious imported bamboo—for one of Gucci's most enduring styles. No need to handle with care. GUCCI PADLOCK GG BAMBOO BAG ($2,490), MATCHESFASHION.COM



**2014** Telfar introduced the Bushwick Birkin, the world's first egalitarian It bag. TELFAR MEDIUM RED SHOPPING BAG (FROM $202), SHOP.TELFAR.NET



**2020** The Prada duffel that NBA star James Harden gave to rapper Lil Baby was subtle. Its contents, less so (a Richard Mille watch and $100K in cash). PRADA RE-NYLON BAG ($2,150), PRADA.COM

COURTESY SOTHEBY'S (CHURCHILL'S BOX); LIFE PICTURE COLLECTION/GETTY IMAGES (CHURCHILL); ERIC HARLOW/KEYSTONE/GETTY IMAGES (WWII); ALLIE HOLLOWAY (TELFAR); MITCHELL LEFF/GETTY IMAGES (HARDEN)









# FIRST OF ITS KIND/LAST OF ITS KIND





**US WEEKLY**

**Hillary Clinton**
'MY WORST
OUTFITS
EXCLUSIVE

**HEATH &
MICHELLE**

How she's coping

His friends' tearful
memorial service

# BRIT'S FIGHT TO GET WELL

**Bipolar and locked in a
psych ward, Spears has no
one to trust as she loses
control to parents she 'hates'**

Issue 679 ◆ February 18, 2008 ◆ usmagazine.com ◆ $3.99

Pricey Purses

*four*

# INVESTMENT BAGS

Pros tell Us what to know before purchasing any of those timeless carryalls carried by the stars BY CAROL MCCOLGIN



## WHO'S CARRYING IT
Katie Holmes, Victoria Beckham, Ashley Olsen

### SPECIAL FEATURES
Hermès introduced the iconic leather tote (also available in exotics such as ostrich) in 1984. It takes 18 to 25 hours for each bag to be made by hand at the atelier in Paris.

### WHAT IT SAYS ABOUT YOU
"You favor elegant, ladylike styles," says Scarlett Johansson's stylist, Annabel Tollman. "You're wealthy or having an affair with a gazillionaire!"

**HERMÈS** *Birkin* $7,500

**Q: How Long Can You Carry These?**

At FOREVER.

"These four bags are timeless. They will be chic for generations," says Tollman. "Power handbags like Hermès, Ferragamo, Tom Ford, Kelly, YSL Muse and more." But these classic styles will add to your closet for days."

## WHO'S CARRYING IT
Uma Thurman, Jessica Simpson

### SPECIAL FEATURES
C'est classic! In addition to chunky hardware, the satchel boasts the instantly recognizable LV Monogram canvas (created in 1896 by Georges Vuitton, son of Louis).

### WHAT IT SAYS ABOUT YOU
"You're a fashion diva! The bold logo shows you're not afraid to let others know how fabulous you are, expensive — and your bag is," says Tollman.

**LOUIS VUITTON** *Manhattan GM* $1,995

**CHANEL** *2.55 Quilted* $2,650

**BALENCIAGA** *First (a.k.a. Motorcycle)* $1,495

## WHO'S CARRYING IT
Penelope Cruz, Kate Hudson, Sienna Miller

### SPECIAL FEATURES
It takes 180 steps to create the 2.55 chain strap bag with the interlocking "logo. The original was made of jersey, but it has been recreated in lambskin, calfskin, patent leather and Coco Chanel's signature tweeds.

### WHAT IT SAYS ABOUT YOU
"You go for sleek, effortlessly cool styles," says Tollman. "You probably have a closet jam-packed with chic LBDs."

## WHO'S CARRYING IT
Gwyneth Paltrow, Sarah Jessica Parker, Kate Moss

### SPECIAL FEATURES
Each lambskin bag is hand-finished in Italy and colored with an untreated vegetable dye so that the color fades and ages with wear. Ultrasuave? You can custom-order the bag in crocodile (price upon request, balenciaga.com).

### WHAT IT SAYS ABOUT YOU
"You're a hip chick," Tollman tells Us. "You want something classic with a glam-rock edge."

**WHAT WILL ALSO BUY...**

$3,000

- Mortgage payment on a $500,000 home
- Approximately 5.7 pairs of Manolo Blahniks or 38 pairs of Nine West heels
- Five-night Caribbean cruise on Carnival ship
- Four car payments on a BMW SUV
- Samsung's 46-inch flat-panel LCD HDTV





SPRING'S NEW SPIN ON SIMPLE CLASSICS

URBAN CHIC

Marie Claire April 2000



NEW YORK AT ITS BES

# Absolute

AVRIL 2005 N: 2

| Falabella Horses | Aquavit | The Lesotho One Diamond | Acupuncture Facial | Mark Morris | Krav Maga | The F
an Safran Foer | The Eve Cocktail | Girls' School Girls | The Speedy Duojet | Anthony Goicolea | The All-Talk Wed
Magic Vanda | Jason Moran | Azzedine Alaia Wedge | Mustique | Fred Leighton Eggs | Tinsley Mortimer & the Tea



## The Better Birkin

One way to skirt the two-year wait list for an Hermès Birkin bag: on April 20, Doyle auctions a **CUSTOMIZED CROCODILE BIRKIN** to which the owner added 14 carats of pavé diamonds and a silver lock with an "H" picked out in diamonds. Condition: excellent. It should be—it was used exactly twice. The jewels, says Olivia Chantecaille, of Chantecaille Cosmetics, "elevate the Birkin bag to a whole new level. It was understated chic. With diamonds it's notice-me chic."

$25,000–$30,000 (ESTIMATED) AT DOYLE NEW YORK.

# Travels



LEFT: An 18th-century model carriage, made from paper by a Carmelite nun, sits on a table in a former office. The child's saddle, left foreground, belonged to Napoleon III's son.

tomer's initials. You move past these (not without a longing to tarry awhile) through locked doors and dark landings until you come to what is effectively the heart of an old, benign empire. Call it—as the antique lights flicker on and a vast variety of artifacts looms improbably into view—the Hermès museum.

