# **EXHIBIT L**



| Design | Events | Architecture | Art of living | contacts | Subscribe |





# Jane Birkin: her Hermès bag at the V&A Museum, London

The mythical it bag of the singer exhibited at the museum

By Agnes LAMARRE · Exhibitions

From April 25, 2020 to January 31, 2021, the **Victoria & Albert Museum** will host the Bags: Inside out exhibition, in which the Hermès bag made in 1984 for singer Jane Birkin will be displayed. A precious object, which also bears his initials, and which was sold at auction in favor of AIDS in 1994. It was then acquired by Catherine B, French collector of Hermès and Chanel bags, and owner of the boutique " **Les 3 steps**in Paris, during a sale at Drouot. The UK's largest event dedicated to this ultimate accessory will showcase 200 handbags. And among them, shipping boxes, vanity cases, military backpacks, the "Kelly" model from the house of Hermès, in honor of Grace Kelly, the "Lady Dior" dedicated to Princess Diana, the Fendi "Baguette" by Sarah Jessica Parker, those of Mulberry, **Karl Lagerfeld** and iconic objects of desire worn by Margaret Thatcher. A good opportunity to board the **Eurostar** , without forgetting your bag…
vam.ac.uk

You will like also !

1. Mathieu Museum, the art of lighting in all its forms
2. GADCOLLECTION Gallery: Jean-Daniel Lorieux does his solo show
3. Avant-Scène Gallery: Franck Evennou makes his comeback
4. Artcurial puts on a show in Monaco
5. Audemars Piguet opens its workshop museum in Switzerland

#Hermes , #Jane Birkin , #V&A Museum

← Previous | Following →
"Naturally Plaza", the Plaza Athénée exhibition | Citroën Ami, a 100% electric innovation



**OUR MAGAZINES**

**BEST OF**
The wine, gastronomy and tourism magazine

**Luxe Tentations**
The magazine dedicated to luxury news

**TO DISCOVER**

Barbier Gallery: 50 plates by Elene Usdin on display

Jacky Ananou: the life of an artist, Bic pen in hand

Close-up, the stirring exhibition of Studio Artera

Frac Nouvelle-Aquitaine Méga presents "Body Body" by Nina Childress

Sarah Lavoine twists an apartment in New York

Legal Notice



