# **EXHIBIT M**

≡ TIME     ≡ TIME     SPOTLIGHT STORY COVID-19 IS STILL THE PANDEMIC OF THE UNVACCINATED     SIGN IN   SUBSCRIBE FOR $10



47% OFF

Happy Patrick's Day,Irish Pub,Dog Pub,Choose Dog Breeds Personalized Barrel End Bar Sign Wood Sign 12*12 inch

Our Wood Sign are made from natural birch plywood Size: 12x12 Inch , 18x18 Inch Patterns are printed. Products consisting of wooden boards only, not decorative items. All products are made to order and printed to the best standards available.



Niche3d.Us

Niche3d.Us

WORLD • FASHION

# Why The Hermès Birkin Bag is a Better Investment Than Gold



A employee holds a $129,000 crocodile Hermes Birkin Bag during a private opening for the new Hermes store on Wall Street in New York 21 June 2007.   Timothy A. Clary—AFP/Getty Images

The New York Times

$1 a week? That's something to think about.

Unlimited news access:
$4.25 $1 a week.
Special offer.

SUBSCRIBE NOW

Cancel or pause anytime.

BY **TARA JOHN**    JANUARY 15, 2016 8:35 AM EST

S kip the gold and steer away from the tumbling stock market, according to a new study the best option for long-term investors is to buy a Hermès Birkin bag.

According Baghunter, an online marketplace for buying and selling handbags, the Birkin bag outpaced both the S&P 500 and the price of gold in the last 35 years— a time period chosen to reflect the date when Birkin bags were first produced in 1981. They say that the annual return on a Birkin was 14.2%, compared to the S&P average of 8.7% a year and gold's -1.5%.



TIME  Most Recent

READ MORE

The bags, which can costs anywhere between $60,000 to $200,000, are made in limited numbers and are not advertised. *Quartz* attributes its astronomical prices to scarcity: waiting lists for new bags are six years.



JCrew's President On How To Give and Take Criticism

**YOU MAY ALSO LIKE**

ENTERTAINMENT
Shonda Rhimes Already Knows What You're Going to Watch Next


HISTORY
'A Long Time Coming'


TECH
Here Are the First Comprehensive Safety Guidelines for the...


PAID PARTNER CONTENT
Your Next Discovery...




Awaits: Check Out the Outdoor Vehicle Meant for...
BY MAZDA

According to Baghunter: "As a status symbol for the elite and ultra-rich, the main factor affecting the secondary market for Birkins is desire. All signs point to that desire remaining as strong throughout 2016 as it has been since the bag was released in 1985, with media outlets fawning over celebrities such as Kim Kardashian and Victoria Beckham who regularly sport their Birkin bags in paparazzi pictures."



PAID PARTNER CONTENT
**Be at the center of the discussion. $1 a week.** ↗
BY THE NEW YORK TIMES

The bag was conceived when actress Jane Birkin was on the same flight as Hermes' boss Jean-Louis Dumas and complained about not being able to find a good leather weekend bag.

## MORE MUST-READ STORIES FROM TIME

- These **Charts Show COVID-19 Is Still the Pandemic of the Unvaccinated**
- Reddit Allows **Hate Speech to Flourish in Its Global Forums**, Moderators Say
- What It Takes to Get **Support for a Black Boy With Special Needs**
- **Shonda Rhimes Already Knows** What You're Going to Watch Next
- How Harry Reid Paved the Way for **Democrats to Kill the Filibuster**
- President Biden's **Speech in Atlanta Was Designed to Appeal to Black Voters**—But Not Everything About It Succeeded
- **China Is Finding Fewer Reliable Sources of Coal**. That Could Be Bad News for the Climate

CONTACT US AT LETTERS@TIME.COM.

**SHARE THIS STORY**

## READ MORE FROM TIME



IDEAS
### The Right to Vote Is More Important Than the Filibuster
Senator Angus King on why he's supporting two different bills to protect voting rights as a fundamental cornerstone of our democracy

IDEAS
## U.S. Food Prices Are Up. How Monopoly Power Makes this Worse

  

POLITICS — Democrats' Odds of Passing Voting Rights Reform Looked Bad Before Biden Went to the Hill—And Worse After He Left

HISTORY — I Searched for Answers About My Enslaved Ancestor

POLITICS — Oath Keepers Founder and 10 Others Charged in Jan. 6 Attack

Sponsored Links
  
Nike Quest 4 — Ad - Nike
Make Home Happen — Ad - Consumer Reports
Black Firefighter Fireman Custom Crocs, Gifts For Fireman 3D Crocs Women US 6 — Ad - Niche3d Us



BAMA SPIRIT - L/XL

Ad · Blackcloverusa US

Thorough Research for Lawyers

Ad · Lexis®

Need to Rent Out Your Home?

