# **EXHIBIT P**





