# **EXHIBIT R**








