# **EXHIBIT S**

Image from https://medium.com/@Mramor/mason-rothschild-launches-100-metabirkins-nfts-honoring-hermes-iconic-bag-5a51ed94a47b
Accessed January 11, 2022

