# **EXHIBIT T**

Accessed  January 8, 2022

