# **EXHIBIT U**

Accessed January 8, 2022

