# **EXHIBIT V**





