# **Exhibit X**

# Rarible

Collection, item or user | Explore NEW | My profile | Following | Activity | How it works | Community | Create | Sign in

## MetaBirkins

@metabirkinsnft    0x566b...3750    by    Mase

| Highest Sale | Floor price | Market Cap | Items | Owners | Total Volume |
|---|---|---|---|---|---|
| $45.1K | $15.2K | $1.7M | 97 | 82 | $1.1M |

**Items**   Activity   Stats NEW

Category | Sale type | Price range | Sort: Price: Low to High

| | | | | |
|---|---|---|---|---|
| 95  4 ETH  1/1  Buy now | 83  4 ETH  1/1  Buy now | 77  4.6 ETH  1/1  Buy now ♡ 1 | 26  5 ETH  1/1  Buy now ♡ 1 | 23  9.5 ETH  1/1  Buy now ♡ 4 |
| 67  10 ETH  1/1  Buy now ♡ 1 | 61  20 ETH  1/1  Buy now | 99  Not for sale  1 edition  Place a bid | 98  Not for sale  1 edition  Place a bid | 97  Not for sale  1 edition  Place a bid |
| 96  Not for sale  1 edition  Place a bid | 94  Not for sale  1 edition  Place a bid | 93  Not for sale  1 edition  Place a bid | 92  Open for bids  1/1  Place a bid | 91  Not for sale  1 edition  Place a bid |
| 90  Not for sale  1 edition  Place a bid | 9  Not for sale  1 edition  Place a bid | 89  Not for sale  1 edition  Place a bid | 88  Not for sale  1 edition  Place a bid | 87  Not for sale  1 edition  Place a bid |







