# **EXHIBIT Y**


