Explore

Settings

← Tweet

**MetaBirkins**
@MetaBirkins

MetaBirkins is LIVE on @LooksRareNFT, the community-first marketplace that actively rewards traders, collectors and creators. Buy and sell your MetaBirkin today or HODL for your free @ILYYWNFT mint!

Trade NFTs, Get Rewards.
LOOKSRARE

looksrare.org
LooksRare
LooksRare is a next generation NFT market. Buy NFTs, sell NFTs... or just HODL: Collectors, traders, and creators alike earn passive income! 👀💎

11:43 AM · Jan 10, 2022 · Twitter Web App

**6** Retweets   **2** Quote Tweets   **23** Likes

---

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

[Sign up with Google]
[Sign up with Apple]
[Sign up with phone or email]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**MetaBirkins**
@MetaBirkins                                    [Follow]
A digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness @forbes, @bof, @ellemagazine, @hypebeast, @highsnobiety.

**LooksRare 👀💎 - NF...**
@LooksRareNFT                                   [Follow]
discord.gg/looksrare

**I Like You, You're Weird**
@ILYYWNFT                                       [Follow]
I Like You, You're Weird is a community-driven collectibles project by @amberpark and @masonrothschild. Minting February 2022. #WeirdosGonnaMakeIt

---

**What's happening**

NCAA Men's Basketball · Last night
Bulldogs at Hoyas

🅑 Bloomberg Equality ✓ · Yesterday
Navient will cancel $1.7 billion of student loans in predatory lending settlement

VICE News ✓ · Yesterday
How Legal Weed Sparked a Boom for Outlaw Growers in California

Politics · Trending
Congratulations Joe
7,283 Tweets

Trending in United States
Troy Baker
22K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

[Log in]  [Sign up]