# EXHIBIT AA

LOOKSRARE ✧        Explore    Collections    Rewards        🔍 Search                              🌐 EN    👤

**MetaBirkins**

Creator ● 0x...48D0

Earning Rewards
in 11,000.0

| 100 | 86 | ♦ 5.0 | |
|------|--------|------------|---------|
| Items | Owners | Floor Price | Total Vol* |

Connect Wallet  ?

Items    Activity

🔻 **Filters**                     Price ascending

⚖ **Item status**

Show only listed items  ⦿

📊 **Price Range**

| Lowest | Highest |
|--------|---------|
| 0 | 0 |

| MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins |
|---|---|---|---|---|---|---|---|
| Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer |
| 83 | 5 | 12 | 46 | 77 | 20 | 18 | 82 |
| MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins |
| Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer |
| 75 | 64 | 78 | 34 | 36 | 73 | 37 | 30 |
| MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins |
| Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | For Sale  Price | Make an Offer | Make an Offer |
| 22 | 11 | 63 | 59 | 50 | 61  ♦ 1,000.0 | 38 | 86 |
| MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins |
| Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer |
| 2 | 88 | 69 | 97 | 98 | 28 | 21 | 3 |
| MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins |
| Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer | Make an Offer |
| 4 | 39 | 48 | 54 | 94 | 33 | 58 | 99 |
| MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins |





Make an Offer
**MetaBirkins#8**

Make an Offer
**7**

Make an Offer
**6**

Make an Offer
**0**

No more NFTs to fetch

Copyright 2022 LooksRare  |  By NFT people, for NFT people

About    Contact    Help    Brand    Terms of Service

EN