# **EXHIBIT AB**







49
MetaBirkins
Owner
anamika.eth



99
MetaBirkins
Owner
0x3D32...4534



8
MetaBirkins
Owner
0x7822...E08e



26
MetaBirkins
Owner
0xfd44...994E



23
MetaBirkins
Owner
@damngraham



35
MetaBirkins
Owner
0x5c68...D554



95
MetaBirkins
Owner
0x7c45...E0b2



19
MetaBirkins
Owner
0x1Fb8...514a



57
MetaBirkins
Owner
0x457D...7bbB



63
MetaBirkins
Owner
0x140A...4800



28
MetaBirkins
Owner
0x78e3...BcFF



25
MetaBirkins
Owner
0x03e1...a145






