# **EXHIBIT AC**





