# **EXHIBIT AD**

