# **EXHIBIT AE**

*Instagram*

🔍 Search    🏠 ✈️ ➕ 🧭 ♡ ⬛



**metabirkins**   **Follow** ⌄   •••

**37** posts    **16.8k** followers    **1** following

**MetaBirkins**
Digital creator
MetaBirkins is a collection of 100 unique NFTs — living on the Ethereum blockchain.
@masonrothschild.
rarible.com/metabirkinsnft

Followed by **madisonavenuespy**

📄 **POSTS**    ▷ **VIDEOS**    🏷 **TAGGED**



















