# **EXHIBIT AF**







