# **EXHIBIT AG**







MetaBirkins @MetaBirkins · Dec 29, 2021
Slatt



MetaBirkins @MetaBirkins · Dec 22, 2021
An open letter to Hermès, OpenSea and Community.

Hermès and OpenSea

MetaBirkins @MetaBirkins · Dec 15, 2021
The #MetaBirkins Discord Server is now open to new members — pausing registration at 24,000 members.

discord.gg/metabirkins



⇅ MetaBirkins Retweeted
The Business of Fashion @BoF · Dec 15, 2021
Neither by Hermès nor real handbags, the luxury NFTs highlight both profit-making potential and intellectual-property issues as money pours into the fast-growing virtual fashion market.



businessoffashion.com
What 'MetaBirkins' Say About Virtual Fashion
Neither by Hermès nor real handbags, the luxury NFTs highlight both profit-making potential and intellectual-property issues as money pou...

MetaBirkins @MetaBirkins · Dec 14, 2021
gm 🧡 @RonnieFieg

MetaBirkins @MetaBirkins · Dec 11, 2021
A gift for all first collection holders. Airdropping 🔜 soon. Thank you for everything. #MetaBirkins



MetaBirkins @MetaBirkins · Dec 11, 2021
gm 🧡 @RTFKTstudios

MetaBirkins @MetaBirkins · Dec 9, 2021
Another day, another milestone. Thank you everyone. #MetaBirkins





**MetaBirkins** @MetaBirkins · Dec 4, 2021
Just sold for 9.9 ETH ($39,600.00) — moving closer to 150 ETH ($600,000) volume traded in just 48 hours. #MetaBirkins

**MetaBirkins** @MetaBirkins · Dec 3, 2021
REVEAL IS UP!
opensea.io/collection/met...

**MetaBirkins** @MetaBirkins · Dec 3, 2021
👏👏👏

> **MasonRothschild.eth** @MasonRothschild · Dec 3, 2021
> #41 on @opensea, 82.15 ETH in volume in 7-hours. Insanity.

**MetaBirkins** @MetaBirkins · Dec 3, 2021
Seven wallets*
Show this thread

**MetaBirkins** @MetaBirkins · Dec 3, 2021
Reveal tomorrow morning. We are awaiting the final nine wallets to mint.
Show this thread

**MetaBirkins** @MetaBirkins · Dec 2, 2021
WE'RE LIVE! #MetaBirkins
opensea.io/collection/met...

**MetaBirkins** @MetaBirkins · Dec 2, 2021
......

> **madison beer** @madisonbeer · Dec 2, 2021
> Replying to @MetaBirkins
> ooooo . gm 🌞 want one

**MetaBirkins** @MetaBirkins · Dec 2, 2021
gm 🌞 @madisonbeer
#MetaBirkins



















