# EXHIBIT AH

Case 1:22-cv-00384-JSR    Document 1-34    Filed 01/14/22    Page 2 of 3



