# **EXHIBIT AI**



DISCOVER   SHOP                                              HIGHSNOBIETY

STYLE > THE 'BABY BIRKIN' NFT JUST SOLD FOR MORE THAN THE REAL THING



HIGHLIGHTS


Tracking the Internet's Favorite Relationship: Ye & Julia Fox


KAWS x The North Face Certainly Doesn't Lack Color


Ye & Demna's Bromance Peaks With "YEEZY GAP Engineered By Balenciaga"


LOEWE & Studio Ghibli Drop (& Sell Out of) 'Spirited Away' Collection


rag & bone Drops Future Staples In Its Latest Capsule
(SPONSORED)

© MASON ROTHSCHILD/ERIC RAMIREZ

# THE 'BABY BIRKIN' NFT JUST SOLD FOR MORE THAN THE REAL THING

8 MONTHS AGO IN STYLE
WORDS BY JAKE SILBERT

We already knew that NFTs can be basically anything: sneakers, digital T-shirts, memes. However, we did not know that they could also be 3D animations of Hermès Birkin Bags 40 weeks pregnant with a child, but here we are thanks to artists Mason Rothschild and Eric Ramirez, who just auctioned off their 2000x2000 pixel animated *Baby Birkin* NFT for the equivalent of a cool $23,500.

Sold by member's-only e-commerce platform Basic.Space, which recently helped Naomi Osaka sell a charitable NFT, *Baby Birkin* is a riff on Hermès' most famous handbag, the Birkin. Named for French actress Jane Birkin, the Birkin is one of the luxury industry's most exclusive accessories, with a mysterious (and possibly nonexistent) waitlist, imposing price tag, and extreme scarcity making it incredibly hard to purchase from Hermès. The company knows this, of course, intentionally limiting the number of "holy grail of handbags" it makes and sells each year to manipulate demand.

Even still, *Baby Birkin* may have the OG Birkin beat, considering that it's a one-of-one digital commodity exclusively available via auction. It certainly wasn't cheaper, given that small Birkins retail for at least $9,400 USD and even the bigger sizes in conventional fabrication go for under $15,000. *Baby Birkin's* $23,500 puts those figures to shame, though even that imposing sum pales in comparison to rare Hermès bags. Further, it wasn't made clear by Basic.Space whether the winner paid up in cash, crypto, or credit card, but whatever the case, this digital pregnancy cost about as much as actually giving birth.

Last week, prior to *Baby Birkin's* sale, we spoke to artist Mason Rothschild who co-created the virtual marvel.

**How did this collaboration between Eric Ramirez and yourself come about?**

Eric and I are the real definitions of doers. Whenever one of us has an idea, no matter how left-field it may be, we hop on FaceTime, chat a bit about it and do it. It's one of the reasons we love the NFT space so much, it's super impulsive and limitless. When creating something in the digital space, we aren't hindered by any obstacles aside from rendering power, haha.

**Why the fascination with the Baby Birkin?**

The Birkin Bag by Hermès is such a status symbol across the globe. More recently, the Baby Birkin (smallest size) has been having a moment in pop culture whether it's North West holding her own, or Gunna's "Baby Birkin" song. We wanted to make something that was a literal take on the words Baby Birkin and the rest is just makes a bit more special.

**Why did you decide to translate this artwork into an NFT?**

We chose the translate this work into an NFT cause that's the only way we

could express the odd/ethereal vision. For an image or poster medium to do it justice, it had to move, spin, have a heartbeat, have the fleshly smoke fill the bag gradually. This isn't even close to some of the odd stuff I've discovered on various NFT marketplaces. We hope to one day make this piece into a physical work out of lucite or resin. Stay tuned.

**What do you hope to achieve or provoke with the launch of the "Baby Birkin" NFT?**

The goal for all of our projects has always been to think outside the box while still relating to our respective fields and staying on the pulse of pop culture. Baby Birkin is the first, of what we hope, becomes many collaborative projects that provide a unique take on products or places we hold such value in.

**How has the NFT-craze affected your respective practices?**

The recent NFT-craze has honestly just given us and everybody else a new medium to work with. Our past collaborations have been limited by funding, production, etc., and by moving into a digital medium, those obstacles don't exist anymore. By creating digital products we can create objects that would be almost impossible to recreate in the physical world - like Baby Birkin, an actual baby growing inside a translucent Birkin Bag.



Basic.Space   Birkin   NFT



Jake Silbert
News Editor



© XYDROBE                                                                                          1/3

# JW ANDERSON'S VIRAL #HARRYSTYLESCARDIGAN WILL BE SOLD AS AN NFT

1 MONTH AGO IN STYLE
WORDS BY ALEXANDRA PAULY

JW Anderson's viral #HarryStylesCardigan is hitting the auction block later this month.

Well, sort of — the British label is entering the metaverse with its very first NFT, a "hyper-realistic digital copy" of the crocheted sweater that Styles wore to a rehearsal last year, catapulting the knit to internet fame.

The digital sweater was made in partnership with xydrobe, a newly launched, fashion-focused NFT platform that's billed as a "Christie's for virtual fashion."

"xydrobe [is] the only platform selling perfect 3D copies of already existing world-renowned luxury collectibles," the company expounded.





© GETTY IMAGES / NATHAN CONGLETON/NBC/NBCU PHOTO BANK

The auction will launch at xydrobe's website on December 12 at 19:00 UTC. Bidding begins at 1 Ethereum (approximately $4,500), and proceeds above £10,000 (approximately $13,300) will be donated to akt, a charity that assists LGBTQ+ youth experiencing homelessness.

According to a press release, Styles's sweater took over 300 hours to recreate in digital form. xydrobe's in-house team of VFX artists "built every piece of yarn in 3D before weaving it together procedurally for each of the six different knit patterns that make up the piece," a labor-intensive process that merits a sky-high price tag.



JW Anderson is far from the first clothing brand to dabble in digital collectibles: this year alone, Gucci sold a short film celebrating its 100th-anniversary collection as an NFT, Louis Vuitton embedded hidden NFTs into its mobile video game, Burberry launched an NFT with Mythical Games and ASICS turned its sneakers into NFTs.

At one point, it seemed as if the NFT bubble might burst. Instead, the market is only expanding, spawning a new virtual novelty each day.