AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Southern District of New York_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22-cv-00384 | DATE FILED<br>1/14/2022 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br><br>HERMÈS INTERNATIONAL and HERMÈS of PARIS, INC. | | DEFENDANT<br><br>MASON ROTHSCHILD |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 Attached | | Attached |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

# **EXHIBIT A**

## HERMÈS INTERNATIONAL

| OWNER | TRADEMARK | Reg. Date | Reg. No. | REGISTRAR | Classes |
|-------|-----------|-----------|----------|-----------|---------|
| HERMES INTERNATIONAL | | 2/29/1972 | 930149 | USA | 03 |
| HERMES INTERNATIONAL | | 1/22/2013 | 4278653 | USA | 3, 6, 8, 9, 11, 12, 14, 16, 18, 20, 21, 22, 24, 25, 26, 27, 28, 34, 35, 41 |
| HERMES INTERNATIONAL | | 12/29/1998 | 2213940 | USA | 08, 09, 21, 28, 34 |
| HERMES INTERNATIONAL | **HERMÈS** | 6/27/1939 | 368785 | USA | 08, 14 |
| HERMES INTERNATIONAL | | 7/18/1939 | 369271 | USA | 14 |
| HERMES INTERNATIONAL | | 8/1/1939 | 369681 | USA | 18 |
| HERMES INTERNATIONAL | | 8/4/1987 | 1450841 | USA | 20 |
| HERMES INTERNATIONAL | | 8/15/1939 | 370082 | USA | 21 |
| HERMES INTERNATIONAL | | 3/9/1971 | 909653 | USA | 24 |
| HERMES INTERNATIONAL | | 8/8/1939 | 369944 | USA | 25 |
| HERMES INTERNATIONAL | | 10/8/1968 | 858299 | USA | 25 |
| HERMES INTERNATIONAL | | 1/16/2007 | 3198963 | USA | 35 |
| HERMES INTERNATIONAL | | 12/27/2005 | 3036116 | USA | 35 |
| HERMES INTERNATIONAL | | 8/15/1978 | 1099896 | USA | 42 |
| HERMES INTERNATIONAL | | 5/1/2001 | 2447278 | USA | 08, 09, 16, 20, 24, 28, 34 |
| HERMES INTERNATIONAL | | 10/8/1985 | 1364533 | USA | 21 |
| HERMES INTERNATIONAL |  | 1/6/1970 | 883588 | USA | 03, 14, 18, 25 |
| HERMES INTERNATIONAL | | 1/16/2007 | 3198973 | USA | 35 |
| HERMES INTERNATIONAL | | 12/27/2005 | 3036117 | USA | 35 |
| HERMES INTERNATIONAL | | 9/24/2002 | 2623070 | USA | 37, 40, 41 |
| HERMES INTERNATIONAL | | 8/15/1978 | 1099897 | USA | 42 |

| | | | | | |
|---|---|---|---|---|---|
| HERMES INTERNATIONAL |  | 9/4/1984 | 1292597 | USA | 03, 09, 14, 16, 18, 24, 25, 28, 34 |
| HERMES INTERNATIONAL | | 5/27/1975 | 1011908 | USA | 14 |
| HERMES INTERNATIONAL |  | 11/23/1993 | 1806107 | USA | 18 |
| HERMES INTERNATIONAL |  | 3/20/2001 | 2436099 | USA | 03, 08, 09, 14, 16, 18, 20, 24, 25, 28, 34 |
| HERMES INTERNATIONAL | **BIRKIN** | 9/6/2005 | 2991927 | USA | 16, 18 |
| HERMES INTERNATIONAL |  | 12/4/2007 | 3348789 | USA | 06, 08, 14, 16, 18, 21, 24, 25, 26, 28, 34 |
| HERMES INTERNATIONAL |  | 1/20/2009 | 3564868 | USA | 06, 08, 14, 16, 18, 20, 21, 22, 24, 25, 26, 28, 34 |
| HERMES INTERNATIONAL | **TERRE D'HERMES** | 4/11/2006 | 3079963 | USA | 03 |

| | | | | | |
|---|---|---|---|---|---|
| HERMES INTERNATIONAL |  | 4/27/2007 | 3233558 | USA | 06, 14, 18, 25, 26 |
| HERMES INTERNATIONAL |  | 4/27/2007 | 3233557 | USA | 06, 14, 18, 25, 26 |
| HERMES INTERNATIONAL | **LINDY** | 48/5/2008 | 3480825 | USA | 18 |
| HERMES INTERNATIONAL |  | 1/13/2009 | 3561331 | USA | 06, 14, 16, 18, 21, 25, 26, 34 |
| HERMES INTERNATIONAL |  | 3/29/2011 | 3936105 | USA | 18 |
| HERMES INTERNATIONAL |  | 4/5/2011 | 3939358 | USA | 18 |

| | | | | | |
|---|---|---|---|---|---|
| HERMES INTERNATIONAL |  | 7/26/11 | 4000067 | USA | 3, 14, 18, 25, 35 |
| HERMES INTERNATIONAL |  | 2/17/2015 | 4687132 | USA | 25, 26 |
| HERMES INTERNATIONAL |  | 7/21/2020 | 6105385 | USA | 14, 18, 25, & 26 |