**BAKER & HOSTETLER LLP**
Gerald J. Ferguson, Esq.
Oren Warshavsky, Esq.
Kevin M. Wallace, Esq.
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>      Plaintiffs,<br><br>   -against-<br><br>MASON ROTHSCHILD,<br><br>      Defendant. | CIVIL ACTION NO.<br><br>22 CV _____ |

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formally Local General Rule 9.1) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hermès International, certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

| | |
|---|---|
| Dated: January 14, 2022<br>New York, New York | BAKER & HOSTETLER LLP<br><br>By: */s/ Gerald J. Ferguson*<br>Gerald J. Ferguson, Esq.<br>Oren Warshavsky, Esq.<br>Kevin M. Wallace, Esq.<br>45 Rockefeller Plaza<br>14th Floor<br>New York, NY 10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br><br>*Attorneys for Plaintiffs* |

4874-5039-9497.1