**BAKER & HOSTETLER LLP**
Gerald J. Ferguson, Esq.
Oren Warshavsky, Esq.
Kevin M. Wallace, Esq.
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MASON ROTHSCHILD, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 22 CV \_\_\_\_\_ |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formally Local General Rule 9.1) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hermes of Paris, Inc., certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Hermès International

Dated: January 14, 2022
      New York, New York

BAKER & HOSTETLER LLP

By: */s/ Gerald J. Ferguson*
Gerald J. Ferguson, Esq.
Oren Warshavsky, Esq.
Kevin M. Wallace, Esq.
45 Rockefeller Plaza
14th Floor
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201

*Attorneys for Plaintiffs*