BAKER & HOSTETLER LLP 45 ROCKEFELLER PLAZA NEW YORK, NY 10111

# AFFIDAVIT OF SERVICE

Client's File No.: _____

Case Number: 1:22-cv-00384-AJN

Date Filed: January 14, 2022

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

HERMES INTERNATIONAL and HERMES OF PARIS, INC.,

*Plaintiffs*

vs

MASON ROTHSCHILD,

*Defendant*



STATE OF CALIFORNIA COUNTY OF SAN BERNARDINO SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of California

That on the following date: January 20, 2022, at the following time: 5:18 PM,
at TERMINAL 27, 8271 BEVERLY BLVD., LOS ANGELES, CA 90048 deponent served the within Summons in a Civil Action, Complaint with Exhibits and Jury Trial Demanded, Civil Cover Sheet, AO 120 Trademark Form, Rule 7.1 Statement for Hermes of Paris, Rule 7.1 Statement for Hermes International, Electronic Case Filing Rules & Instructions, Individual Rules of Allison Nathan and Individual Rules of Magistrate Judge Debra Freeman.

[X] Papers so served were properly endorsed with the Case Number and date of filing.

Upon: **MASON ROTHSCHILD**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** — By delivering to and leaving with Najee McCord, Manager (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [X] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[X] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on January 21, 2022.

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**: Sex: Male  Color of skin: Black  Color of hair: Black  Age: 26 - 35 Yrs.  Height: 5ft 9inch - 6ft 0inch  Weight: 161-200 Lbs.  Other Features:

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

[X] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** — I served logistics manager Najee McCord who identified the picture I had as Mason. He said that he does work at this location but that he is not available at this time and is working remotely.

Sworn to before me on January 21, 2022

*Michael V.* [signature]

MICHAEL VALENZUELA
Notary Public - California
San Bernardino County
Commission # 2351058
My Comm. Expires Apr 8, 2025

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Elias Elhayek  #1756

PROCESS SERVER LICENSE #

CAPITOL SERVPORT, INC. 187 HILLSIDE AVENUE, WILLISTON PARK, NY 11596 LICENSE #1382542

Work Order # 1456670