UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> *Plaintiffs*, <br><br> - against - <br><br> MASON ROTHSCHILD <br><br> *Defendant.* | Docket No. 1:22-cv-00384 (AJN) (DCF) <br><br> **NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs, Hermès International and Hermès of Paris, Inc. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

| | |
|---|---|
| Dated: January 26, 2022 <br> New York, New York | **BAKER HOSTETLER LLP** <br><br> By: */s/ Oren J. Warshavsky* <br> Oren J. Warshavsky <br> 45 Rockefeller Plaza <br> New York, New York <br> Telephone: (212) 589-4200 <br> Fax: (212) 589-4201 <br> Email: owarshavsky@bakerlaw.com <br><br> *Attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc.,* |