UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>     *Plaintiffs*,<br><br>- against -<br><br>MASON ROTHSCHILD<br><br>     *Defendant.* | Docket No. 1:22-cv-00384 (AJN) (DCF)<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record.

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs, Hermès International and Hermès of Paris, Inc. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

Dated: January 26, 2022
   New York, New York

**BAKER HOSTETLER LLP**

By: */s/ Kevin M. Wallace*
Kevin M. Wallace
45 Rockefeller Plaza
New York, New York
Telephone: (212) 589-4200
Fax: (212) 589-4201
Email: kwallace@bakerlaw.com

*Attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc.,*