UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
:                                        ORDER OF REFERENCE
:                                        TO A MAGISTRATE JUDGE
Plaintiff,  Hermes International et al    :
:                                        22 CV 384    ( AJN ) ( DCF )
     -v-                                  :
:
:
Defendant.  Rothschild                    :
:                     USDC SDNY
:                     DOCUMENT
:                     ELECTRONICALLY FILED
:                     DOC #:_____
                                        x     DATE FILED: 1/27/2022
------------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  1/27/2022
      _____

                                        SO ORDERED:
                                        _____
                                        United States District Judge