UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | Case No. 1:22-cv-00384 (AJN) <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Rhett O. Millsaps II, of the law firm Lex Lumina PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for Defendant Mason Rothschild.

Dated: February 9, 2022
       New York, New York

LEX LUMINA PLLC

 /s/ *Rhett O. Millsaps II*
 Rhett O. Millsaps II

 745 Fifth Avenue, Suite 500
 New York, NY  10151
 Telephone:  (646) 898-2055
 Facsimile:  (646) 906-8657
 rhett@lex-lumina.com

*Attorneys for Defendant Mason Rothschild*