UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | Case No. 1:22-cv-00384 (AJN) <br><br> **ECF Case** <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Rebecca Tushnet, of the law firm Lex Lumina PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for Defendant Mason Rothschild.

Dated: February 9, 2022
      New York, New York      LEX LUMINA PLLC

      /s/ *Rebecca Tushnet*
      Rebecca Tushnet

      745 Fifth Avenue, Suite 500
      New York, NY  10151
      Telephone:  (646) 898-2055
      Facsimile:  (646) 906-8657
      rtushnet@lex-lumina.com

      *Attorneys for Defendant Mason Rothschild*