UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | Case No. 1:22-cv-00384 (AJN) <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Christopher Jon Sprigman, of the law firm Lex Lumina PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for Defendant Mason Rothschild.

Dated: February 9, 2022
New York, New York

LEX LUMINA PLLC

 /s/ *Christopher Jon Sprigman*
Christopher Jon Sprigman

745 Fifth Avenue, Suite 500
New York, NY  10151
Telephone:  (646) 898-2055
Facsimile:  (646) 906-8657
rhett@lex-lumina.com

*Attorneys for Defendant Mason Rothschild*