**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | No. 22-cv-00384-AJN-GWG <br><br> ECF Case <br><br> **NOTICE OF DEFENDANT MASON ROTHSCHILD'S MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendant Mason Rothschild's Motion to Dismiss the Complaint, dated February 9, 2022, and

all prior pleadings and proceedings herein, Defendant Mason Rothschild will move this Court

before the Honorable Alison J. Nathan, at the United States Courthouse, Southern District of

New York, 40 Foley Square, New York, New York, on a date and at a time designated by the

Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting Defendant's

motion to dismiss with prejudice Plaintiffs' Complaint, dated January 14, 2022, and granting

such other and further relief as the Court deems just and proper.

Dated:  February 9, 2022

Respectfully Submitted,

/s/ *Rhett O. Millsaps II*
Rebecca Tushnet
Rhett O. Millsaps II
Christopher J. Sprigman
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY  10151
(646) 898-2055
rhett@lex-lumina.com

*Attorneys for Defendant Mason Rothschild*