UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Hermès International and Hermès of Paris, Inc.,

                    Plaintiffs,

-against-                          22 Civ. 00384 ( AJN )

**MOTION FOR ADMISSION**

Mason Rothschild,

**PRO HAC VICE**

                    Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Deborah A. Wilcox hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Hermès International and Hermès of Paris, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 9, 2022

                    Respectfully Submitted,

                    Deborah A. Wilcox

Applicant Signature: */s/ Deborah A. Wilcox*

Applicant's Name: Deborah A. Wilcox

Firm Name: Baker & Hostetler LLP

Address: Key Tower, 127 Public Square-Suite 2000

City/State/Zip: Cleveland, Ohio 44114

Telephone/Fax: T-216 621-0200/F-216 696-0740

Email: dwilcox@bakerlaw.com