UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

            *Plaintiffs,*

- against -

MASON ROTHSCHILD

            *Defendant.*

Docket No. 1:22-cv-00384 (AJN) (DCF)

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSON *PRO HAC VICE* – DEBORAH A. WILCOX

Deborah A, Wilcox, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Baker & Hostetler LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the Ohio.

4. There are no pending disciplinary proceedings against in any State or Federal Court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

WHEREFORE, I respectfully submit that I be permitted to appear as counsel *pro hac* vice in this case for Plaintiffs.

Dated: February 9th, 2022

Respectfully submitted,

*Deborah A. Wilcox*
Deborah A. Wilcox
Baker & Hostetler LLP
Key Tower,
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone: (216) 621-0200
Fax: (216) 696-0740
Email: dwilcox@bakerlaw.com

STATE OF OHIO          )
                       ) ss.
COUNTY OF CUYAHOGA

Signed and sworn to before me by Deborah A. Wilcox on this 9th day of February 2022.

My commission expires on 01/27/25

*Karla Kelly*

KARLA KELLY
Notary Public
State of Ohio
My Comm. Expires
January 27, 2025