**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Hermès International and Hermès of Paris, Inc.,
                  Plaintiffs,

-against-

Mason Rothschild,

                  Defendant.

_22_ CV _00384_ ( AJN )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of _Deborah A. Wilcox_, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _Ohio_; and that his/her contact information is as follows (please print):

Applicant's Name: _Deborah A. Wilcox_
Firm Name: _Baker & Hostetler LLP_
Address: _Key Tower, 127 Public Square-Suite 2000_
City / State / Zip: _Cleveland, Ohio 44114_
Telephone / Fax: _T-216 621-0200/F-216 696-0740_

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _Hermès International and Hermès of Paris, Inc._, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge