USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hermes International, et al.,

               Plaintiffs,

    –v–

Mason Rothschild,

               Defendant.

22-cv-384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On February 9, 2022, Defendant filed a motion to dismiss. Pursuant to Rule 3.F. of this Court's Individual Practices in Civil Cases, on or before February 23, 2022, Plaintiffs must notify the Court and its adversary in writing whether (1) it intends to file an amended pleading and when it will do so or (2) it will rely on the pleading being attacked. Plaintiffs are on notice that declining to amend its pleadings to timely respond to a fully briefed argument in the Defendant's August 11 motion to dismiss may well constitute a waiver of the Plaintiffs' right to use the amendment process to cure any defects that have been made apparent by the Defendant's briefing. *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC.*, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility").

      If Plaintiffs choose to amend, Defendant may then (a) file an answer; (b) file a new motion to dismiss; or (c) submit a letter stating that they rely on the initially-filed motion to dismiss.

      Nothing in this Order alters the time to amend, answer or move provided by the Federal Rules of Civil Procedure or Local Rules.

SO ORDERED.

Dated: February 10, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge