UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Hermès International and
Hermès of Paris, Inc.      Plaintiff,

-against-                              No.1:22 Civ. 00384-AJN (GWG)

Mason Rothschild                       **MOTION FOR ADMISSION**

                                       **PRO HAC VICE**

                   Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Mark P. McKenna hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Mason Rothschild in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 2/11/22

Respectfully Submitted,

Mark P. McKenna
Applicant Signature: *[signature]*
Applicant's Name: Mark P. McKenna
Firm Name: Lex Lumina PLLC
Address: 745 Fifth Avenue, Suite 500
City/State/Zip: New York, NY 10151
Telephone/Fax: 646.906.8657
Email: mark@lex-lumina.com