United States District Court
For the Southern District of New York

| | |
|---|---|
| Hermès International and Hermès of Paris, Inc., <br><br> Plaintiffs <br> v. <br><br> Mason Rothschild, <br><br> Defendant | No. 22-cv-00384-AJN-GWG |

In connection with the attached Motion for Admission Pro Hac Vice, I, Mark P. McKenna, here by state as follows:

(a) I have never been convicted of a felony;
(b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and
(c) There are no disciplinary proceedings presently against the me.

Dated: February 10, 2022

_____
Mark P. McKenna
Lex Lumina PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
646.906.8657
mark@lex-lumina.com

Subscribed and sworn before me this 11th day of February, 2022:

_____

ROBERT L JONES, JR.
Notary Public - Seal
St Joseph County - State of Indiana
Commission Number NP0621026
My Commission Expires Sep 24, 2026