UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hermès International and
Hermès of Paris, Inc.    Plaintiff,

-against-

Mason Rothschild     Defendant.

No. 1:22-cv-00384-AJN-GWG

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Mark P. McKenna__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Illinois__; and that his/her contact information is as follows (please print):

Applicant's Name: __Mark P. McKenna__
Firm Name: __Lex Lumina PLLC__
Address: __745 Fifth Avenue, Suite 500__
City / State / Zip: __New York, NY 10151__
Telephone / Fax: __646.906.8657__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Mason Rothschild__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __February 18, 2022__

_[signature: Gabriel W. Gorenstein]_

United States District / Magistrate Judge