# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Gerald J. Ferguson
direct dial: 212.589.4238
gferguson@bakerlaw.com

February 23, 2022

**VIA ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Hermès International et al. v. Mason Rothschild (22-cv-00384)*

Dear Judge Nathan:

We represent Plaintiffs Hermès International and Hermès of Paris, Inc. in the above-referenced action against Defendant Mason Rothschild. We write pursuant to Your Honor's Order dated February 10, 2022 to notify the Court that Plaintiffs intend to file an amended complaint on or before March 2, 2022.  As required by Your Honor's February 10 Order, Plaintiffs have also notified Defendant's counsel of record of Plaintiffs' intention to file an amended complaint by providing a copy of this letter by email.

Please let us know if Your Honor requires anything further or has any questions.

Respectfully submitted,

*Gerald J. Ferguson*

Gerald J. Ferguson