# **EXHIBIT D**

**Int. Cls.: 16 and 18**

**Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 29, 37, 38, 41 and 50**

**Reg. No. 2,991,927**

**United States Patent and Trademark Office**

Registered Sep. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# BIRKIN

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)

24, RUE DU FAUBOURG SAINT HONORE
PARIS, FRANCE 75008

FOR: CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER OR IMITATION LEATHER GOODS, NAMELY, BAGS, NAMELY, HANDBAGS, TRAVEL BAGS, RUCKSACKS; WALLETS; CARD HOLDERS IN THE NATURE OF WALLETS; LEATHER PURSES; LEATHER CASES FOR KEYS; BRIEFCASES; TRUNKS AND SUITCASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF FRANCE REG. NO. 97691016, DATED 8-8-1997, EXPIRES 8-8-2007.

SER. NO. 78-369,087, FILED 2-17-2004.

DOUGLAS LEE, EXAMINING ATTORNEY