# **EXHIBIT E**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,936,105**
**Registered Mar. 29, 2011**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24 RUE DU FAUBOURG SAINT HONORD
F-75008 PARIS, FRANCE

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

OWNER OF U.S. REG. NOS. 1,806,107 AND 2,447,392.

THE MARK CONSISTS OF THE CONFIGURATION OF A HANDBAG, HAVING RECTANGULAR SIDES A RECTANGULAR BOTTOM, AND A DIMPLED TRIANGULAR PROFILE. THE TOP OF THE BAG CONSISTS OF A RECTANGULAR FLAP HAVING THREE PROTRUDING LOBES, BETWEEN WHICH ARE TWO KEYHOLE-SHAPED OPENINGS THAT SURROUND THE BASE OF THE HANDLES. OVER THE FLAP IS A HORIZONTAL RECTANGULAR STRAP HAVING AN OPENING TO RECEIVE A PADLOCK EYE. A LOCK IN THE SHAPE OF A PADLOCK FORMS THE CLASP FOR THE BAG AT THE CENTER OF THE STRAP. THE BROKEN LINES IN THE DRAWING REPRESENT THE LOCATION OF THE HANDLES AND ARE NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 76-700,120, FILED 10-29-2009.

LIEF MARTIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office