# **EXHIBIT F**







| MetaBirkins 4 | Last ◆ 3 | MetaBirkins 72 | Last ◆ 9.9 | MetaBirkins 12 | | MetaBirkins 83 | | MetaBirkins 76 | Best Offer ◆ 0.01 | MetaBirkins 63 | Best Offer ◆ 0.15 Last ◆ 4.5 | MetaBirkins 78 | Best Offer ◆ 0.03 |
| ♡ 12 | | ♡ 5 | | ♡ 28 | | ♡ 10 | | ♡ 12 | | ♡ 6 | | ♡ 7 | |
| MetaBirkins 5 | Last ◆ 1 | MetaBirkins 1 | Best Offer ◆ 0.88 | MetaBirkins 90 | Best Offer ◆ 0.3 | MetaBirkins 57 | Best Offer ◆ 2.5 | MetaBirkins 92 | Best Offer ◆ 2.5 | MetaBirkins 88 | Best Offer ◆ 1 Last ◆ 4 | MetaBirkins 97 | Best Offer ◆ 0.001 |
| ♡ 25 | | ♡ 18 | | ♡ 6 | | ♡ 8 | | ♡ 9 | | ♡ 14 | | ♡ 12 | |