# **EXHIBIT H**



In the three months to June, sales for the leather goods and saddlery division - which includes the $9,000-plus Birkin and Kelly handbags - more than doubled from a year ago and rose by 24% from their pre-pandemic June 2019 levels.

"We will not have the same growth rate for leather goods (in the second half)," Dumas said.

Overall sales at constant currencies were up 127% at 2.15 billion euros ($2.55 billion), as lockdowns eased and shoppers, particularly in Asia and the United States, flocked back to stores, allowing Hermes to run down stocks built up during the COVID-19 emergency. That was 33% above where they stood in the first half of 2019.

The recurring operating margin, at 41% of sales, was six percentage points higher than in 2019 and matched that of industry leader LVMH's fashion and leather goods division. Dumas said that level should not used to extrapolate for the rest of the year.

Overall sales at constant currencies were up 127% at 2.15 billion euros ($2.55 billion), as lockdowns eased and shoppers, particularly in Asia and the United States, flocked back to stores, allowing Hermes to run down stocks built up during the COVID-19 emergency. That was 33% above where they stood in the first half of 2019.

The recurring operating margin, at 41% of sales, was six percentage points higher than in 2019 and matched that of industry leader LVMH's fashion and leather goods division. Dumas said that level should not used to extrapolate for the rest of the year.

He said Hermes, unlike some rivals, had not postponed investments during the health crisis and had kept renovating stores and opening new ones, including one in Tokyo in February and one in Detroit in June. The group, which traditionally opens a new manufacturing site in France every year, has hired around 400 people so far in 2021.

($1 = 0.8419 euros)

**Register now for FREE unlimited access to Reuters.com** — Register

levels.

"We will not have the same growth rate for leather goods (in the second half)," Dumas said.

Overall sales at constant currencies were up 127% at 2.15 billion euros ($2.55 billion), as lockdowns eased and shoppers, particularly in Asia and the United States, flocked back to stores, allowing Hermes to run down stocks built up during the COVID-19 emergency. That was 33% above where they stood in the first half of 2019.

The recurring operating margin, at 41% of sales, was six percentage points higher than in 2019 and matched that of industry leader LVMH's fashion and leather goods division. Dumas said that level should not used to extrapolate for the rest of the year.

He said Hermes, unlike some rivals, had not postponed investments during the health crisis and had kept renovating stores and opening new ones, including one in Tokyo in February and one in Detroit in June. The group, which traditionally opens a new manufacturing site in France every year, has hired around 400 people so far in 2021.

($1 = 0.8419 euros)

**Register now for FREE unlimited access to Reuters.com** — Register

Reporting by Silvia Aloisi and Mimosa Spencer; Editing by Sarah White and Barbara Lewis

Our Standards: The Thomson Reuters Trust Principles.

**More from Reuters**



UK developers face $5 bln bill to remove cladding





**Sponsored Content**





**Retail & Consumer**






**Sponsored Content**






**Sponsored Content**








