# **EXHIBIT K**



IN TOUCH WEEKLY
Marion, OH

WEEKLY       250,000
MAR 2004
M102716
LUCE PRESS CLIPPINGS

# Sex & the City SPECIAL

## what it costs to Look SC

Carrie's 24-7 fashion show of a life doesn't come cheap. This is a girl wh[o]

When Carrie went out, she went all out — whether she was heading to a pretzel vendor at an outdoor market or to the Met. She changed outfits seven times in almost every episode! In one, she sported four daytime styles, two evening outfits and one special-occasion jaw-dropper (like the Oscar de la Renta she wore to the opera). *In Touch* broke down seven looks, to find ou[t] how much an average episode sets Carrie back. Then we did the math to estimate he[r] wardrobe for the show for all six seasons.



**Walking to Wall Street**
Calvin Klein dress $1,800
Vintage coat from Sarah's closet $400
Vintage Dior bag $275
Miu Miu shoes $400

**Grocery shopping**
Juicy Couture dress $92
Hermès Birkin bag $6,050

**Clothes shopping**
Hermès scarf $295
Imitation of Christ dress $2,100
Bulgari bag $1,500
Manolo Blahnik pumps $445
Lulu Guinness tote $250

**Sunshine stroll**
Club Monaco blouse $79
Joe Je[ans] $2[6]
Manolo Blahnik sandals $485



>LOGIN  >REGISTER                                                       SEARCH
HOME | **ORIGINAL SERIES** | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | STORE

**SEX AND THE CITY**
Watch SATC on TBS

▷ Home                ▷ News and Awards
▷ Episode Guide       ▷ Community
▷ Cast and Crew       ▷ Games

Season: 1 2 3 4 5 6    Episodes: choose an episode



**Episode 59 Features**



Music Credits
See a full list of music played in the episode.



Fashion Credits
See a listing of outfits worn in the episode.

**Inside Sex and the City**

Sign up for "The Dish", the official Sex and the City

email address    submit

< Previous        **Photo Album:** 6 of 6        Next >



Sex and the City Complete Season
Available on Buy now!

episode 59

### "Coulda, Woulda, Shoulda"

"If it's so hard to get pregnant, how do you account for the number of crying children on planes?" - Samantha

**Directed by:** David Frankel
**Written by:** Jenny Bicks

**Synopsis**
Miranda tells Carrie that she's pregnant from having unprotected sex with Steve and his one ball. Miranda doesn't want the baby and doesn't want to tell Steve. Charlotte, however, can't seem to get pregnant no matter what bedroom techniques she tries. When she finds out that Miranda is pregnant and is going to have an abortion, she's so upset she storms away. Carrie and Samantha admit that they've both had abortions - Carrie after a one-night stand with a waiter in the '80s. Carrie tells Aidan about Miranda and swears him to secrecy. Aidan is appalled that Miranda isn't going to tell Steve. Carrie lies to Aidan about having had an abortion herself.

Samantha has lunch with Lucy Liu, hoping to represent her. They hit it off and Lucy tells Samantha that she refuses to be lied to. Samantha also has her eye on the coveted Hermes red "Birkin" handbag. Unfortunately, there's an eternally long waiting list, so Samantha uses Lucy Liu's starpower to score a bag. When Lucy shows up at their next lunch carrying the "free" bag, Samantha tells her it's actually for herself. Lucy is furious, fires Samantha and walks off with the bag.

Case 1:22-cv-00384-JSR   Document 24-11   Filed 03/02/22   Page 5 of 8

Charlotte sees a fertility doctor and finds out that she has only a 15 percent chance of conceiving naturally. She bumps into Miranda on the street, tells her the news and walks away from the unhappily pregnant Miranda. Carrie accompanies Miranda to have her abortion. While they're waiting Miranda becomes increasingly worried that she's not making the right decision. She wonders if this is her only chance to have a baby. She decides to keep the baby and the girls, including Charlotte, gather around her and support her decision.

Carrie returns to the restaurant where she had met Chad, the waiter who had gotten her pregnant years ago. He's still there and doesn't remember Carrie. She realizes she made the right decision and leaves. Carrie decides to be honest and admits to Aidan that she had an abortion when she was 22. She was worried that he would criticize her, but Aidan is non-judgemental.

Discuss this episode in the Sex and the City Bulletin Board.

**HBO INFO   JOBS AT HBO   CONTACT US   SITE INDEX   SCHEDULE PDF   REGISTER/SIGN IN   TRY AOL**

> Privacy Policy    > Terms of Use

© 2004 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.

| Film_2009_BeverlyHillsChihuahua_1.tif | Film_2009_TheWomen_1.tif |
|---|---|
| Le Chihuahua de Beverly Hills - Beverly Hills Chihuahua | The Women |
|  |  |
| Jamie Lee Curtis | Annette Bening |
| 2009 | 2009 |
| Film_2008_GossipGirl_.1jpg.tif | Film_2008_GossipGirl_.3.tif |
| Gossip Girl<br>Référence de l'épisode non déterminé | Gossip Girl<br>Saison 2 - Épisode 13 - Titre de l'épisode : O Brother, Where Bart Thou ? |
|  |  |
| Kelly Rutherford | Kelly Rutherford |
| 2008 | 2008 |

| Film_2006_InsideMan_2.tif | Film_2006_InsideMan_5.tif |
|---|---|
| Inside Man | Inside Man |
|  |  |
| Jodie Foster | Jodie Foster |
| 2006 | 2006 |
| Film_2006_Medium_1.tif | Film_2005_GilmoreGirls_2.tif |
| Medium<br>Saison 2 - Épisode 22 - Titre de l'épisode : Twice Upon a Time | Gilmore Girls<br>Saison 6 - Épisode 6 - Titre de l'épisode : Welcome to the Doll House |
|  |  |
| Patricia Arquette | Kelly Bishop |
| 2006 | 2005 |

| Film_2005_GilmoreGirls_3.tif | Film_2005_TheComeback_1.tif |
|---|---|
| Gilmore Girls<br>Saison 6 - Épisode 6 - Titre de l'épisode : Welcome to the Doll House | The Comeback<br>Saison 1 - Référence de l'épisode non déterminé |
|  |  |
| Kelly Bishop | Lisa Kudrow |
| 2005 | 2005 |
| Film_2005_TheComeback_2.tif | Film_2004_SexAndTheCity_2.tif |
| The Comeback<br>Saison 1 - Référence de l'épisode non déterminé | Sex and the City<br>Saison 6 - Episode 16 - Titre de l'épisode : Out of the Frying Pan |
|  |  |
| Lisa Kudrow | Sarah Jessica Parker |
| 2005 | 2004 |