# **EXHIBIT N**





According to Baghunter: "As a status symbol for the elite and ultra-rich, the main factor affecting the secondary market for Birkins is desire. All signs point to that desire remaining as strong throughout 2016 as it has been since the bag was released in 1985, with media outlets fawning over celebrities such as Kim Kardashian and Victoria Beckham who regularly sport their Birkin bags in paparazzi pictures."



PAID PARTNER CONTENT
**Be at the center of the discussion. $1 a week.**
BY THE NEW YORK TIMES

The bag was conceived when actress Jane Birkin was on the same flight as Hermes' boss Jean-Louis Dumas and complained about not being able to find a good leather weekend bag.

**MORE MUST-READ STORIES FROM TIME**

- These **Charts Show COVID-19 Is Still the Pandemic of the Unvaccinated**
- Reddit Allows **Hate Speech to Flourish in Its Global Forums**, Moderators Say
- What It Takes to Get **Support for a Black Boy With Special Needs**
- **Shonda Rhimes Already Knows** What You're Going to Watch Next
- How Harry Reid Paved the Way for **Democrats to Kill the Filibuster**
- President Biden's **Speech in Atlanta Was Designed to Appeal to Black Voters**—But Not Everything About It Succeeded
- **China Is Finding Fewer Reliable Sources of Coal**. That Could Be Bad News for the Climate



CONTACT US AT LETTERS@TIME.COM.

**SHARE THIS STORY**



**READ MORE FROM TIME**



IDEAS
### The Right to Vote Is More Important Than the Filibuster

Senator Angus King on why he's supporting two different bills to protect voting rights as a fundamental cornerstone of our democracy

IDEAS
### U.S. Food Prices Are Up. How Monopoly Power Makes this Worse

  

POLITICS
Democrats' Odds of Passing Voting Rights Reform Looked Bad Before Biden Went to the Hill—And Worse After He Left

HISTORY
I Searched for Answers About My Enslaved Ancestor

POLITICS
Oath Keepers Founder and 10 Others Charged in Jan. 6 Attack



Sponsored Links

  



Nike Quest 4 — Make Home Happen — Black Firefighter Fireman Custom Crocs, Gifts For Fireman 3D Crocs Women US 6

Ad · Nike    Ad · Consumer Reports    Ad · Niche3d Us

 








## Is the Hermès Birkin a form of investment?

Last update: 29/11/2021

*In thirty years, the Birkin bag has gone from a pleasure purchase to a very popular investment photo credit: GettyImages*

In 2016, the highly reputable Time Magazine headlined that the Hermès Birkin bag was a better investment than gold. The handbag signed by the luxury house records record after record in auctions at hundreds of thousands of euros. Where does the craze for this handbag come from and, above all, to what extent can it be considered a serious investment rather than a pleasure purchase? Here are some price tips on how to get one.

Summary:

- A high value fashion item
- The price of a Birkin
- A rare object, therefore precious
- A reputation built without advertising
- From pleasure purchase to investment
- Invest in a Birkin from Hermès
- Buy a new Birkin
- Buy a used Birkin

### A high value fashion item

Hermès is a family business created in 1837. In the beginning, its founder Thierry Hermès produced horse riding equipment. It was not until 1922 that the Hermès brand produced its first leather handbag. It is the English actress and singer Jane Birkin who inspires the bag and gives it her name. The Birkin quickly becomes a fashion icon whose value continues to grow. In 30 years, the value of the Birkin has appreciated by 500%.

### The price of a Birkin

In stores, the classic simple leather model costs around 8,000 euros. On the Collector Square site, the cheapest Birkin bag is displayed at 6,980 euros and the most expensive at no less than 55,000 euros... The average is around 17,000 euros. The price varies considerably depending on the models, the type of leather (crocodile, lizard, goat, ostrich), the format, the materials in which the buckles, padlocks and keys are made (gold or silver plated). Bespoke models can even be set with diamonds. The most expensive bag in the world is indeed a Birkin.

> **The Birkin Himalaya 35 is the most expensive handbag in the world**
> The most expensive Birkin in the world is the Himalaya 35 model. It costs the modest sum of 432,000 dollars, the price of an apartment in Paris. This handbag is the rarest in the world. It is made from crocodile skin and colored to evoke the Himalayan mountains using a unique, time-consuming technique. It was given to Influencer Nabilla as a birthday present on her 28th birthday. The bag is set with white gold and 200 diamonds. Its padlock is made entirely of gold and diamonds. The Hermès house only produces one or two each year.

