# **EXHIBIT Q**







02-16-22

# The New York Stock Exchange files trademark for an NFT marketplace

Such a venture would pit the centuries-old institution against the likes of OpenSea. Will it actually happen, or is it just more corporate FOMO?

[Source Image: Boris Zhitkov/Getty; jcrosemann/Getty]

BY CONNIE LIN    1 MINUTE READ

The New York Stock Exchange (NYSE) is eyeing greater ventures in the lucrative NFT trading frenzy, according to its recent filing with the U.S. Patent and Trademark Office.

The filing, submitted February 10, reveals the NYSE's ambition to launch a platform for cryptocurrency and NFT trading, among other things. Such a platform would pit the centuries-old institution against the likes of crypto unicorn OpenSea—a roughly four-year-old startup that landed a monster $13 billion valuation in January—as well as other popular NFT marketplaces like Rarible and the Winklevoss-owned Nifty Gateway.

According to the document, the world's largest stock exchange "has a bona fide intention" to explore a vast spectrum of blockchain-based technologies, including but not limited to: "application programming interface (API) to allow users to access, maintain, store, display, buy, sell, and trade virtual and digital assets, artwork, collectibles, and NFTs; and API for sending, receiving, accepting, buying, selling, storing, transmitting, trading and exchanging digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens, and utility tokens."

Other possibilities listed in the wide-ranging prospectus are software for virtual and augmented reality, and digital currency wallet services.

It wouldn't be the NYSE's first foray into Web3: In spring 2021, the stock exchange minted six NFTs celebrating the public debuts of buzzy tech companies, including Spotify, Snowflake, Unity, DoorDash, Roblox, and Coupang. (The tokens—10-second videos depicting a virtual bell being rung—were not sold but gifted to the companies.) Back then, it said there would be "many more NYSE NFTs to come."

However, a trademark application is a very early-stage step for most companies, meaning any such venture—if it does materialize—could take time. The Exchange told *Fast Company* in a statement that it "has no immediate plans to launch cryptocurrency or NFT trading," but "regularly considers new products and their impact on our trademarks and protects our intellectual property rights accordingly."

Other big brands jostling for intellectual property in the space

**MORE LIKE THIS**
- How to help the people of Ukraine: 7 things you can do right now
- Netflix's Boeing documentary, 'Downfall,' is a righteous screed against corporate greed
- DWAC stock rises (again) as Trump's Twitter clone prepares for launch

include McDonald's, for restaurants in the metaverse; Disney for metaverse theme parks; and New Balance for virtual clothing, footwear, and sporting goods. They're hardly alone: According to federal data, there were 2,023 new NFT-related trademark filings in 2021, perhaps the clearest sign of a collective corporate fear of missing out, at the very least. And in a recent test of nascent NFT trademark law, Nike is currently suing StockX for minting NFTs linked to Nike shoes.

# FAST COMPANY

**Register for an account and get Compass, our daily newsletter for the latest on innovation in business!**

[Email]  **SIGN UP**



ADVERTISEMENT



02-22-22 | MINDFULNESS AT WORK

## 6 ways to be happy this year, according to science

Here are a few less-discussed strategies to fill yourself with contentment.



[Source Photo: rawpixel]

ADVERTISEMENT

BY TRACY BROWER   4 MINUTE READ

There are days when the world can feel extremely chaotic and overwhelming in complexity—whether it's politics, the economy, global issues, or just the stress you face at work or at home. Through it all, happiness is a key priority. People want joy, contentment, and satisfaction in their work and life. While happiness may seem fleeting, there are paths you can take (some that may see strike you as surprising) to find happiness.

In my research on happiness, there are some significant sources that matter most. Feeling a sense of purpose in your contribution; sustaining meaningful connections with others; having opportunities to stretch, learn, and grow; and gratitude are all correlated with happiness.

But there are also some certain pathways to feeling happy which may surprise you.

**DON'T CHASE IT**

The happiness paradox suggests if you seek to be happy, you'll be less likely to accomplish it. Instead, you should seek to create the conditions associated with happiness, rather than pursuing happiness for its own sake.

**MORE LIKE THIS**

It's not just you. Science explains how your focus is more scattered now and how to get it back

How to end a conversation when someone won't stop talking

5 insights from behavioral science that can make you better at influencing others

ADVERTISEMENT

