# **EXHIBIT S**

Ad closed by Google 

# OceanDrive

People    Food & Drink    Home & Real Estate    Style & Beauty    Video    ▸ NEWSLETTER

# Trevor Andrew AKA Gucci Ghost Enters The NFT Art Space With Noise

Paige Mastrandrea | April 29, 2021 | People  Trends  Art


*Trevor Andrew surrounded by his works of art*



Weill Cornell Medicine | NewYork-Presbyterian
Primary Care and Reproductive Medicine
The care you need in the Hamptons you love
Visit us




*"It's Raining Gucci"*

Over the past few months, the world has become entranced with the emergence of the NFT space—short for nonfungible tokens that amount to verifiable ownership of works of art. Artists and luxury brands have quickly immersed themselves into the space after seeing the immense success it has unleashed in a short amount of time. One of the premier artists changing the landscape is Trevor Andrew, aka Gucci Ghost (@troubleandrew), who originally rose to prominence after creating the iconic "Gucci Ghost" that subsequently resulted in a partnership with the fashion house. "Gucci Ghost originated when I was making music. At the time, I utilized visual art to bring attention to the music I was putting out into the street and I took photos and manipulated them onto digital platforms—trying to extract a bit of power from the brand to reimagine it and interpret the way I saw the logo," he shares. "I took trash and turned it into treasure, essentially. I thought it was fascinating how people would take a photo next to a trash bin just because I put the signature Gucci G's on it."





*"Gucci Ghost Aqua Pink"*

While his initial intent wasn't to catch the attention of Gucci with his artwork, it eventually led him there. "It became my mantra to keep doing this until the brand either sued me or hired me." As you may guess, the latter occurred. "I've gone from street art to music, digital art, fashion, and it's grown from there." He made his foray into the NFT space about two years ago, which has since blossomed with force, with his first collection in mid-November 2020 selling out in 12 seconds. By his second drop in March, his work was reselling for $3.5 million in revenue, placing him in the top 15 NFT artists in the world. His next drop is slated for June, which he says will be the biggest and most pivotal release yet. "I can't reveal too much yet," he teases. "But just know that this will be the most important Gucci Ghost drop ever, because it highlights the evolution of Gucci Ghost."



*"Life is Scary Sometimes"*

TAGS: art  NFTs

Photography by: TREVOR ANDREW PHOTO BY DEAN BLOTTO GRAY, GUCCI GHOST ART PHOTOS BY TREVOR ANDREW

Atlanta
Boston
Chicago
Colorado
Dallas
The Hamptons
Hawai'i
Houston
Las Vegas
Los Angeles
Miami
New York
Orange County
Palm Beach
Philadelphia
San Diego
San Francisco
Scottsdale
Silicon Valley
Washington, D.C.
Contact Us
Advertising Info
Online Ad Specs
Print Ad Specs
Press
Privacy Policy
Terms & Conditions

MODERN LUXURY
Click here to read the Digital Editions
or Subscribe to the Print Edition:
SUBSCRIBE