# **EXHIBIT T**









