# **EXHIBIT U**





