# **EXHIBIT V**

https://www.highsnobiety.com/static-assets/thumbor/0zK6-UqMQE-4REgHl63nguOnzQY=/1200x800/www.highsnobiety.com/static-assets/wp-content/uploads/2021/05/14174012/basic-space-baby-birkin-nft-2.jpg

Accessed January 10, 2022