# **EXHIBIT W**

Basic.Space

Products  Experiences  Sellers

All Products | Women ▾ | Men ▾ | Jewelry | Art ▾ | Home ▾ | Lifestyle ▾ | NFTs

Home › Products › Baby Birkin



• LIVE     00:00:00

# Baby Birkin

MasonRothschild.EricRamirez

Final bid (1 winner)
Current owner: 0x5418d0d5bffef5c8
$47,000

★ Item for auction   Learn more →

**Auction ended**

| 00 days | 00 hours | 00 minutes | 00 seconds |

**Description**

"Baby Birkin" is an NFT Artwork by Mason Rothschild and Eric Ramirez. The 2000x2000 animation in 3D max is soundtracked by a space-age .wav audio file, amplifying this illustration of pregnancy in an enigmatic creation, and an ironic nod to the iconic bag. The Birkin, by French luxury goods maker Hermès, has been revered as a symbol of luxury and status since its introduction in the 1980s.

[Make an Offer]

---

Subscribe to our newsletter for early access and exclusive content.

Email address...                                         Submit

| Support | Information | Account | Social |
|---|---|---|---|
| Track an Order | About | Register / Sign In | @ Instagram |
| FAQ | Membership | My Account | 🐦 Twitter |
| Returns & Refunds | Careers | My Orders | |
| support@basic.space | | My Wishlist | |

© 2022 Basic Space, Inc. All rights reserved.                    Terms    Privacy



