# **EXHIBIT AA**

