# **EXHIBIT AB**



**metabirkins**    Follow

37 posts    16.8k followers    1 following

**MetaBirkins**
Digital creator
MetaBirkins is a collection of 100 unique NFTs — living on the Ethereum blockchain. @masonrothschild.
rarible.com/metabirkinsnft

Followed by madisonavenuespy

▦ POSTS    ▶ VIDEOS    👤 TAGGED





















