# **EXHIBIT AC**







