# **EXHIBIT AD**



More posts from metabirkins








Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Hashtags  Locations  Instagram Lite

English  © 2022 Instagram from Meta