# **EXHIBIT AE**





























