# **EXHIBIT AF**

Accessed January 8, 2022

