# EXHIBIT AG

Accessed January 8, 2022

