# **EXHIBIT AH**





