# **EXHIBIT AI**

↱ **MetaBirkins Retweeted**



**MasonRothschild.eth**
@MasonRothschild

More and more fake @MetaBirkins are being sold every hour. The official #MetaBirkins collection has not been been minted. It will not appear on any marketplaces until we give the green light tomorrow. Share this to prevent future scams. @opensea



9:48 PM · Dec 1, 2021 · Twitter for iPhone

**41** Retweets   **10** Quote Tweets   **77** Likes