# **EXHIBIT AJ**








https://www.instagram.com/p/CW3i2wRv2R8/    Accessed February 23, 2022







https://www.instagram.com/p/CW01LWLP1Nd/                                       Accessed February 23, 2022








https://www.instagram.com/p/CWtV65Bv5km/                                              Accessed February 24, 2022







https://www.instagram.com/p/CWplzfFluNR/    Accessed February 24, 2022








https://www.instagram.com/p/CW3i2wRv2R8/       Accessed February 24, 2022



  

  

https://www.instagram.com/p/CW4a0taJRSg/                                                               Accessed February 24, 2022








https://www.instagram.com/p/CYKA37HlKt_/ 　　　　　　　　　　　Accessed February 24, 2022








https://www.instagram.com/p/CW58uVHJQbA/                                       Accessed February 24, 2022



 

  

https://www.instagram.com/p/CYeWPYclHIn/     Accessed February 24, 2022