# **EXHIBIT AK**



 

  

https://www.instagram.com/p/CWgI_VoJdan/                                    Accessed February 23, 2022








https://www.instagram.com/p/CWm-7ocLuGV/    Accessed February 23, 2022



More posts from metabirkins

 

  

https://www.instagram.com/p/CW4a0taJRSg/      Accessed February 23, 2022








https://www.instagram.com/p/CW58uVHJQbA/ ............................................................... Accessed February 24, 2022













https://twitter.com/duckyyvuu/status/1461169944821858305

Accessed February 24, 2022





https://twitter.com/MetaBirkins/status/1466592441151016963                    Accessed February 24, 2022

