# **EXHIBIT AL**

elle metabirkin nft

About 1,870 results (0.55 seconds)

Including results for elle *meta birkin* nft
Search only for elle metabirkin nft



https://www.elle.com › fashion › birkin-bag-nft
**Hermès Goes Virtual With Launch Of Birkin Bags As NFTs**
Jan 18, 2022 — The so-called **MetaBirkin** is the creation of LA-based digital artist Mason Rothschild, and part of a project introduced late last year at Art ...

**People also ask**

How much is a MetaBirkin NFT?
What is an NFT bag?
What is a Birkin NFT?
What is the most expensive Birkin?



https://www.lofficielusa.com › fashion › hermes-metabi...
**Mason Rothschild's 'MetaBirkin' NFTs Sell for Record Prices**
Dec 15, 2021 — Artist Mason Rothschild's new line of exclusive Hermès Birkin bags combine digital entrepreneurship with a more sustainable vision.



https://elle.com.sg › 2021/12/20 › the-hermes-birkin-go...
**The Hermès Birkin Goes Digital In The Form of A New NFT**
Dec 20, 2021 — The so-called **MetaBirkin** is the creation of LA-based digital artist Mason Rothschild, and part of a project introduced earlier this month at Art ...

https://www.msn.com › money › other › ar-AARUiWg
**Hermès Sues Digital Artist Over His NFT 'MetaBirkin' Bag - MSN**
Jan 18, 2022 — Hermès Sues Digital Artist Over His NFT **MetaBirkin** Bag · Slide 1 of 84: $950.00Shop NowThe Celine Triomphe Canvas line is part of their · Slide ...



https://robbreport.com › style › accessories › hermes-bi...
**Hermès Reportedly Sends Cease-and-Desist to Birkin ...**
Jan 5, 2022 — Artist Mason Rothschild says Hermès sent him a cease-and-desist letter asking him to stop selling his Birkin bag-inspired **NFTs**.





https://www.businessoffashion.com › news › luxury › her...
**Hermès Sues NFT Creator Over 'MetaBirkin' Sales | BoF ...**
Jan 18, 2022 — Hermès is suing the **NFT** creator Mason Rothschild, who has seen viral success marketing a line of digital assets he calls "MetaBirkins.".
Missing: elle | Must include: elle



https://www.highsnobiety.com › hermes-metabirkin-nft
**Hermès Hits Metabirkin NFT Creator with Cease and Desist**
Feb 10, 2022 — Mason Rothschild, creator of the **Metabirkin NFTs**, has been hit with a cease and desist from Hermès, and the collection has been pulled off ...
Missing: elle | Must include: elle

**Images for elle metabirkin nft**

bags  birkin bag  hermes birkin  mason rothschild



Feedback
View all

https://www.ft.com › content
**Hermès clashes with artist who created MetaBirkins NFT**
Dec 10, 2021 — Mason Rothschild, the artist who created **NFTs** of the bags which have traded for 200 ethereum (around $790,000) in sales as of Friday, estimated ...
Missing: elle | Must include: elle

https://www.instagram.com › metabirkins
**MetaBirkins - Instagram**
A digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness, @forbes, @bof, @elleusa, @hypebeast, @highsnobiety.

**Related searches**



nft sales        selling nft
nft collectibles nft trading platform



https://www.google.com/search?q=elle+metabirkin+nft&rlz=1C1GCEB_enUS992US992&oq=elle+metabirkin+nft&aqs=chrome..69i57j33i160.6869j0j7&sourceid=chrome&ie=UTF-8