# **EXHIBIT AM**



MENU

USA

# L'OFFICIEL

FASHION

# Mason Rothschild's 'MetaBirkin' NFTs Sell for Record Prices

Artist Mason Rothschild's new line of exclusive Birkin bags combine digital entrepreneurship with a more sustainable vision.

12.15.2021  by Alyssa Kelly





Fashion's NFT craze continues as, last week, another collection of Birkin NFTs was released in the form of the new "MetaBirkin" NFTs designed by Los Angeles artist Mason Rothschild. The project was launched last week during the 2021 Miami Art Basel celebrations, but, following the success of the "Baby Birkin" NFT collection, the 100 MetaBirkin NFTs have already accumulated nearly $450,000 and reached a floor price of 8 ETH.

The range of reimagined Hermès Birkin bags, all intentionally made with faux fur, offer "one-of-a-kind contemporary colors and graphic executions" created by Rothschild in collaboration with Eric Ramirez. Inspired by the increasing interest in fur alternatives, the artist designed the collection as a way to showcase to other brands and designers that upholding cruelty-free design practices and maintaining one's personal artistic vision are not mutually exclusive.

1 / 19



For the auction, the MetaBirkins were made available on Basic.Space, a "social commerce platform with a curated marketplace for unique Experiences and exclusive products, for public sale." The digital retailer partnered with Hermès and Rothschild on the project, as well as offered the artistic visionary a contract that will further their expansion into the realm of NFTs.



Tags
HERMES   BIRKIN   NFTS   FASHION   BAGS   BAG

## Recommended posts for you



FASHION
Justin Bieber's Style Evolution
03.01.2022 by Alyssa Kelly



FASHION WEEK
Best Street Style Moments From Milan Fashion Week Fall/Winter 2022
03.01.2022 by Ona Carranza



TRAVEL & LIVING
Kim Kardashian Buys $95 Million Private Jet
02.28.2022 by L'Officiel Brasil



FASHION WEEK
Off-White Ventures Into Its Final Frontier for Fall/Winter 2022
02.28.2022 by Stevie Rowley



POLITICS & CULTURE
How Ukrainian Designers Are Responding to a Military Invasion
02.28.2022 by Samaa Khullar

FASHION
Onitsuka Tiger's Andrea Pompilio is Feeling Nostalgic in Latest Collection
02.26.2022 by Simone Vertua



MUSIC
Olivia Rodrigo Teases New Music in 2022
02.28.2022 by Stevie Rowley



FASHION
Matthieu Blazy Presents First Collection for Bottega Veneta
02.28.2022 by Simone Vertua

## Subscriptions



## Newsletter

Name

Surname

Email

☐ I hereby give my consent to the processing of my personal data for the purposes of Privacy Policy

SUBSCRIBE

# L'OFFICIEL

About   Contacts   Privacy Policy   Cookie Policy