# Exhibit AO

Rarible

🔍 Collection, item or user

Explore NEW ▾   My profile   Following   Activity   How it works   Community ▾   Create   Sign in   ☾

## MetaBirkins

@metabirkinsnft   💠 0x566b...3750   by   Mase ✓

| Highest Sale | Floor price | Market Cap | Items | Owners | Total Volume |
|---|---|---|---|---|---|
| $45.1K | $15.2K | $1.7M | 97 | 82 | $1.1M |

Items   Activity   Stats NEW

Category   ⬧ Sale type   $ Price range                                     Sort ⇅ Price: Low to High

**95**
4 ETH  1/1
Buy now

**83**
4 ETH  1/1
Buy now

**77**
4.6 ETH  1/1
Buy now   ♡ 1

**26**
5 ETH  1/1
Buy now   ♡ 1

**23**
9.5 ETH  1/1
Buy now   ♡ 4

**67**
10 ETH  1/1
Buy now   ♡ 1

**61**
20 ETH  1/1
Buy now

**99**
Not for sale  1 edition
Place a bid

**98**
Not for sale  1 edition
Place a bid

**97**
Not for sale  1 edition
Place a bid

**96**
Not for sale  1 edition
Place a bid

**94**
Not for sale  1 edition
Place a bid

**93**
Not for sale  1 edition
Place a bid

**92**
Open for bids  1/1
Place a bid

**91**
Not for sale  1 edition
Place a bid

**90**
Not for sale  1 edition
Place a bid

**9**
Not for sale  1 edition
Place a bid

**89**
Not for sale  1 edition
Place a bid

**88**
Not for sale  1 edition
Place a bid

**87**
Not for sale  1 edition
Place a bid







