# **EXHIBIT AP**





