# EXHIBIT AQ



