# **EXHIBIT AR**

← Tweet

Explore

Settings

MetaBirkins
@MetaBirkins

MetaBirkins is LIVE on @LooksRareNFT, the community-first marketplace that actively rewards traders, collectors and creators. Buy and sell your MetaBirkin today or HODL for your free @ILYYWNFT mint!



looksrare.org
LooksRare
LooksRare is a next generation NFT market. Buy NFTs, sell NFTs... or just HODL. Collectors, traders, and creators alike earn passive income! 👀 💎

11:43 AM · Jan 10, 2022 · Twitter Web App

6 Retweets   2 Quote Tweets   23 Likes

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people

MetaBirkins
@MetaBirkins                    Follow
A digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness @forbes, @bof, @ellemagazine, @hypebeast, @highsnobiety.

LooksRare ✦ 💎 · NF...
@LooksRareNFT                   Follow
discord.gg/looksrare

I Like You, You're Weird
@ILYYWNFT                       Follow
I Like You, You're Weird is a community-driven collectibles project by @amberpark and @masonrothschild. Minting February 2022. #WeirdosGonnaMakeIt

What's happening

NCAA Men's Basketball · Last night
Bulldogs at Hoyas

Bloomberg Equality ✔ · Yesterday
Navient will cancel $1.7 billion of student loans in predatory lending settlement

VICE News ✔ · Yesterday
How Legal Weed Sparked a Boom for Outlaw Growers in California

Politics · Trending
Congratulations Joe
7,283 Tweets

Trending in United States
Troy Baker
22K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in   Sign up