# **EXHIBIT AS**

LOOKSRARE    Explore    Collections    Rewards    🔍 Search                              🌐 EN   👛

# MetaBirkins

Earning Rewards in Ξ1,000.0

**MetaBirkins**

| 100 Items | 86 Owners | ◆ 5.0 Floor Price | Total Vol* |

Creator ◆ 0x...48D0

Connect Wallet  ?

Items    Activity

**Filters**

Item status

Show only listed items  ⚪

Price Range

Lowest: 0    Highest: 0

Price ascending ▾

| MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins | MetaBirkins |
|---|---|---|---|---|---|---|---|
| Make an Offer 83 | Make an Offer 5 | Make an Offer 12 | Make an Offer 46 | Make an Offer 77 | Make an Offer 20 | Make an Offer 18 | Make an Offer 82 |
| Make an Offer 75 | Make an Offer 64 | Make an Offer 78 | Make an Offer 34 | Make an Offer 36 | Make an Offer 73 | Make an Offer 37 | Make an Offer 30 |
| Make an Offer 22 | Make an Offer 11 | Make an Offer 63 | Make an Offer 59 | Make an Offer 50 | For Sale 61  Price ◆ 1,000.0 | Make an Offer 38 | Make an Offer 86 |
| Make an Offer 2 | Make an Offer 88 | Make an Offer 69 | Make an Offer 97 | Make an Offer 98 | Make an Offer 28 | Make an Offer 21 | Make an Offer 3 |
| Make an Offer 4 | Make an Offer 39 | Make an Offer 48 | Make an Offer 54 | Make an Offer 94 | Make an Offer 33 | Make an Offer 58 | Make an Offer 99 |





No more NFTs to fetch

Copyright 2022 LooksRare | By NFT people, for NFT people

About   Contact   Help   Brand   Terms of Service

EN