# **EXHIBIT AT**










| 83 MetaBirkins | 72 MetaBirkins | 17 MetaBirkins | 3 MetaBirkins |
|---|---|---|---|
| Owner cedar.eth | Owner 0x9b35...c1c1 | Owner 0x93d9...fb07 | Owner ddgawd.eth |

   

| 49 MetaBirkins | 99 MetaBirkins | 8 MetaBirkins | 26 MetaBirkins |
|---|---|---|---|
| Owner anamika.eth | Owner 0x3D32...4534 | Owner 0x7822...E08e | Owner 0xfd44...994E |

   

| 23 MetaBirkins | 35 MetaBirkins | 95 MetaBirkins | 19 MetaBirkins |
|---|---|---|---|
| Owner @damngraham | Owner 0x5c68...D554 | Owner 0x7c45...E0b2 | Owner 0x1Fb8...514a |

   

| 57 MetaBirkins | 63 MetaBirkins | 28 MetaBirkins | 25 MetaBirkins |
|---|---|---|---|
| Owner 0x457D...7bbB | Owner 0x140A...4800 | Owner 0x78e3...BcFF | Owner 0x03e1...a145 |

   

