# **EXHIBIT AU**





