# **<u>EXHIBIT AV</u>**

