# **EXHIBIT AW**



More posts from metabirkins

 

