# **EXHIBIT AX**








metabirkins • Follow

metabirkins @ilikeyouyoureweird @amberpark
4w

nataliyagrimberg 💚🐸
4w

amberpark ❤️🧡💛💚💙💜🖤❤️
4w

zolzayapurevdash Wow!
4w

livranalli the middle one is calling me

1,129 likes
JANUARY 15

Comments on this post have been limited.

More posts from metabirkins







Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

English ⌄   © 2022 Instagram from Meta