# **EXHIBIT AY**

