# **EXHIBIT AZ**

