# **EXHIBIT BA**



