UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | No. 22-cv-00384-AJN-GWG <br><br> ECF Case <br><br> **NOTICE OF DEFENDANT MASON ROTHSCHILD'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Mason Rothschild's Motion to Dismiss the Amended Complaint, dated March 21, 2022, and all prior pleadings and proceedings herein, Defendant Mason Rothschild will move this Court before the Honorable Alison J. Nathan, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York, on a date and at a time designated by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting Defendant's motion to dismiss with prejudice Plaintiffs' Amended Complaint, dated March 2, 2022, and granting such other and further relief as the Court deems just and proper.

Dated:  March 21, 2022

Respectfully Submitted,

/s/ *Rhett O. Millsaps II*
Rebecca Tushnet
Mark P. McKenna
Rhett O. Millsaps II
Christopher J. Sprigman
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY  10151
(646) 898-2055
rhett@lex-lumina.com

*Attorneys for Defendant Mason Rothschild*