# Lex Lumina PLLC

Rhett O. Millsaps II  |  rhett@lex-lumina.com  |  646.535.1137

April 6, 2022

VIA ECF

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Hermès International et al. v. Rothschild*, 22-cv-00384-AJN-GWG

Dear Judge Gorenstein,

    We represent Defendant Mason Rothschild in the above-referenced matter. Pursuant to the Court's Memo Endorsement entered yesterday (Dkt. No. 33), we write to inform the Court that Mr. Rothschild will rely on his letter dated April 4, 2022, in lieu of a notice of motion and memorandum of law for Mr. Rothschild's motion to stay discovery pending resolution of his motion to dismiss.

    The parties have agreed that Plaintiffs' opposition will be due by April 15, 2022, and Mr. Rothschild's reply will be due by April 19, 2022.

                                              Sincerely,

                                              Rhett O. Millsaps II

cc:  All Counsel of Record (via ECF)