# **EXHIBIT B**

LOOKSRARE ♦ | Search | Explore  Collections  Rewards  ☀  🌐 EN  **Connect**

**MetaBirkins**
0x566b...3750 ↗

🌐 📷 ⚡ Share

Trade to Earn Rewards

| Floor: ♦ 2.99 | Total Vol: ♦ 12 | Items: 100 | Owners: 63 |

**Make a Collection Offer** | Make an offer on any item in this collection

‹ Filters

Items | Activity

**Buy Now** ⬤

Price Ascending ▾

Price Range
Low | High | ♦



72
♦ 2.99

78
♦ 3.3

91
♦ 4

41
Offer ♦ 0.004

62
♦ 4

5
♦ 10

81
♦ 119.65

30
Unlisted

54
Unlisted

53
Unlisted

37
Unlisted

52
Unlisted

51
Unlisted

50
Unlisted

22
Unlisted

21
Unlisted

64
Unlisted

92
Unlisted

48
Unlisted

86
Unlisted

87
Unlisted

9
Unlisted

13
Unlisted

7
Unlisted

8
Unlisted

11
Unlisted

2
Unlisted

10
Unlisted

56
Unlisted

57
Unlisted

38
Unlisted

55
Unlisted

58
Unlisted

16
Unlisted

1
Unlisted

17
Unlisted

6
Unlisted

46
Unlisted

59
Unlisted

96
Unlisted

3
Unlisted

95
Unlisted

36
Unlisted

98
Unlisted

94
Unlisted

85
Unlisted

32
Unlisted

33
Unlisted



No more NFTs to fetch