# **EXHIBIT C**



← Tweet

**MetaBirkins**
@MetaBirkins

MetaBirkins 17 and 31 just sold for 3.5 Ether each to @gmoneyNFT (≈$18,00.00) on @LooksRareNFT!

gmoney.eth   1 hour ago

eth   1 hour ago

9:19 PM · Mar 10, 2022 · Twitter Web App

5 Retweets   2 Quote Tweets   34 Likes

Tweet your reply                                    Reply

**Orozconleche** @Keivan_O · Mar 11
Replying to @MetaBirkins @gmoneyNFT and @LooksRareNFT
trusts the process 🔥

**Krissyb** @Krissyb38 · Mar 10
Replying to @MetaBirkins @gmoneyNFT and @LooksRareNFT
Lessss gooooooo

**Relevant people**

**MetaBirkins**          Follow
@MetaBirkins
A digital art project by
@masonrothschild living on the
Ethereum blockchain. Feat.
@roguebusiness @Forbes, @BoF,
@ELLEmagazine, @HYPEBEAST,
@highandietty.

**gmoney.eth**           Follow
@gmoneyNFT
futurist. disruptor. ape.

**LooksRare - NFT Mar...** Follow
@LooksRareNFT
Join the community
discord.gg/looksrare

**What's happening**

World news · LIVE
Shehbaz Sharif elected as
Pakistan's new prime minister

#SecretsOfDumbledore 🎬
Now Playing Only in Theaters
▶ Promoted by Fantastic Beasts

Only on Twitter · Trending
hobi
ARMY is loving BTS member J-Hope's picture
with Lady Gaga, which he shared on Instagram
after attending Mother Monster's Jazz & Piano
show in Las Vegas
161K Tweets

Trending in United States
Bad Friday
3,285 Tweets

War in Ukraine · LIVE
Explosions reported in Kyiv after
Russian warship sinks in the
Black Sea

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info
© 2022 Twitter, Inc.