**EXHIBIT E**



Accessed March 18, 2022, on https://www.instagram.com/masonrothschild/



Accessed March 18, 2022, on https://www.instagram.com/masonrothschild/