# **EXHIBIT F**

*Instagram*



masonrothschild • Follow
Four Seasons Resort O'ahu at Ko Olina

masonrothschild things like this make burnout worth it.
4d

matthwang work hard chill hard
4d   2 likes

View replies (1)

lovemansuy So worth it
4d   1 like

ganda U!!!!!!
4d   1 like

707 likes
4 DAYS AGO

Comments on this post have been limited.

More posts from **masonrothschild**








Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

English   © 2022 Instagram from Meta

Instagram    Search



masonrothschild • Follow
Four Seasons Resort O'ahu at Ko Olina

masonrothschild things like this make burnout worth it.
4d

matthwang work hard chill hard
4d    2 likes

View replies (1)

lovemansuy So fn worth it
4d

ganda Uffffff
4d    1 like

707 likes
4 DAYS AGO

Comments on this post have been limited.

More posts from **masonrothschild**







Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

English    © 2022 Instagram from Meta