# **EXHIBIT G**







