# **EXHIBIT H**



# Weird Times: Volume One

0xD6F0     April 6th, 2022

## The First Thirty Days of Weird

Weirdos, they say a day in web3 is a week in the real world. At the rate that things move in this universe, it's easy to get lost in the whirlwind of experiences and emotions from mint day to reveal. That's why Weird Times is here to be your pilot, guiding you through a recap of the past thirty days and offering you a preview of the next thirty in Weirdo World. By offering a concise breakdown of the numbers behind I Like You, You're Weird, Weird Times strives to be a valuable resource for current and future holders in referencing where we've been and where we're heading. Let's take a look back at what we Weirdos accomplished in our first thirty days:

- Public mint sold out in seven minutes
- Top 50 in volume traded on OpenSea
- 3,600 ether in volume traded (≈$12,000,000)
- 22 ether raised for charity (≈$77,000) [distribution in late-June]
- 333 ether in whitelists given to community (≈$1,165,500) [based on ATH]
- 3,300,000 impression and 63,000 followers on Twitter

# The Next Thirty Days of Weird

Before our public mint even sold out, the ILYYW team was already planning on its next leaps and bounds. From the highly anticipated I Hate You, You're Scary collection to the Weirdos' introduction into an innovative open-world multiplayer game, the Weirdo universe is just getting its feet wet. You can expect the Weirdo world to continue expanding, venturing into exciting and unforeseen realms to keep our holders satisfied. Here's what the next thirty days has in store:

- Top secret event on April 20, 2022
- The Honorary Weirdo collection expands
- Dedicated alpha channels
- Weird Merch: Drop One includes friendship bracelets, hoodies and truckers (trucker free for My Pet Dino holders)
- The Weirdos venture into an innovative open-world multiplayer game

And this is just the beginning. The I Like You, You're Weird universe's branches are ever growing, developing into a more exciting and inventive community for holders. Check back to *Weird Times* in the next thirty days for more.

| ARWEAVE TX ↗ | D2euK1jGWX8aKWCCsBAEHkMW3y70ntKM3ruRwuO3GdY |
|---|---|
| ETHEREUM ADDRESS ↗ | 0xD6F0E7d50B6F39796c38681aDe7bf5a93bE501b0 |
| CONTENT DIGEST | 7o4PYmgkZkjg9hsZaLMRLP3gz7Wtj4yCX8O81G7RmXE |