# **EXHIBIT I**

