# **<u>EXHIBIT J</u>**

VOGUE

SIGN IN    SUBSCRIBE

FASHION   BEAUTY   CULTURE   LIVING   RUNWAY   THE GET   VIDEO   VOGUE CLUB   PHOTOVOGUE



MAGAZINE

# The Best Fashion Boutiques in the Country, According to *Vogue* Editors

BY CHRISTIAN ALLAIRE, EMILY FARRA, STEFF YOTKA, AND ALEXIS BENNETT

October 8, 2021



Photo: Courtesy of T.A., Kick Pleat, Stand Up Comedy, Pilot & Powell, and McMullen

All products featured on Vogue are independently selected by our editors. However, when you buy something through our retail links, we may earn an affiliate commission.

If you could shop anywhere in the USA, where would it be? That's the question we asked *Vogue* editors on a quest to pinpoint some of the best fashion boutiques in the country. Some of our colleagues are drawn towards specialty stores that have an innate gift for discovering up-and-coming talent—like McMullen curated by Sherri McMullen in Oakland, California. Others IDed shops that specialize in shining a light on international designers, similar to New York City's T.A. founded by Telsha Anderson.



Each one of the notable boutiques has a unique vision, but there's one thing they all have in common: browsing each store (or website) is like perusing through shopping heaven. See for yourself as we break down the six of the best fashion boutiques in the country below.

## T.A., New York City



Photo: Courtesy of T.A.



When Telsha Anderson opened her New York boutique, T.A., last summer, she knew it was a risky business move. But she had a clear vision: "to bring the excitement of discovery back into retail," Anderson says. Her edit consists of "independent and international designers that have a fearless, architectural, and playful feel." With the store already a success, Anderson's focus now is on creating a community. "Having opened during the pandemic, we got to know our customers on a personal level, and learn about them—their likes and dislikes, their opinions—in a way that often isn't seen in the retail space," says Anderson. Expect to find contemporary labels such as Christopher John Rogers, Christopher Esber, Mozh Mozh, and more.



## Terminal 27, Los Angeles



Photo: Courtesy of Terminal 27

ADVERTISEMENT



Terminal 27 is a 3,000-square-foot boutique in Beverly Hills that also features a café and art gallery. Run by cofounders Ericka del Rosario and Mason Rothschild, it offers elevated shopping for everything from home goods (think one-of-a-kind Wassily chairs and Byredo fragrances) to fashion from cool indie brands such as MISBHV and Rui Zhou—along with the occasional pop-up from the likes of Ottolinger. "We spotlight unfamiliar and elusive faces," says del Rosario. "We aren't trying to be anyone else," Rothschild adds. The duo says building inclusivity and supporting smaller businesses will forever be at their core. "We don't base our buy on who wore it, or how many followers they have," del Rosario says. "If we like it, we'll buy it."



Rui embossed slingback heels
TERMINAL 27  $330
SHOP NOW

Misbhv monogram night skirt
TERMINAL 27  $270
SHOP NOW



MOST POPULAR


MAGAZINE
Oh, Baby! Rihanna's Plus One
BY CHIOMA NNADI


CULTURE
Binged *Bridgerton*? 10 More Period Dramas to Look Forward To This Year
BY RADHIKA SETH


FASHION
The Met Gala 2022 Dress Code? Gilded Glamour
BY ELISE TAYLOR


SPONSORED CONTENT
How Actress Chase Sui Wonders Styles her L'Accordéon Bag by AMI
SPONSORED BY AMI PARIS

## Pilot & Powell, New Orleans




Photo: Courtesy of Augusta Sagnelli

ADVERTISEMENT



### Iris Apfel Has A Century's Worth of Advice on How To Define Your Own Style

Iris Apfel, the iconic hundred-years-young creative, dishes on her style icons, travel tips, and memories of a life lived well.

SPONSORED BY GE APPLIANCE

READ MORE

Coeli Hilferty and Kathryn Bullock opened their Magazine Street shop in 2016 with an edit of expressive, boundary-pushing fashion grounded by NOLA's relaxed charm. Alongside every painterly Rosie Assoulin dress is a fitted Brock Collection cardigan; for every sparkling chandelier earring, you'll find a hardy riding boot. "People come to our store for a sense of discovery," Hilferty says. With Pilot & Powell suffering only minor damage from Hurricane Ida in August, Hilferty and Bullock shifted their focus to local relief efforts, contacting every customer of theirs to share donation sites and organizations in need of volunteers. Now they're stocking up for what will (hopefully) be a busy season of holiday parties, debutante balls, and Mardi Gras festivities.



Lizzie Fortunato sparkler earrings
PILOT & POWELL  $185
SHOP NOW

Brock Collection Sabrina floral top
PILOT & POWELL  $1,215  $304
SHOP NOW

## Stand Up Comedy, Portland, Oregon


Photo: Courtesy of Stand Up Comedy



Stand Up Comedy continues the PDX tradition of eclectic style by carrying Eckhaus Latta, Maison Margiela, and Bless on its shelves. Portland native Diana Kim founded the store in 2007 "to share subcultures with the world without co-option, and to decentralize fashion authority." She's maintained that mission by staying true to a "utilitarian approach to fashion and shopping. People here would rather spend money on a canoe than on a logo, and we try hard to incorporate

that sensibility."





## Kick Pleat, Austin and Houston, Texas

Founder Wendi Koletar's boutiques—stocked with treasures from Mark Cross accessories to Proenza Schouler ready-to-wear—have a homey, friendly warmth. Koletar describes her buy as "emotional—but with a budget." Maintaining independence in the ever-corporatizing world of retail hasn't been easy, but customers keep her business alive in more ways than the obvious. "Brick-and-mortar stores are offering styling, experience, and close relationships," she says. "We know our customers and what they need."



## McMullen, Oakland, California





Photo: Courtesy of Vikram Valluri/BFA.com

Known for her eclectic mix of established, emerging, and international designers—from Nigeria to Denmark—Sherri McMullen has been a discerning source for high-fashion discovery since founding her store in 2007. McMullen is particularly passionate about fostering the careers of Black designers: She was the first retailer to pick up Christopher John Rogers's collections; ditto the Brooklyn-based jewelry label Khiry by Jameel Mohammed. "It isn't about jumping on the bandwagon when a designer is hot. It's about investing in their brands in a real way."





Topics   Small Business Spotlight

READ MORE

FASHION