```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
HERMES INTERNATIONAL and HERMES OF   :
PARIS, INC.,                         :
                                     :
         Plaintiffs,                 :     22-cv-384 (JSR)
                                     :
             -v-                     :     ORDER
                                     :
MASON ROTHSCHILD,                    :
                                     :
         Defendant.                  :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    This case was reassigned to the undersigned on April 19, 2022. In accordance with the Court's usual practice, all scheduling, discovery, and motions will be handled by Judge Rakoff. Accordingly, the previous order of reference to Magistrate Judge Gorenstein, ECF No. 12, is withdrawn.

    SO ORDERED.

Dated:  New York, NY  
        April 20, 2022

_____  
JED S. RAKOFF, U.S.D.J.