```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
HERMÈS INTERNATIONAL and HERMÈS OF  :
PARIS, INC.,                        :
                                    :
        Plaintiffs,                 :      22-cv-384 (JSR)
                                    :
            -v-                     :      ORDER
                                    :
MASON ROTHSCHILD,                   :
                                    :
        Defendant.                  :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

This case was reassigned to the undersigned on April 19, 2022. The Court will hold oral argument on the fully-briefed motion to dismiss the amended complaint, ECF No. 26, on Wednesday, May 4, 2022 at 2:00 p.m. on the Court's AT&T line. The dial-in information is as follows: USA Toll-Free (888) 363-4735; USA Caller Paid/International Toll: (215) 446-3657; Access Code: 1086415.

In the meantime, discovery will continue. The defendant's motion to stay discovery pending resolution of the motion to dismiss the amended complaint, ECF Nos. 30, 34, is denied. The parties are instructed to prepare a case management plan in accordance with the Court's Form D, with a ready-for-trial date of October 3, 2022. The case management plan should incorporate the previously set discovery dates, including the close-of-discovery date of August 9, 2022, see ECF No. 36. The parties should submit

the proposed case management plan by Monday, May 2, 2022. The parties are also reminded to familiarize themselves with the Court's Individual Rules of Practice.

SO ORDERED.

Dated:   New York, NY
         April 21, 2022

_____
JED S. RAKOFF, U.S.D.J.