```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
HERMÈS INTERNATIONAL and HERMÈS OF   :
PARIS, INC.,                         :
                                     :
         Plaintiffs,                 :    22-cv-384 (JSR)
                                     :
              -v-                    :    ORDER
                                     :
MASON ROTHSCHILD,                    :
                                     :
         Defendant.                  :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is defendant's motion to dismiss plaintiffs' amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 26. Upon due consideration, the Court denies the motion. The Court will issue an opinion in due course setting forth the reasons for this ruling.

SO ORDERED.

Dated:   New York, NY  
        May 5, 2022

                                                            JED S. RAKOFF, U.S.D.J.