UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | No. 22-cv-00384-JSR <br><br> ECF Case <br><br> **NOTICE OF DEFENDANT MASON ROTHSCHILD'S MOTION TO CERTIFY AN INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Mason Rothschild's Motion to Certify an Interlocutory Appeal Under 28 U.S.C. § 1292(b), dated June 6, 2022, and all prior pleadings and proceedings herein, Defendant Mason Rothschild will move this Court before the Honorable Jed S. Rakoff, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order pursuant to 28 U.S.C. § 1292(b) granting Defendant's motion to certify an interlocutory appeal of the Court's Memorandum Order dated May 18, 2022, and granting such other and further relief as the Court deems just and proper.

Dated: June 6, 2022

Respectfully Submitted,

/s/ *Rhett O. Millsaps II*
Rebecca Tushnet
Mark P. McKenna (*pro hac vice*)
Rhett O. Millsaps II
Christopher J. Sprigman
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY  10151
(646) 898-2055
rhett@lex-lumina.com

*Attorneys for Defendant Mason Rothschild*