**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Hermès International and Hermès of Paris, Inc.,

                        Plaintiffs,

        -against-                        22 Civ. 00384 (JSR)

Mason Rothschild,                        **MOTION FOR ADMISSION**
                                                                    **PRO HAC VICE**

                        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lisa Bollinger Gehman hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Hermès International and Hermès of Paris, Inc. in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censored, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 3, 2022                        Respectfully submitted,

                                                              Lisa Bollinger Gehman
                                                               Baker & Hostetler LLP
                                                               1735 Market Street, Suite 3300
                                                               Philadelphia, PA 19103
                                                               Phone: 215-568-3100
                                                               Fax: 215-568-3439
                                                               lgehman@bakerlaw.com