UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

Hermès International and Hermès of Paris, Inc.,

          Plaintiffs,

  -against-      Docket No. 1:22 Civ. 00384 (JSR)

Mason Rothschild,

          <u>Defendant.</u>


## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
## *PRO HA VICE* – LISA BOLLINGER GEHMAN

Lisa Bollinger Gehman, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Baker &Hostetler LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the Supreme Court of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

WHEREFORE. I respectfully submit that I be permitted to appear as counsel *pro hac vice* in this case for Plaintiffs.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: August 3, 2022                By: _____
                                     Lisa Bollinger Gehman
                                     Baker & Hostetler LLP
                                     1735 Market Street, Suite 3300
                                     Philadelphia, PA  19103
                                     Telephone:  215-568-3100
                                     Fax: 215-568-3439
                                     Email: lgehman@bakerlaw.com


COMMONWEALTH OF PENNSYLVANIA)
                            )ss.
COUNTY OF PHILADELPHIA      )

    Signed and sworn to before me by Lisa Bollinger Gehman on this 3rd day of August 2022.

_____
Notary Public

My commission expires:

Commonwealth of Pennsylvania - Notary Seal
PATRICIA A. DUFF, Notary Public
Philadelphia County
My Commission Expires March 25, 2025
Commission Number 1042997