

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Lisa Bollinger Gehman, Esq.*

**DATE OF ADMISSION**

*October 27, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  July 14, 2022**

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary