UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hermès International and Hermès of Paris, Inc.,

                                      Plaintiffs,

      -against-                       22 Civ. 00384 (JSR)

Mason Rothschild,                      **ORDER FOR ADMSSION**
                                                            **PRO HAC VICE**

                                    Defendant.

      The motion of Lisa Bollinger Gehman, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Pennsylvania, and that her contact information is as follows:

        Lisa Bollinger Gehman
        Baker & Hostetler LLP
        1735 Market Street, Suite 3300
        Philadelphia, PA 19103
        Phone: 215-568-3100
        Fax: 215-568-3439
        lgehman@bakerlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff in the above-entitled action;

      **IT IS HEREBY ORDRED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____           _____
                                                           United States District/Magistrate Judge