**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>        Plaintiffs,<br><br>   -against-<br><br>MASON ROTHSCHILD,<br><br>        Defendant. | CIVIL ACTION NO.<br><br>22-CV-00384 (JSR) |

<u>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**</u>

**PLEASE TAKE NOTICE** that Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") respectfully move this Court, under Federal Rule of Civil Procedure 56, to grant judgment in their favor on their claims for trademark infringement, unfair competition, dilution, and cybersquatting.

Pursuant to this Court's May 5, 2022 Order [ECF No. 48]:

(i) Hermès' moving papers shall be filed by <u>October 7, 2022</u>;

(ii) Defendant Mason Rothschild's Opposition, if any, shall be filed by <u>October 21, 2022</u>;

(iii) Hermès' Reply, if any, shall be filed by <u>October 28, 2022</u>; and,

(iv) Oral argument shall be held on <u>November 4, 2022 at 4:00 PM</u>.

[*Signature Block on Following Page*]

| | |
|---|---|
| Dated: September 28, 2022<br>New York, New York | **BAKER & HOSTETLER LLP** |
| | By:    /s/ *Gerald J. Ferguson* |
| **BAKER & HOSTETLER LLP** | Gerald J. Ferguson, Esq. |
| Deborah A. Wilcox, Esq. (*pro hac vice*) | Oren J. Warshavsky, Esq. |
| Key Tower | Kevin M. Wallace, Esq. |
| 127 Public Square, Suite 2000 | Megan A. Corrigan, Esq. |
| Cleveland, OH 44114 | 45 Rockefeller Plaza, 14th Floor |
| Telephone:   216.621.0200 | New York, NY 10111 |
| | Telephone:   212.589.4200 |
| **BAKER & HOSTETLER LLP** | Facsimile:   212.589.4201 |
| Lisa Bollinger Gehman, Esq. (*pro hac vice)* | |
| 1735 Market Street, Suite 3300 | *Attorneys for Plaintiffs* |
| Philadelphia, PA 19103 | *Hermès International and* |
| Telephone:   215.568.3100 | *Hermès of Paris, Inc.* |