**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | No. 22-cv-00384-JSR <br><br> ECF Case <br><br> **NOTICE OF DEFENDANT MASON ROTHSCHILD'S MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that Defendant Mason Rothschild, by and through his attorneys, Lex Lumina PLLC, respectfully moves this Court before the Honorable Jed S. Rakoff at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment for Defendant and dismissing all of Plaintiffs' claims, and for such other and further relief as the Court deems just and proper.

The schedule for the motion, pursuant to this Court's Order dated May 5, 2022 [ECF No. 48], is as follows: Mr. Rothschild's moving papers to be served and filed by October 7, 2022; Plaintiffs' answering papers to be served and filed by October 21, 2022; Mr. Rothschild's reply papers, if any, to be served and filed by October 28, 2022; and oral argument to take place on November 4, 2022, at 4:00 p.m.

[*Signature Page Follows*]

2

Dated:  September 28, 2022

Respectfully Submitted,

/s/ *Rhett O. Millsaps II*

Rhett O. Millsaps II
Christopher J. Sprigman
Mark P. McKenna (*pro hac vice*)
Rebecca Tushnet
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY  10151
(646) 898-2055
rhett@lex-lumina.com

*Attorneys for Defendant Mason Rothschild*