# Exhibit 2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3

4    _____

                                    )

5    HERMÈS INTERNATIONAL and       )

     HERMÈS OF PARIS, INC.,         )

6                                   )

             Plaintiffs,            )

7                                   ) No. 22-cv-00384(JSR)

        vs.                         )

8                                   )

     MASON ROTHSCHILD,              )

9                                   )

             Defendant.             )

10   _____)

11

12       ***CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER***

13

14              VIDEOTAPED DEPOSITION OF

15                  MASON ROTHSCHILD

16               Los Angeles, California

17              Thursday, August 4, 2022

18                     Volume I

19

20

21   Reported by:

     ALEXIS KAGAY

22   CSR No. 13795

23   Job No. 5329739

24   PAGES 1 - 429

25

                                              Page 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1              UNITED STATES DISTRICT COURT
2             SOUTHERN DISTRICT OF NEW YORK
3

4    _____
                                    )
5    HERMÈS INTERNATIONAL and        )
     HERMÈS OF PARIS, INC.,          )
6                                    )
7              Plaintiffs,           )
                                     )  No. 22-cv-00384(JSR)
        vs.                          )
8                                    )
     MASON ROTHSCHILD,               )
9                                    )
               Defendant.            )
10   _____)
11
12
13
14
15         Videotaped deposition of MASON ROTHSCHILD,
16   Volume I, taken on behalf of Plaintiffs, at
17   11601 Wilshire Boulevard, Los Angeles, California,
18   beginning at 9:49 a.m. and ending at 7:52 p.m. on
19   Thursday, August 4, 2022, before ALEXIS KAGAY,
20   Certified Shorthand Reporter No. 13795.
21
22
23
24
25

                                            Page  2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A    No.  Like I said, it was an idea, and then --

 2    then we never really pursued.  We started working on,

 3    like, Terminal 27.

 4        Q    Okay.  Now, you said before, your fiancée.

 5             Can you tell us your fiancée's name?          10:37:12

 6        A    Ericka del Rosario.

 7        Q    And so you said you and your fiancée were

 8    the -- I guess -- well, strike that.

 9             As I understand it, you said Temporary

10    Contemporary was an idea that you and your fiancée came  10:37:35

11    up with.

12             Were there any other collaborators involved in

13    this -- in Temporary Contemporary?

14        A    No.

15        Q    Okay.  A little while earlier, when we looked  10:37:50

16    at that article, there was -- it talked about a project

17    called "Art School Dropout."

18             MR. MILLSAPS:  Sorry, which article are you

19    referring to, Counsel?

20             MR. WARSHAVSKY:  I think we only looked at     10:38:03

21    one, but it was Exhibit 2.

22             Actually, I'm also going to show --

23             Can we give Exhibit 6, please, Madam Court

24    Reporter.

25             (Exhibit 6 was marked for identification       10:38:35
```

Page 48

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1          by the court reporter and is attached hereto.)

 2   BY MR. WARSHAVSKY:

 3      Q   Have you ever seen this document before?

 4      A   Yes.

 5      Q   Can you tell me what you understand it to be.    10:39:06

 6      A   It's a Hypebeast article referring to a

 7   T-shirt I created -- or t-shirts I created in 2015.

 8      Q   Okay.  And this article says that you created

 9   t-shirts that feature the words "Parsons," "Central

10   Saint Martins" and "Antwerp."                          10:39:33

11          Is that accurate about what you did at the

12   time?

13      A   Yes.

14      Q   Okay.  Did you create any other t-shirts?

15      A   Like, ever?                                      10:39:48

16      Q   In connection with this project.

17      A   No.

18      Q   How long did this project last?

19          Well, let me -- let me ask a different

20   question.                                              10:40:03

21          What -- what would you describe this projet

22   as?

23      A   A T-shirt that I sold.

24      Q   That's it?

25      A   It was -- it was actually my -- my fiancée, or  10:40:11
```

Page 49

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    my girlfriend at the time, had just dropped out of art

2    school, so I kind of spoke to that.  It was kind of

3    like a contrast of art schools not having just standard

4    collegiate merchandise that normal colleges have.

5         Q   Do you remember how many of these were sold?      10:40:33

6         A   It was -- it was a lot.  I don't remember the

7    exact number.

8         Q   More than a thousand?

9         A   Less than a thousand.

10        Q   Less than --                                      10:40:52

11        A   I didn't have enough, like, money to produce.

12   I was, like, a kid.

13        Q   How did you make these t-shirts?

14        A   Screen printer.

15        Q   So did you own the screen printer, or is that    10:41:00

16   print on demand?

