Page 1

1

2                UNITED STATES DISTRICT COURT

3                SOUTHERN DISTRICT OF NEW YORK

4

5    HERMÈS INTERNATIONAL and    )
     HERMÈS OF PARIS INC.,       )
6                                )
              Plaintiffs,        )
7                                )
              vs.                )    No.
8                                )    1:22-CV-00384-JSR
     MASON ROTHSCHILD,           )
9                                )
              Defendant.         )
10   ------------------------    )

11

12

13

14

15                September 23, 2022

16                9:32 a.m.

17

18         Deposition of BLAKE GOPNIK, held at the

19      offices of Baker & Hostetler LLP, 45

20      Rockefeller Plaza, New York, New York,

21      pursuant to subpoena, before Laurie A.

22      Collins, a Registered Professional Reporter

23      and Notary Public of the State of New York.

24

25

Page 2

1

2    A P P E A R A N C E S (NOTE ZOOM PARTICIPANTS):

3

4         BAKER & HOSTETLER LLP

5         Attorneys for Plaintiffs

6              45 Rockefeller Plaza

7              New York, New York 10111

8         BY:   GERALD J. FERGUSON, ESQ.

9                 gferguson@bakerlaw.com

10              FRANCESCA ROGO, ESQ.

11                 frogo@bakerlaw.com

12

13        LEX LUMINA PLLC

14        Attorneys for Defendant

15              745 Fifth Avenue, Suite 500

16              New York, New York 10151

17        BY:   CHRISTOPHER J. SPRIGMAN, ESQ.

18                 chris@lex-lumina.com

19              RHETT O. MILLSAPS, II, ESQ.

20              (via videoconference)

21                 rhett@lex-lumina.com

22

23

24

25

Page 3

1

2  A P P E A R A N C E S (continued):

3

4  ALSO PRESENT:

5         VALENTINE FADIE, ESQ. (Hermès)

6              (via videoconference)

7         ZEF COTA, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      Gopnik
 2   art?
 3        A.    Business art is art that engages
 4   directly and powerfully with -- for want of a
 5   better word, with business, with commerce, with a   01:21:31
 6   wide range of activities that on the face of it
 7   normally might seem as being essentially about
 8   finances and commodities but in fact when
 9   introduced into the discourse of art seem to have
10   a richer set of resonances.  It's a way of using    01:21:46
11   art to look at the world of finance and business
12   by participating in it to a certain extent.
13             I'm sorry, it's a long-winded answer.
14        Q.    Are there times when people participate
15   in the world of finance and business and they're    01:22:04
16   not engaging in business art?
17        A.    Yes.
18        Q.    How can you tell whether someone is
19   engaging in business art or not?
20        A.    Through a larger set of contextual        01:22:16
21   clues that tell you, oh, this might be worth
22   looking at as an artistic activity; for instance,
23   in the case of Andy Warhol, because he's generally
24   regarded as an artist and presents himself as an
25   artist.                                              01:22:32
```

Page 160

1                          Gopnik

2        A.    I am obviously speaking widely

3   metaphorically here, and in writing this I'm sure

4   I didn't think through it in great detail.  I was

5   trying to conjure an image.                    02:29:23

6              But I assume that a certain kind of

7   traditional Catholic once upon a time would have

8   distinguished between Crowns of Thorns that were

9   on Jesus's head at some point versus one that had

10  been made later.  But since I'm not at all       02:29:39

11  convinced there was a Crown of Thorns on Jesus's

12  head, it's an obviously very figurative way of

13  speaking.

14       Q.    And in the example you gave, the one

15  that was made later was the counterfeit?        02:29:58

16       A.    Yes, correct.

17       Q.    I'd like to --

18       A.    I want to clarify, I was speaking

19  metaphorically.

20       Q.    Okay.                                 02:30:16

21              I'd like to show you a document that

22  has been previously marked as Exhibit 6.

23              MR. SPRIGMAN:  I want one of these.

24              THE WITNESS:  Yeah, I think they're

25       great.                                      02:31:01

```
                                            Page 161

  1                        Gopnik

  2             (Pause.)

