# Exhibit 4

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
HERMÈS INTERNATIONAL AND HERMÈS OF PARIS, INC.,


                              Plaintiff,


                              Index No.:
                              22-CV-00384-JSR


            -against-




MASON ROTHSCHILD,




                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - -x

               REALTIME DEPOSITION

                      OF

                 NICOLAS MARTIN

     TAKEN ON:  August 30th, 2022

- - - - - - - - -- - - - - - - - - - - - - - - -x
```

```
 1
 2                        I N D E X
 3    WITNESS              EXAMINATION BY        PAGE
 4    NICOLAS MARTIN       MR. MILLSAPS            13
 5
 6    NICOLAS MARTIN       MR. WARSHAVSKY         209
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|   |   |
|---|---|
| 1 | N. MARTIN |
| 2 | THE WITNESS: |
| 3 | A.   My understanding is |
| 4 | MetaBirkins is a collection of NFT, so |
| 5 | it's an induction of a smart contract, |
| 6 | linked to a digital file, and the |
| 7 | digital file today attached to the |
| 8 | MetaBirkin is a -- is a picture of the |
| 9 | Birkin Bag in colors, and with like |
| 10 | a -- I don't know it is unusual -- like |
| 11 | a fur aspect. |
| 12 | Q.   Did you say like a fur |
| 13 | aspect? |
| 14 | A.   Like I would say like a -- |
| 15 | TRANSLATOR:  (Translating.) |
| 16 | It looks like it's in fur. |
| 17 | MR. MILLSAPS: |
| 18 | Q.   And do any of the |
| 19 | MetaBirkins images contain any other |
| 20 | aspects aside from colors and fur? |
| 21 | MR. WARSHAVSKY:  Objection, |
| 22 | mischaracterizes the witness's |
| 23 | testimony. |
| 24 | You can answer. |
| 25 | THE WITNESS: |

| | |
|---|---|
| 1 | N. MARTIN |
| 2 | creation or creativity, it's very, |
| 3 | very, very important. |
| 4 | Q.   Has Hermès actually sold |
| 5 | fur-covered Birkins? |
| 6 | A.   The Birkin is sold for a |
| 7 | long time at that time.  And we are |
| 8 | rather very large of Birkin Bags being |
| 9 | manufactured and sold.  And from what I |
| 10 | know, we have already commercialized |
| 11 | Birkin Bags using fur. |
| 12 | Q.   And as far as you're aware, |
| 13 | when did Hermès commercialize Birkin |
| 14 | Bags using fur? |
| 15 | A.   I don't remember the exact |
| 16 | date, but I saw pictures of bags, |
| 17 | Birkin Bag with fur. |
| 18 | Q.   And were those pictures |
| 19 | produced in discovery in this case? |
| 20 | A.   I think so. |
| 21 | Q.   And were those Birkins that |
| 22 | you saw entirely covered with fur? |
| 23 | A.   What do you mean by |
| 24 | "entirely"?  Meaning all the bag? |
| 25 | Q.   The entire bag was covered |

```
1                    N. MARTIN
2        in fur, including the handle?
3             A.    If I remember, the picture
4        that I saw it was fur, partly covering,
5        but not entirely.
6             Q.    Okay.
7                   So you've never seen an
8        actual Birkin Bag that was entirely
9        covered in fur?
10            A.    Personally, no.
11            Q.    Okay.
12            A.    But I can't say that we
13       have never done that.
14            Q.    Does Hermès consider any
15       component of the MetaBirkins to be art?
16                  MR. WARSHAVSKY:  Objection.
17                  THE WITNESS:
18            A.    Which component do you
19       refer to?  I don't know.  I -- I'd say
20       I'm not an art expert.  I'm unable to
21       say whether it's art or not, so taking
22       a piece is difficult for me.
23            Q.    Okay.
24                  I'm just asking --
25                  You've seen all of them, so
```

```
 1                      N. MARTIN
 2      does Hermès consider any of the
 3      components in any of the images to be
 4      art?
 5              MR. WARSHAVSKY:  Objection,
 6      asked and answered.
 7              MR. MILLSAPS:  I don't think
 8      the witness actually answered that
 9      question.
10              THE WITNESS:
11         A.   Now that, if for instance,
12      we go back, we know that they have
13      placed the Joconde on the bag, I'm not
14      an expert in art, but the Joconde
15      from -- from the initial creator, I
16      think it's -- it's art.  Without being
17      an expert, I think it's -- I can tell
18      you it's art.
19              MR. MILLSAPS:
20         Q.   Okay.
21              We can go ahead and -- I'm
22      going to go ahead and give the first
23      exhibit here, which is going to be the
24      Complaint.
25
```

