# Exhibit 5

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4    HERMÈS INTERNATIONAL AND HERMÈS)
      OF PARIS, INC.,                )
 5                                   )
              PLAINTIFFS,            )
 6                                   )  Case No.:
         -AGAINST-                   )  1:22-cv-00384
 7                                   )
      MASON ROTHSCHILD,              )  (VOLUME 2)
 8                                   )
              DEFENDANT.             )
 9    _____)
10
11
12                    * CONFIDENTIAL *
13
14      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
15                    KENNETH LOO
16               LOS ANGELES, CALIFORNIA
17             WEDNESDAY, SEPTEMBER 7, 2022
18
19
20
21
22
23
24    JOB NO. 5421953
25    REPORTED BY:  D'ANNE MOUNGEY, CSR 7872
```

```
 1  DEPOSITION OF KENNETH LOO, TAKEN ON BEHALF OF PLAINTIFFS
 2  AT LOS ANGELES, CALIFORNIA, COMMENCING AT 7:09 A.M. ON
 3  WEDNESDAY, SEPTEMBER 7, 2022, BEFORE D'ANNE MOUNGEY, CSR
 4  7872.
 5
 6
 7  APPEARANCES OF COUNSEL:
 8      FOR PLAINTIFF:
 9          BAKER & HOSTETLER LLP
            BY: OREN J. WARSHAVSKY, ESQ.
10              LISA BOLLINGER GEHMAN, ESQ.
                GERALD J. FERGUSON, ESQ
11              FRANCESCA ROGO, ESQ.
            45 ROCKEFELLER PLAZA
12          NEW YORK, NEW YORK 10111
            (212)589-4624
13          OWARSHAVSKY@BAKERLAW.COM
            LGEHMAN@BAKERLAW.COM
14          GFERGUSON@BAKERLAW.COM
            FROGO@BAKERLAW.COM
15
16
        FOR DEFENDANT:
17
            LEX LUMINA PLLC
18          BY: RHETT O. MILLSAPS II, ESQ.
            745 FIFTH AVENUE
19          SUITE 500
            NEW YORK, NEW YORK 10151
20          (646)898-2055
            RHETT@LEX-LUMINA.COM
21
22
        ALSO PRESENT:
23
            JON BURGESS, VIDEOGRAPHER
24
            VALENTINE FADIÉ, HERMÈS
25
```

1   BY MR. WARSHAVSKY:

2       Q    You can go ahead and answer.

3       A    I don't know what you mean by "didn't

4   create them."

5       Q    I mean, would it surprise you if somebody                08:18:32

6   else created those images and sent them to

7   Mr. Rothschild and then he sent them and forward to

8   you as though they were his?

9            MR. MILLSAPS:  Objection.

10  BY MR. WARSHAVSKY:                                                 08:18:43

11      Q    You can go ahead and answer.

12      A    How can I put this?  Not all artists create

13  their own art, but they create the concept that they

14  lived in, and sometimes the actual technical aspects

15  of it can be handled by a separate party.                          08:19:10

16           And just because somebody pushes a button

17  on a photo -- on a camera and takes a photo doesn't

18  mean that Annie Leibovitz didn't take the photo.

19  Maybe not physically, but her artistic impression of

20  that is what created that photo, even if she didn't                08:19:29

21  push the button herself.

22      Q    Do you understand Mr. Rothschild to create

23  the images, or do you find him more the conceptual

24  one, if you know?

25      A    As an artist he would be the conceptual                   08:19:47

Page 156

1  one.

2  Q   Do you know if he made the images himself?

3  A   I do not know that.

4  Q   How do you know that he came up with the

5  concept himself?                                           08:19:59

6  A   Because he's the creator of the concept of

7  the MetaBirkins project.

8  Q   Well, do you know that from discussions

9  with Mr. Rothschild or from something else?

10 A   That he was the creator of the MetaBirkins   08:20:20

11 project?

12 Q   Yeah.

13 A   At the time of these text messages, we

14 would have been well into this, so there was not a

15 question that Mason was the creator of the        08:20:34

16 MetaBirkins project.

17 Q   Did you see him create any of the art?

18 A   Like personally sat next to him and watched

19 him design it on a computer?

20 Q   Yeah.                                         08:20:49

21 A   No.

22 Q   He told you that he created the art -- let

23 me ask it better.

24      He told you he was creating the images of

25 the MetaBirkins?                                  08:21:07