# Exhibit 6

Page 1

1         * * * C O N F I D E N T I A L * * *
2             UNITED STATES DISTRICT COURT
3             SOUTHERN DISTRICT OF NEW YORK
4
5   HERMÈS INTERNATIONAL and    )
    HERMÈS OF PARIS INC.,       )
6                               )
              Plaintiffs,       )
7                               )
              vs.               )   No.
8                               )   1:22-CV-00384-JSR
    MASON ROTHSCHILD,           )
9                               )
              Defendant.        )
10  ------------------------    )
11
12
13
14
15              September 22, 2022
16              1:37 p.m.
17
18       Deposition of DAVID COHEN, held at the
19   offices of Baker & Hostetler LLP, 45
20   Rockefeller Plaza, New York, New York,
21   pursuant to subpoena, before Laurie A.
22   Collins, a Registered Professional Reporter
23   and Notary Public of the State of New York.
24
25

```
 1
 2   A P P E A R A N C E S:
 3
 4      BAKER & HOSTETLER LLP
 5      Attorneys for Plaintiffs
 6           45 Rockefeller Plaza
 7           New York, New York 10111
 8      BY:  OREN J. WARSHAVSKY, ESQ.
 9               owarshavsky@bakerlaw.com
10           MEGAN A. CORRIGAN, ESQ.
11               mcorrigan@bakerlaw.com
12
13      LEX LUMINA PLLC
14      Attorneys for Defendant
15           745 Fifth Avenue, Suite 500
16           New York, New York 10151
17      BY:  RHETT O. MILLSAPS, II, ESQ.
18           (via videoconference)
19               rhett@lex-lumina.com
20
21
22
23
24
25
```

```
 1
 2   A P P E A R A N C E S (continued):
 3
 4        VENABLE LLP
 5        Attorneys for Witness
 6             750 East Pratt Street, Suite 900
 7             Baltimore, Maryland 21202
 8        BY:    JOHN T. PRISBE, ESQ.
 9                  jtprisbe@venable.com
10
11   ALSO PRESENT:
12        VALENTINE FADIE, ESQ. (Hermès)
13             (via videoconference)
14        ZEF COTA, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

Page 61

1                  Cohen - Confidential
2     They'll assume, like oh, he's getting sued by
3     Hermès.  They won't know the distinction between a
4     cease and desist and actually being sued.
5          Q.    Then you have that text about what
6     they'll assume, that he's getting --
7          A.    Yes.
8          Q.    -- f'd by Hermès.
9                What did you mean by that?
10         A.    That, you know, people see, like I
11    said, 21 -- at the time 22-year-old kid artist
12    getting sued by a massive international
13    corporation that he's, you know, he's cooked.
14         Q.    Then you have a -- you put a --
15         A.    That was just the name I had for --
16    like if he has a Holdco you should call it like
17    Maison Rothschild like with the parentheses and
18    the I plan Mason.  That was just an idea I had for
19    him.
20         Q.    When you say "the Holdco," what did you
21    mean by that?
22         A.    Like if like, you know -- I mean,
23    MetaBirkins was literally going to be that next
24    drop and be done; right?  And it was doing well.
25    He's a very talented artist.  What I was trying to

|   |   |
|---|---|
|   | Page 62 |

| | |
|---|---|
| 1 | Cohen - Confidential |
| 2 | say to him was you should -- like you're Mason. |
| 3 | You kind of have like -- you could be maybe not |
| 4 | fat like an art house, like a creative collective |
| 5 | where it's like you have MetaBirkins. That's |
| 6 | already in the past, because that was going to be |
| 7 | done with. Then there's the next project and the |
| 8 | next project. Then maybe you will go into other |
| 9 | things, like physical art. You know, he has some |
| 10 | fashion stuff @terminal27. |
| 11 | So it was just kind of taking him -- |
| 12 | telling him to like look at it from a more big |
| 13 | picture way and how to think like that. |
| 14 | Q. Earlier you said one person that you |
| 15 | knew in common with Mr. Rothschild was Alex Sacks? |
| 16 | A. Yeah. |
| 17 | Q. Or Moshe Sacks? |
| 18 | A. Yeah. |
| 19 | Q. How do you know Alex Sacks? |
| 20 | A. Both going to Jewish high schools back |
| 21 | in the day. He went to school in L.A. and I went |
| 22 | to (inaudible). There was a lot of mutual overlap |
| 23 | there. We just met through mutual friends in like |
| 24 | 2010, '9, something like that. |
| 25 | Q. Do you have any business dealings with |