# Exhibit 7

```
                                                            Page 1

 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3  _____
 4   HERMES INTERNATIONAL and )
     HERMES OF PARIS, INC.,   )
 5                            )
                  Plaintiffs,)
 6                            )
     v.                       )No. 22CV00384JSR
 7   MASON ROTHSCHILD,        )
                              )
 8                Defendant.  )
    _____
 9
                    DEPOSITION OF TRUMAN SACKS
10  _____
11                       10:00 a.m.
                      September 15, 2022
12                   New York City, New York
13
14
15
16
17
18
19
20                     File #5428481
21
22
23
24
25       Reported By:  Judy Robinson, CCR #2171
```

```
                                                              Page 2

 1                    A P P E A R A N C E S
 2      FOR THE PLAINTIFF, HERMES INTERNATIONAL AND
        HERMES OF PARIS, INC.:
 3
        OREN J. WARSHAVSKY, ESQ.
 4      MEGAN CORRIGAN, ESQ.
        BAKER & HOSTETLER, LLP
 5      45 Rockefeller Plaza, 14t
        New York, New York 10111
 6      212.589.4200
        owarshavsky@bakerlaw.com
 7      mcorrigan@bakerlaw.com
 8      FOR DEFENDANT, MASON ROTHSCHILD:
 9      RHETT O. MILSAPS, II, ESQ.
        LEX LUMINA, PLLC
10      745 Fifth Avenue, Suite #500
        New York, New York 10151
11      646.898.2055
        rhett@lex-lumina.com
12
        FOR THE PLAINTIFF:
13
        LISA BOLLINGER GEHMAN, ESQ.
14      BAKER & HOSTETLER, LLP
        1735 Market Street, Suite #3300
15      Philadelphia, Pennsylvania 19103
        215.568.3100
16      lgehman@bakerlaw.com
17      FOR THE DEFENDANT, MASON ROTHCHILD:
18      MARGARET SCOOLIDGE, ESQ.
        SCOOLIDGE PETERS RUSSOTTI & FOX
19      2 Park Avenue, 20th Floor
        New York, New York 10016
20      212.729.7708
        margaret@sprfllp.com
21
        INHOUSE COUNSEL FOR HERMES INTERNATIONAL:
22
        VALENTINE FADIE, ESQ.
23      INHOUSE COUNSEL AT HERMES INTERNATIONAL
        13-15 Rue la Ville l'Eveque
24      33.1.40.47.41
        valentine.fadie@hermes.com
25   Also Present:  Matthew Hausle, Videographer
```

Page 32

1  Q.  You respond and you go back and forth with him.
2      And you say --
3  A.  Yes.
4  Q.  -- "you need to make a studio."
5      What did -- what did you mean by a
6      "studio"?
7  A.  Meaning, I believe -- or I -- I don't know if I
8      still would.  I believe that Mason is a
9      talented artist and with good drive, and I
10     think that he would be successful if he
11     launched different projects under a studio.
12 Q.  Okay.  And what is MSCHF and BAYC?
13 A.  MSCHF is a -- it's pronounced mischief.  It's a
14     product studio that produces drops of different
15     products.
16 Q.  What -- what products has it dropped?
17 A.  I can only recall an example.
18 Q.  Okay.  What -- what's that example?
19 A.  I believe they partnered with Lil Nas X, who's,
20     like, a -- one of these singers or artists,
21     meaning a music artist, to create a -- a shoe
22     with, like, blood in the sole of it.
23 Q.  A physical product?
24 A.  Yes.
25 Q.  And who is BAYC?