# Exhibit 10

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
HERMES INTERNATIONAL AND HERMES OF
PARIS, INC.

                          Plaintiff,   :

          - against -

MASON ROTHSCHILD,

                          Defendant.   :
-------------------------------------x
```

September 20, 2022
11:05 a.m.

** CONFIDENTIAL **

VIDEOTAPED EXAMINATION BEFORE TRIAL of DR. BRUCE ISAACSON, an Expert Witness on behalf of the Plaintiffs herein, taken by the Defendant, pursuant to Court Order, held at the above-mentioned time via videoconference by all parties, before Michelle Lemberger, a Notary Public of the State of New York.

```
 1

 2   A P P E A R A N C E S:

 3


 4   BAKER HOSTETLER, LLP
     Attorneys for Plaintiff
 5        45 Rockefeller Plaza
          New York, New York 10111
 6
     BY:  GERALD FERGUSON, ESQ.
 7        Gferguson@bakerlaw.com


 8
     A/P LISA BOLLINGER GEHMAN, ESQ.
 9       Lgehman@bakerlaw.com

10       DEBORAH WILCOX, ESQ.
         Dwilcox@bakerlaw.com
11
         KEVIN WALLACE, ESQ.
12
         VALENTINE FADIE, ESQ. - In-house counsel
13                             Hermes International

14

15
     LEX LUMINA, PLLC
16   Attorneys for Defendant
          745 Fifth Avenue, Suite 500
17        New York, New York 10151

18   BY:  RHETT MILLSAPS, ESQ.
          Rhett@lex-lumina.com
19

20   A/P MARK MCKENNA, ESQ.
         Mark@lex-lumina.com
21


22
     ALSO PRESENT:
23
         Darrak Lighty - videographer
24

25            *     *     *     *     *
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

1        Dr. B. Isaacson

2   company Hermes.  That was their answer.  It's

3   very clear who they think makes or provides

4   the items shown on the web page.

5        So if someone had answered that in a

6   way that made it clear that they thought that

7   Hermes was shown on the web page or Birkin

8   was shown on the web page, that's the

9   confusion answer.

10       There's -- Dr. Neal, in his rebuttal

11  report, seems to indicate that there are two

12  different kinds of confusion in this case.

13  And there's only one kind of confusion that

14  I'm basing my opinions on.  And that's where

15  someone sees the MetaBirkins web page and

16  makes a cognitive connection in their own

17  mind between that web page and Hermes or

18  Birkin.  That's what my survey measures.

19     Q.  What is the item that's shown on the

20  web page?

21     A.  The web page shows a number of

22  items, but most of those items are variants

23  of Hermes bags.  There's also some text on

24  the web page, there's a bunch of other things

25  on the web page, but most of what's on that

Dr. Bruce Isaacson   Confidential
September 20, 2022

1       Dr. B. Isaacson
2   likely of confuse surveys work.
3           The fact that they may think that
4   someone else is making the NFT, that's not
5   relevant to anything.  They've made a
6   cognitive connection between a bag that
7   they're shown that is never labeled as an
8   Hermes bag in the survey, but they've
9   identified it as an Hermes bag twice.
10          They're thoughtful, they can see
11  what's going on in the survey, and they made
12  a connection between a bag that is not an
13  Hermes bag.  It's some variant of an Hermes
14  bag that Mr. Rothschild created, but this
15  person looked at that and said, Wow, that's
16  an Hermes bag.  I don't see where there's any
17  question that this respondent is confused.
18      Q.  What does question 1 ask?  What is
19  question 1?
20      A.  Question 1 asks what company,
21  companies, person or people do you think
22  makes or provides the items shown on the web
23  page.  There's more to it, but that's the --
24  that's the essence of it.
25      Q.  And the response here refers only to

Dr. Bruce Isaacson   Confidential
September 20, 2022

| | |
|---|---|
| 1 | Dr. B. Isaacson |
| 2 | hadn't been invented. |
| 3 | So it's just, there's a lot |
| 4 | different in the context today versus when |
| 5 | Mr. Warhol was working with Campbell soup |
| 6 | cans. |
| 7 | Q.  Okay.  So taking that hypothetical |
| 8 | example of the survey over the Campbell Soup |
| 9 | cans, sitting here today, you can't say |
| 10 | whether someone who gave a response in such a |
| 11 | survey distinguishing between the painting |
| 12 | and the soup was making a distinction between |
| 13 | two different things? |
| 14 | MR. FERGUSON:  Objection. |
| 15 | A.  I think I said it.  There's a lot to |
| 16 | think about with regard to a survey like |
| 17 | that, and I'd have to think about with regard |
| 18 | to the design.  But I can say that the way |
| 19 | that likelihood of confusion surveys work is |
| 20 | you're looking for cognitive connections. |
| 21 | You're looking for people who see |
| 22 | one item and make a connection to another |
| 23 | item.  So in this case, what my survey |
| 24 | measures is whether when someone looks at the |
| 25 | MetaBirkins web page and sees a fur-covered |

