# Exhibit 12

| **From:** | Mason Rothschild [mase@masonrothschild.com] |
|---|---|
| **on behalf of** | Mason Rothschild <mase@masonrothschild.com> [mase@masonrothschild.com] |
| **Sent:** | 12/21/2021 4:27:08 AM |
| **To:** | Clementina Jackson [clementina.jackson@elleuk.com] |
| **Subject:** | Re: NFT MegaBirkin article |

Hello Clementina,

Apologies — this went to my spam. Can we change the headline to not includes Hermes? Hermes has nothing to do with this project, it is fully parody and we do not want to confuse any consumers.

Best,

**MASON ROTHSCHILD**

All information included and work attached, unless stated otherwise, is copyrighted material of Mason Rothschild. Any use without consent is prohibited. If you have received an email from this address and believe you are not the intended recipient, please notify the sender immediately and delete the email. Do not post or send content received from this email elsewhere without permission. Unless stated otherwise, material received from Mason Rothschild is not intended for commercial use. All additional questions can be emailed to: mase@masonrothschild.com

Sent via Superhuman

On Thu, Dec 16, 2021 at 3:41 PM, Clementina Jackson <clementina.jackson@elleuk.com> wrote:

Dear Mason

I hope you're well

I'm covering the news of your MegaBirkin drop on ELLE.COM/UK and wondered if you had any comments you'd like me to include?

In particular, if you'd like to respond to Hermes' statement for the FT, as below?

'These NFTs infringe upon the intellectual property and trademark rights of Hermès and are an example of fake Hermès products in the metaverse.'

All the best
Clementina

**Clementina Jackson**

Fashion Writer

# ELLE

ELLE.COM/UK

ELLE UK | Hearst Magazines | 30 Panton Street | London | SW1Y 4AJ

CONFIDENTIAL

Rothschild016428

# HEARST

A PREMIUM CONTENT AND EXPERIENCES BUSINESS WITH MORE THAN 20 BRANDS
HELPING CONSUMERS GET MORE OUT LIFE



--

CONFIDENTIAL

Rothschild016429

| | |
|---|---|
| **From:** | Alyssa Kelly [alyssa.kelly255@gmail.com] |
| on behalf of | Alyssa Kelly <alyssa.kelly255@gmail.com> [alyssa.kelly255@gmail.com] |
| **Sent:** | 12/18/2021 6:41:31 PM |
| **To:** | Mason Rothschild [mase@masonrothschild.com] |
| **CC:** | Kenneth Loo [ken@chapter2agency.com]; Clara Jeon [clara@chapter2agency.com] |
| **Subject:** | Re: Hermès 'MetaBirkins' NFTs Sell for Record Prices — Fashion NFTs Hermés Birkin Bags |

Hi Mason,

Thank you for clarifying. The post has been updated again to reflect this.
https://www.lofficielusa.com/fashion/hermes-metabirkins-nfts-collection

-Alyssa

On Sat, Dec 18, 2021 at 1:29 PM Mason Rothschild <mase@masonrothschild.com> wrote:
> Hello Alyssa,
>
> This is not amended. The headline still reads:
>
> "Hermès 'MetaBirkin' NFTs Sell for Record Prices"
> Sub — "Artist Mason Rothschild's new line of exclusive Hermès Birkin bags combine digital entrepreneurship with a more sustainable vision."
>
> This is not an **Hermes Birkin** **Bag NFT**.
>
> Best,
>
> .
>
> **MASON ROTHSCHILD**
>
> All information included and work attached, unless stated otherwise, is copyrighted material of Mason Rothschild. Any use without consent is prohibited. If you have received an email from this address and believe you are not the intended recipient, please notify the sender immediately and delete the email. Do not post or send content received from this email elsewhere without permission. Unless stated otherwise, material received from Mason Rothschild is not intended for commercial use. All additional questions can be emailed to: mase@masonrothschild.com
>
> Sent via Superhuman

On Sat, Dec 18, 2021 at 10:26 AM, Alyssa Kelly <alyssa.kelly255@gmail.com> wrote:
> Apologies for the delayed response. We amended the post yesterday. Please see the updated version: https://www.lofficielusa.com/fashion/hermes-metabirkins-nfts-collection

On Sat, Dec 18, 2021 at 1:24 PM Kenneth Loo <ken@chapter2agency.com> wrote:
> Alyssa:
>
> Resending this email.
>
> We represent artist Mason Rothschild, the artist behind MetaBirkins.
>
> We need this article corrected immediately.

CONFIDENTIAL

Rothschild016295

www.lofficielusa.com/fashion/hermes-metabirkins-nfts-collection

Hermes did not create this NFT, this was created by Mason Rothschild.
Please see the attached official press release.

Can this be repaired ASAP?

Ken


+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

CONFIDENTIAL                                                                 Rothschild016296