**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MASON ROTHSCHILD, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 22-CV-00384 (JSR) |

### DECLARATION OF DR. BRUCE R. ISAACSON, DBA, MBA

I, Bruce R. Isaacson, declare as follows:

1. I am the President of MMR Strategy Group. I was retained by Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") as a survey expert in the above-captioned case. I submit this declaration in support of Hermès' Motion for Summary Judgment. I have firsthand knowledge of the matters stated herein.

2. I submitted an Expert Report on August 4, 2022. A true and correct copy of my report is attached hereto as **Exhibit 1**.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 3, 2022         By: _____
       Encino, California                Dr. Bruce Isaacson