**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>                  Plaintiffs,<br><br>        -against-<br><br>MASON ROTHSCHILD,<br><br>                  Defendant. | CIVIL ACTION NO.<br><br>22-CV-00384 (JSR) |

## <u>DECLARATION OF KEVIN D. MENTZER, PH.D.</u>

I, Kevin D. Mentzer, declare as follows:

1.      I am the Endowed Chair of Data Science and Emerging Technologies at Nichols College.  I was retained by Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") as an expert in the above-captioned case.  I submit this declaration in support of Hermès' Motion for Summary Judgment.  I have firsthand knowledge of the matters stated herein.

2.      I submitted an Expert Report on August 4, 2022.  A true and correct copy of my report is attached hereto as **Exhibit 1**.

3.      I submitted an Addendum to Expert Report on September 23, 2022.  A true and correct copy of my addendum is attached hereto as **Exhibit 2**.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 3, 2022            By: _____
       Dudley, Massachusetts                Kevin D. Mentzer