# Exhibit 1

### 1.4.3 DISTRIBUTION NETWORK

Hermès objects are available worldwide through a network of 303 exclusive stores. Hermès watches, perfumes and tableware are also sold through networks of specialised stores. The branches are located in the following geographical areas: 73 in Europe (including 13 in France), 47 in the Americas (including 31 in the United States), 95 in Asia (including 29 in Japan), and 6 in Oceania.

**Europe**

Germany: 14

11 branches:

- Baden-Baden
- Berlin KaDeWe
- Berlin Kudamm
- Cologne
- Düsseldorf
- Frankfurt
- Hamburg
- Kampen
- Munich
- Nuremberg
- Stuttgart

3 concessionaires

Austria: 2

2 concessionaires

Belgium: 3

3 branches:

- Antwerp
- Brussels
- Knokke-le-Zoute

Denmark: 2

1 branch:

- Copenhagen

1 concessionaire

Spain: 4

4 branches:

- Barcelona Paseo de Gracia
- Madrid Canalejas
- Madrid Ortega y Gasset
- Marbella

France: 29

13 branches:

- Aix-en-Provence
- Biarritz
- Bordeaux
- Cannes
- Deauville
- Lille
- Lyon
- Marseille
- Paris Faubourg Saint-Honoré
- Paris George V
- Paris Sèvres
- Saint-Tropez
- Strasbourg

16 concessionaires

United Kingdom: 8

6 branches:

- London Bond Street
- London Harrods
- London Royal Exchange
- London Selfridges
- London Sloane Street
- Manchester

2 concessionaires

Greece: 1

1 branch:

- Athens

Ireland: 1

1 branch:

- Dublin

Italy: 14

11 branches:

- Bologna
- Capri
- Florence
- Milan
- Naples
- Padua
- Palermo
- Porto Cervo
- Rome
- Turin
- Venice

3 concessionaires

Luxembourg: 1

1 concessionaire

Norway: 1

1 branch:

- Oslo

Netherlands: 3

2 branches:

- Amsterdam De Bijenkorf
- Amsterdam P.C. Hooftstraat

1 concessionaire

Poland: 1

1 branch:

- Warsaw

Portugal: 1

1 branch:

- Lisbon

Principality of Monaco: 1

1 branch:

- Monte Carlo

Czech Republic: 1

1 branch:

- Prague

Russia: 3

3 branches:

- Moscow Gum
- Moscow Stoleshnikov
- Moscow Vremena Goda

Sweden: 1

1 branch:

- Stockholm

Switzerland: 10

8 branches:

- Basel
- Crans
- Geneva
- Gstaad
- Lausanne
- Lugano
- St Moritz
- Zurich

2 concessionaires

Turkey: 4

3 branches:

- Istanbul Emaar
- Istanbul Istinye Park
- Istanbul Nisantasi

1 concessionaire

### Americas

Argentina: 1

1 branch:

- Buenos Aires

Brazil: 3

3 branches:

- Rio de Janeiro
- Sao Paulo Cidade Jardim
- Sao Paulo Iguatemi

Canada: 5

4 branches:

- Calgary
- Montreal
- Toronto
- Vancouver

1 concessionaire

Caribbean: 1

1 branch:

- Saint-Barthélemy

Chile: 1

1 concessionaire

United States: 38

31 branches:

- Atlanta
- American Dream
- Aventura
- Beverly Hills
- Boston
- Chicago
- Costa Mesa South Coast Plaza
- Dallas
- Denver
- Greenwich
- Hawaii Ala Moana
- Hawaii Waikiki
- Houston
- Las Vegas Bellagio
- Las Vegas Crystals
- Las Vegas Wynn
- Miami
- New York Madison
- New York Meatpacking
- New York Men on Madison
- New York Wall Street
- Orlando
- Palm Beach
- Palo Alto
- Philadelphia King of Prussia
- San Diego
- San Francisco
- Seattle
- Short Hills
- Troy
- Washington

