UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

              Plaintiffs,

-against-

MASON ROTHSCHILD,

              Defendant.

CIVIL ACTION NO.

22-CV-00384 (JSR)

## DECLARATION OF SCOTT DUKE KOMINERS, PH.D.

I, Scott Duke Kominers, declare as follows:

1. I am a Professor of Business Administration in the Entrepreneurial Management Unit at Harvard Business School, a Faculty Affiliate of the Harvard Department of Economics, and a Research Partner at a16z crypto. I was retained by Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") as an expert in the above-captioned case. I submit this declaration in support of Hermès's Motion for Summary Judgment. I have firsthand knowledge of the matters stated herein.

2. I submitted an Expert Report on August 5, 2022. A true and correct copy of my Report is attached hereto as **Exhibit 1**.

3. I submitted a Supplement to Expert Report on August 26, 2022. A true and correct copy of my Supplement is attached hereto as **Exhibit 2**.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the August 16, 2022 Twitter Space recording transcript, which was transcribed by Veritext on August 25, 2022 and produced in this case as KOMINERS_004178. I relied upon the recording and transcript in preparing my Supplement to Expert Report.

1

5. Attached hereto as **Exhibit 4** is a true and correct copy of the August 23, 2022 Twitter Space recording transcript, which was transcribed by Veritext on September 2, 2022. I relied upon the recording in preparing my Supplement to Expert Report, but the transcript did not issue until after I submitted my Supplement.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2022
Boston, Massachusetts

By: _____
Scott Duke Kominers