# Exhibit 3

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13   **Hermès International, Et Al. v Rothschild, Mason**

14   **Twitter Space recording**

15

16

17

18

19

20

21

22

23

24

25

KOMINERS_004178

Page 2

1          MASON ROTHSCHILD:  Yo, how's it going,
2   guys?  Hello, hello.  We'll get started when
3   like, you know, a few more people fill in.  I
4   definitely want to -- you know, feel free to
5   raise your hand now if you want to like tap in,
6   kind of keep the conversation going, if you have
7   any interest in the topic, which is going to be,
8   you know, Web3 and fashion.  I'll bring up some
9   of the usual suspects and Jacob as well.
10          JACOB PACE:  What's up, guys?
11          MASON ROTHSCHILD:  How's it going,
12   Jacob?
13          JACOB PACE:  Good.  How are you?
14          MASON ROTHSCHILD:  I'm doing well, man.
15   Welcome, welcome.
16          JACOB PACE:  Thanks.  I just got back
17   from Mexico today.  I was there for a friend's
18   wedding for like a week.
19          MASON ROTHSCHILD:  Incredible.  How was
20   it?
21          JACOB PACE:  It was sick.  I went to
22   Mexico City and then I left for a bit, then I
23   came back, so...  Then I was (indiscernible).
24          MASON ROTHSCHILD:  Yeah, no.  From what
25   I hear, like Mexico City is like such a cultural

KOMINERS_004179

```
                                    Page 3
```

 1   hub right now.  I have yet to go but, you know,

 2   I've only heard great things about like what they

 3   have going on there from like food and fashion

 4   and, you know, just culture in general.  So I

 5   definitely need to check it out soon.

 6             JACOB PACE:  Yeah.  It was super

 7   modern.  Like we stayed in a pretty like nice

 8   area.

 9             MASON ROTHSCHILD:  Yeah.

10             JACOB PACE:  But yeah, it was super

11   nice.  I mean, I've like -- I was kind of

12   surprised at like the amount of people that like

13   when I put up my Instagram story, they were just

14   hitting me up.  And I was like -- I just didn't

15   expect so many people to like move there and

16   stuff.  But seems like pop-in and, you know...

17             My Spanish isn't the best.  I've been

18   getting better, but there's like a decent amount

19   of people that speak English too.

20             MASON ROTHSCHILD:  Yeah, no, 100

21   percent.  I'm down to check it out.  I know -- I

22   think it's Art Blocks has this thing in Mexico

23   City, as well as like Marfa.  You know, they're

24   doing their whole kind of gallery thing in Marfa,

25   Texas and then in Mexico City as well.  So I

KOMINERS_004180

                                                            Page 4

1    think it'll be kinda dope.

2              JACOB PACE:  That's right.

3              MASON ROTHSCHILD:  Yeah.

4              JACOB PACE:  But yeah, no, just thought

5    I'd join in today.  I got -- I mean, me

6    personally, I think -- I don't know if -- I think

7    I actually sent you a message, Mason, a couple

8    weeks ago.

9              But yeah, no, I've been diving super

10   deep into like, you know, just the idea of like

11   copyright and the NFT space.  And for me, like

12   it's the main application that I've been like

13   putting a lot of attention into, just like really

14   studying and thinking of ideas.

15             And obviously there's big intersections

16   there with fashion.  So I don't know, if I can

17   provide any like interesting questions or

18   information, I'm just -- I'm like super geeked on

19   this stuff, so any opportunity to like learn and

20   connect with people I'm down.

21             MASON ROTHSCHILD:  Yeah, no.  It's such

22   an interesting space, for sure.  I mean, I think

23   there's so much potential when it comes to the

24   fashion side of things.  You know, that's kind of

25   like my background, you know, before Web3.  And

KOMINERS_004181

```
                                          Page 5
 1   you know, like doing things, you know, in the
 2   space was like, you know, in fashion.
 3              So I think like it's super important to
 4   think of it because like there's so much I feel
 5   that could be done and I feel like a lot of, you
 6   know, fashion houses right now are kind of just,
 7   you know, taking the easy route and just like
 8   dabbling in the space and thinking that like NFTs
 9   are just like -- Web3 is just an extension of
10   their product line, when in reality like there's
11   so much more application to kind of onboard a
12   whole new audience to their platform.
13              JACOB PACE:  Yeah.  I mean, the way
14   that I look at it -- and like I don't know, if
15   anyone -- like if you have any opinions or
16   thoughts or whatever, if anybody else wants to
17   jump in as well -- but I mean, the way that I
18   look at it is like -- and I don't know, like it's
19   -- it's kinda -- and I'm sure like anybody that's
20   a creator -- and by the word creator, I just mean
21   anybody that like, you know, literally creates
22   anything, whether it's businesses or part of
23   music, fashion, whatever, you know?
24              MASON ROTHSCHILD:  Yeah.
25              JACOB PACE:  Anybody that's a creator.
```

```
                                           Page 6
 1   And especially when there's like exciting new
 2   technology, I feel like you go back and forth
 3   between like one day you're like, I'm a genius
 4   and I know the future, and then other days --
 5             MASON ROTHSCHILD:  Yeah.
 6             JACOB PACE:  -- you're like, I don't
 7   know, maybe I'm fucking crazy.
 8             MASON ROTHSCHILD:  Yeah.
 9             JACOB PACE:  But in terms of that,
10   like, you know, I see this world with blockchain
11   where because there's this kind of idea of this
12   like, you know, immutable record and there's
13   these like smart contracts that can kind of
14   enforce, you know, the legitimacy of certain
15   items, it just --
16             MASON ROTHSCHILD:  Yeah.
17             JACOB PACE:  -- it started to have me
18   thinking like about this relationship.  And like,
19   you know, with user-generated content being so
20   big, right, and like you know, creators -- like
21   kind of what you did with Hermès, like creators
22   wanting to take brands and -- or any kind of IP,
23   right, even music, and do whatever they want with
24   it, I started to think like, I wonder if Web3 and
25   blockchain can kind of empower a new generation
```

KOMINERS_004183

Page 7

```
 1   of consumers to actually be the creators, right?
 2   And that's why if you look at, you know, Roblox,
 3   you know, for example --
 4               MASON ROTHSCHILD:  Mm hmm.
 5               JACOB PACE:  -- like they're very --
 6   what is it, like developer-generated content I
 7   think they call it?  So, I don't know, I just --
 8               MASON ROTHSCHILD:  Yeah.
 9               JACOB PACE:  -- I see this world where
10   it's like you could even think about an example
11   like Nike and think like could the blockchain and
12   Web3 and the right product empower anybody in the
13   world to remix Nike in a way that is, you know,
14   recorded on the blockchain and blah, blah, blah.
15   And like not to say that, you know, you would
16   just allow anybody to legally do it, but like
17   there's a way to stimulate and encourage amateur
18   creativity.
19               So, in terms of fashion, that's what I
20   think about.  I don't know -- I don't know if
21   putting more systems in place for copyright and
22   fashion can accelerate the development, or if it
23   impedes it.  I mean obviously, like my goal would
24   be to accelerate it by just making these laws a
25   lot -- you know, a lot more accessible, easier to
```

KOMINERS_004184

Page 8

1   understand and usable.

2          MASON ROTHSCHILD:  Yeah, no. I mean, I

3   think it's just like, you know, it's anything

4   that comes with like a new space.  You know it is

5   -- you know, people say, you know, the Wild West

6   all the time and I feel like that's -- the proof

7   is in the pudding for like the kind of pioneers

8   in the space to kind of test the limits of what

9   can be done and how we can utilize this cool new

10  technology.

11          I think -- I had a conversation earlier

12  with a friend and like we were kind of speaking

13  into the whole like loyalty aspect of things.

14  You know, I think what, I guess, luxury fashion

15  itself has, you know, going for it, that really

16  like, you know, has withstood the test of time is

17  the loyalty that comes with being part of like,

18  you know, this kind of ecosystem that is like the

19  caring group or LVMH, or just like brand to

20  brand.

21          And I feel like a lot of platforms or

22  companies aren't really utilizing that to their

23  advantage to really know who their true customer

24  is.  You know, I think that's a really -- like

25  with whether it be like a poll app or, you know,

Page 9

1  those proof of attendance protocols, or something

2  like that for people who visit your space or

3  visit your store or visit multiple stores, where

4  it becomes almost like a collectible item for,

5  you know, people to come through in-store and

6  experience that kind of brick and mortar luxury

7  feel.

8          You know, I think that's super

9  important because like when I was in, you know

10  like luxury fashion, when I was working for Dior,

11  when I was working for (indiscernible), like that

12  was our biggest thing was, you know, how do you

13  get people to the door?  You know, how do you get

14  people to the door, because at the end of the

15  day, once you get them there you have, you know,

16  your customer kind of acquisition is so

17  important, you know.

18          And I think not a lot of people are

19  doing or taking the necessary steps to make that

20  such a like a big part of their business, you

21  know?  And I think a lot of what it is is just

22  like the miseducation.  And I think too is just

23  like the majority of people are like not

24  onboarded quite yet to Web3 and blockchain.

25

```
                                        Page 10
```

1            JACOB PACE:  Yeah, totally.  I think

2    Haiiro has a -- or he's raising hand.

3            MASON ROTHSCHILD:  Oh, yeah.  What's

4    up, Felix?

5            HAIIRO.ETH:  Hello, hello.  Hey, Mason;

6    hey, Jacob.  I wanna say something to what you

7    mentioned a few minutes before.  Like I feel a

8    big problem with luxury brands is top that they

9    just try to expand like their assets and the

10   stuff they're selling with NFTs, instead of maybe

11   using NFTs as a verification or security tool for

12   their high luxury goods.

13           MASON ROTHSCHILD:  Yeah.

14           HAIIRO.ETH:  Like, for example, like

15   Louis Vuitton would have used NFTs as a security

16   and verification system for the LV Nikes they

17   dropped lately.

18           MASON ROTHSCHILD:  Yeah.  Like the

19   (indiscernible) --

20           HAIIRO.ETH:  Where they have a super

21   opportunity to use it, therefore.

22           MASON ROTHSCHILD:  Yeah.  I mean,

23   that's the thing.  So, luckily, like I have

24   Terminal 27 as like a way to kind of test these

25   new kind of technologies, you know.

KOMINERS_004187

```
                                        Page 11
```

1          So what we're planning on doing when we

2    launched our new website in like late October is

3    having this pass that gives you access to

4    product, you know?  And when we have like a big

5    drop or something like that, it's really

6    important for us to be able to curate and

7    cultivate this like incredible ecosystem that

8    we've built over the past like year and a half or

9    so and reward them.  Because it -- there's no

10   stronger value in having an audience and stuff

11   that is fully sold on your ecosystem, you know?

12          And with Terminal, you know, we'll have

13   this pass and they'll get access to different NFT

14   drops.  We have collaborations with, you know --

15   I think we've announced the Mowalola one already.

16   You know, Mowalola was like creative director of

17   Easy Gap for a while, and now she's doing like

18   her incredible stuff on her like mainstay label.

19          And we're acting as this kind of, you

20   know, middle ground for fashion brands to enter

21   Web3 and do it in an authentic way where, you

22   know, if they're more art driven or if they're

23   more like collectible driven, we can accommodate

24   that versus, you know, having this kind of money

25   grab feel to like whatever product they drop.

KOMINERS_004188

```
 1              You know, like I feel like a lot of NFT
 2    projects, like they'll drop like a virtual
 3    version of like a tee shirt, you know.  And then
 4    maybe you can claim it for something else.  And I
 5    feel like that's such a basic way of thinking
 6    when you can really prolong the engagement with
 7    your customer or your kind of client long-term by
 8    just constantly rewarding them, you know?
 9              JACOB PACE:  Yeah.
10              MASON ROTHSCHILD:  Yeah.
11              JACOB PACE:  No, and I was going to add
12    to that too and just say like, yeah, I mean, I
13    don't know, I guess that's kind of a thing that I
14    also observe in the space is like -- you know,
15    it's like the way that I look at it in general is
16    like if things are too obvious, it's probably too
17    obvious for a reason, and like it probably means
18    you should, you know, think a little bit more
19    intricately.  Because it's like, of course, you
20    know, for fashion brands it's like the obvious
21    thing would be to do digital fashion.  But it's
22    like, you know, how do you take it a step
23    further?
24              And I think -- you know, what you guys
25    are talking about is interesting, like just kind
```

```
 1   of using the NFTs as a means of like
 2   authenticating, you know certain digital or
 3   physical assets.
 4             But, yeah, I don't know, the other
 5   interesting thing that I think about too is just
 6   like I feel like NFT composability hasn't really
 7   been figured out.  I don't know, maybe I'm wrong.
 8   I just -- it doesn't really feel like there's a
 9   chain of collaboration on many NFTs, you know.
10   Like I think there's obviously --
11             MASON ROTHSCHILD:  Yeah.
12             JACOB PACE:  -- like the CC Zero stuff.
13   But even that, it's like it's kind of a free-for-
14   all.  Like there's no way of knowing -- there's
15   no way of seeing a chain of attribution or
16   evolution or remixing.
17             So I don't know, it's just an
18   interesting thing I think about.  Like can
19   somebody take the Louis Vuitton logo and, you
20   know, someone collaborates on it and collaborates
21   on it and collaborates on it until it, you know,
22   becomes this finished product that everyone's got
23   a piece on?
24             Because, you know, I've spent a lot of
25   time observing like Tik Tok, just because that's
```

Page 14

1   kind of my prior kind of company I was running,

2   and I was just like super observing of like all

3   the remixing capabilities, and I don't know, it's

4   just stuff I -- sometimes I'm looking at.

5          MASON ROTHSCHILD:  Yeah, exactly.  Like

6   with the kind of you know duets and stuff along

7   those lines.  You know, like it's purely

8   collaborative.  I mean, one thing that I've also

9   kind of like toyed around with from an idea

10  standpoint is, you know, this concept of being

11  able to -- like the whole fashion in the

12  metaverse thing.

13          Like I don't think that until we have

14  like this go-to metaverse -- you know, I know

15  like people kind of like are iffy on just having

16  this one kind of central -- whether it's like

17  other side from like Yuga Labs or if it's like

18  Sandbox or Decentraland, or something like that,

19  I feel like we don't have enough like high

20  fidelity platforms where you would want to

21  actually showcase that fashion, you know, that

22  digital fashion.

23          And I think that's one of the kind of

24  issues in the space right now, is like, do I

25  really want to dress up my character like, you

KOMINERS_004191

Page 15

1   know, in Fortnite or, you know, like we -- we

2   play -- like me and my friends, we play like the

3   know, like we, we believe, like with me and my

4   friends, we play like the Valiant and stuff all

5   the time.  And it's just like, you know, you buy

6   the skins, you spend tons of money on just having

7   like the cooler skins to like have this aesthetic

8   in the game, you know, that you want.

9           And I feel like even though like gaming

10  has been able to achieve that, I feel like when

11  it comes to high end brands or just having

12  branding itself in a game, I feel like it's a

13  little tough to really sell people on that

14  concept yet, where it's like, oh, like, do I

15  really wanna spend like $1,000 on a digital

16  jacket?  You know, maybe if we can pair it with a

17  physical and also have it, you know, allocated to

18  some type of avatar in a metaverse, then it's

19  really, really kind of game changing.

20          HAIIRO.ETH:  Yeah, I think, but I think

21  the reason why it works with gaming is because

22  gamers got trained to get used to that and to

23  accept these prizes and stuff and to buy skins

24  over all the recent years.  And --

25          MASON ROTHSCHILD:  Yeah.

KOMINERS_004192

```
 1              HAIIRO.ETH:  -- I think the metaverse
 2   or like luxury brands are still not there yet.  I
 3   think there's still a long way to go.
 4              MASON ROTHSCHILD:  For sure, yeah, I
 5   think it's still a ways away.  It's gonna take
 6   like a really cool platform to be able to do it.
 7   I do love what like fashion is doing with these
 8   kind of like virtual fashion shows where you can
 9   kind of sit in with like VR.
10              But again, that's just like such --
11   that feels so like primitive still to me, you
12   know?  Like it doesn't feel like it's pushing the
13   limits of anything.  So I'm really hoping that,
14   you know, different initiatives are able to be
15   taken, you know.  And I'm going to be testing
16   those things with Terminal and whoever we onboard
17   as kind of like a client to kind of like release
18   product and do it in a very authentic way.
19              But I brought up -- is it Ole or Oleth?
20              OLEth:  No.  Oleth.  Thanks for
21   bringing me up.
22              MASON ROTHSCHILD:  Yeah, of course.
23              OLEth:  I actually just want to share
24   one example where I see it works and I probably -
25   - I mean, we all know Clone X, right?
```

KOMINERS_004193

```
                                              Page 17
```

1            MASON ROTHSCHILD:  Yeah.

2            OLEth:  And, of course, they're

3    collaborating with Nike.  We know that.  But like

4    I think it was two weeks or last week -- I'm not

5    sure -- there was actually the rep of Vega, which

6    had -- actually, he was one of the first people

7    who actually used his Clone X in his rep video,

8    right?

9            MASON ROTHSCHILD:  Yeah.

10           OLEth:  So he's actually using it as a

11   character.  And obviously, the Clone X updates

12   gave the files to actually use these Clone Xs

13   and, yeah, to animate actually the holders to

14   really use these NFTs and like as -- yeah, as an

15   aesthetic in a video in this case.  And it really

16   fits well.  And if you can customize these --

17   Cone X, for example, within jackets what they

18   probably will do -- I'm not so into it, but you

19   know, and then you can show off, especially like

20   he can use his NFT in the rep videos, which of

21   course gives him at the moment, because he's one

22   of the first people using it, a lot of attention,

23   and that can also bring --

24           MASON ROTHSCHILD:  Yeah.

25           OLEth:  -- if you are in a -- if you're

Page 18

```
 1   a rep, for example, obviously, that gives you
 2   like push, like a hype, if you collaborate with
 3   like a high fashion brands like Louis Vuitton,
 4   with them, for example.  That also can push you -
 5   - first of all, of course, the rep itself, when
 6   he's successful, they see this virtual jacket,
 7   for example, Clone X --
 8            MASON ROTHSCHILD:  Yeah.
 9            OLEth:  -- any NFT project you are
10   collaborating with.  So, yeah, I just wanted to
11   bring that example up, because I think it's a
12   cool thing.
13            MASON ROTHSCHILD:  Yeah, no, I think
14   what Clone X is doing -- and I mean like Clone X
15   has been such a -- their artifact has been
16   incredible in like what they've done so far,
17   which is why they have that kind of like Nike
18   cosign.
19            I do think like when it comes to just
20   the simple things like filters or whatever, I
21   know like you can like point your filter on my
22   Snapchat or something and like, you know, the
23   jacket kind of populates with wings or something
24   along those lines.  I think that's cool.
25            I think what they're doing is really
```

KOMINERS_004195

Page 19

```
 1    testing the waters, and I think it's like a proof
 2    of concept thing for them.  So I think they're
 3    definitely going to be one of the lead like
 4    innovators in this space when it comes to you
 5    know, virtual fashion.
 6              I just don't think that it's done at
 7    like a luxury level, you know?  And I think like
 8    I guess that's where my mind thinks, because it's
 9    kind of like where I come from.  But I feel like
10    there's so much usage for not only just brands in
11    general, like Streetwear or something like that,
12    which you know like I kind of consider Clone X in
13    the like -- you know, the Nike kind of
14    conversation.  You know, it's not technically
15    like fully luxury, but it's still kind of like
16    fashion, you know?  And I think what they've done
17    so far has been cool, but I think they're still
18    like levels to push this forward.
19              And that's kind of why I wanted to kind
20    of do these like open conversations, because it's
21    really important for me.  I feel like my best
22    ideas come from conversation and from talking it
23    out with other people and kind of mixing ideas,
24    especially when we have this like amazing
25    platform to just hop in a chat and just talk
```

KOMINERS_004196

```
                                            Page 20
```

1   about it.  You know, I think it really pushes

2   things forward.  But go ahead, Jacob.

3              JACOB PACE:  Yeah no, I agree.  I'm

4   sorry.  (indiscernible) after.  But yeah, no, I'm

5   the same way.  I mean, I'd love to just like talk

6   about, you know, the stuff I'm thinking about in

7   the space and listening to other people and that.

8   It helps me kind of you, you know, figure stuff

9   out.

10             But yeah, I wanted to ask you actually,

11  I mean, I feel like you're a really good person

12  to ask just because of --

13             MASON ROTHSCHILD:  Yeah.

14             JACOB PACE:  -- you know, that whole

15  situation with Hermès.  Because, again, I try to

16  take a step back and look at "Web3", be like

17  what's the real innovation here from a creative

18  perspective, a creative perspective right?

