# Exhibit 4

Page 1

1

2

3

4

5

6

7

8

9

10

11   **Hermès International Et Al. v Rothschild, Mason**

12   **Twitter Space recording**

13   **August 23, 2022**

14   **Parts I & II**

15

16

17

18

19

20

21

22

23

24

25

Page 2

1   Part I

2            MASON ROTHSCHILD:  What's up, guys?

3   I'll let it fill in for a second.  I'm just going

4   to grab some water real quick.

5            All right.  I feel like I should bring

6   up maybe a few people.  I'm bringing up Nick and

7   stuff like that to kind of like maybe ask some

8   questions and stuff that you think people might

9   want to hear, and definitely like raise your hand

10  too.

11            I'll keep it pretty open, so like

12  whenever I kind of finish a statement or

13  something like that, you guys can ask questions

14  and I can kind of expand on things to a certain

15  extent.  I don't want to give you guys like

16  everything that we're working on right now, but I

17  would love to kind of like, you know, get the

18  ball rolling, and get you guys thinking about the

19  things and projects that I'm working on, and see

20  if you have any input, and, you know, kind of

21  like see if you want to be a part of whatever I'm

22  kind of working on.

23            I kind of started a mini Telegram a

24  while back where people can kind of pose

25  questions and stuff like that to help me along

1   with the process of thinking of these different

2   kind of projects and platforms.  But yeah, I

3   would to kind of just start.

4           Obviously the name of this kind of

5   space is What is Gasoline.  Some of you guys know

6   that I kind of started this outside company

7   called Gasoline, and it's kind of like an

8   umbrella company where a lot of my projects will

9   start falling under.

10          Main focus is kind of like to do cool

11  things in this space that are a little bit

12  different and a little bit like -- from being in

13  the space for, you know, almost two years now and

14  kind of just seeing how everything moves is

15  really kind of taking note of like what works and

16  what doesn't and, you know, what holes are in

17  this space, and where we can kind of capitalize

18  and improve on things.

19          I think that's like a big part of, you

20  know, improving the space that we like, that is

21  like web3 and blockchain technologies, and seeing

22  how far we can really take it to get more widely

23  adopted by like the general public.

24          You know, that's one of the biggest

25  things that I've decided to kind of dedicate most

Page 4

```
1    of my time and energy to because, one, you know,
2    I really love this space.  And I think it has,
3    you know, the utmost potential.  You know, I
4    definitely think it's the future of how we
5    function, we realize things, and I think once
6    it's accepted and understood by most people, then
7    it can really start getting the wheels going on
8    something super special.
9                So yes, I mean, Gasoline kind of in a
10   nutshell is like a full-on like web3 native
11   company working on different things like building
12   infrastructures and technologies.  You guys
13   probably saw like what I tweeted earlier, which
14   is like a little platform that we're working on
15   called Coms.  To have more of a web3, blockchain
16   native chat platform that isn't, you know,
17   Discord -- you know, Discord with all the hacks,
18   it just -- it's not built for web3.  Nor do they
19   ever claim to be built for web3.  People just
20   kind of like plugged into the infrastructure they
21   created and, you know, made a bunch of bots and
22   all these different types of things that kind of
23   latch on to what their base technology is.
24                But I mean, even they have come out and
25   said like, you know, like, "We're not a web3
```

Page 5

1    platform.  We're gaming and community at heart,

2    but, you know, there isn't really much web3

3    infrastructure that you're going to see in the

4    near future."

5            So kind of took the initiative to build

6    upon that and kind of expand on something that is

7    desperately needed to kind of deter the hacks,

8    provide more like trust and safety in the space

9    because that's a big key in any kind of business

10   is the trust and safety aspect and, you know, on-

11   boarding people when, you know, a space is as

12   sketchy as web3.

13           You know creating these wallets and

14   seed phrases and all these like bad links, and

15   hacks, and phishing, and whatever is really

16   important to me because I feel like people who

17   have a bad experience, you know, as like one of

18   their first kind of experiences in the space as a

19   whole has been super rough.  You know, like you

20   get turned off to the space that is really,

21   really exciting and has so much potential but

22   like one bad experience can really set you down a

23   really bad path and can have some pretty big like

24   financial implications.

25           So I really wanted to start developing

```
                                            Page 6
 1   a platform that kind of spoke to all these
 2   different things and spoke to the ability -- now
 3   knowing like all the different kind of issues
 4   that we have with Discord and other chat
 5   platforms when people come to, you know, creating
 6   these communities and developing different tools
 7   is something that could be like fully centered
 8   around like web3-based things, you know, token
 9   gating, all native to the platform as opposed to
10   having all these different bots and plug-ins that
11   can easily be hacked.
12             So that's kind of what Coms is.  That's
13   kind of the engineering arm of what Gasoline is
14   working on right now amongst other things.
15   That's kind of like one of the biggest things
16   that we're working in right now that's the most
17   exciting.
18             And when it comes to the other stuff
19   that I've been teasing on Twitter, there's a
20   project called Rodeo that you guys will start
21   seeing more and more information about.  I kind
22   of took like the Wild West similarities that kind
23   of web3 had -- or has today where it's, you know,
24   it really is a Wild West of like people kind of
25   figuring it out, and you know, like my bio has
```

Page 7

1    always said like web3 cowboy because it's

2    something that kind of resonates with me.

3              And with Rodeo, I really wanted to kind

4    of create a smaller project, like not a 10K PFP

5    type thing.  I want to do something a little bit

6    more art-centered.  And knowing my background

7    from the fashion side of things, like working on

8    kind of like western fashion and stuff like that

9    to kind of create these characters.  There's

10   multiple kind of like body builds and stuff, and

11   there's supposed to really be kind of a

12   representation of who people's web3 identities

13   are.

14             That's a big thing, you know, being

15   able to kind of express yourself.  And I think

16   like (indiscernible) and stuff are doing a great

17   job of doing the same thing where, you know,

18   really being able to personalize your NFT over

19   time or find something that really resonates with

20   who you are as a person is key to developing this

21   web3 personality, expanding on the fact that like

22   you have this ENS or something like that that you

23   compare alongside of it and really start

24   developing who you are and what you choose to

25   kind of like portray yourself as in this kind of

Page 8

1    amazing space that is web3.

2            You know, it's not as traditional as

3    being like, you know, your standardized like

4    Facebook profile or anything like that.  You can

5    really kind of choose to be who you want to be,

6    and I think that's the cool thing about what

7    these projects are providing, and I think it's

8    going to be like the biggest thing moving forward

9    when you combine who you are like as an ENS and

10   what you are, like what PFP you rock as opposed

11   to, you know, just kind of like having these

12   loose-ended kind of personalities.

13           And I think people will really start --

14   you see it already where people are really

15   starting to develop out their brand, you know,

16   their web3 brand for the future.  And I think the

17   people who play into that now will be super

18   successful in the future, that's kind of a start.

19           But with Rodeo, we've already kind of

20   established a cool infrastructure where we bring

21   not only this kind of membership into, you know,

22   the traditional NFT project but we're partnering

23   with SoloHouse globally to host our web3 and

24   whisky kind of podcast, which is like another

25   kind of branch of Rodeo where we kind of give the

Page 9

```
 1    origin story of web3 creators and web3 kind of
 2    centric people to kind of -- yeah, like really
 3    tell what they came from because like when it
 4    comes to me, when it comes to a lot of people in
 5    this space, you know, two years ago, we weren't
 6    doing this.  You know, we were doing something
 7    completely different and something unrelated to
 8    what this is, but it all leads to the same place,
 9    which is web3 and where we come from is an
10    interesting story that I don't feel gets told
11    enough.
12              You know, I feel like a lot of people
13    just kind of see web3 people, and a lot of them
14    are anonymous and stuff like that and don't
15    really have like too much personality behind
16    them, and I want to kind of like pull that out of
17    people to help people understand where everybody
18    comes from because I think that's another step
19    into getting people to kind of lean into this
20    space is like giving it some humanity, giving it
21    some morality to the creators and the people who
22    are actually building it.
23              You know, I think doing these spaces is
24    a good way of doing the same thing and like why
25    I've been so much of a proponent of, you know,
```

Page 10

```
 1   talking to the community, you know, kind of being
 2   in the trenches, not being like a traditional
 3   like founder or creator is really like kind of
 4   getting the opinions of different creators, given
 5   the -- or community members listening in, seeing
 6   what -- how the space moves and kind of reacting
 7   based on that is kind of like my motto and my
 8   understanding of the space, and not kind of being
 9   this like, you know, head in the clouds or like,
10   you know, in the shadows, kind of just like
11   listening in.
12           Like I really love to do these types of
13   things and get people's opinions.  And you know,
14   that's the way I kind of develop my idea is
15   really listening to communities, listening to
16   people, listening to their friends, and really
17   bouncing ideas off of each other to really build
18   things that we need versus the things that I
19   think alone are just like the best ideas.  You
20   know, it's really bouncing it off people and
21   having like honest friends and honest community
22   members that will tell you that, like, "Yo, this
23   is a bad idea," or "We should do this," or "We
24   should do that," and being able to kind of pivot
25   off it.
```

Page 11

```
 1              So that's kind of like the Rodeo aspect
 2     of things.  And when it comes to the different
 3     things that Gasoline is doing, we definitely, you
 4     know, develop and advise for like a bunch of
 5     different like brands and consult for different
 6     people in the space because I think a lot of
 7     people like, you know, even from the days of like
 8     MetaBirkins and stuff have enjoyed my approach
 9     to, you know, doing things authentically, doing
10     things with an artistic kind of edge to them and
11     doing things that like aren't just an extension
12     of a product line.  They have a little bit more
13     thought behind them, so that's kind of what
14     Gasoline is, you know, to date.
15              There's a little bit more going on
16     behind the scenes, but I'll let you guys kind of
17     like leave that to having some patience and
18     seeing what we build and how we execute, but I'd
19     like to kind of answer some questions and, you
20     know, just let you guys in on a little bit of
21     what I'm working on.
22              It's been fun, you know.  Everybody
23     kind of here, you know, I see a lot of weirdos
24     that have been part of this like journey to
25     better understand the space and be able to
```

```
 1   execute projects like this.  And I'm glad to
 2   finally have this kind of like umbrella company
 3   that's so focused on like web3 infrastructure as
 4   well as projects, you know, both artistically
 5   driven and kind of like utility driven to really
 6   bring you guys the best of what there is, you
 7   know, like doing things at a high level, doing
 8   things with a high production level, and bringing
 9   people from the web2 space that, you know, are
10   professionals to create things that we truly need
11   in this space.
12              But yeah, I'll answer some questions
13   now, you know, or comments if you guys have any.
14              Nick, if you have anything that you
15   think I missed, you kind of have like a better
16   insight into like what I'm working on if I missed
17   anything.
18              NICK:  That's why I want to be careful
19   with what I ask.
20              MASON ROTHSCHILD:  Yeah.
21              NICK:  I guess the main thing that I
22   think is really interested to me is all of us in
23   here or most of us in here talk on a regular
24   basis.  Pretty much a daily basis in Discord.
25   And we've kind of created -- or not kind of.
```

```
                                        Page 13
 1   We've created these communities where people go
 2   to each other with a lot more than just web3,
 3   which is really cool.
 4             MASON ROTHSCHILD:  Yeah.
 5             NICK:  How do you see Coms kind of
 6   enhancing and building off that and, you know,
 7   what do you see improving off of that needs
 8   improvement?
 9             MASON ROTHSCHILD:  I mean, transparency
10   in this space is I think a big thing.  With Coms
11   and stuff like that, we run kind of like a full -
12   - we develop a full-on profile of people who join
13   the space.
14             So like I think you can see from that
15   screenshot there's like an ETH balance, or when
16   this wallet was created -- because like I think a
17   lot of people, you know, get kind of scammed into
18   like thinking like, "Oh, this guy has this, you
19   know, NFT or whatever, and stuff like that," but
20   you'll actually be able to kind of look into
21   this.  You know, have a brief snapshot of what
22   this person kind of like comes from.  You know,
23   like what kind of NFTs do they hold?  What
24   communities are they part of, you know, verified?
25   How much ETH do they have, you know, if they
```

Page 14

1   choose to display that?  And like when their

2   wallet was created.

3           It's kind of like as simple as like,

4   you know, if you see kind of a new account that's

5   newly established and stuff, there's a little bit

6   of less trust there.  You know, like versus

7   somebody who's had their wallet since 2019, hold

8   a couple NFTs, part of a few communities, and

9   have like different verifications.

10          So we're going to focus on creating

11  this kind of like reputation system or loyalty

12  system where like, you know, if you have your

13  Instagram link you get a star.  If you have your

14  Twitter link, you have a star.  You know, if you

15  verify with, you know, your Etherscan, you get a

16  star to kind of just like lessen the kind of

17  sketchiness that is web3.

18          You know, on Discord, you don't know

19  who the fuck you're talking to.  You know?  You

20  really have to check those like last four digits

21  on the Discord to make sure you're not talking to

22  the fake Spencer, you know?  They can copy your

23  PFP.  They can copy all this stuff.

24          But like we wanted to do that more

25  natively, and I think I -- yeah.  I've showed you

1  guys what that kind of looks like in my book, but
2  like really creating this trust and safety policy
3  that's integrated into the system that like, you
4  know, helps people just like identify a bit
5  better.  You know, people will utilize their ENS.
6  You can only kind of put a PFP if you own the PFP
7  or NFT as your profile picture on the space.  You
8  can't just like add some random PFP or anything
9  like that.  So there's no pulling like the wool
10  over people's eyes.  You know?
11          In addition to stuff like that, like
12  our token gating process within the platform is
13  pretty cool where you can create a community and
14  stuff like that.  You can create a public
15  community and a private community.
16          A private community would be like a
17  gated community, so token gated.  If you don't
18  hold the token, you don't get into the community.
19  You know?  So you're not going to be faced with,
20  you know, a lot of problems that I think projects
21  have, like PREMINT or like trolls and stuff like
22  that, people who don't even hold the NFT like
23  coming in there and talking shit, like all these
24  different types of things.
25          It's really built with communities on

                                              Page 16

1    Discord in mind where like I saw so many

2    different things and stuff fail within like

3    Discord communities and hacks.  You know, we were

4    a victim of one outlives.  You know, we

5    reimbursed with like 30-something ETH worth of,

6    you know, scams and stuff through a bad link

7    where one of like one of the accounts

8    compromised.

9            And really taking all these little

10   things into account and improving on them, and

11   it's easy to improve on them because we have

12   like, you know, technology that is web3 native.

13   You know, where we're reading these accounts and

14   stuff.  You know, it'll be a read-only command,

15   so you'll sign a read-only, so there's no risk on

16   that side.  It's really thinking every single

17   process through and like making sure that it

18   makes sense for our user.

19           Hopefully that answers your question.

20   I think that answers your question.

21           NICK:  No, for sure.  And I think it's

22   really interesting too when you look at the

23   transparency piece of it that you said.  You

24   know, like I'm looking in the crowd.  Like I'll

25   take Mercedes, for example.

1          MASON ROTHSCHILD:  Yeah.

2          NICK:  Like we know that's his PFP.  We

3     know that he -- that's his (indiscernible), but

4     there's a lot of people that often in Discords

5     and servers that you just have no idea who they

6     are or what they are from either side of it,

7     whether they're trying to be malicious or

8     somebody that they're not, or, you know, they

9     might be a real loyal person that just isn't as

10    well known in the servers as a lot of people.

11          So I think it's really cool that it

12    adds that transparency piece.  It's not

13    necessarily a flex.  It's just more of a -- it

14    creates a better situation for everybody and

15    growing the space.  So I think it's really cool.

16          MASON ROTHSCHILD:  Yeah, and obviously

17    we'll have the option to like -- you know, you

18    don't have to show your ETH balance and stuff

19    like that, but it'll be that extra step of like

20    verification if you choose to because I think

21    it's a pretty good indicator.

22          You know, like if somebody's trying to

23    trade you something, and they're like, "Oh, I'll

24    pay you like three ETH and stuff," and you check

25    their wallet, and like they've 0.01, then they're

Page 18

1  probably bullshitting you, you know.

2          So it's just like really little things

3  that will further this kind of trust and safety

4  within this space and like less people getting

5  duped will be a massive, massive improvement in

6  the long run that we wanted to make sure that we

7  attacked head on.

8          NICK:  It'll be interesting too how

9  founders take the state on this token-gated

10 approach and utilize it to their advantage and

11 the community's advantage to growing a project,

12 probably not a 10K.  I mean, maybe but growing --

13          MASON ROTHSCHILD:  Yeah.

14          NICK:  -- a project with really quality

15 people who they can vet and know are really

16 quality and, you know, giving out whitelist and

17 stuff based upon stuff like that instead of just

18 like a battle, you know, like a rumble or

19 whatever.

20          MASON ROTHSCHILD:  Yeah, and down the

21 line --

22          NICK:  So really growing upon --

23          MASON ROTHSCHILD:  Yeah.

24          NICK:  Yeah.

25          MASON ROTHSCHILD:  Go ahead.

```
                                           Page 19
 1              NICK:  Oh, I was just going to say
 2   really growing upon some of the downsides that
 3   we've experienced over the last year or so in
 4   web3 with, you know, all these people that are
 5   the most loyal people in the world in the servers
 6   until the day of mint and then just paper hand
 7   the shit out of everything.  So --
 8              MASON ROTHSCHILD:  Yeah.
 9              NICK:  I think it's a really cool
10   solution, and I'm excited to see how founders
11   utilize that.
12              MASON ROTHSCHILD:  Yeah.  We definitely
13   want to build some metrics in there to really see
14   what that loyalty looks like.
15              You know, we have a badge system that
16   I'm super excited about, you know, where, you
17   know, you can kind of gamify loyalty within your
18   servers where you can kind of, you know, do
19   little badges like a supporter badge or something
20   like that, sort of like -- instead of like a --
21   what would be like the Discord equivalent?  Like
22   the early role or something like that.
23              Like having that kind of supporter
24   badge, you know, setting a metric in the server
25   where it's like, okay, like if this person joined
```

Page 20

1   on like Day 1 through 3 of the server, or

2   something like that, they get that kind of early

3   supporter badge.  And just kind of knowing who

4   these people are and being able to see it easily.

