# Exhibit 1



# ELLE

## FROM SOFT TO SLINKY

**120** LOOKS, DAY OR NIGHT

### THE HOT BODY
TUNE-UPS THAT REALLY DELIVER

### JON BON JOVI
OLDER, WISER ...AND STILL SEXY AS HELL

**SPECIAL TRIBUTE:**
GIANNI VERSACE AND THE ART OF LIVING WELL

OCTOBER 1997
USA $3.00
CANADA $3.50

HERMES_0033136



HERMES_0033137

# VOGUE

## The Evening News!

### From Couture's Glorious Excess to Velvet's Sleek Chic

**Jessica Lange & Michelle Pfeiffer**
A PERFECT MATCH

## CAMERON Diaz

### Hollywood's New Golden Girl

## GOD SAVE McQUEEN
### As Bad as He Is Brilliant

## BLOWN AWAY
### WHY IS HAIR SUCH HELL?

OCTOBER 1997

HERMES_0033138



Publicis EtNous

New York  Bal Harbour  Beverly Hills  Boston  Chicago
Dallas  Honolulu  Houston  Palm Beach  Philadelphia
San Francisco  Washington, DC   Inquiries : 1-800-441-4488

HERMES_0033139



# W

**Prince Ready to**

# Bright
# Young
# Thing

Donatella Versace
Takes Charge

Brice Marden's
Greek Retreat

Magical Makeovers
By Kevyn Aucoin

Plus: Sally Quinn, Ethan Hawke,
Natalie Portman, Michael Jordan,
Suzy and Dominick Dunne

71486 01058 6



HERMÈS. TO THE BEAT OF AFRICA.

HERMES_0033141

# ARCHITECTURAL DIGEST
THE INTERNATIONAL MAGAZINE OF INTERIOR DESIGN AND ARCHITECTURE

NOVEMBER 1997



HERMES_0033134



HERMÈS. TO THE BEAT OF AFRICA.

HERMES_0033135



# THE RETURN OF MEGA HAIR

# ELLE

WWW.ELLE.COM

## JESSICA SIMPSON
### AMERICA'S PRINCESS BRIDE
"I TOTALLY BELIEVE IN COUPLES COUNSELING"

# 500+ PAGES OF FALL FASHION

## 1000+ GREAT IDEAS

### OUR BIGGEST SHOPPING GUIDE EVER!

## SUPERSEXY BOOTS

## JEANS:
FOR WORK, FOR PLAY, THE BEST ONES FOR YOU

## ARE YOU READY FOR PLASTIC SURGERY?
WHAT YOU NEED TO KNOW

## PARTY NOW, PAY LATER?
NEW RESEARCH ON FERTILITY

KEYWORD ON AOL: ELLE
SEPTEMBER 2004

PROMOTIONAL COPY NOT FOR SALE

HERMES_0001406



HERMES_0001407



HERMES_0001402



EVERYTHING
CHANGES
BUT NOTHING
CHANGES.

HERMÈS
PARIS

HERMES_0001404



Town&

ESTABLISHED IN 1846

FALL FASHION
SPECIAL
THE
ELEGANCE
ISSUE

ALL THE
BEST LOOKS
OF THE
SEASON

EXQUISITE
ACCESSORIES

PLUS:
WHY
MICHELLE
PFEIFFER
WEARS
ARMANI

SEPTEMBER 2004
U.S. $4.00 CANADA $5.00
FOREIGN $5.00

09

0 75470 08833 9

HERMES_0001414



HERMES_0001415



September 2004

SPECIAL COLLECTORS' EDITION: THE OLYMPIANS
AMERICA'S OLYMPIC HOPEFULS BY BRUCE WEBER

VANITY FAIR

WAR RECORDS
AND THE
PRESIDENCY
BY DAVID HALBERSTAM

THE MONARCHY
OF GEORGE W. BUSH
BY NIALL FERGUSON

BRANDO,
SINATRA,
HUGHES ...
AND OTHER
AFFAIRS
TO REMEMBER
BY GLORIA VANDERBILT

INSIDE
THE MIND OF
D.C. SNIPER
LEE MALVO
BY DONOVAN WEBSTER

PLUS:
DOMINICK DUNNE,
JAMES WOLCOTT,
AND MICHAEL WOLFF!

Regally Blonde
REESE WITHERSPOON
BRINGS HOME
MAKES TIME FOR THE KIDS
WHY ARE WE PUT

HERMES_0001416



HERMES_0001417



**VOGUE**

20 REAL WOMEN
SHOP THE FALL RUNWAYS

2004

FALL FASHION
SPECTACULAR
OUR BIGGEST ISSUE EVER!

832
PAGES

The Most
Beautiful House
in Europe

THE
GREATEST
LOVE STORY
TOLD

NICOLE KIDMAN
MAKES HISTORY
IN A
TWO-MINUTE
MOVIE

IS THE
CANCER
ALREADY
MEDIC
INE?

PLUS STATEMENT JEWELS, MAGICAL MAKEUP, COUTURE CUISINE,
CELEBRITIES VS. SUPERMODELS & MUCH, MUCH MORE...

HERMES_0001420



HERMES_0001421



# Town&Country

ESTABLISHED IN 1846

## THE QUALITY ISSUE

**CAROLINA HERRERA: FASHION'S FIRST LADY**

**THE BEST OF COUTURE**

**A PERFECT PARIS PENTHOUSE**

NOVEMBER 200
US $4.00 CANADA $5.00
FOREIGN $

11

Carolina H
with dau
Caro
and P

0 75470 08833 9

HERMES_0001412



EVERYTHING CHANGES
BUT **NOTHING CHANGE**

HERMÈS
PARIS

"Birkin" bag in
Barenia calfskin.
"Buldue" silk
twill scarf.
Shoulder Birkin
bag in Clemence
bull calf.

HERMES_0001413



HERMES_0001408



HERMES_0001409

2004



# W

# Wow!
## Our Biggest Fashion Issue Ever

Royal Pain: Princess Michael Takes On Her Critics

Bags, Boots & Baubles: Fall's Best Accessories

Tight Jeans in Tripoli: Libya's Flashy New Elite

Maureen Dowd on Bush, Kerry and Dressing Badly in Washington

Plus: Sidney Sheldon, Suzy and L.A.'s Hellcat Hotspots

# The Actress
# Julianne Moore
## STARS IN A 42-PAGE PHOTO EXTRAVAGANZA



$4.95 $5.95CAN
09>
0  484959

HERMES_0001423



EVERYTHING
CHANGES
BUT NOTHING
CHANGES.

HERMÈS
PARIS

"Birkin" bag in
Barénia calfskin.
"Bolduc" silk
twill scarf.
"Shoulder Birkin"
bag in Clémence
bull calf.

HERMES_0001424