# Exhibit 2

## Part 1



# TOWN&COUNTRY

MARCH 2021

TOWN & COUNTRY
**175**
LEGENDARY YEARS

The
## LONG GAME
79 Things Worth
Waiting For

Escape to
the Farthest Place
on Earth
*Anonymity Guaranteed*

How to Smell Like
GRACE KELLY

## ALT-IVIES
Where You Can Actually
Go to College Now

GOSSIP'S *ANNUS MIRABILIS*
ALL TEA. ALL SHADE.

Social Climbers'
REVENGE
From Palm Beach to Parliament

Michelle
## PFEIFFER
Then. Now. Forever.

HERMES_0001602



# STYLE SPY

## THE IRON LADY'S SECRET WEAPON / IS THERE A NEW BARNEYS? / PRESTIGE PET PEACOCKING

The rereleased Shadow, seen here exclusively, is marked by a saddle-stitch technique perfected over 200 years.

**HERMES** BIRKIN SHADOW IN SWIFT CALFSKIN IN GOLD ($14,600), HERMES.COM

# BIRKINS *in the* Coal Mine

*There are surprising harbingers of normality dangling from our arms. Are purse strings the new Hemline Index?*

BY **LEENA KIM**   PHOTOGRAPH BY **ALLIE HOLLOWAY**

HERMES_0001600





HERMES_0012381



**I**f I could be a
woman, I'd want to
be Miuccia Prada.
She's the perfect balance
of right and wrong,
fashion, intelligence,
and irony."

Pattern play. THIS PAGE:
Coat, top, pants, hat,
earrings (worn on
lapels), and bracelet
(right), Prada. Bag and
twill sash, Hermès. Belt,
Maximum Henry.
Platform sneakers, R13.
BEAUTY BAZAAR
Glamorous cat-eyes call
for Marc Jacobs Beauty
Highliner Liquid Gel
Eyeliner in Blacquer
($27). OPPOSITE PAGE:
Blazer, vest, shirt, jeans,
scarf, and bag, Marc
Jacobs. Barrettes, Epona
Valley. Brooch, Verdura.
FASHION EDITOR:
Miguel Enamorado

HERMES_0012382



HERMES_0000855



**HOTTEST, *NEWEST*, LATEST**

Iconic Hermès packaging

Hermès Fall 2011

Bits and pieces utilized by Petit h artisans

Hermès Petit h semainier

Pascale Mussard in a Petit h necklace

A classic Birkin bag

Hermès Petit h rolling Birkin

# ONE FOR ALL:
# *HERMÈS EXCLUSIVES*

*The French fashion house introduces PETIT H, an ingenious collection of artful objects made from luxurious recycled materials*

It's an undisputed fact: Hermès is synonymous with perfection. No product that appears even partially flawed ever sees the light of a boutique. Until now. Thanks to the inspiration of Pascale Mussard, the great-great-great-granddaughter of founder Thierry Hermès, originally a saddle maker, there is a recycling renaissance within the storied house in which unused or misfit materials are given new life as quirky limited-edition *objets.*

"I've had the vision for Petit h for as long as I can remember," says the soft-spoken Mussard. "When I was young, my nickname was 'Don't throw that out, it might be useful,' so it is very appropriate."

Petit h is fueled by creativity. Goods are first examined in a Willy Wonka–esque ideas laboratory in Paris. Then 22 artists who were handpicked by Mussard are paired with Hermès's legendary craftsmen, including leather workers, seamstresses, gold- and silversmiths, and crystal and porcelain aficionados. The resulting items—sweetly dubbed Unidentified Poetic Objects,

*"I think an object can give you JOY. It can stay with you for years," says Mussard.*

or UPOs—are rather astounding.

