# Exhibit 2

## Part 3



With the right pieces, you can take along your sense of style, be it ultrafeminine or chicly preppy. **Right:** Crepe georgette camisole, $395, skirt, $1,395; both, Donna Karan. Bags, Hermès. **Far right:** Seersucker cotton jacket, $1,050, cotton pants, $640, hat; all, Giorgio Armani. For details, see Shopping Guide.

275 OBJECTS OF DESIRE, LUXURY, AND STYLE

ELLE



Vogue — March. Angelina Jolie: Single Mother, UN Ambassador & Colin Farrell's Leading Lady. THE POWER ISSUE. 600+ pages of SPARKLING SPRING STYLE. THE POWER OF A NAME: Caroline Kennedy's Crusade. POWER BLONDES: Inside the World of a Park Avenue Princess By Plum Sykes. POWER TRACK: Why Alicia Keys Will Never Be Britney. PLUS: Tom Ford, Lee Bontecou, Zaha Hadid, Donna Karan, Scarlett Johansson. POWER MAKEOVER: What Is the Price of Perfection? THE POWER DIET: Surviving Raw Food Boot Camp.
Case 1:22-cv-00384-JSR Document 72-4 Filed 10/07/22 Page 3 of 14

HERMES_0001255

# last look
### editor: Michelle Sanders



*hermès birkin 25*

**a**s birthday parties go, it was pretty darn swell: The sultan of Brunei threw a shindig to end all shindigs when he celebrated his fiftieth in 1996 with an evening that cost a mere $25 million. In a similar spirit of excess, Hermès trumpets the twentieth *anniversaire* of one of its most iconic bags with a new scaled-down version, the Birkin 25. The original *sac* might have been created under relatively humble circumstances—Mme. Serge Gainsbourg needed a bag to tote around Paris whatever hip young Parisiennes needed to tote around in 1984—but baby, look at you now. The 25 is crafted from *braise*-shaded crocodile, with an 18K-white-gold clasp and padlock that's studded with diamonds totaling nearly six carats. The cost? A cool $81,000. But, hey, when the party's going this well, who's counting? □

RAYMOND MEIER. Price approximate. Details, see In This Issue.

HERMES_0001256





# Tote Couture

If you can stand the wait (about eighteen months), the price ($5,200 on average for a medium-size one in leather), and the envy it's sure to incur, carrying a handmade Birkin will guarantee you've got true style in the bag. With luxury goods racking up big sales, it's no surprise that the Hermès Birkin tops everyone's wish list right now. Named for actress Jane Birkin (her straw tote was the inspiration, catching the eye of Hermès CEO and Chairman Jean-Louis Dumas when he sat next to her on an airplane in 1984), the hand-stitched carryall comes in a plethora of materials, from leather to lizard to the latest incarnation, *Birkin bags in leather, leather-and-canvas, and Amazonian rubber, Hermès, $4,350 to $5,225.*

HERMES_0000708



a sleek rubber called Amazonia, harvested from the hevea tree by the Yawanawas tribe of Brazil (think Princess Grace meets Emma Peel). This season, also look for versions sporting cool new silver hardware. After the Kelly bag, the chic-but-practical Birkin, available in three sizes, is Hermès's most popular style, with celebrities and models—including Linda Evangelista and Elle Macpherson—among its high-profile fans. "They're distinctive, roomy, and durable: They last forever," Hermès spokesperson Ellen Niven says when asked to explain their phenomenal appeal. "They have history and character."—HILARY STERNE
**At Hermès Boutiques nationwide. For details, see Shopping Guide.**—FASHION EDITOR, ELLYN CHESTNUT

HERMES_0000709



HERMES_0000481



268

Sleeping beauty. Shirt, $195, **Burberry**. 800-284-8480. Jeans, $195, **Notify**. Maxfield, L.A.; 310-274-8800. Bracelets (sold as set), $12,500, **Edith Weber & Associates**. 212-570-9668. Long chain, $5500, and pearl necklace, $22,000, **Fred Leighton**. 212-288-1872. Pumps, $475, **Manolo Blahnik**. Bergdorf Goodman; 212-753-7300. Bag, $6200 (by special order), **Hermès**. 800-441-4488. See Where to Buy for details



HERMES_0012687






*Clockwise from top left:* **Lady Dior** limited-edition Mai-Thu Perret collaboration bag, $9,800; Dior boutiques. **Roche Bobois** Apex ottomans, $1,375 each; roche-bobois.com. **Hermès** Birkin bag, $20,000; Hermès boutiques. **Bloomist** Zongo baskets, $120 *(top)* and $150; bloomist.com.

