# Exhibit 2

## Part 4



HERMES_000049



**BAZAAR**

Harper's

# Fashion
## Preview
### Best of
### What's New

HERMES_000474

Case 1:07-cv-05275-VM Document 72-5 Filed 10/00/00 Page 4 of 15



'55

'74

'85 KING TALL, RIDING HIGH

Wallis, Duchess of Windsor, with a croc Haut à Courroies

Constance craving: *Harper's Bazaar* editorial featuring a leather-and-linen Constance bag

Riding high: Hermès' equestrian chic in *Bazaar,* a look Jean Paul Gaultier paid homage to with his first collection for the house nearly two decades later



2000

'04

'04

'04

Another witty take on the Hermès scarf in *Bazaar*

Linda Evangelista with her Jean Paul Gaultier–customized Birkin

For his runway debut, Jean Paul Gaultier shortened the height of the Birkin to create this luxe, must-have carryall.

Another fall hit: a pint-size Kelly



### THE PLUME
**Introduced:** 1930.
**Famous fans:** Catherine Deneuve (left), Carla Sozzani.
**Most-wanted style:** The often-copied bag is best in the pared-down, throw-over-your-arm, 27-cm size; go for a luxe skin. Due to their renewed popularity, early-'90s Plumes are the hottest on the vintage market. A leather one costs about $2000; the coveted croc between $6000 and $8000.

### THE CONSTANCE
**Introduced:** 1960s.
**Famous fans:** Suzanne Saperstein (left).
**Most-wanted style:** The closest thing to a logo bag by Hermès, the Constance has bold hardware that looks best with ladylike Easter hues, like pale pink and green. Black versions from the bag's early days of production are in demand at vintage stores and cost around $2000.



### THE BIRKIN
**Introduced:** 1984.
**Famous fans:** Jane Birkin (far left), Demi Moore (left), Lucy Liu, Naomi Campbell.
**Most-wanted style:** The smallest size— 25 cm, like Moore's black version—is causing a frenzy. At vintage and consignment stores, getting your hands on a Birkin in the bright blue denim color would be a major score. Often, prices soar above retail, and bags in basic leather can cost close to $8000.

123

HERMES_0000475

# W

Gwyneth
Paltrow
Fashion
Superstar

*Decemba 1998*

Snapshots

Rising in the picture, top to bottom:
Alexandra Von Furstenberg, Marie-
Chantal of Greece and Pia Getty.

HERMES_0000560



# BAZAAR

## CHIC SHOCK!

**SPRING'S SOPHISTICATED STYLE**

## JULIA ROBERTS

**TELLS A LIE**

## GIVING UP GOSSIP

**A CELEBRITY SPY SPILLS ALL**

## RX FOR SEX

**THE SEARCH FOR A FEMALE VIAGRA**

MARCH | $3.00

03

0 754724 7

HERMES_000028



369

**SAMANTHA BOARDMAN, above left, medical student**

**Chic thrills:** Medicine is a retreat for me. It's my own territory and gives me a sense of what's important. When you're wearing scrubs all day, dressing up to go out becomes sort of a thrill.
**Food for thought:** JG Melon [where photograph was taken] represents wonderful memories for me: many Sundays of hamburgers and french fries. It's been a constant in my life.

**SERENA BOARDMAN, above right, associate merchandise manager, LuxuryFinder.com**

**Party pass:** There are a lot of party invitations cruising around these days. But the greatest luxury is to be invited to someone's house for dinner. It's my favorite thing to do.
**Wired woman:** The Internet offers great possibilities. I go online for information or to order dinner from Joe's Stone Crab in Florida.

**BROOKE DE OCAMPO, left, mother and Sotheby's associate**

**Dress code:** I like to come across as someone who's confident, accomplished, and happy. If you take your style too seriously, it's a reflection of who you are.
**Split personality:** I'm a mom by day and completely change gears at night. That's the essence of a typical busy New Yorker. We spent two and a half weeks in Argentina's pampas, and I thought, It's pretty scary I have to go this far to get away.

*Bazaar March 2000*



HERMES_0001763



## style CLASS ACT

### BIRKIN BAG IN WOOL FELT AND SWIFT CALFSKIN

According to fashion lore, the birth of the Birkin happened on a serendipitous plane ride when Jane Birkin spilled the contents of her straw tote in front of Jean-Louis Dumas, then Hermès' chief executive. Dumas was immediately inspired to create a purposeful bag suitable for the modern woman and invited Birkin to collaborate with the brand. Thirty-five years later, this iconic tote is getting another and lighter update. This iteration features felt and is paired with Swift calfskin in a streamlined construction. Plain or flecked, it lends the bag a lightweight air and an inviting texture.

Birkin bag in wool felt, price upon request

### SIMONE HERMÈS BAG IN BARÉNIA FAUBOURG CALFSKIN

With its three juxtaposed gussets and rounded silhouette circled by a leather strap, this bag, named after Émile Hermès' third daughter, evokes the schoolbooks of times past, which were attached with a belt and thrown over the shoulder. Its central zip closure provides access to three compartments. Thanks to a slide system, the strap can be worn over the shoulder, in the crease of the elbow and as a wrist strap.

### LINDY 30 BAG IN SWIFT CALFSKIN

Lindy made its debut back in 2006 and was shown mostly in pastel colors. Since then, it has become a staple, even if its shape is a serious departure for the maison. Unlike the structured, boxy and classic silhouettes synonymous with Hermès, the Lindy is casual and slouchy, evoking a very youthful attitude. Not one to rest on its laurels, the brand is releasing a new format of this charmer. In these revisited proportions, the bag conserves the zipped opening as well as numerous amenities. The proportions are smaller, except for the strap, which has been lengthened, making it possible to wear it over the shoulder or crossbody.

