# Exhibit 3

## Part 1


INDONESIA
Harper's
BAZAAR
DIAN SASTROWARDOYO
Catatan Evolusi Epic-nya
+ MENYUNTING
16 HAL. SINEMA INDONESIA
LANSIRAN
FASHION TERKINI
ESENSI KULTUR
& BUATAN TANGAN
ANTI-AGING
UPDATE
HOW TO GET
HOLLYWOOD SMILE
FASHION
× MOVIE
Special
Rp. 95.000
MARET 2021
ISSN 2089-8320
9 772089 832049

# The LIST

This season's objects of desire



## JINJING PIAWAI

Tas Birkin kembali ditampilkan secara paripurna dalam versi ringan dari bahan kulit dan kanvas.

Tas, **Hermès**

TEKS: YUDITH KINDANGEN; FOTO: COURTESY OF HERMÈS


Harper's
BAZAAR
INDIA
APRIL-MAY 2020
#TwoforJoy
Oh, Jackie!




**GOLDEN HOUR**

Brighten up your outfit in an instant with a pop of sunshine yellow

(Clockwise from top left) Shoes, ₹95,000 (approx), **Dolce & Gabbana**. Bag, ₹76,000 (approx), **Moschino**. Bag, ₹26,000 (approx), **Rosantica**. Bag, ₹35,000 (approx), **Emilio Pucci**. Shoes, ₹48,000 (approx), **Nicholas Kirkwood**. Bag, ₹44,000 (approx), **Tory Burch**. Bag, price upon request, **Hermès**. Shoes, ₹54,000 (approx), **Amina Muaddi**.

IMAGES: COURTESY IMAXTREE; MATCHESFASHION.COM; FARFETCH.COM

**GET A GRIP**

Hold on to practical and chic iterations of the classic bucket bag—perfect for a business meeting, leisurely brunch, or a night out

(From left) Bags, ₹1,14,000 (approx), **Christian Louboutin**; ₹43,000 (approx), **N°21**; price upon request, **Sabyasachi**; ₹70,000 (approx), **The Row**; ₹1,76,000 (approx), **Gucci**; ₹70,000 (approx), **Marc Jacobs**.

Harper's BAZAAR

哈潑時尚
JUNE 2020. 6月號

下一秒，希望
CODE 11.59

BAZAAR 30
唐綺陽
學會掌握生命

LUXURY
回歸自然

CULTURE
不能取消春天



# Accessories *Trends*



Birkin Sellier 35 Rainbow系列Epsom小牛皮包款，NT505,300、Jungle Love Rainbow圖紋印花迷你領結絲巾，NT12,100，Hermès；紅色透明材質跟鞋，價格電洽，Givenchy。

photographs_ERIC JAN, DR., NET-A-PORTER realization & text_RAVEN YANG


InStyle
Strahlende HAUT
DURCH POSITIVE GEDANKEN
Wie Psycho-Dermatologie die Kosmetik aufwirbelt
JESSICA BIEL
Endlich hat sie, was sie immer wollte
IHR STIL IN STYLISH
12 Tricks, die jeden Look cooler machen
16 TASCHEN,
DIE EINDRUCK MACHEN
Für jedes Budget!
So geht French CHIC
Stil-Lektionen von Französinnen
DEN GANZEN TAG WIE FRISCH GESCHMINKT
Profis verraten, wie das Make-up hält
Die neue MODE
6 RUNWAY-TRENDS, TRAGBAR ZUM NACHSTYLEN!
PLUS: FRANSEN, PASTELL-LOOKS, LEDERJACKEN ...
ÖSTERREICH €4,30 SCHWEIZ SFR 7,20 BENELUX €4,60 FRANKREICH €5,40 ITALIEN €5,40 SPANIEN €5,40 PORTUGAL €5,40 SLOWENIEN €5,40 SLOWAKEI €5,40 GRIECHENLAND €5,60 FINNLAND €6,80 DÄNEMARK dkr 45
MÄRZ 2018 €4,00
4 194881 504002 03

Case 1:22-cv-00384-JSR Document 72-7 Filed 10/07/22 Page 9 of 9



Diese Seite: „Birkin 35" aus Swift-Kalbsleder mit farblich bedrucktem Rand: HERMÈS, ca. 13000 €
Rechte Seite: Kettenhenkeltasche „J'adior" aus Ziegenleder mit Überschlag: CHRISTIAN DIOR, ca. 3150 €