# Exhibit 3

## Part 2



HERMES_0013507



2

LADY FIRST

桃紅這種種女士專屬的色調，落在經典 Birkin 身上，
讓你自信地彰顯獨一無二的時尚風格。

Birkin 35 Fray Fray 手袋 $ 78,600 Hermès

HERMES_0013506