# Exhibit 3

**Part 3**


PRESTIGE
MALAYSIA
JANUARY 2020 RM15
9 771675 018003 01
ISSN 1675-0187 PP18741/06/2015(034222)
A
CELESTIAL
DREAM
PRESTIGE
KL BALL 2019
BECOMING
MARION




## MASTERCLASS IN MINIMALISM

Fendi's key bag for Resort is a purist's dream come true. The FF Tote's streamlined, structured shape is endowed with luxurious touches of the FF Logo in gold-tone hardware, which links the handles to the bag. Fendi ingeniously attains a neo-contemporary style with the short handles evocative of the vintage doctor bag, while a long detachable shoulder strap gives it a youthful spin when worn across the body.

## Gilt-y Pleasures

Channel your inner diva with sunglasses that dazzle with superstar glam.

## HONEY, I SHRUNK THE SHOP!

This holiday season, Hermès injects a dose of quirkiness and humour into its iconic Birkin with a stitched illustration of its 24 rue du Faubourg St-Honoré store facade on the bag, along with the calfskin clochette reminiscent of the brand's famous orange paper bag. Complete with the three curved windows, small orange blinds and demarcations on the facade, it is the exact copy of the boutique, meticulously achieved with a combination of five kinds of leathers. It's little wonder that the making of this Birkin Faubourg requires seven more hours than the standard Birkin Sellier 20. This iteration also comes with a 20cm base, a new size created exclusively for the Birkin Faubourg.