# Exhibit 3

## Part 4



HERMES_0011809