# Exhibit 3

**Part 5**



160

ELLE | *Januar 2019*

HERMES_0011810

AUSTRALIA
ELLE
June 2017
Margaret Zhang
INSIDE THE AMAZING LIFE OF A DIGITAL FASHION SUPERSTAR
TREAT YO'SELF
A MASTERCLASS IN SPLURGING WISELY
OUTSMART YOUR ANXIETY & FIX YOUR SKIN WITH... CRYSTALS?
+ VITAMIN DRIPS, LASER THERAPY, VAMPIRE FACIALS...
what's really worth it
EPIC WINTER STYLE
THE BEST NEW COATS,
THE ARRIVAL OF THE SUPER KNIT,
THE FOOLPROOF GUIDE TO LAYERS
& THE ONE BOOT YOU NEED*
*OBVIOUSLY, YOU'LL NEED TWO
06
9 313006 022602
PP100011228

AN ELLE GUIDE
things that are
WORTH
THE MONEY
We all know parting with your money can result in soaring elation or sweet, sweet sorrow. Let this be your guide to the trips, meals, gadgets, beauty products, accessories, experiences, services and the armchair that justify the price tag

80 ELLE AUSTRALIA

HERMES_0011188



QATAR'S NO.1 FASHION TITLE
GLAM
A woman TODAY PRESENTATION
SEPTEMBER 2011
A/W FASHION UPDATE
ALL THE TRENDS YOU NEED TO KNOW
VINTAGE VIGNETTES
TRENCH, MINI & MCQUEEN: THE EVOLUTION OF BRITISH FASHION
SIZE TAGS
CONFUSION OR ENVY?
LIKE US ON FACEBOOK
6 084010 250031 >
THE FAME GAME
HOW TO HANDLE THE PRESSURES OF FAME
GENIUS COUTURE
STEPHANE ROLLAND HAUTE COUTURE
MARIA SHARAPOVA
ON SPORT, STYLE, SUNSCREEN AND SPA

HERMES_0010869



## THE LEGEND: BIRKIN FROM HERMES

Strolling around with an instantly recognisable Hermes Birkin bag on your arm is the easiest way to gain style points, and ultimately cause every fashion lover to drool with envy.

The Birkin, inspired by English actress and singer Jane Birkin has been a firm favourite among celebrities since its creation all the way back in 1984. Style goddess Victoria Beckham is rumored to own a collection of well over 100 models of the Birkin alone!

The House of Hermes literally bagged a winner with the exquisite leather, timeless elegance, refined details of the highly sought after large carryall.

Back in the day, Jane Birkin sat next to Jean–Louis Dumas on an airplane and complained to him that her old tapestry bag was in its final days, over spilling with all her personal items. He consequently offered to create a bag for her that would be big enough to transport 'her house' and hence the birth of the Birkin.

The Birkin is available in a variety of different materials including Fjord cowhide, Togo calfskin, natural cowhide, ostrich and crocodile. And depending on the size, a Birkin can take up to 25 hours of intricate craftsmanship to master!

*(Hermes is available at Villaggio Mall)*

Birkin

品
PRESTIGE
改写奢华 有品
ISSUE 57
FEBRUARY 2018 S$8.00
9 772335 699013
MCI (P) 011/01/2018
ISSN NO.2335-6995
FULL
郭富城25年天王满足吗? | 毛大庆锁定满分共享 | 5 MOST COMPLICATED WATCHES
男装充满想像 | 珠宝混搭满足感 | DUBAI遍地黄金 | 胶原蛋白补哪里 | 米饭粒粒满情味



# 意外满分

浅浅粉粉的色彩很是浪漫，就像一幅蜡笔画。柔色系列服饰，可塑造天真活泼的造型。试着以撞色手法，撞出意想不到的满意效果。

TEXT FELIX WOEI

1. GLASHÜTTE ORIGINAL PAVONINA玫瑰金搭不锈钢钻表 2. HERMÈS BIRKIN皮革手提袋 3. MAX MARA塑料太阳眼镜 4. GUCCI丝缎搭貂毛高跟鞋 5. GIORGIO ARMANI皮革肩背包 6. CHANEL皮革球鞋 7. NARS NATURAL RADIANT LONGWEAR FOUNDATION粉底液 8. VIVIENNE WESTWOOD皮革钱包 9. TOD'S皮革流苏手包挂饰 10. CHLOÉ金属太阳眼镜

Female
MALAYSIA'S LEADING FASHION & BEAUTY MAGAZINE
MAR 2003
RICH GIRL, POOR BOY
DO UNEQUAL PAIRINGS WORK?
HOW TO PUT THE OOOOH IN YOUR ORGASMS!
10 SIGNS YOU'RE BEING DISCRIMINATED AT WORK
MAKE THAT SPLURGE WITHOUT FEELING GUILTY!
WOULD YOU LET A GUY FRIEND DRESS YOU?
RM8.00
9 770126 678001
THE BEST OF SPRING
100+ FASHION & BEAUTY IDEAS IN ONE BOOK
HOT-OFF-THE-RUNWAY SPRING MAKEUP TRENDS

Female
easy classics
Cotton shirt dress, leather belt, leather Goa sandals and classic Birkin bag, all by Hermès
the best of spring
A new fashion season is upon us, and it's full of flirty flounces, pretty prints and rainbow hues.

