# Exhibit 3

**Part 6**



Borsa cult tra le celebrities, la **Birkin** della maison Hermès festeggia i suoi primi vent'anni. E scopre nuove, sorprendenti versioni

Vent'anni portati bene: si può affermare con certezza. E soprattutto, sempre piena di sorprese. È la Birkin, borsa cult di Hermès, che quest'anno festeggia un traguardo importante. Certo, è molto cambiata da quel primo pezzo creato nel 1984 appositamente per Jane Birkin, icona dell'anticonformismo e della ribellione femminile degli anni Settanta. Oltre a variare di misura – ha raggiunto con la versione 45 le dimensioni di una sacca da weekend e da quest'anno, con il modello 25, è diventata micro da sera – la borsa di Hermès resta un accessorio imprescindibile per molte celebs moderne. Tra cui spicca Kate Moss, da molti anni musa di importanti fotografi, che ne possiede una vera collezione declinata in mille varianti, tra cui una in tela jeans. E non è da meno Gwyneth Paltrow, che aggiunge con una sacca in pelle nera un tocco di eleganza alla sua mise understated. D'altra parte, erano state proprio la versatilità e la comodità di quella borsa – che Jean-Louis Dumas, presidente di Hermès, aveva fatto realizzare per lei – ad affascinare Jane Birkin. L'attrice e Dumas si erano incontrati per caso su un volo Parigi-Londra: lei, rovistando nella sua borsa di paglia, aveva attirato l'attenzione di Dumas. Da quell'incontro fortuito è nato un best-seller, realizzato interamente a mano dagli artigiani della maison in vari materiali: cuoio o pellami esotici (struzzo, coccodrillo e lucertola) oppure in tela. L'ultima sua evoluzione è siglata Jean-Paul Gaultier, neostilista della casa francese, che durante la sua prima sfilata a marzo ha fatto uscire Linda Evangelista con una versione "shoulder", ovvero a tracolla. Anche la camaleontica modella canadese, tornata a sfilare di recente per pochi couturiers, ha voluto una Birkin personalizzata, in pelle bianca e decorata con un suo ritratto, firmato dall'enfant terrible della maison francese. *Patrizia Gatti*

Sopra. Linda Evangelista alla sfilata a/i 2004-05. Al centro, dall'alto. Diandra Douglas (foto Queen/Italphoto). Heidi Klum (foto JPI/Starface). Kate Moss, Elle MacPherson e Gwyneth Paltrow (foto Matrix/Starface). A sinistra. Jane Birkin con l'omonima borsa davanti all'ingresso della boutique Hermès a Parigi (foto Starface).

49



# chic

**Beneficios de un cuerpo Pilates**

## MODA HIPER-FEMENINA
FALDAS CON VOLUMEN Y LOS VESTIDOS MÁS HOLLYWOOD

*LAS SEIS ESPAÑOLAS MÁS CHIC*

# Laura Ponte
»Estar embarazada no significa olvidarse de la moda«

Josep
*Fanny Ga*
N
Kid
*Jaume Pl*
Br
Bar

HERMES_0000520

# Lo+chic★



Jane Birkin

Anna Kournikova

# Birkin

**Biberones, pañales, primeros auxilios para su bebé... La actriz y cantante Jane Birkin necesitaba un bolso en el que llevar todo su universo (y el de su hija recién nacida), de modo que encargó a la casa Hermès un bolso con un interior perfectamente equipado.**

Así nació, en 1984, el modelo *Birkin* de Hermès, que tiene su origen en los bolsones que se acoplaban a las sillas de montar para llevar los accesorios de los jinetes. El bolso *Birkin* se diferencia del *Kelly* (bautizado con el nombre de la princesa Grace de Mónaco) en que tiene dos asas y una apertura más ancha. Su primera versión, de 40 cm, es siempre la más solicitada. **1.** Modelo en piel de ternera de color rojo, 4.690 €. **2.** Bolso verde oliva de piel de ternera, 5.450 €. **3.** Modelo *shoulder* en tono calabaza, 5.100 €. **4.** Piel de cordero en este bolso marrón, 5.900 €. *(Ver Direcciones en página 184)*

Por: Marta Monleón. Fotos: Patricia R. Soto.

