# Exhibit 4

Film_2011_MidnightinParis_03.jpg

Photo extraite du film "Midnight in Paris"

Film_2011_MidnightinParis_04.jpg

Photo extraite du film "Midnight in Paris"



2011



2011

Film_2011_Transformers_02.jpg

Photo extraite du film "Transformers 3"

Film_2009_GossipGirl_1.tif

Photo extraite de la série "Gossip Girl"
Saison 2 - Episode 23 : The Wrath of Con



2011



2009



Film_2009_LeChihuahuaDeBeverlyHills_2.tif
Photo extraite du film "Le chihuahua de Berverly Hills"

Film_2009_TheWomen_1.tif
Photo extraite du film "The women"





2009

2009

Film_2009_TheWomen_2.tif
Photo extraite du film "The women"

Film_2009_TheWomen_3.tif
Photo extraite du film "The women"





2009

2009



Hermès International - Documentation

07/07/2022

HERMES_0001615

Film_2008_GiveItToMe_1.tif

Film_2008_GossipGirl_3.tif

Photo du clip "Give it 2 me" de Madonna

Photo extraite de la série "Gossip Girl"
Saison 2 - Épisode 13 - Titre de l'épisode : O Brother,
Where Bart Thou ?





2008

2008

Film_2008_GossipGirl_1.tif

Photo extraite de la série "Gossip Girl"
Référence de l'épisode non déterminé

Film_2007_GossipGirl_2.tif

Photo extraite de la série "Gossip Girl"
Saison 1 - Episode 1 - Titre de l'épisode : Le grand
retour : birkin





2008

2007



HERMES_0001616

Film_2007_GossipGirl_3.tif
Photo extraite de la série "Gossip Girl"
Saison 1 - Episode 10 - Titre de l'épisode : S : Qui mène
la danse ?

Film_2006_InsideMan_1.tif
Photo extraite du film "Inside man"



2007



2006

Film_2006_InsideMan_2.tif
Photo extraite du film "Inside man"

Film_2006_InsideMan_3.tif
Photo extraite du film "Inside man"



2006



2006



Hermès International - Documentation

07/07/2022

Film_2006_InsideMan_3.tif
Photo extraite du film "Inside man"

Film_2006_InsideMan_9.tif
Photo extraite du film "Inside man"



2006



2006

Film_2006_Medium_1.tif
Photo extraite de la série "Medium"
Saison 2 - Épisode 22 - Titre de l'épisode : Twice Upon a Time

Film_2006_Medium_2.tif
Photo extraite de la série "Medium"
Saison 2 - Épisode 22 - Titre de l'épisode : Twice Upon a Time



2006



2006



HERMES_0001618

Film_2005_GilmoreGirls_1.tif

Photo extraite de la série "Gilmore Girls"
Saison 6 - Épisode 6 - Titre de l'épisode : Stars Hollow
revue et renommée



Film_2005_GilmoreGirls_2.tif

Photo extraite de la série "Gilmore Girls"
Saison 6 - Épisode 6 - Titre de l'épisode : Stars Hollow
revue et renommée



2005



2005

Film_2005_GilmoreGirls_3.tif

Photo extraite de la série "Gilmore Girls"
Saison 6 - Épisode 6 - Titre de l'épisode : Stars Hollow
revue et renommée

Film_2005_TheComeback_1.tif

Photo extraite de la série "The Comeback"
Saison 1 - Référence de l'épisode non déterminé



2005



2005



**HERMÈS**
PARIS

Hermès International - Documentation

07/07/2022

Film_2005_TheComeback_2.tif

Photo extraite de la série "The Comeback"
Saison 1 - Référence de l'épisode non déterminé

Film_2004_SexAndTheCity_1.tif

Photo extraite de la série "Sex and the city"
Saison 6 - Episode 16 - Titre de l'épisode : Boule à zéro
(Out of the Frying Pan)



2005



2004

Film_2004_SexAndTheCity_2.tif

Photo extraite de la série "Sex and the city"
Saison 6 - Episode 16 - Titre de l'épisode : Boule à zéro
(Out of the Frying Pan)



2004







HERMES_0001700



HERMES_0001701



HERMES_0001702



HERMES_0001703



HERMES_0001684



HERMES_0001685



HERMES_0001686



HERMES_0001780



HERMES_0001781



HERMES_0013585



HERMES_0013587



You broke my Birkin!

