# Exhibit 6







# MetaBirkins

MetaBirkins is a collection of 100 unique Birkin NFTs created with faux fur in a range contemporary color and graphic executions. MetaBirkins are a tribute to Hermes' most famous handbag, the Birkin, one of the most exclusive, well-made luxury accessories. Its mysterious waitlist, intimidating price tags, and extreme scarcity have made it a highly covetable "holy grail" handbag that doubles as an investment or store of value.

Creator Mason Rothschild began working on MetaBirkins shortly after the success of Baby Birkin, a one-of-one, NFT covered by Forbes and Vogue that sold at auction for 5.5 ETH. In response to the community demand, Rothschild developed a new series, this time inspired by the acceleration of fashion's "fur free" initiatives and embrace of alternative textiles.

MetaBirkins will be launching at Art Basel Miami Beach and available to mint for 0.1 ETH.

Mint for 0.1 ETH

**Read**
Basic.Space
Vogue Business
Complex
Highsnobiety
HYPEBAE
Input Mag

**Follow**
Discord
Instagram
OpenSea
Twitter

**Press**
Preview
Inquire

In partnership with

Basic.Space

HERMES_0037672







## MetaBirkins

MetaBirkins is a collection of 100 unique NFTs created with faux fur in a range contemporary color and graphic executions.

Creator Mason Rothschild began working on MetaBirkins shortly after the success of Baby Birkin, a one-of-one, NFT covered by Forbes and Vogue that sold at auction for 5.5 ETH. In response to the community demand, Rothschild developed a new series, this time inspired by the acceleration of fashion's "fur free" initiatives and embrace of alternative textiles.

MetaBirkins is now available for purchase on OpenSea.

Buy on Opensea

| Read | Follow | Press |
|---|---|---|
| Basic.Space | Discord | Preview |
| Vogue Business | Instagram | Inquire |
| Complex | OpenSea | |
| Highsnobiety | Twitter | |
| HYPEBAE | | |
| Input Mag | | |

Disclaimer

We are not affiliated, associated, authorized, endorsed by, or in any way officially connected with the HERMES, or any of its subsidiaries or its affiliates. The official HERMES website can be found at https://www.hermes.com/.

HERMES_0037449







# MetaBirkins

MetaBirkins is a collection of 100 unique NFTs created with faux fur in a range contemporary color and graphic executions.

Creator Mason Rothschild began working on MetaBirkins shortly after the success of Baby Birkin, a one-of-one, NFT covered by Forbes and Vogue that sold at auction for 5.5 ETH. In response to the community demand, Rothschild developed a new series, this time inspired by the acceleration of fashion's "fur free" initiatives and embrace of alternative textiles.

MetaBirkins is now available for purchase on Rarible, ZORA and LooksRare.

Buy on Rarible | Buy on ZORA | Buy on LooksRare

**Read**
Basic.Space
Vogue Business
Complex
Highsnobiety
HYPEBAE
Input Mag

**Follow**
Discord
Instagram
Twitter

**Press**
Preview
Inquire

**Disclaimer**

We are not affiliated, associated, authorized, endorsed by, or in any way officially connected with the HERMES, or any of its subsidiaries or its affiliates. The official HERMES website can be found at https://www.hermes.com/.