Yet "museum" doesn't begin to do justice to what this inner sanctum discloses. It's more like an eccentric but sharp-eyed collector's hoard, a cabinet of curiosities, a vast treasure chest from the seven seas spilling through a couple of suitably discreet, half-forgotten rooms that start to look like the closed wing of a haunted castle. Here, suddenly standing out among a thousand objects, is a great 19th-century statesman's trav-

*continued on page 142*

*continued from page 138*
mark building on the rue du Faubourg Saint-Honoré, lies a fabulous collection of precious objects and historical paintings and drawings that has inspired generations of craftsmen yet remains virtually unknown beyond a small circle of insiders? To get to it, you have to go behind the scenes—a world away from the sumptuous display of silk scarves and ostrich-skin bags on the first floor—up narrow staircases and past small rooms where skilled artisans wield century-old instruments, trimming fabric, hammering leather or embroidering a cus-





LEFT: Photographs of the Hermès family are arranged on an antique desk, once used for company business. A 19th-century silver harness from Argentina hangs on the wall.

ABOVE: A Brazilian rosewood chest holds perfume bottles and other travel accessories by Odiot. The set was a wedding gift to Empress Teresa Cristina Maria of Brazil in 1843.

# ARCHITECTURAL DIGEST

THE INTERNATIONAL MAGAZINE OF INTERIOR DESIGN

SEPTEMBER 2005

## DESIGNERS' OWN HOMES





A private collection of art and objects above the Hermès boutique in Paris. See page 138.

SEPTEMBER 2005

Volume 62, Number 9
*Architectural Digest*,
6300 Wilshire Boulevard,
Los Angeles, CA 90048,
is published monthly by
The Condé Nast Publications,
4 Times Square,
New York, NY 10036.

To find Condé Nast
magazines on the
World Wide Web, visit
www.condenet.com.
To find *Architectural Digest*, visit
www.archdigest.com.

# Departments

32  LETTERS

38  CONTRIBUTORS

46  AD SHOPPING: ALL'S FAIR IN MAYFAIR
*Carleton Varney Extols New and Old Favorites
near His London Home*
Text by Wendy Moonan
Photography by Jonathan Pilkington

72  DISCOVERIES BY DESIGNERS
*Architectural Digest's Editors Present
Designers' Sources*

90  BOOKS: HOT OFF THE PRESS
*Visual Romps Through America, Pursuing
the Muse and Other Devilish Business*

114  DESIGNERS' OWN LINES:
NECESSITY MEETS INVENTION
*When Finding the Perfect Piece or Accent Is a
Matter of Creating It*

138  AD TRAVELS: TRÉSORS D'HERMÈS
*A Unique Private Collection Above the Paris
Boutique Enchants and Inspires*
Text by Michael Peppiatt
Photography by Marina Faust

150  THE PROFESSIONALS: MARJORIE SHUSHAN
*With Quiet Determination, the Designer
Follows Her Own Path*
By Nicholas von Hoffman

168  ESTATES FOR SALE: EDITORS SELECT
PROPERTIES AROUND THE WORLD
*England, Austin, Hawaii, Aspen, Sonoma…*

288  AD DIRECTORY
*A Listing of the Designers and Architects
Featured in This Issue*

Hand-painted porcelain from the Paris shop Giovanna Amoruso-Manzari. See page 72.



# Trésors d'Hermès

## A Unique Private Collection Above the Paris Boutique Enchants and Inspires

Text by Michael Peppiatt/Photography by Marina Faust



**ABOVE:** Hermès has a private museum above the original boutique on Paris's rue du Faubourg Saint-Honoré.



**ABOVE:** An array of historical objects and artwork, acquired by past and present members of the Hermès family, is displayed in several rooms. The collection has been a source of inspiration for generations of designers.

**P**ARIS IS THE SECRET CITY par excellence. Beautiful cobbled courtyards full of sculptured stone lie behind closed doors, while on either side of the Seine high walls shut off ancient monastic gardens, which, from the full-throated birdsong in their treetops, you can guess are there but never get to see. It is a city that shows its everyday appearance to the casual passerby but reserves its deeper, more magical side for those with the passion and curiosity to find out what lies behind the façade.

Who would have thought, for instance, that behind the stately façade of Hermès, the famous design store whose headquarters occupy a land- *continued on page 140*

## Travels

BELOW: Miniature replicas of Hermès bags, made in the 1950s, are flanked by model carriages. BOTTOM: The late-19th-century riding habit was worn by Emile Hermès's wife.

RIGHT: Stirrups from South America, Africa, Europe and Asia are in the cabinet behind a saddlemaker's horse and an assortment of saddles from the 18th and 19th centuries.







continued from page 140

eling case, complete with ivory-handled razors and silver drinking vessels; there, a beautifully decorated rocking horse that might have belonged to our great-great-grandmother when she was a child; and there, a Russian coachman's velvet hat, an empress's embroidered saddle, a lady's ancient but well-preserved purse, now containing only the dust and poetry of the past. Your eye wanders around, growing accustomed in the half-light to the rich mixture of textures and meaning, lingering on a pair of crocodile hunting boots; an early view of the horse-racing center of Chantilly, just north of Paris; or a set of brass livery buttons embossed with the armorial bearings of some aristocratic (and now quite conceivably defunct) family. How, you wonder, could these alluring and finely made objects ever have been made to rub shoulders?

"My grandfather Emile Hermès, who purchased this
continued on page 144



The TV is five inches thick.
Not the instruction manual.

HDTVs with astoundingly simple
ClearThought™ technology.
Just a few of the many ingenious products
you'll find at mitsubishielectric.com/tv.

MITSUBISHI
ELECTRIC

## Travels

*continued from page 142*

building for the family firm in 1923, was a passionate collector," explains one of his heirs, Jérôme Guerrand-Hermès, sitting at a handsome desk in the museum from which generations of his family have directed the firm's fortunes. "Emile was forever prowling around the salesrooms and the antiques dealers, fascinated by fine workmanship and always on the lookout for ideas to reinvent or bring up to date. So when he came across a particularly fine old harness or a revolutionary-era traveling case full of silver-

as their great-grandparents would have used. To say that the firm functions as a big happy family to which each member brings his or her expertise is no doubt to overstate the case. But watching a designer readjust a window display after consultation with an in-house colleague, one gets the impression that Hermès exists, and has always existed, because everyone who works there is clearly passionate about quality.