Ad · All Property Management

© 2022 TIME USA, LLC. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Service, Privacy Policy (Your California Privacy Rights) and Do Not Sell My Personal Information.
TIME may receive compensation for some links to products and services on this website. Offers may be subject to change without notice.

Thank you for reading TIME. You have a limited number of free articles.

SUBSCRIBE NOW

PETER MILLAR



# Is the Hermès Birkin a form of investment?

Last update: 29/11/2021



In thirty years, the Birkin bag has gone from a pleasure purchase to a very popular investment photo credit: GettyImages

REAL ESTATE ADVERTS



Land 2,470 m²
01560 Servignat
€40,000



**In 2016, the highly reputable Time Magazine headlined that the Hermès Birkin bag was a better investment than gold. The handbag signed by the luxury house records record after record in auctions at hundreds of thousands of euros. Where does the craze for this handbag come from and, above all, to what extent can it be considered a serious investment rather than a pleasure purchase? Here are some price tips on how to get one.**

Summary:

· A high value fashion item
· The price of a Birkin
· A rare object, therefore precious
· A reputation built without advertising
· From pleasure purchase to investment
· Invest in a Birkin from Hermès
· Buy a new Birkin
· Buy a used Birkin

### A high value fashion item

Hermès is a family business created in 1837. In the beginning, its founder Thierry Hermès produced horse riding equipment. It was not until 1922 that the Hermès brand produced its first leather handbag. It is the English actress and singer Jane Birkin who inspires the bag and gives it her name. The Birkin quickly becomes a fashion icon whose value continues to grow. In 30 years, the value of the Birkin has appreciated by 500%.

### The price of a Birkin

In stores, the classic simple leather model costs around 8,000 euros. On the Collector Square site, the cheapest Birkin bag is displayed at 6,980 euros and the most expensive at no less than 55,000 euros... The average is around 17,000 euros. The price varies considerably depending on the models, the type of leather (crocodile, lizard, goat, ostrich), the format, the materials in which the buckles, padlocks and keys are made (gold or silver plated). Bespoke models can even be set with diamonds. The most expensive bag in the world is indeed a Birkin.

> **The Birkin Himalaya 35 is the most expensive handbag in the world**
> The most expensive Birkin in the world is the Himalaya 35 model. It costs the modest sum of 432,000 dollars, the price of an apartment in Paris. This handbag is the rarest in the world. It is made from crocodile skin and colored to evoke the Himalayan mountains using a unique, time-consuming technique. It was given to Influencer Nabilla as a birthday present on her 28th birthday. The bag is set with white gold and 200 diamonds. Its padlock is made entirely of gold and diamonds. The Hermès house only produces one or two each year.

### A rare object, therefore precious

It takes two days on average to produce a Birkin. However, this model is only manufactured in ever smaller quantities by the Hermès house, while demand continues to increase. The waiting lists for a bag are counted in years. The rarity of the product is therefore a fully assumed marketing choice. Its effects on the value of an ever more expensive, ever more exclusive accessory are undeniable today.

### A reputation built without advertising

Hermès does not advertise its Birkin bags. With up to six years on the waiting list, there are many women who, once the Grail has been obtained, proclaim it loud and clear. Celebrities are the first to highlight their Birkin, from Kate Moss to Mariah Carey via Victoria Beckham, Kylie Jenner or Cardi B, making it a symbol of opulence and style. Unsurprisingly, the Hermès Birkin is the most Instagrammed bag in history, with over 5.6 million posts on the platform.

### From pleasure purchase to investment

Investir dans un sac à main ne relevait pas exactement de l'évidence jusqu'à il y a quelques années, les accessoires de mode de luxe étant considérés davantage comme un achat plaisir. En 2019, le bureau de conseil Knight Frank a inclus le sac Birkin d'Hermès dans son Index de l'Investissement dans l'art et les objets de luxe (KFLII) en mettant en avant son taux de rendement de 17% qui surpasse d'autres formes plus classiques d'investissement. Désormais, nul doute que le statut du Birkin en particulier (et celui d'autres sacs à main de grandes marques dans une moindre mesure) fait partie du portfolio d'investissement.

### Invest in a Birkin from Hermes

Convinced to take the leap? To help you, here are some tips to put the odds on your side. A Birkin bag in which you place your money must be insured: in case of flood, fire, theft, it is a really necessary precaution. In order for this accessory to keep its value (and to gain value over time), it is necessary to keep it in perfect condition. If you plan to resell it to get your return on investment, that even means not using it.