### A rare object, therefore precious

It takes two days on average to produce a Birkin. However, this model is only manufactured in ever smaller quantities by the Hermès house, while demand continues to increase. The waiting lists for a bag are counted in years. The rarity of the product is therefore a fully assumed marketing choice. Its effects on the value of an ever more expensive, ever more exclusive accessory are undeniable today.

### A reputation built without advertising

Hermès does not advertise its Birkin bags. With up to six years on the waiting list, there are many women who, once the Grail has been obtained, proclaim it loud and clear. Celebrities are the first to highlight their Birkin, from Kate Moss to Mariah Carey via Victoria Beckham, Kylie Jenner or Cardi B, making it a symbol of opulence and style. Unsurprisingly, the Hermès Birkin is the most Instagrammed bag in history, with over 5.6 million posts on the platform.

### From pleasure purchase to investment

Investir dans un sac à main ne relevait pas exactement de l'évidence jusqu'à il y a quelques années, les accessoires de mode de luxe étant considérés davantage comme un achat plaisir. En 2019, le bureau de conseil Knight Frank a inclus le sac Birkin d'Hermès dans son Index de l'Investissement dans l'art et les objets de luxe (KFLII) en mettant en avant son taux de rendement de 17% qui surpasse d'autres formes plus classiques d'investissement. Désormais, nul doute que le statut du Birkin en particulier (et celui d'autres sacs à main de grandes marques dans une moindre mesure) fait partie du portfolio d'investissement.

### Invest in a Birkin from Hermès

Convinced to take the leap? To help you, here are some tips to put the odds on your side. A Birkin bag in which you place your money must be insured: in case of flood, fire, theft, it is a really necessary precaution. In order for this accessory to keep its value (and to gain value over time), it is necessary to keep it in perfect condition. If you plan to resell it to get your return on investment, that even means not using it.

### Buy a new Birkin

This is probably the hardest way to get your hands on a Birkin, but it's still the classic route: buying it in a Hermès boutique. Some people get it right the first time. Everything rests on the sales assistant or sales consultant. Get closer to a Hermès boutique and a sales consultant with whom you will need to build a relationship of trust and explain, patiently, that you dream of a Birkin. Weekends and school vacation periods should be avoided to optimize your chances of having a good contact likely to lead you to the Grail.

### Buy a used Birkin

On the Internet there are many dealers and Birkin waiting for buyers. Only resellers able to guarantee the authenticity of the product should be retained, in particular Vestiaire Collective, Collector Square, Resee, The Real Real, to avoid spending a fortune on a fake Hermès... It is essential to buy your Birkin from from a reputable retailer, given the exponential number of counterfeits.

---

**ASSOCIATED VALUES**

HERMES INTL                                          EuronextParis  -2.29%

☐ The individual.

---

**SAVINGS FACT SHEETS**

    

Retiring early: what financial consequences?   The costs of a stock exchange account: brokerage, CRD, custody fees   What are the notary fees for an inheritance?   How to read a company's income statement

See all Savings Fact Sheets

---

**ACTUALITÉ BOURSE**                                **HERITAGE NEWS**

     

14.01.2022 • 17:47   14.01.2022 • 16:16   14.01.2022 • 16:06   14.01.2022 • 17:00 • ⊙1   14.01.2022 • 15:15 • ⊙13   14.01.2022 • 14:00 • ⊙1

La Bourse de Paris finit en baisse de 0,81% à 7.143 points   Comment les gérants flexibles positionnent leur portefeuille pour démarrer l'année ?   Wall Street en ordre dispersé, mauvaise surprise sur les ventes de détail   Immobilier : le loyer moyen des Français a augmenté en 2021, surtout sur les petites surfaces   Vente de la résidence principale : lorsque l'exonération d'impôt sur la plus-value n'est pas pos...   Immobilier : ce top 3 des villes attractives et abordables !

---

**SPONSORED CONTENT**                                              ⊚⊙ Smartfeed ▷

  

[Gallery] Hilarious Wedding Photo Fails You Have To See   [Photos] Take A Look At Who Judge Judy Is Married To Today.   [Pics] 'Gilligan's Island' Star Is Almost 103 & Lives Like This   [Photos] Meet Charles Barkley's Wife For The Past 32 Yrs

**CONTENUS VIDÉO RECOMMANDÉS**                        **READ ALSO ON BOURSORAMA**

Ce métal qui a bondi de 400% en 2021...

  

"Garden shed" tax: forgetting to declare can be expensive


   

**SPONSORED CONTENT**