17        A   I went to a screen printer.  I did them

18   physically, like, myself, but I didn't own the screen

19   printer.

20        Q   Do you remember which screen printer you went     10:41:12

21   to?

22        A   It was in San Francisco.  I don't remember the

23   name.  It was in, like, the Mission District of

24   San Francisco.

25        Q   This article refers to you as "LA-based          10:41:26

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    designer Mason Rothschild."

2            Do you know why it would refer to you as

3    L.A. based if you were in San Francisco?

4        A   I -- I'm from L.A.  I'm from Pasadena, yeah.

5        Q   Thank you for explaining that.           10:41:47

6            Did you work with anyone on this project?

7        A   No.  Just me.

8        Q   Okay.  And so "Parsons" here refers to the

9    Parsons School of Design?

10       A   Yes.  All the art schools.              10:42:09

11       Q   Okay.  Central Saint Martins is an art school

12   as well?

13       A   In London.

14       Q   In London, okay.

15           And Antwerp.                            10:42:17

16       A   Also --

17       Q   An art school?

18       A   Yeah, in Antwerp.

19       Q   In Antwerp, okay.

20           Did you have permission from Parsons School of  10:42:22

21   Design to make this shirt?

22       A   No.

23       Q   Did you have permission from Central Saint

24   Martins to make this -- to make the shirt that featured

25   its name?                                      10:42:39
```

Page 51

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1         A    No.  But we did after the fact.  Like, they

 2    really liked the shirt, so they actually ordered some

 3    for their faculty.

 4         Q    Central Saint Martins did?

 5         A    Uh-huh.                                      10:42:49

 6         Q    And did you have permission from the Antwerp

 7    school to make a shirt featuring its name?

 8         A    No.

 9         Q    Did you seek permission from either Parsons or

10    Antwerp?                                               10:43:06

11         A    No.

12         Q    And I -- I think you said before something

13    about this being -- that somehow this was providing

14    commentary -- that's my word -- on art schools.

15              Can you explain what you mean by that?       10:43:24

16         A    Yes.  You know, normal, like, colleges, like

17    University of San Francisco or any other, like, major

18    school has the varsity font t-shirts.  Art schools

19    don't really have stuff like that.  So I wanted to kind

20    of speak to the fact that, like -- honestly, like, at   10:43:43

21    the time, art schools had really, like, ugly

22    merchandise.  Like, they had no, like, good design for

23    their shirts, and none of their students would be,

24    like, excited to wear it.  So I made them something

25    simple.                                                10:43:59
```

Page 52

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            So it was kind of like a counter to, like, art

 2     schools going the extra mile and trying to be super,

 3     super creative when all the students really wanted was,

 4     like, something very simple.

 5         Q   Okay.  Okay.  If we go to the -- page 2 of       10:44:10

 6     this document, which is -- I'm sorry, on mine, the

 7     Bates numbers are cut off, so I need some help from my

 8     colleague.  It's Bates number HERMES_0010546.  And we

 9     look -- there's a comment from someone named -- whose

10     handle is krazy- -- krazy8er (sic), it looks like.  I    10:45:05

11     can't -- I -- I'll read this.  It's --

12         A   krazysk8er.

13         Q   krazysk8er, okay.

14             He says (as read):

15             "The real parsons apparel are made by          10:45:19

16             champion too."

17             Did you know that?

18         A   No.

19         Q   Okay.  Do you -- do you know if that's true or

20     not?                                                    10:45:28

21         A   I don't know.  And I think it gets, like --

22     somebody else says, like, it's made by American

23     Apparel, under it, and then he's like, oh, "mines

24     champion."