  3      Q.    Have you seen this document before

  4   today?

  5      A.    I've not, no.                      02:31:18

  6      Q.    Have you seen the shirt depicted in

  7   the -- the large shirt depicted on the first page

  8   of this document before today?

  9      A.    I don't believe I ever have, no.

 10             When you say "large," is that a    02:31:37

 11   normal -- is not a normal shirt?

 12      Q.    Because there was a small blue shirt in

 13   the bottom corner, I was referring to the large

 14   white red shirt in the center of the page.

 15      A.    Got it.                             02:31:59

 16      Q.    Are you aware that Mason Rothschild

 17   sold a line of classic collegiate apparel inspired

 18   T-shirts for art and fashion students?

 19             MR. SPRIGMAN:  Objection.

 20      A.    I'm not aware of that.             02:32:11

 21      Q.    I'd like you to assume in this question

 22   that the Parsons T-shirt shown in this document

 23   was created and sold by Mason Rothschild.  Is this

 24   T-shirt art?

 25             MR. SPRIGMAN:  Objection.         02:32:57
```

                                Gopnik

1

2        A.    As with anything else, I really would

3    normally like to study it in greater detail.  But

4    my guess is that within the larger context of

5    Mason Rothschild, knowing about his MetaBirkins      02:33:08

6    project especially, this would very much seem to

7    indicate -- because he's touching on Central Saint

8    Martins Parsons, this would seem to set it within

9    an art world context.  It seems to be an

10   intervention in art world discourse.                 02:33:25

11       Q.    Are you familiar with the Parsons

12   School of Design?

13       A.    I am.

14       Q.    Are you familiar with the logo -- let

15   me ask you, what is the Parsons School of Design?    02:33:48

16       A.    Parsons School of Design is part of the

17   New School in New York.  It's their design

18   component.  It's a venerable design school.

19       Q.    Are you familiar with the logo of the

20   Parsons School of Design?                            02:34:05

21            MR. SPRIGMAN:  Objection.

22       A.    I'm not.

23       Q.    I'm going to show you what we've marked

24   as Exhibit 194.

25            (Exhibit 194, printout from Wayback        02:34:21

```
                                          Page 163
 1                        Gopnik
 2        Machine internet archive, marked for
 3        identification.)
 4        Q.    I'm going to represent to you that this
 5   is a page pulled from the Wayback Machine internet  02:34:41
 6   archive showing a page from the Parsons Web site
 7   as it appeared around 2015.
 8             Does this document refresh your
 9   recollection as to what the logo of the Parsons
10   school looks like?                                  02:35:09
11             MR. SPRIGMAN:  Objection.  I'm going to
12        object to this.  You haven't laid any
13        foundation that this is a logo of the Parsons
14        School of Design or -- there's no context on
15        this Web page.  I'm not sure what.             02:35:19
16             THE WITNESS:  I am concerned about
17        that.
18             MR. SPRIGMAN:  The Web page is not --
19        does not look like a Web page that would
20        appear in nature.  It looks like --            02:35:26
21             MR. FERGUSON:  Like a page from the
22        Wayback Machine?
23             MR. SPRIGMAN:  I know, but it's missing
24        a lot of context.
25             MR. FERGUSON:  I'm going to as you not    02:35:36
```