|   |   |
|---|---|
| 1 | N. MARTIN |
| 2 | that is around the same.  Its image. |
| 3 | It refers to -- It's a lot of things. |
| 4 | Q.    Okay. |
| 5 | Are the MetaBirkins images |
| 6 | reproductions of actual Birkin |
| 7 | Handbags? |
| 8 | A.    If you mean by "actual," |
| 9 | meaning bags that exist and that I |
| 10 | know? |
| 11 | Q.    Yes. |
| 12 | A.    You mean that? |
| 13 | Q.    I mean that. |
| 14 | A.    So the response is, no. |
| 15 | Q.    Okay. |
| 16 | Are MetaBirkins wearable in |
| 17 | virtual world -- worlds? |
| 18 | A.    I think they are. |
| 19 | Q.    And what's your basis for |
| 20 | saying that? |
| 21 | A.    I think "wearable" means a |
| 22 | lot of things, including in particular |
| 23 | in the metaverse, and I think you can |
| 24 | wear the MetaBirkin on your internet |
| 25 | account.  You can wear it in profile |

```
 1                      N. MARTIN
 2       images to be "blurry"?
 3              A.    What does blurry mean?
 4                    TRANSLATOR:  (Translating.)
 5              A.    They are blurry.
 6              Q.    Okay.
 7                    Do you consider the title
 8       MetaBirkins to be descriptive in any
 9       way of these images?
10              A.    Sorry, could you repeat?
11              Q.    Do you consider the title
12       MetaBirkins to be in any way
13       descriptive of what you see in these
14       images?
15                    MR. WARSHAVSKY:  Objection.
16                    MR. MILLSAPS:  What is the
17       objection?
18                    MR. WARSHAVSKY:  I don't know
19       what the word title means there.  If
20       you want to ask him about the term, you
21       could ask him about the term.
22                    MR. MILLSAPS:
23              Q.    Do you consider the word
24       MetaBirkins to be in any way
25       descriptive of the images that you see
```

1                    N. MARTIN

2        here?

3              A.    There is some link between

4        the title and what I see.

5              Q.    What is that link?

6              A.    It's a Birkin Handbag.

7              MR. MILLSAPS:  We could go to

8        the next exhibit.  We'll mark this --

9        We'll mark this as Exhibit 4.

10        (Whereupon, Campbell Soup  Cans,  Andy  Warhol,

11   Images was marked as Exhibit 4  for  identification,

12   as of August 30th, 2022.)

13              MR. WARSHAVSKY:  I'll also

14        note Madame Court Reporter, since the

15        break, I think you had me and

16        Mr. Millsaps backwards.

17              MR. MILLSAPS:

18              Q.    I'm handing you Exhibit 4,

19        Mr. Martin.  Do you know what these

20        images are that you're looking at here?

21              A.    I'm not an expert in art,

22        but I can read that it's from Andy

23        Warhol, and I think it's a painting.

24              Q.    Have you seen this work

25        before?

```
 1                 N. MARTIN
 2     Mr. Rothschild to explicitly mislead
 3     others to believe that MetaBirkins is
 4     associated with Hermès?
 5          A.   Can you repeat that?
 6     Because there's a lot of words in this
 7     question, sorry.
 8          Q.   Yes.  Yes.  Yes.
 9               Does Hermès have evidence
10     of any attempts by Mr. Rothschild to
11     explicitly mislead others to believe
12     that MetaBirkins have an association
13     with Hermès?
14          A.   Yes.
15          Q.   And what is that evidence?
16          A.   I would say the use of the
17     word Birkin.  I don't remember all
18     the -- all the details, but I remember
19     at the beginning, Birkin was used
20     alone.  And I remember that one could
21     think that it was Hermès.
22               I don't have a -- I don't
23     remember all the details, but the use
24     of the Birkin, the use of the Birkin
25     trade dress, the way the communication
```

1            N. MARTIN
2      has been made, and it could be
3      considered explicitly misleading.
4            Q.   Are you aware of any other
5      evidence of that?
6            A.   I -- I don't have any more
7      in mind, so --
8            Q.   When you were preparing for
9      your deposition in this case, did you
10     review any documents produced in
11     discovery that relate to this issue of
12     explicit misleadingness?
13           A.   I reviewed a lot of
14     documents, and I don't -- I don't
15     remember whether they were one specific
16     on this.  I can't tell you.
17              MR. MILLSAPS:  I'm going to
18     show -- I'm going to move to the next
19     exhibit.
20           Q.   I'm handing you Exhibit
21     Number 7, Mr. Martin.
22      (Whereupon, Partial Exhibit  AE   from   Hermès's
23   Amended Complaint, Image was  marked   as   Exhibit   7
24   for identification, as of August 30th, 2022.)
25        And I'll --  I'll  represent  that  this  is  a

|   |   |
|---|---|
| 1 | N. MARTIN |
| 2 | explicitly misleading a legal term in |
| 3 | the U.S.? |
| 4 | Q.   I am just using it in the |
| 5 | meaning of as you understand the word |
| 6 | explicit and misleading -- explicitly |
| 7 | misleading. |
| 8 | It is also a legal term, |
| 9 | but when I ask you, I'm asking you just |
| 10 | you your common understanding of those |
| 11 | words. |
| 12 | A.   Here -- |
| 13 | For me, MetaBirkins is |
| 14 | explicitly misleading. |
| 15 | Q.   And how is that explicitly |
| 16 | misleading? |
| 17 | A.   Because people will get |
| 18 | confused and think it's from Hermès. |
| 19 | Q.   Do you see anything else |
| 20 | written here aside from just the word |
| 21 | MetaBirkins that you would consider to |
| 22 | be explicitly misleading? |
| 23 | ATTORNEY FOR DEFENDANT:  Same |
| 24 | objection. |
| 25 | THE WITNESS: |