Dr. Bruce Isaacson   Confidential
September 20, 2022

1              Dr. B. Isaacson
2     Hermes and also MetaBirkins?
3        A.   Yes.
4        Q.   Isn't it possible they didn't know
5     if you were asking about the image or what's
6     referenced in the image?  So they said both
7     here?
8        A.   I don't think that the phrasing of
9     the question is at all ambiguous about what
10    it is asking about.  So I think the answer to
11    your question is no.  But I can't say for
12    sure how they interpreted the question.
13       Q.   And doesn't their response to
14    question 2 demonstrate that they understood
15    exactly what the relationship was?
16             MR. FERGUSON:  Objection.
17       A.   I think their answer to question 2
18    demonstrates just how confused they are by
19    the page, and demonstrates as well that that
20    disclaimer which is sometimes the case for
21    disclaimers that are not sufficiently clear
22    is exacerbating their confusion.
23       Q.   What reflects confusion about a
24    disclaimer in this response to question 2?
25       A.   Well, if you go to their response to

Dr. Bruce Isaacson   Confidential
September 20, 2022

1         Dr. B. Isaacson
2   question 1, they say right off the bat, Based
3   on descriptions disclaimer, I assume what
4   they are shorthanding there is based on
5   descriptions and the disclaimer.  It's Hermes
6   bags -- Hermes Birkin bags or MetaBirkins.
7         So their answer to the first
8   question indicates that they saw something in
9   the disclaimer that made them confused.  Not
10  that it made them unconfused, that disclaimed
11  the relationship between the page and Hermes,
12  but rather led them to believe, based on
13  seeing the word Hermes in the disclaimer
14  possibly, that they were confused.
15        And then when I go to question 2, I
16  see that they say the web page name and the
17  description states that it's MetaBirkins, so
18  they understand that, what the name of the
19  description says, and then we get a sentence
20  that starts with but.
21        But also, and now they go on to say
22  that the web page, that the disclaimer
23  clearly states that they're not affiliated
24  with Hermes, who is the actual registered
25  trademark owner of Birkin bags.

Dr. Bruce Isaacson   Confidential
September 20, 2022

| | |
|---|---|
| 1 | Dr. B. Isaacson |
| 2 | So they're, obviously, seeing bags |
| 3 | on the web page.  They've made the |
| 4 | association with Hermes, and that's |
| 5 | sufficient to demonstrate that they are |
| 6 | confused.  And the disclaimer is adding to |
| 7 | their confusion about what it is that the web |
| 8 | page is communicating. |
| 9 | Q.   Doesn't the response here to |
| 10 | question 2 show that the disclaimer told this |
| 11 | respondent about the source of the web page? |
| 12 | A.   I can't tell.  I don't know why in |
| 13 | question 2 they started with the word but. |
| 14 | And I also don't know why in response to |
| 15 | question 1, they seemed to indicate that the |
| 16 | disclaimer is increasing their confusion. |
| 17 | Q.   Isn't their use of "but" also in |
| 18 | this response to question 2 giving an |
| 19 | additional reason here? |
| 20 | A.   It could potentially be an |
| 21 | additional reason, but I think it's more |
| 22 | likely to be given that it's coming in |
| 23 | conjunction with other questions, other |
| 24 | responses, I think it's more likely to be on |
| 25 | the one hand on the other hand.  Or in |

1              Dr. B. Isaacson

2    person.

3              Somehow the assumption behind many

4    of the questions that you're asking me is

5    that there's more than one way to be confused

6    or there's different kinds of confusion.  And

7    as I go back to the original place we started

8    a few minutes ago, it's cognitive connection.

9    Do they see the MetaBirkins web page and make

10   a connection to Hermes or to Birkin.  And the

11   answer for this person is yes.  And whatever

12   else is going on is not relevant to that

13   central inquiry.

14             You cannot provide an answer

15   referencing the kinds of things that the

16   survey is looking to measure, unless somehow

17   you look at the MetaBirkins web page and you

18   make that connection to something else.

19        Q.   Okay.  Let's move on.

20             I want to talk about now your

21   handbag survey.  Am I correct that you

22   document two surveys in your report?

23        A.   Yes.

24        Q.   And you call one survey the NFT

25   purchaser survey and the other one the