7 concessionaires

Mexico: 7

7 branches:

- Cancún
- Guadalajara
- Mexico Artz
- Mexico Masaryk
- Mexico Moliere
- Mexico Santa Fe
- Monterrey

Panama: 1

1 concessionaire

### Asia

Mainland China: 28

25 branches:

- Beijing China World
- Beijing Peninsula
- Beijing SKP
- Changsha
- Chengdu
- Chongqing
- Dalian
- Guangzhou
- Hangzhou Hubin
- Hangzhou Tower
- Harbin
- Kunming
- Nanjing
- Ningbo
- Qingdao
- Shanghai IFC
- Shanghai Maison
- Shanghai Plaza 66
- Shenyang
- Shenzhen Bay Mixc
- Shenzhen Mixc
- Suzhou
- Wuhan
- Xi'An
- Xiamen

3 concessionaires

South Korea: 18

10 branches:

- Busan
- Daegu
- Seoul Dosan Park
- Seoul Galleria
- Seoul Hyundai Apkujung
- Seoul Hyundai Coex
- Seoul Lotte World Tower
- Seoul Shilla
- Seoul Shinsegae Gangnam
- Seoul Shinsegae Main

8 concessionaires

Hong Kong: 7

7 branches:

- Hong Kong Elements
- Hong Kong Harbour City
- Hong Kong International Airport
- Hong Kong Landmark Prince's
- Hong Kong Lee Gardens
- Hong Kong Pacific Place
- Hong Kong Sogo

India: 2

2 branches:

- Mumbai
- New Delhi

Indonesia: 2

2 concessionaires

Japan: 36

29 branches:

- Chiba Sogo
- Fukuoka Hakata Hankyu
- Fukuoka Iwataya
- Hiroshima Sogo
- Kobe Daimaru
- Kyoto Takashimaya
- Nagoya JR Takashimaya
- Nagoya Matsuzakaya
- Nagoya Mitsukoshi
- Okayama Takashimaya
- Osaka Hilton
- Osaka Shinsaibashi Daimaru
- Osaka Takashimaya
- Osaka Umeda Hankyu
- Sapporo Daimaru
- Sendai Fujisaki
- Tokyo Ginza
- Tokyo Ikebukuro Seibu
- Tokyo Marunouchi
- Tokyo Nihombashi Mitsukoshi
- Tokyo Nihombashi Takashimaya
- Tokyo Omotesando
- Tokyo Shibuya Tokyu
- Tokyo Shinjuku Isetan
- Tokyo Shinjuku Takashimaya
- Tokyo Tamagawa Takashimaya
- Urawa Isetan
- Yokohama Sogo
- Yokohama Takashimaya

7 concessionaires

Kazakhstan: 1

1 concessionaire

Macao: 4

4 branches:

- Macao Four Seasons
- Macau Galaxy
- Macao Wynn
- Macao Wynn Palace

Malaysia: 3

2 branches:

- Kuala Lumpur Pavilion
- Kuala Lumpur The Gardens

1 concessionaire

Philippines: 1

1 concessionaire

Singapore: 6

6 branches:

- Singapore Changi Airport T1
- Singapore Changi Airport T2
- Singapore Changi Airport T3
- Singapore Liat Tower
- Singapore Marina Bay Sands
- Singapore Takashimaya

Taiwan: 9

6 branches:

- Kaohsiung
- Taichung
- Taiwan
- Taipei Bellavita
- Taipei Regent
- Taipei Sogo Fuxing

3 concessionaires

Thailand: 5

4 branches:

- Bangkok Central Embassy
- Bangkok Icon Siam
- Bangkok Siam Paragon
- Phuket Floresta