19             SON ROTHSCHILD:  Mm-hmm

20             JACOB PACE:  Because like -- and with

21  all due respect like to the pioneers of the space

22  that like gave us, you know -- I mean, and you

23  know, whether or not you side with anyone, it

24  doesn't really matter.  Like just look at the

25  sheer numbers of like, you know (indiscernible)

KOMINERS_004197

                                                      Page 21

1    and Doodles or, you know, your Clone X, right?  I

2    mean, they're pioneers in a lot of ways of like

3    they, you know, created this kind of blue chip.

4              MASON ROTHSCHILD:  Yeah.

5              JACOB PACE:  And again, with all due

6    respect, I'm not even knocking them, but it's

7    still like a centralized organization giving us

8    products, right, which is pretty much the world

9    we've been living in.  And there's nothing wrong

10   with that.

11             But I guess what I try to -- and then

12   you look at something like (indiscernible), which

13   is totally on -- a little bit more on the

14   opposite end, right?  They're a little bit more

15   like --

16             MASON ROTHSCHILD:  Yeah.

17             JACOB PACE:  -- "decentralized".

18             MASON ROTHSCHILD:  Yeah.

19             JACOB PACE:  So I guess I think about

20   this in between of like how do you make -- and I

21   feel like it's relevant to fashion -- but it's

22   like how do you make creativity and intellectual

23   property like open source?

24             MASON ROTHSCHILD:  Yeah.

25             JACOB PACE:  And you know, the Hermès

```
                                          Page 22
 1    thing that happened was a perfect example because
 2    like, you know, I've talked a little bit with
 3    like Trevor Andrew about Gucci Ghost.
 4            MASON ROTHSCHILD:  Yeah.
 5            JACOB PACE:   And I thought it was
 6    super interesting how like that was an
 7    opportunity where, you know, Gucci decided to
 8    embrace this like amateur creativity and it
 9    actually ended up extending their brand.
10            So I guess when I think about the
11    future of, you know, creativity or the future of
12    fashion, like I think that there's a possibility
13    that the future is, you know, brand -- more and
14    more brands, whether it's fashion or music,
15    encouraging a lot of these and using the
16    blockchain to kind of properly, you know give
17    these people fragmented ownership of their ideas.
18    Because the problem is like, you know, I don't
19    know how a lot of these deals work, but it's like
20    whenever -- when stuff happens behind closed
21    doors, there's just too much that -- there's too
22    much leverage that the person who has the
23    copyright that got infringed can have
24            MASON ROTHSCHILD:   Yeah.
25            JACOB PACE:  -- over the remixer.  You
```

                                        Page 23

1    know?  And then they usually just screw them
2    over.
3              MASON ROTHSCHILD:  Yeah.
4              JACOB PACE:  So, I don't know,
5    (indiscernible) your thought.  Like, do you think
6    that if that funnel were open for like -- let's
7    just talk about the fashion space in particular.
8    Like if that funnel were on, where it's like
9    we're gonna use Web3 and NFTs to encourage people
10   to use our logo, remix our logo --
11             MASON ROTHSCHILD:  Yeah.
12             JACOB PACE:  -- and these are the
13   guidelines, you know, do you think that that
14   could be a good thing?  And do you think that
15   could lead to like a lot of new ideas in the
16   space?
17             MASON ROTHSCHILD:  I think it could
18   lead to a lot of ideas.  I think like, going back
19   to Nike, as an example, you know, like Nike
20   really gives their creators the kind of ability
21   to kind of create within their own ecosystem,
22   using like the Nike brand.
23             Like one good example, I feel, is like
24   Cactus Plant Flea Market, for example, right?
25   Like Nike didn't have any influence on like

KOMINERS_004200

1    telling them what should be -- like what they

2    should be creating.   They essentially created

3    something with their own branding, their

4    identity, their kind of designs, their -- like

5    their whole kind of brand guideline and they just

6    adopted it to what Nike would look like.  You

7    know, whether it was like writing the Just Do It

8    in their own fonts, or you know, doing their own

9    take of like the -- I think it was the Air -- I

10   forget which Air Max it was -- you know?

11            But it's that like full creative

12   freedom.  And I feel like a cool concept would be

13   like NFT like screen prints, for example.  You

14   know, like different designs and stuff could

15   utilize, you know, if they owned the NFT and they

16   could monetize, while kicking back some type of

17   royalty to original kind of creator.

18            I think that would be a super, super

19   interesting concept because, one, you give people

20   the ability to really kind of push things

21   forward, especially like you just have like a

22   bunch of creators kind of buying into your

23   ecosystem, you know?  And that's not to say --

24            JACOB PACE:  Right.

25            MASON ROTHSCHILD:  -- you know, they'll

KOMINERS_004201

Page 25

1    bite into your ecosystem to then like produce for

2    you, you know?  And I think that's super special.

3    And I think we can do that as well on, you know,

4    a creator standpoint.  Is really giving creators

5    the ability to kind of showcase what they're

6    doing and like whatever medium they may be

7    working in, whether it's like generative art or

8    if it's kind of like PFP stuff or whatever, I

9    think there's so much potential for them to tap

10   young, interesting talent, and like have it has a

11   division.  And that kind of like opens them up to

12   this whole Web3 category without --

13             JACOB PACE:  Exactly.

14             MASON ROTHSCHILD:  Yeah, without

15   (indiscernible) it.

16             JACOB PACE:  Well, and that's the

17   beauty of it, in my opinion, is like the

18   blockchain is really just in the background.  And

19   it is important, by the way, because you know,

20   it's kind of like, yes, in theory, you can do

21   whatever you want.

22             And like this is kind of the whole

23   argument about copyright, is like anybody can do

24   whatever they want.  Like I was in this Twitter

25   space the other day and this guy was like -- I

```
                                          Page 26
 1   mean, type in any name of any character, even
 2   something really horrible.  (indiscernible) So
 3   (indiscernible).
 4           MASON ROTHSCHILD:  Sorry.  You're kind
 5   of cutting out a little bit, Jacob.
 6           JACOB PACE:  What was that?
 7           MASON ROTHSCHILD:  Oh, you're kind of
 8   cutting out a little bit.  I think signal's kind
 9   of dodgy.
10           JACOB PACE:  (indiscernible)
11           MASON ROTHSCHILD:  Felix, come up for
12   the meantime, while Jacob kind of like sorts out
13   the connection issues.
14           HAIIRO.ETH:  Yeah.  I thought about
15   like ways for luxury brands or brands in general
16   to use NFTs in the past.
17           MASON ROTHSCHILD:  Mm hmm.
18           HAIIRO.ETH:  And like a few ideas I got
19   like is brands called use NFT as a ticket or
20   subscription to it, where like if you own one of
21   these NFTs, for example, like for Louis Vuitton -
22   -
23           MASON ROTHSCHILD:  Yeah.
24           HAIIRO.ETH:  -- you have the
25   opportunity to attend on the Fashion Week;
```

KOMINERS_004203

1  they'll fly you in or whatever and gives you a

2  ticket for it.  You get like exclusive drops from

3  like sneakers with Nike or whatever, or other

4  designers.

5           MASON ROTHSCHILD:  Yeah.

6           HAIIRO.ETH:  You get access to like

7  limited bags and whatsoever.  Like you get access

8  to like discount codes and going on like that.

9  So many like opportunities like for high fashion

10  brands called user NFTs, instead of like just

11  giving you a pendant of your NFT.

12           MASON ROTHSCHILD:  Yeah.  So what are

13  your thoughts on Tiffany?  I feel like it was a

14  cool initiative for the most part.  The terms and

15  conditions were a little iffy on like, you know,

16  them owning the IP as soon as you kind of mint

17  your NFTiff, NFT.

18           HAIIRO.ETH:  Yeah, kind of like it --

19           MASON ROTHSCHILD:  What was your take

20  on --

21           HAIIRO.ETH:  I feel like it destroyed

22  it, because as they tried to kind of hide it, you

23  know, like they weren't' really open about it.

24  So unless you didn't -- unless you read the terms

25  of services and such, you didn't know about it

KOMINERS_004204

Page 28

```
 1   and maybe gave away your IP rights on your board,
 2   CryptoPunk.  And I think that's pretty sad to use
 3   it that way instead of just being like open and
 4   try to work together.
 5              MASON ROTHSCHILD:  Yeah.  I think, you
 6   know, it kinda went against the whole -- I feel
 7   like fashion brands that enter the space are like
 8   just brands in general, not even fashion brands
 9   just kind of enter the space without fully
10   leaning into like what Web3 is supposed to
11   represent, you know, for the people who are very
12   like kind of committed to, you know, the
13   decentralization and stuff.  And they kind of
14   just reel things back into like a Web2 era way of
15   thinking.
16              So, yeah, it's kind of unfortunate, to
17   be honest.  But I thought the idea was cool.
18              JACOB PACE:  What does it say in the
19   terms and conditions?
20              MASON ROTHSCHILD:  So, when you mint
21   your -- when you attach your kind of Punk to the
22   NFTiff pendant on the website, they essentially
23   like own the IP and the likeness of that Punk.
24              JACOB PACE:  Oh, that's weird.
25              MASON ROTHSCHILD:  Yeah.
```

```
 1          JACOB PACE:   (indiscernible)

 2          MASON ROTHSCHILD:   I'm trying to find

 3   the actual like verbiage.  It was, "By purchasing

 4   an NFTiff and linking it to your CryptoPunk, you

 5   grant Tiffany & Co. and its affiliates and others

 6   working for it on its behalf, an irrevocable

 7   nonexclusive royalty free license to use your

 8   CryptoPunk and its underlying intellectual

 9   property, to design, manufacture and sell the

10   corresponding pendant, including any other

11   intellectual property rights."

12          So it was like -- it was rough.  You

13   know, like given the whole idea.  I don't know if

14   to many people knew that they were, you know,

15   subjecting themselves to that when they connected

16   it.  It was a little read the fine print kind of

17   moment.

18          JACOB PACE:  I'll have to check that

19   out.  Yeah, I don't know.  I mean, I'll read it.

20   I don't know if it's like -- that would be

21   strange if it was for like your Punk Punk. I

22   don't know if they mean like the Punk as it

23   relates to Tiffany & Co., but yeah, that is

24   strange.  I'll have to read that.

25          MASON ROTHSCHILD:  Yeah.  From what I
```

KOMINERS_004206

                                        Page 30

1    understand it's a royalty free license to use

2    your CryptoPunk.  It doesn't say like your

3    CryptoPunk NFTiff, you know.  Like it literally

4    says like --

5              JACOB PACE:  Yeah.

6              MASON ROTHSCHILD:  -- your full on

7    CryptoPunk.  So that was a little tough.

8              HAIIRO.ETH:  What would happen like if

9    you already have a business running with the IP

10   rights with a few CryptoPunk?

11             MASON ROTHSCHILD:  I mean, from the

12   language, it seems like, you know, they could

13   continue to produce your CryptoPunk, for example,

14   as an pendant and like sell that in your stores

15   and you wouldn't be entitled to any royalties or

16   anything like that from them.

17             HAIIRO.ETH:  Okay.

18             MASON ROTHSCHILD:  And they could

19   monetize your -- you know something that you own,

20   in theory, without taking anything back to you.

21             JACOB PACE:  Well, see, that's -- and

22   that's what's super -- okay.  And you said it's a

23   nonexclusive royalty free license, right?

24             MASON ROTHSCHILD:  Let me see.  It is a

25   -- yeah, nonexclusive royalty free.

Page 31

```
 1           JACOB PACE:  I mean, see, that's the
 2   thing is like -- and no, but to your point, I
 3   mean, I think it's like net positive for the
 4   space, I think, right?  Like it's bringing --
 5           MASON ROTHSCHILD:  Yeah.
 6           JACOB PACE:  -- more awareness.  But
 7   you know -- yeah, that's super interesting
 8   because it's like -- you know, I thought the
 9   whole point of the space was -- I mean, yeah,
10   just even the simple ability to like kick our
11   royalty back, you know.
12           Like, and I feel like with creative
13   royalties, it's getting -- I mean -- and I --
14   that's (indiscernible) itself.  But yeah, I mean,
15   I guess it seems like they should have been
16   kicking back something to the original owners if
17   they decide to use it for anything in the future.
18           MASON ROTHSCHILD:  Yeah.  And I think,
19   like, you know, for example, if they did like
20   produce more Punks or something, or got the
21   permission from like the owner of the Punk and
22   made it more collaborative, it would've made way
23   more waves, I feel, you know, in media and news
24   and stuff.  Because that would be like, oh, like
25   Tiffany's kicking back, I don't know, two
```

Page 32

```
 1   percent, you know, of their profits from like
 2   whatever they sell to the owner.  Like that would
 3   be such a massive moment.  But they chose to go
 4   the other direction.
 5            You know, like, obviously, it's like a
 6   major kind of accounting thing and, you know,
 7   just -- it would be a lot of headache.  I think
 8   this is the easy route to do it.  But I feel like
 9   if they did make it more collaborative and more
10   kind of useful and kind of leveraged the owner of
11   the CryptoPunk, it would be so cool, you know?
12            JACOB PACE:  Right.
13            MASON ROTHSCHILD:  And I think they
14   kinda missed the mark on that.
15            JACOB PACE:  Right.  Well, and that's
16   where like -- I don't know, I think "IP rights" -
17   - and I use quotations because it's obviously
18   like so vague.  But I think that's where it gets
19   valuable is this idea that like, you know, let's
20   say you were sitting on -- like say you owned all
21   of like, I don't know, the Beatles catalogue or
22   some something and --
23            MASON ROTHSCHILD:  Yeah.
24            JACOB PACE:  -- you know, obviously CC0
25   is like all about like permission cooperation,
```

KOMINERS_004209

```
                                        Page 33
 1   which like I guess in some sense might...  Yeah,
 2   I think it's an interesting idea.  But --
 3             MASON ROTHSCHILD:  Yeah.
 4             JACOB PACE:  -- that's what I was
 5   trying to get at is like, you know, if you owned
 6   the Beatles catalogue and people can
 7   permissionlessly remix your -- like the Beatles -
 8   -
 9             MASON ROTHSCHILD:  Yeah.
10             JACOB PACE:  -- and you could like go
11   in and just authenticate, you know, whichever
12   ones you want, and then the ones you
13   authenticate, you might get a small percentage
14   of.  I guess I just think about that idea because
15   it's kind of the same to, you know, this sort of
16   concept is like --
17             MASON ROTHSCHILD:  Yeah.
18             JACOB PACE:  But it kind of just like
19   permissionlessly licensing whatever Punks and
20   then kicking back a percentage.  But --
21             MASON ROTHSCHILD:  Yeah.  I mean, yeah,
22   like, back to my point, like you know, if they
23   were to kick back and stuff for everybody, I
24   mean, that would set the standard for a lot of
25   big brands to enter the space and kind of utilize
```

KOMINERS_004210

```
                                          Page 34
 1   the same technology, because you know, they're
 2   getting a little bit of a piece of your...
 3            Let's say they did it with like Bored
 4   Apes or something, or somebody did a
 5   collaboration with Bored Ape, and they utilized
 6   the Bored Ape, like mine, for example, like 215,
 7   and they kicked something back to me rather than
 8   just like a lump like payment upfront, it would
 9   make the space way more collaborative, which is,
10   I think, like the biggest upside to all of this
11   and like the reason why like we've gotten this
12   far, is like the pure collaboration between
13   different projects, different founders, different
14   communities, and be able to put on for each
15   other, you know?
16            And I think when it comes to these big
17   brands, the legal side of things, you know, is
18   really important for them to kind of like still
19   own as much as possible.  But I feel like that
20   kind of messaging and logic needs to change for
21   somebody to do something authentic in this space.
22            JACOB PACE:  Yeah.  And I mean it
23   sounds like a cool idea to get like a percentage
24   kickback from your -- you know, from your Punk.
25   But I guess the thing that I also wonder about
```

KOMINERS_004211

1    NFTs is like -- like with these images and stuff,

2    it's like, as far as I can see -- and I mean --

3    and I don't mean this as like a super definitive

4    statement -- but like as far as I can see, most

5    of the time the people that like -- like in other

6    words, what -- it's like would you buy a Tiffany

7    & Co. CryptoPunk that's not your Punk?  You know

8    what I mean?  Because it's like -- like where

9    else are these gonna be sold, I guess is my

10   question.  Like, I don't know --

11              MASON ROTHSCHILD:  Yeah.

12              JACOB PACE:  -- some kind of way where

13   like let's say -- I'm just riffing here -- let's

14   say they're like, we're gonna pick 10

15   CryptoPunks.  We're gonna kick back a percentage

16   and we're gonna go to market with these and we're

17   gonna make these a hit.  Cool idea.  But again,

18   it's like -- I feel like NFTs still have this

19   kind of like -- and I could be wrong -- it just

20   feels like the only people that would

21   (indiscernible) is like if it's the owner.

22   Right?  But I think --

23              MASON ROTHSCHILD:  Yeah.

24              JACOB PACE:  -- I haven't really

25   figured out creatively, what does that look like

KOMINERS_004212

1   where, you know, like someone else's "NFT" is

2   like more digestible, even if you don't own it,

3   and if that makes sense.

4          MASON ROTHSCHILD:  Yeah.  You know,

5   yeah, it's tough to say.  Like, you know, I don't

6   think they have enough popularity.  Even like

7   something like Punks doesn't have the popularity

8   to like -- you know, somebody walks into the

9   Tiffany store and it's like, oh, like that's

10  kinda cool, like I'll buy that for 30(k) or

11  whatever.

12          But I think like to Tiffany's point,

13  like people bought their NFTs for 30 ETH.  You

14  know, like it wasn't a cheap thing.  And then in

15  addition, you take their rights?  You know, like

16  I feel like there's a way to like do that where,

17  you know, they kick back your initial kind of

18  fee, you know, if they own the right to use your

19  things in perpetuity.  You know?  And you can't -

20  -

21          JACOB PACE:  Yeah.

22          MASON ROTHSCHILD:  And you can't fall

23  out of that agreement.

24          JACOB PACE:  Yeah, that's crazy.

25          MASON ROTHSCHILD:  And it kind of like

KOMINERS_004213

```
                                        Page 37
 1   -- it makes it interesting to like, you know,
 2   people -- like if you decided to sell your Punk
 3   down the line or something like that, like what
 4   happens to the next owner?
 5             JACOB PACE:  Yeah, that stuff is
 6   tricky.
 7             MASON ROTHSCHILD:  Yeah.  It's a bit
 8   tricky.  So I feel like that's why the legal is
 9   written like that.  But it's a tricky situation
10   for sure.
11             Ole, feel free to come up, yeah.
12             OLEth:  Yo.  Yeah, I just wanted to
13   share the thought of just -- I mean, the advice,
14   actually, which I would give like Tiffany & Co.
15   in general.
16             MASON ROTHSCHILD:  Yeah.
17             OLEth:  And all the other were two
18   brands who would like to enter or at least try
19   things in Web3 is to really communicate like
20   openly, right?
21             MASON ROTHSCHILD:  Mm hmm.
22             OLEth:  And we saw that, like -- why we
23   or a random person has to post it on Twitter,
24   like, oh, look, guys, you didn't write the small
25   letters right.
```

KOMINERS_004214

```
                                            Page 38
 1              MASON ROTHSCHILD:  Yeah, right.  That -
 2    -
 3              OLEth:  That was a crazy stupid
 4    (indiscernible) thing, right?  Obviously, if you
 5    are able and want to mint something with 30 ETH,
 6    it's obviously your turn to really read what you
 7    buy, right?
 8              MASON ROTHSCHILD:  Yeah.
 9              OLEth:  And obviously, if somebody's
10    willing to pay 30 ETH for a mint, he either is a
11    super fan, of course, and is kind of wealthy to
12    buy, or he's just hyped and you know, like just
13    don't give a shit.
14              MASON ROTHSCHILD:  Yeah.
15              OLEth:  And like if -- like, of course,
16    also for the interest of Tiffany & Co. to really
17    communicate openly, right?  And if that would be
18    the use catch -- the use case for any and every
19    project, I think, you know, like we all know,
20    like the mainstream people, right --
21              MASON ROTHSCHILD:  Mm hmm.
22              OLEth:  -- not the Web3, they just say,
23    okay, crypto is a scam.  That's like my parents
24    tell me that.  Everyone is telling me that,
25    right?
```

```
                                            Page 39
 1              MASON ROTHSCHILD:  Right.

 2              OLEth:  And I can't like change their

 3    mind.  But why I can't change their mind?

 4    Because like these projects, they're not -- they

 5    have to like say, okay, guys, we wanted to really

 6    do something here.  We're taking it seriously,

 7    and we communicate that also openly, right?

 8              MASON ROTHSCHILD:  Yeah.

 9              OLEth:  And that protects them also and

10    gains the trust for, first of all, the crypto

11    people who wanna invest, but also the mainstream

12    people.  Because, of course, if a Web2 brand is

13    coming into Web3, they're taking a huge risk.

14    And we can respect that because, I mean, we are

15    on the Web3 space.  We know it.  We know it's

16    sometime -- it can get sketchy, right?

17              MASON ROTHSCHILD:  Yeah.

18              OLEth:  But Web2, just know, okay, this

19    is a scam.  And then this (indiscernible) is so

20    unnecessary.  So just please, if you -- like if

21    there is obviously a big brand listening right

22    now --

23              MASON ROTHSCHILD:  Yeah.

24              OLEth:  -- just really try to be open

25    and communicate with us.  Like we have these
```

KOMINERS_004216

Page 40

1   Twitter Spaces.  Why Tiffany & Co. is not hosting

2   Twitter Spaces for questions?  Like these things

3   need to be clear.  I'm talking to you guys to --

4   okay, now I know you may be a bit -- I understand

5   maybe two more spaces -- so I know what --

6                MASON ROTHSCHILD:  Yeah.

7                OLEth:  -- how you think.  And that is

8   something that's important, like as a founder of

9   any project, but also in collaboration with

10  people.