5   You know, like seeing message count, how much

6   they're talking and stuff like that.

7           And what I wanted to really achieve

8   here too is like there's not going to be a bunch

9   -- with Coms, there's not going to be multiple

10  channels and stuff like that.  It'll kind of just

11  be this big group chat because I want the focus

12  to be around the community, not like the

13  different alpha and stuff that your community

14  provides and stuff like that.  It's solely

15  focused on what people should be there for is,

16  you know, the project.  And simplifying things

17  because I feel like, you know, things get super,

18  super complicated with all these bots and

19  verifications and stuff.  You know, you won't

20  have to do like the (indiscernible) process or

21  the (indiscernible) process and stuff like that

22  because it's already built in.

23          Like it really simplifies the whole

24  vision of what we seek community as today.  So

25  yeah.  I'm mad excited about it.  I know you guys

Page 21

```
 1   are too.
 2           But yeah.  If anybody else has
 3   questions too, and, Nick, thank you for asking
 4   the questions.  That's -- I think that helps
 5   people kind of understand what the platform is
 6   built for.
 7           NICK:  Yeah, for sure.  I just have one
 8   lesser piece to add too because I think it's
 9   important that people realize from the ENS
10   perspective, you know, we're identifying these
11   people based upon a token-gated system that logs
12   them in with their wallet, go snatch up that name
13   right now while you can still get it.
14           MASON ROTHSCHILD:  Yeah.  I think an
15   ENS is important for that.  You know, like when I
16   was typing up that --
17
18   PART II
19           MASON ROTHSCHILD:  My bad, guys.  I
20   made a new move and should've charged my phone.
21   I was out and about today.  But we're back.  Let
22   me get Nick back up too.  That's my bad.
23           If you guys see my screenshots -- if I
24   ever send a screenshot in like I Like You, You're
25   Weird or something like that, you guys know that
```

Page 22

```
 1    my phone is always like on the edge of dying.  I
 2    don't know why it's like that, but I should
 3    charge it since I'm usually home.
 4              Nick, where did I finish?  What was the
 5    last thing that --
 6              NICK:  The last thing we heard was
 7    about identifying people through ENS things.
 8              MASON ROTHSCHILD:  Oh, yeah.  Yes.
 9    What was it -- oh, so like when I was coming up
10    with the description for what Coms is, I was like
11    it's a network for communication between web3
12    identities and wallets.  Right?  So like you
13    know, expanding on like what that web3 identity
14    is.
15              You know, mine is obviously like across
16    the board, it's like, you know, Twitter,
17    MasonRothschild; website MasonRothschild; Twitter
18    -- I mean, Instagram MasonRothschild, ENS
19    MasonRothschild.  Everything's just kind of the
20    same.
21              But for other people, it's so important
22    to develop this like -- this brand now.  You
23    know, it's still early.  Like I know people
24    always say that, but like, you know, reserving
25    these cool ENSes, you know, before they go super
```

Page 23

```
 1    crazy, the number ones have already gone super
 2    crazy, you know, in terms of price.
 3              But like even just getting your name,
 4    you know, is super important.  You know, back in
 5    the day trying to secure that cool gamer tag, you
 6    know, when a game first releasees, you know, and
 7    being able to secure like the cool one word
 8    versus like having like that -- the numbers after
 9    it like, you know, MasonxXx1234 or some shit like
10    that -- is super important because I think like
11    everybody wants that like clean factor.
12              I think that even adds to like the
13    whole trust and safety is like, "Yo, this guy has
14    been in this space," or "This guy like, you know,
15    bought the ENS that is like super clean and has
16    the PFP."  Like it kind of goes hand in hand with
17    the trust and safety that we're trying to achieve
18    here is, you know, building that personality,
19    making sure that hat personality is like, you
20    know, in the trenches, going through these
21    Twitter spaces, has the -- has the memberships to
22    this project and that project.  Yeah, like it
23    plays -- it all plays into each other.
24              Can you hear me, Nick?
25              NICK:  Yeah, sorry.  I can hear you.
```

Page 24

1           MASON ROTHSCHILD:  Okay.  Cool.  Yeah,
2   so like that's -- yeah.  In a nutshell, that's
3   kind of like, you know, what I thought about when
4   it comes to you know, the web3 identities.
5           It's interesting what -- I'm actually
6   pretty shocked that like nobody's really building
7   anything within this space, so to further it,
8   that's why like -- when it comes to like all
9   these PFP projects and stuff like that without
10   the lacking of like utility and things that you
11   can do  in the real world, I think people were
12   able to kind of harness that and really achieve
13   things that make people want to onboard into web3
14   are going to be the things that, honestly, like
15   you know, have the most growth over the next few
16   years.
17           NICK:  I think this is -- it's an
18   interesting topic because -- and it's something
19   we talk about a lot in the background.  But I'd
20   be interesting -- interested to hear what -- if
21   people want to come up on stage and talk about
22   what they feel is missing or, you know, what they
23   need from web3.
24           MASON ROTHSCHILD:  Yeah.
25           NICK:  Because we talk about this a lot

Page 25

```
 1    on how we can enhance things, and I always feel
 2    like it's a very project-based, or very alpha-
 3    based, or very --
 4              MASON ROTHSCHILD:  Yeah.
 5              NICK:  You know, like what are -- what
 6    are you giving me as a founder -- or from the
 7    founder, but it's never about longevity and ways
 8    that we can improve upon things that we already
 9    do on a regular basis, so I'm just interested to
10    hear people's thoughts I guess on that.
11              MASON ROTHSCHILD:  Yeah.  No, that's
12    the only way we can actually like build cooler
13    things is getting everybody's input into like
14    what they think.
15              I challenge everybody to like think
16    bigger.  You know, not think from a project-based
17    standpoint, but think in like the overall
18    viewpoint of like what web3 is and where you see
19    it going.
20              When I was explaining like web3 and
21    like blockchain technologies to some friends, it
22    was like a lot of people see it as this like very
23    scary -- like you've got to be a computer hacker
24    and stuff like that to participate, but honestly,
25    like the way I see it, it simplifies a lot of
```

Page 26

1    things, and I think that people need to

2    understand that it does do that.  You know, like

3    it simplifies membership.  It simplifies, you

4    know, data and analytics.  It simplifies a lot of

5    things, and it really leans into trust and

6    safety.

7              And I think, you know, with how heavy

8    Apple and stuff like that push trust and safety,

9    you know, they have that little symbol now where

10   it's like the apple turning into a lock, that's

11   what their focus is because people want to

12   protect their data.  People want to protect, you

13   know, their identity and all these different

14   types of things.  So I think web3 itself really

15   leans until that whole idea.

16             NICK:  I've read actually -- not to

17   call you out or anything, Stacy.  I'm sorry.  But

18   I've read a lot about what you've talked about on

19   this very topic and how your point of view and

20   David's point of view from a safety perspective

21   plays such a huge role in the progression of this

22   space.  I don't know if you want to share any of

23   that, but I know that you've been pretty vocal

24   about it.

25             MASON ROTHSCHILD:  Yes, Stacy.  Pull

1   up, yeah.  Or anybody, don't be shy.  I see some

2   familiar names and stuff in the crowd.  Even if

3   you have a comment, feel free to pull up.

4               STACY:  Hey, hey.

5               MASON ROTHSCHILD:  What's up, Stacy?

6               STACY:  Hey.

7               NICK:  What's up, Stacy?

8               STACY:  Now that you guys called me up

9   -- I was going to say since the call dropped,

10  please feel free to blame David just so you guys

11  can say the three words.

12              MASON ROTHSCHILD:  Yeah.  Fuck you,

13  David.

14              NICK:  Fuck you, David.

15              MASON ROTHSCHILD:  No. Yeah.  I've

16  really got to start charging my phone during the

17  day.

18              STACY:  No worries.  And so -- but

19  yeah.

20              I think that web3 definitely needs to

21  shift into a place to where like now that we have

22  experienced it as that Wild West component, we

23  need to tame the Wild West by incorporating those

24  strong securities that are very lacking to where

25  people can feel comfortable with going, and

Page 28

```
 1   networking with people, building wealth,
 2   collecting digital assets, making digital assets,
 3   and not having to worry about getting scammed,
 4   and knowing that that is not going to be a space
 5   that's going to be welcome for that kind of
 6   activity.
 7             MASON ROTHSCHILD:  Yeah.  We definitely
 8   want to deter.  I think that's a start, you know,
 9   is deterring the type of people that want to like
10   make an easy buck off, you know, somebody else,
11   or just like anything malicious.  You know, this
12   kind of gets rid of a lot of that.
13             When we were building it -- and, you
14   know, we still are building it with that in mind,
15   you know, like the malicious nature of the space
16   is something that we really want to get rid of
17   because, yeah, I mean, it all comes down to
18   onboarding.  The simpler you can make something,
19   the safer you can make something, the more people
20   want to join in.  And I think if we really want
21   to see this whole thing succeed, we need more
22   people to be on board.  And that's -- this is
23   what gets it started.
24             STACY:  Absolutely.  And I feel that
25   the safer that the space gets -- like you can
```

```
                                          Page 29
 1    have the most valuable Board 8, but if there's
 2    word of like, "Oh, yeah, just like by a click of
 3    a wallet, my crap got swiped," that's --
 4              MASON ROTHSCHILD:  Yeah.
 5              STACY:  -- not going to encourage new
 6    people into the space.  And so we as a community
 7    and also as a space need to figure out how do we
 8    make this more secure to make it more comfortable
 9    to and inviting for more people to join in?
10              MASON ROTHSCHILD:  Yeah.  Exactly.
11              Heroe, what's up?
12              HEROE:  Yo, what up, guys?  Can you
13    guys hear me?  I got my AirPods on.
14              NICK:  Yeah.  It's good here.
15              HEROE:  Yo, what up, guys?  So yeah.  I
16    love the topic.  It's pretty much like one of the
17    better interesting like conversations.  Like I
18    really enjoy to like just chat in and talk about
19    it.  It's ice really fun even that's out of
20    ground group with Gasoline or like always looking
21    forward to that type of -- like I always wanted
22    to foresee web3 to eventually try to push this
23    way.
24              I just wanted to add because I was
25    recently -- you know, I was able to go to an
```

Page 30

```
1    event that was -- initial invitation was like via

2    token gated, and I just wanted to like, you know,

3    share that.  I thought that was pretty cool when

4    you mentioned about being in the same group or

5    maybe in the same community with people who are -

6    - because everybody talks about like, "Oh, we're

7    all like-minded individuals," right?

8              MASON ROTHSCHILD:  Yeah.

9              HEROE:  And like I like something that

10   you touched about there.  You're like yeah --

11   until I think it was Nick who said but when it

12   comes to mint date, like people just like vanish

13   or paper hand.

14              I like, like this conversation that

15   you're creating just because it's like -- it's

16   not only token gated, but you're kind of like

17   checking the temperature of like how loyal and

18   how down have you been?  And also there's this

19   metric -- there's this website somebody shared on

20   the -- on the I Like You, You're Weird website

21   where I was able to see like the percentage of

22   how long somebody was holding.

23              MASON ROTHSCHILD:  Yeah.

24              HEROE:  For the Weirdo, so I thought

25   that was pretty cool because I'm like, like you
```

1    said, right?  There are people that can be in the

2    same project but you can't really like check

3    their temperature, so just food for thought,

4    right?  Like generally speaking, it would be

5    pretty cool to see something that, like you said,

6    it shows you how long someone's been in the same

7    project as you, and then --

8              MASON ROTHSCHILD:  Yeah.

9              HEROE:  -- just because you can really

10   feel like, hey, like this person has like 100

11   percent like the same vision as I do.  They see

12   the project the same way as opposed to somebody

13   joining in and becoming a holder and having the

14   same access to the exact same thing, and then

15   being able to obviously like just do whatever

16   they want with like their piece of whatever.

17             They have the freedom, but it -- I

18   think that's really dope that you're trying to

19   push this space to where it's like able to gauge

20   the temperature and then also creating more

21   security for like the space.  Because you said,

22   right, like it's true people want to come

23   onboard, but it's kind of like this dark cloud

24   over it where it's like, oh, crypto.  Because I

25   remember when I was like buying Ethereum like in

1    2016.  Like people were looking at me like, oh,

2    like you're fucking -- like you're hacking and

3    all that shit.  I'm like what?

4              MASON ROTHSCHILD:  Yeah.

5              HEROE:  It's just crypto and shit.

6              MASON ROTHSCHILD:  Because I feel like

7    the connotation with like you know, crypto itself

8    -- you know, not even like web3 and stuff -- is

9    like, "Oh, you do crypto?  Do you buy shit off

10   Silk Road?  You buy like guns and drugs?"

11             HEROE:  Yeah.  Exactly.

12             MASON ROTHSCHILD:  You know, like --

13             HEROE:  Like it had that cloud, so I

14   think it's like super dope, like Gasoline has

15   been like -- when you teased it and then I was

16   able to jump in the Telegram, like I was always

17   hyped for it because to me -- I don't know if

18   this is like -- this is my thought, right?  Like

19   Gasoline to me was like fueling the future.

20             MASON ROTHSCHILD:  Yeah.

21             HEROE:  Like literally.  You get me?

22   Like fueling?

23             MASON ROTHSCHILD:  Yeah, no.  It has a

24   fuel connotation, yeah.  Gasoline itself like --

25             HEROE:  Right.

```
                                              Page 33

 1            MASON ROTHSCHILD:  -- when I was

 2   thinking about things -- when I was naming it,

 3   you know, I was like, yeah, Gasoline, like I have

 4   my like -- my motorsport kind of addiction.

 5            HEROE:  Right.

 6            MASON ROTHSCHILD:  You know, I love

 7   like just the fuel and stuff like that, but then

 8   like, you know, fossil fuels and stuff like that,

 9   gasoline, and it's like, you know, dinosaur age,

10   and this is kind of like the new age, so it has a

11   little bit of a contrast on that side.

12            And when it comes to all the stuff that

13   I'm like building, yeah.  It's like adding gas,

14   you know, to the flame and being able to kind of

15   make things a little bit bigger, think bigger,

16   make bigger like kind of noise or like

17   explosions, I guess you could say, you know, to

18   really kind of like move the space forward.

19            Yeah.  That's everything that's like --

20   you know, that I kind of stand for as like a

21   creator in this space.  So it's really like -- I

22   really feel like I'm kind of like in my element

23   being able to kind of have the assets and have

24   the team to be able to achieve these different --

25   these different things.
```

1            HEROE:  100 percent.  Like I think it

2    was like -- that's really like what kind of like

3    wanted me to hear more about Gasoline because

4    like I was like, damn, if it's like the right

5    people asking the right questions trying to push

6    it in the right direction -- because like you

7    said, like it's kind of -- for myself, right,

8    just speaking as somebody that is like pretty

9    much a consumer, right, because I'm not in the

10   team or anything, but it's like that's why I

11   don't really buy a lot of NFTs because I feel

12   like it's kind of diluted into like PFPs.

13            And it's like, okay, I have a JPEG.

14   Now what?  You get me?  Especially being from

15   like kind of a background where a lot of my

16   friends are artists or creatives, and I get

17   access to like the events, I'm like, damn, it

18   would be cool if like more projects start token

19   gating events, like I think we had this

20   conversation last time about like proof of

21   attendance, like saying, "I was here this day,

22   and so was this person," based on the blockchain.

23            MASON ROTHSCHILD:  Yeah.

24            HEROE:  I was able to go through

25   another project, able to like book my reservation

Page 35

```
 1   with like Puma.  It was token gated.  You can't
 2   even access the site without that specific token.
 3   And then once you have that token, it allows you
 4   to book your reservation.  Once I got there, I
 5   was able to confirm a reservation because I had
 6   that blockchain transaction.
 7            So I just thought that was sick because
 8   I'm like if bigger venues can do this, it's like
 9   I was here on those days.  So-and-so was here
10   with me.  And it's like we're here at the same
11   place, same time, for the same cause.  It's like
12   -- it was just pretty sick.  When you think about
13   it, I'm like -- that's pretty insane like to
14   think like if they can do that on a larger scale
15   with like mass adoption, I think that's like
16   literally the future.  That's fucking sick, so
17   that's my little two cents, man.
18            MASON ROTHSCHILD:  Yeah.
19            HEROE:  I'm happy to be here.  I think
20   you're doing something super sick.  I'm super
21   excited about like pretty much a lot of pretty
22   cool stuff that you're rolling out.  It's like
23   stuff that I personally love to see because I
24   want to see like it being pushed more forward.
25   And I'm all for like innovation and doing like --
```

```
 1   okay, we did this, but like what's the next vibe?
 2   Like what are we doing next?  You get me?  So I
 3   just salute to you --
 4              MASON ROTHSCHILD:  Yeah.  Thanks, man.
 5              HEROE:  -- about like you know, a lot
 6   of cool stuff, man.  So big fan.  You got my
 7   support.  Team is awesome too, like Justin
 8   Spencer, (indiscernible) so it's been pretty cool
 9   this couple of last weeks, you know, getting in
10   the chat with you guys a little bit.  So that's
11   my little two cents for today, man.
12              MASON ROTHSCHILD:  Yeah.  1,000
13   percent.  Thanks for the constant support, man.
14   I really appreciate it and always giving me like
15   your two cents.
16              But yeah.  I mean, like I think we have
17   something cool.  And you know, when it comes to
18   being -- you know, everybody here is still like
19   an early adopter of, you know, the space.  You
20   guys took the plunge and took the risk into
21   trying.
22              And I think for a lot of people -- I
23   can say that for most of you, I feel like it's
24   paid off.  It has for me, and it's like, you
25   know, you always have kind of this -- I hate
```

Page 37

1    saying like the community word all the time and

2    stuff, but it's like at the end of the day,

3    that's really what you kind of gain by being part

4    of this space.  Like doing community at a way

5    different level, a way more immersive level than,

6    you know, you know, friendships and relationships

7    that have ever been done in the past.