They run the gamut from charms (starting at $40) to an oversize panda-bear beanbag made out of Clémence bull-calf leather (the most expensive of the lot at $100,000). A semainier chest is crafted from solid oak, silk twill, and Togo calfskin, while the top for a rolling Birkin is repurposed from an otherwise damaged original. Mussard's favorite piece is a crystal doorstop with a handle from a Kelly bag. She also morphed colorful leather scraps into coffee-cup holders after a recent trip to New York. "Everyone in the office needed one. Their coffees were so hot," she says, laughing.

Having debuted in Tokyo this past June, the roving collection is on display November 2 through 23 at Hermès's Madison Avenue boutique, with 2,200 UPOs to admire. (The next viewing is in December at the Rue de Sèvres store in Paris.) "My dream was to invent something that people would love and respect as a new generation of Hermès," says Mussard. "I think an object can give you joy. It can stay with you for years." **Sarah Cristobal**

VINCENT LEROUX. RUNWAY: DAN & CORINA LECCA. HERMÈS BOX AND BIRKIN BAG: DAVIES + STARR. SEE WHERE TO BUY FOR SHOPPING DETAILS.

124



THE NEW YORK TIMES STYLE MAGAZINE

THE GREATS  October 17, 2021

Celebrating the
people who
make and change
the culture

October 17, 2021

JULIETTE BINOCHE
GLENN LIGON
LYNN NOTTAGE
ANNA SUI

The
New
York
Times
Style
Magazine
The Greats

HERMES_0001776

# FIRST OF ITS KIND / LAST OF ITS KIND

By Lindsay Talbot
Still Life by Anthony Cotsifas
Styled by Todd Knopke



The British actress Jane Birkin in 2008 with her namesake carryall, which Hermès debuted in 1984.

Shown here in the house's signature Fauve color, the Birkin 3-in-1 can be used as a clutch, a tote or combined to resemble the original design. $14,400, hermes.com.

IN 1984, THE English actress Jane Birkin hopped on an Air France flight from Paris to London. As she hurried down the aisle, the contents of her handbag spilled to the floor. Luckily, she happened to be sitting next to Jean-Louis Dumas, then the executive chairman of Hermès, and somewhere over the English Channel, the two came up with the design for her now-iconic namesake carryall, which they sketched out together while on board. The Birkin would be bigger than the Kelly, but smaller than the Haut à Courroies, and contain interior pockets for storing belongings, as well as a burnished flap top with the house's signature

saddle stitching and a turn-lock swivel clasp. It became the most coveted of Hermès's handbags, with yearslong wait lists and limited editions in numerous colorways and skins.

This fall, the house will introduce the Birkin 3-in-1, a practical new riff on the original design. In a nod to modern-day needs, it includes a canvas pochette bearing the bag's classic leather flap that can be removed and carried as an envelope clutch (ideal for stashing a phone, a mask and a few other essentials). When the pouch is attached to the bag — its flap lies across the top and fixes to the gussets, while the Birkin's handles pass through

the clutch's slits to keep it in place — it looks like a classic Birkin. But when the clutch is taken out, the bag becomes an open, spacious tote, roomy enough to fit a laptop for working on the go and available in a caramel-colored Barenia Faubourg calfskin or a Togo calfskin in gold, biscuit, black and sapphire. "The Birkin 3-in-1 is constructed as a puzzle," says Catherine Fulconis, who oversees Hermès's equestrian and leather goods. "One bag, two elements, three uses: It can be a tote, a pouch or a tote and pouch combined. It becomes everything in one." A versatile trompe l'oeil, indeed. ◼

RETOUCHING: ANONYMOUS RETOUCH; DIGITAL TECH: CHASE GUIVER; PHOTO ASSISTANT: KARL LEITZ. ARCHIVAL PHOTOGRAPH: SARAH LEE/EYEVINE/REDUX

HERMES_0001777



HERMES_0000869



Burberry London
trench, $1,295, burberry
.com Hermès bag, price
upon request, 800-
441-4488 Portolano
gloves, $95, 212-719-
4403; all jewelry Harry
Winston, harrywinston
.com. Opposite page:
Prada coat, $25,700,
prada.com Devi Kroell
prada.com Devi Kroell
pochette, $1,600,
devikroell.com, Roger
Vivier sunglasses, $475,
212-861-5371; all jewelry
Cartier, cartier.com