# Harper's BAZAAR

Sept. 98

## fashion

## Shhh!
### Hermès' Deepest Secrets

Constance bag

Birkin bag

Kelly bag

Amazonia-rubber Birkin Bag

Hermès in Paris

Leather workshop

Linda Evangelista's bright Birkin

So you own a $5000-plus Hermès bag (or wish you did), but how much do you really know about it? Here, 19 untold truths about the most luxurious handbags in the world. By Jennifer Jackson

**1. The most expensive bag** you can buy is a special-order alligator Kelly with platinum-and-diamond hardware. Cost: over $30,000.

**2. The cheapest bag** you can have is an Hermès clutch. Cost: $750 and up.

**3. The most ever paid for an Hermès bag?** JFK's briefcase, which sold last March at a Guernsey's auction, in NYC. Cost: $700,000.

**4. What is included in the price of an Hermès bag?** Monogramming and yearly minor repairs. A buff-out runs $75.

**5. There are over 2600 hand stitches in a Kelly bag.**

**6. It takes 18 hours to make a Birkin,** 13 to make a Kelly.

**7. The longest wait recorded for a special order:** five years. It takes an average of 18 months to get a Birkin.

**8. The Kelly bag was not made for Grace Kelly.** It was introduced in the 1930s as a scaled-down version of Hermès' *sac haut courroies* (saddle bag). In 1956, Kelly was photographed for *Life* magazine carrying one to hide her pregnant stomach, and the waiting list began.

**9. The Birkin bag was created for Jane Birkin,** in 1984. Jean-Louis Dumas, CEO and chairman of Hermès, sat next to Birkin on a plane. She had a large straw bag to tote around things for her little girl, Charlotte. Birkin and Dumas got to talking and together created the chic carryall that has become Hermès' second most popular bag. (The Kelly is number one.)

**10. You can supply your own material.** One man asked that a prized hippo skin be made into a backgammon set. No problem, Hermès said. The company has a dream team of eight craftsmen who work on special projects.

**11.** The sturdy, chic Hermès canvas used for Trim and Birkin bags (among others) is actually **fire-hose** material.

**12.** The latest, **craziest bag material: Amazonia,** a rubber sourced from the hevea tree by the Yawanawas tribe in Brazil.

**13.** The graduating "thesis" for every hopeful Hermès craftsman is the perfect Kelly bag.

**14. All reject bags,** no matter how small the imperfections, are destroyed. (Hermès bags don't "fall off trucks.")

**15. Most handbag craftsmen are women** and are under the age of 30. Most of them own a Kelly, Plume or Sherpa bag.

**16. You can request a particular craftsman** when you order your bag. (Of course, they're all equally amazing.)

**17. Want to decode your bag?** Each bag made after 1970 has three marks (stamped inside the strap): one for the workshop (the plain letter); one for the year it was made (boxed letters mean 1997 or later; circled letters date from 1970 to 1996); and one for the person who made it (the number). A damaged bag is returned to the person who made it.

**18. You can design your own Hermès bag.** A Japanese businessman, Mr. Tanaka, created a piece of luggage to give as presents; Dumas liked the design so much the Tanaka bag is now part of the luggage line. Are you sketching yet?

CHARLES MASTERS; EVANGELISTA: PATRICK MCMULLAN; MOSS: BILL DAVILA/RETNA; OTHERS: COURTESY OF HERMÈS.

HERMES_0000639



# BAZAAR

## THE FRESH FACE OF FASHION

AMERICAN STYLE
THE NEW LOOK OF LUXURY

GWYNETH PALTROW TAKES A POP QUIZ

INTRODUCING THE BAZAAR THE ULTIMATE SHOPPING GUIDE

FEBRUARY | $3.00
02

0 754724 7

2000

HERMES_0000547



**CLASSIC COMBINATION** "I like a cozy environment," says Aerin, 29, whose bedroom is littered with family photographs. "Jane's taste is more like our parents'."

Bazaar Feb. 2000

HERMES_0000548