# Tote Tales

FOR MANY THE PINNACLE OF SARTORIAL SUCCESS WOULDN'T BE COMPLETE WITHOUT AN HERMÈS (HERMES.COM) BAG, *BIEN SÛR!* THIS SEASON THE STORIED MAISON HAS RELEASED NEW ADDITIONS JOINING THE RANKS WITH THE COVETED LINEUP OF ICONIC TOTES. WE HAVE THE SCOOP.

BY ISABELLE CANELLI

From left: Lindy 30 bag in Bleu Paon, $8,550; Simone bag from fall 2019 New York Fashion Week, price upon request.

PHOTOS COURTESY OF HERMES

HERMES_0001764



HERMES_0000830



**ELECTRIC LADYLAND**
On model Britt Maren;
Hermès cerulean
Birkin bag: Hermès
boutiques. WeSC
green Tambourine
headphones, $62;
wesc.com. Toshiba
fern-green mini NB505
Notebook, $300;
toshibadirect
.com. Sony Bloggie
Touch camera, $180;
sonystyle.com. Gucci
blouse and trousers.
Details: see In This Issue.

HERMES_0000829



the **Daily** mini

INSIDE FASHION

DECEMBER 2006
(COLLECT & DISCUSS)

Party
Time!

301 very
sexy secrets for
your FASHION
HOLIDAY!

FROM
Gisele,
Francisco Costa,
Carolina Herrera,
Marc Jacobs,
Vera Wang,
Tom Ford,
Dolce & Gabbana...

HERMES_0000684



**71**
*FEST-DRESSED!*

## YOUR HOLIDAY OBSESSIONS!

**65 WHERE YOU'RE GOING** Nobody travels quite like you, darlings. Your holiday sojourns are so glam, Gstaad seems staid and Chamonix seems shabby!



65

**71 WHAT YOU'RE WEARING** Eight chicettes dress to the nines

**84 WHAT YOU GIVE & WHAT YOU WANT** Your hearts are as BIG as your lists!

**90 HOW YOU INDULGE & DE-BULGE** Liquid dinners, carb restrictions, unrestrained nosh fests—you confess your sins…and your penance!

## AND MORE BONBONS!

102

**95 GAMES** Horoscopes… Art Lookalikes…Match the fash-insiders to their New Year's resolutions

**104 MINI QUIZ!** It's nearly year's end, and this is your final exam, dear readers…until 2007, that is. *Bonne chance*, and *bonne année!*

**46 SEEING STARS** FGI crowns new fashion royalty—with the help of Gwyneth and Julianne

**48 MASQUERADE** Life is a costume party for you, *n'est-ce pas?* Your hautest Halloween yet…

**50 TOP NOTE** Tom Ford's Black Orchid fragrance launch lures Donatella, Carine, and his gorgeous new muse

## YOU'RE TOTALLY INSIDE!

**53 MOLTO SEXY** Dolce & Gabbana open their hearts…and their shirts!

**58 HERMÈS-OLOGY** It's so much more than the house that Birkin built



58

HERMES_0000685



# Hermès-ology

It's gift-giving season, and what do you think of when you think of gifts? Hermès, *bien sûr!* Scarves, leather goods, jewelry, ready-to-wear...the house is known for its painstaking craftsmanship and refusal to rush or scrimp. These days, France's esteemed luxury label is most famous for the Birkin, but Hermès was born 150 years before launching the eternal "It" bag. Now's the time for a MINI history lesson, so grab your Hermès agenda and take notes! **BY MALERIE WILLENS**

"At Hermès, the inside should be as impeccable as the outside."

—THE AUTHOR COLETTE, ON THE HERMÈS TRADITION OF MAKING ITS BAGS INSIDE OUT AND THEN TURNING THEM OUTSIDE IN TO REVEAL THE FINISHED PRODUCT

## 1837
Hermès Frères is founded by **Thierry Hermès** as a saddlery and harness-making company.

## 1878
**Charles-Emile Hermès** succeeds his father. In 1880, the company relocates to 24 Faubourg Saint-Honoré (where it remains to this day!) and, in addition to saddles, begins making leather goods.

## 1892
Hermès introduces the Haut à Courroies, a precursor to the Kelly and Birkin. The house counts royalty among its clientele.

King Carol I of Romania was a fan of Hermès.

HERMES_0000686



**INSIDE**

Jane Birkin and friend at the Paris store. The second Hermès New York store will open in Lower Manhattan this spring. Better line up now!

**1920s**

Charles-Emile's sons, **Adolphe** and **Emile-Maurice,** take over and introduce the zipper to France. The first ladies' handbag with a zip closure is the Bolide.

The Hermès horse-and-carriage logo was *inspired by the art of Alfred de Dreux.*

**1929**

In Paris, Hermès shows its first ready-to-wear collection for women.

**1930s**

Hermès produces its first silk scarf, similar to the colorful blouses worn by jockeys. The house also introduces fragrances and pocket diaries.

**1940s**

Hermès begins making ties when the Cannes store director suggests selling neckwear to men who arrive at the Casino underdressed. The orange box, *bolduc* (the famous ribbon!), and horse-and-carriage logo make their debut.

HERMES_0000687