CANADA'S FASHION MAGAZINE
FLARE
CHECK OUT FLARE'S NEW LOOK!
BIG BEAUTY BLOWOUT
65+ HOT FINDS
SEXY EYES
BRIGHT LIPS
BOLD NAILS
STUDDED BAGS, BOOTS, COATS & HOT COLOUR
FABULOUS FALL!
GLAMOROUS FERGIE
"I don't regret anything I've done in my past"
Love your shape
TRENDS THAT WORK FOR YOU
special!
STAR SCENTS
Mariah Carey
Kate Winslet
Posh & Becks
Gwen Stefani
& Beyoncé!
Win a dream shopping trip
FOR TWO TO HONG KONG!
$4.50
Oct 2007
flare.com
PM40070230 R09374

beauty

STAR-SCENT SPECIAL!

# NEW AMERICAN IDOLS

## Charting the world domination of the notorious Posh and Becks

**Mr. and Mrs. Beckham** have stirred up a media maelstrom since they arrived in L.A. Barely a month in Hollywood (her Louboutin heels yet to cool from their move from Madrid), the duo arrived at the Hotel Bel Air to launch Intimately Beckham for Him and Intimately Beckham for Her. Sales have exceeded $100 million worldwide and are expected to double once the fragrances hit store shelves in North America this month. There's no doubt his soccer regency and her pop-star pedigree (and their manager, Simon Fuller, the brains behind the $2.5-billion *Pop Idol* franchise) have contributed to their massive fragrance success—and beyond.

**GIVEN NAME:** Victoria Beckham, née Adams **NICKNAME:** Posh Spice **THE NEW FRAGRANCE:** Intimately Beckham for Her Eau de Toilette, $59. **THE NOTES:** bergamot, rose petals, tuberose, vanilla and amber **HER SCENT INSPIRATION:** "I wanted a tuberose perfume. It's a young, fresh smell that can stand the test of time. It reminds me of my mother and the Marc Jacobs fragrance." **VICTORIA INC.:** DVB jeans (made by Winnipeg-based Western Glove Works) and oversized sunglasses **MAJOR CONTRACT:** a rumoured $20 million, plus a personal private jet, to join the Spice Girls reunion tour, scheduled to begin in December **TV RATINGS:** The one-hour special *Victoria Beckham: Coming to America*, broadcast in July, reportedly attracted close to five million viewers. **UP NEXT:** "I'd like to get into [designing] more tailored clothes when the time is right. A makeup line is coming out in Japan." And there's buzz about a potentional cameo on *Ugly Betty*. **FAMOUS LAST WORDS:** "We were completely shocked that anybody even knew we were coming to [America]."

**GIVEN NAME:** David Robert Joseph Beckham **NICKNAME:** Becks or Golden Balls **THE NEW FRAGRANCE:** Intimately Beckham for Him Eau de Toilette, $53. **THE NOTES:** bergamot, spicy cardamom, violet, nutmeg and patchouli **HIS SCENT INSPIRATION:** "I've always worn Creed, so I wanted something along those lines—classic." **DAVID INC.:** endorsements for Adidas, Pepsi, Gillette and Motorola **MAJOR CONTRACT:** an estimated five-year, $250-million deal to join the Los Angeles Galaxy and Major League Soccer (MLS) **TV RATINGS:** Although Beckham was only on the field for 16 minutes (due to a sore ankle) during his first Galaxy game, ESPN drew a record audience for an MLS match: 1,468,000 people. **UP NEXT:** "The challenge of making soccer huge in America." **FAMOUS LAST WORDS:** "Hollywood has never been a part of my future plans. I won't be involved in any movies. I'm not an actor. I'm a footballer."

style

# Knock It Off

A faux "it" bag may be tempting, but *Tina Isaac* discovers the real price of buying counterfeit

In the face of the ongoing "it"-bag craze, who among us has not been tempted to opt for a more affordable knock-off? When you consider the price tag of Yves Saint Laurent's Downtown bag (about $1,875) or the Hermès Birkin bag ($6,700), it can seem practical to opt for something that looks close enough to the real thing but can be disposed of guiltlessly when fashion's next bag du jour comes along.

From Canal Street in New York City to L.A.'s Santee Alley to night markets in Vancouver and Richmond, B.C., major cities are dotted with vendors selling goods modeled after the designs of top fashion houses. "Purse parties" are suburbia's sexy modern equivalent to the Tupperware parties of a generation ago. Purchasing these items seems a victimless act, a quick style fix coupled with a defiant gesture toward fat-cat luxury houses whose prices seem inflated in the first place. After all, who doesn't love getting a deal?