HERMES_0000519





# BIRKIN A 20 ANS

OUI, C'EST BIEN JANE QUI EST À L'ORIGINE DU LÉGENDAIRE SAC BIRKIN. NORMAL QU'IL ENCHANTE DEPUIS VINGT ANS ET FLIRTE AVEC SON TEMPS. HISTOIRE DE FIDÉLITÉ ENTRE UNE ARTISTE PAS CONFORMISTE ET UN ARTISANAT DE TRADITION.    Par Élisabeth Paillié

**IL EST NÉ AU-DESSUS** des nuages, un jour pas comme les autres, d'une jolie rencontre entre deux personnes d'exception. Pas étonnant qu'il soit griffé culte, depuis. Un scénario si parfait qu'on n'aurait jamais pensé à l'imaginer… Le décor ? Un vol Paris-Londres, il y a vingt ans exactement. Les acteurs ? Une jolie femme à l'accent anglais ravageur et un monsieur « comme il faut », à l'œil malicieux. « J'étais assise, raconte Jane Birkin, unique et craquante, à côté d'un homme très distingué, horrifié de voir chuter, de mon sac et de mon agenda bourré, papiers, photos, petits mots… » « Votre agenda devrait avoir des poches », me dit-il. « Mais c'est un Hermès », réplique-t-elle. « Donnez-le moi. Je suis Hermès. » Et le monsieur distingué se présente : Jean-Louis Dumas, président de la célèbre maison. Comme au cinéma… Après mille et une digressions, la comédienne-chanteuse, pragmatique, suggère qu'il serait astucieux que la maison propose « un sac plus grand que le Kelly et plus petit que la valise de Serge ». Défi du président : « Dessinez-le moi… » Invitée à voir la maquette en carton, l'artiste donne son feu vert. Fait le choix d'un box noir et de fermetures dorées. En ajoutant qu'elle, la désinvolte, ne fermerait jamais. Jean-Louis Dumas lui demanda si elle l'autorisait à le nommer « Birkin ». Généreuse, elle dit « oui ». Voilà comment un sac Hermès bascula, une fois de plus, dans la légende. Quelques années plus tard, la chanteuse en tournée monte sur scène à New York. Des voix moqueuses s'élèvent dans la salle : « Birkin ? Comme le sac ? » Pas démontée, elle cloue le bec aux insolents en rétorquant dans la foulée : « Et maintenant, le sac va vous interpréter une vingtaine de chansons de Serge Gainsbourg… » Son sac fétiche, Jane ne se gêne pas pour en vanter la renommée. Et rappeler qu'un épisode entier de « Sex and the City » est lié à l'objet. Elle raconte encore qu'elle a vendu son premier exemplaire aux enchères, pour les sinistrés du tremblement de terre de Taïwan. Vendu aussi son agenda favori, réétudié par Hermès avec ses poches, et enrichi des cheveux de Serge. Vendu encore ses cheveux pour l'association François-Xavier Bagnoud, qui aide les enfants orphelins du sida.

Le Birkin, pour la petite histoire, s'inspire du « sac haut à courroies », dont il reprend le système ingénieux de fermeture. Celui-là même imaginé au tournant du siècle pour y loger selle, bottes, filet, bombe. Sa forme trapézoïdale à soufflets et ses courroies sur le côté maintenaient efficacement le matériel du cavalier. Le Birkin, tout aussi pratique et élégant, a fait des petits. D'abord conçu en quarante centimètres, puis en trente et trente-cinq, il hérite aujourd'hui d'un nouveau design, en quarante-cinq centimètres et en (très) tendance mini-version de vingt-cinq centimètres. Jean Paul Gaultier – qui l'adore – l'a reformulé pour l'hiver 2004-2005, en format allongé et à anses plus longues, pour un porter à l'épaule. C'est le Shoulder Birkin. Il requiert dix-huit à vingt-cinq heures de noble travail artisanal dans les ateliers de Pantin.

L'été 2005 est fier de ses versions en toile de jean, mariée au veau Barenia, et en agneau plume tressé. Et les commandes spéciales ? Voir la version rock dédiée à Linda Evangelista, personnalisée par le crayon de Jean Paul Gaultier : portrait et chaînes noirs sur cuir blanc. Voir le modèle en toile camouflage et croco mat destiné au photographe Gilles Bensimon. Ou le nec plus ultra du luxe en croco avec fermetures et cadenas en diamants. Ou encore l'association décalée d'un cuir et d'une soie taillée dans des kimonos vintage… Comme tous les sacs maison, le Birkin a ses codes : numéro de l'artisan, lettre qui correspond à l'atelier dans lequel il a été réalisé, et lettre qui définit l'année.

La chanteuse, on le sait, le customise avec des logos d'associations humanitaires et ne manque jamais de le mettre en évidence partout où elle se fait photographier. Le 8 septembre dernier, elle a reçu la médaille de l'ordre national du Mérite des mains du ministre des Affaires étrangères, Michel Barnier. Septembre aura vu son concert londonien, à Wembley, des textes, lus en scène, de son neveu Anno Birkin, décédé en 2001 et, en novembre, une tournée aux USA avec « Arabesque ». Depuis le 18 mars et jusqu'à début avril, elle joue au théâtre, dans « Hamlet », à Londres. Ensuite, d'avril à fin mai, elle tournera, à Cuba, dans un film de Daniel Vigne, aux côtés de Stéphane Freiss. En juin et juillet, ce seront les pays de l'Est et l'Australie qui accueilleront à leur tour « Arabesque »… Pas feignante, Jane. On lui offrirait bien un cadeau… ■

PHOTO CHARLOTTE SCHOUSBOE/STARFACE