HERMES_0013586



HERMES_0013588



Page 23 of 56

**HBO**®  ›LOGIN  ›REGISTER                              SEARCH

HOME | **ORIGINAL SERIES** | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | STORE

**SEX** AND THE **CITY**®
**Watch SATC on TBS**

▹ Home                    ▹ News and Awards
▹ Episode Guide           ▹ Community
▹ Cast and Crew           ▹ Games

Season:  **1  2  3  4  5  6**    Episodes:  choose an episode

**Episode 59 Feature**



**Music Cred**
See a full lis
music playe
episode.



**Fashion Cr**
See a listing
outfits wor
episode.

**Inside Sex and the (**

Sign up for "The Dish",
the official Sex and the City

email address        subm

< Previous        **Photo Album:** 6 of 6        Next >



**Sex and th
Complete
Season**
Available on
Buy now!

episode 59
# "Coulda, Woulda, Shoulda"

"If it's so hard to get pregnant, how do you account for the number of crying
children on planes?" - Samantha

**Directed by:** David Frankel
**Written by:** Jenny Bicks

**Synopsis**
Miranda tells Carrie that she's pregnant from having unprotected sex with Steve
and his one ball. Miranda doesn't want the baby and doesn't want to tell Steve.
Charlotte, however, can't seem to get pregnant no matter what bedroom
techniques she tries. When she finds out that Miranda is pregnant and is going to
have an abortion, she's so upset she storms away. Carrie and Samantha admit
that they've both had abortions - Carrie after a one-night stand with a waiter in
the '80s. Carrie tells Aidan about Miranda and swears him to secrecy. Aidan is
appalled that Miranda isn't going to tell Steve. Carrie lies to Aidan about having
had an abortion herself.

Samantha has lunch with Lucy Liu, hoping to represent her. They hit it off and
Lucy tells Samantha that she refuses to be lied to. Samantha also has her eye on
the coveted Hermes red "Birkin" handbag. Unfortunately, there's an eternally long
waiting list, so Samantha uses Lucy Liu's starpower to score a bag. When Lucy
shows up at their next lunch carrying the "free" bag, Samantha tells her it's
actually for herself. Lucy is furious, fires Samantha and walks off with the bag.

HERMES_000783

Charlotte sees a fertility doctor and finds out that she has only a 15 percent chance of conceiving naturally. She bumps into Miranda on the street, tells her the news and walks away from the unhappily pregnant Miranda. Carrie accompanies Miranda to have her abortion. While they're waiting Miranda becomes increasingly worried that she's not making the right decision. She wonders if this is her only chance to have a baby. She decides to keep the baby and the girls, including Charlotte, gather around her and support her decision.

Carrie returns to the restaurant where she had met Chad, the waiter who had gotten her pregnant years ago. He's still there and doesn't remember Carrie. She realizes she made the right decision and leaves. Carrie decides to be honest and admits to Aidan that she had an abortion when she was 22. She was worried that he would criticize her, but Aidan is non-judgemental.

Discuss this episode in the Sex and the City Bulletin Board.

**HBO INFO   JOBS AT HBO   CONTACT US   SITE INDEX   SCHEDULE PDF   REGISTER/SIGN IN   TRY AOL**

> Privacy Policy    > Terms of Use

© 2004 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.



HERMES_0001724



HERMES_0001725



HERMES_0001726



HERMES_0001727



MEG RYAN   ANNETTE BENING   EVA MENDES   DEBRA MESSING   JADA PINKETT SMITH

It's all about... **THE**
# WOMEN
Written for the Screen and Directed by Diane English

CARRIE FISHER   CLORIS LEACHMAN   DEBI MAZAR   with BETTE MIDLER   and CANDICE BERGEN

  

PG-13   PARENTS STRONGLY CAUTIONED
Some Material May Be Inappropriate for Children Under 13
SEX RELATED MATERIAL, LANGUAGE,
SOME DRUG USE AND BRIEF SMOKING

NEW LINE CINEMA   TAGGED   TheWomenTheMovie.com        PICTUREHOUSE

HERMES_0001693



HERMES_0001694

# NANCY JO SALES

## HOW A GANG OF FAME-OBSESSED
## TEENS RIPPED OFF HOLLYWOOD
### AND SHOCKED THE WORLD

# THE BLING RING



## THE TRUE STORY THAT INSPIRED THE SOFIA COPPOLA FILM

HERMES_0001722



HERMES_0001721



HERMES_0001728



HERMES_0001729



HERMES_0001733



HERMES_0001734



HERMES_0001735



HERMES_0014416



HERMES_0014417



HERMES_0014419



HERMES_0013747



HERMES_0013746



HERMES_0013720



HERMES_0014413



HERMES_0014412



HERMES_0014414



HERMES_0013718



screen capture from the film

HERMES_0013719



HERMES_0013717



HERMES_0014406



HERMES_0014407



HERMES_0014408



HERMES_0013742



HERMES_0013701



HERMES_0014415



HERMES_0013744