As he talks enthusiastically about the family's beloved museum, Guerrand-Hermès fre-

> "Museum" doesn't begin to do justice to what this inner sanctum discloses. It's more like an eccentric but sharp-eyed collector's hoard, a cabinet of curiosities.

topped flasks and secret compartments, he couldn't resist —even though my grandmother certainly used to tick him off for his extravagance! Then he'd bring his latest acquisitions into the office here and show them to his craftsmen, who would be so bowled over by the beauty and ingenuity of the objects that they'd often use them to come up with new designs and techniques. And that's become an uninterrupted tradition in our firm: Even today our designers and artisans come to these rooms regularly to look at what's been assembled and to draw inspiration from the achievements of the past."

That sense of tradition is particularly alive at Hermès, where, in small ateliers all over the building, craftsmen are stretching and tacking the finest leathers for custom-made saddles with the same techniques and even the same tools

quently emphasizes how important he feels continuity to be, but a continuity born of change and reinvention. "My grandfather, who did so much to mold the family firm, was an intensely curious man," he comments fondly. "He was always searching, always traveling, always trying things out. When he went to the United States and Canada during World War I, for instance, he was intrigued to find that the cloth top on his Cadillac opened and closed with a zipper. As soon as he got back to Paris, he adapted the idea so that it would work on handbags and suitcases—and later on clothes. He loved to see how things worked, then make them better or different. And he passed on that gift of curiosity to his children and grandchildren. He allowed me as a small child to wander around his collection—I used to play
*continued on page 146*





Conservatories · Orangeries · Skylights · Poolhouses

PARISH CONSERVATORIES

Beautiful English handcrafted conservatories available through architects, designers or our local design offices.

Please call **1.800.761.9183**   www.parishconservatories.com

## Travels

continued from page 144

on that rocking horse, for instance—and find out for myself what made these lovely things tick."

The idea of a small boy experimenting with some of the priceless objects on view is fairly alarming (the rocking horse in question was originally made for Napoleon III's son); but one soon understands that what is most important for the Hermès family is that the museum should be a living, vital place. Very few things are shut away in glass cases or sequestered behind ropes, and visitors are encouraged to pick up this or that small marvel of precision—a shagreen-covered telescope, a Qing Dynasty saddle that, rumor has it, was once used on lion hunts, or a finely crafted pair of silver spurs—and see how the item really works. The lucky few to have been accorded this privilege (a glance at the visitors' book reveals) include Alphonse XIII of Spain, Marlene Dietrich, Andy Warhol, Grace Kelly (who gave her name to one of Hermès's most popular handbags), Richard Nixon and the Duchess of Windsor.

"The people who come here often have a special relationship with Hermès," says Guerrand-Hermès. "Did you notice that leather-covered wheelbarrow over there? Well, that was made especially for the

> Suddenly standing out among a thousand objects are an embroidered saddle and a lady's well-preserved purse.

Duke of Windsor, who came into the store one day looking for a present to give the duchess. When we suggested some perfume, the duke replied: 'Oh no, she's already got a wheelbarrow full of perfume.' So we thought for a while and decided to take him at his word by making a beautiful little wheelbarrow for him in which the duchess could keep all her perfumes nicely grouped together. And many years later, when the duchess's estate was dispersed, we managed to buy the wheelbarrow back for the museum. It began as a moment's whimsy, and now it's one of our most prized possessions." □



# VOGUE

MAR

## Angelina Jolie
Single Mother,
UN Ambassador
& Colin Farrell's
Leading Lady

THE
POWER
ISSUE

600+
pages of
SPARKLING
SPRING
STYLE

THE POWER
OF A NAME
Caroline
Kennedy's
Crusade

POWER
BLONDES
Inside the World of
a Park Avenue
Princess
by Plum Sykes

POWER TRACK
Why Alicia Keys
Will Never Be Britney

POWER MAKEOVER
What Is the Price
of Perfection?

THE POWER DIET
Surviving Raw Food
Boot Camp

PLUS
Tom Ford
Lee Bontecou
Zaha Hadid
Donna Karan
Scarlett Johansson

U.S.A.   $3.99
CANADA $4.99
FOREIGN $4.99

03>

357079

# last look

editor: Michelle Sanders

*hermès birkin 25*



*a*s birthday parties go, it was pretty darn swell. The sultan of Brunei threw a shindig to end all shindigs when he celebrated his fiftieth in 1996 with an evening that cost a mere $25 million. In a similar spirit of excess, Hermès trumpets the twentieth *anniversaire* of one of its most iconic bags with a new scaled-down version, the Birkin 25. The original *sac* might have been created under relatively humble circumstances—Mme. Serge Gainsbourg needed a bag to tote around Paris whatever hip young Parisiennes needed to tote around in 1984—but baby, look at you now. The 25 is crafted from *braise*-shaded crocodile, with an 18K-white-gold clasp and padlock that's studded with diamonds totaling nearly six carats. The cost? A cool $81,000. But, hey, when the party's going this well, who's counting? □

RAYMOND MEIER. Prices approximate. *Details*, see In This Issue.

THE NEW WOMEN'S MAGAZINE ABOUT LIFE'S GREAT NECESSITIES

# VITALS
## WOMAN

USA

AT YOUR SERVICE *spring 2005*



UPTOWN CHIC
**SPRING'S 284 ESSENTIALS**
**BIG SKIRTS
ROMANTIC FLORALS
SEXY HEELS**
+ THE "IT" DRESS OF THE SEASON

INVEST!
**SHOPPING FOR CLOTHES CAN MAKE YOU MONEY**

INDULGE!
**JUMPING THE HERMÈS WAIT LIST**

# HILARY SWANK
## KNOCKOUT!
**THE AWARD-WINNING ACTRESS PULLS NO PUNCHES**

HOW TO
**WALK LIKE KATE MOSS
GET BARDOT HAIR
PARTY WITH MARC JACOBS**

$4.95US $5.95CAN

0 74820 08514 1    51>

**& FORGET THE HAMPTONS: WHERE TO BUY YOUR NEXT COUNTRY HOUSE**



SIGNS

*fyi*
Hermès
patrols eBay
20 hours a
week for fake
Birkins.