### Buy a new Birkin

This is probably the hardest way to get your hands on a Birkin, but it's still the classic route: buying it in a Hermès boutique. Some people get it right the first time. Everything rests on the sales assistant or sales consultant. Get closer to a Hermès boutique and a sales consultant with whom you will need to build a relationship of trust and explain, patiently, that you dream of a Birkin. Weekends and school vacation periods should be avoided to optimize your chances of having a good contact likely to lead you to the Grail.

### Buy a used Birkin

On the Internet there are many dealers and Birkin waiting for buyers. Only resellers able to guarantee the authenticity of the product should be retained, in particular Vestiaire Collective, Collector Square, Resee, The Real Real, to avoid spending a fortune on a fake Hermès... It is essential to buy your Birkin from from a reputable retailer, given the exponential number of counterfeits.

### ASSOCIATED VALUES

HERMES INTL                                                      EuronextParis  -2.29%

○ The Individual.

### SAVINGS FACT SHEETS

    

Retiring early: what financial consequences?

The costs of a stock exchange account: brokerage, CRD, custody fees

What are the notary fees for an inheritance?

How to read a company's income statement

PETER MILLAR

See all Savings Fact Sheets

### ACTUALITÉ BOURSE

  

### HERITAGE NEWS

  

14.01.2022 • 17:47

La Bourse de Paris finit en baisse de 0,81% à 7.143 points

14.01.2022 • 16:16

Comment les gérants flexibles positionnent leur portefeuille pour démarrer l'année ?

14.01.2022 • 16:06

Wall Street en ordre dispersé, mauvaise surprise sur les ventes de détail

14.01.2022 • 17:00 • ○ 1

Immobilier : le loyer moyen des Français a augmenté en 2021, surtout sur les petites surfaces

14.01.2022 • 15:15 • ○ 13

Vente de la résidence principale : lorsque l'exonération d'impôt sur la plus-value n'est pas pos...

14.01.2022 • 14:00 • ○ 1

Immobilier : ce top 3 des villes attractives et abordables !

### SPONSORED CONTENT

○○ Smartfeed ▷

   

[Gallery] Hilarious Wedding Photo Fails You Have To See

[Photos] Take A Look At Who Judge Judy Is Married To Today.

[Pics] 'Gilligan's Island' Star is Almost 103 & Lives Like This

[Photos] Meet Charles Barkley's Wife For The Past 32 Yrs

### CONTENUS VIDEO RECOMMANDÉS

Ce métal qui a bondi de 400% en 2021...

### READ ALSO ON BOURSORAMA

 



"Garden shed" tax: forgetting to declare can be expensive



Ce métal qui a bondi de 400% en 2021…

#ECORAMA



Will corporate earnings boost...



Real estate: this top 3 of attractive and...



Stock market: these American IPOs that...



Inflation below 2% France in 1 year?

Côtes-... island with a 110 m² house is for sale for 1.5 million euros

Florent Pagny had to sell off his vintage cars to pay his tax debts

These 3 values that you must buy with your eyes closed!

Property: he wanted to cut down his neighbour's large trees, justice proves him wrong

SPONSORED CONTENT



Blackcloverusa US
TWO TONE VINTAGE 6 - ADJUSTABLE / BLACK/GREY



Nested Bean
Zen Sack™ Classic - 0-6 months / Gray Mist



Well Told Design
College Town Maps Rocks Glass - Custom Etched Map Only +$0



The Company Store
Garden Stripe Braid Rug - $140

[Photos] George Clooney's Son Turns 5 And Looks Just Like His Mom
Buzz Treatment

Haircuts Perfect For Women Over 50
stylebistro.com

45 Hair Shapes That Make A Woman Over 60 Look 40
HealthyGem

Cute And Awkward Prom Photos Of Celebrities
refinery29.com

# Boursorama

## MOST POPULAR PAGES

Currency converter
Dollar / euro converter
Euro/dollar converter
Pound sterling / euro converter
Euro / pound sterling converter
Swiss franc / euro converter
Euro / Swiss franc converter
Euro/dinar converter
Euro / dirham converter

## CONTACTS

contact us
Advertising
Member support
Group website
Recruitment
Membership
Accessibility

## THE BOURSORAMA BANK OFFER

Bank account
Welcome
Banking service
Assurance
Saving
Credit
Life Insurance
stock Exchange
Become a customer

## USEFUL LINKS

Sitemap
T&Cs Members
Stock market risks
Execution policy
Member data protection policy
Prospect data protection policy
Cookies Policy
Manage my cookies
Legal disclaimer
Tariff brochure
Glossary Day-to-day banking
FGDR practical sheet
Deposit guarantee
Personal Insurance Guarantee Fund
2020 Best Selection Report