25         Q   Yeah.                                           10:45:41
```

Page 53

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A   They're, like, robots wearing her -- her

 2   clothing.

 3        Q   Okay.  Is that -- is Mowalola the name of a

 4   designer?

 5        A   Yes.                                 12:49:34

 6        Q   Okay.  And was that digital art?

 7        A   Physical and digital.

 8        Q   Physical and digital.

 9            And was the digital art made in connection

10   with an NFT?                                  12:49:46

11        A   No.

12        Q   How was it made?  What -- what was -- was

13   there a --

14        A   It's a campaign, yeah.

15        Q   It's a campaign.  So social media campaign?  12:49:55

16        A   Yeah.

17        Q   Okay.  Any other projects?

18        A   Fashion, no.

19        Q   Okay.  All right.  What -- what was the first

20   project you did in connection with web3?       12:50:06

21        A   I made a chair.

22        Q   Okay.  Earlier, you spoke about making a chair

23   in real life and digital art.

24            Is that the project you're referring to?

25        A   No.                                  12:50:26
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1        Q    Okay.  Who did you make the chair for?

2        A    I just made a chair and -- and posted it.

3        Q    Okay.  And where did you post it?

4        A    On social media and Foundation.

5        Q    What's Foundation?                          12:50:37

6        A    A website.

7        Q    When did you first get involved with NFTs?

8        A    Early last year.

9        Q    Early 2021?

10       A    Uh-huh.                                      12:50:53

11       Q    Was your involvement in making NFTs or

12   something else?

13       A    I was making artworks that are sold by using

14   NFTs.

15       Q    Okay.  And what was the first project you made   12:51:01

16   that involved an NFT?

17       A    The chair.

18       Q    Okay.  Did you sell that chair?

19       A    Yes.

20       Q    For how much?                                12:51:18

21       A    At the time, like, 4,000 U.S.

22       Q    Okay.  You said 4,000 U.S.?

23       A    Yeah.

24       Q    Okay.  What other digital images have you made

25   in connection with NFTs?                             12:51:41

Page 119

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A   Yes.

 2        Q   Okay.  If you just used the word "Birkin

 3   NFTs," would that be commentary on what was going on in

 4   web3 at the time?

 5            MR. MILLSAPS:  Objection; form.              03:05:41

 6            You can answer.

 7            THE WITNESS:  No.  Because there's "meta"

 8   before it.

 9   BY MR. WARSHAVSKY:

10        Q   Okay.  So "Birkin NFT" would not be commentary  03:05:47

11   on web3 at the time?

12        A   It would.  It's just a title.

13        Q   It would be commentary.

14            So how would "Birkin NFT" be commentary of --

15   of web3 at the time?                                 03:05:59

16        A   The artwork itself is a commentary.

17        Q   I see.  So it's not the name now; it's the

18   artwork we're talking about?

19        A   It's both.  It's a -- it -- they go hand in

20   hand with each other.                                03:06:09

21        Q   Okay.  So when you say getting a Cease and

22   Desist letter from Hermès would be helpful for your

23   commentary, how is that helpful for your commentary?

24        A    It brings attention to the fur-free movement

25   that I initially set out to achieve.                 03:06:40
```

Page 189

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q   So if Hermès writes to you that you are

2   infringing its trademark on Birkin -- in Birkin, that

3   brings attention to fur-free?

4      A   Yeah, since the commentary -- the artwork

5   represents a fur-free initiative.                     03:06:56

6      Q   I see.  Now, wouldn't you have to publish

7   Hermès' Cease and Desist for that to work as

8   commentary?

9      A   Cease and Desist is a -- is a document that

10  exists; right?  It's a public document.               03:07:10

11     Q   So if Hermès sent you a Cease and Desist and

12  just was a letter from Hermès to you, that would be

13  commentary?

14     A   The letter itself wouldn't be commentary.

15     Q   Well, you just said to me that the Cease and   03:07:28

16  Desist letter would be commentary.

17     A   Towards the artwork.  The artwork would serve

18  as a commentary.

19     Q   Well, let's go back to what you wrote to your

20  friend, Danny Winter.  (As read):                     03:07:42

21         "Cease and Desist would help tbh."

22         You said that would help because it's

23  commentary.  And now I just asked you what about the

24  Cease and Desist would be commentary, and now you're

25  telling me it wouldn't be commentary.                 03:08:00

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Mason Rothschild ART SCHOOL DROPOUT Tshirt \| HYPEBEAST |
| Capture URL: | https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:20:15 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:21:14 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 10 |
| Capture ID: | e2681630-9720-4072-94f6-1e60209d8ca1 |
| User: | baker-nsamad |



EXHIBIT
6

PDF REFERENCE #:        gvzHmoGmCzZayxex6A1pjn

HERMES_0010544



THIS WEEK'S #MODELOTIME DROP

**MODELO X EAST VAN CHOPCYCLE**

WIN THE DROP

Drink responsibly. Imported by Crown Imports, Chicago, IL
*You could win instantly. NO PURCH NEC. 50 US/DC, 21+. Ends 8/15/22. Void where prohibited. Rules: ModeloSummer.com

≡ HYPEBEAST   LATEST   SECTIONS   VIDEOS   BRANDS   SHOP          FOLLOW  ☾ ♥ ⊙ ① Q

## Mason Rothschild "THE ART SCHOOL DROPOUT" T-Shirt Collection

Rep your fashion school.