```
                                             Page 164
  1                        Gopnik
  2        to make speaking objections.  You've stated
  3        your objection.
  4             MR. SPRIGMAN:  I'm not making a
  5        speaking objection.  I'm filling in the      02:35:41
  6        problem with an exhibit you put in front of
  7        the witness, which is something you
  8        manufactured and appears to be missing a bunch
  9        of context.
 10             So that's not a speaking objection so   02:35:48
 11        much as an objection against what I consider
 12        to be an improper exhibit.
 13             Now, if you want to ask him about it,
 14        that's fine.  But I'm this is beyond the pale,
 15        so I will speak my objection.                02:36:00
 16        Q.   Does this document refresh your
 17   recollection of what the logo for the Parsons
 18   school looks like?
 19             MR. SPRIGMAN:  Objection.
 20        A.   No, I have no knowledge of the logo,     02:36:08
 21   what it was or ever had been.  Logos change, by
 22   the way, very frequently.  I wouldn't be surprise
 23   if that is no longer the logo and was only briefly
 24   the logo.
 25        Q.   Referring back to Exhibit 6, is it your  02:36:40
```

Page 165

1                        Gopnik

2      testimony that this T-shirt which presents the

3      name Parsons in red on a white T-shirt is art?

4            MR. SPRIGMAN:  Objection.

5            A.    Again, that's like asking me if a given  02:36:58

6      urinal is art.  It's only art within a context.

7      But this has enough markers that indicate to me

8      that it could very well be playing that kind of

9      role.

10           Q.    And what are the markers?              02:37:08

11           A.    The most important marker is that it's

12     actually engaging with the art world.  There's a

13     rich tradition of artists in the last 20 or 30 or

14     40 years seeing art schools as an important

15     subject to talk about and the way they train      02:37:23

16     people and the way they pretend to give people

17     skills to then become professional artists.

18                 There's a very large discourse, in

19     which my wife happens to participate, of people --

20     of artists making work about the nature of art     02:37:36

21     schools.

22           Q.    Is this item a counterfeit?

23           MR. SPRIGMAN:  Objection.

24           A.    Again, a counterfeit is only -- you can

25     only tell when something is a counterfeit or not   02:38:03

Page 166

1                           Gopnik

2      within a particular context of use.  And it's

3      possible for something to be both an artwork and a

4      counterfeit at the same time.

5          Q.    How is it possible for something to be   02:38:12

6      both an artwork and counterfeit at the same time?

7          A.    Just as Marcel Duchamp's urinal

8      presented in a museum or conceptualized in a

9      museum, conceptualized in an art book, is a work

10     of art.  However, if it's presented to someone who  02:38:27

11     desperately needs to urinate, then it can function

12     as a urinal as well.

13                Artwork often has two separate

14     functions simultaneously.

15         Q.    Would it change your view as to whether   02:38:43

16     the shirt depicted in Exhibit 6 is art if Parsons

17     sent a letter to Mr. Rothschild claiming

18     infringement of their rights and demanding that he

19     stop selling them?

20                MR. SPRIGMAN:  Objection.               02:39:09

21         A.    Not in the slightest.

22         Q.    And why is that?

23         A.    Because -- first of all, the kind of

24     people who send those letters at art schools are

25     usually the legal department, people in charge of   02:39:16

```
 1                         Gopnik
 2    things like branding.  They rarely have connection
 3    to the people who make art or teach art.
 4             It could be that Parsons sending that
 5    letter isn't Parsons art school but simply the      02:39:26
 6    people at Parsons only responsible for financial
 7    matters, for instance.
 8        Q.    I'm showing you what we've marked as
 9    Exhibit 196.
10             (Exhibit 196, depiction re Babe Ruth,      02:40:02
11        marked for identification.)
12        A.    I own four of these.  Sorry, I
13    shouldn't be facetious.  I said I own four of
14    these, but I was being facetious.
15        Q.    I should work for you, then.              02:40:18
16        A.    I was being facetious.  I don't know if
17    four even exist.
18        Q.    Could you identify what's depicted in
19    this exhibit?
20        A.    The truth is I can only guess.  It        02:40:32
21    seems to be probably a baseball card -- I don't
22    know the year -- an early Babe Ruth baseball card.
23    And in the culture at large we tend to know that
24    these cards are very valuable.
25             However, because I'm ignorant, this        02:40:46
```