1 concessionaire

Vietnam: 2

2 concessionaires

**Middle East**

Bahrain: 1

1 concessionaire

United Arab Emirates: 5

5 concessionaires

Kuwait: 1

1 concessionaire

Lebanon: 1

1 concessionaire

Qatar: 2

2 concessionaires

**Oceania**

Australia: 6

5 branches:

- Brisbane
- Gold Coast Pacific Fair
- Melbourne Chadstone
- Melbourne Collins Street
- Sydney

1 concessionaire

Guam: 1

1 branch:

- Guam



HERMES_0014422

*Information à **usage interne uniquement** – ne pas diffuser*




## Atlanta

Marque : Hermès
Shop type: Succursales
Adresse : 262 Buckhead Avenue, Suite C300, 30305 Atlanta, États-Unis
Phone number: +1 404 233 1011




## Austin

Marque : Hermès
Shop type: Succursales
Adresse : 1221 South Congress Avenue, 78704 Austin, États-Unis
Phone number: +1 737 309 0530




## Aventura

Marque : Hermès
Shop type: Succursales
Adresse : 19501 Biscayne Blvd., 33180 Aventura, États-Unis
Phone number: +1 551 213 2740



## Bellevue - Seattle

Marque : Hermès
Shop type: Succursales
Adresse : The Shops at the Bravern, 11111 NE 8th Street Suite115, 98004 Bellevue, États-Unis
Phone number: +1 425 467 0500




## Beverly Hills

Marque : Hermès
Shop type: Succursales
Adresse : 434 North Rodeo Drive, 90210 Beverly Hills, États-Unis
Phone number: +1 310 278 6440




## Boston

Marque : Hermès
Shop type: Succursales
Adresse : 320 Boylston Street, 02116 Boston, États-Unis
Phone number: +1 617 482 8707




## Chicago

Marque : Hermès
Shop type: Succursales
Adresse : 25 East Oak Street, 60611 Chicago, États-Unis
Phone number: +1 312 787 8175




## Costa Mesa South Coast Plaza

Marque : Hermès
Shop type: Succursales
Adresse : South Coast Plaza, 3333 Bristol Street #1424, 92626 Costa Mesa, États-Unis
Phone number: +1 714 437 1725




## Dallas

Marque : Hermès
Shop type: Succursales
Adresse : 21 Highland Park Village, 75205 Dallas, États-Unis
Phone number: +1 214 528 0197

*Information à **usage interne uniquement** – ne pas diffuser*




## Denver

Marque : Hermès
Shop type: Succursales
Adresse : Cherry Creek, 3000 East First Avenue, Space P-206, 80206 Denver, États-Unis
Phone number: +1 303 388 0700




## East Rutherford - American Dream

Marque : Hermès
Shop type: Succursales
Adresse : 1 American Dream Way, Suite F115, East Rutherford, 07073 East Rutherford, États-Unis
Phone number: +1 201 487 1111



## Greenwich

Marque : Hermès
Shop type: Succursales
Adresse : 289 Greenwich Avenue, 06830 Greenwich, États-Unis
Phone number: +1 203 622 3007




## Hawaï Ala Moana

Marque : Hermès
Shop type: Succursales
Adresse : 1450 Ala Moana Boulevard, Suite 2620, 96814 Ala Moana, États-Unis
Phone number: +1 808 947 3789

*Information à **usage interne uniquement** – ne pas diffuser*




## Hawaï Waikiki

Marque : Hermès
Shop type: Succursales
Adresse : Royal Hawaiian Center, 2201 Kalakaua Avenue, 96815 Waikiki, États-Unis
Phone number: +1 808 922 5780




## Houston

Marque : Hermès
Shop type: Succursales
Adresse : 4444 Westheimer Road, Rive Oaks District, Suite B100, 77027 Houston, États-Unis
Phone number: +1 713 623 2177




## Las Vegas Bellagio

Marque : Hermès
Shop type: Succursales
Adresse : 3600 Las Vegas Boulevard South, 89109 Las Vegas, États-Unis
Phone number: +1 702 866 2629