11               So I think, yeah, I just wanted to

12  share that thought.  And I think that can protect

13  any project and any collaboration of

14  (indiscernible), which is very unnecessary,

15  right?  So and --

16               MASON ROTHSCHILD:  Yeah.

17               OLEth:  -- of course, also for the

18  future.

19               MASON ROTHSCHILD:  Yeah.  No, and

20  that's why like I like doing these things.  I

21  mean, important for me to -- I think the next

22  stage of like onboarding, like you said, like the

23  general public, the people who have not ever

24  purchased an NFT or don't have like a meta mask

25  or any type of wallet set up beside for maybe a

KOMINERS_004217

```
                                      Page 41
 1   coin base or, you know, buying crypto on
 2   Robinhood.
 3             I think it's important to kind of
 4   demystify the whole fact that like, you know,
 5   NFTs and crypto are this kind of like, you know,
 6   black-market silk road type thing.  You know, I
 7   think it still has a connotation of, you know,
 8   people only by bitcoin to buy drugs on the
 9   Internet.  You know?  Like I feel like a lot of
10   the general public still thinks in that mindset.
11   And I think humanizing both creators and projects
12   is massively important right now.
13             And that's kinda why I wanted to kinda
14   host these spaces.  And I'll do more of them like
15   with different topics where, you know -- like me,
16   like a year ago, or maybe like a little over a
17   year ago, I wasn't doing, you know, Web3 things,
18   you know.  I was in fashion, a little bit of like
19   dabbling in tech, and just kind of doing my own
20   projects here and there when I felt like it, you
21   know?
22             And I think for general public to know
23   that the people who are creating Web3 come from
24   like, you know, the same kind of vein as like,
25   you know, themselves, it's really important for
```

KOMINERS_004218

Page 42

1   us to get that point across for a lot of people.
2   Because like at the end of the day, this is
3   something new.
4             When, you know, the Internet was
5   created, that was the new thing and this is kind
6   of the next evolution of it and onboarding new
7   people to it is going to be the only thing that
8   keeps it alive and keeps it successful.
9             So, you know. that's why I'm full
10  sending it on this.  In October, we have a really
11  cool initiative where we're going to actually do
12  these Web3 and Whiskey podcasts at Soho House to
13  be able to kind of like onboard this new
14  generation of, you know, NFT kind of collectors
15  or, you know, art collectors into the space by
16  way of educating them through kind of humanizing
17  the space.
18            Because I feel like, you know, so many
19  people just think that this whole thing is just a
20  sham, when in reality there's so much use to it.
21            HAIIRO.ETH:  Yeah, exactly.  I think
22  like most people still just see it as a way to
23  make money instead of like actual technology that
24  will make our lives much more easier and like
25  will help us so much more in the future.  And I

Page 43

```
1   think brands need to think more about that too.

2           Like the first brands that would

3   actually like take advantage of that and will try

4   to connect both (indiscernible) with each other

5   like Web3 and Web2.  I think these brands will

6   like have huge support from their crypto and NFT

7   community as well as from the normies.

8           Like I think -- I wonder why people

9   don't want to take advantage of that, especially

10  like brands?

11          MASON ROTHSCHILD:  Yeah.  I think it's

12  cool, though, like there's definitely a lot of

13  companies that are moving like quietly and

14  working on Web3 initiatives.  Like I know

15  Shopify, for example, when I kind of like spoke

16  with their brass, like they're working on, you

17  know, token gating, you know?  Like how do we

18  token gate products?

19          You know, that's like a cool evolution

20  of it, because it's just like letting people know

21  that, oh, like these products are kind of like

22  password protected and you had to have this like

23  token to gain access, you know.  It's like your

24  ticket to the things that you want to get.  I

25  think that's like a cool little evolution.
```

KOMINERS_004220

```
                                        Page 44
 1   That's a way of seeing things.

 2            You know, in events, for example, you

 3   know, people having an NFT to get to, you know, a

 4   party or a concert or something like that.  It's

 5   just like these very basic use cases that once

 6   they're adopted, people will just be like, oh,

 7   like I know what an NFT is.  I think this is

 8   easy.  You know, like that's a really good intro

 9   to the space.

10            Wrxguy, what's good?

11            WRXGUY:  Yo, what up, man?

12            MASON ROTHSCHILD:  Yo.

13            WRXGUY:  I'm just -- I'm driving home

14   right now from the office and I was just

15   listening to what you guys were talking about.

16            MASON ROTHSCHILD:  Yeah.

17            WRXGUY:  And I requested to talk

18   because you said something -- you touched on

19   something that was interesting to me, which was

20   kind of like the concept of NFTs becoming sort of

21   like more -- even more niche -- niche, I should

22   say, than they are already.  And I just kind of

23   wanted to like --

24            MASON ROTHSCHILD:  Yeah.

25            WRXGUY:  -- get your opinion and anyone
```

Page 45

1  else that wants to speak about it.  Because I'm

2  really not that knowledgeable when it comes to

3  the Web3 space.  I just joined up like maybe six

4  months back, you know?  So --

5          MASON ROTHSCHILD:  Yeah.  What's your

6  question?

7          WRXGUY:  My question is like what is

8  going to prevent things like -- I mean, I guess

9  we could all pretty much agree like the Punks and

10  the Apes are like, you know, the most popular

11  projects.  And even them, I feel like these days

12  -- I mean, even among people like us that are in

13  the Web3 space, it's kind of just like you almost

14  like roll your eyes at the Apes, you roll your

15  eyes at the Punks.  It's like, yeah, yeah, we get

16  it; you're like, you know 100 ETH floor price.

17  Like you're on the frickin' moon or whatever.

18          MASON ROTHSCHILD:  Yeah.

19          WRXGUY:  How does -- how do we, as a

20  community, as a space, avoid the mainstream kind

21  of viewing it as such, which is like, okay, good

22  for you, you have an Ape.  Like, or you know what

23  I mean?  Like good for you, you have an NFT.

24  Like why would I never wanna buy that?  Like I'm

25  glad -- I'm happy for you, but why would I care

KOMINERS_004222

                                              Page 46

1   type vibe.  You know what I mean?

2             MASON ROTHSCHILD:  Yeah.  I mean, yeah,

3   I mean, this is the kind of conversations that I

4   have with like my friends all the time, like who

5   are in positions at different companies where

6   they want to enter the Web3 space.  But I think a

7   lot of it is vocabulary.

8             So, like nobody wants to utilize the

9   word NFT in like any company or anything like

10  that because it has such a bad connotation with

11  people.  Like they're instantly turned off.  Like

12  I'm sure the drop off rate when somebody reads

13  like the word NFT or crypto is like 80 or 90

14  percent, you know, for the average, you know,

15  general public.  So I think it starts with

16  vocabulary, to be honest.

17            Like we have to come up with new ways

18  to kind of explain these things, you know?

19  That's why like when I speak about projects, you

20  know, like it's usually like utilizing the term

21  like art because like that's what it is, you know

22  at the end of the day.

23            The NFT is just like the way of trans-

24  -- you know, transferring it, like selling it or

25  buying it or trading it or whatever.  But what

Page 47

1   you're really pointing to in like in my case is

2   you're pointing to an artwork, whether it's you

3   know Amber's artwork without like your weird, or

4   if it was MetaBirkins with, you know, like my

5   artwork.  And that's all it really is.

6            And I think like when we -- we've all -

7   - we're all guilty of it, you know, utilizing the

8   term like utility and this and that.  It's just

9   like these keywords don't feel very welcoming to

10  somebody who has no idea what the fuck we're

11  talking about, you know?

12           WRXGUY:  Totally, 100 percent.

13           MASON ROTHSCHILD:  It's just we look

14  like, you know, we're computer hackers and stuff

15  talking about nonrefundable tokens and crypto and

16  cryptography and this and that, when in reality,

17  at the end of the day it's just kind of this new

18  way of thinking.  And it's not that crazy.  You

19  know, like the technology behind it might be a

20  little bit obscure, but you don't have to dive

21  too deep into it to be a part of the ecosystem.

22  You know?

23           Like I bet like a lot of you guys

24  listening and stuff thought like at one point --

25  even me -- I was like, why the fuck would people

Page 48

1   buy this like digital artwork?  You know?  But

2   then you realize that the use cases and stuff

3   behind it, being able to create this kind of like

4   club or membership, you know, between an audience

5   or community, and being able to kind of like

6   reward those who support you or support your

7   project, you know, endlessly, by knowing what

8   their wallet address and being able to gift them

9   things and, you know, being able to kind of like

10  know who your core fans are, and having, you

11  know, these kind of like outlets to discord where

12  you can interact on a daily basis, like, you

13  know, in seconds.

14          You know, there's no like customer

15  support line.  There's no, you know, just email

16  in or anything like that.  It's so instant.  And

17  I think that's the real beauty of it.  And I

18  think like that's where we have to start, you

19  know?

20          And I think it's really based on trust

21  and safety.  It's really based on the vocabulary.

22  And then it's really based on just like getting

23  people to take that first step, you know, and not

24  calling it just like an NFT or this and that, is

25  really -- like I said, with the -- like people

KOMINERS_004225

Page 49

1   have been doing fan clubs since forever, you

2   know, like of a celebrity or performer or

3   something.  You know, you buy like a $10 fan club

4   membership and you get like BTS tickets or like

5   the (indiscernible) code to get access to the

6   sale, right?  There's no difference in really

7   what some NFT projects do or, you know, what

8   collectibles kind of like achieve than, you know,

9   a fan club.

10          So I feel like it's really just about

11   kind of the logic that you utilize and the kind

12   of vocabulary you utilize to teaching people what

13   this actually is.

14          JACOB PACE:  Yeah.

15          MASON ROTHSCHILD:  Jacob, feel free to

16   pop up.

17          JACOB PACE:  Yeah, for sure.

18   Appreciate it.  Well, yeah, I was just gonna

19   jump on that too and just say like, yeah, I also

20   think, you know, the use case, just like hasn't -

21   - I mean, we've been -- there's obviously been so

22   much activity in the space, but like, I think...

23          And you know, it's such early days too.

24   But yeah, I think like we're all kind of waiting.

25   Well, not waiting, but just like I think what'll

KOMINERS_004226

                                                    Page 50

1   really get people excited like the average --

2   "average person" is like, you know, where it's

3   even -- like to Mason's point, like you don't

4   have to say, hey, this is the utility of that and

5   blah blah blah.  It's just like it is what it is

6   and it's cool, and it happens to use the

7   blockchain, you know.  And I think that -- that

8   whatever products I think accomplished that.

9            But to his point, I mean, I kind of

10  think the same thing.  Like, you know, obviously,

11  like mad respect to anybody that tries anything

12  period.  But --

13           MASON ROTHSCHILD:  Yeah.

14           JACOB PACE:  -- with like fan clubs and

15  stuff like this, like this stuff has been around

16  for -- it's like this stuff has already been

17  around and like the idea that like, okay, well

18  now your, you know, access card is tradeable and

19  sellable.  I'm like it's not that.  Like you

20  could just sell your password too.  Like it might

21  be a little bit harder but --

22           MASON ROTHSCHILD:  Yeah.

23           JACOB PACE:  -- it's not anything too

24  different, you know.  But again, respect to

25  people for trying.  I think it's, you know,

KOMINERS_004227

                                        Page 51

1    overall bringing more people to the space.  But

2    it's definitely nothing --

3                MASON ROTHSCHILD:  Yeah.

4                JACOB PACE:  -- different.  But I was

5    actually gonna -- Mason, can I ask you a question

6    about the Hermès thing, or is it kind of like

7    sensitive?

8                MASON ROTHSCHILD:  It's a little

9    sensitive, since we're in the midst of like --

10               JACOB PACE:  Yeah.

11               MASON ROTHSCHILD:  -- litigation.  So I

12   mean, like --

13               JACOB PACE:  Well, I don't --

14               MASON ROTHSCHILD:  It -- yeah.

15               JACOB PACE:  I didn't have a specific

16   question, but I actually just wanted to bring up

17   a quick point, which was just like -- 'cause

18   you're -- 'cause again, I'm like -- I spent like

19   years and years building this big Tik Tok media

20   company called Flighthouse.  And again, like, you

21   know, we were super bit until like user generated

22   content.  Like I started, you know, making

23   YouTube channels when I was like 14.  So like I

24   totally understand user generated content,

25   remixes, and the importance of them.

Page 52

```
 1              So that's why when I saw that, I was
 2   like, man, it's like opportunities like this
 3   where there's a moment where Hermès could
 4   actually lean into this and be like, hey, we
 5   actually want to turn these into physicals.
 6              Because I actually think those bags
 7   that you made are super marketable by more than
 8   just someone that wants to buy an NFT image,
 9   right?  And then imagine if those bags go for
10   sale, you get a percentage and also the person
11   who bought it gets a percentage, right?  And then
12   it just keeps extending this like -- you know,
13   maybe they're ahead and everyone, you know, has
14   these like Hermès bags that started as an NFT.
15              Now it's like the hot new thing in
16   fashion, and when people look at them and you
17   tell them the story behind the bag, you tell them
18   you started off as an NFT project.  And then
19   people get it.
20              So anyway, I just wanted to say that
21   really quick.  But also like, you know, Netflix
22   recently sued these girls who made like this
23   unofficial "Bridgerton the Musical".
24              MASON ROTHSCHILD:  Yeah.
25              JACOB PACE:  And they put it up on Tik
```

KOMINERS_004229

1   Tok.  They even won, you know, a Grammy for their

2   album.  And then they tried to sell out a theater

3   -- excuse me, they tried to sell out -- or they

4   did sell out a theater in New York for their

5   musical.  And then Netflix is now suing them.

6   I'm sure you guys might've read about it.  But I

7   just feel like --

8                MASON ROTHSCHILD:  Yeah.

9                JACOB PACE:  -- these opportunities

10  were big companies like Hermès or Netflix like

11  sue the creators, it's like this is your

12  opportunity to like make something big.  You

13  know, like it's really hard to get people

14  interested in something, like, I don't know...

15               MASON ROTHSCHILD:  Yeah, no, by all

16  means.  And I think, you know, with MetaBirkins

17  itself, it was a major cultural moment for both

18  like Web3, getting people familiarized to the

19  whole idea of NFTs and stuff.  Because when they

20  launched, you know, they were still -- and, you

21  know, even today, they're still a little bit

22  taboo and stuff, and it's just general kind of

23  public.

24               But, you know, that was -- that was

25  everywhere, you know?  Like that took the world

KOMINERS_004230

Page 54

1  kind of by storm.  And it was so organic, you

2  know.  And I think like, you know, there was

3  definitely so much opportunity for that to be a

4  little bit more of a fruitful situation for both

5  kind of parties.

6              But yeah, I mean, like I said, it's --

7  some people just don't get it.  Some people do

8  get it.  And I think, you know, it's just a --

9  it's just whoever's kind of at the company and

10  who has the brass to understand that something is

11  happening, and something that's special.

12             JACOB PACE:  Yeah, totally.

13             MASON ROTHSCHILD:  I mean, even the --

14  you know, there's like this remix that this guy

15  Sickick did of one of Madonna's songs, "Frozen",

16  and it has like 60 million streams on Spotify.

17  But again, it's like, you know they kind of --

18  sorry --

19             MASON ROTHSCHILD:  No worries.

20             OLEth:  (indiscernible) kind of sued

21  him, but they embraced it.  So anyway, that was

22  the only point I was trying to make.  But that's

23  like just one obvious use case that I think about

24  where it's like, you know, like talking about

25  utility and all this stuff is super confusing and

KOMINERS_004231

1    a little bit unnecessary long-term I think,  So

2    in the future --

3              MASON ROTHSCHILD:  Yeah, I agree.

4              JACOB PACE:  -- I think it's just gonna

5    be like, yo, check out this dope product, this is

6    what does, and you don't even really need to

7    explain that it's like Web3 or anything.  It's

8    just -- it's just it is what it is.

9              MASON ROTHSCHILD:  Yeah, you just gotta

10   tell people.  Yeah, but I know you mentioned

11   Trevor, and I've spoken to Trevor a few times as

12   well.  And you know, like his whole situation

13   with Gucci was a very interesting one in itself

14   because like, you know, they sued the shit out of

15   him for years.

16             JACOB PACE:  I didn't know that.

17             MASON ROTHSCHILD:  Yeah.  So, you know,

18   Gucci Ghost was super, super frowned upon when,

19   you know, Gucci's old team was in place.  But

20   then when Alessandra came onboard, they were

21   like, yeah, we need to embrace the shit.  This is

22   cool.  Like this is graffiti, this is street,

23   this is cool.  Like this is an angle that Gucci

24   could take, you know.  And like you see Gucci

25   kind of like being this one...

KOMINERS_004232

1          I mean, I don't agree with all of

2   Gucci's projects that have been in Web3 thus far.

3   I think they're a little bit like useless and,

4   you know --

5               JACOB PACE:  (indiscernible)

6               MASON ROTHSCHILD:  (indiscernible).

7   What was that?

8               JACOB PACE:  It's just like they're too

9   obvious.

10              MASON ROTHSCHILD:  Yeah, it's too

11  obvious.  And like, honestly, like there's no

12  real like utility to it.  It doesn't -- like it

13  doesn't do anything.  Like it's purely art and I

14  get that.  But I feel like now they've just

15  diluted their brand in Web3 to like not really

16  have much behind it, aside from like the super

17  plastic stuff, I feel, like which is just like a

18  toy.  I didn't feel like that was it, you know.

19              And I feel like they have so much -- so

20  much of a body of work out now that when they do

21  really something that may be cool and innovative,

22  like people won't necessarily think it's not cool

23  anymore, because they've done like kind of these

24  kind of like dead projects thus far.

25              JACOB PACE:  Yeah.  Well, that's -- I

KOMINERS_004233

Page 57

1  didn't know they -- I didn't know they were suing

2  them like that.  But yeah, I mean, I don't know.

3  Again, that's why like -- then again, I'm just --

4  I'm totally -- you know, full disclosure -- I'm

5  just speaking entirely from the world of

6  information that I've just been consuming --

7            WRXGUY:  You made --

8            JACOB PACE:  Oh, sorry.  Go ahead.

9            WRXGUY:  Jacob, you made a very

10  interesting point, though.  I feel like what

11  Dapper Dan did with all of the -- all of the

12  designer brands back in like the 90s, early

13  2000s, is kind of like what you were just

14  suggesting with the MetaBirkins and the idea

15  behind like Hermès, kind of like taking inspo

16  from like Mason's work.  It's kind of almost

17  exactly like that.  It's just like interjecting a

18  little bit of Web3 in there, you know?

19            JACOB PACE:  Yeah, well, and actually,

20  that was a question I was going to ask you,

21  Mason, is like, I don't really know fashion like

22  that.  But I just, you know -- and not to get all

23  philosophical, but I do think like a lot of stuff

24  in the world is like cyclical.