8              And I think like being able to kind of

9    supplement that growth is a crazy thing for like

10   not only people who are just kind of like looking

11   to make a buck, but like honestly it's probably

12   great for your mental health.  It's probably

13   great -- like I think people who are not normally

14   social like in real life and stuff like that are

15   probably way more social these days.  You know,

16   like people who are homebodies actually have

17   people to speak to on a daily basis.

18             That's exciting in itself.  You know, I

19   think it's its own form of therapy, getting into

20   the right communities, finding where you kind of

21   -- you can live and where you can kind of thrive

22   is a big part of why people who are in it are so

23   sold on this idea already is it's definitely

24   something special.

25             What's up, Pasty?

```
 1            PASTY:  What's happening?

 2            NICK:  Speaking also -- sorry.  Just

 3    one more quick thing.  Sorry, Pasty.

 4            One more quick thing is add so much

 5    more solidification to the space as well and as

 6    well as your brand.

 7            MASON ROTHSCHILD:  Yeah.

 8            NICK:  Solidifying, you know, the

 9    growth forward and being more than just a PFP or

10    more than just, you know, something -- a JPEG

11    that you're selling is the future.  I mean,

12    that's what's going to last in this space, and

13    being able to grow upon that and hear -- you

14    know, we walk about community, like you said a

15    lot -- but hear the community and hear what

16    people need and really want.  The more normalcy

17    and the more solidification we get, the easier

18    it'll be to grow and to scale.

19            MASON ROTHSCHILD:  Yeah.  And that's --

20    I mean Heroe touched on a good word.  It's like

21    that mass adoption.  Like how do we get to that

22    scale -- or that stage of mass adoption?  And I

23    think, you know, what we're doing with Gasoline

24    is actually like, you know, supplementing that

25    idea of mass adoption, making things easy for a
```

Page 39

```
 1    lot of people, making things safe, and making it
 2    like worthwhile is probably like the biggest
 3    thing, you know, having that constant
 4    relationship and being able to build that both in
 5    a physical sense as well as a digital sense, and
 6    kind of incentivize projects to do more and think
 7    bigger than just like, you know, this digital
 8    product.
 9              NICK:  Sorry, Pasty.  I rugged you.  Go
10    for it.
11              PASTY:  All good, bro.  I just kind of
12    wanted to add on to that, like the community
13    thing.  I know we talk about it a lot, but I
14    really do love this community.  I think like as
15    far as you said with mental health, like, you
16    know, it's kind of weird that you can just kind
17    of own a Weirdo and kind of get therapy from the
18    community as much as you can.  Like I talk to
19    everyone in that Discord every day -- every day.
20              MASON ROTHSCHILD:  Yeah.
21              PASTY:  And like, you know, if there's
22    ever -- if any Weirdo ever has like an issue or a
23    problem, it's kind of good that we can fall back
24    on each other and kind of help each other.
25              Like I was having a -- I having a
```

Page 40

1   really hard time like quitting pot over the past

2   few days, but thank God I got in that Discord and

3   got a lot of motivation, you know, from

4   everybody.

5            MASON ROTHSCHILD:  Yeah, no.  It's

6   crazy too because like I feel like, you know, in

7   these -- we're still somewhat anonymous in a

8   sense.  You know what I'm saying, like when it

9   comes to these Discord users?  Me a little less

10  than most people, but like it's cool that you can

11  kind of just jump into the space and nobody's

12  really judging.  Like at the end of the day,

13  you're all part of this one project and stuff.

14  Like you can be yourself because nobody's really

15  going to like wreck you for being who you are.

16  You know, and you'll probably find somebody

17  because these projects have such scale to them.

18  You'll probably have somebody who like either

19  went through the same situation or is going

20  through the situation that you can kind of like

21  lean on.  That's a pretty like underrated thing

22  that I feel like people don't really understand

23  when it comes to these project is like, yeah,

24  it's free therapy.

25            PASTY:  It's the most underrated thing,

Page 41

1    I feel.

2              MASON ROTHSCHILD:  Yeah.  No, that's an

3    -- it's a great point you made.  Yeah.  Something

4    rough happened in real life and stuff like that,

5    just hop on the Discord.  See what's up.

6              NICK:  It's a really cool thing is

7    people develop too, and you see people getting

8    artist talents out or, you know, maybe wanted to

9    do dev work themselves or grow upon their web3

10   journey just literally from starting out chatting

11   in Discords and growing upon that.  It's really

12   cool to watch.

13             MASON ROTHSCHILD:  I mean, yeah.  Like

14   perfect example is like I mean two listeners in

15   here, fucking Mookie, Danielle who I met through

16   I Like You, You're Weird, and now she's like my

17   lead web designer.  She's the one working on you

18   know, Coms, working on Gasoline, and stuff like

19   that.  Like that's through -- that's through I

20   Like You, You're Weird.

21             Even Charlie down there is like you

22   know, he's basically my partner in a lot of these

23   different things.  He's like my engineering arm,

24   and we met through a project, like technically

25   through MetaBirkins and stuff like that, so it's

1    pretty incredible what you're able to build from
2    just being in this space.
3              If you apply yourself and like you
4    know, find the right people, you're golden.  You
5    can -- you know, the sky's the limit on what
6    you're able to achieve.  And, you know, like I
7    highly encourage people to kind of like think in
8    the same way.  Like find a group of people within
9    your given community and start just kind of
10   chatting, seeing what you can kind of develop
11   because like it's a gold rush right now.
12             You know, and like creating cool
13   technologies that you think will work and just
14   kind of applying yourself is a big thing.  And
15   honestly, if you guys have any good ideas and
16   stuff like that, run them by me.  Maybe they
17   become part of the Gasoline ecosystem because,
18   you know, we have the resources to build these
19   things and take ideas to products, you know, and
20   actually engineer them out and develop them.
21             So my DMs are open on Discord, so
22   definitely like reach out if you have something
23   you want to pitch, and then we can kind of see
24   how we can -- we can do something with it.  I
25   think that's like a -- that's something that I

Page 43

1  always want to like provide because like I mean
2  the biggest -- the best ideas and stuff come from
3  this communication, and I think that's why like
4  all these different founders do so many spaces
5  because they get the opinions, and they kind of
6  like challenge you to push an idea a little bit
7  further.
8            NICK:  I think it's worth noting too,
9  like coming from somebody, Mason, that talks with
10 you literally every single day, like you can see
11 your gears grinding at all times.  So I think its
12 important people know that like when you say
13 that, you're real about it.  Like you're really
14 open to and genuinely love talking about the
15 growth and development of the space and people,
16 and our future, and things that we can do that
17 are -- is dope shit, you know, how we can
18 progress.
19            And I know it's been really cool for me
20 just watching things progress, you know, kind of
21 as you're working, and talking, and going through
22 things, and I know a lot of the things on the
23 background have come literally just from having
24 conversations and talking it out.
25            MASON ROTHSCHILD:  Yeah.

```
 1          NICK:  I think that's so cool to have
 2   these conversations in this space, especially at
 3   this point because we are so early on.  People
 4   collectively as a whole are a better army than
 5   just one person.  So I think it's really cool,
 6   and it's one of the things that you definitely
 7   excel at.
 8          Sorry.  Dawson agrees too.
 9          MASON ROTHSCHILD:  No, I appreciate
10   that.  Man, you guys see firsthand.  Spencer,
11   Andrew, Justin, you guys see firsthand like all
12   the bullshit that like goes through my head, and
13   then like, okay, this is an idea.  And then it
14   gets crazier and crazier, and sometimes it stems
15   off into something that's like completely
16   useless, but then I keep going at it.  You know,
17   like I hit up Mercedes, and I'm like, "Yo, what
18   do you think of this?"  You know, like I get
19   different opinions and stuff, and that really
20   helps me like just get to where I want to be, you
21   know, mentally when it comes to developing
22   something, whether it's a project, whether it's
23   art, whether it's like a platform or something
24   like that.  Like it's all the result of
25   collaboration.
```

1           Then that comes to Coms.  We named it

2    Coms because it's focused on communities and

3    communication.  You know, like it's definitely

4    like, you know, something simplified.  It's just

5    like that's the basis of all great things is like

6    having the community that you can speak to, and

7    then actually applying yourself within that

8    conversation and communicating with each other.

9    That's the only way we're going to kind of create

10   cool things in this space, and start like seeing

11   the space kind of like move, I think.  Because I

12   definitely think it needs a little bit of a

13   reinvention to actually get some legs to get that

14   mass adoption.

15           NICK:  I don't even know if the space

16   had time to really vet itself to what it truly

17   could be.

18           MASON ROTHSCHILD:  Yeah.  It really

19   hasn't.

20           NICK:  It just -- yeah, it just kind of

21   took off to what we know it as now, and

22   everybody's like, "Holy fuck.  How did we -- how

23   did we get here so quick?" and this isn't even

24   really what it's going to be going forward.  So

25   how do we kind of take a step back and really

```
 1   develop this kind of backwards the right way?
 2            MASON ROTHSCHILD:  Yeah.  There are
 3   very few like infrastructures that have been
 4   built thus far that are like I think long-
 5   lasting.  I think PREMINT is a really cool
 6   technology.  I think tokenproof is an amazing
 7   technology.
 8            You know, I think a lot of the stuff
 9   that like -- like the proof team utilizes, like
10   the Moonbirds' team, the Proof team deputize are
11   really like pushing things forward in the space.
12   That's why I really look towards them when it
13   comes to developing product and putting things
14   into perspective to see like, you know, how would
15   this work?  Would it -- would it fit into that
16   ecosystem?  Because they're doing like really
17   good things that are really like pushing the
18   space forward.  I think they have so much more up
19   their sleeves.
20            I think there's so many technologies
21   that have been created that are a little bit like
22   -- if they don't reinvent, they'll be obsolete
23   pretty quick.  So it's really a battle of
24   creating something that stays within that pocket
25   of being able to either pivot or evolve over time
```

Page 47

```
 1   with this space that moves so fast.
 2              NICK:  You touched on that earlier too
 3   with web3 and whiskey.  And I don't know how much
 4   -- you kind of gave a synopsis of it, but --
 5              MASON ROTHSCHILD:  Yeah.
 6              NICK:  That's one of the things I think
 7   is going to be really cool going forward because
 8   I know one of the big inspirations for you is,
 9   you know, is Proof and looking at growing that
10   podcast is going to be really exciting.
11              MASON ROTHSCHILD:  Yeah.  Like I said,
12   I want to bring more humanity to the space.  Like
13   it's important for people to realize that like
14   we're human too.
15              Like when I was going through that
16   whole -- like I got super sick like with long
17   COVID.  I still am like super sick.  I got a
18   fricken IV earlier today.  Like that was like
19   real.  You know, and like I let people know.
20   Like, "Yo, I feel like shit.  Sorry, guys.  Like
21   this is real.  Like this is something that I have
22   to put at the forefront of things."
23              But I feel like a lot of founders and
24   creators in the space like just try to portray
25   themselves as kind of like untouchable, like the
```

1  Zagabonds and stuff of the world who are kind of

2  like above all else.

3           I didn't want to be like that because

4  like at the end of the day, you guys know me.

5  Most of you all know me.  I'll hop into VC and

6  stuff like that, and just like chat your ear off.

7  You know, people have reached out to me like even

8  in MetaBirkins days.  Like somebody had an issue

9  and stuff like that.  I called them on Discord,

10  like even though I am getting a little bit

11  busier, I still try to make time for everybody

12  because, like, I mean there -- it's hard to get

13  this much support behind you.

14           And I think that's like generally what

15  keeps me going, and that's what's kept me going

16  web3.  You know, like with Terminal 27 and stuff

17  like that, we've always had the support of people

18  to be able to kind of like play out our dreams

19  and create -- like it sounds a little bit cheesy

20  sometimes, but like shit, we made -- we started

21  terminal last like March, and then we were voted

22  best boutique it's just like that's the -- and

23  then we were vote best boutique in America by

24  Vogue in November.  And you know, now we're, you

25  know, a year and a half in, and we're opening a

Page 49

```
 1    6,000-square-foot space in Japan.  You know, like
 2    that's growth, and I don't think that comes from,
 3    you know, kind of waiting in the wings, waiting
 4    for somebody to do something.  Like we've kind of
 5    like became masters of our own universe and like
 6    are just like doing what we feel is right, you
 7    know, and not letting anybody kind of speak to
 8    that.
 9              Because like I will tell you like when
10    it comes to Terminal and like being in the luxury
11    retail space in a competitive space like Los
12    Angeles, it's definitely not easy.  But, you
13    know, we're launching our web3 platform in late
14    October or late November.  We're utilizing a lot
15    of these technologies that I see like fit in
16    web3, and bringing them into web2 and being like
17    one of the first ecommerce platforms and stuff
18    like that to really utilize blockchain technology
19    to scale.
20              Anybody else have any questions?  Feel
21    free to ask.  You can ask anything that kind of
22    goes toward that whole concept of humanity.  Like
23    it doesn't even have to be related to like, you
24    know, what we just spoke about.
25              Like I said, I'm always here.  Like if
```

```
1    anybody is kind of itching to do something in
2    this space and wants a little bit of advice or
3    something, like I'm literally here.  I think I
4    respond to almost everybody like asking, "Like,
5    yo.  I have this idea."
6              Like I forget who it was.  It was
7    somebody in I Like You, You're Weird was like,
8    "Yo, I want to -- I have a taco truck, and I want
9    to expand to brick and mortar."  And I was like,
10   "I don't really know anything about food and
11   beverage, but here's my two cents."
12             You know, like -- I'm always here.
13   Like I'm always here to listen.  I'm always here
14   to like give you guys my best kind of opinion on
15   something.  You know, whether it's right or
16   wrong, I'll always keep it straight with you.
17   And yeah.  Like I just want it to be as open of a
18   conversation as possible.
19             We're still like a small group.  I
20   don't think I'll ever get too big-headed to like
21   not do these types of spaces and talk to you all.
22   Yeah.  Hopefully that makes sense.  And, you
23   know, like if you've ever felt like you are a
24   little scared to approach and stuff like that, by
25   all means.
```

```
 1              Like I mean, I wouldn't have had like
 2    Nick here, and Spencer, Andrew, Justin, stuff
 3    like that, Nicky, as part of the team if they
 4    didn't just reach out.  And now we're like doing
 5    cool shit together.  So yeah.  I mean, it doesn't
 6    matter who you are.  It doesn't matter what your
 7    background is.  If you're not the most tech-
 8    centric person or anything like that, just fuck
 9    it, and just jump on it.
10              Let me --
11              PASTY:  I think you're doing a
12    fantastic job, Mason.
13              MASON ROTHSCHILD:  Thanks, man.
14              PASTY:  For everything -- for
15    everything that's going on in your life, I think
16    you're doing a great job.
17              MASON ROTHSCHILD:  Yeah, man.  Ask --
18              PASTY:  I have no complaints about
19    anything.
20              MASON ROTHSCHILD:  Yeah.  To kind of
21    like balance all this type of stuff, you know, I
22    Like You, You're Weird, Terminal 27, Gasoline,
23    even just like you know, I consult for a lot of
24    projects and stuff like that for like big brands,
25    you know, multibillion-dollar brands, dealing
```

```
                                            Page 52
 1    with obviously the MetaBirkins lawsuit right now,

 2    doing my legal stuff -- I did a deposition like

 3    three weeks ago, like 11 hours sitting in a

 4    deposition.

 5              You know, I'm -- that was another thing

 6    I was going to tell you guys.  I have like a very

 7    organized system of how I function and like

 8    manage all these projects at once.  And I was

 9    going to like tell people what -- like what apps

10    I use and what like different organizers and

11    stuff that I utilize to kind of like function at

12    this level.  Not that it's like a crazy level,

13    but you know, I put people onto kind of like

14    different workflows that help me kind of be who I

15    am.  But, Justin, I brought you up.  Justin

16    Colocho.

17              JUSTIN COLOCHO:  For sure.  Hey,

18    appreciate you getting me on.  Can you hear me?

19              MASON ROTHSCHILD:  Yeah.  What's up,

20    bro?

21              JUSTIN COLOCHO:  Okay.  How you doing,

22    bro?  So I had a question just because for like

23    the last couple years, I've kind of pretty much

24    like --

25              MASON ROTHSCHILD:  Oh, you cut out.
```

Page 53

```
 1            JUSTIN COLOCHO:  Can you hear me now?
 2            MASON ROTHSCHILD:  Yeah.
 3            JUSTIN COLOCHO:  Hello?  Okay.  Yeah,
 4  my bad.  I had someone calling me.
 5            No, so I just kind of got my feet wet a
 6  lot kind of on the music industry side, kind of
 7  just seeing that from like a production level, a
 8  producer level where I've just seen blockchain
 9  kind of be like the main driving force of how
10  like the music industry could just kind of change
11  from like the standpoint of being able to kind of
12  register every little action that -- let's say
13  from the standpoint of a recording artist, that
14  input.
15            MASON ROTHSCHILD:  Yeah.
16            JUSTIN COLOCHO:  Just because, you
17  know, there's typically a lot of lawsuits that
18  are associated with songs, copyrights, et cetera,
19  melodies where I feel that kind of blockchain
20  will help kind of simplify a lot of that process.
21            MASON ROTHSCHILD:  Yeah.
22            JUSTIN COLOCHO:  So I guess in terms of
23  like with Gasoline, are you -- do you have any
24  projects kind of focused on kind of like more so
25  like a music contracting side of things where it
```

Page 54

```
 1  will be able to kind of be a utilize -- like a
 2  tool you can utilize while like cooking up --
 3  essentially while recording music and being able
 4  to kind of solidify like every little stage that
 5  happens in the music recording process just
 6  because at least --
 7            MASON ROTHSCHILD:  Yeah.
 8            JUSTIN COLOCHO:  -- for me, that's kind
 9  of something where I've seen has been an issue.
10  And you know, it --
11            MASON ROTHSCHILD:  Yeah.
12            JUSTIN COLOCHO:  Usually you'll have
13  like a legal team or kind of management settle
14  any disputes or just like any favorable thing
15  that an artist or a team might want.  So I guess
16  -- I don't know if you have any kind of two cents
17  on that area and kind of like the fusion of
18  blockchain and that's going to make it --
19            MASON ROTHSCHILD:  Yeah.
20            JUSTIN COLOCHO:  -- work for the music
21  industry.
22            MASON ROTHSCHILD:  I mean, like I think
23  there's a couple people actually doing some like
24  pretty incredible things in the space.  Like
25  Sound.xyz, like I know like they're doing really
```