Model: Carolyn Murphy/
IMG; Makeup: Hannah
Murray For Top Shop
Makeup; Hair: Oribe,
using Oribe Hair Care
(Oribe Salon); Nails: Rica
Roman for Zoya nails
at See Management;
Casting: Gina Liberto

HERMES_0000866



SPECIAL ANNIVERSARY ISSUE!
VANITY FAIR
OCTOBER 2013
V.F.'s First Century
1913–2013
Kate UPTON BLOWS OUT the CANDLE, ANNIE LEIBOVITZ SNAPS the PHOTO
"One's too many, and a hundred's not enough." —Billy Wilder
Featuring
KURT ANDERSEN
A. SCOTT BERG
BONO
BOB COLACELLO
DAVE EGGERS
SARAH ELLISON
JULIAN FELLOWES
JAMES FOX
LAURA HILLENBRAND
WILLIAM LANGEWIESCHE
BILL MAHER
LORNE MICHAELS
ERROL MORRIS
JAN MORRIS
EVGENIA PERETZ
JAMES REGINATO
JOHN RICHARDSON
INGRID SISCHY
ROBERT STONE
BRUCE WEBER
JAMES WOLCOTT
and Many More...
100 YEARS
BONUS BOOK EXCERPT: KATE and LITTLE PRINCE GEORGE
Plus: TECHIES vs. BLUEBLOODS | CHEFS BEHAVING BADLY
The NEW HUNGER GAMES—EXCLUSIVE PHOTOS! | A FRESH ROYAL SCANDAL
NEW YORK'S REAL UNDERWORLD | GRILLING DONALD RUMSFELD



# FANFAIR

Humphrey Bogart and Lauren Bacall, loyal Hermès customers, owned the Haut à Courroies bag (below) and Atlas garment bag (right) in cream canvas and tan leather, embossed with a single B, the initial they shared.

Palm trees.

The commemorative silk scarf Hermès à Beverly Hills, designed by Benoît Pierre Emery.

This limited-edition wine trunk, covered in Izmir-blue Clémence bull calfskin, is made-to-measure for Bordeaux wine bottles. It contains six crystal wineglasses, two linen serving towels, and a sterling-silver corkscrew covered in the same blue leather.

The late Hermès C.E.O. Jean-Louis Dumas created the Birkin bag, a perfect travel tote, for actress and singer Jane Birkin, in 1984.

A rendering of the newly renovated Beverly Hills boutique, on Rodeo Drive, designed by RDAI, the architecture firm founded by Rena Dumas, in Paris, in 1972.

Sammy Davis Jr. commissioned a traveling bar made of black crocodile, and lined in red leather, to take on airplanes.

Birkin bag.

## Hermès Heritage

Hermès has long been heralded as the house of choice for thoroughbreds in pursuit of luxury goods—from equestrian saddles and timepieces to ready-to-wear and china. Established in 1837 in Paris as a tiny harness shop, Hermès opens the doors to its 12,000-square-foot boutique in Beverly Hills this month.

—PUNCH HUTTON

Grace Kelly, princess of Monaco, carrying an Hermès Kelly bag in 1958. The purse had originally been called the Hermès Petite Sac pour Dame, but it was renamed in her honor in 1956.

Aux Sports d'Hiver scarf in vintage silk.

Hermès bicycle.

Large Collier de Chien enamel bracelet.

Kelly Picnic bag.