Unfortunately, though, there's more to faux Lariats, Murakamis and Kate Spade bags than meets the eye. And the reality behind these fakes isn't pretty: sales of counterfeit products account for about $600 billion each year, according to the International Anticounterfeiting Coalition, with a considerable amount of sales taking place over the Internet. Industry sources reckon that fashion loses upward of $10 billion to counterfeiting annually.

For manufacturers of fake items, such juicy numbers justify the risks involved. In France, which has enacted some of the strictest anticounterfeit legislation in the world (under both customs and criminal sanctions), such manufacturers could face as little as three years in prison and a fine of 300,000 euros. The counterfeit production industry, with its high margins, easy manufacturing and slim likelihood of getting caught, makes for fertile terrain for the exploitation of child labour, organized crime and even terrorism. Case in point, the Madrid bombings of 2004, the funding of which was linked to the sale of counterfeit goods (reportedly, pirated CDs).

Part of the problem is the luxury industry's own fault, notes Dana Thomas, the European arts and entertainment correspondent for *Newsweek* and author of *Deluxe: How Luxury Lost Its Luster*, published in August by Penguin Group. "Luxury players took the focus off quality and put it on the logo, which switched the game to carrying a logo or not. The name became more desirable than the goods themselves. In North America, there is a cultural obsession with getting a good deal through outlets, clubs and eBay—so there is a huge market for 'the deal.' It's about belonging to a club more than about the product itself."

With fashion literacy at an all-time high and red-carpet outfits now front-page fodder, the counterfeit market has only become stronger. "Fake luxury goods today are a lot better than they used to be," observes Cheryl Solomon, general counsel for the Gucci Group. "Today, the fakes are so well done that they fool people on first glance." Add to this shrinking production times, and major houses risk seeing their >



style

The pricey Hermes Birkin bag is often knocked off

# IN FRANCE, ANYONE CAUGHT WITH COUNTERFEIT ITEMS FACES IMMEDIATE CONFISCATION AND A FINE

Runway hits such as YSL's Downtown bag get ripped off

runway designs knocked off before the real thing even hits shelves.

Over the past few years, luxury groups including Gucci Group and LVMH have been working to protect their brands and deal with the counterfeit trade, an investment that costs millions annually. "We could have four or five people monitoring the Internet full time and still not be able to handle the problem," says Solomon. "Is it fair to burden the brands with this cost? We should look at where the profits are being made, and who should therefore bear the [financial] burden."

In the wake of high-profile lawsuits brought by luxury heavyweights Louis Vuitton and Tiffany & Co., eBay has attempted to control the counterfeit problem by assigning thousands of employees to survey sales items, shutting down flash auctions prized by counterfeiters and implementing a policy of notice and takedown. Meanwhile, says Solomon, "it's not just about eBay. There is a whole world of people getting ripped off out there who don't want to admit it. If disgruntled consumers filed class-action lawsuits, it would change the way business is done."

Anticounterfeiting groups estimate that more than 80 percent of fake products originate in China, which has proved an issue for trade relations. And China is now facing a counterfeit battle even from within, over the protection of its logo, merchandise and tickets for the Beijing 2008 Olympic Games. How the authorities will tackle this issue internally, as well as the larger one, will be a major international trade theme in the years ahead.

Until counterfeiting is reined in, European luxury players can only protect themselves by reinforcing customs initiatives and relying on local legislation. Meanwhile in Canada, legislation lags behind, leaving it, like most countries, eager to catch up with France, where anyone caught buying, wearing or travelling with counterfeit items—or even ordering them over the Internet, knowingly or not—faces immediate confiscation and a fine of up to twice the price of the "real" item (even if the offending item was reported to be a gift).

There is some progress being made on North American shores, though: lobbying is currently underway for stricter laws against the sale of counterfeit goods, as in the trading stalls on Canal Street in New York and Santee Alley in L.A. In March, a bill known as the Design Piracy Prohibition Act was put before the U.S. Congress to extend copyright protection to fashion designs. One person who has been an aggressive champion of the bill is Diane von Furstenberg, the new president of the Council of Fashion Designers of America.

"Unless we get regulation, people will continue to boast about copying," the inventor of the much-copied wrap dress told *Women's Wear Daily*. "By passing a law, we emphasize the value of designs. It is not an elitist thing. Even Target and Wal-Mart are beginning to use designers in their stores."

Some, like Thomas, however, don't see salvation in more legislation: "New laws risk bogging down the system. Counterfeiting needs to be tackled like the war on drugs [is]. If the consumer is educated about this issue, there will be no demand, and therefore no supply. The business has to cease to be viable."

Which brings us, logically, to consumers and our responsibility in all this. Ultimately, buying counterfeit comes down to choice. And is there a worse fashion faux pas than becoming a part of the problem? ☐

Gucci's Indy bag may be the next hot target

® VOGUE ITALIA

great expectations

VALENTINO COUTURE