*(bags)*

# THE CULT OF HERMÈS

## THE HANDMADE BAGS THAT HAVE BECOME THE SINE QUA NON OF ELEGANCE



> *Name:* HAUT À COURROIES bag
> *Price:* IN LEATHER, ABOUT $6,100; IN OSTRICH, ABOUT $11,100
> *Wait List:* 2 YEARS
> *Date of Birth:* 1892
> *Fun Fact:* This is the original Hermès bag, based on
> the saddlebags used by European aristocracy.

**"It's easier to get a liver transplant than a Birkin."**
*Cameron Silver,* OWNER OF DECADES VINTAGE BOUTIQUE

## GET YOUR HANDS ON AN HERMÈS BAG NOW

**QUICKIE**

The proper way to wear your Birkin is to tuck its flap inside and slip the two belt straps through the metal holders. Insert the key into the lock and let it hang.

Though it can seem impossible to track down a real Hermès bag (if you're not both rich and famous), the intrepid shopper will always find a way. Check **Maxfield Los Angeles** (310-274-8800), which keeps a wall of vintage Hermès under lock and key, and **Decades** (323-655-0223), where owner Cameron Silver keeps a healthy circulation of gently used bags. In Paris, visit the trusty secret of European stars on the hunt for handbags, **Le Monde du Voyage** at the Porte de Clignancourt flea market (STAND 15, ALLÉE 3, MARCHÉ SERPETTE; LEMONDEDUVOYAGE.COM). If you come across some grande dame's Hermès collection, the Costume Institute at the Metropolitan Museum of Art recommends bringing it to Terin Fischer, owner of New York consignment shop **Fisch for the Hip** (212-633-9053), who's renowned for deciphering a real bag from a really good copy. She also resells Hermès bags "like hotcakes."

On the Internet, **Ebay** has the widest selection, and a special Escrow account feature that will protect buyers from getting burned on a fake. For competition that's not as fierce, try CREATEURSDELUXE.COM, PIECEUNIQUE.COM, ENOKIWORLD.COM and HERMESGALLERIA.COM. If all else fails, don't relent. You can make friends with an Hermès salesperson, says Silver, who suggests that beating the wait list may indeed be humanly possible. —BROOKE KOSOFSKY

PHOTOGRAPHS BY JEFF HARRIS. ADDITIONAL REPORTING BY NORA STEGLICHE

YOU ARE HERE ▼

| page 56 | page 76 | page 146 | page 196 |
| cult | cultured | couture | customs |



*Name:* BIRKIN
*Price:* IN CROCODILE, ABOUT $17,100; IN LEATHER, ABOUT $5700
*Wait List:* 2 YEARS
*Date of Birth:* 1984
*Fun Fact:* The chairman of Hermès created this bag for Jane Birkin after watching her try to shove her bag in a plane's overhead compartment.



*Name:* THE TRIM
*Price:* IN CANVAS AND LEATHER, ABOUT $3050; IN LEATHER, ABOUT $3175
*Wait List:* AVAILABLE FOR SPRING
*Date of Birth:* 1958
*Fun Fact:* Made famous by Jackie O., who carried the bag while on vacation in Capri.



*Name:* SHOULDER BIRKIN
*Price:* IN LEATHER, APPROXIMATELY $7000
*Wait List:* AVAILABLE FOR SPRING
*Date of Birth:* SPRING 2005
*Fun Fact:* Designed by Jean Paul Gaultier.



*Name:* KELLY
*Price:* IN LEATHER, ABOUT $5800; IN CROCODILE, ABOUT $13,600
*Wait List:* 1 YEAR
*Date of Birth:* 1956
*Fun Fact:* Grace Kelly concealed her pregnancy with one in a *Life* magazine photo.

*All available at Hermès stores nationwide; 800-441-4488.*

---

**IN THE CULT**

- Nicky Hilton
- Renée Zellweger
- Elle Macpherson
- Kate Moss
- Eve
- Gwyneth Paltrow
- Jodie Foster
- Claudia Schiffer
- Lil' Kim
- Martha Stewart
- Renée Rockefeller
- Sarah Jessica Parker
- Naomi Campbell





**HOW TO**   MAINTAIN AND REPAIR

Even bags meant to last a lifetime eventually show signs of wear. Hermès will repair your bag in its New York or Los Angeles workshops at any point after purchase. And if a bag is badly damaged, the company will return it to its atelier outside Paris to be cared for by an in-house artisan.

Though the service is free, even basic fixes take at least two weeks. For a faster turnaround, send your broken bag to the same guys Louis Vuitton and Gucci call for help: **Rago Brothers Shoe Repair** (FROM $75 TO REFINISH THE OUTSIDE; FROM $225 TO RELINE; RAGOBROTHERS.COM). Tony and Tom, who also repair Whitney Houston's bags, will recolor, repipe, reline and resuscitate your Hermès.

—BROOKE KOSOFSKY

BOTTOM LEFT TO RIGHT: JEAN-PAUL ABADSANDS/WIREIMAGE.COM; LONDON ENTERTAINMENT/SPLASH NEWS; KATELISE ABRUSSINITH/SPLASH NEWS; JACK LIEBING/SPLASH NEWS



SPECIAL INSIDERS ISSUE

SPA SWEEPSTAKES WIN A BEAUTY WEEKEND AWAY

THE ULTIMATE GUIDE TO THE BEST Hairstylists • Manicurists • Colorists
Bikini Waxers • Blow-Dry Pros • Masseurs • & Much, Much (Much) More

# allure

THE BEAUTY EXPERT

MARCH 2000

## 178
### Secrets From The Best Beauty Sources

## 21 Hair Tips For Everyone
**From Madonna's Mane Man**

**Why Is CHARLIZE THERON Winking?**

USA $2.95
CANADA $3.95
FOREIGN $3.95

**BRAND-NEW MAKEUP**
The Freshest Spring Colors

**Flawless Skin At Your Fingertips CONCEALER 101**

0  75110 08429  5

03>


a to z

# Grabbed Bags

From a GG'd clutch to an FF'd baguette, most accessories of the moment change with the wind. But some handbags weather any storm, surviving on their own merit: Louis Vuitton's accessories pouch can hold a full-size wallet and cell phone yet double as an evening bag. Others earn a following through careful planning: Prada's bowling bag was given to fashion editors at the spring runway show. Some bags are simply so cool, their appeal cannot be explained. Of her denim-and-leather Hermès Birkin bag, Kate Moss admits, "I love it because I love it. I love it because it's genius." —MICHELLE MAGUIRE



PRADA leather bowling bag, $870.