Fashion

Nov 16, 2015

🔥 13,821 Hypes

💬 0 Comments

TEXT BY
Ashleigh Kim

SHARE THIS ARTICLE

🔗 Link
f Share
✉ Email
🟢 Send
••• More

LA-based designer Mason Rothschild drops a capsule collection of classic collegiate apparel-inspired T-shirts for art and fashion students. The range is comprised of three T-shirts offered in white and gray and feature "PARSONS," "CENTRAL SAINT MARTINS" and "ANTWERP" slogans in honor of some of the top art schools in the world.

Pre-order yourself an "ART SCHOOL DROPOUT" tee online for $50 USD. Shipping is guaranteed by December 24.

MASON ROTHSCHILD

Shop on HBX

      

Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

Page 1 of 9

HERMES_0010545





Maison Margiela
Number Ring Pendant Necklace
US$465

Maison Margiela
Oversized Pinstripe Shirt
US$815

Maison Margiela
Card Holder
US$355

Maison Margiela
Number Logo Bracelet
US$490

**26 Comments** HYPEBEAST Disqus' Privacy Policy

Login

Favorite Tweet Share

Sort by Best

Join the discussion...

LOG IN WITH

**HYPEBEAST**

OR SIGN UP WITH DISQUS

Name

Email

Password

- [ ] I agree to Disqus' Terms of Service
- [ ] I agree to Disqus' processing of email and IP address, and the use of cookies, to facilitate my authentication and posting of comments, explained further in the Privacy Policy
- [ ] I agree to additional processing of my information, including first and third party cookies, for personalized content and advertising as outlined in our Data Sharing Policy

**jasongraston** · 7 years ago
This looks like it was made by an art school dropout
18 ^ | v · Reply · Share ›

> **BellusVerus** → jasongraston · 7 years ago
> come on, i can do better than that
> ^ | v · Reply · Share ›

> __ → jasongraston · 7 years ago
> @Mase on twitter
> ^ | v · Reply · Share ›

**kK** · 7 years ago
These things are just photoshop mockups made in 10 mins
Definitely an art school dropout
3 ^ | v · Reply · Share ›

**•WHADAFUNK•** · 7 years ago
$50 lmao
2 ^ | v · Reply · Share ›

**SHERA127** · 7 years ago
i keep saying this but why dudes be so lazy, y'all cant take your own product shots? design is shit and on top of that they are on top of supreme tees... y'all LOUSY as fuck smh
2 ^ | v · Reply · Share ›

> **Ashy Muthafuckin Larry** → SHERA127 · 7 years ago
> *champion
> ^ | v · Reply · Share ›

>> **SHERA127** → Ashy Muthafuckin Larry · 7 years ago
>> *photoshop
>> look at a supreme tee product shot. google it broski
>> ^ | v · Reply · Share ›

>>> **Ashy Muthafuckin Larry** → SHERA127 · 7 years ago
>>> oh god, here we go I'm about to search lol
>>> 1 ^ | v · Reply · Share ›

**youngclen** · 7 years ago
Agreed that this is very easy to do and a simple concept but it's dumb to me that people are saying lazy. The schools don't have quality athletic programs so this person decided to make some classic stereotypical athletics tshirts for the schools. That's it, wasn't supposed to be elaborate
2 ^ | v · Reply · Share ›

> **Marty Funkhouser** → youngclen · 7 years ago
> its lazy cuz virgil abloh just did this. Also with champion tees. like at least use something else? lol
> 1 ^ | v · Reply · Share ›

**krazysk8er** · 7 years ago
and actually the real parsons apparel are made by champion too
1 ^ | v · Reply · Share ›

> **mogizzle** → krazysk8er · 7 years ago
> american apparel
> ^ | v · Reply · Share ›

>> **krazysk8er** → mogizzle · 7 years ago
>> mines champion
>> ^ | v · Reply · Share ›

**Marty Funkhouser** · 7 years ago

HypeIndex ⓘ Data provided by Yahoo Finance

5918.86
39.89 (+0.67%)

Latest Active

| | | | |
|---|---|---|---|
| 1 | Under Armour | NYSE | 0.01 (+0.05%) |
| 2 | Nike | NYSE:NKE | 0.00 (+0.00%) |
| 3 | VF Corp | NYSE:VFC | 0.86 (+1.92%) |
| 4 | Tapestry | NYSE:TPR | 0.22 (+0.64%) |
| 5 | Gildan | NYSE:GIL | 0.53 (+1.82%) |

Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

**krazsk8ler →** mogczjz · 7 years ago
mines champion
∧ | ∨ · Reply · Share ›

**Marty Funkhouser** · 7 years ago
is this just the same shit wrgsf abloh did? yall some mr me toos
1 ∧ | ∨ · Reply · Share ›

**John_Breckin →** Marty Funkhouser · 7 years ago
"yall some mr me toos "
Love this line
"Mr Me Toos' is the new 'Shark-ass niggas."
2 ∧ | ∨ · Reply · Share ›

**SAHNMOEFOOLHEEM →** John_Breckin · 7 years ago
You need a Hell Hath No Fury session smh
2 ∧ | ∨ · Reply · Share ›

**MARC** · 7 years ago
how about FIT?
1 ∧ | ∨ · Reply · Share ›

**ViraLaFranz →** MARC · 7 years ago
haha did you attend? I remember I was surprised as heck when I found out they had a basketball teams lmao
∧ | ∨ · Reply · Share ›

**vividual** · 7 years ago
so lazy
1 ∧ | ∨ · Reply · Share ›

**JunglexJulian** · 7 years ago
December 24th? Its not even November 24th.
1 ∧ | ∨ · Reply · Share ›

**Jamll yee** · 6 years ago
Ordered one of these shirts after seeing this article... didnt get a confirmation email till feb then never got shipped out. Emailed the dude to let him know a few months later, so he is aware of it, said his team missed it then has never replied to further emails. Give me my $50
∧ | ∨ · Reply · Share ›

**iblamesummers** · 7 years ago
RISD, SAIC & SCAD for ss16
∧ | ∨ · Reply · Share ›

**1000archangels** · 7 years ago
not coping
not with that last name
∧ | ∨ · Reply · Share ›

**Gij&Co.** · 7 years ago
photoshopped supreme tees
∧ | ∨ · Reply · Share ›

**jaycen** · 7 years ago
This is what Kanye is buying himself for Xmas..
∧ | ∨ · Reply · Share ›

✉ Subscribe    ⚠ Do Not Sell My Data


Design once, resize instantly
Canva    Unlock this feature

## What To Read Next



Fashion
**Drake Releases Camouflage Sympathy T-Shirt**
Shortly after dropping 'Honestly, Nevermind.'
By Hermes Chang / Jun 29, 2022

♡ 11,209 Hypes    💬 9 Comments

Fashion
**AELIZA Hits the Shores for New "Channel" T-Shirt Capsule**


JOURNEYS
CONVERSE
FREE SHIPPING ON ANY ORDER
SHOP CONVERSE





Fashion

**AELIZA Hits the Shores for New "Channel" T-Shirt Capsule**

The London-based label wants wearers to clear mind and channel thoughts.

By Zach Lynch / Jul 4, 2022

🔥 2,010 Hypes   💬 1 Comments



Fashion

**Stüssy Taps Portishead for 'Dummy' T-Shirt Release**

Celebrating the Bristol band's iconic debut album.

By Nicolaus Li / Jun 23, 2022

🔥 10,995 Hypes   💬 7 Comments




Fashion

**BE@RBRICK x CDG Reveal Limited Edition T-Shirts**

Releasing a short-sleeve and long-sleeve version, available in black and white.

By Hansel Chang / May 17, 2022

🔥 2,900 Hypes   💬 1 Comments



Music

**Kendrick Lamar Crashes a Wedding**

The guests weren't down with his dabbing, though.

By Patrick Montes / Nov 16, 2015

🔥 96 Hypes   💬 0 Comments

Footwear

**Nike 2016 Spring Sock Dart**

Nike's got more Sock Darts to release.

By Helena Young / Nov 16, 2015



Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

HERMES_0010548



🔥 18 739 Hypes   💬 0 Comments

Fashion

**Palace Skateboards Announces LA Pop-Up Shop**

Palace Internationale will launch in Los Angeles this month.

By Zarah Cheng / Nov 16, 2015



🔥 15 995 Hypes   💬 0 Comments

Tech

**Nike and Apple Top the 100 Most Popular Brands Among Millennials**

And Forever 21 beat out adidas.

By Ashleigh Kim / Nov 16, 2015

🔥 15 845 Hypes   💬 0 Comments

Music

**Young Thug - Magnificent (Produced by London On Da Track)**

The chemistry you see between Thugger and London On Da Track doesn't happen often.