## Las Vegas Crystals

Marque : Hermès
Shop type: Succursales
Adresse : 3720 Las Vegas Boulevard South, Suite 260, 89158 Las Vegas, États-Unis
Phone number: +1 702 893 8900




## Las Vegas Encore Wynn

Marque : Hermès
Shop type: Succursales
Adresse : 3131 Las Vegas Boulevard South, 89109 Las Vegas, États-Unis
Phone number: +1 702 650 3116

*Information à **usage interne uniquement** – ne pas diffuser*



## Miami

Marque : Hermès
Shop type: Succursales
Adresse : 163 NE 39th St., 33137 Miami, États-Unis
Phone number: +1 305 868 0118




## New York - Roosevelt Field

Marque : Hermès
Shop type: Succursales
Adresse : 640 Old Country Road, Suite 1020A, Garden City, 11530 New York, États-Unis




## New York Madison 690 (Men)

Marque : Hermès
Shop type: Succursales
Adresse : 690 Madison Avenue New York, NY 10065, 10065 New York, États-Unis
Phone number: +1 212 308 3585



## New York Madison 691

Marque : Hermès
Shop type: Succursales
Adresse : 691 Madison Avenue New York, NY 10065, 10065 New York, États-Unis
Phone number: +1 212 751 3181

*Information à **usage interne uniquement** – ne pas diffuser*




## New York Meatpacking

Marque : Hermès
Shop type: Succursales
Adresse : 46 Gansevoort Street New York NY 10014, 10014 New York, États-Unis
Phone number: +1 212 257 1600




## New York Wall Street

Marque : Hermès
Shop type: Succursales
Adresse : 15 Broad Street New York, NY 10005, 10005 New York, États-Unis
Phone number: +1 212 785 3030



## Orlando

Marque : Hermès
Shop type: Succursales
Adresse : The Mall at Millenia, 4200 Conroy Road, 32839 Orlando, États-Unis
Phone number: +1 407 815 5411



## Palm Beach

Marque : Hermès
Shop type: Succursales
Adresse : 340 Royal Poinciana Way, Suite 301 Palm Beach, FL 33480, 33480 West Palm Beach, États-Unis
Phone number: +1 561 514 0288



## Palo Alto

Marque : Hermès
Shop type: Succursales
Adresse : 660 Stanford Shopping Center, Space 317B, 94304 Palo Alto, États-Unis
Phone number: +1 650 321 2466

*Information à **usage interne uniquement** – ne pas diffuser*




## Philadelphie - King of Prussia

Marque : Hermès
Shop type: Succursales
Adresse : The Plaza at King of Prussia, 350 Mall Blvd. Suite 3007, 19406 Philadelphie, États-Unis
Phone number: +1 610 992 9730




## San Diego

Marque : Hermès
Shop type: Succursales
Adresse : Westfield UTC Mall, 4305 La Jolla Village Dr, Suite 2480, 92122 San Diego, États-Unis
Phone number: +1 619 574 95 70



## San Francisco

Marque : Hermès
Shop type: Succursales
Adresse : 125 Grant Avenue San Francisco, CA 94108, 94108 San Francisco, États-Unis
Phone number: +1 415 391 7200




## Short Hills

Marque : Hermès
Shop type: Succursales
Adresse : The Mall at Short Hills, 1200 Morris Turnpike, Space A216, 07078 Short Hills, États-Unis
Phone number: +1 973 376 6843

*Information à **usage interne uniquement** – ne pas diffuser*




## Troy

Marque : Hermès
Shop type: Succursales
Adresse : Somerset Collection, 2800 W Big Beaver Road, Space C-139, 48084 Troy, États-Unis
Phone number: +1 947 218 0740




## Washington DC

Marque : Hermès
Shop type: Succursales
Adresse : City Center DC, 944 Palmer Alley NW, 20001 Washington, États-Unis
Phone number: +1 202 789 4341