25            MASON ROTHSCHILD:  Yeah.

KOMINERS_004234

Page 58

1           JACOB PACE:  And I was just thinking
2    like if the goal is to really innovate fashion
3    right now, like what are the -- you know -- and
4    if you're interested in answering this question,
5    go for it -- but I was just gonna ask like what's
6    the most exciting recent innovation within
7    fashion that you've seen, or historically, you
8    know?  Like when do you feel like it really
9    changed the game beyond just like one designer.
10   Like, I don't know, just something I was curious
11   to ask.
12           MASON ROTHSCHILD:  I mean, I feel like
13   the -- whether or not I like fully agree with how
14   fashion is today, like I think like one of the
15   biggest like cultural shifts when it came to like
16   luxury itself was like not hiring traditional
17   designers, you know, like designers who went to
18   like fashion school and like, you know, went to
19   these top, you know, Central Saint Martins and
20   Antwerp and, you know, like did all the studying
21   on how to cut and sew and all this stuff, like
22   was shifting from that kind of culture to like
23   you look at every fashion house today and they're
24   kind of like from a street background.  You know
25   what I'm saying?  Or like even like --

```
                                              Page 59
 1              JACOB PACE:  Yeah.

 2              MASON ROTHSCHILD:  -- like a marketing

 3   background.  And I think --

 4              JACOB PACE:  Totally.

 5              MASON ROTHSCHILD:  -- that's -- like

 6   you look at every, you know, major house for like

 7   LVMH and Caring Group and like you know there's a

 8   few like traditional designers, like actual

 9   designers at the helm of these companies.  But

10   for the most part, I mean, a lot of it's just

11   Kanye's friend.  Ha-ha.  You know?  Like, like

12   it's unfortunate to me, like coming from that

13   space or like --

14              JACOB PACE:  No, but that's -- I mean,

15   dude -- and that's why -- and by the way, I'm in

16   -- I'm traveling right now but I'll be back in LA

17   in September, so we should maybe link up or

18   something.

19              MASON ROTHSCHILD:  Yeah.

20              JACOB PACE:  Yeah, but, no, I mean,

21   that's kind of what I'm trying to get at is like

22   I think the blockchain is a perfect application

23   for it, you know.  And that's why I'm like just

24   so excited about it.  But it's like -- you're

25   like, oh, yeah, it's Kanye and all of his
```

KOMINERS_004236

Page 60

```
 1   friends.  But imagine if you opened up that
 2   opportunity to everybody in the world, you know?
 3             MASON ROTHSCHILD:  Yeah.
 4             JACOB PACE:  And there was a safe way
 5   to do it where like if you wanted to use the
 6   Gucci logo and not get sued, you could, and any
 7   creator or any artist, and if consumers bought
 8   the NFT, then they could have some kind of upside
 9   because they had a stake in it.
10             And I guess that's just -- I don't know
11   much about fashion, but it feels to me like
12   encouraging user generated content, remixing, in
13   the right way would do like an insane amount of
14   innovation to just fashion overall.
15             MASON ROTHSCHILD:  Well, repeat that
16   last part?  Sorry.
17             JACOB PACE:  No, I was just saying,
18   like I think fashion brands encouraging user
19   generated content and remixes can only do like,
20   you know, just an insane amount of progress to
21   their brands.
22             MASON ROTHSCHILD:  Yeah.  And I think
23   like -- like my fiancé kind of just brought up
24   this point, it was like, you know, Web3 kind of
25   gets rid of the gatekeeping that is like, you
```

Page 61

1   know, maybe like luxury fashion, or even like
2   tech, or like wealth and stuff like that.  It
3   really blurs the lines.  And I feel like --
4           JACOB PACE:  Yeah, I love that.
5           MASON ROTHSCHILD:  -- you know, the old
6   guard is afraid of that.  But I love it.  You
7   know what I'm saying?  Like literally everybody
8   has the opportunity today -- you know, like when
9   has there ever been a moment where artists, like
10  true artists and stuff, could really monetize
11  their art, you know, and do it at scale?  That's
12  crazy.  You know, like that's never really
13  happened before.
14          Like we're kind of blurring the lines
15  between like the fine artists.  And I think that
16  kind of goes to my point about like the old guard
17  of like the old designers and stuff in the
18  fashion houses, like changing guards to kind of
19  just marketing guys or influencers or this and
20  that.  Like it's kind of in the same vein.
21          You know, I think getting rid of the
22  gatekeeping is a step forward.  The way people do
23  it and utilize it and actually like get rid of
24  the gatekeeping and then onboard all the kind of
25  people to kind of come out of the shadows and be

```
 1   a part of the company is really important.  And I

 2   think the first people to do that will find some

 3   really good success.

 4             WRXGUY:  This is sort of like a funny

 5   point to make like right after that statement,

 6   but as far as gatekeeping goes, I really like the

 7   idea of gatekeeping like Web2, I guess, sort of

 8   products.  That's a really interesting -- I

 9   guess, to use the word utility, for Web3.

10             Because like when I first -- not to

11   bring things back to the weirdos, whatup, my

12   weirdo fam --

13             MASON ROTHSCHILD:  Yep.

14             WRXGUY:  -- but I just wanted to say

15   like, you know, like when the hoodie merch image

16   dropped, that got everybody hyped because it was

17   such a high quality --

18             MASON ROTHSCHILD:  Yeah.

19             WRXGUY:  -- piece, as opposed to --

20             MASON ROTHSCHILD:  Yeah.

21             WRXGUY:  -- what I think most of us are

22   used to seeing as merch, which would be like, you

23   know, a graphic tee, printed, screen printed

24   somewhere, or even sublimated, or something like

25   that.
```

KOMINERS_004239

```
                                            Page 63
 1            MASON ROTHSCHILD:  Yeah.

 2            WRXGUY:  The garment was actually high

 3    quality and it was like something that you would

 4    see on one of those Streetwear brands.  And

 5    obviously, you know, your background, that makes

 6    perfect sense.

 7            So I guess what I'm getting at is like

 8    not to sort of like counter that point about

 9    gatekeeping, but I feel like that does have huge

10    implications for the future of Web3 because, you

11    know, streetwear and sneakers and all that stuff

12    is so big already.  I mean, I think --

13            MASON ROTHSCHILD:  Yeah.

14            WRXGUY:  -- it is kind of on the

15    decline, if I'm being totally honest.  But at the

16    same time --

17            MASON ROTHSCHILD:  Yeah.

18            WRXGUY:  -- like I don't know, maybe

19    Web3 could boost it up back into the sort of

20    level that it was at one point?  Like, for

21    example, it's like "Billionaire Boys Club".

22            MASON ROTHSCHILD:  Yeah.

23            WRXGUY:  I bought the DB3 pass the

24    other day and --

25            MASON ROTHSCHILD:  Yeah.
```

1             WRXGUY:  -- I don't know what's gonna

2    come of it, but like I won the Pokémon merch

3    thing, and it's like, yeah, okay, that's like a

4    $50 graphic tee.  I have no idea what the resale

5    would be.  And obviously, that's a raffle win, so

6    that's sort of a separate point.  But like --

7             MASON ROTHSCHILD:  Yeah.  Yeah.

8             WRXGUY:  -- say Supreme had something

9    like that and they're like giving holders a

10   discount on the drop or something like that.  I

11   don't know.  I was just kind of rifting --

12   thinking of ideas of how --

13            MASON ROTHSCHILD:  Yeah, no, and just

14   general access.  You know, it's like --

15            WRXGUY:  Exactly.

16            MASON ROTHSCHILD:  -- you know, like I

17   don't know, utilizing Supreme as an example.  You

18   know, like getting rid of the crazy lines and

19   stuff by having people hold your pass.  You know,

20   and people can trade their pass and stuff like

21   that to get access to the drops.

22            WRXGUY:  Exactly.

23            MASON ROTHSCHILD:  You know, like

24   you'll reduce the craziness that you have every

25   day because it'll just be, you know, a set number

KOMINERS_004241

Page 65

```
 1   of people.  You can use like a platform like
 2   Token -- you know, Token Proof or something like
 3   that to verify the ownership.
 4            Like there's never been a way we could
 5   really do that, aside from like, you know, having
 6   like a grocery store membership or gas card or
 7   something like that.  It simplifies a lot of
 8   things.
 9            And I think getting the point across to
10   people that like Web3 simplifies, not
11   complicates, or over-complicates, is like a
12   really good thing.  Because I feel like the way
13   I've been utilizing it is really just, you know,
14   tapping in with your community, knowing who owns
15   stuff.  Like knowing who's owned stuff the
16   longest or who has the most of one thing.  These
17   are really cool metrics to know for building this
18   kind of loyalty or building this kind of like
19   long-term relationship with a consumer.
20            WRXGUY:  Yeah, no, 100 percent.  I
21   totally agree.  And like, I don't know, like if
22   you think like about a brand like Nike, I know
23   they partnered with, what was it, like the
24   Murakami Project -- what are they called again?
25   I think it's like Clone X or something like that?
```

KOMINERS_004242

```
                                        Page 66
```

 1            MASON ROTHSCHILD:  Yeah.  Yeah.

 2    Artifact.

 3            WRXGUY:  Yeah.  Like what -- so I don't

 4    really do much research on projects that I don't

 5    hold, for obvious reasons, but like --

 6            MASON ROTHSCHILD:  Yeah.

 7            WRXGUY:  -- if someone were to hold one

 8    of those like -- and I don't -- I'm not familiar

 9    with the floor price, but it's like ridiculous.

10    If you were to buy it off secondary, something

11    like 5 ETH plus, or whatever it is --

12            MASON ROTHSCHILD:  Yeah.

13            WRXGUY:  -- like would you have some

14    kind of benefit to holding that NFT?  And I think

15    that's what most people in the mainstream are

16    thinking.  Like what do I get out of holding this

17    other than just like a collectible?  And if it is

18    just a collectible, then you know, I don't know.

19            It'll be interesting to see how the

20    adoption for the mainstream goes.  But like Nike

21    partners with them, do they like release like an

22    Air Jordan 1 specifically for Clone X holders?

23    And then it like -- it's like this crazy hype

24    drop, or something like that, you know.  Like, or

25    is it --

Page 67

```
 1             MASON ROTHSCHILD:  Oh.
 2             WRXGUY:  -- Travis, like is he gonna
 3   like, you know, become affiliated with the
 4   project and then like have some kind of drop like
 5   that or something?
 6             MASON ROTHSCHILD:  Yeah.
 7             WRXGUY:  I don't know.
 8             MASON ROTHSCHILD:  I think that's and
 9   that's kind of like what I'm doing in the future.
10   You know, like projects that I'm working on right
11   now have like the very intuitive relationship to
12   like not Web 2, but just like traditional
13   companies that people can like recognize.  And
14   really establishing this like idea of this like
15   members only club.
16             But like when it comes to like artifact
17   and what they do like, they've done like multiple
18   air drops, you know.  Like nobody quite knows
19   what they do quite yet.  Like, you know, the
20   sneaker -- they did like the -- I forget what
21   it's called, actually -- the monoliths, like the
22   artifact like monoliths, where you would get like
23   a sneaker like a Nike sneaker, but that's like an
24   artifact spin on it.  But then you -- it's just
25   like giving more arc.
```

```
1              And then like, you know, they've
2    recently introduced like the hoodie that you
3    could get.  And I know Adidas did the same thing
4    where you could get like the G money beanie and
5    then like the hoodie that has like the
6    (indiscernible) logo and then the Punks comic
7    logo.  I think I actually got one of those.
8              You know, that's kind of cool.  I think
9    Adidas is doing it in a cool way, where like you
10   don't know what's next and you have to keep
11   upgrading your pass and building that loyalty.
12             I think actually, yeah, Adidas is a
13   really good example of somebody who's doing it in
14   a cool way, where like you had the initial pass,
15   you minted it for like .2, or something like
16   that.  And then you got like a three pieces of
17   free merch.  You know?  And then they're like,
18   okay, once you claim your merch, it upgrades to
19   the second phase of this pass.
20             So you know exactly who's kind of along
21   for the ride and who's your loyal like Adidas
22   Web3 consumer.  You know, you can kind of reward
23   them like endlessly and still create the hype for
24   people who want to bow out whenever.
25             Like let's say I didn't want the merch
```

KOMINERS_004245

```
 1   and I would be like, okay, like this is not worth
 2   it for me and stuff like that.  I'll just trade
 3   it, you know?  And then somebody else who like
 4   has more involvement with like Adidas and
 5   actually cares for it would be able to kind of
 6   like take advantage of the perks that are on
 7   after.
 8            So I really love how like Adidas is
 9   kind of doing that very slowly.  But I think they
10   have like a well thought out kind of mission.
11            WRXGUY:  Yeah, that's a -- I appreciate
12   the insight on that.  That's a great answer and
13   really interesting.  I don't know, it's kind of a
14   crazy new world.  Like, you know, when have you
15   ever in the past went out and bought something
16   and then expected a 10X return on that thing?
17   Like, it's just --
18            MASON ROTHSCHILD:  Yeah.
19            WRXGUY:  But that's kind of like the
20   sort of culture of NFTs nowadays, which is I'm
21   gonna mint this thing; in a year, I'm gonna
22   retire.  But like that is so unrealistic, and I
23   think a lot of people in this space have that
24   sort of mentality.  And they're totally missing
25   like what the actual value is.
```

KOMINERS_004246

```
                                              Page 70
 1              MASON ROTHSCHILD:  Yeah.
 2              WRXGUY:  And sort of before I like --
 3   before I stop talking here, I do want to say
 4   something positive, which is I think the idea of
 5   networking is also like a huge value to NFTs.
 6   Because like I forget what it was -- I think it
 7   was the fuck ups, that project that came out like
 8   a few weeks ago.  It was one of those like
 9   (indiscernible) men, (indiscernible) men, like I
10   don't think it went anywhere.
11              MASON ROTHSCHILD:  Mm hmm.
12              WRXGUY:  But point being, I gained like
13   what, like 30 followers just because I like my
14   profile picture a fuck up for a day.  And it's
15   like --
16              MASON ROTHSCHILD:  Yeah.
17              WRXGUY:  -- that's -- there's value in
18   that.  You know what I mean?  Like regardless of
19   their bots, which I'm actually happy to report
20   most of them weren't, but like you know, it's
21   just there's value in that.  There's value.  And
22   it's -- so whatever that $5 or like, you know,
23   gas price that I paid to mint that fuck up, like
24   it's totally worth it.  So I don't know, I guess
25   that's just food for thought as well.
```

KOMINERS_004247

1           MASON ROTHSCHILD:  Yeah, and I think

2    that goes back to Jacob's point of like putting

3    the power in the creators' hands or in the

4    community's hands to be able to kind of grow

5    their audience and like utilize your IP or not.

6    I mean, I guess it's their IP once they buy it,

7    but like something that you created to like

8    leverage themselves as a brand and leverage

9    themselves as a person to kind of carry on.

10           And then they also have like -- you

11   know, once they find their community, that

12   leverages them and like gives them something to

13   kind of be a part of.  You know, they forever

14   kick back to the people who kind of kind of set

15   them off.  You know, it's like whether it was

16   weirdos or, you know, I see a couple like MFers

17   in here.

18           I mean, like there's plenty of kind of

19   people -- I think that's like a squishy squad or

20   something like that for Luigi.  I know they have

21   like a really good core audience.  And like for a

22   lot of people, I think like for Spencer, who was

23   like one of the guys in I like you're weird, that

24   was like his first NFT, and that opened doors to

25   like all this different opportunity.  And I think

KOMINERS_004248

1    that's a -- that's like an incredible situation

2    for a lot of people is, you know, especially if

3    you want to venture into something like Web3 and

4    you don't know where to start, finding the right

5    community to start off on is second to none, you

6    know?

7              JACOB PACE:  Yeah, totally.  I think in

8    this space especially, like community is like

9    super critical.

10             Hey, sorry guys, I gotta go.  But

11   thanks for letting me join in on this, Mason.

12             MASON ROTHSCHILD:  Yeah, man, likewise.

13   Thank you for coming up.  Let's definitely link

14   up --

15             JACOB PACE:  Yeah.

16             MASON ROTHSCHILD:  -- when you're back

17   in town.

18             JACOB PACE:  Totally, man.  I'll send

19   you a DM.

20             MASON ROTHSCHILD:  For sure.

21             JACOB PACE:  All right.

22             MASON ROTHSCHILD:  Have a good one.

23   You too.  Bye.  What's up, Felix?  And also, if

24   you guys have anything to say, feel free to come

25   up.  Like don't be shy.  It's a small room.  If

KOMINERS_004249

1  you want to practice your public speaking, do it

2  now.  public speaking, do it now.

3           HAIIRO.ETH:  Yeah, I just want to add

4  something to what you guys talked about community

5  and stuff.  I feel like --

6           MASON ROTHSCHILD:  Yeah.

7           HAIIRO.ETH:  -- exactly how it is, like

8  people are so blinded by the money of this sort

9  of space and the opportunities, how fast you can

10  make money with NFTs nowadays and --

11           MASON ROTHSCHILD:  Yeah.

12           HAIIRO.ETH:  -- complete forget about

13  all the other (indiscernible) utilities or

14  whatever you want (indiscernible), you'll get

15  with buying an NFT.  Like it was never that easy

16  to generate like a reach and build a community

17  and get in contact with like people like you,

18  Mason, who already like run successful businesses

19  and have achieved so much, that I -- like it was

20  never that easy to learn from people like you or

21  other people.  And I think people often forget

22  about that and don't really count that as

23  something like profit.

24           MASON ROTHSCHILD:  Yeah.  I mean, like

25  that's one thing I was talking to like the team

KOMINERS_004250

                                                      Page 74

1    about the other day is like I want people to stop

2    thinking about NFTs as just this like get rich

3    quick scheme.  You know, like I don't want people

4    to think about it as purely monetary because

5    there's so much usage that is worth way more than

6    that.

7              You know, like the liquidity is nice.

8    You know, like imagine the ability to liquidate

9    your education.  Like let's say you went to

10   college and you spent $60,000 on your tuition and

11   you say, like, oh, like I've gained so much from

12   this and stuff like that.  But being able to

13   liquidate it would be like, oh, I'm selling my

14   tuition to the next guy, you know, for 60K to get

15   your money back.  That's kind of how it is, you

16   know?

17             Like you're basically able to

18   liquidate, you know, I mean, relationships.  And

19   you can keep that after, you know.  Once you've

20   gained all this kind of knowledge and experience,

21   and you know, conversations and all this with

22   other people, you can choose to stick with it and

23   be a part of it like long-term, pr you could bow

24   out and just be like, yo, I got my investment

25   back.  Or maybe you made a couple bucks, or maybe

KOMINERS_004251

Page 75

1  you lost a couple of bucks.

2            But like that's a cool way of thinking

3  about it, you know?  It's just like being able

4  liquidate time spent.

5            HAIIRO.ETH:  Yeah, yeah.  Definitely.

6  And like you can -- after that, you maybe have

7  made relationships and friendships which will

8  help you starting your own business or your own

9  project, or whatever.  And you never have this

10 opportunity before without NFTs or like most

11 likely never had it before.

12           And sometimes, like people pay so much

13 money for like joining clubs and joining

14 communities outside of Web3, and why people don't

15 see this opportunity when it comes to NFTs, it's

16 weird.

17           MASON ROTHSCHILD:  Yeah, yeah.  It

18 really just goes back to the whole idea of like,

19 you know, giving it the proper kind of

20 terminology, vocabulary (indiscernible) to be a

21 little bit more acceptable, you know?  That's the

22 biggest thing for, I think, a lot of people is

23 the logic behind it seems super, super intense,

24 when in reality it's very simple.

25           HAIIRO.ETH:  What I want to ask you

KOMINERS_004252

1   when we like talking about like using NFTs for

2   more than like just the profit picture or

3   whatever.  Do you ever plan on like crating an

4   NFT for your store, Terminal 27?  Like exclusive

5   for the store, maybe with like features like

6   discounts in the future and access to like rare

7   items that get into your store and so on or

8   events or --

9           MASON ROTHSCHILD:  Yeah, exactly.

10  Yeah, for sure.  That's what we're doing.  So

11  we're actually launching terminals like Web3

12  platform in like late October.

13          So, what we're going to be able to do

14  is we're going to launch a pass alongside of it,

15  and you know, kind of like Ledger Market, but

16  with a with a IRL experience as well, where we

17  are partnering with different fashion brands, you

18  know some that people recognize.  The first one's

19  going to be Mowalola, you know from like Kanye's

20  camp.  We're going to release a -- I think it's

21  gonna be 250.  It's like a small collection

22  because we can't scale so big because our events

23  only have like a certain amount of capacity, you

24  know?