Page 55

```
 1   cool shit.
 2            I haven't really given it much thought
 3   like just because it's not a space that I'm like
 4   super immersed in like when it comes to music.
 5   Like we throw parties and stuff like that at
 6   Terminal, but I'm never like really on the
 7   business side of the music.
 8            And like I know it's like a really
 9   tough space to kind of change because it --
10   there's so much money in it, like these different
11   management companies, and, you know, like
12   licenses, and it's a very complex space.
13            But I think Sound.xyz, like I was
14   talking to one of my buddies who's like one of
15   these electronic music DJs, and I think he like
16   minted a song and stuff like that, and they had
17   the royalties kind of split between the producer
18   and whoever kind of like contributed to the song.
19   And they're paid out like on a weekly basis, and
20   it was fully transparent.
21            And I think that's a beautiful thing
22   because, I mean, when -- I think it was a couple
23   years back, me, my buddy Mark, Layton, and Erica,
24   my fiancée, we did Uzi's artwork for Love is Rage
25   2, I think.  I forget.  One of the Uzi albums or
```

```
 1   mix tapes.  And we did all the artwork for it,
 2   and then it was -- I forget who he was with at
 3   the time.  Was it Atlantic?  No, it wasn't
 4   Atlantic.  It was -- I forget, but like the
 5   record label took the artwork, and we didn't
 6   license it to them, and then they sold it to
 7   Urban Outfitters, like the design.
 8           And Urban Outfitters like made the t-
 9   shirt, and like they probably filled like
10   thousands and thousands of units, but we didn't
11   get any kickback on that, and they were just
12   like, "Yo, we own this shit."  And we're like,
13   "Yeah, we didn't give you rights to this shit.
14   Like we gave Uzi the right to use it on an album.
15   We didn't give you all the right to sell the
16   artwork as merchandise," you know?
17           So like you know, there's different
18   things like that that are super, super bizarre to
19   me.  I think the music industry is very, very
20   shady, to be honest.
21           JUSTIN COLOCHO:  Yeah, for sure.
22           MASON ROTHSCHILD:  It's like definitely
23   one of the shadiest industries.  Like Uzi was in
24   a really bad deal for like the whole few years of
25   his career where he had like a full 360 deal, and
```

Page 57

1   he wasn't making shit from like -- like he was

2   the biggest like rapper on the planet for a

3   while, you know.  Still is like pretty big, and

4   he wasn't like really -- I mean, on social media,

5   he obviously has the cars and stuff like that,

6   but not anywhere close to like what he was doing

7   from a streaming sense, or like album sales, and

8   stuff like that.  He was not getting like that

9   full amount.

10          So I think like music is a great place

11  where people can kind of develop and bring that

12  transparency and safety to artists like it does

13  for like artists who make like, you know, digital

14  art.  I mean, music is a form of digital art.

15          I think it's just like when it comes to

16  touring and all these different types of things,

17  it's hard to fully step away from a label because

18  they provide like that distribution.  They

19  provide the marketing money for your -- you know,

20  to get your streaming done.  They provide, you

21  know, different kind of merch partners to develop

22  that merchandise, and they do like your touring

23  and all these different types of things.  Like

24  there's a lot that goes into creating a musician

25  as opposed to like a digital artist who can

```
                                            Page 58
 1   literally create something, mint it, and then
 2   like get paid.  You know.
 3             I think it's just so many moving parts
 4   to a musician's career that makes it a little bit
 5   difficult to apply full to like -- like going 100
 6   percent blockchain based.
 7             JUSTIN COLOCHO:  Yeah.  No --
 8             MASON ROTHSCHILD:  I don't know too
 9   much about the music industry, but that's just
10   like what I've seen and observed.
11             JUSTIN COLOCHO:  Yeah, no.  And
12   honestly, for me, that's kind of why I started
13   building like a production recording group over
14   the last year, really to kind of just see all the
15   quirks, and seeing like the ins and outs of what
16   happens kind of on the creative side that, like
17   you were saying, all the different kind of like
18   tentacles that pull you from here, this way, this
19   way, that way, just to kind of get like a good
20   gauge and feel of like essentially kind of what
21   goes on in the battlefield, for real, for real.
22             MASON ROTHSCHILD:  Yeah.
23             JUSTIN COLOCHO:  But no, I appreciate
24   that.
25             MASON ROTHSCHILD:  1,000 percent, man.
```

```
 1    I mean, shit.  You're a G.  I mean, you're
 2    fucking smart as fuck.  Whenever we talk at one
 3    of the Terminal parties and stuff like that,
 4    you're always working on some VR shit, some AR
 5    shit, like you definitely got the mind for it,
 6    man.  So like definitely like keep me posted.
 7    Let me know where I can -- where I can plug in,
 8    tap in, or give my two cents.
 9            JUSTIN COLOCHO:  Definitely, bro.  I
10    appreciate that.
11            MASON ROTHSCHILD:  Yeah, man.  Of
12    course.  Any time.  Shout out to Kobe on the PFP.
13    Happy birthday.
14            NICK:  It's his birthday today, right?
15            MASON ROTHSCHILD:  Yeah.  All right
16    (indiscernible) Kobe.
17            Anybody else have a question?  Like I
18    said, you can ask me like questions like that
19    where it's just like what do you think about
20    this, what do you think about that?  I have some
21    time tonight.  I just got my sushi.  I'm about to
22    eat it while I talk to you all unless you all
23    don't have any more questions.  Don't be shy.
24            JUSTIN COLOCHO:  I definitely want to
25    ask what workflows you use because, I can't even
```

Page 60

1    lie, over the past year, I find myself burning

2    out where I'm like, "Yeah, I don't know how Mason

3    manages to do all these different things at like

4    one time."  Like this man might have --

5              MASON ROTHSCHILD:  Yeah.  So my main

6    one is like Notion.  I use Notion for like

7    project management.  And I'll probably like make

8    a thread about this soon.  I was actually

9    planning on doing that today.

10             So I use Notion for -- and I put like

11   the team onto Notion and like (indiscernible) and

12   stuff like that have been on point with it.  Like

13   you can pretty much create -- like there's

14   different templates and stuff where you can kind

15   of plug in.

16             I use it for like a to-do list as well

17   as like, you know, getting my ideas out.  You can

18   put timelines on there and stuff like that, and

19   really keep yourself on track.  So Notion is like

20   highly recommended.  Maybe I'll do like a little

21   tutorial on how I utilize the different frames

22   for it.

23             Figma for like actual like design and

24   stuff.  Mookie and I -- or Danielle and I use

25   Figma to build out Gasoline (indiscernible).  So

Page 61

```
 1    it's like full wireframes and stuff like that.
 2    You guys probably use similar technology, but
 3    Figma is like fully collaborative so we can see
 4    everything that's going on, on each other's
 5    screens in real time.
 6              When it comes to like my day-to-day
 7    like non-tech or business stuff, I use Ticktick,
 8    which is an app on like iPhone, and I guess
 9    Android too.  So like Ticktick is a really cool
10    app that's not just like a traditional kind of
11    organization or to-do list.
12              When it comes to Ticktick, it puts my
13    thoughts or to-do list into a matrix.  Like if
14    you guys are familiar with the Eisenhower matrix,
15    if it's like you know, important and urgent, you
16    do it now.  You know, like if it's -- it's like a
17    four-square model.  If it's important and non-
18    urgent, you schedule to do it later.  If it's
19    like not important but urgent, you delegate it to
20    somebody else on your team who can kind of like,
21    you know, take care of that task.  And if it's
22    not urgent and not important, you just kind of
23    delete it from your brain because it's probably
24    not worth doing.
25              You know, so if anything falls into
```

Page 62

1   those certain categories, that's how I plan on

2   attacking them in a certain day.  You know, so if

3   it's important and urgent, I put it in that like

4   left corner square.  And then I make sure that I

5   get to that as soon as possible.  And then if

6   it's not urgent, you know, it goes into that

7   right square.  And then I can like, you know,

8   either schedule a time for me to re-look at that

9   note so I can handle it like either that night or

10  the following day, give myself a deadline for it,

11  and then proceed that way.

12          That's kind of like -- I literally --

13  it sounds kind of like OCD and like crazy, and I

14  probably am a little bit OCD, but like the

15  Eisenhower matrix is like something that really

16  helps me organize like my thoughts, especially

17  when I'm doing so much, you know.  I think I'm

18  probably doing like 10, 12 different things a

19  day.  But I like it.  You know, like it's

20  definitely what keeps me going.  Definitely have

21  burned out in the past, but this definitely helps

22  with that burnout and reducing it.

23          I'm trying to think what else I have on

24  my phone that like I utilize all the time.

25  That's my basic workflow.  I usually have my

1    phone on like do not disturb like during the day,

2    to be honest.  Then I use those Apple settings to

3    like, okay, my fiancée can text me even when my

4    phone's on do not disturb, or like my mom and my

5    dad.

6              Because what I've noticed is like when

7    I have -- especially like I wear like an Apple

8    watch like most of the time for health stuff.

9    Like it gets pretty -- you get stuck in the loop

10   of like looking at your phone and stuff all the

11   time, and I think it's like really unproductive,

12   which is another part where like Discord is kind

13   of tough for me because there's so much to look

14   at all the time, and you can kind of like fall

15   down this rabbit hole of like being there for a

16   few hours and like not being very productive.  So

17   yeah.  I mean, those are kind of like my three

18   main workflows.  I'm trying to think.

19              Oh, I use Timepage.  Timepage is a

20   really cool App by Moleskine, who's the people

21   who make those like Moleskine binders or like

22   notebooks.  Timepage is really cool, and I'll

23   show you guys like a screenshot later where it

24   organizes my schedule in like a vertical view, so

25   like I can put like my schedule in here, and it

Page 64

1   tells me like if it's something that's like

2   within the area that I have to drive to, it tells

3   me what time I have to leave in order to get

4   there.  And then it tells me like, oh, like if

5   I'm walking or driving and stuff like that, you

6   can create like Zoom links within the app.

7          So like it automatically links to your

8   Zoom so you can like be like, "Hey, like let's

9   chat about this.  Let's check in on this," and

10  then invite people through that.  And it's like

11  all color coordinated, and I like viewing my

12  schedule like not in calendar view, but in like a

13  horizontal list view.  That helps with how my

14  brain works, so sorry.  That might a lot of

15  stuff.

16         But yeah.  Like those are my four main

17  workflows.  I'm starting to like utilize -- I use

18  Superhuman right now for my e-mails because I'm

19  like the type of person who likes to have nothing

20  in their inbox.  That's how I know I'm like done.

21  So like I don't -- I'm not one of those people

22  who like clicks on an e-mail and then like leaves

23  it.  I sort it after I do it.  So like if

24  something is done, then I like swipe right, and

25  it goes to my done folder, like not deleted but

Page 65

1   like done, so it gets sorted there.  If it's like
2   something that's like project related that needs
3   to like be followed up on, I set that follow-up
4   within the app.  And then like if it's like a
5   fucking coupon or something like that, I just
6   like fully delete it.
7            Those are like the biggest things.
8   Like sorting e-mails -- especially when you get
9   as many e-mails as me in a given day, that's like
10   the only way to really sort yourself out when
11   you're like managing so many projects and
12   conversations.  It's like I think my thing is
13   like clearing things.  I get a sense of like
14   satisfaction and like gratification by like being
15   completely done with something and like having it
16   not appear anywhere.  So I think that's like the
17   best way, at least for me.  Everybody's
18   different, but like getting that whole concept
19   out of your face basically when you're complete.
20            So yeah, if anybody needs -- it's
21   Notion for like my main workflow, Ticktick for my
22   like day-to-day to-do list and Eisenhower matrix,
23   Timepage for my calendar, and what was the last
24   one?  And I forget.  So Ticktick, Timepage,
25   Notion, and Figma.

```
                                                  Page 66
 1              What was that?  Did you say something,
 2     Nick?
 3              NICK:   (Indiscernible).
 4              MASON ROTHSCHILD:   Sorry.  You're kind
 5     of lagging.
 6              Hopefully that answers your, Justin --
 7     or your question, Justin.
 8              JUSTIN COLOCHO:  Yeah.  I appreciate
 9     it, bro.  And is Ticktick like a -- like Ticktick
10     like --
11              MASON ROTHSCHILD:  Yeah, T-I-C-K-T-I-C-
12     K.
13              JUSTIN COLOCHO:  Okay.  Cool, cool.
14              MASON ROTHSCHILD:  That's probably the
15     main one that I use.  Like for just day-to-day
16     shit, like pick up dry-cleaning.  You know, like
17     stuff like that.
18              JUSTIN COLOCHO:  Gotcha.  Gotcha.  Yeah
19     because I'm familiar with Figma.  I got to
20     definitely try Notion.  I've seen that, but I
21     just never like tapped in with that.  But okay.
22              MASON ROTHSCHILD:  Yeah.  Notion is
23     like a full-on gamechanger.  It's just so
24     organized.  It's like a nice place to go to and
25     just like -- it's like your little headquarters,
```

Page 67

```
 1   you know.  It's the best way to describe it
 2   because you can have like personal stuff in
 3   there, and then you can have like business stuff
 4   within that same breadth, but all organized in
 5   the same way to kind of get you like brain
 6   working in the same kind of like pattern.
 7             JUSTIN COLOCHO:  Gotcha.  Gotcha.  I'm
 8   going to check that out.  Appreciate it, bro.
 9             MASON ROTHSCHILD:  Bro, any time.  I'll
10   make a thread about this stuff too.  But if
11   anybody else has a question, let me know.  I know
12   this kind of went from What is Gasoline to like
13   Who is Mason?  But yeah.  I'm here for it.
14             Mercedes, why are you always listening
15   in, but you never speak up, bro?  I'm going to
16   invite you to speak.  You better say something.
17   You're not going to do it.  I'll invite some
18   other people to close this out, make sure I
19   didn't miss anything.
20             SPENCER:  Hey, did Mercedes reject your
21   invite?
22             NICK:  Mercedes just got called out.
23             MASON ROTHSCHILD:  Down.
24             NICK:  (Indiscernible).
25             MASON ROTHSCHILD:  No, he's at work.
```

```
                                                  Page 68
 1    He's at work.
 2              NICK:  When has that ever stopped him?
 3              MASON ROTHSCHILD:  Whatever.
 4              NICK:  When has that ever stopped him
 5    from anything?
 6              MASON ROTHSCHILD:  I know.  You listen
 7    to (indiscernible).
 8              SPENCER:  I was just telling Maddie
 9    about Notion and Figma the other day.  It's funny
10    that you bring it up.  It would definitely help
11    her, like even like school stuff I feel like.
12              MASON ROTHSCHILD:  Oh, fuck yeah.  It's
13    like great for school.  They have templates for
14    like note-taking.  I think, yeah, you're the one
15    who was like, "Oh, yeah.  They have different
16    note-taking strategies and stuff already built
17    in."
18              SPENCER:  Yeah, like whatever the
19    standard is for colleges nowadays.
20              MASON ROTHSCHILD:  Yeah.  Fuck yeah.
21              NICK:  And, Mason, can you hear me okay
22    now?
23              MASON ROTHSCHILD:  Yeah.
24              NICK:  Or am I still lagging?
25              MASON ROTHSCHILD:  No, you're good.
```

```
                                              Page 69
 1            NICK:  Yeah.  No, we've used it a lot
 2    too as a team just trying to get our thoughts out
 3    and putting stuff on -- you know, there's a lot
 4    of us that talk at once, so just getting stuff
 5    put out there and then prioritizing what's
 6    important and kind of good ideas versus not and
 7    everything.  It's really cool.
 8            MASON ROTHSCHILD:  Yeah.  No, I love
 9    that shit.  I love when like I tell you guys
10    about something, and you guys totally lean into
11    it.  Like when I told you guys about Figma,
12    (indiscernible) made like a whole Figma ask board
13    and like with the -- with the arrows and stuff
14    like that showing the flow.
15            SPENCER:  Yeah.  It was fun making it.
16    You can high give each other too with each
17    other's cursors.
18            MASON ROTHSCHILD:  Yeah.
19            SPENCER:  It's so funny.
20            MASON ROTHSCHILD:  Yeah.  No, I mean
21    like that's just how I sort of organize.  And I'm
22    like not the most organized person like compared
23    to some people.  But it's a good place to start,
24    and if you really like take advantage of these
25    different technologies, you can really do
```