HERMES_0000877

# VOGUE

MAR

# the vogue file

editor:
Lauren
duPont

## canvas bags



### 1. L.L. Bean
**THE DETAILS:** The design of the company's signature "boat and tote" bag, introduced more than 30 years ago, is based on the sacks used to carry ice blocks for old-fashioned iceboxes. To modernize its supersuccessful design, Bean has added a zip top. Canvas bag available with cranberry, green, red, black, teal (shown), and navy-blue trim. **WHERE TO GET IT:** Bag, about $17. L.L. Bean stores, or call (800) 809-7057 for information.

### 2. Kate Spade
**THE DETAILS:** Designed for the urban bargain hunter, this two-tone tote is modeled after the shopping bag and lined in colorful gingham. Trim colors range from black or brown to green (shown) or cranberry. The classic shape is also available in solid colors cut from nylon or leather. **WHERE TO GET IT:** Bag, about $110. Kate Spade, NYC.

### 3. Nine West
**THE DETAILS:** New for spring 1998, Nine West designs "the Bermuda Collection" of bags based on that ultimate preppy carryall. Stained wooden handles match the decorative wooden tag. Inside zip pocket. Also available in blue, mint, natural, and orange. **WHERE TO GET IT:** Bag, about $59. Nine West stores.

### 4. Jerome Gruet
**THE DETAILS:** Dubbed the "transit" bag because of its commuter-friendly shape, this canvas tote is available in ten colors with thirteen variations on the center stripe. Three different sizes—day bag, shopping bag, and beach bag—accommodate whatever's needed on the road. **WHERE TO GET IT:** Bag, about $165. Scoop, NYC.

### 5. Prada
**THE DETAILS:** This canvas tote (new for spring) is typically Prada—i.e, style with a quirky twist. It is crafted from utilitarian canvas on the outside, fuchsia satin on the inside, and topped with carnation-pink crocodile handles. The handles also come in ginestra (yellow) crocodile. **WHERE TO GET IT:** Bag, about $820. Prada, NYC; Neiman Marcus.

### 6. Hermès
**THE DETAILS:** The Birkin bag, designed for actress Jane Birkin in 1984, now has the longest waiting list of any Hermès handbag—up to six months. It can be custom-ordered in any color and almost any fabric (even ostrich skin or denim). **SPOTTED ON:** Kate Moss, Linda Evangelista, Elle Macpherson, Anne Bass. **WHERE TO GET IT:** Bag, about $5,275. Hermès boutiques, or call (800) 441-4488 for information.

MARK LATTA

HERMES_0000XXX



**Town&Country**

ESTABLISHED IN 1846

PLUS: T&C'S
MANAGING STRESS
GUIDE TO
AND ANXIETY

# STAYING POWER

**INVESTMENT DRESSING**
Buy Now,
Wear Forever

**CAPRI**
Italy's
Eternal Isle

**LOFT LIVING**
Modern
Design in
SoHo

**MILLA JOVOVICH**
Styles
That Last

AUGUST 2009   $4.50

0 8>

0  74470 08833  2

Milla wears
Oscar de la Renta

HERMES_0000810



# ALWAYS IN FASHION

**WORKING WOMAN**
Hermès silk-twill Le
Monde Est Vaste scarf
($375) and calfskin
Birkin 35 bag ($8,650).
Manolo Blahnik
alligator Carolyne
heels ($2,685). Bounkit
24k-gold-plated neck-
lace of dark and light
smoky topaz ($1,430).

PROPS STYLED BY
KIM FICARO

HERMES_0000809



HERMES_0000808



HERMES_0000807

# BAZAAR

Harper's

Clockwise from top: White Birkin bag with leather trim, about $5095, Hermès; white mules with black lizard trim, about $265, Fortuna Valentino; white handbag with pink crocodile trim, about $320, Prada; beige slingbacks, about $360, Chanel; taupe hobo bag, about $340, Via Spiga; beige platform slides, about $295, Calvin Klein; white mules with yellow leather heels, about $320, Prada; white bag with black lizard trim, about $220, Kleinberg Sherrill.