HERMÈS canvas-and-leather Birkin bag, $5,000.

TOD'S leather City bag, $1,300.

LOUIS VUITTON leather accessories pouch, $130.

# MULLET OVER



THE LADY MULLET

THE MOVIE STAR

The mullet is no mere haircut. In *The Mullet: Hairstyle of the Gods* (Bloomsbury, $14.95), Mark Larson and Barney Hoskyns celebrate the short-in-front-long-in-back haircut strand by strand. The book traces the mullet's roots back to the dawn of civilization, suggesting that "depictions of Neanderthal Man...with a short-on-the-top-but-long-and-scraggly-at-the-back do may explain the popularity of 'Ape Drape' as one of the Mullet's many synonyms." (Other aliases for the hairstyle include the Sho-lo, the Shlong, the Mud Flap, the Beaver Paddle, and the Camaro.) The book's most useful—and side-splitting—information comes in the Mall of Fame chapter, which profiles the variety of mullets, from the Nashville (a.k.a. the Achy Breaky) to the Lady Mullet (a.k.a. the Duck and Cover). While the style has come in and out of fashion, Larson predicts it will never completely disappear: "A mullet has the power to raise the ordinary person to extraordinary status." —RORY EVANS



# Stink Tank

It's a dirty job, but somebody's got to do it—test deodorant, that is. So when Unilever introduces a new one—most recently, Dove Anti-Perspirant—it relies on what might be called its Armpit Corps of Engineers. "We've never been able to replicate the human nose," explains Judy Rahn, clinical science manager for Unilever. "It's the most sensitive instrument out there." The troops are divided into sniffers, sweaters, and—for lack of a better word—stinkers. The sweaters test wetness by spending 80 minutes in a 100-degree sauna with moisture-collecting pads under their arms. Stinkers test odor after a week without deodorant. Once they've achieved a suitable level of gaminess, the stinkers have their pits judged by the sniffers. The stinkers then start wearing deodorant, checking back to see how well the product is working. Most stinkers welcome the deodorant with open armpits. "You walk into that room and it's pretty stinky," Rahn acknowledges. "We're happy to get them treated." —LINDSY VAN GELDER

For photographers' credits and details, see Credits page.





BAZAAR STYLE
# Counsel
EXPRE

Louis Vuitton Speedy.

Dior Saddle.

Anya Hindmarch
Blue Label tote.

Chanel 2.55
evening bag.

Rosanna
Arquette with
Marc Jacobs
Venetia.

Kate Moss
with Hermès
Birkin.

Christy Turlington
with Balenciaga
Classic.

Hilary Swank with
Fendi Baguette.

**Hermès Birkin. Introduced:** 1984. When Jean-Louis Dumas-Hermès sat next to actress Jane Birkin on a flight, he was appalled by her ratty, broken straw tote, and offered to design her a bag that could hold everything she might need but remain looking chic. The waiting lists stretch to years and it recently starred in an episode of *Sex and the City*. **Usual suspects:** well-groomed with a bohemian twist; Sarah Jessica Parker, Gwyneth Paltrow, Charlotte Gainsbourg.

**Chanel 2.55 or quilted bag. Introduced:** February 1955 (hence the name). Coco Chanel designed the classic little shoulder bag in 1929 when she tired of carrying around a clutch bag. In 1955, it morphed into its present style, when quilting was added. Possibly the world's most-copied bag, it is a perennial favourite of the old-money charity circuit and is finding favour with edgier young socialites for its classic good looks and ironic association with manicured ladies-who-lunch. **Usual suspects:** socialites and subversives; Brooke Astor, the Hilton sisters, Christina Ricci.

**Anya Hindmarch Blue Label tote. Introduced:** September 1999. It's not hard to see why Hindmarch was named British Accessories Designer of the Year for 2001. She has created a cult for her witty yet practical photo-print tote bags. So popular are they, that she launched Be a Bag this year, so that customers can have their own photos turned into a one-off Hindmarch classic. **Usual suspects:** glamorous with a sense of humour; Sadie Frost, Deborah Messing, Sophie Dahl.

**Balenciaga Classic. Introduced:** spring 2001. Designed b Ghesquière, the Classic, with its trailing fringes and tough-c looks vintage and quickly became the bag of choice for fash ers. It says the wearer is hip to the new cult item but blasé abc **Usual suspects:** tough chicks and bohemian babes; Kate Mos Dunst, Nicole Kidman.

**Marc Jacobs Venetia. Introduced:** 2000. Named al Jacobs' stylist, Venetia Scott, the Venetia harnesses that vir 1960s appeal and adds practicality for the modern lifestyle. Lik version of a doctor's bag, it holds a whole life, looking at once l polished. **Usual suspects:** Jacobs' own arty friends from the fashion, film and music; Sophia Coppola, Rosanna Arquette.





**CLASSIC COMBINATION**
"I like a cozy environment,"
says Aerin, 29, whose
bedroom is littered
with family photographs.
"Jane's taste is more
like our parents'."

Bazaar Feb. 2000



# the Daily mini

INSIDE FASHION

DECEMBER 2006
(COLLECT & DISCUSS)

## Party Time!

## 301 very sexy secrets for your FASHION HOLIDAY!

FROM
Gisele,
Francisco Costa,
Carolina Herrera,
Marc Jacobs,
Vera Wang,
Tom Ford,
Dolce & Gabbana...



**71 FEST-DRESSED!**

**46 SEEING STARS** FGI crowns new fashion royalty—with the help of Gwyneth and Julianne

**48 MASQUERADE** Life is a costume party for you, *n'est-ce pas*? Your hautest Halloween yet…

**50 TOP NOTE** Tom Ford's Black Orchid fragrance launch lures Donatella, Carine, and his gorgeous new muse

## YOU'RE TOTALLY INSIDE!

**53 MOLTO SEXY** Dolce & Gabbana open their hearts…and their shirts!

**58 HERMÈS-OLOGY** It's so much more than the house that Birkin built

## YOUR HOLIDAY OBSESSIONS!

**65 WHERE YOU'RE GOING** Nobody travels quite like you, darlings. Your holiday sojourns are so glam, Gstaad seems staid and Chamonix seems shabby!