By Patrick Montes / Nov 16, 2015

🔥 164 Hypes   💬 0 Comments

Fashion

**RSVP Gallery x OAMC 2015 Capsule Collection**

Brrrrrrrrr.

By Zarah Cheng / Nov 16, 2015





🔥 9 594 Hypes   💬 0 Comments







JOURNEYS
CONVERSE

FREE SHIPPING
ON ANY ORDER
SHOP CONVERSE



Music

Sir Michael Rocks - In My Mode

One of the unsung heroes of the underground.

By Patrick Montes / Nov 18, 2015



Music

Justin Bieber - What Do You Mean? (Dark0 Remix)

Because the people requested it.

By Patrick Montes / Nov 18, 2015



Music

Joey Bada$$ Unveils Video for Kiesza Collab "Teach Me"

Just bust a move.

By Patrick Montes / Nov 18, 2015

Fashion

The Word of the Year Is an Emoji

Tears of joy.

By T.S. For / Nov 16, 2015

Design once,
resize instantly

Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

HERMES_0010550

Design once,
resize instantly

Canva   Unlock this feature



Music

**Snakehips featuring Tinashe & Chance the Rapper - All My Friends**

Snakehips' biggest song yet.

By Patrick Montes / Nov 16, 2015



🔥 80 Hypes   💬 0 Comments



Sports

**'Boys of Summer' Full Skate Video Featuring Eric Koston, Jason Dill and More**

Just in time for... winter.

By HB Team / Nov 16, 2015

🔥 21,110 Hypes   💬 0 Comments




Events

**XOYO Loves - A Week-Long Event Series Featuring Virgil Abloh, Baauer, JME & More**

You don't want to miss London this week.

By Ascin Baykins / Nov 13, 2015

🔥 7,433 Hypes   💬 0 Comments



Music

**Preview Adele & Tobias Jesso Jr.'s Collaboration off '25'**

Tobias Jesso Jr.'s dream collaboration: Kanye or Drake.

By Patrick Montes / Nov 16, 2015

🔥 83 Hypes   💬 0 Comments

Music

**Kid Cudi Unveils the Artwork for 'Speedin' Bullet 2**

Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

HERMES_0010551





83 Hypes    0 Comments

Music

**Kid Cudi Unveils the Artwork for 'Speedin' Bullet 2 Heaven'**

Cudi's fifth solo album drops December 4.

By T.S. Fox / Nov 16, 2015



10,100 Hypes    0 Comments

Fashion

**ONLY NY 2015 Holiday Lookbook**

Big Apple streetwear staples.

By T.S. Fox / Nov 18, 2015





8,586 Hypes    0 Comments

Footwear

**Diadora N.9000 MM "Black"**

The N.9000 gets updated, modern construction.

By T.S. Fox / Nov 16, 2015



8,588 Hypes    0 Comments

Music

**Rick Ross Shares 'Black Market' Album Trailer**

'Black Market' arrives December 4.

By David Huynh / Nov 16, 2015



84 Hypes    4 Comments

Fashion

**Designing the Perfect Language: Jerry Lorenzo on Fear of God, His Footwear Line & F.O.G.**

"I felt a responsibility to reach people where they were."

By Mildred Sheeny / Nov 16, 2015





Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

HERMES_0010552




THIS WEEK'S #MODELOTIME DROP

# MODELO
## X
# EAST VAN CHOPCYCLE

WIN THE DROP

Drink responsibly. Imported by Crown Imports, Chicago, IL
*You could win instantly. NO PURCH NEC. 50 US/DC, 21+. Ends 8/15/22. Void where prohibited. Rules. ModeloSummer.com

## Mason Rothschild "THE ART SCHOOL DROPOUT" T-Shirt Collection

Rep your fashion school.



Fashion

Nov 16, 2015

13,871 Hypes

0 Comments

TEXT BY:
Ashleigh Kim

SHARE THIS ARTICLE

🔗 Link
f Share
✉ Email
🗨 Send
••• More

LA-based designer Mason Rothschild drops a capsule collection of classic collegiate apparel-inspired T-shirts for art and fashion students. The range is comprised of three T-shirts offered in white and gray and feature "PARSONS," "CENTRAL SAINT MARTINS" and "ANTWERP" slogans in honor of some of the top art schools in the world.

Pre-order yourself an "ART SCHOOL DROPOUT" tee online for $50 USD. Shipping is guaranteed by December 24.

MASON ROTHSCHILD

### Shop on HBX






Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

HERMES_0010553