25          So people who hold our Terminal pass

```
1    will get access, you know, to token gated
2    products on the website.  They'll get access to
3    the different events.  You know, like let's say
4    we threw another party like with The Weeknd,
5    Kaytranada or Peggy Gou, or whatever, they would
6    gain access to that.
7            And we're actually -- we have a
8    partnership with like a major label that we're
9    starting in a few months where they're gonna
10   launch and do all their listening sessions with
11   us.  And I think we're doing one with Steve Lacy
12   in a couple weeks.  More people are gonna have
13   access to it.
14           But that's going to be like regardless
15   of the pass.  It's just kind of like to our core
16   audience and core members.  Like we treat our
17   VIP's very well, where we give them access to
18   everything that we do.  And I think, you know,
19   Terminal is like a major cultural hub right now
20   and we're doing some of the coolest shit that
21   like I've seen in fashion and we carry some of
22   the coolest brands, you know, that Erica kind of
23   buys.
24           Yeah, I think we're doing things
25   different and I think, you know, BOF did that
```

KOMINERS_004254

```
                                        Page 78
 1   article calling us like the clubhouse for
 2   cryptos, coolest kids and stuff like that.  And I
 3   really think we're kind of like leaning into
 4   that.  You know, with my initiatives and Erica
 5   kind of handles all like the buy and the
 6   creative, I think we're going to be like one of
 7   the biggest players in the space moving forward
 8   with what we have planned.
 9            HAIIRO.ETH:  I'm super excited for that
10   and I really can't wait to see all that stuff
11   coming.  But I'm really waiting for it.  I like
12   the idea.
13            MASON ROTHSCHILD:  Yeah, no, we have a
14   lot going.  I mean, you guys know like how crazy
15   my brain kinda works.  So you give me access to
16   having a store and having like the power to do
17   cool things, like I'm gonna go out and do it, you
18   know.
19            And that's the thing.  Like, I always
20   love pushing things forward, utilizing technology
21   to do so, and I think we're gonna do just that
22   with what we have for Terminal.
23            HAIIRO.ETH:  Damn.  Yeah, I mean like
24   just let me in and we can hang out.
25            MASON ROTHSCHILD:  Yeah.  Now, give
```

1   yourself the (indiscernible) and hopefully I can,

2   you know, allocate some passes to like

3   (indiscernible) like your Weird community, the

4   MetaBirkins community, and really --

5            HAIIRO.ETH:  Yeah.

6            MASON ROTHSCHILD:  -- kind of take

7   people along for the ride, you know?  That's

8   really important for me.  And like, you know,

9   like to your point, like, you know, giving people

10  access to like different discounts and stuff.  Or

11  what we were planning on doing is giving people

12  access to sales before anybody else.  You know,

13  kind of like doing a presale for people who hold

14  a pass.  We're able to do that with like all

15  those kind past we're able to do that with like

16  all those kind of token gating technologies that

17  we're integrating in the website.

18            So yeah, I think a lot of people will

19  be looking towards Terminal in the future to see

20  how we do shit.  Yeah, it's crazy.  I mean, we're

21  doing a lot.  We're really pushing the space

22  forward.

23            Yeah, now you guys know why I'm so

24  busy.  I don't know where I find all the time.

25  I'm working on like four different projects right

KOMINERS_004256

Page 80

1   now.

2              HAIIRO.ETH:  Do you think that with

3   Web3 we will see changes when it comes to social

4   media platforms and like maybe the rise of

5              MASON ROTHSCHILD:  I mean, it depends

6   what like Instagram -- it depends how those

7   companies evolve, you know?  I think with

8   Instagram, obviously, like Facebook or Meta, like

9   what it's called, like however they kind of

10  choose to integrate and accept like Web3 is gonna

11  be a big kind of change.

12             You know, like Twitter is doing like

13  the bare minimum by like, you know, allowing you

14  to set your profile picture to an NFT or

15  something like that.  But that's just like --

16  that's very like ground level, you know, or

17  surface level.  It's not very like interesting.

18             So I think those companies, if they're

19  able to adapt, you know, if their shareholders

20  are down for them to innovate a little bit, I

21  think they'll do fine.  But I do think it gives

22  the ability to a lot of new platforms to rise.

23  You know, whether it's like logging in with your

24  wallet versus, you know, traditional like email

25  or logging in with Google, or whatever.  Those

KOMINERS_004257

Page 81

1  types of ideas are cool for me.

2          But I do think like the big players

3  will like withstand the test of time.  But we saw

4  a company like Tik Tok, for example, kind of

5  really shake up the space and take all the market

6  share away from Vine, and like, you know, not

7  much from Snapchat and stuff.  But those were new

8  platforms that changed the way we saw social

9  media.

10          So, yeah, I definitely think there's

11  room for new people to kind of come onboard that

12  are more Web3-centric.

13          HAIIRO.ETH:  Yeah, definitely.  Like

14  when you mentioned Tik Tok right now, a bit off

15  topic maybe, but I'm super -- like I can't wait

16  to see what they will do with their own streaming

17  platform they will release next year --

18          MASON ROTHSCHILD:  Yes.

19          HAIIRO.ETH:  -- or whatever.

20          MASON ROTHSCHILD:  Yeah, that was --

21          HAIIRO.ETH:  -- because (indiscernible)

22  --

23          MASON ROTHSCHILD:  They announced that

24  like two days ago, right?

25          HAIIRO.ETH:  Yeah.  I think they will

KOMINERS_004258

Page 82

1    innovate like the music space a lot.

2              MASON ROTHSCHILD:  Yeah, no, for sure.

3    I think Snapchat's working on a lot of stuff too

4    that'll innovate in music and giving people

5    better access to discovering new talent,

6    discovering new music.  They're just making

7    things more accessible, 'cause I think what Tik

8    Tok has done is like really changed and human

9    engineered the way we kind of interact with our

10   phones.

11             And you get so sucked into these videos

12   and stuff due their algorhythm that it really

13   changes things.  You know, if you look up one

14   fashion thing, you get a bunch of fashion stuff

15   moving forward.  It's really addicting.  And I

16   think utilizing that information and crowd

17   sourcing that information is really big for the

18   space and giving the people the content they

19   wanna see.

20             HAIIRO.ETH: Yeah, yeah, the algorithms

21   of Tik Tok is insane.  It's so good.  And I think

22   one of the reasons why Instagram is failing so

23   hard with the update and why they needed to take

24   it back is because like their algorithm is like

25   super trash.  It's so bad and you don't really

KOMINERS_004259

1  get shown what you want to see.  You get like

2  just ads and sponsor posts.

3            MASON ROTHSCHILD:  Yeah.  No, Instagram

4  is pretty messed up right now for what I -- from

5  what I understand.  I don't really use it too

6  much or find myself coming to Instagram a lot.

7  And it used to be kind of like my platform of

8  choice.

9            But like they've -- they're trying so

10 hard to become Tik Tok with reels that like I

11 feel like they're kind of losing their original

12 identity.

13            HAIIRO.ETH:  Yeah.

14            MASON ROTHSCHILD:  Yeah.  But yeah,

15 does anybody else have anything to say?  I'm

16 probably gonna do another one of these this week

17 with a different topic and like have a couple

18 other speakers.  But I'm glad you guys pulled up

19 and like listened in.  It was really productive.

20 And you know these things kind of like help me

21 sort out my own brain, just being able to talk

22 about different concepts that have been like

23 lingering in my head.

24            So, yeah, I really appreciate it.  But

25 yeah, I mean, like feel free to kind of come up

KOMINERS_004260

1   and discuss whenever.  Conversation is key and I

2   think like if you have something you wanna like

3   play with or an idea or concept, you should

4   always try to get it out, whether it's with your

5   friends or, you know, in a public space.  You

6   don't have to dox yourself or anything.  And I

7   think that's what makes this space really cool

8   and these spaces really cool.

9            But yeah, that's it.  I mean, unless

10  you have something to say, Felix, I think we

11  probably call it here.

12           HAIIRO.ETH:  I don't really have much

13  to say at 1:00 AM.

14           MASON ROTHSCHILD:  Yeah.  Well, shit.

15  Thank you, guys, for listening.  We'll run this

16  back another time this week and then tell your

17  friends.  Let's have more conversations.

18           HAIIRO.ETH:  I appreciate it, Mason.

19  Have a nice day.

20           MASON ROTHSCHILD:  Thanks, guys.  Bye.

21

22

23

24

25

Page 85

```
 1              C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9    _____

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:  August 25, 2022

17

18

19

20

21

22

23

24

25
```

KOMINERS_004262

| & | | |
|---|---|---|
| **&** 29:5,23 35:7 37:14 38:16 40:1 | | |

| **1** | | |
|---|---|---|
| **1** 66:22 | | |
| **1,000** 15:15 | | |
| **10** 35:14 49:3 | | |
| **100** 3:20 45:16 47:12 65:20 | | |
| **10x** 69:16 | | |
| **11501** 85:14 | | |
| **12151** 85:8 | | |
| **14** 51:23 | | |
| **1:00** 84:13 | | |

| **2** | | |
|---|---|---|
| **2** 67:12 68:15 | | |
| **2000s** 57:13 | | |
| **2022** 85:16 | | |
| **215** 34:6 | | |
| **25** 85:16 | | |
| **250** 76:21 | | |
| **27** 10:24 76:4 | | |

| **3** | | |
|---|---|---|
| **30** 36:10,13 38:5 38:10 70:13 | | |
| **300** 85:13 | | |
| **330** 85:12 | | |

| **5** | | |
|---|---|---|
| **5** 66:11 70:22 | | |
| **50** 64:4 | | |

| **6** | | |
|---|---|---|
| **60** 54:16 | | |
| **60,000** 74:10 | | |

**60k** 74:14

| **8** | | |
|---|---|---|
| **80** 46:13 | | |

| **9** | | |
|---|---|---|
| **90** 46:13 | | |
| **90s** 57:12 | | |

| **a** | | |
|---|---|---|
| **ability** 23:20 24:20 25:5 31:10 74:8 80:22 | | |

**able** 11:6 14:11 15:10 16:6,14 34:14 38:5 42:13 48:3,5,8,9 69:5 71:4 74:12 74:17 75:3 76:13 79:14,15 80:19 83:21

**accelerate** 7:22 7:24

**accept** 15:23 80:10

**acceptable** 75:21

**access** 11:3,13 27:6,7 43:23 49:5 50:18 64:14,21 76:6 77:1,2,6,13,17 78:15 79:10,12 82:5

**accessible** 7:25 82:7

**accommodate** 11:23

**accomplished** 50:8

**accounting** 32:6

**accurate** 85:4

**achieve** 15:10 49:8

**achieved** 73:19

**acquisition** 9:16

**acting** 11:19

**activity** 49:22

**actual** 29:3 42:23 59:8 69:25

**adapt** 80:19

**add** 12:11 73:3

**addicting** 82:15

**addition** 36:15

**address** 48:8

**adidas** 68:3,9,12 68:21 69:4,8

**adopted** 24:6 44:6

**adoption** 66:20

**ads** 83:2

**advantage** 8:23 43:3,9 69:6

**advice** 37:13

**aesthetic** 15:7 17:15

**affiliated** 67:3

**affiliates** 29:5

**afraid** 61:6

**ago** 4:8 41:16,17 70:8 81:24

**agree** 20:3 45:9 55:3 56:1 58:13 65:21

**agreement** 36:23

**ahead** 20:2 52:13 57:8

**air** 24:9,10 66:22 67:18

**al** 1:13

**album** 53:2

**alessandra** 55:20

**algorhythm** 82:12

**algorithm** 82:24

**algorithms** 82:20

**alive** 42:8

**allocate** 79:2

**allocated** 15:17

**allow** 7:16

**allowing** 80:13

**alongside** 76:14

**amateur** 7:17 22:8

**amazing** 19:24

**amber's** 47:3

**amount** 3:12,18 60:13,20 76:23

**andrew** 22:3

**angle** 55:23

**animate** 17:13

**announced** 11:15 81:23

**answer** 69:12

**answering** 58:4

**antwerp** 58:20

**anybody** 5:16,19 5:21,25 7:12,16 25:23 50:11 79:12 83:15

**anymore** 56:23

**anyway** 52:20 54:21

KOMINERS_004263

**ape** 34:5,6 45:22
**apes** 34:4 45:10
 45:14
**app** 8:25
**application** 4:12
 5:11 59:22
**appreciate** 49:18
 69:11 83:24
 84:18
**arc** 67:25
**area** 3:8
**argument** 25:23
**art** 3:22 11:22
 25:7 42:15
 46:21 56:13
 61:11
**article** 78:1
**artifact** 18:15
 66:2 67:16,22,24
**artist** 60:7
**artists** 61:9,10
 61:15
**artwork** 47:2,3,5
 48:1
**aside** 56:16 65:5
**aspect** 8:13
**assets** 10:9 13:3
**attach** 28:21
**attend** 26:25
**attendance** 9:1
**attention** 4:13
 17:22
**attribution**
 13:15
**audience** 5:12
 11:10 48:4 71:5
 71:21 77:16

**august** 85:16
**authentic** 11:21
 16:18 34:21
**authenticate**
 33:11,13
**authenticating**
 13:2
**avatar** 15:18
**average** 46:14
 50:1,2
**avoid** 45:20
**awareness** 31:6

**b**

**back** 2:16,23 6:2
 20:16 23:18
 24:16 28:14
 30:20 31:11,16
 31:25 33:20,22
 33:23 34:7
 35:15 36:17
 45:4 57:12
 59:16 62:11
 63:19 71:2,14
 72:16 74:15,25
 75:18 82:24
 84:16
**background**
 4:25 25:18
 58:24 59:3 63:5
**bad** 46:10 82:25
**bag** 52:17
**bags** 27:7 52:6,9
 52:14
**bare** 80:13
**base** 41:1
**based** 48:20,21
 48:22

**basic** 12:5 44:5
**basically** 74:17
**basis** 48:12
**beanie** 68:4
**beatles** 32:21
 33:6,7
**beauty** 25:17
 48:17
**becoming** 44:20
**behalf** 29:6
**believe** 15:3
**benefit** 66:14
**best** 3:17 19:21
**bet** 47:23
**better** 3:18 82:5
**beyond** 58:9
**big** 4:15 6:20
 9:20 10:8 11:4
 33:25 34:16
 39:21 51:19
 53:10,12 63:12
 76:22 80:11
 81:2 82:17
**biggest** 9:12
 34:10 58:15
 75:22 78:7
**billionaire** 63:21
**bit** 2:22 12:18
 21:13,14 22:2
 26:5,8 34:2 37:7
 40:4 41:18
 47:20 50:21
 51:21 53:21
 54:4 55:1 56:3
 57:18 75:21
 80:20 81:14
**bitcoin** 41:8

**bite** 25:1
**black** 41:6
**blah** 7:14,14,14
 50:5,5,5
**blinded** 73:8
**blockchain** 6:10
 6:25 7:11,14
 9:24 22:16
 25:18 50:7
 59:22
**blocks** 3:22
**blue** 21:3
**blurring** 61:14
**blurs** 61:3
**board** 28:1
**body** 56:20
**bof** 77:25
**boost** 63:19
**bored** 34:3,5,6
**bots** 70:19
**bought** 36:13
 52:11 60:7
 63:23 69:15
**bow** 68:24 74:23
**boys** 63:21
**brain** 78:15
 83:21
**brand** 8:19,20
 22:9,13 23:22
 24:5 39:12,21
 56:15 65:22
 71:8
**branding** 15:12
 24:3
**brands** 6:22 10:8
 11:20 12:20
 15:11 16:2 18:3
 19:10 22:14

KOMINERS_004264

26:15,15,19
27:10 28:7,8,8
33:25 34:17
37:18 43:1,2,5
43:10 57:12
60:18,21 63:4
76:17 77:22
**brass** 43:16
54:10
**brick** 9:6
**bridgerton**
52:23
**bring** 2:8 17:23
18:11 51:16
62:11
**bringing** 16:21
31:4 51:1
**brought** 16:19
60:23
**bts** 49:4
**bucks** 74:25 75:1
**build** 73:16
**building** 51:19
65:17,18 68:11
**built** 11:8
**bunch** 24:22
82:14
**business** 9:20
30:9 75:8
**businesses** 5:22
73:18
**busy** 79:24
**buy** 15:5,23 35:6
36:10 38:7,12
41:8 45:24 48:1
49:3 52:8 66:10
71:6 78:5

**buying** 24:22
41:1 46:25
73:15
**buys** 77:23
**bye** 72:23 84:20

**c**

**c** 85:1,1
**cactus** 23:24
**call** 7:7 84:11
**called** 26:19
27:10 51:20
65:24 67:21
80:9
**calling** 48:24
78:1
**camp** 76:20
**capabilities** 14:3
**capacity** 76:23
**card** 50:18 65:6
**care** 45:25
**cares** 69:5
**caring** 8:19 59:7
**carry** 71:9 77:21
**case** 17:15 38:18
47:1 49:20
54:23
**cases** 44:5 48:2
**catalogue** 32:21
33:6
**catch** 38:18
**category** 25:12
**cause** 51:17,18
82:7
**cc** 13:12
**cc0** 32:24
**celebrity** 49:2

**central** 14:16
58:19
**centralized** 21:7
**centric** 81:12
**certain** 6:14 13:2
76:23
**certify** 85:3
**chain** 13:9,15
**change** 34:20
39:2,3 80:11
**changed** 58:9
81:8 82:8
**changes** 80:3
82:13
**changing** 15:19
61:18
**channels** 51:23
**character** 14:25
17:11 26:1
**chat** 19:25
**cheap** 36:14
**check** 3:5,21
29:18 55:5
**chip** 21:3
**choice** 83:8
**choose** 74:22
80:10
**chose** 32:3
**city** 2:22,25 3:23
3:25
**claim** 12:4 68:18
**clear** 40:3
**client** 12:7 16:17
**clone** 16:25 17:7
17:11,12 18:7,14
18:14 19:12
21:1 65:25
66:22

**closed** 22:20
**club** 48:4 49:3,9
63:21 67:15
**clubhouse** 78:1
**clubs** 49:1 50:14
75:13
**code** 49:5
**codes** 27:8
**coin** 41:1
**collaborate** 18:2
**collaborates**
13:20,20,21
**collaborating**
17:3 18:10
**collaboration**
13:9 34:5,12
40:9,13
**collaborations**
11:14
**collaborative**
14:8 31:22 32:9
34:9
**collectible** 9:4
11:23 66:17,18
**collectibles** 49:8
**collection** 76:21
**collectors** 42:14
42:15
**college** 74:10
**come** 9:5 19:9,22
26:11 37:11
41:23 46:17
61:25 64:2
72:24 81:11
83:25
**comes** 4:23 8:4
8:17 15:11
18:19 19:4

KOMINERS_004265

34:16 45:2
67:16 75:15
80:3
**comic** 68:6
**coming** 39:13
59:12 72:13
78:11 83:6
**committed** 28:12
**communicate**
37:19 38:17
39:7,25
**communities**
34:14 75:14
**community** 43:7
45:20 48:5
65:14 71:11
72:5,8 73:4,16
79:3,4
**community's**
71:4
**companies** 8:22
43:13 46:5
53:10 59:9
67:13 80:7,18
**company** 14:1
46:9 51:20 54:9
62:1 81:4
**complete** 73:12
**complicates**
65:11,11
**composability**
13:6
**computer** 47:14
**concept** 14:10
15:14 19:2
24:12,19 33:16
44:20 84:3

**concepts** 83:22
**concert** 44:4
**conditions** 27:15
28:19
**cone** 17:17
**confusing** 54:25
**connect** 4:20
43:4
**connected** 29:15
**connection**
26:13
**connotation** 41:7
46:10
**consider** 19:12
**constantly** 12:8
**consumer** 65:19
68:22
**consumers** 7:1
60:7
**consuming** 57:6
**contact** 73:17
**content** 6:19 7:6
51:22,24 60:12
60:19 82:18
**continue** 30:13
**contracts** 6:13
**conversation** 2:6
8:11 19:14,22
84:1
**conversations**
19:20 46:3
74:21 84:17
**cool** 8:9 16:6
18:12,24 19:17
24:12 27:14
28:17 32:11
34:23 35:17
36:10 42:11

43:12,19,25 50:6
55:22,23 56:21
56:22 65:17
68:8,9,14 75:2
78:17 81:1 84:7
84:8
**cooler** 15:7
**coolest** 77:20,22
78:2
**cooperation**
32:25
**copyright** 4:11
7:21 22:23
25:23
**core** 48:10 71:21
77:15,16
**corresponding**
29:10
**cosign** 18:18
**count** 73:22
**counter** 63:8
**country** 85:12
**couple** 4:7 71:16
74:25 75:1
77:12 83:17
**course** 12:19
16:22 17:2,21
18:5 38:11,15
39:12 40:17
**crating** 76:3
**craziness** 64:24
**crazy** 6:7 36:24
38:3 47:18
61:12 64:18
66:23 69:14
78:14 79:20
**create** 23:21
48:3 68:23

**created** 21:3
24:2 42:5 71:7
**creates** 5:21
**creating** 24:2
41:23
**creative** 11:16
20:17,18 24:11
31:12 78:6
**creatively** 35:25
**creativity** 7:18
21:22 22:8,11
**creator** 5:20,20
5:25 24:17 25:4
60:7
**creators** 6:20,21
7:1 23:20 24:22
25:4 41:11
53:11 71:3
**critical** 72:9
**crowd** 82:16
**crypto** 38:23
39:10 41:1,5
43:6 46:13
47:15
**cryptography**
47:16
**cryptopunk** 28:2
29:4,8 30:2,3,7
30:10,13 32:11
35:7
**cryptopunks**
35:15
**cryptos** 78:2
**cultivate** 11:7
**cultural** 2:25
53:17 58:15
77:19

culture 3:4
58:22 69:20
curate 11:6
curious 58:10
customer 8:23
9:16 12:7 48:14
customize 17:16
cut 58:21
cutting 26:5,8
cyclical 57:24