Page 70

```
 1   anything and really manage all the hours in your
 2   day to the maximum optimization.
 3              Any other questions?  If not, I'm just
 4   going to eat some sushi.
 5              SPENCER:  What kind of sushi did you
 6   get?
 7              MASON ROTHSCHILD:  I got a baked salmon
 8   roll, and I got this like tempura roll that has
 9   salmon in it, like raw salmon.
10              SPENCER:  Ooh.
11              MASON ROTHSCHILD:  But like a tempura
12   outside.
13              SPENCER:  With extra ginger?
14              MASON ROTHSCHILD:  Extra ginger.  I'm
15   going to down that fucking little container of
16   ginger.
17              SPENCER:  So gross.
18              MASON ROTHSCHILD:  For you all who
19   don't know, I like love ginger so much.  So
20   Spencer and them like saw me eat straight up
21   ginger at the --
22              SPENCER:  A bowl of it.
23              MASON ROTHSCHILD:  -- sushi restaurant.
24              SPENCER:  A handful.  Just shoved it
25   down.
```

```
1              MASON ROTHSCHILD:  Big fan.  Big fan of
2    the ginger.
3              SPENCER:  Big ginger guy.  Classic.
4              MASON ROTHSCHILD:  This has been a fun
5    space.  Hopefully, you guys learned something.
6    Like I hope like I give information that's like
7    useful in your own daily lives because, I mean, I
8    got it -- I got it from somebody else, and you
9    just pass on the wisdom.
10             SPENCER:  Passing it forward.
11             MASON ROTHSCHILD:  Yeah.
12             NICK:  Thanks, Mason.  Appreciate it.
13             MASON ROTHSCHILD:  Of course.  Thanks
14   for moving the conversation forward, Nick.  I
15   couldn't do it without you.
16             SPENCER:  I'm excited for all the
17   future spaces that you have regarding Gasoline
18   and further developments that come from it.
19             MASON ROTHSCHILD:  Yeah.
20             SPENCER:  It's super exciting.  I don't
21   know if people understand or if they feel the
22   same way, but I know it's going to be some big
23   things.  It's going to be super sick.
24             MASON ROTHSCHILD:  Yeah.  I know -- I
25   know Nicky hates Gasoline.  He thinks it's the
```

```
                                            Page 72
 1   worst idea.
 2            NICK:  Yeah, Nicky.  I mean --
 3            SPENCER:  Damn, Nicky.
 4            NICK:  We don't need to talk about him.
 5            MASON ROTHSCHILD:  Yeah.  But no, I
 6   mean, I'm super excited.  I have like all the --
 7   all the tools at my disposal to do cool shit.
 8            NICKY:  What did you say about me?
 9            NICK:  Oh, look who it is.
10            MASON ROTHSCHILD:  I forgot that I
11   invited him up.  Shit.
12            NICKY:  Listen.  I love Gasoline.  I
13   will literally huff and puff it till I die.
14   Siphoning gas.
15            MASON ROTHSCHILD:  Yeah.  Oh, what is
16   everybody's opinion?  I was going to buy the
17   domain and Twitter, just @gas.  I won't tell you
18   the price.
19            SPENCER:  That's fire.  I think you
20   should do it.
21            MASON ROTHSCHILD:  But should I -- I
22   have the ability to do it, so I feel like I
23   should just go for it.
24            PASTY:  It's interesting when you look
25   at brand awareness and the brands that have spent
```

```
                                            Page 73
 1   money to buy domains what it's done as a whole
 2   overall.
 3             MASON ROTHSCHILD:  Yeah.  I think
 4   that's super important.  And if everything goes
 5   sour and like Gasoline turns to shit, I can
 6   definitely sell that shit.
 7             NICKY:  Yeah.
 8             PASTY:  You have an asset for sure.
 9             MASON ROTHSCHILD:  Like a Saudi prince
10   and stuff like that who loves oil.  Like I'll
11   sell that shit for a mil.
12             If that's it, I'll call it here, guys.
13   And like I said, feel free to hit me up whenever.
14   Discord, Twitter, Instagram if you're on
15   Instagram.  I know my e-mail is kind of like out
16   there somewhere.  Feel free to e-mail me but
17   don't spam me.
18             NICKY:  I have his number.
19             MASON ROTHSCHILD:  Fuck.
20             PASTY:  DM me for his number.
21             NICKY:  I'm selling Mason's phone
22   number.
23             PASTY:  Send him letters.  I can drop
24   the address.
25             MASON ROTHSCHILD:  All right, you all.
```

```
                                            Page 74
 1   Well, I'll hit you guys up later.  Thank you for
 2   listening.  We'll do this again soon.  have a
 3   good night or day, wherever you are.
 4             PASTY:  Love you, Mason.
 5             NICK:  Goodnight, everybody.  Oh, right
 6   when Spencer gets up, we leave.  Bye, Spencer.
 7             SPENCER:  I've been up.  What are you
 8   talking about?
 9             NICK:  Oh, you just haven't talked?
10   Got it.
11             SPENCER:  Wait, what?  Wait, is this
12   the first time you're hearing me speak?  I've
13   been speaking for like five minutes.
14             MASON ROTHSCHILD:  All right.  Anyways.
15   All right.  Peace.
16             PASTY:  Love you, Mason.
17
18
19
20
21
22
23
24
25
```

Page 75

1          C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7    *[signature]*

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:  September 2, 2022

17

18

19

20

21

22

23

24

25

| & | a | | |
|---|---|---|---|
| **&**  1:14 | **ability**  6:2 72:22 | 45:14 | **app**  61:8,10 |
| **0** | **able**  7:15,18 | **advantage**  18:10 | 63:20 64:6 65:4 |
| **0.01**  17:25 | 10:24 11:25 | 18:11 69:24 | **appear**  65:16 |
| **1** | 13:20 20:4 23:7 | **advice**  50:2 | **apple**  26:8,10 |
| **1**  20:1 | 24:12 29:25 | **advise**  11:4 | 63:2,7 |
| **1,000**  36:12 | 30:21 31:15,19 | **age**  33:9,10 | **apply**  42:3 58:5 |
| 58:25 | 32:16 33:14,23 | **ago**  9:5 52:3 | **applying**  42:14 |
| **10**  62:18 | 33:24 34:24,25 | **agrees**  44:8 | 45:7 |
| **100**  31:10 34:1 | 35:5 37:8 38:13 | **ahead**  18:25 | **appreciate**  36:14 |
| 58:5 | 39:4 42:1,6 | **airpods**  29:13 | 44:9 52:18 58:23 |
| **10k**  7:4 18:12 | 46:25 48:18 | **al**  1:11 | 59:10 66:8 67:8 |
| **11**  52:3 | 53:11 54:1,3 | **album**  56:14 | 71:12 |
| **11501**  75:14 | **absolutely**  28:24 | 57:7 | **approach**  11:8 |
| **12**  62:18 | **accepted**  4:6 | **albums**  55:25 | 18:10 50:24 |
| **12151**  75:7 | **access**  31:14 | **allows**  35:3 | **apps**  52:9 |
| **2** | 34:17 35:2 | **alongside**  7:23 | **ar**  59:4 |
| **2**  55:25 75:16 | **account**  14:4 | **alpha**  20:13 25:2 | **area**  54:17 64:2 |
| **2016**  32:1 | 16:10 | **amazing**  8:1 | **arm**  6:13 41:23 |
| **2019**  14:7 | **accounts**  16:7,13 | 46:6 | **army**  44:4 |
| **2022**  1:13 75:16 | **accurate**  75:4 | **america**  48:23 | **arrows**  69:13 |
| **23**  1:13 | **achieve**  20:7 | **amount**  57:9 | **art**  7:6 44:23 |
| **27**  48:16 51:22 | 23:17 24:12 | **analytics**  26:4 | 57:14,14 |
| **3** | 33:24 42:6 | **andrew**  44:11 | **artist**  41:8 53:13 |
| **3**  20:1 | **action**  53:12 | 51:2 | 54:15 57:25 |
| **30**  16:5 | **activity**  28:6 | **android**  61:9 | **artistic**  11:10 |
| **300**  75:13 | **actual**  60:23 | **angeles**  49:12 | **artistically**  12:4 |
| **330**  75:12 | **add**  15:8 21:8 | **anonymous**  9:14 | **artists**  34:16 |
| **360**  56:25 | 29:24 38:4 39:12 | 40:7 | 57:12,13 |
| **6** | **addiction**  33:4 | **answer**  11:19 | **artwork**  55:24 |
| **6,000**  49:1 | **adding**  33:13 | 12:12 | 56:1,5,16 |
| **8** | **addition**  15:11 | **answers**  16:19 | **asking**  21:3 34:5 |
| **8**  29:1 | **address**  73:24 | 16:20 66:6 | 50:4 |
| | **adds**  17:12 23:12 | **anybody**  21:2 | **aspect**  5:10 11:1 |
| | **adopted**  3:23 | 27:1 49:7,20 | **asset**  73:8 |
| | **adopter**  36:19 | 50:1 59:17 65:20 | **assets**  28:2,2 |
| | **adoption**  35:15 | 67:11 | 33:23 |
| | 38:21,22,25 | **anyways**  74:14 | **associated**  53:18 |

**atlantic** 56:3,4
**attacked** 18:7
**attacking** 62:2
**attendance** 34:21
**august** 1:13
**authentically** 11:9
**automatically** 64:7
**awareness** 72:25
**awesome** 36:7

**b**

**back** 2:24 21:21 21:22 23:4 39:23 45:25 55:23
**background** 7:6 24:19 34:15 43:23 51:7
**backwards** 46:1
**bad** 5:14,17,22 5:23 10:23 16:6 21:19,22 53:4 56:24
**badge** 19:15,19 19:24 20:3
**badges** 19:19
**baked** 70:7
**balance** 13:15 17:18 51:21
**ball** 2:18
**base** 4:23
**based** 6:8 10:7 18:17 21:11 25:2 25:3,16 34:22 58:6
**basic** 62:25

**basically** 41:22 65:19
**basis** 12:24,24 25:9 37:17 45:5 55:19
**battle** 18:18 46:23
**battlefield** 58:21
**beautiful** 55:21
**becoming** 31:13
**best** 10:19 12:6 43:2 48:22,23 50:14 65:17 67:1
**better** 11:25 12:15 15:5 17:14 29:17 44:4 67:16
**beverage** 50:11
**big** 3:19 5:9,23 7:14 13:10 20:11 36:6 37:22 42:14 47:8 50:20 51:24 57:3 71:1,1,3,22
**bigger** 25:16 33:15,15,16 35:8 39:7
**biggest** 3:24 6:15 8:8 39:2 43:2 57:2 65:7
**binders** 63:21
**bio** 6:25
**birthday** 59:13 59:14
**bit** 3:11,12 7:5 11:12,15,20 14:5 15:4 33:11,15 36:10 43:6 45:12 46:21 48:10,19 50:2 58:4 62:14

**bizarre** 56:18
**blame** 27:10
**blockchain** 3:21 4:15 25:21 34:22 35:6 49:18 53:8 53:19 54:18 58:6
**board** 22:16 28:22 29:1 69:12
**boarding** 5:11
**body** 7:10
**book** 15:1 34:25 35:4
**bots** 4:21 6:10 20:18
**bought** 23:15
**bouncing** 10:17 10:20
**boutique** 48:22 48:23
**bowl** 70:22
**brain** 61:23 64:14 67:5
**branch** 8:25
**brand** 8:15,16 22:22 38:6 72:25
**brands** 11:5 51:24,25 72:25
**breadth** 67:4
**brick** 50:9
**brief** 13:21
**bring** 2:5 8:20 12:6 47:12 57:11 68:10
**bringing** 2:6 12:8 49:16
**bro** 39:11 52:20 52:22 59:9 66:9 67:8,9,15

**brought** 52:15
**buck** 28:10 37:11
**buddies** 55:14
**buddy** 55:23
**build** 5:5 10:17 11:18 19:13 25:12 39:4 42:1 42:18 60:25
**building** 4:11 9:22 13:6 23:18 24:6 28:1,13,14 33:13 58:13
**builds** 7:10
**built** 4:18,19 15:25 20:22 21:6 46:4 68:16
**bullshit** 44:12
**bullshitting** 18:1
**bunch** 4:21 11:4 20:8
**burned** 62:21
**burning** 60:1
**burnout** 62:22
**busier** 48:11
**business** 5:9 55:7 61:7 67:3
**buy** 32:9,10 34:11 72:16 73:1
**buying** 31:25
**bye** 74:6

**c**

**c** 66:11,11 75:1,1
**calendar** 64:12 65:23
**call** 26:17 27:9 73:12

**called** 3:7 4:15
  6:20 27:8 48:9
  67:22
**calling** 53:4
**capitalize** 3:17
**care** 61:21
**career** 56:25
  58:4
**careful** 12:18
**cars** 57:5
**categories** 62:1
**cause** 35:11
**centered** 6:7 7:6
**centric** 9:2 51:8
**cents** 35:17
  36:11,15 50:11
  54:16 59:8
**certain** 2:14 62:1
  62:2
**certify** 75:3
**cetera** 53:18
**challenge** 25:15
  43:6
**change** 53:10
  55:9
**channels** 20:10
**characters** 7:9
**charge** 22:3
**charged** 21:20
**charging** 27:16
**charlie** 41:21
**chat** 4:16 6:4
  20:11 29:18
  36:10 48:6 64:9
**chatting** 41:10
  42:10
**check** 14:20
  17:24 31:2 64:9

67:8
**checking** 30:17
**cheesy** 48:19
**choose** 7:24 8:5
  14:1 17:20
**claim** 4:19
**classic** 71:3
**clean** 23:11,15
**cleaning** 66:16
**clearing** 65:13
**click** 29:2
**clicks** 64:22
**close** 57:6 67:18
**cloud** 31:23
  32:13
**clouds** 10:9
**collaboration**
  44:25
**collaborative**
  61:3
**collecting** 28:2
**collectively** 44:4
**colleges** 68:19
**colocho** 52:16,17
  52:21 53:1,3,16
  53:22 54:8,12,20
  56:21 58:7,11,23
  59:9,24 66:8,13
  66:18 67:7
**color** 64:11
**combine** 8:9
**come** 4:24 6:5
  9:9 24:21 31:22
  43:2,23 71:18
**comes** 6:18 9:4,4
  9:18 11:2 13:22
  24:4,8 28:17
  30:12 33:12

36:17 40:9,23
  44:21 45:1 46:13
  49:2,10 55:4
  57:15 61:6,12
**comfortable**
  27:25 29:8
**coming** 15:23
  22:9 43:9
**command** 16:14
**comment** 27:3
**comments** 12:13
**communicating**
  45:8
**communication**
  22:11 43:3 45:3
**communities** 6:6
  10:15 13:1,24
  14:8 15:25 16:3
  37:20 45:2
**community** 5:1
  10:1,5,21 15:13
  15:15,15,16,17
  15:18 20:12,13
  20:24 29:6 30:5
  37:1,4 38:14,15
  39:12,14,18 42:9
  45:6
**community's**
  18:11
**companies** 55:11
**company** 3:6,8
  4:11 12:2
**compare** 7:23
**compared** 69:22
**competitive**
  49:11
**complaints**
  51:18

**complete** 65:19
**completely** 9:7
  44:15 65:15
**complex** 55:12
**complicated**
  20:18
**component**
  27:22
**compromised**
  16:8
**computer** 25:23
**coms** 4:15 6:12
  13:5,10 20:9
  22:10 41:18 45:1
  45:2
**concept** 49:22
  65:18
**confirm** 35:5
**connotation** 32:7
  32:24
**constant** 36:13
  39:3
**consult** 11:5
  51:23
**consumer** 34:9
**container** 70:15
**contracting**
  53:25
**contrast** 33:11
**contributed**
  55:18
**conversation**
  30:14 34:20 45:8
  50:18 71:14
**conversations**
  29:17 43:24 44:2
  65:12

cooking  54:2
cool  3:10 8:6,20
  13:3 15:13 17:11
  17:15 19:9 22:25
  23:5,7 24:1 30:3
  30:25 31:5 34:18
  35:22 36:6,8,17
  40:10 41:6,12
  42:12 43:19 44:1
  44:5 45:10 46:5
  47:7 51:5 55:1
  61:9 63:20,22
  66:13,13 69:7
  72:7
cooler  25:12
coordinated
  64:11
copy  14:22,23
copyrights  53:18
corner  62:4
count  20:5
country  75:12
couple  14:8 36:9
  52:23 54:23
  55:22
coupon  65:5
course  59:12
  71:13
covid  47:17
cowboy  7:1
crap  29:3
crazier  44:14,14
crazy  23:1,2 37:9
  40:6 52:12 62:13
create  7:4,9
  12:10 15:13,14
  45:9 48:19 58:1
  60:13 64:6

created  4:21
  12:25 13:1,16
  14:2 46:21
creates  17:14
creating  5:13 6:5
  14:10 15:2 30:15
  31:20 42:12
  46:24 57:24
creative  58:16
creatives  34:16
creator  10:3
  33:21
creators  9:1,21
  10:4 47:24
crowd  16:24
  27:2
crypto  31:24
  32:5,7,9
cursors  69:17
cut  52:25

**d**

dad  63:5
daily  12:24
  37:17 71:7
damn  34:4,17
  72:3
danielle  41:15
  60:24
dark  31:23
data  26:4,12
date  11:14 30:12
  75:16
david  27:10,13
  27:14
david's  26:20
dawson  44:8
day  19:6 20:1
  23:5 27:17 34:21

37:2 39:19,19
  40:12 43:10 48:4
  61:6,6 62:2,10
  62:19 63:1 65:9
  65:22,22 66:15
  66:15 68:9 70:2
  74:3
days  11:7 35:9
  37:15 40:2 48:8
deadline  62:10
deal  56:24,25
dealing  51:25
decided  3:25
dedicate  3:25
definitely  2:9 4:4
  11:3 19:12 27:20
  28:7 37:23 42:22
  44:6 45:3,12
  49:12 56:22 59:5
  59:6,9,24 62:20
  62:20,21 66:20
  68:10 73:6
delegate  61:19
delete  61:23 65:6
deleted  64:25
deposition  52:2
  52:4
deputize  46:10
describe  67:1
description
  22:10
design  56:7
  60:23
designer  41:17
desperately  5:7
deter  5:7 28:8
deterring  28:9

dev  41:9
develop  8:15
  10:14 11:4 13:12
  22:22 41:7 42:10
  42:20 46:1 57:11
  57:21
developing  5:25
  6:6 7:20,24
  44:21 46:13
development
  43:15
developments
  71:18
die  72:13
different  3:1,12
  4:11,22 6:2,3,6
  6:10 9:7 10:4
  11:2,5,5 14:9
  15:24 16:2 20:13
  26:13 33:24,25
  37:5 41:23 43:4
  44:19 52:10,14
  55:10 56:17
  57:16,21,23
  58:17 60:3,14,21
  62:18 65:18
  68:15 69:25
difficult  58:5
digital  28:2,2
  39:5,7 57:13,14
  57:25
digits  14:20
diluted  34:12
dinosaur  33:9
direction  34:6
discord  4:17,17
  6:4 12:24 14:18
  14:21 16:1,3