SEE BUYLINE FOR DETAILS AND STORES

## Canvas

Especially for spring. Whether it's punched up with a pastel or paired with classic tanned leather (think Grace Kelly), this warm-weather favorite is the clean, crisp way to go. By Richard Sinnott

162



Case 1:22-cv-00384-JSR   Document 72-2   Filed 10/07/22   Page 20 of 23

# Harper's
# BAZAAR

## 537
## NEW LOOKS
### NEW IDEAS
### NEW TRENDS
### FOR YOU

## 100 GREAT
## BAGS &
## SHOES

## HOW TO GET
## PERFECT
## SKIN

## 29 BEST
## FOREVER-
## CHIC PIECES

CATHERINE
ZETA-JONES

Best
Fashion,
Hair & Makeup
Buys

OCTOBER $3.00

10

0 754724 7

HARPERSBAZAAR.COM

HERMES_0000471













Case 1:22-cv-00022 Document 12-2 Filed 10/07/22 Page 21 of 23

**Hermès Kelly bag**
Hermès' first ladies' handbag was dubbed the Grace Kelly bag when the princess began toting it in 1956.

**Pearl necklace**
Simple pearls were a signature of the polished set. Wallis Simpson, here in 1950, was rarely seen without her strands.

**Silk scarf**
A bright scarf was the staple of Babe Paley's 1959 sporty-chic weekend wardrobe.

**Chanel suit**
Created in 1954 and worn here by Coco Chanel, the jacket and skirt have become the house's trademark.

**Gloves**
Prim gloves were a must for proper society ladies such as C.Z. Guest, pictured in 1957.

**Black dress**
Audrey Hepburn made the little black dress famous with her 1961 Givenchy.

**Hermès Trim bag**
This was Jackie O.'s everyday carryall.

**Cartier Tank timepiece**
Taking its inspiration from a World War I tank, the watch has been a favorite of stylish women, à la Charlotte Rampling (seen here in 1976).

**Armani suit**
Giorgio Armani's loosely tailored suits were a hit with men and women—who wore them for work and play. Above, Lauren Hutton is out on the town in one in 1979.

**Hermès Birkin bag**
In 1984, Hermès designed this tote for actress Jane Birkin to replace the straw basket she carried.

**Alaïa dress**
Azzedine Alaïa first caused a stir in the '80s with his clingy, curvy creations.

**Prada nylon bag**
This was an immediate status symbol in 1985. (Pictured, Bridget Fonda in 1993.)

**Diamond-stud earrings**
These little sparklers will never go out of style—as proven by Gwyneth Paltrow.

**Valentino red gown**
Women always look divine in a Valentino red. Here, socialite Tory Burch wears her vintage favorite.

**YSL pencil skirt**
The wardrobe foundation, done perfectly by Tom Ford for YSL Rive Gauche in fall 2002.

**Dior Homme suit**
A sharply tailored men's suit, designed by Hedi Slimane, oozes sultry femininity. Case in point: Linda Evangelista.

**Chandelier earrings**
Oscar winner Nicole Kidman has turned ornate statement earrings into her trademark. Fashion fiends followed suit.

**Louis Vuitton Murakami bag**
The new classic caused celebs like J.Lo to go bag-crazy. ■

HERMES_0000472

APRIL 2000

# marie claire



**79 BEST BEAUTY BUYS**

How to be the sexiest woman in the room

ET A BETTER BODY 5 MINUTES

## Your breasts:
How do you ompare?

ET MORE ENERGY

WHAT MEN LOOK FOR N WOMEN

HE PILL: T RIGHT FOR YOU?

PORT: Why do so any rapists go free?

**Exclusive:**
Jenna Elfman plays with fire

**WHAT'S NEW FOR YOU**

## 394
FASHION IDEAS
Your ultimate shopping guide
FREE HAIR PRODUCTS

2.50

04



75470"08530 7



SPRING'S NEW SPIN ON SIMPLE CLASSICS

# URBAN CHIC

Marie Claire April 2000

HERMES_0000549