**65**

**71 WHAT YOU'RE WEARING** Eight chicettes dress to the nines

**84 WHAT YOU GIVE & WHAT YOU WANT** Your hearts are as BIG as your lists!

**90 HOW YOU INDULGE & DE-BULGE** Liquid dinners, carb restrictions, unrestrained nosh fests—you confess your sins…and your penance!

## AND MORE BONBONS!

**102**

**95 GAMES** Horoscopes… Art Lookalikes…Match the fash-insiders to their New Year's resolutions

**104 MINI QUIZ!** It's nearly year's end, and this is your final exam, dear readers…until 2007, that is. *Bonne chance*, and *bonne année!*

**58**



# Hermès-ology

It's gift-giving season, and what do you think of when you think of gifts? Hermès, *bien sûr*! Scarves, leather goods, jewelry, ready-to-wear...the house is known for its painstaking craftsmanship and refusal to rush or scrimp. These days, France's esteemed luxury label is most famous for the Birkin, but Hermès was born 150 years before launching the eternal "It" bag. Now's the time for a MINI history lesson, so grab your Hermès agenda and take notes! BY MALERIE WILLENS

## "At Hermès, the inside should be as impeccable as the outside."

—THE AUTHOR COLETTE, ON THE HERMÈS TRADITION OF MAKING ITS BAGS INSIDE OUT AND THEN TURNING THEM OUTSIDE IN TO REVEAL THE FINISHED PRODUCT

### 1837

Hermès Frères is founded by **Thierry Hermès** as a saddlery and harness-making company.

### 1878

**Charles-Emile Hermès** succeeds his father. In 1880, the company relocates to 24 Faubourg Saint-Honoré (where it remains to this day!) and, in addition to saddles, begins making leather goods.

### 1892

Hermès introduces the Haut à Courroies, a precursor to the Kelly and Birkin. The house counts royalty among its clientele.

**King Carol I of Romania was a fan of Hermès.**



INSIDE

Jane Birkin and friend at the Paris store. The second Hermès New York store will open in Lower Manhattan this spring. Better line up now!

**1920s**

Charles-Emile's sons, **Adolphe** and **Emile-Maurice**, take over and introduce the zipper to France. The first ladies' handbag with a zip closure is the Bolide.

The Hermès horse-and-carriage logo was inspired by the art of Alfred de Dreux.

**1929**

In Paris, Hermès shows its first ready-to-wear collection for women.

**1930s**

Hermès produces its first silk scarf, similar to the colorful blouses worn by jockeys. The house also introduces fragrances and pocket diaries.

**1940s**

Hermès begins making ties when the Cannes store director suggests selling neckwear to men who arrive at the Casino underdressed. The orange box, *bolduc* (the famous ribbon!), and horse-and-carriage logo make their debut.



Producing a Kelly bag takes 18 hours of work. It comes in many sizes....

WE LOVE THE KELLY **MINI** (1968) AND THE **MINI-MINI** (1991)!

**1951**

**Robert Dumas-Hermès** heads the company; his brother-in-law **Jean-René Guerrand-Hermès** is a close collaborator. The Faubourg store windows become meeting places for the fasheratti.

**FUN FACT!**
Grace Kelly once used an Hermès scarf as a sling for her broken arm!

**1956**

The Kelly bag, first produced by Hermès in 1930, gets its name when **Grace Kelly** appears in *Life* magazine carrying one, allegedly to hide her pregnancy. Later, **Queen Elizabeth** wears an Hermès scarf in a portrait for a British postage stamp.

**1961**

Hermès introduces its legendary fragrance Calèche. *Calèche* means "horse-drawn carriage," like the one in the company's logo.



**INSIDE**

Each scarf is woven from the cocoons of 250 silkworms.

Virtually every 20 seconds, an Hermès scarf is sold somewhere in the world!

**1960s**

Celebrities and royalty go wild for the brand. **Jackie O** popularizes the Trim bag, which is made of colorful leathers and is still well-loved.

**1970s**

The first Hermès shoe collection hits stores (though the company began making shoes in the 1930s), and its first complete men's ready-to-wear collection is inspired by "weekend relaxation." And with its extra-wide monochrome bracelet, the house enters the world of enamel.

**1978**

**Jean Louis Dumas** (right) becomes the head of the company (he remains so today) and launches the Hermès watch.

WWW.FASHIONWEEKDAILY.COM • *THE DAILY* MINI DECEMBER 2006 • 61



There are 188 sizes of orange boxes!

**1984**

Hermès creates a large bag for actress and singer **Jane Birkin,** replacing the straw basket and tapestry purse she had been carrying.

**1990s**

The company wins a packaging Oscar, adds a children's line and bedwear to its Art of Living department, and introduces 10 new watches and four new fragrances.

**1998**

**Martin Margiela** joins Hermès as head of womenswear.

**FUN FACT!**
It takes 18 to 25 hours of work to produce a Birkin.
The bag comes in six different sizes.





Wallis, Duchess of Windsor, with a croc Haut à Courroies

Constance craving: *Harper's Bazaar* editorial featuring a leather-and-linen Constance bag

Riding high: Hermès' equestrian chic in *Bazaar*, a look Jean Paul Gaultier paid homage to with his first collection for the house nearly two decades later



Another witty take on the Hermès scarf in *Bazaar*

Linda Evangelista with her Jean Paul Gaultier–customized Birkin

For his runway debut, Jean Paul Gaultier shortened the height of the Birkin to create this luxe, must-have carryall.

Another fall hit: a pint-size Kelly



### THE PLUME
**Introduced:** 1930.
**Famous fans:** Catherine Deneuve (left), Carla Sozzani.
**Most-wanted style:** The often-copied bag is best in the pared-down, throw-over-your-arm, 27-cm size; go for a luxe skin. Due to their renewed popularity, early-'90s Plumes are the hottest on the vintage market. A leather one costs about $2000; the coveted croc between $6000 and $8000.