**d**

dabbling 5:8
41:19
daily 48:12
damn 78:23
dan 57:11
dapper 57:11
date 85:16
day 6:3 9:15
25:25 42:2
46:22 47:17
63:24 64:25
70:14 74:1
84:19
days 6:4 45:11
49:23 81:24
db3 63:23
dead 56:24
deals 22:19
decent 3:18
decentraland
14:18
decentralization
28:13
decentralized
21:17

decide 31:17
decided 22:7
37:2
decline 63:15
deep 4:10 47:21
definitely 2:4 3:5
19:3 43:12 51:2
54:3 72:13 75:5
81:10,13
definitive 35:3
demystify 41:4
depends 80:5,6
design 29:9
designer 57:12
58:9
designers 27:4
58:17,17 59:8,9
61:17
designs 24:4,14
destroyed 27:21
developer 7:6
development
7:22
difference 49:6
different 11:13
16:14 24:14
34:13,13,13
41:15 46:5
50:24 51:4
71:25 76:17
77:3,25 79:10,25
83:17,22
digestible 36:2
digital 12:21
13:2 14:22
15:15 48:1
diluted 56:15

dior 9:10
direction 32:4
director 11:16
disclosure 57:4
discord 48:11
discount 27:8
64:10
discounts 76:6
79:10
discovering 82:5
82:6
discuss 84:1
dive 47:20
diving 4:9
division 25:11
dm 72:19
dodgy 26:9
doing 2:14 3:24
5:1 9:19 11:1,17
16:7 18:14,25
24:8 25:6 40:20
41:17,19 49:1
67:9 68:9,13
69:9 76:10
77:11,20,24
79:11,13,21
80:12
don't 55:6 64:1
66:3,4 72:25
75:14
doodles 21:1
door 9:13,14
doors 22:21
71:24
dope 4:1 55:5
dox 84:6
dress 14:25

driven 11:22,23
driving 44:13
drop 11:5,25
12:2 46:12
64:10 66:24
67:4
dropped 10:17
62:16
drops 11:14 27:2
64:21 67:18
drugs 41:8
dude 59:15
due 20:21 21:5
82:12
duets 14:6

**e**

e 85:1
earlier 8:11
early 49:23
57:12
easier 7:25 42:24
easy 5:7 11:17
32:8 44:8 73:15
73:20
ecosystem 8:18
11:7,11 23:21
24:23 25:1
47:21
educating 42:16
education 74:9
either 38:10
else's 36:1
email 48:15
80:24
embrace 22:8
55:21

KOMINERS_004267

embraced   54:21
empower   6:25
  7:12
encourage   7:17
  23:9
encouraging
  22:15 60:12,18
ended   22:9
endlessly   48:7
  68:23
enforce   6:14
engagement
  12:6
engineered   82:9
english   3:19
enter   11:20 28:7
  28:9 33:25
  37:18 46:6
entirely   57:5
entitled   30:15
era   28:14
erica   77:22 78:4
especially   6:1
  17:19 19:24
  24:21 43:9 72:2
  72:8
essentially   24:2
  28:22
establishing
  67:14
et   1:13
eth   36:13 38:5
  38:10 45:16
  66:11
events   44:2 76:8
  76:22 77:3
everybody   33:23
  60:2 61:7 62:16

everyone's   13:22
evolution   13:16
  42:6 43:19,25
evolve   80:7
exactly   14:5
  25:13 42:21
  57:17 64:15,22
  68:20 73:7 76:9
example   7:3,10
  10:14 16:24
  17:17 18:1,4,7
  18:11 22:1
  23:19,23,24
  24:13 26:21
  30:13 31:19
  34:6 43:15 44:2
  63:21 64:17
  68:13 81:4
excited   50:1
  59:24 78:9
exciting   6:1 58:6
exclusive   27:2
  76:4
excuse   53:3
expand   10:9
expect   3:15
expected   69:16
experience   9:6
  74:20 76:16
explain   46:18
  55:7
extending   22:9
  52:12
extension   5:9
eyes   45:14,15

## f

f   85:1
facebook   80:8
fact   41:4
failing   82:22
fall   36:22
fam   62:12
familiar   66:8
familiarized
  53:18
fan   38:11 49:1,3
  49:9 50:14
fans   48:10
far   18:16 19:17
  34:12 35:2,4
  56:2,24 62:6
fashion   2:8 3:3
  4:16,24 5:2,6,23
  7:19,22 8:14
  9:10 11:20
  12:20,21 14:11
  14:21,22 16:7,8
  18:3 19:5,16
  21:21 22:12,14
  23:7 26:25 27:9
  28:7,8 41:18
  52:16 57:21
  58:2,7,14,18,23
  60:11,14,18 61:1
  61:18 76:17
  77:21 82:14,14
fast   73:9
features   76:5
fee   36:18
feel   2:4 5:4,5 6:2
  8:6,21 9:7 10:7
  11:25 12:1,5
  13:6,8 14:19

  15:9,10,12 16:12
  19:9,21 20:11
  21:21 23:23
  24:12 27:13,21
  28:6 31:12,23
  32:8 34:19
  35:18 36:16
  37:8,11 41:9
  42:18 45:11
  47:9 49:10,15
  53:7 56:14,17,18
  56:19 57:10
  58:8,12 61:3
  63:9 65:12
  72:24 73:5
  83:11,25
feels   16:11 35:20
  60:11
felix   10:4 26:11
  72:23 84:10
felt   41:20
fiancé   60:23
fidelity   14:20
figure   20:8
figured   13:7
  35:25
files   17:12
fill   2:3
filter   18:21
filters   18:20
find   29:2 62:2
  71:11 79:24
  83:6
finding   72:4
fine   29:16 61:15
  80:21
finished   13:22

**first** 17:6,22
18:5 39:10 43:2
48:23 62:2,10
71:24 76:18
**fits** 17:16
**flea** 23:24
**flighthouse**
51:20
**floor** 45:16 66:9
**fly** 27:1
**followers** 70:13
**fonts** 24:8
**food** 3:3 70:25
**foregoing** 85:4
**forever** 49:1
71:13
**forget** 24:10
67:20 70:6
73:12,21
**forth** 6:2
**fortnite** 15:1
**forward** 19:18
20:2 24:21
61:22 78:7,20
79:22 82:15
**founder** 40:8
**founders** 34:13
**four** 79:25
**fragmented**
22:17
**free** 2:4 13:13
29:7 30:1,23,25
37:11 49:15
68:17 72:24
83:25
**freedom** 24:12
**frickin** 45:17

**friend** 8:12
59:11
**friend's** 2:17
**friends** 15:2,4
46:4 60:1 84:5
84:17
**friendships** 75:7
**frowned** 55:18
**frozen** 54:15
**fruitful** 54:4
**fuck** 47:10,25
70:7,14,23
**fucking** 6:7
**full** 24:11 30:6
42:9 57:4
**fully** 11:11 19:15
28:9 58:13
**funnel** 23:6,8
**funny** 62:4
**further** 12:23
**future** 6:4 22:11
22:11,13 31:17
40:18 42:25
55:2 63:10 67:9
76:6 79:19

**g**

**g** 68:4
**gain** 43:23 77:6
**gained** 70:12
74:11,20
**gains** 39:10
**gallery** 3:24
**game** 15:8,12,19
58:9
**gamers** 15:22
**gaming** 15:9,21

**gap** 11:17
**garment** 63:2
**gas** 65:6 70:23
**gate** 43:18
**gated** 77:1
**gatekeeping**
60:25 61:22,24
62:6,7 63:9
**gating** 43:17
79:16
**geeked** 4:18
**general** 3:4
12:15 19:11
26:15 28:8
37:15 40:23
41:10,22 46:15
53:22 64:14
**generate** 73:16
**generated** 6:19
7:6 51:21,24
60:12,19
**generation** 6:25
42:14
**generative** 25:7
**genius** 6:3
**getting** 3:18
31:13 34:2
48:22 53:18
61:21 63:7
64:18 65:9
**ghost** 22:3 55:18
**gift** 48:8
**girls** 52:22
**give** 22:16 24:19
37:14 38:13
77:17 78:15,25
**given** 29:13

**gives** 11:3 17:21
18:1 23:20 27:1
71:12 80:21
**giving** 21:7 25:4
27:11 64:9
67:25 75:19
79:9,11 82:4,18
**glad** 45:25 83:18
**go** 3:1 6:2 14:14
16:3 20:2 32:3
33:10 35:16
52:9 57:8 58:5
72:10 78:17
**goal** 7:23 58:2
**goes** 61:16 62:6
66:20 71:2
75:18
**going** 2:1,6,7,11
3:3 8:15 12:11
16:15 19:3
23:18 27:8 42:7
42:11 45:8
57:20 76:13,14
76:19,20 77:14
78:6,14
**gonna** 16:5 23:9
35:9,14,15,16,17
49:18 51:5 55:4
58:5 64:1 67:2
69:21,21 76:21
77:9,12 78:17,21
80:10 83:16
**good** 2:13 20:11
23:14,23 44:8,10
45:21,23 62:3
65:12 68:13
71:21 72:22
82:21

KOMINERS_004269

**goods** 10:12
**google** 80:25
**gotta** 55:9 72:10
**gotten** 34:11
**gou** 77:5
**grab** 11:25
**graffiti** 55:22
**grammy** 53:1
**grant** 29:5
**graphic** 62:23
  64:4
**great** 3:2 69:12
**grocery** 65:6
**ground** 11:20
  80:16
**group** 8:19 59:7
**grow** 71:4
**guard** 61:6,16
**guards** 61:18
**gucci** 22:3,7
  55:13,18,23,24
  60:6
**gucci's** 55:19
  56:2
**guess** 8:14 12:13
  19:8 21:11,19
  22:10 31:15
  33:1,14 34:25
  35:9 45:8 60:10
  62:7,9 63:7
  70:24 71:6
**guideline** 24:5
**guidelines** 23:13
**guilty** 47:7
**guy** 25:25 54:14
  74:14
**guys** 2:2,10
  12:24 37:24

39:5 40:3 44:15
47:23 53:6
61:19 71:23
72:10,24 73:4
78:14 79:23
83:18 84:15,20

**h**

**ha** 59:11,11
**hackers** 47:14
**haiiro** 10:2
**haiiro.eth** 10:5
  10:14,20 15:20
  16:1 26:14,18,24
  27:6,18,21 30:8
  30:17 42:21
  73:3,7,12 75:5
  75:25 78:9,23
  79:5 80:2 81:13
  81:19,21,25
  82:20 83:13
  84:12,18
**half** 11:8
**hand** 2:5 10:2
**handles** 78:5
**hands** 71:3,4
**hang** 78:24
**happen** 30:8
**happened** 22:1
  61:13
**happening** 54:11
**happens** 22:20
  37:4 50:6
**happy** 45:25
  70:19
**hard** 53:13
  82:23 83:10

**harder** 50:21
**head** 83:23
**headache** 32:7
**hear** 2:25
**heard** 3:2
**hello** 2:2,2 10:5
  10:5
**helm** 59:9
**help** 42:25 75:8
  83:20
**helps** 20:8
**hermès** 1:13
  6:21 20:15
  21:25 51:6 52:3
  52:14 53:10
  57:15
**hey** 10:5,6 50:4
  52:4 72:10
**hide** 27:22
**high** 10:12 14:19
  15:11 18:3 27:9
  62:17 63:2
**hiring** 58:16
**historically** 58:7
**hit** 35:17
**hitting** 3:14
**hmm** 7:4 20:19
  26:17 37:21
  38:21 70:11
**hold** 64:19 66:5
  66:7 76:25
  79:13
**holders** 17:13
  64:9 66:22
**holding** 66:14,16
**home** 44:13
**honest** 28:17
  46:16 63:15

**honestly** 56:11
**hoodie** 62:15
  68:2,5
**hop** 19:25
**hopefully** 79:1
**hoping** 16:13
**horrible** 26:2
**host** 41:14
**hosting** 40:1
**hot** 52:15
**house** 42:12
  58:23 59:6
**houses** 5:6 61:18
**how's** 2:1,11
**hub** 3:1 77:19
**huge** 39:13 43:6
  63:9 70:5
**human** 82:8
**humanizing**
  41:11 42:16
**hyde** 85:3
**hype** 18:2 66:23
  68:23
**hyped** 38:12
  62:16

**i**

**idea** 4:10 6:11
  14:9 28:17
  29:13 32:19
  33:2,14 34:23
  35:17 47:10
  50:17 53:19
  57:14 62:7 64:4
  67:14 70:4
  75:18 78:12
  84:3

KOMINERS_004207

**ideas** 4:14 19:22
  19:23 22:17
  23:15,18 26:18
  64:12 81:1
**identity** 24:4
  83:12
**iffy** 14:15 27:15
**image** 52:8
  62:15
**images** 35:1
**imagine** 52:9
  60:1 74:8
**immutable** 6:12
**impedes** 7:23
**implications**
  63:10
**importance**
  51:25
**important** 5:3
  9:9,17 11:6
  19:21 25:19
  34:18 40:8,21
  41:3,12,25 62:1
  79:8
**including** 29:10
**incredible** 2:19
  11:7,18 18:16
  72:1
**indiscernible**
  2:23 9:11 10:19
  20:4,25 21:12
  23:5 25:15 26:2
  26:3,10 29:1
  31:14 35:21
  38:4 39:19
  40:14 43:4 49:5
  54:20 56:5,6
  68:6 70:9,9

73:13,14 75:20
  79:1,3 81:21
**influence** 23:25
**influencers**
  61:19
**information**
  4:18 57:6 82:16
  82:17
**infringed** 22:23
**initial** 36:17
  68:14
**initiative** 27:14
  42:11
**initiatives** 16:14
  43:14 78:4
**innovate** 58:2
  80:20 82:1,4
**innovation**
  20:17 58:6
  60:14
**innovative** 56:21
**innovators** 19:4
**insane** 60:13,20
  82:21
**insight** 69:12
**inspo** 57:15
**instagram** 3:13
  80:6,8 82:22
  83:3,6
**instant** 48:16
**instantly** 46:11
**integrate** 80:10
**integrating**
  79:17
**intellectual**
  21:22 29:8,11
**intense** 75:23

**interact** 48:12
  82:9
**interest** 2:7
  38:16
**interested** 53:14
  58:4
**interesting** 4:17
  4:22 12:25 13:5
  13:18 22:6
  24:19 25:10
  31:7 33:2 37:1
  44:19 55:13
  57:10 62:8
  66:19 69:13
  80:17
**interjecting**
  57:17
**international**
  1:13
**internet** 41:9
  42:4
**intersections**
  4:15
**intricately** 12:19
**intro** 44:8
**introduced** 68:2
**intuitive** 67:11
**invest** 39:11
**investment**
  74:24
**involvement**
  69:4
**ip** 6:22 27:16
  28:1,23 30:9
  32:16 71:5,6
**irl** 76:16
**irrevocable** 29:6

**issues** 14:24
  26:13
**it'll** 4:1 64:25
  66:19
**item** 9:4
**items** 6:15 76:7

**j**

**jacket** 15:16
  18:6,23
**jackets** 17:17
**jacob** 2:9,10,12
  2:13,16,21 3:6
  3:10 4:2,4 5:13
  5:25 6:6,9,17
  7:5,9 10:1,6
  12:9,11 13:12
  20:2,3,14,20
  21:5,17,19,25
  22:5,25 23:4,12
  24:24 25:13,16
  26:5,6,10,12
  28:18,24 29:1,18
  30:5,21 31:1,6
  32:12,15,24 33:4
  33:10,18 34:22
  35:12,24 36:21
  36:24 37:5
  49:14,15,17
  50:14,23 51:4,10
  51:13,15 52:25
  53:9 54:12 55:4
  55:16 56:5,8,25
  57:8,9,19 58:1
  59:1,4,14,20
  60:4,17 61:4
  72:7,15,18,21

| | | | |
|---|---|---|---|
| **jacob's** 71:2 | 19:13,15,19,19 | 82:9 83:7,11,20 | 24:23,25 25:2,3 |
| **join** 4:5 72:11 | 19:23 20:8 21:3 | 83:25 | 25:19 27:15,23 |
| **joined** 45:3 | 22:16 23:20,21 | **kinda** 4:1 5:19 | 27:25 28:6,11,12 |
| **joining** 75:13,13 | 24:4,5,17,20,22 | 28:6 32:14 | 29:13,13,14,19 |
| **jordan** 66:22 | 25:5,8,11,20,22 | 36:10 41:13,13 | 29:20,22 30:3,12 |
| **jump** 5:17 49:19 | 26:4,7,8,12 | 78:15 | 30:19 31:7,8,11 |
| **k** | 27:16,18,22 28:9 | **knew** 29:14 | 31:19,23,25 32:1 |
| | 28:12,13,16,21 | **knocking** 21:6 | 32:5,6,11,16,19 |
| **k** 36:10 | 29:16 32:6,10,10 | **know** 2:3,4,8 3:1 | 32:21,24 33:5,11 |
| **kanye** 59:25 | 33:15,18,25 | 3:4,16,21,23 4:6 | 33:15,22 34:1,15 |
| **kanye's** 59:11 | 34:18,20 35:12 | 4:10,16,24,25 | 34:17,24 35:7,10 |
| 76:19 | 35:19 36:17,25 | 5:1,1,2,6,7,14,18 | 36:1,4,5,8,14,15 |
| **kaytranada** 77:5 | 38:11 41:3,5,19 | 5:21,23 6:4,7,10 | 36:17,18,19 37:1 |
| **keep** 2:6 68:10 | 41:24 42:5,13,14 | 6:12,14,19,20 | 38:12,19,19 |
| 74:19 | 42:16 43:15,21 | 7:2,3,7,13,15,20 | 39:15,15,18 40:4 |
| **keeps** 42:8,8 | 44:20,22 45:13 | 7:20,25 8:3,4,5,5 | 40:5 41:1,4,5,6,7 |
| 52:12 | 45:20 46:3,18 | 8:14,15,16,18,23 | 41:9,15,17,18,21 |
| **key** 84:1 | 47:17 48:3,5,9 | 8:24,25 9:5,8,9 | 41:22,24,25 42:4 |
| **keywords** 47:9 | 48:11 49:8,11,11 | 9:12,13,15,17,21 | 42:9,14,15,18 |
| **kick** 31:10 33:23 | 49:24 50:9 51:6 | 10:25 11:4,11,12 | 43:14,17,17,19 |
| 35:15 36:17 | 53:22 54:1,5,9 | 11:14,16,20,22 | 43:20,23 44:2,3 |
| 71:14 | 54:17,20 55:25 | 11:24 12:1,3,8 | 44:3,7,8 45:4,10 |
| **kickback** 34:24 | 56:23,24 57:13 | 12:13,14,18,20 | 45:16,22 46:1,14 |
| **kicked** 34:7 | 57:15,16 58:22 | 12:22,24 13:2,4 | 46:14,18,20,21 |
| **kicking** 24:16 | 58:24 59:21 | 13:7,9,17,20,21 | 46:24 47:3,4,7 |
| 31:16,25 33:20 | 60:8,23,24 61:14 | 13:24 14:3,6,7 | 47:11,14,19,22 |
| **kids** 78:2 | 61:16,18,20,24 | 14:10,14,14,21 | 48:1,4,7,9,10,11 |
| **kind** 2:6 3:11,24 | 61:25 63:14 | 15:1,1,3,5,8,16 | 48:13,14,15,19 |
| 4:24 5:6,11 6:11 | 64:11 65:18,18 | 15:17 16:12,14 | 48:23 49:2,3,7,8 |
| 6:13,21,22,25 | 66:14 67:4,9 | 16:15,25 17:3,19 | 49:20,23 50:2,7 |
| 8:7,8,12,18 9:6 | 68:8,20,22 69:5 | 18:21,22 19:5,7 | 50:10,18,24,25 |
| 9:16 10:24,25 | 69:9,10,13,19 | 19:12,13,14,16 | 51:21,22 52:12 |
| 11:19,24 12:7,13 | 71:4,9,13,14,14 | 20:1,6,8,14,22 | 52:13,21 53:1,13 |
| 12:25 13:13 | 71:18 74:15,20 | 20:23,25 21:1,3 | 53:14,16,20,21 |
| 14:1,1,6,9,15,16 | 75:19 76:15 | 21:25 22:2,7,11 | 53:24,25 54:2,2 |
| 14:23 15:19 | 77:15,22 78:3,5 | 22:13,16,18,19 | 54:8,14,17,24 |
| 16:8,9,17,17 | 79:6,13,15,16 | 23:1,4,13,19 | 55:10,12,14,16 |
| 18:17,23 19:9,12 | 80:9,11 81:4,11 | 24:7,8,10,14,15 | 55:17,19,24 56:4 |