19:21 39:19 40:2
40:9 41:5 42:21
48:9 63:12 73:14
**discords** 17:4
41:11
**display** 14:1
**disposal** 72:7
**disputes** 54:14
**distribution**
57:18
**disturb** 63:1,4
**djs** 55:15
**dm** 73:20
**dms** 42:21
**doing** 7:16,17
9:6,6,23,24 11:3
11:9,9,11 12:7,7
35:20,25 36:2
37:4 38:23 46:16
49:6 51:4,11,16
52:2,21 54:23,25
57:6 60:9 61:24
62:17,18
**dollar** 51:25
**domain** 72:17
**domains** 73:1
**dope** 31:18 32:14
43:17
**downsides** 19:2
**dreams** 48:18
**drive** 64:2
**driven** 12:5,5
**driving** 53:9
64:5
**drop** 73:23
**dropped** 27:9
**drugs** 32:10

**dry** 66:16
**duped** 18:5
**dying** 22:1

**e**

**e** 64:18,22 65:8,9
73:15,16 75:1
**ear** 48:6
**earlier** 4:13 47:2
47:18
**early** 19:22 20:2
22:23 36:19 44:3
**easier** 38:17
**easily** 6:11 20:4
**easy** 16:11 28:10
38:25 49:12
**eat** 59:22 70:4,20
**ecommerce**
49:17
**ecosystem** 42:17
46:16
**edge** 11:10 22:1
**eisenhower**
61:14 62:15
65:22
**either** 17:6 40:18
46:25 62:8,9
**electronic** 55:15
**element** 33:22
**encourage** 29:5
42:7
**ended** 8:12
**energy** 4:1
**engineer** 42:20
**engineering** 6:13
41:23
**enhance** 25:1
**enhancing** 13:6

**enjoy** 29:18
**enjoyed** 11:8
**ens** 7:22 8:9 15:5
21:9,15 22:7,18
23:15
**enses** 22:25
**equivalent** 19:21
**erica** 55:23
**especially** 34:14
44:2 62:16 63:7
65:8
**essentially** 54:3
58:20
**established** 8:20
14:5
**et** 1:11 53:18
**eth** 13:15,25
16:5 17:18,24
**ethereum** 31:25
**etherscan** 14:15
**event** 30:1
**events** 34:17,19
**eventually** 29:22
**everybody** 9:17
11:22 17:14
23:11 25:15 30:6
36:18 40:4 48:11
50:4 74:5
**everybody's**
25:13 45:22
65:17 72:16
**everything's**
22:19
**evolve** 46:25
**exact** 31:14
**exactly** 29:10
32:11

**example** 16:25
41:14
**excel** 44:7
**excited** 19:10,16
20:25 35:21
71:16 72:6
**exciting** 5:21
6:17 37:18 47:10
71:20
**execute** 11:18
12:1
**expand** 2:14 5:6
50:9
**expanding** 7:21
22:13
**experience** 5:17
5:22
**experienced** 19:3
27:22
**experiences** 5:18
**explaining** 25:20
**explosions** 33:17
**express** 7:15
**extension** 11:11
**extent** 2:15
**extra** 17:19
70:13,14
**eyes** 15:10

**f**

**f** 75:1
**face** 65:19
**facebook** 8:4
**faced** 15:19
**fact** 7:21
**factor** 23:11
**fail** 16:2
**fake** 14:22

fall  39:23 63:14
falling  3:9
falls  61:25
familiar  27:2
  61:14 66:19
fan  36:6 71:1,1
fantastic  51:12
far  3:22 39:15
  46:4
fashion  7:7,8
fast  47:1
favorable  54:14
feel  2:5 5:16 9:10
  9:12 20:17 24:22
  25:1 27:3,10,25
  28:24 31:10 32:6
  33:22 34:11
  36:23 40:6,22
  41:1 47:20,23
  49:6,20 53:19
  58:20 68:11
  71:21 72:22
  73:13,16
feet  53:5
felt  50:23
fiancée  55:24
  63:3
figma  60:23,25
  61:3 65:25 66:19
  68:9 69:11,12
figure  29:7
figuring  6:25
fill  2:3
filled  56:9
finally  12:2
financial  5:24
find  7:19 40:16
  42:4,8 60:1

finding  37:20
finish  2:12 22:4
fire  72:19
first  5:18 23:6
  49:17 74:12
firsthand  44:10
  44:11
fit  46:15 49:15
five  74:13
flame  33:14
flex  17:13
flow  69:14
focus  3:10 14:10
  20:11 26:11
focused  12:3
  20:15 45:2 53:24
folder  64:25
follow  65:3
followed  65:3
following  62:10
food  31:3 50:10
foot  49:1
force  53:9
forefront  47:22
foregoing  75:4
foresee  29:22
forget  50:6 55:25
  56:2,4 65:24
forgot  72:10
form  37:19
  57:14
forward  8:8
  29:21 33:18
  35:24 38:9 45:24
  46:11,18 47:7
  71:10,14
fossil  33:8

founder  10:3
  25:6,7
founders  18:9
  19:10 43:4 47:23
four  14:20 61:17
  64:16
frames  60:21
free  27:3,10
  40:24 49:21
  73:13,16
freedom  31:17
fricken  47:18
friends  10:16,21
  25:21 34:16
friendships  37:6
fuck  14:19 27:12
  27:14 45:22 51:8
  59:2 68:12,20
  73:19
fucking  32:2
  35:16 41:15 59:2
  65:5 70:15
fuel  32:24 33:7
fueling  32:19,22
fuels  33:8
full  4:10 13:11
  13:12 56:25 57:9
  58:5 61:1 66:23
fully  6:7 55:20
  57:17 61:3 65:6
fun  11:22 29:19
  69:15 71:4
function  4:5 52:7
  52:11
funny  68:9 69:19
further  18:3
  24:7 43:7 71:18

fusion  54:17
future  4:4 5:4
  8:16,18 32:19
  35:16 38:11
  43:16 71:17

### g

g  59:1
gain  37:3
game  23:6
gamechanger
  66:23
gamer  23:5
gamify  19:17
gaming  5:1
gas  33:13 72:14
  72:17
gasoline  3:5,7
  4:9 6:13 11:3,14
  29:20 32:14,19
  32:24 33:3,9
  34:3 38:23 41:18
  42:17 51:22
  53:23 60:25
  67:12 71:17,25
  72:12 73:5
gated  15:17,17
  18:9 21:11 30:2
  30:16 35:1
gating  6:9 15:12
  34:19
gauge  31:19
  58:20
gears  43:11
general  3:23
generally  31:4
  48:14
genuinely  43:14

getting 4:7 9:19
10:4 18:4 23:3
25:13 28:3 36:9
37:19 41:7 48:10
52:18 57:8 60:17
65:18 69:4
ginger 70:13,14
70:16,19,21 71:2
71:3
give 2:15 8:25
50:14 56:13,15
59:8 62:10 69:16
71:6
given 10:4 42:9
55:2 65:9
giving 9:20,20
18:16 25:6 36:14
glad 12:1
globally 8:23
go 13:1 18:25
21:12 22:25
29:25 34:24 39:9
66:24 72:23
god 40:2
goes 23:16 44:12
49:22 57:24
58:21 62:6 64:25
73:4
going 2:3 4:7 5:3
8:8 11:15 14:10
15:19 19:1 20:8
20:9 23:20 24:14
25:19 27:9,25
28:4,5 29:5
38:12 40:15,19
43:21 44:16 45:9
45:24,24 47:7,7
47:10,15 48:15

48:15 51:15 52:6
52:9 54:18 58:5
61:4 62:20 67:8
67:15,17 70:4,15
71:22,23 72:16
gold 42:11
golden 42:4
good 9:24 17:21
29:14 38:20
39:11,23 42:15
46:17 58:19
68:25 69:6,23
74:3
goodnight 74:5
gotcha 66:18,18
67:7,7
grab 2:4
gratification
65:14
great 7:16 37:12
37:13 41:3 45:5
51:16 57:10
68:13
grinding 43:11
gross 70:17
ground 29:20
group 20:11
29:20 30:4 42:8
50:19 58:13
grow 38:13,18
41:9
growing 17:15
18:11,12,22 19:2
41:11 47:9
growth 24:15
37:9 38:9 43:15
49:2

guess 12:21
25:10 33:17
53:22 54:15 61:8
guns 32:10
guy 13:18 23:13
23:14 71:3
guys 2:2,13,15
2:18 3:5 4:12
6:20 11:16,20
12:6,13 15:1
20:25 21:19,23
21:25 27:8,10
29:12,13,15
36:10,20 42:15
44:10,11 47:20
48:4 50:14 52:6
61:2,14 63:23
69:9,10,11 71:5
73:12 74:1

**h**

hacked 6:11
hacker 25:23
hacking 32:2
hacks 4:17 5:7
5:15 16:3
half 48:25
hand 2:9 19:6
23:16,16 30:13
handful 70:24
handle 62:9
happened 41:4
happening 38:1
happens 54:5
58:16
happy 35:19
59:13
hard 40:1 48:12
57:17

harness 24:12
hat 23:19
hate 36:25
hates 71:25
head 10:9 18:7
44:12
headed 50:20
headquarters
66:25
health 37:12
39:15 63:8
hear 2:9 23:24
23:25 24:20
25:10 29:13 34:3
38:13,15,15
52:18 53:1 68:21
heard 22:6
hearing 74:12
heart 5:1
heavy 26:7
hello 53:3
help 2:25 9:17
39:24 52:14
53:20 68:10
helps 15:4 21:4
44:20 62:16,21
64:13
hermès 1:11
heroe 29:11,12
29:15 30:9,24
31:9 32:5,11,13
32:21,25 33:5
34:1,24 35:19
36:5 38:20
hey 27:4,4,6
31:10 52:17 64:8
67:20

| high 12:7,8 | i | incredible 42:1 | international |
|---|---|---|---|
| 69:16 | | 54:24 | 1:11 |

**high** 12:7,8 69:16
**highly** 42:7 60:20
**hit** 44:17 73:13 74:1
**hold** 13:23 14:7 15:18,22
**holder** 31:13
**holding** 30:22
**hole** 63:15
**holes** 3:16
**holy** 45:22
**home** 22:3
**homebodies** 37:16
**honest** 10:21,21 56:20 63:2
**honestly** 24:14 25:24 37:11 42:15 58:12
**hop** 41:5 48:5
**hope** 71:6
**hopefully** 16:19 50:22 66:6 71:5
**horizontal** 64:13
**host** 8:23
**hours** 52:3 63:16 70:1
**huff** 72:13
**huge** 26:21
**human** 47:14
**humanity** 9:20 47:12 49:22
**hyde** 75:3
**hyped** 32:17

**i**

**ice** 29:19
**idea** 10:14,23 17:5 26:15 37:23 38:25 43:6 44:13 50:5 72:1
**ideas** 10:17,19 42:15,19 43:2 60:17 69:6
**identify** 15:4
**identifying** 21:10 22:7
**identities** 7:12 22:12 24:4
**identity** 22:13 26:13
**ii** 1:14 21:18
**immersed** 55:4
**immersive** 37:5
**implications** 5:24
**important** 5:16 21:9,15 22:21 23:4,10 43:12 47:13 61:15,17 61:19,22 62:3 69:6 73:4
**improve** 3:18 16:11 25:8
**improvement** 13:8 18:5
**improving** 3:20 13:7 16:10
**inbox** 64:20
**incentivize** 39:6
**incorporating** 27:23

**incredible** 42:1 54:24
**indicator** 17:21
**indiscernible** 7:16 17:3 20:20 20:21 36:8 59:16 60:11,25 66:3 67:24 68:7 69:12
**individuals** 30:7
**industries** 56:23
**industry** 53:6,10 54:21 56:19 58:9
**information** 6:21 71:6
**infrastructure** 4:20 5:3 8:20 12:3
**infrastructures** 4:12 46:3
**initial** 30:1
**initiative** 5:5
**innovation** 35:25
**input** 2:20 25:13 53:14
**ins** 6:10 58:15
**insane** 35:13
**insight** 12:16
**inspirations** 47:8
**instagram** 14:13 22:18 73:14,15
**integrated** 15:3
**interested** 12:22 24:20 25:9
**interesting** 9:10 16:22 18:8 24:5 24:18,20 29:17 72:24

**international** 1:11
**invitation** 30:1
**invite** 64:10 67:16,17,21
**invited** 72:11
**inviting** 29:9
**iphone** 61:8
**issue** 39:22 48:8 54:9
**issues** 6:3
**it'll** 16:14 17:19 18:8 20:10 38:18
**itching** 50:1
**it's** 10:20
**iv** 47:18

**j**

**japan** 49:1
**job** 7:17 51:12 51:16
**join** 13:12 28:20 29:9
**joined** 19:25
**joining** 31:13
**journey** 11:24 41:10
**jpeg** 34:13 38:10
**judging** 40:12
**jump** 32:16 40:11 51:9
**justin** 36:7 44:11 51:2 52:15,15,17 52:21 53:1,3,16 53:22 54:8,12,20 56:21 58:7,11,23 59:9,24 66:6,7,8 66:13,18 67:7

| k |
| --- |

**k**  66:11,12
**keep**  2:11 44:16
  50:16 59:6 60:19
**keeps**  48:15
  62:20
**kept**  48:15
**key**  5:9 7:20
**kickback**  56:11
**kind**  2:7,12,14
  2:17,20,22,23,24
  3:2,3,4,6,7,10,14
  3:15,17,25 4:9
  4:20,22 5:5,6,7,9
  5:18 6:1,3,12,13
  6:15,21,22,24
  7:2,3,8,9,10,11
  7:15,25,25 8:5
  8:11,12,18,19,21
  8:24,25,25 9:1,2
  9:13,16,19 10:1
  10:3,6,7,8,10,14
  10:24 11:1,10,13
  11:16,19,23 12:2
  12:5,15,25,25
  13:5,11,17,20,22
  13:23 14:3,4,11
  14:16,16 15:1,6
  18:3 19:17,18,23
  20:2,3,10 21:5
  22:19 23:16 24:3
  24:12 28:5,12
  30:16 31:23 33:4
  33:10,14,16,18
  33:20,22,23 34:2
  34:7,12,15 36:25
  37:3,8,10,20,21
  39:6,11,16,16,17
  39:23,24 40:11
  40:20 42:7,9,10
  42:14,23 43:5,20
  45:9,11,20,25
  46:1 47:4,25
  48:1,18 49:3,4,7
  49:21 50:1,14
  51:20 52:11,13
  52:14,23 53:5,6
  53:6,9,10,11,19
  53:20,24,24 54:1
  54:4,8,13,16,17
  55:9,17,18 57:11
  57:21 58:12,14
  58:16,17,19,20
  60:14 61:10,20
  61:22 62:12,13
  63:12,14,17 66:4
  67:5,6,12 69:6
  70:5 73:15
**know**  2:17,20 3:5
  3:13,16,20,24
  4:1,3,3,16,17,21
  4:25 5:2,10,11
  5:13,17,19 6:5,8
  6:23,25 7:14,17
  8:2,3,11,15,21
  9:5,6,12,23,25
  10:1,9,10,13,20
  11:4,7,9,14,20
  11:22,23 12:4,7
  12:9,13 13:6,17
  13:19,21,22,24
  13:25 14:4,6,12
  14:14,15,18,18
  14:19,22 15:4,5
  15:10,19,20 16:3
  16:4,6,12,13,14
  16:24 17:2,3,8
  17:17,22 18:1,15
  18:16,18 19:4,15
  19:16,17,18,24
  20:5,16,17,19,25
  21:10,15,25 22:2
  22:13,15,16,23
  22:23,24,25 23:2
  23:4,4,6,6,9,14
  23:18,20 24:3,4
  24:15,22 25:5,16
  26:2,4,7,9,13,22
  26:23 28:8,10,11
  28:14,15 29:25
  30:2 32:7,8,12
  32:17 33:3,6,8,9
  33:14,17,20 36:5
  36:9,17,18,19,25
  37:6,6,15,18
  38:8,10,14,23,24
  39:3,7,13,16,21
  40:3,6,8,16 41:8
  41:18,22 42:4,5
  42:6,12,18,19
  43:12,17,19,20
  43:22 44:16,18
  44:21 45:3,4,15
  45:21 46:8,14
  47:3,8,9,19,19
  48:4,5,7,16,24
  48:25 49:1,3,7
  49:13,24 50:10
  50:12,15,23
  51:21,23,25 52:5
  52:13 53:17
  54:10,16,25 55:8
  55:11 56:16,17
  57:3,13,19,21
  58:2,8 59:7 60:2
  60:17 61:15,16
  61:21,25 62:2,6
  62:7,17,19 64:20
  66:16 67:1,11,11
  68:6 69:3 70:19
  71:21,22,24,25
  73:15
**knowing**  6:3 7:6
  20:3 28:4
**known**  17:10
**kobe**  59:12,16

| l |
| --- |

**label**  56:5 57:17
**lacking**  24:10
  27:24
**lagging**  66:5
  68:24
**larger**  35:14
**lasting**  46:5
**latch**  4:23
**late**  49:13,14
**launching**  49:13
**lawsuit**  52:1
**lawsuits**  53:17
**layton**  55:23
**lead**  41:17
**leads**  9:8
**lean**  9:19 40:21
  69:10
**leans**  26:5,15
**learned**  71:5
**leave**  11:17 64:3
  74:6
**leaves**  64:22
**ledanski**  75:3
**left**  62:4

legal   52:2 54:13
  75:11
legs   45:13
lessen   14:16
lesser   21:8
letters   73:23
letting   49:7
level   12:7,8 37:5
  37:5 52:12,12
  53:7,8
license   56:6
licenses   55:12
lie   60:1
life   37:14 41:4
  51:15
likes   64:19
limit   42:5
line   11:12 18:21
link   14:13,14
  16:6
links   5:14 64:6,7
list   60:16 61:11
  61:13 64:13
  65:22
listen   50:13 68:6
  72:12
listeners   41:14
listening   10:5,11
  10:15,15,16
  67:14 74:2
literally   32:21
  35:16 41:10
  43:10,23 50:3
  58:1 62:12 72:13
little   3:11,12
  4:14 7:5 11:12
  11:15,20 14:5
  16:9 18:2 19:19