### THE CONSTANCE
**Introduced:** 1960s.
**Famous fans:** Suzanne Saperstein (left).
**Most-wanted style:** The closest thing to a logo bag by Hermès, the Constance has bold hardware that looks best with ladylike Easter hues, like pale pink and green. Black versions from the bag's early days of production are in demand at vintage stores and cost around $2000.



### THE BIRKIN
**Introduced:** 1984.
**Famous fans:** Jane Birkin (far left), Demi Moore (left), Lucy Liu, Naomi Campbell.
**Most-wanted style:** The smallest size—25 cm, like Moore's black version—is causing a frenzy. At vintage and consignment stores, getting your hands on a Birkin in the bright blue denim color would be a major score. Often, prices soar above retail, and bags in basic leather can cost close to $8000.

123



Case 1:22-cv-00384-JSR   Document 1-9   Filed 01/14/22   Page 40 of 46

# 350 objects of desire

# ELLE

**THE ULTIMATE FASHION WISH LIST:**
COZY SWEATERS, SEXY SHOES, COOL BAGS AND MORE

## A SEASON OF
# Joy

**THE BEST BEAUTY GIFTS**

# HAPPINESS: A NEW FORMULA

**PLUS: HOLLYWOOD GOES PSYCHO**

WWW.ELLEMAG.COM
KEYWORD ON AOL:ELLE
DECEMBER 1998
USA $3.50
CANADA $4.50

0  274001  4



# Tote Couture

If you can stand the wait (about eighteen months), the price ($5,200 on average for a medium-size one in leather), and the envy it's sure to incur, carrying a handmade Birkin will guarantee you've got true style in the bag. With luxury goods racking up big sales, it's no surprise that the Hermès Birkin tops everyone's wish list right now. Named for actress Jane Birkin (her straw tote was the inspiration, catching the eye of Hermès CEO and Chairman Jean-Louis Dumas when he sat next to her on an airplane in 1984), the hand-stitched carryall comes in a plethora of materials, from leather to lizard to the latest incarnation,

Birkin bags in leather, leather-and-canvas, and Amazonian rubber, Hermès, $4,350 to $5,225.



a sleek rubber called Amazonia, harvested from the hevea tree by the Yawanawas tribe of Brazil (think Princess Grace meets Emma Peel). This season, also look for versions sporting cool new silver hardware. After the Kelly bag, the chic-but-practical Birkin, available in three sizes, is Hermès's most popular style, with celebrities and models—including Linda Evangelista and Elle Macpherson—among its high-profile fans. "They're distinctive, roomy, and durable: They last forever," Hermès spokesperson Ellen Niven says when asked to explain their phenomenal appeal. "They have history and character."—HILARY STERNE

**At Hermès Boutiques nationwide. For details, see Shopping Guide.**—FASHION EDITOR, ELLYN CHESTNUT

# object ofdesire

## THE BIRKIN BAG

Joanna Hughes falls in love with something she hasn't even set eyes on yet.



It's getting so that it's not even safe for me to go to the movies. You'd think that sitting in the dark for almost two hours would put the lid on shopping, but a truly dedicated shopper can get fired up even over the popcorn.

So I went to see *The Thomas Crown Affair*, which had lots of fine art, an exotic location or two, and some drop-dead fabuloso jewels from Bvlgari. But what really grabbed me was Rene Russo's clothes (never the same outfit twice) and her handbag – a dark, pebble-grained leather Birkin bag from Hermès.

She was the very essence of Boho, Left-Bank intellectual chic. I remember reading an interview with her where she talked about everything she carried around with her: Camera, journals stuffed with photos and lots of artsy ideas and black eyeliner. All of which, presumably, she schlepped around in her Birkin bag.

The Birkin is more like a carpetbag than that other Hermès icon, the Kelly, named after Grace Kelly. It has the strap and the lock, but not the erect posture. The Kelly is an elegantly tailored suit; the Birkin is a nouveau-hippy ensemble.

end up being the last bag you ever own, because it's the last you can ever afford to buy.

When you look at an Hermès bag (and that's hard to do because there's never any stock), you'll see details like impeccable stitching and leather that's meant to wear elegantly.

So, now I'm on the waiting list for a Birkin, preferably in a dark colour but I'll take what I can get. It might arrive by February, but then again, it might not. No one knows when the ship, with your bag on it, will come in. It may be that someone who's ordered one will change her mind when it finally arrives; I'm going to look while I'm in Paris, but I've steeled myself for disappointment.

Meanwhile, I'm free-floating in a state of Zen-like anticipation. I keep sending strong white light and positive energy to the craftsman in France who is, I hope, stitching away at a Birkin bag for me. And when it arrives, I'll be like the friend who left urgent "call me!" messages all over my voice mail a few months ago.

I was quite sure there was some kind of a catastrophe, but instead she sounded really happy: "I ordered an Hermès bag and it arrived today. You're the only person I knew who would understand."

## The Birkin is nouveau-hippy, free spirited and has room for your life.

Whether she's searching Pierce Brosnan's townhouse or getting ready to run away with him, all she needs is her Birkin bag and her gold credit card. To me, that's true minimalism. What else does a girl need but beautifully cut cashmere and leather clothes, an open line of credit, a billionaire on the hook and a Birkin?

The Birkin was named for Jane Birkin, the waif-like English chanteuse and actress who took Paris by storm in the '60s and '70s.

still very expensive, but more free spirited. The average Kelly has room for your wallet, lipstick and compact; the Birkin has room for your life.

Now I've always loved Hermès scarves – my husband buys me one for every birthday – and I've even bought one of their enamelled bracelets. But I've never taken the plunge for an Hermès bag.

If you buy an Hermès bag, you've got to love it – because you'll have it for forever and a day. And with price tags that start at four figures, it may

HER WORLD 69

# BAZAAR
### Harper's

*Sept. 96*

## fashion



Constance bag

# Shhh!
## Hermès' Deepest Secrets

Birkin bag

Kelly bag

Amazonia-rubber Birkin Bag

Hermès in Paris

Leather Workshop

Kate Moss' mini Kelly

The original Kelly: Grace.