KOMINERS_004272

56:18 57:1,1,2,4
57:18,21,22 58:3
58:8,10,17,18,19
58:20,24 59:6,7
59:11,23 60:2,10
60:20,24 61:1,5
61:7,8,11,12,21
62:15,23 63:5,11
63:18 64:1,11,14
64:16,17,18,19
64:23,25 65:2,5
65:13,17,21,22
66:18,18,24 67:3
67:7,10,18,19
68:1,3,8,10,17
68:20,22 69:3,13
69:14 70:18,20
70:22,24 71:11
71:13,15,16,20
72:2,4,6 74:3,7,8
74:14,16,18,19
74:21 75:3,19,21
76:15,18,19,24
77:1,3,18,22,25
78:4,14,18 79:2
79:7,8,9,12,23
79:24 80:7,12,13
80:16,19,23,24
81:6 82:13
83:20 84:5
**knowing**  13:14
48:7 65:14,15
**knowledge**  74:20
**knowledgeable**
45:2
**knows**  67:18

**l**

**la**  59:16
**label**  11:18 77:8
**labs**  14:17
**lacy**  77:11
**language**  30:12
**late**  11:2 76:12
**lately**  10:17
**launch**  76:14
77:10
**launched**  11:2
53:20
**launching**  76:11
**laws**  7:24
**lead**  19:3 23:15
23:18
**lean**  52:4
**leaning**  28:10
78:3
**learn**  4:19 73:20
**ledanski**  85:3
**ledger**  76:15
**left**  2:22
**legal**  34:17 37:8
85:11
**legally**  7:16
**legitimacy**  6:14
**letters**  37:25
**letting**  43:20
72:11
**level**  19:7 63:20
80:16,17
**levels**  19:18
**leverage**  22:22
71:8,8
**leveraged**  32:10
**leverages**  71:12

**license**  29:7 30:1
30:23
**licensing**  33:19
**likeness**  28:23
**likewise**  72:12
**limited**  27:7
**limits**  8:8 16:13
**line**  5:10 37:3
48:15
**lines**  14:7 18:24
61:3,14 64:18
**lingering**  83:23
**link**  59:17 72:13
**linking**  29:4
**liquidate**  74:8,13
74:18 75:4
**liquidity**  74:7
**listened**  83:19
**listening**  20:7
39:21 44:15
47:24 77:10
84:15
**literally**  5:21
30:3 61:7
**litigation**  51:11
**little**  12:18 15:13
21:13,14 22:2
26:5,8 27:15
29:16 30:7 34:2
41:16,18 43:25
47:20 50:21
51:8 53:21 54:4
55:1 56:3 57:18
75:21 80:20
**lives**  42:24
**living**  21:9
**logging**  80:23,25

**logic**  34:20 49:11
75:23
**logo**  13:19 23:10
23:10 60:6 68:6
68:7
**long**  12:7 16:3
55:1 65:19
74:23
**longest**  65:16
**look**  5:14,18 7:2
12:15 20:16,24
21:12 24:6
35:25 37:24
47:13 52:16
58:23 59:6
82:13
**looking**  14:4
79:19
**losing**  83:11
**lost**  75:1
**lot**  4:13 5:5 7:25
7:25 8:21 9:18
9:21 12:1 13:24
17:22 21:2
22:15,19 23:15
23:18 32:7
33:24 41:9 42:1
43:12 46:7
47:23 57:23
59:10 65:7
69:23 71:22
72:2 75:22
78:14 79:18,21
80:22 82:1,3
83:6
**louis**  10:15 13:19
18:3 26:21

KOMINERS_004273

**love** 16:7 20:5
61:4,6 69:8
78:20
**loyal** 68:21
**loyalty** 8:13,17
65:18 68:11
**luckily** 10:23
**luigi** 71:20
**lump** 34:8
**luxury** 8:14 9:6
9:10 10:8,12
16:2 19:7,15
26:15 58:16
61:1
**lv** 10:16
**lvmh** 8:19 59:7

**m**

**mad** 50:11
**madonna's**
54:15
**main** 4:12
**mainstay** 11:18
**mainstream**
38:20 39:11
45:20 66:15,20
**major** 32:6
53:17 59:6 77:8
77:19
**majority** 9:23
**making** 7:24
51:22 82:6
**man** 2:14 44:11
52:2 72:12,18
**manufacture**
29:9
**marfa** 3:23,24

**mark** 32:14
**market** 23:24
35:16 41:6
76:15 81:5
**marketable** 52:7
**marketing** 59:2
61:19
**martins** 58:19
**mask** 40:24
**mason** 1:13 2:1
2:11,14,19,24
3:9,20 4:3,7,21
5:24 6:5,8,16
7:4,8 8:2 10:3,5
10:13,18,22
12:10 13:11
14:5 15:25 16:4
16:22 17:1,9,24
18:8,13 20:13
21:4,16,18,24
22:4,24 23:3,11
23:17 24:25
25:14 26:4,7,11
26:17,23 27:5,12
27:19 28:5,20,25
29:2,25 30:6,11
30:18,24 31:5,18
32:13,23 33:3,9
33:17,21 35:11
35:23 36:4,22,25
37:7,16,21 38:1
38:8,14,21 39:1
39:8,17,23 40:6
40:16,19 43:11
44:12,16,24 45:5
45:18 46:2
47:13 49:15
50:13,22 51:3,5

51:8,11,14 52:24
53:8,15 54:13,19
55:3,9,17 56:6
56:10 57:21,25
58:12 59:2,5,19
60:3,15,22 61:5
62:13,18,20 63:1
63:13,17,22,25
64:7,13,16,23
66:1,6,12 67:1,6
67:8 69:18 70:1
70:11,16 71:1
72:11,12,16,20
72:22 73:6,11,18
73:24 75:17
76:9 78:13,25
79:6 80:5 81:18
81:20,23 82:2
83:3,14 84:14,18
84:20
**mason's** 50:3
57:16
**massive** 32:3
**massively** 41:12
**matter** 20:24
**max** 24:10
**mean** 3:11 4:5
4:22 5:13,17,20
7:23 8:2 10:22
12:12 14:8
16:25 18:14
20:5,11,22 21:2
26:1 29:19,22
30:11 31:1,3,9
31:13,14 33:21
33:24 34:22
35:2,3,8 37:13
39:14 40:21

45:8,12,23 46:1
46:2,3 49:21
50:9 51:12 54:6
54:13 56:1 57:2
58:12 59:10,14
59:20 63:12
70:18 71:6,18
73:24 74:18
78:14,23 79:20
80:5 83:25 84:9
**means** 12:17
13:1 53:16
**media** 31:23
51:19 80:4 81:9
**medium** 25:6
**members** 67:15
77:16
**membership**
48:4 49:4 65:6
**men** 70:9,9
**mentality** 69:24
**mentioned** 10:7
55:10 81:14
**merch** 62:15,22
64:2 68:17,18,25
**message** 4:7
**messaging** 34:20
**messed** 83:4
**meta** 40:24 80:8
**metabirkins**
47:4 53:16
57:14 79:4
**metaverse** 14:12
14:14 15:18
16:1
**metrics** 65:17
**mexico** 2:17,22
2:25 3:22,25

KOMINERS_004274

mfers 71:16
middle 11:20
midst 51:9
might've 53:6
million 54:16
mind 19:8 39:3,3
mindset 41:10
mine 34:6
mineola 85:14
minimum 80:13
mint 27:16 28:20
  38:5,10 69:21
  70:23
minted 68:15
minutes 10:7
miseducation
  9:22
missed 32:14
missing 69:24
mission 69:10
mixing 19:23
mm 7:4 20:19
  26:17 37:21
  38:21 70:11
modern 3:7
moment 17:21
  29:17 32:3 52:3
  53:17 61:9
monetary 74:4
monetize 24:16
  30:19 61:10
money 11:24
  15:6 42:23 68:4
  73:8,10 74:15
  75:13
monoliths 67:21
  67:22

months 45:4
  77:9
moon 45:17
mortar 9:6
move 3:15
moving 43:13
  78:7 82:15
mowalola 11:15
  11:16 76:19
multiple 9:3
  67:17
murakami 65:24
music 5:23 6:23
  22:14 82:1,4,6
musical 52:23
  53:5

**n**

n 85:1
name 26:1
necessarily
  56:22
necessary 9:19
need 3:5 40:3
  43:1 55:6,21
needed 82:23
needs 34:20
net 31:3
netflix 52:21
  53:5,10
networking 70:5
never 45:24
  61:12 65:4
  73:15,20 75:9,11
new 5:12 6:1,25
  8:4,9 10:25 11:2
  23:15 42:3,5,6
  42:13 46:17

47:17 52:15
53:4 69:14
80:22 81:7,11
82:5,6
news 31:23
nft 4:11 11:13
  12:1 13:6 17:20
  18:9 24:13,15
  26:19 27:11,17
  36:1 40:24
  42:14 43:6 44:3
  44:7 45:23 46:9
  46:13,23 48:24
  49:7 52:8,14,18
  60:8 66:14
  71:24 73:15
  76:4 80:14
nftiff 27:17
  28:22 29:4 30:3
nfts 5:8 10:10,11
  10:15 13:1,9
  17:14 23:9
  26:16,21 27:10
  35:1,18 36:13
  41:5 44:20
  53:19 69:20
  70:5 73:10 74:2
  75:10,15 76:1
nice 3:7,11 74:7
  84:19
niche 44:21,21
nike 7:11,13
  17:3 18:17
  19:13 23:19,19
  23:22,25 24:6
  27:3 65:22
  66:20 67:23

nikes 10:16
nonexclusive
  29:7 30:23,25
nonrefundable
  47:15
normies 43:7
nowadays 69:20
  73:10
number 64:25
numbers 20:25
ny 85:14

**o**

o 85:1
obscure 47:20
observe 12:14
observing 13:25
  14:2
obvious 12:16,17
  12:20 54:23
  56:9,11 66:5
obviously 4:15
  7:23 13:10
  17:11 18:1 32:5
  32:17,24 38:4,6
  38:9 39:21
  49:21 50:10
  63:5 64:5 80:8
october 11:2
  42:10 76:12
office 44:14
oh 10:3 15:14
  26:7 28:24
  31:24 36:9
  37:24 43:21
  44:6 57:8 59:25
  67:1 74:11,13

**okay** 30:17,22
 38:23 39:5,18
 40:4 45:21
 50:17 64:3
 68:18 69:1
**old** 55:19 61:5
 61:16,17 85:12
**ole** 16:19 37:11
**oleth** 16:19,20
 16:20,23 17:2,10
 17:25 18:9
 37:12,17,22 38:3
 38:9,15,22 39:2
 39:9,18,24 40:7
 40:17 54:20
**onboard** 5:11
 16:16 42:13
 55:20 61:24
 81:11
**onboarded** 9:24
**onboarding**
 40:22 42:6
**once** 9:15 44:5
 68:18 71:6,11
 74:19
**one's** 76:18
**ones** 33:12,12
**open** 19:20
 21:23 23:6
 27:23 28:3
 39:24
**opened** 60:1
 71:24
**openly** 37:20
 38:17 39:7
**opens** 25:11
**opinion** 25:17
 44:25

**opinions** 5:15
**opportunities**
 27:9 52:2 53:9
 73:9
**opportunity**
 4:19 10:21 22:7
 26:25 53:12
 54:3 60:2 61:8
 71:25 75:10,15
**opposed** 62:19
**opposite** 21:14
**organic** 54:1
**organization**
 21:7
**original** 24:17
 31:16 83:11
**outlets** 48:11
**outside** 75:14
**overall** 51:1
 60:14
**owned** 24:15
 32:20 33:5
 65:15
**owner** 31:21
 32:2,10 35:21
 37:4
**owners** 31:16
**ownership** 22:17
 65:3
**owning** 27:16
**owns** 65:14

|        p        |
|-----------------|

**pace** 2:10,13,16
 2:21 3:6,10 4:2
 4:4 5:13,25 6:6
 6:9,17 7:5,9
 10:1 12:9,11

13:12 20:3,14,20
 21:5,17,19,25
 22:5,25 23:4,12
 24:24 25:13,16
 26:6,10 28:18,24
 29:1,18 30:5,21
 31:1,6 32:12,15
 32:24 33:4,10,18
 34:22 35:12,24
 36:21,24 37:5
 49:14,17 50:14
 50:23 51:4,10,13
 51:15 52:25
 53:9 54:12 55:4
 55:16 56:5,8,25
 57:8,19 58:1
 59:1,4,14,20
 60:4,17 61:4
 72:7,15,18,21
**paid** 70:23
**pair** 15:16
**parents** 38:23
**part** 5:22 8:17
 9:20 27:14
 47:21 59:10
 60:16 62:1
 71:13 74:23
**particular** 23:7
**parties** 54:5
**partnered** 65:23
**partnering**
 76:17
**partners** 66:21
**partnership** 77:8
**party** 44:4 77:4
**pass** 11:3,13
 63:23 64:19,20
 68:11,14,19

76:14,25 77:15
 79:14
**passes** 79:2
**password** 43:22
 50:20
**pay** 38:10 75:12
**payment** 34:8
**peggy** 77:5
**pendant** 27:11
 28:22 29:10
 30:14
**people** 2:3 3:12
 3:15,19 4:20 8:5
 9:2,5,13,14,18
 9:23 14:15
 15:13 17:6,22
 19:23 20:7
 22:17 23:9
 24:19 28:11
 29:14 33:6 35:5
 35:20 36:13
 37:2 38:20
 39:11,12 40:10
 40:23 41:8,23
 42:1,7,19,22
 43:8,20 44:3,6
 45:12 46:11
 47:25 48:23,25
 49:12 50:1,25
 51:1 52:16,19
 53:13,18 54:7,7
 55:10 56:22
 61:22,25 62:2
 64:19,20 65:1,10
 66:15 67:13
 68:24 69:23
 71:14,19,22 72:2
 73:8,17,20,21,21

KOMINERS_004276

74:1,3,22 75:12
75:14,22 76:18
76:25 77:12
79:7,9,11,13,18
81:11 82:4,18
**percent** 3:21
32:1 46:14
47:12 65:20
**percentage**
33:13,20 34:23
35:15 52:10,11
**perfect** 22:1
59:22 63:6
**performer** 49:2
**period** 50:12
**perks** 69:6
**permission**
31:21 32:25
**permissionlessly**
33:7,19
**perpetuity** 36:19
**person** 20:11
22:22 37:23
50:2 52:10 71:9
**personally** 4:6
**perspective**
20:18,18
**pfp** 25:8
**phase** 68:19
**philosophical**
57:23
**phones** 82:10
**physical** 13:3
15:17
**physicals** 52:5
**pick** 35:14
**picture** 70:14
76:2 80:14

**piece** 13:23 34:2
62:19
**pieces** 68:16
**pioneers** 8:7
20:21 21:2
**place** 7:21 55:19
**plan** 76:3
**planned** 78:8
**planning** 11:1
79:11
**plant** 23:24
**plastic** 56:17
**platform** 5:12
16:6 19:25 65:1
76:12 81:17
83:7
**platforms** 8:21
14:20 80:4,22
81:8
**play** 15:2,2,4
84:3
**players** 78:7
81:2
**please** 39:20
**plenty** 71:18
**plus** 66:11
**podcasts** 42:12
**point** 18:21 31:2
31:9 33:22
36:12 42:1
47:24 50:3,9
51:17 54:22
57:10 60:24
61:16 62:5 63:8
63:20 64:6 65:9
70:12 71:2 79:9
**pointing** 47:1,2

**pokémon** 64:2
**poll** 8:25
**pop** 3:16 49:16
**popular** 45:10
**popularity** 36:6
36:7
**populates** 18:23
**positions** 46:5
**positive** 31:3
70:4
**possibility** 22:12
**possible** 34:19
**post** 37:23
**posts** 83:2
**potential** 4:23
25:9
**power** 71:3
78:16
**pr** 74:23
**practice** 73:1
**presale** 79:13
**pretty** 3:7 21:8
28:2 45:9 83:4
**prevent** 45:8
**price** 45:16 66:9
70:23
**primitive** 16:11
**print** 29:16
**printed** 62:23,23
**prints** 24:13
**prior** 14:1
**prizes** 15:23
**probably** 12:16
12:17 16:24
17:18 83:16
84:11
**problem** 10:8
22:18

**proceedings**
85:5
**produce** 25:1
30:13 31:20
**product** 5:10
7:12 11:4,25
13:22 16:18
55:5
**productive**
83:19
**products** 21:8
43:18,21 50:8
62:8 77:2
**profile** 70:14
80:14
**profit** 73:23 76:2
**profits** 32:1
**progress** 60:20
**project** 18:9
38:19 40:9,13
48:7 52:18
65:24 67:4 70:7
75:9
**projects** 12:2
34:13 39:4
41:11,20 45:11
46:19 49:7 56:2
56:24 66:4
67:10 79:25
**prolong** 12:6
**proof** 8:6 9:1
19:1 65:2
**proper** 75:19
**properly** 22:16
**property** 21:23
29:9,11
**protect** 40:12

KOMINERS_004277

**protected**  43:22
**protects**  39:9
**protocols**  9:1
**provide**  4:17
**public**  40:23
  41:10,22 46:15
  53:23 73:1,2
  84:5
**pudding**  8:7
**pulled**  83:18
**punk**  28:21,23
  29:21,21,22
  31:21 34:24
  35:7 37:2
**punks**  31:20
  33:19 36:7 45:9
  45:15 68:6
**purchased**  40:24
**purchasing**  29:3
**pure**  34:12
**purely**  14:7
  56:13 74:4
**push**  18:2,4
  19:18 24:20
**pushes**  20:1
**pushing**  16:12
  78:20 79:21
**put**  3:13 34:14
  52:25
**putting**  4:13
  7:21 71:2

**q**

**quality**  62:17
  63:3
**question**  35:10
  45:6,7 51:5,16
  57:20 58:4

**questions**  4:17
  40:2
**quick**  51:17
  52:21 74:3
**quietly**  43:13
**quite**  9:24 67:18
  67:19
**quotations**  32:17

**r**

**r**  85:1
**raffle**  64:5
**raise**  2:5
**raising**  10:2
**random**  37:23
**rare**  76:6
**rate**  46:12
**reach**  73:16
**read**  27:24 29:16
  29:19,24 38:6
  53:6
**reads**  46:12
**real**  20:17 48:17
  56:12
**reality**  5:10
  42:20 47:16
  75:24
**realize**  48:2
**really**  4:13 8:15
  8:22,23,24 11:5
  12:6 13:6,8
  14:25 15:13,15
  15:19,19 16:6,13
  17:14,15 18:25
  19:21 20:1,11,24
  23:20 24:20
  25:4,18 26:2
  27:23 34:18

35:24 37:19
38:6,16 39:5,24
41:25 42:10
44:8 45:2 47:1,5
48:20,21,22,25
49:6,10 50:1
52:21 53:13
55:6 56:15,21
57:21 58:2,8
61:3,10,12 62:1
62:3,6,8 65:5,12
65:13,17 66:4
67:14 68:13
69:8,13 71:21
73:22 75:18
78:3,10,11 79:4
79:8,21 81:5
82:8,12,15,17,25
83:5,19,24 84:7
84:8,12
**reason**  12:17
  15:21 34:11
**reasons**  66:5
  82:22
**recognize**  67:13
  76:18
**record**  6:12 85:5
**recorded**  7:14
**recording**  1:14
**reduce**  64:24
**reel**  28:14
**reels**  83:10
**regardless**  70:18
  77:14
**relates**  29:23
**relationship**
  6:18 65:19
  67:11

**relationships**
  74:18 75:7
**release**  16:17
  66:21 76:20
  81:17
**relevant**  21:21
**remix**  7:13 23:10
  33:7 54:14
**remixer**  22:25
**remixes**  51:25
  60:19
**remixing**  13:16
  14:3 60:12
**rep**  17:5,7,20
  18:1,5
**repeat**  60:15
**report**  70:19
**represent**  28:11
**requested**  44:17
**resale**  64:4
**research**  66:4
**respect**  20:21
  21:6 39:14
  50:11,24
**retire**  69:22
**return**  69:16
**reward**  11:9
  48:6 68:22
**rewarding**  12:8
**rich**  74:2
**rid**  60:25 61:21
  61:23 64:18
**ride**  68:21 79:7
**ridiculous**  66:9
**riffing**  35:13
**rifting**  64:11
**right**  3:1 4:2 5:6
  6:20,23 7:1,12