26:9 33:11,15
  35:17 36:10,11
  40:9 43:6 45:12
  46:21 48:10,19
  50:2,24 53:12
  54:4 58:4 60:20
  62:14 66:25
  70:15
live   37:21
lives   71:7
lock   26:10
logs   21:11
long   18:6 30:22
  31:6 46:4 47:16
longevity   25:7
look   13:20 16:22
  46:12 62:8 63:13
  72:9,24
looking   16:24
  29:20 32:1 37:10
  47:9 63:10
looks   15:1 19:14
loop   63:9
loose   8:12
los   49:11
lot   3:8 9:4,12,13
  11:6,23 13:2,17
  15:20 17:4,10
  24:19,25 25:22
  25:25 26:4,18
  28:12 34:11,15
  35:21 36:5,22
  38:15 39:1,13
  40:3 41:22 43:22
  46:8 47:23 49:14
  51:23 53:6,17,20
  57:24 64:14 69:1
  69:3

love   2:17 4:2
  10:12 29:16 33:6
  35:23 39:14
  43:14 55:24 69:8
  69:9 70:19 72:12
  74:4,16
loves   73:10
loyal   17:9 19:5
  30:17
loyalty   14:11
  19:14,17
luxury   49:10

**m**

mad   20:25
maddie   68:8
mail   64:22 73:15
  73:16
mails   64:18 65:8
  65:9
main   3:10 12:21
  53:9 60:5 63:18
  64:16 65:21
  66:15
making   16:17
  23:19 28:2 38:25
  39:1,1 57:1
  69:15
malicious   17:7
  28:11,15
man   35:17 36:4
  36:6,11,13 44:10
  51:13,17 58:25
  59:6,11 60:4
manage   52:8
  70:1
management
  54:13 55:11 60:7

manages   60:3
managing   65:11
march   48:21
mark   55:23
marketing   57:19
mason   1:11 2:2
  12:20 13:4,9
  17:1,16 18:13,20
  18:23,25 19:8,12
  21:14,19 22:8
  24:1,24 25:4,11
  26:25 27:5,12,15
  28:7 29:4,10
  30:8,23 31:8
  32:4,6,12,20,23
  33:1,6 34:23
  35:18 36:4,12
  38:7,19 39:20
  40:5 41:2,13
  43:9,25 44:9
  45:18 46:2 47:5
  47:11 51:12,13
  51:17,20 52:19
  52:25 53:2,15,21
  54:7,11,19,22
  56:22 58:8,22,25
  59:11,15 60:2,5
  66:4,11,14,22
  67:9,13,23,25
  68:3,6,12,20,21
  68:23,25 69:8,18
  69:20 70:7,11,14
  70:18,23 71:1,4
  71:11,12,13,19
  71:24 72:5,10,15
  72:21 73:3,9,19
  73:25 74:4,14,16

**mason's** 73:21
**masonrothschild**
  22:17,17,18,19
**masonxxx1234**
  23:9
**mass** 35:15
  38:21,22,25
  45:14
**massive** 18:5,5
**masters** 49:5
**matrix** 61:13,14
  62:15 65:22
**matter** 51:6,6
**maximum** 70:2
**mean** 4:9,24
  13:9 18:12 22:18
  28:17 36:16
  38:11,20 41:13
  41:14 43:1 48:12
  51:1,5 54:22
  55:22 57:4,14
  59:1,1 63:17
  69:20 71:7 72:2
  72:6
**means** 50:25
**media** 57:4
**melodies** 53:19
**members** 10:5
  10:22
**membership**
  8:21 26:3
**memberships**
  23:21
**mental** 37:12
  39:15
**mentally** 44:21
**mentioned** 30:4

**mercedes** 16:25
  44:17 67:14,20
  67:22
**merch** 57:21
**merchandise**
  56:16 57:22
**message** 20:5
**met** 41:15,24
**metabirkins**
  11:8 41:25 48:8
  52:1
**metric** 19:24
  30:19
**metrics** 19:13
**mil** 73:11
**mind** 16:1 28:14
  59:5
**minded** 30:7
**mine** 22:15
**mineola** 75:14
**mini** 2:23
**mint** 19:6 30:12
  58:1
**minted** 55:16
**minutes** 74:13
**missed** 12:15,16
**missing** 24:22
**mix** 56:1
**model** 61:17
**moleskine** 63:20
  63:21
**mom** 63:4
**money** 55:10
  57:19 73:1
**mookie** 41:15
  60:24
**moonbirds**
  46:10

**morality** 9:21
**mortar** 50:9
**motivation** 40:3
**motorsport** 33:4
**motto** 10:7
**move** 21:20
  33:18 45:11
**moves** 3:14 10:6
  47:1
**moving** 8:8 58:3
  71:14
**multibillion**
  51:25
**multiple** 7:10
  20:9
**music** 53:6,10,25
  54:3,5,20 55:4,7
  55:15 56:19
  57:10,14 58:9
**musician** 57:24
**musician's** 58:4

**n**

**n** 75:1
**name** 3:4 21:12
  23:3
**named** 45:1
**names** 27:2
**naming** 33:2
**native** 4:10,16
  6:9 16:12
**natively** 14:25
**nature** 28:15
**near** 5:4
**necessarily**
  17:13
**need** 10:18 12:10
  24:23 26:1 27:23
  28:21 29:7 38:16

72:4
**needed** 5:7
**needs** 13:7 27:20
  45:12 65:2,20
**network** 22:11
**networking** 28:1
**never** 25:7 55:6
  66:21 67:15
**new** 14:4 21:20
  29:5 33:10
**newly** 14:5
**nft** 7:18 8:22
  13:19 15:7,22
**nfts** 13:23 14:8
  34:11
**nice** 66:24
**nick** 2:6 12:14,18
  12:21 13:5 16:21
  17:2 18:8,14,22
  18:24 19:1,9
  21:3,7,22 22:4,6
  23:24,25 24:17
  24:25 25:5 26:16
  27:7,14 29:14
  30:11 38:2,8
  39:9 41:6 43:8
  44:1 45:15,20
  47:2,6 51:2
  59:14 66:2,3
  67:22,24 68:2,4
  68:21,24 69:1
  71:12,14 72:2,4
  72:9 74:5,9
**nicky** 51:3 71:25
  72:2,3,8,12 73:7
  73:18,21
**night** 62:9 74:3

**nobody's** 24:6
　40:11,14
**noise** 33:16
**non** 61:7,17
**normalcy** 38:16
**normally** 37:13
**note** 3:15 62:9
　68:14,16
**notebooks** 63:22
**noticed** 63:6
**noting** 43:8
**notion** 60:6,6,10
　60:11,19 65:21
　65:25 66:20,22
　68:9
**november** 48:24
　49:14
**nowadays** 68:19
**number** 23:1
　73:18,20,22
**numbers** 23:8
**nutshell** 4:10
　24:2
**ny** 75:14

　　　　**o**

**o** 75:1
**observed** 58:10
**obsolete** 46:22
**obviously** 3:4
　17:16 22:15
　31:15 52:1 57:5
**ocd** 62:13,14
**october** 49:14
**oh** 13:18 17:23
　19:1 22:8,9 29:2
　30:6 31:24 32:1
　32:9 52:25 63:19
　64:4 68:12,15

72:9,15 74:5,9
**oil** 73:10
**okay** 19:25 24:1
　34:13 36:1 44:13
　52:21 53:3 63:3
　66:13,21 68:21
**old** 75:12
**onboard** 24:13
　31:23
**onboarding**
　28:18
**once** 4:5 35:3,4
　52:8 69:4
**ones** 23:1
**ooh** 70:10
**open** 2:11 42:21
　43:14 50:17
**opening** 48:25
**opinion** 50:14
　72:16
**opinions** 10:4,13
　43:5 44:19
**opposed** 6:9 8:10
　31:12 57:25
**optimization**
　70:2
**option** 17:17
**order** 64:3
**organization**
　61:11
**organize** 62:16
　69:21
**organized** 52:7
　66:24 67:4 69:22
**organizers** 52:10
**organizes** 63:24
**origin** 9:1

**outfitters** 56:7,8
**outlives** 16:4
**outs** 58:15
**outside** 3:6 70:12
**overall** 25:17
　73:2

　　　　**p**

**paid** 36:24 55:19
　58:2
**paper** 19:6 30:13
**part** 2:1,21 3:19
　11:24 13:24 14:8
　21:18 37:3,22
　40:13 42:17 51:3
　63:12
**participate**
　25:24
**parties** 55:5 59:3
**partner** 41:22
**partnering** 8:22
**partners** 57:21
**parts** 1:14 58:3
**pass** 71:9
**passing** 71:10
**pasty** 37:25 38:1
　38:3 39:9,11,21
　40:25 51:11,14
　51:18 72:24 73:8
　73:20,23 74:4,16
**path** 5:23
**patience** 11:17
**pattern** 67:6
**pay** 17:24
**peace** 74:15
**people** 2:6,8,24
　4:6,19 5:11,16
　6:5,24 8:13,14
　8:17 9:2,4,12,13

9:17,17,19,21
10:16,20 11:6,7
12:9 13:1,12,17
15:4,5,22 17:4
17:10 18:4,15
19:4,5 20:4,15
21:5,9,11 22:7
22:21,23 24:11
24:13,21 25:22
26:1,11,12 27:25
28:1,9,19,22
29:6,9 30:5,12
31:1,22 32:1
34:5 36:22 37:10
37:13,16,17,22
38:16 39:1 40:10
40:22 41:7,7
42:4,7,8 43:12
43:15 44:3 47:13
47:19 48:7,17
52:9,13 54:23
57:11 63:20
64:10,21 67:18
69:23 71:21
**people's** 7:12
　10:13 15:10
　25:10
**percent** 31:11
　34:1 36:13 58:6
　58:25
**percentage**
　30:21
**perfect** 41:14
**person** 7:20
　13:22 17:9 19:25
　31:10 34:22 44:5
　51:8 64:19 69:22

| | | | |
|---|---|---|---|
| personal  67:2 | platforms  3:2 | prince  73:9 | 31:12 34:25 |
| personalities | 6:5 49:17 | prioritizing  69:5 | 40:13,23 41:24 |
| 8:12 | play  8:17 48:18 | private  15:15,16 | 44:22 60:7 65:2 |
| personality  7:21 | plays  23:23,23 | probably  4:13 | projects  2:19 3:2 |
| 9:15 23:18,19 | 26:21 | 18:1,12 37:11,12 | 3:8 8:7 12:1,4 |
| personalize  7:18 | please  27:10 | 37:15 39:2 40:16 | 15:20 24:9 34:18 |
| personally  35:23 | plug  6:10 59:7 | 40:18 56:9 60:7 | 39:6 40:17 51:24 |
| perspective | 60:15 | 61:2,23 62:14,18 | 52:8 53:24 65:11 |
| 21:10 26:20 | plugged  4:20 | 66:14 | proof  34:20 46:9 |
| 46:14 | plunge  36:20 | problem  39:23 | 46:10 47:9 |
| pfp  7:4 8:10 | pocket  46:24 | problems  15:20 | proponent  9:25 |
| 14:23 15:6,6,8 | podcast  8:24 | proceed  62:11 | protect  26:12,12 |
| 17:2 23:16 24:9 | 47:10 | proceedings  75:5 | provide  5:8 43:1 |
| 38:9 59:12 | point  26:19,20 | process  3:1 | 57:18,19,20 |
| pfps  34:12 | 41:3 44:3 60:12 | 15:12 16:17 | provides  20:14 |
| phishing  5:15 | policy  15:2 | 20:20,21 53:20 | providing  8:7 |
| phone  21:20 | portray  7:25 | 54:5 | public  3:23 |
| 22:1 27:16 62:24 | 47:24 | producer  53:8 | 15:14 |
| 63:1,10 73:21 | pose  2:24 | 55:17 | puff  72:13 |
| phone's  63:4 | possible  50:18 | product  11:12 | pull  9:16 26:25 |
| phrases  5:14 | 62:5 | 39:8 46:13 | 27:3 58:18 |
| physical  39:5 | posted  59:6 | production  12:8 | pulling  15:9 |
| pick  66:16 | pot  40:1 | 53:7 58:13 | puma  35:1 |
| picture  15:7 | potential  4:3 | productive | push  26:8 29:22 |
| piece  16:23 | 5:21 | 63:16 | 31:19 34:5 43:6 |
| 17:12 21:8 31:16 | premint  15:21 | products  42:19 | pushed  35:24 |
| pitch  42:23 | 46:5 | professionals | pushing  46:11 |
| pivot  10:24 | pretty  2:11 5:23 | 12:10 | 46:17 |
| 46:25 | 12:24 15:13 | profile  8:4 13:12 | put  15:6 47:22 |
| place  9:8 27:21 | 17:21 24:6 26:23 | 15:7 | 52:13 60:10,18 |
| 35:11 57:10 | 29:16 30:3,25 | progress  43:18 | 62:3 63:25 69:5 |
| 66:24 69:23 | 31:5 34:8 35:12 | 43:20 | puts  61:12 |
| plan  62:1 | 35:13,21,21 36:8 | progression | putting  46:13 |
| planet  57:2 | 40:21 42:1 46:23 | 26:21 | 69:3 |
| planning  60:9 | 52:23 54:24 57:3 | project  6:20 7:4 | |
| platform  4:14,16 | 60:13 63:9 | 8:22 18:11,14 | **q** |
| 5:1 6:1,9 15:12 | price  23:2 72:18 | 20:16 23:22,22 | quality  18:14,16 |
| 21:5 44:23 49:13 | | 25:2,16 31:2,7 | question  16:19 |
| | | | 16:20 52:22 |

59:17 66:7 67:11
**questions**   2:8,13
  2:25 11:19 12:12
  21:3,4 34:5
  49:20 59:18,23
  70:3
**quick**   2:4 38:3,4
  45:23 46:23
**quirks**   58:15
**quitting**   40:1

**r**

**r**   75:1
**rabbit**   63:15
**rage**   55:24
**raise**   2:9
**random**   15:8
**rapper**   57:2
**raw**   70:9
**reach**   42:22 51:4
**reached**   48:7
**reacting**   10:6
**read**   16:14,15
  26:16,18
**reading**   16:13
**real**   2:4 17:9
  24:11 37:14 41:4
  43:13 47:19,21
  58:21,21 61:5
**realize**   4:5 21:9
  47:13
**really**   3:15,22
  4:2,7 5:2,15,20
  5:21,22,23,25
  6:24 7:3,11,18
  7:19,23 8:5,13
  8:14 9:2,15 10:3
  10:12,15,16,17
  10:20 12:5,22

13:3 14:20 15:2
  15:25 16:9,16,22
  17:11,15 18:2,14
  18:15,22 19:2,9
  19:13 20:7,23
  24:6,12 26:5,14
  27:16 28:16,20
  29:18,19 31:2,9
  31:18 33:18,21
  33:22 34:2,11
  36:14 37:3 38:16
  39:14 40:1,12,14
  40:22 41:6,11
  43:13,19 44:5,19
  45:16,18,24,25
  46:5,11,12,16,17
  46:23 47:7,10
  49:18 50:10
  54:25 55:2,6,8
  56:24 57:4 58:14
  60:19 61:9 62:15
  63:11,20,22
  65:10 69:7,24,25
  70:1
**recommended**
  60:20
**record**   56:5 75:5
**recording**   1:12
  53:13 54:3,5
  58:13
**reducing**   62:22
**regarding**   71:17
**register**   53:12
**regular**   12:23
  25:9
**reimbursed**   16:5
**reinvent**   46:22

**reinvention**
  45:13
**reject**   67:20
**related**   49:23
  65:2
**relationship**
  39:4
**relationships**
  37:6
**releasees**   23:6
**remember**   31:25
**representation**
  7:12
**reputation**   14:11
**reservation**
  34:25 35:4,5
**reserving**   22:24
**resonates**   7:2,19
**resources**   42:18
**respond**   50:4
**restaurant**   70:23
**result**   44:24
**retail**   49:11
**rid**   28:12,16
**right**   2:5,16 6:14
  6:16 21:13 22:12
  30:7 31:1,4,22
  32:18,25 33:5
  34:4,5,6,7,9
  37:20 42:4,11
  46:1 49:6 50:15
  52:1 56:14,15
  59:14,15 62:7
  64:18,24 73:25
  74:5,14,15
**rights**   56:13
**risk**   16:15 36:20