**So you own a \$5000-plus Hermès bag (or wish you did), but how much do you really know about it? Here, 19 untold truths about the most luxurious handbags in the world. By Jennifer Jackson**

**1. The most expensive bag** you can buy is a special-order alligator Kelly with platinum-and-diamond hardware. Cost: over \$30,000.

**2. The cheapest bag** you can have is an Hermès clutch. Cost: \$750 and up.

**3. The most ever paid for an Hermès bag?** JFK's briefcase, which sold last March at a Guernsey's auction, in NYC. Cost: \$700,000.

**4. What is included in the price of an Hermès bag?** Monogramming and yearly minor repairs. A buff-out runs \$75.

**5. There are over 2600 hand stitches** in a Kelly bag.

**6. It takes 18 hours to make a Birkin,** 13 to make a Kelly.

**7. The longest wait recorded for a special order:** five years. It takes an average of 18 months to get a Birkin.

**8. The Kelly bag was not made for Grace Kelly,** it was introduced in the 1930s as a scaled-down version of Hermès' *sac haut courroies* (saddle bag). In 1956, Kelly was photographed for *Life* magazine carrying one to hide her pregnant stomach, and the waiting list began.

**9. The Birkin bag was created for Jane Birkin,** in 1984 Jean-Louis Dumas, CEO and chairman of Hermès, sat next to Birkin on a plane. She had a large straw bag to tote around things for her little girl, Charlotte. Birkin and Dumas got to talking and together created the chic carryall that has become Hermès' second most popular bag. (The Kelly is number one.)

**10. You can supply your own material.** One man asked that a prized hippo skin be made into a backgammon set. No problem, Hermès said. The company has a dream team of eight craftsmen who work on special projects.

**11. The sturdy, chic Hermès canvas used for Trim and Birkin bags** (among others) is actually **fire-hose** material.

**12. The latest, craziest bag material: Amazonia,** a rubber sourced from the hevea tree by the Yawanawas tribe in Brazil.

**13. The graduating "thesis"** for every hopeful Hermès craftsman is the perfect Kelly bag.

**14. All reject bags,** no matter how small the imperfections, are destroyed. (Hermès bags don't "fall off trucks.")

**15. Most handbag craftsmen are women** and are under the age of 30. Most of them own a Kelly, Plume or Sherpa bag.

**16. You can request a particular craftsman** when you order your bag. (Of course, they're all equally amazing.)

**17. Want to decode your bag?** Each bag made after 1970 has three marks (stamped inside the strap) one for the workshop (the plain letter); one for the year it was made (boxed letters mean 1997 or later; circled letters date from 1970 to 1996), and one for the person who made it (the number). A damaged bag is returned to the person who made it.

**18. You can design your own Hermès bag.** A Japanese businessman, Mr. Tanaka, created a piece of luggage to give us presents; Dumas liked the design so much the Tanaka bag is now part of the luggage line. Are you sketching yet?

**19. Hermès bags are made to last a lifetime.** One woman took her Kelly on safari and an elephant stepped on it (don't ask). Claude Gandelle, the master craftsman at the New York City store, put it back together again ∎

Kate Moss'
mini Kelly



Clockwise from top:
White Birkin bag with
leather trim, about $5095,
Hermès; white mules with
black lizard trim, about
$265, Fortuna Valentino;
white handbag with pink
crocodile trim, about
$820, Prada; beige
slingbacks, about $360,
Chanel; taupe hobo bag,
about $340, Via Spiga;
beige platform slides,
about $295, Calvin Klein;
white mules with yellow
leather heels, about $320,
Prada; white bag with
black lizard trim, about
$220, Kleinberg Sherrill.

Canvas

Especially for spring. Whether it's **punched up** with a pastel or **paired** with classic tanned leather (think Grace Kelly), this **warm-weather favorite** is the clean, crisp way to go. By Richard Sinnott

# VOGUE

MAR

# the vogue file

editor:
Lauren
duPont

# canvas bags



## 1. L.L. Bean

THE DETAILS: The design of the company's signature "boat and tote" bag, introduced more than 30 years ago, is based on the sacks used to carry ice blocks for old-fashioned iceboxes. To modernize its supersuccessful design, Bean has added a zip top. Canvas bag available with cranberry, green, red, black, teal (shown), and navy-blue trim. WHERE TO GET IT: Bag, about $17. L.L. Bean stores, or call (800) 809-7057 for information.

## 2. Kate Spade

THE DETAILS: Designed for the urban bargain hunter, this two-tone tote is modeled after the shopping bag and lined in colorful gingham. Trim colors range from black or brown to green (shown) or cranberry. The classic shape is also available in solid colors cut from nylon or leather. WHERE TO GET IT: Bag, about $110. Kate Spade, NYC.

## 3. Nine West

THE DETAILS: New for spring 1998, Nine West designs "the Bermuda Collection" of bags based on that ultimate preppy carryall. Stained wooden handles match the decorative wooden tag. Inside zip pocket. Also available in blue, mint, natural, and orange. WHERE TO GET IT: Bag, about $59. Nine West stores.

## 4. Jerome Gruet

THE DETAILS: Dubbed the "transit" bag because of its commuter-friendly shape, this canvas tote is available in ten colors with thirteen variations on the center stripe. Three different sizes—day bag, shopping bag, and beach bag—accommodate whatever's needed on the road. WHERE TO GET IT: Bag, about $165. Scoop, NYC.

## 5. Prada

THE DETAILS: This canvas tote (new for spring) is typically Prada—i.e, style with a quirky twist. It is crafted from utilitarian canvas on the outside, fuchsia satin on the inside, and topped with carnation-pink crocodile handles. The handles also come in ginestra (yellow) crocodile. WHERE TO GET IT: Bag, about $820. Prada, NYC; Neiman Marcus.

## 6. Hermès

THE DETAILS: The Birkin bag, designed for actress Jane Birkin in 1984, now has the longest waiting list of any Hermès handbag—up to six months. It can be custom-ordered in any color and almost any fabric (even ostrich skin or denim). SPOTTED ON: Kate Moss, Linda Evangelista, Elle Macpherson, Anne Bass. WHERE TO GET IT: Bag, about $5,275. Hermès boutiques, or call (800) 441-4488 for information.

MARI LAPIN