14:24 16:25
17:8 20:18 21:1
21:8,14 23:24
24:24 30:23
31:4 32:12,15
35:22 36:18
37:20,25 38:1,4
38:7,17,20,25
39:1,7,16,21
40:15 41:12
44:14 49:6 52:9
52:11 58:3
59:16 60:13
62:5 67:10 72:4
72:21 77:19
79:25 81:14,24
83:4
**rights** 28:1 29:11
30:10 32:16
36:15
**rise** 80:4,22
**risk** 39:13
**road** 41:6 85:12
**robinhood** 41:2
**roblox** 7:2
**roll** 45:14,14
**room** 72:25
81:11
**rothschild** 1:13
2:1,11,14,19,24
3:9,20 4:3,21
5:24 6:5,8,16
7:4,8 8:2 10:3
10:13,18,22
12:10 13:11
14:5 15:25 16:4
16:22 17:1,9,24
18:8,13 20:13,19

21:4,16,18,24
22:4,24 23:3,11
23:17 24:25
25:14 26:4,7,11
26:17,23 27:5,12
27:19 28:5,20,25
29:2,25 30:6,11
30:18,24 31:5,18
32:13,23 33:3,9
33:17,21 35:11
35:23 36:4,22,25
37:7,16,21 38:1
38:8,14,21 39:1
39:8,17,23 40:6
40:16,19 43:11
44:12,16,24 45:5
45:18 46:2
47:13 49:15
50:13,22 51:3,8
51:11,14 52:24
53:8,15 54:13,19
55:3,9,17 56:6
56:10 57:25
58:12 59:2,5,19
60:3,15,22 61:5
62:13,18,20 63:1
63:13,17,22,25
64:7,13,16,23
66:1,6,12 67:1,6
67:8 69:18 70:1
70:11,16 71:1
72:12,16,20,22
73:6,11,24 75:17
76:9 78:13,25
79:6 80:5 81:18
81:20,23 82:2
83:3,14 84:14,20

**rough** 29:12
**route** 5:7 32:8
**royalties** 30:15
31:13
**royalty** 24:17
29:7 30:1,23,25
31:11
**run** 73:18 84:15
**running** 14:1
30:9

**s**

**sad** 28:2
**safe** 60:4
**safety** 48:21
**saint** 58:19
**sale** 49:6 52:10
**sales** 79:12
**sandbox** 14:18
**saw** 37:22 52:1
81:3,8
**saying** 58:25
60:17 61:7
**says** 30:4
**scale** 61:11
76:22
**scam** 38:23
39:19
**scheme** 74:3
**school** 58:18
**screen** 24:13
62:23
**screw** 23:1
**second** 68:19
72:5
**secondary** 66:10
**seconds** 48:13

**security** 10:11
10:15
**see** 6:10 7:9
16:24 18:6
30:21,24 31:1
35:2,4 42:22
55:24 63:4
66:19 71:16
75:15 78:10
79:19 80:3
81:16 82:19
83:1
**seeing** 13:15
44:1 62:22
**seen** 58:7 77:21
**sell** 15:13 29:9
30:14 32:2 37:2
50:20 53:2,3,4
**sellable** 50:19
**selling** 10:10
46:24 74:13
**send** 72:18
**sending** 42:10
**sense** 33:1 36:3
63:6
**sensitive** 51:7,9
**sent** 4:7
**separate** 64:6
**september** 59:17
**seriously** 39:6
**services** 27:25
**sessions** 77:10
**set** 33:24 40:25
64:25 71:14
80:14
**sew** 58:21
**shadows** 61:25

KOMINERS_004279

shake   81:5
sham   42:20
share   16:23
    37:13 40:12
    81:6
shareholders
    80:19
sheer   20:25
shifting   58:22
shifts   58:15
shirt   12:3
shit   38:13 55:14
    55:21 77:20
    79:20 84:14
shopify   43:15
show   17:19
showcase   14:21
    25:5
shown   83:1
shows   16:8
shy   72:25
sick   2:21
sickick   54:15
side   4:24 14:17
    20:23 34:17
signal's   26:8
signature   85:8
silk   41:6
simple   18:20
    31:10 75:24
simplifies   65:7
    65:10
sit   16:9
sitting   32:20
situation   20:15
    37:9 54:4 55:12
    72:1

six   45:3
sketchy   39:16
skins   15:6,7,23
slowly   69:9
small   33:13
    37:24 72:25
    76:21
smart   6:13
snapchat   18:22
    81:7
snapchat's   82:3
sneaker   67:20
    67:23,23
sneakers   27:3
    63:11
social   80:3 81:8
soho   42:12
sold   11:11 35:9
solutions   85:11
somebody   13:19
    34:4,21 36:8
    46:12 47:10
    68:13 69:3
somebody's   38:9
son   20:19
songs   54:15
sonya   85:3
soon   3:5 27:16
sorry   20:4 26:4
    54:18 57:8
    60:16 72:10
sort   33:15 44:20
    62:4,7 63:8,19
    64:6 69:20,24
    70:2 73:8 83:21
sorts   26:12
sounds   34:23

source   21:23
sourcing   82:17
space   1:14 4:11
    4:22 5:2,8 8:4,8
    9:2 12:14 14:24
    19:4 20:7,21
    23:7,16 25:25
    28:7,9 31:4,9
    33:25 34:9,21
    39:15 42:15,17
    44:9 45:3,13,20
    46:6 49:22 51:1
    59:13 69:23
    72:8 73:9 78:7
    79:21 81:5 82:1
    82:18 84:5,7
spaces   40:1,2,5
    41:14 84:8
spanish   3:17
speak   3:19 45:1
    46:19
speakers   83:18
speaking   8:12
    57:5 73:1,2
special   25:2
    54:11
specific   51:15
specifically
    66:22
spencer   71:22
spend   15:6,15
spent   13:24
    51:18 74:10
    75:4
spin   67:24
spoke   43:15
spoken   55:11

sponsor   83:2
spotify   54:16
squad   71:19
squishy   71:19
stage   40:22
stake   60:9
standard   33:24
standpoint   14:10
    25:4
start   48:18 72:4
    72:5
started   2:2 6:17
    6:24 51:22
    52:14,18
starting   75:8
    77:9
starts   46:15
statement   35:4
    62:5
stayed   3:7
step   12:22 20:16
    48:23 61:22
steps   9:19
steve   77:11
stick   74:22
stimulate   7:17
stop   70:3 74:1
store   9:3,5 36:9
    65:6 76:4,5,7
    78:16
stores   9:3 30:14
storm   54:1
story   3:13 52:17
strange   29:21,24
streaming   81:16
streams   54:16
street   55:22
    58:24

KOMINERS_004280

**streetwear** 19:11
  63:4,11
**stronger** 11:10
**studying** 4:14
  58:20
**stuff** 3:16 4:19
  10:10 11:10,18
  13:12 14:4,6
  15:4,23 20:6,8
  22:20 24:14
  25:8 28:13
  31:24 33:23
  35:1 37:5 47:14
  47:24 48:2
  50:15,15,16
  53:19,22 54:25
  56:17 57:23
  58:21 61:2,10,17
  63:11 64:19,20
  65:15,15 69:2
  73:5 74:12 78:2
  78:10 79:10
  81:7 82:3,12,14
**stupid** 38:3
**subjecting** 29:15
**sublimated**
  62:24
**subscription**
  26:20
**success** 62:3
**successful** 18:6
  42:8 73:18
**sucked** 82:11
**sue** 53:11
**sued** 52:22 54:20
  55:14 60:6
**suggesting** 57:14

**suing** 53:5 57:1
**suite** 85:13
**super** 3:6,10 4:9
  4:18 5:3 9:8
  10:20 14:2 22:6
  24:18,18 25:2
  30:22 31:7 35:3
  38:11 51:21
  52:7 54:25
  55:18,18 56:16
  72:9 75:23,23
  78:9 81:15
  82:25
**support** 43:6
  48:6,6,15
**supposed** 28:10
**supreme** 64:8,17
**sure** 4:22 5:19
  16:4 17:5 37:10
  46:12 49:17
  53:6 72:20
  76:10 82:2
**surface** 80:17
**surprised** 3:12
**suspects** 2:9
**system** 10:16
**systems** 7:21

**t**

**t** 85:1,1
**taboo** 53:22
**take** 6:22 12:22
  13:19 16:5
  20:16 24:9
  27:19 36:15
  43:3,9 48:23
  55:24 69:6 79:6
  81:5 82:23

**taken** 16:15
**talent** 25:10 82:5
**talk** 19:25 20:5
  23:7 44:17
  83:21
**talked** 22:2 73:4
**talking** 12:25
  19:22 40:3
  44:15 47:11,15
  54:24 70:3
  73:25 76:1
**tap** 2:5 25:9
**tapping** 65:14
**teaching** 49:12
**team** 55:19
  73:25
**tech** 41:19 61:2
**technically**
  19:14
**technologies**
  10:25 79:16
**technology** 6:2
  8:10 34:1 42:23
  47:19 78:20
**tee** 12:3 62:23
  64:4
**tell** 38:24 52:17
  52:17 55:10
  84:16
**telling** 24:1
  38:24
**term** 12:7 46:20
  47:8 55:1 65:19
  74:23
**terminal** 10:24
  11:12 16:16
  76:4,25 77:19
  78:22 79:19

**terminals** 76:11
**terminology**
  75:20
**terms** 6:9 7:19
  27:14,24 28:19
**test** 8:8,16 10:24
  81:3
**testing** 16:15
  19:1
**texas** 3:25
**thank** 72:13
  84:15
**thanks** 2:16
  16:20 72:11
  84:20
**theater** 53:2,4
**theory** 25:20
  30:20
**thing** 3:22,24
  9:12 10:23
  12:13,21 13:5,18
  14:8,12 18:12
  19:2 22:1 23:14
  31:2 32:6 34:25
  36:14 38:4 41:6
  42:5,7,19 50:10
  51:6 52:15 64:3
  65:12,16 68:3
  69:16,21 73:25
  75:22 78:19
  82:14
**things** 3:2 4:24
  5:1 8:13 12:16
  16:16 18:20
  20:2 24:20
  28:14 34:17
  36:19 37:19
  40:2,20 41:17

KOMINERS_004281

43:24 44:1 45:8
46:18 48:9
62:11 65:8
77:24 78:17,20
82:7,13 83:20
**think** 3:22 4:1,6
4:6,22 5:3,4
6:24 7:7,10,11
7:20 8:3,11,14
8:24 9:8,18,21
9:22 10:1 11:15
12:18,24 13:5,10
13:18 14:13,23
15:20,20 16:1,3
16:5 17:4 18:11
18:13,19,24,25
19:1,2,6,7,16,17
20:1 21:19
22:10,12 23:5,13
23:14,17,18 24:9
24:18 25:2,3,9
26:8 28:2,5 31:3
31:4,18 32:7,13
32:16,18 33:2,14
34:10,16 35:22
36:6,12 38:19
40:7,11,12,21
41:3,7,11,22
42:19,21 43:1,1
43:5,8,11,25
44:7 46:6,15
47:6 48:17,18,20
49:20,22,24,25
50:7,8,10,25
52:6 53:16 54:2
54:8,23 55:1,4
56:3,22 57:23
58:14 59:3,22

60:18,22 61:15
61:21 62:2,21
63:12 65:9,22,25
66:14 67:8 68:7
68:8,12 69:9,23
70:4,6,10 71:1
71:19,22,25 72:7
73:21 74:4
75:22 76:20
77:11,18,24,25
78:3,6,21 79:18
80:2,7,18,21,21
81:2,10,25 82:3
82:7,16,21 84:2
84:7,10
**thinking** 4:14
5:8 6:18 12:5
20:6 28:15
47:18 58:1
64:12 66:16
74:2 75:2
**thinks** 19:8
41:10
**thought** 4:4 22:5
23:5 26:14
28:17 31:8
37:13 40:12
47:24 69:10
70:25
**thoughts** 5:16
27:13
**three** 68:16
**threw** 77:4
**ticket** 26:19 27:2
43:24
**tickets** 49:4
**tiffany** 27:13
29:5,23 35:6

36:9 37:14
38:16 40:1
**tiffany's** 31:25
36:12
**tik** 13:25 51:19
52:25 81:4,14
82:7,21 83:10
**time** 8:6,16
13:25 15:5 35:5
46:4 63:16 75:4
79:24 81:3
84:16
**times** 55:11
**today** 2:17 4:5
53:21 58:14,23
61:8
**tok** 13:25 51:19
53:1 81:4,14
82:8,21 83:10
**token** 43:17,18
43:23 65:2,2
77:1 79:16
**tokens** 47:15
**tons** 15:6
**tool** 10:11
**top** 10:8 58:19
**topic** 2:7 81:15
83:17
**topics** 41:15
**totally** 10:1
21:13 47:12
51:24 54:12
57:4 59:4 63:15
65:21 69:24
70:24 72:7,18
**touched** 44:18
**tough** 15:13 30:7
36:5

**town** 72:17
**toy** 56:18
**toyed** 14:9
**trade** 64:20 69:2
**tradeable** 50:18
**trading** 46:25
**traditional**
58:16 59:8
67:12 80:24
**trained** 15:22
**trans** 46:23
**transcript** 85:4
**transferring**
46:24
**trash** 82:25
**traveling** 59:16
**travis** 67:2
**treat** 77:16
**trevor** 22:3
55:11,11
**tricky** 37:6,8,9
**tried** 27:22 53:2
53:3
**tries** 50:11
**true** 8:23 61:10
85:4
**trust** 39:10
48:20
**try** 10:9 20:15
21:11 28:4
37:18 39:24
43:3 84:4
**trying** 29:2 33:5
50:25 54:22
59:21 83:9
**tuition** 74:10,14
**turn** 38:6 52:5

KOMINERS_004282

turned   46:11
twitter   1:14
   25:24 37:23
   40:1,2 80:12
two   17:4 31:25
   37:17 40:5
   81:24
type   15:18 24:16
   26:1 40:25 41:6
   46:1
types   81:1

**u**

underlying   29:8
understand   8:1
   30:1 40:4 51:24
   54:10 83:5
unfortunate
   28:16 59:12
unnecessary
   39:20 40:14
   55:1
unofficial   52:23
unrealistic   69:22
update   82:23
updates   17:11
upfront   34:8
upgrades   68:18
upgrading   68:11
ups   70:7
upside   34:10
   60:8
usable   8:1
usage   19:10 74:5
use   10:21 17:12
   17:14,20 23:9,10
   26:16,19 28:2
   29:7 30:1 31:17

32:17 36:18
   38:18,18 42:20
   44:5 48:2 49:20
   50:6 54:23 60:5
   62:9 65:1 83:5
useful   32:10
useless   56:3
user   6:19 27:10
   51:21,24 60:12
   60:18
usual   2:9
usually   23:1
   46:20
utilities   73:13
utility   47:8 50:4
   54:25 56:12
   62:9
utilize   8:9 24:15
   33:25 46:8
   49:11,12 61:23
   71:5
utilized   34:5
utilizing   8:22
   46:20 47:7
   64:17 65:13
   78:20 82:16

**v**

v   1:13
vague   32:18
valiant   15:4
valuable   32:19
value   11:10
   69:25 70:5,17,21
   70:21
vega   17:5
vein   41:24 61:20

venture   72:3
verbiage   29:3
verification
   10:11,16
verify   65:3
veritext   85:11
version   12:3
versus   11:24
   80:24
vibe   46:1
video   17:7,15
videos   17:20
   82:11
viewing   45:21
vine   81:6
vip's   77:17
virtual   12:2 16:8
   18:6 19:5
visit   9:2,3,3
vocabulary   46:7
   46:16 48:21
   49:12 75:20
vr   16:9
vuitton   10:15
   13:19 18:3
   26:21

**w**

wait   78:10 81:15
waiting   49:24,25
   78:11
walks   36:8
wallet   40:25
   48:8 80:24
wanna   10:6
   15:15 39:11
   45:24 82:19
   84:2

want   2:4,5 6:23
   14:20,25 15:8
   16:23 25:21,24
   33:12 38:5 43:9
   43:24 46:6 52:5
   68:24,25 70:3
   72:3 73:1,3,14
   74:1,3 75:25
   83:1
wanted   18:10
   19:19 20:10
   37:12 39:5
   40:11 41:13
   44:23 51:16
   52:20 60:5
   62:14
wanting   6:22
wants   5:16 45:1
   46:8 52:8
waters   19:1
waves   31:23
way   5:13,17 7:13
   7:17 10:24
   11:21 12:5,15
   13:14,15 16:3,18
   20:5 25:19 28:3
   28:14 31:22
   34:9 35:12
   36:16 42:16,22
   44:1 46:23
   47:18 59:15
   60:4,13 61:22
   65:4,12 68:9,14
   74:5 75:2 81:8
   82:9
ways   16:5 21:2
   26:15 46:17

KOMINERS_004283

we've   11:8,15
  21:9 34:11 47:6
  49:21
wealth   61:2
wealthy   38:11
web   67:12
web2   28:14
  39:12,18 43:5
  62:7
web3   2:8 4:25
  5:9 6:24 7:12
  9:24 11:21
  20:16 23:9
  25:12 28:10
  37:19 38:22
  39:13,15 41:17
  41:23 42:12
  43:5,14 45:3,13
  46:6 53:18 55:7
  56:2,15 57:18
  60:24 62:9
  63:10,19 65:10
  68:22 72:3
  75:14 76:11
  80:3,10 81:12
website   11:2
  28:22 77:2
  79:17
wedding   2:18
week   2:18 17:4
  26:25 83:16
  84:16
weeknd   77:4
weeks   4:8 17:4
  70:8 77:12
weird   28:24 47:3
  71:23 75:16
  79:3

weirdo   62:12
weirdos   62:11
  71:16
welcome   2:15,15
welcoming   47:9
went   2:21 28:6
  58:17,18 69:15
  70:10 74:9
west   8:5
whatsoever   27:7
whatup   62:11
whichever   33:11
whiskey   42:12
whoever's   54:9
wild   8:5
willing   38:10
win   64:5
wings   18:23
withstand   81:3
withstood   8:16
won   53:1 64:2
wonder   6:24
  34:25 43:8
word   5:20 46:9
  46:13 62:9
words   35:6
work   22:19 28:4
  56:20 57:16
working   9:10,11
  25:7 29:6 43:14
  43:16 67:10
  79:25 82:3
works   15:21
  16:24 78:15
world   6:10 7:9
  7:13 21:8 53:25
  57:5,24 60:2
  69:14

worries   54:19
worth   69:1
  70:24 74:5
would've   31:22
write   37:24
writing   24:7
written   37:9
wrong   13:7 21:9
  35:19
wrxguy   44:10,11
  44:13,17,25 45:7
  45:19 47:12
  57:7,9 62:4,14
  62:19,21 63:2,14
  63:18,23 64:1,8
  64:15,22 65:20
  66:3,7,13 67:2,7
  69:11,19 70:2,12
  70:17

                x

x   16:25 17:7,11
  17:17 18:7,14,14
  19:12 21:1
  65:25 66:22
xs   17:12

                y

yeah   2:24 3:6,9
  3:10,20 4:3,4,9
  4:21 5:13,24 6:5
  6:8,16 7:8 8:2
  10:1,3,13,18,22
  12:9,10,12 13:4
  13:11 14:5
  15:20,25 16:4,22
  17:1,9,13,14,24
  18:8,10,13 20:3
  20:4,10,13 21:4

21:16,18,24 22:4
  22:24 23:3,11
  25:14 26:14,23
  27:5,12,18 28:5
  28:16,25 29:19
  29:23,25 30:5,25
  31:5,7,9,14,18
  32:23 33:1,3,9
  33:17,21,21
  34:22 35:11,23
  36:4,5,21,24
  37:5,7,11,12,16
  38:1,8,14 39:8
  39:17,23 40:6,11
  40:16,19 42:21
  43:11 44:16,24
  45:5,15,15,18
  46:2,2 49:14,17
  49:18,19,24
  50:13,22 51:3,10
  51:14 52:24
  53:8,15 54:6,12
  55:3,9,10,17,21
  56:10,25 57:2,19
  57:25 59:1,19,20
  59:25 60:3,22
  61:4 62:18,20
  63:1,13,17,22,25
  64:3,7,7,13
  65:20 66:1,1,3,6
  66:12 67:6
  68:12 69:11,18
  70:1,16 71:1
  72:7,12,15 73:3
  73:6,11,24 75:5
  75:5,17,17 76:9
  76:10 77:24
  78:13,23,25 79:5

KOMINERS_004284

79:18,20,23
81:10,13,20,25
82:2,20,20 83:3
83:13,14,14,24
83:25 84:9,14
**year**   11:8 41:16
41:17 69:21
81:17
**years**   15:24
51:19,19 55:15
**yep**   62:13
**yo**   2:1 37:12
44:11,12 55:5
74:24
**york**   53:4
**young**   25:10
**youtube**   51:23
**yuga**   14:17

**z**

**zero**   13:12

KOMINERS_004285