**road**   32:10 75:12
**rock**   8:10
**rodeo**   6:20 7:3
  8:19,25 11:1
**role**   19:22 26:21
**roll**   70:8,8
**rolling**   2:18
  35:22
**rothschild**   1:11
  2:2 12:20 13:4,9
  17:1,16 18:13,20
  18:23,25 19:8,12
  21:14,19 22:8
  24:1,24 25:4,11
  26:25 27:5,12,15
  28:7 29:4,10
  30:8,23 31:8
  32:4,6,12,20,23
  33:1,6 34:23
  35:18 36:4,12
  38:7,19 39:20
  40:5 41:2,13
  43:25 44:9 45:18
  46:2 47:5,11
  51:13,17,20
  52:19,25 53:2,15
  53:21 54:7,11,19
  54:22 56:22 58:8
  58:22,25 59:11
  59:15 60:5 66:4
  66:11,14,22 67:9
  67:23,25 68:3,6
  68:12,20,23,25
  69:8,18,20 70:7
  70:11,14,18,23
  71:1,4,11,13,19
  71:24 72:5,10,15
  72:21 73:3,9,19

| | | | |
|---|---|---|---|
| 73:25 74:14 | school 68:11,13 | september 75:16 | side 7:7 16:16 |
| rough 5:19 41:4 | screens 61:5 | server 19:24 | 17:6 33:11 53:6 |
| royalties 55:17 | screenshot 13:15 | 20:1 | 53:25 55:7 58:16 |
| rugged 39:9 | 21:24 63:23 | servers 17:5,10 | sign 16:15 |
| rumble 18:18 | screenshots | 19:5,18 | signature 75:7 |
| run 13:11 18:6 | 21:23 | set 5:22 65:3 | silk 32:10 |
| 42:16 | second 2:3 | setting 19:24 | similar 61:2 |
| rush 42:11 | secure 23:5,7 | settings 63:2 | similarities 6:22 |
| **s** | 29:8 | settle 54:13 | simple 14:3 |
| safe 39:1 | securities 27:24 | shadiest 56:23 | simpler 28:18 |
| safer 28:19,25 | security 31:21 | shadows 10:10 | simplified 45:4 |
| safety 5:8,10 | see 2:19,21 5:3 | shady 56:20 | simplifies 20:23 |
| 15:2 18:3 23:13 | 8:14 9:13 11:23 | share 26:22 30:3 | 25:25 26:3,3,4 |
| 23:17 26:6,8,20 | 13:5,7,14 14:4 | shared 30:19 | simplify 53:20 |
| 57:12 | 19:10,13 20:4 | shift 27:21 | simplifying |
| sales 57:7 | 21:23 25:18,22 | shirt 56:9 | 20:16 |
| salmon 70:7,9,9 | 25:25 27:1 28:21 | shit 15:23 19:7 | single 16:16 |
| salute 36:3 | 30:21 31:5,11 | 23:9 32:3,5,9 | 43:10 |
| satisfaction | 35:23,24 41:5,7 | 43:17 47:20 | siphoning 72:14 |
| 65:14 | 42:23 43:10 | 48:20 51:5 55:1 | site 35:2 |
| saudi 73:9 | 44:10,11 46:14 | 56:12,13 57:1 | sitting 52:3 |
| saw 4:13 16:1 | 49:15 58:14 61:3 | 59:1,4,5 66:16 | situation 17:14 |
| 70:20 | seed 5:14 | 69:9 72:7,11 | 40:19,20 |
| saying 34:21 | seeing 3:14,21 | 73:5,6,11 | sketchiness |
| 37:1 40:8 58:17 | 6:21 10:5 11:18 | shocked 24:6 | 14:17 |
| scale 35:14 38:18 | 20:5 42:10 45:10 | should've 21:20 | sketchy 5:12 |
| 38:22 40:17 | 53:7 58:15 | shout 59:12 | sky's 42:5 |
| 49:19 | seek 20:24 | shoved 70:24 | sleeves 46:19 |
| scammed 13:17 | seen 53:8 54:9 | show 17:18 | small 50:19 |
| 28:3 | 58:10 66:20 | 63:23 | smaller 7:4 |
| scams 16:6 | sell 56:15 73:6 | showed 14:25 | smart 59:2 |
| scared 50:24 | 73:11 | showing 69:14 | snapshot 13:21 |
| scary 25:23 | selling 38:11 | shows 31:6 | snatch 21:12 |
| scenes 11:16 | 73:21 | shy 27:1 59:23 | social 37:14,15 |
| schedule 61:18 | send 21:24 73:23 | sick 35:7,12,16 | 57:4 |
| 62:8 63:24,25 | sense 16:18 39:5 | 35:20 47:16,17 | sold 37:23 56:6 |
| 64:12 | 39:5 40:8 50:22 | 71:23 | solely 20:14 |
| | 57:7 65:13 | | |

**solidification**
38:5,17
**solidify** 54:4
**solidifying** 38:8
**solohouse** 8:23
**solution** 19:10
**solutions** 75:11
**somebody** 14:7
17:8 28:10 30:19
30:22 31:12 34:8
40:16,18 43:9
48:8 49:4 50:7
61:20 71:8
**somebody's**
17:22
**someone's** 31:6
**somewhat** 40:7
**song** 55:16,18
**songs** 53:18
**sonya** 75:3
**soon** 60:8 62:5
74:2
**sorry** 23:25
26:17 38:2,3
39:9 44:8 47:20
64:14 66:4
**sort** 19:20 64:23
65:10 69:21
**sorted** 65:1
**sorting** 65:8
**sound.xyz** 54:25
55:13
**sounds** 48:19
62:13
**sour** 73:5
**space** 1:12 3:5
3:11,13,17,20
4:2 5:8,11,18,20

8:1 9:5,20 10:6,8
11:6,25 12:9,11
13:10,13 15:7
17:15 18:4 23:14
24:7 26:22 28:4
28:15,25 29:6,7
31:19,21 33:18
33:21 36:19 37:4
38:5,12 40:11
42:2 43:15 44:2
45:10,11,15
46:11,18 47:1,12
47:24 49:1,11,11
50:2 54:24 55:3
55:9,12 71:5
**spaces** 9:23
23:21 43:4 50:21
71:17
**spam** 73:17
**speak** 37:17 45:6
49:7 67:15,16
74:12
**speaking** 31:4
34:8 38:2 74:13
**special** 4:8 37:24
**specific** 35:2
**spencer** 14:22
36:8 44:10 51:2
67:20 68:8,18
69:15,19 70:5,10
70:13,17,20,22
70:24 71:3,10,16
71:20 72:3,19
74:6,6,7,11
**spent** 72:25
**split** 55:17
**spoke** 6:1,2
49:24

**square** 49:1
61:17 62:4,7
**stacy** 26:17,25
27:4,5,6,7,8,18
28:24 29:5
**stage** 24:21
38:22 54:4
**stand** 33:20
**standard** 68:19
**standardized** 8:3
**standpoint** 25:17
53:11,13
**star** 14:13,14,16
**start** 3:3,9 4:7
5:25 6:20 7:23
8:13,18 27:16
28:8 34:18 42:9
45:10 69:23
**started** 2:23 3:6
28:23 48:20
58:12
**starting** 8:15
41:10 64:17
**state** 18:9
**statement** 2:12
**stays** 46:24
**stems** 44:14
**step** 9:18 17:19
45:25 57:17
**stopped** 68:2,4
**story** 9:1,10
**straight** 50:16
70:20
**strategies** 68:16
**streaming** 57:7
57:20
**strong** 27:24

**stuck** 63:9
**stuff** 2:7,8,25
6:18 7:8,10,16
9:14 11:8 13:11
13:19 14:5,23
15:11,14,21 16:2
16:6,14 17:18,24
18:17,17 20:6,10
20:13,14,19,21
24:9 25:24 26:8
27:2 32:8 33:7,8
33:12 35:22,23
36:6 37:2,14
40:13 41:4,18,25
42:16 43:2 44:19
46:8 48:1,6,9,16
49:17 50:24 51:2
51:21,24 52:2,11
55:5,16 57:5,8
59:3 60:12,14,18
60:24 61:1,7
63:8,10 64:5,15
66:17 67:2,3,10
68:11,16 69:3,4
69:13 73:10
**succeed** 28:21
**successful** 8:18
**suite** 75:13
**super** 4:8 5:19
8:17 19:16 20:17
20:18 22:25 23:1
23:4,10,15 32:14
35:20,20 47:16
47:17 55:4 56:18
56:18 71:20,23
72:6 73:4
**superhuman**
64:18

**supplement** 37:9
**supplementing** 38:24
**support** 36:7,13 48:13,17
**supporter** 19:19 19:23 20:3
**supposed** 7:11
**sure** 14:21 16:17 16:21 18:6 21:7 23:19 52:17 56:21 62:4 67:18 73:8
**sushi** 59:21 70:4 70:5,23
**swipe** 64:24
**swiped** 29:3
**symbol** 26:9
**synopsis** 47:4
**system** 14:11,12 15:3 19:15 21:11 52:7

**t**

**t** 56:8 66:11,11 75:1,1
**taco** 50:8
**tag** 23:5
**take** 3:22 16:25 18:9 42:19 45:25 61:21 69:24
**talents** 41:8
**talk** 12:23 24:19 24:21,25 29:18 39:13,18 50:21 59:2,22 69:4 72:4
**talked** 26:18 74:9

**talking** 10:1 14:19,21 15:23 20:6 43:14,21,24 55:14 74:8
**talks** 30:6 43:9
**tame** 27:23
**tap** 59:8
**tapes** 56:1
**tapped** 66:21
**task** 61:21
**team** 33:24 34:10 36:7 46:9 46:10,10 51:3 54:13,15 60:11 61:20 69:2
**teased** 32:15
**teasing** 6:19
**tech** 51:7 61:7
**technically** 41:24
**technologies** 3:21 4:12 25:21 42:13 46:20 49:15 69:25
**technology** 4:23 16:12 46:6,7 49:18 61:2
**telegram** 2:23 32:16
**tell** 9:3 10:22 49:9 52:6,9 69:9 72:17
**telling** 68:8
**tells** 64:1,2,4
**temperature** 30:17 31:3,20
**templates** 60:14 68:13

**tempura** 70:8,11
**tentacles** 58:18
**terminal** 48:16 48:21 49:10 51:22 55:6 59:3
**terms** 23:2 53:22
**text** 63:3
**thank** 21:3 40:2 74:1
**thanks** 36:4,13 51:13 71:12,13
**therapy** 37:19 39:17 40:24
**thing** 7:5,14,17 8:6,8 9:24 12:21 13:10 22:5,6 28:21 31:14 37:9 38:3,4 39:3,13 40:21,25 41:6 42:14 52:5 54:14 55:21 65:12
**things** 2:14,19 3:11,18,25 4:5 4:11,22 6:2,8,14 6:15 7:7 10:13 10:18,18 11:2,3 11:9,10,11 12:7 12:8,10 15:24 16:2,10 18:2 20:16,17 22:7 24:10,13,14 25:1 25:8,13 26:1,5 26:14 33:2,15,25 38:25 39:1 41:23 42:19 43:16,20 43:22,22 44:6 45:5,10 46:11,13 46:17 47:6,22

53:25 54:24 56:18 57:16,23 60:3 62:18 65:7 65:13 71:23
**think** 2:8 3:19 4:2,4,5 7:15 8:6 8:7,13,16 9:18 9:23 10:19 11:6 12:15,22 13:10 13:14,16 14:25 15:20 16:20,21 17:11,15,20 19:9 21:4,8,14 23:10 23:12 24:11,17 25:14,15,16,17 26:1,7,14 27:20 28:8,20 30:11 31:18 32:14 33:15 34:1,19 35:12,14,15,19 36:16,22 37:8,13 37:19 38:23 39:6 39:14 42:7,13,25 43:3,8,11 44:1,5 44:18 45:11,12 46:4,5,6,8,18,20 47:6 48:14 49:2 50:3,20 51:11,15 54:22 55:13,15 55:21,22,25 56:19 57:10,15 58:3 59:19,20 62:17,23 63:11 63:18 65:12,16 68:14 72:19 73:3
**thinking** 2:18 3:1 13:18 16:16 33:2

thinks  71:25
thought  11:13
   24:3 30:3,24
   31:3 32:18 35:7
   55:2
thoughts  25:10
   61:13 62:16 69:2
thousands  56:10
   56:10
thread  60:8
   67:10
three  17:24
   27:11 52:3 63:17
thrive  37:21
throw  55:5
ticktick  61:7,9
   61:12 65:21,24
   66:9,9
till  72:13
time  4:1 7:19
   34:20 35:11 37:1
   40:1 45:16 46:25
   48:11 56:3 59:12
   59:21 60:4 61:5
   62:8,24 63:8,11
   63:14 64:3 67:9
   74:12
timelines  60:18
timepage  63:19
   63:19,22 65:23
   65:24
times  43:11
today  6:23 20:24
   21:21 36:11
   47:18 59:14 60:9
token  6:8 15:12
   15:17,18 18:9
   21:11 30:2,16

34:18 35:1,2,3
tokenproof  46:6
told  9:10 69:11
tonight  59:21
tool  54:2
tools  6:6 72:7
topic  24:18
   26:19 29:16
totally  69:10
touched  30:10
   38:20 47:2
tough  55:9 63:13
touring  57:16,22
track  60:19
trade  17:23
traditional  8:2
   8:22 10:2 61:10
transaction  35:6
transcript  75:4
transparency
   13:9 16:23 17:12
   57:12
transparent
   55:20
trenches  10:2
   23:20
trolls  15:21
truck  50:8
true  31:22 75:4
truly  12:10
   45:16
trust  5:8,10 14:6
   15:2 18:3 23:13
   23:17 26:5,8
try  29:22 47:24
   48:11 66:20
trying  17:7,22
   23:5,17 31:18

34:5 36:21 62:23
   63:18 69:2
turned  5:20
turning  26:10
turns  73:5
tutorial  60:21
tweeted  4:13
twitter  1:12 6:19
   14:14 22:16,17
   23:21 72:17
   73:14
two  3:13 9:5
   35:17 36:11,15
   41:14 50:11
   54:16 59:8
type  7:5 28:9
   29:21 51:21
   64:19
types  4:22 10:12
   15:24 26:14
   50:21 57:16,23
typically  53:17
typing  21:16

**u**

umbrella  3:8
   12:2
underrated
   40:21,25
understand  9:17
   11:25 21:5 26:2
   40:22 71:21
understanding
   10:8
understood  4:6
units  56:10
universe  49:5
unproductive
   63:11

unrelated  9:7
untouchable
   47:25
urban  56:7,8
urgent  61:15,18
   61:19,22 62:3,6
use  52:10 56:14
   59:25 60:6,10,16
   60:24 61:2,7
   63:2,19 64:17
   66:15
useful  71:7
useless  44:16
user  16:18
users  40:9
usually  22:3
   54:12 62:25
utility  12:5 24:10
utilize  15:5
   18:10 19:11
   49:18 52:11 54:1
   54:2 60:21 62:24
   64:17
utilizes  46:9
utilizing  49:14
utmost  4:3
uzi  55:25 56:14
   56:23
uzi's  55:24

**v**

v  1:11
valuable  29:1
vanish  30:12
vc  48:5
venues  35:8
verification
   17:20

**verifications**
14:9 20:19
**verified** 13:24
**verify** 14:15
**veritext** 75:11
**versus** 10:18
14:6 23:8 69:6
**vertical** 63:24
**vet** 18:15 45:16
**vibe** 36:1
**victim** 16:4
**view** 26:19,20
63:24 64:12,13
**viewing** 64:11
**viewpoint** 25:18
**vision** 20:24
31:11
**vocal** 26:23
**vogue** 48:24
**vote** 48:23
**voted** 48:21
**vr** 59:4

**w**

**wait** 74:11,11
**waiting** 49:3,3
**walk** 38:14
**walking** 64:5
**wallet** 13:16 14:2
14:7 17:25 21:12
29:3
**wallets** 5:13
22:12
**want** 2:9,15,21
7:5 8:5 9:16
12:18 19:13
20:11 24:13,21
26:11,12,22 28:8
28:9,16,20,20

31:16,22 35:24
38:16 42:23 43:1
44:20 47:12 48:3
50:8,8,17 54:15
59:24
**wanted** 5:25 7:3
14:24 18:6 20:7
29:21,24 30:2
34:3 39:12 41:8
**wants** 23:11 50:2
**watch** 41:12 63:8
**watching** 43:20
**water** 2:4
**way** 9:24 10:14
25:12,25 29:23
31:12 37:4,5,15
42:8 45:9 46:1
58:18,19,19
62:11 65:10,17
67:1,5 71:22
**ways** 25:7
**we've** 8:19 12:25
13:1 19:3 48:17
49:4 69:1
**wealth** 28:1
**wear** 63:7
**web** 41:17
**web2** 12:9 49:16
**web3** 3:21 4:10
4:15,18,19,25
5:2,12 6:8,23 7:1
7:12,21 8:1,16
8:23 9:1,1,9,13
12:3 13:2 14:17
16:12 19:4 22:11
22:13 24:4,13,23
25:18,20 26:14
27:20 29:22 32:8

41:9 47:3 48:16
49:13,16
**website** 22:17
30:19,20
**weekly** 55:19
**weeks** 36:9 52:3
**weird** 21:25
30:20 39:16
41:16,20 50:7
51:22
**weirdo** 30:24
39:17,22
**weirdos** 11:23
**welcome** 28:5
**went** 40:19 67:12
**west** 6:22,24
27:22,23
**western** 7:8
**wet** 53:5
**wheels** 4:7
**whiskey** 47:3
**whisky** 8:24
**whitelist** 18:16
**widely** 3:22
**wild** 6:22,24
27:22,23
**wings** 49:3
**wireframes** 61:1
**wisdom** 71:9
**wool** 15:9
**word** 23:7 29:2
37:1 38:20
**words** 27:11
**work** 41:9 42:13
46:15 54:20
67:25 68:1
**workflow** 62:25
65:21

**workflows** 52:14
59:25 63:18
64:17
**working** 2:16,19
2:22 4:11,14
6:14,16 7:7
11:21 12:16
41:17,18 43:21
59:4 67:6
**works** 3:15
64:14
**world** 19:5 24:11
48:1
**worries** 27:18
**worry** 28:3
**worst** 72:1
**worth** 16:5 43:8
61:24
**worthwhile** 39:2
**wreck** 40:15
**wrong** 50:16

**y**

**yeah** 3:2 9:2
12:12,20 13:4
14:25 17:1,16
18:13,20,23,24
19:8,12 20:25
21:2,7,14 22:8
23:22,25 24:1,2
24:24 25:4,11
27:1,12,15,19
28:7,17 29:2,4
29:10,14,15 30:8
30:10,23 31:8
32:4,11,20,23,24
33:3,13,19 34:23
35:18 36:4,12,16
38:7,19 39:20

40:5,23 41:2,3
41:13 43:25
45:18,20 46:2
47:5,11 50:17,22
51:5,17,20 52:19
53:2,3,15,21
54:7,11,19 56:13
56:21 58:7,11,22
59:11,15 60:2,5
63:17 64:16
65:20 66:8,11,18
66:22 67:13
68:12,14,15,18
68:20,20,23 69:1
69:8,15,18,20
71:11,19,24 72:2
72:5,15 73:3,7
**year**  19:3 48:25
58:14 60:1
**years**  3:13 9:5
24:16 52:23
55:23 56:24
**yo**  10:22 23:13
29:12,15 44:17
47:20 50:5,8
56:12

**z**

**zagabonds**  48:1
**zoom**  64:6,8