# Exhibit 7

🔒 **PageVault**

| | |
|---|---|
| Document title: | NFT artist: 'MetaBirkins' project aims to create 'same kind of illusion that it has in real life' |
| Capture URL: | https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall |
| Page loaded at (UTC): | Tue, 02 Aug 2022 12:32:26 GMT |
| Capture timestamp (UTC): | Tue, 02 Aug 2022 12:33:04 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 01c59097-4deb-43ce-8ecd-89fa4ecf95df |
| User: | baker-nsamad |



EXHIBIT

39

HERMES_0010581



## NFT artist: 'MetaBirkins' project aims to create 'same kind of illusion that it has in real life'

December 6, 2021

MetaBirkins NFT Series Artist Mason Rothschild joins Yahoo Finance Live to discuss the success of his NFT project involving digital versions of Hermes Birkin bags.

**Video Transcript**

[MUSIC PLAYING]

- Welcome back to Yahoo Finance. Well, NFTs keep gaining in popularity. And the latest [INAUDIBLE] the allure of a designer Hermes Birkin, out of reach to mere mortals tying them into the digital art space. Here to discuss is the artist behind the MetaBirkin. His name is Mason Rothschild, MetaBirkins NFT Series Artist. Thank you so much for being with us, Mason. And congratulations because it seems like it's been quite the hit.

MASON ROTHSCHILD: Thank you.

- And I wanted to just provide some context and some numbers as well. So the first MetaBirkin sold for about 10 Ethereum. There's so much price volatility, but let's say it sold for above $40,000. And in five days, about 600,000 in volume sold. The cheapest listed MetaBirkin is now about $13,500, on par with one of the lower end of an Hermes Birkin bag, I guess. So this isn't your first foray into Birkin art. What is the attraction for you and for the buyer?

MASON ROTHSCHILD: I mean, for me, there's nothing more iconic than the Hermes Birkin bag. And I wanted to see as an experiment to see if I could create that same kind of illusion that it has in real life as a digital commodity. And I feel like I've kind of accomplished that with the statistics that we kind of have today, is being able to put together this kind of digital commodity everybody loves, bringing it into the digital world with this introduction of the metaverse and seeing how it works out and how it plays in the hands of like the community, selling it at that, keeping that scarcity of 100 bags total and seeing what the community does with it. Because I feel like there's nothing stronger in this NFT space than community and being able to garner the attention of people and build that relationship with the consumer and being able to bring it forward and keep pushing and the support has been crazy.

ALEXIS CHRISTOFOROUS: It really has been crazy. And, you know, you talk about trying to

Document title: NFT artist: &#39;MetaBirkins&#39; project aims to create &#39;same kind of illusion that it has in real life&#39;

Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall

Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT

Page 1 of 7

HERMES_0010582



crazy.

ALEXIS CHRISTOFOROUS: It really has been crazy. And, you know, you talk about trying to build that relationship with the community via the metaverse. We're looking at the bags right now. They're pretty incredible. Talk to me about the inspiration for doing this with fur. That's fur that you see around these bags.

MASON ROTHSCHILD: Yeah.

ALEXIS CHRISTOFOROUS: And I know you also did the one where there was a pregnant Hermes Birkin bag, where it was giving-- you were able to see a little baby inside the bag. That sold for over $23,000 in May.

MASON ROTHSCHILD: Yeah, it actually just resold to a collector two days ago for $42,000. So that one is a collector in the metaverse called SolaVerse is actually putting them together and putting an auction together in their like metaverse gallery. So that one just resold. But for this one, I wanted to kind of, like I come from the fashion industry, you know, just working from the retail aspect in Saint Laurent and Dior. And with Kering Group's like recent initiatives to go fur-free and you kind of be a little bit more sustainable in the future, I kind of wanted to bring a little bit of irony to the situation and make these, you know, MetaBirkins out of fur as that fur-free initiative. Since it's not doing anything for animals or anything like that, it's actually just digital simulated fur. So it's kind of like a play on that.

The baby Birkin, like you alluded to, was kind of a play on the words baby and Birkin, which is like the most sought after Birkin size. So I decided to put a baby in a Birkin and go through all stages of pregnancy. And there, you know, I'm really using it as kind of just artistic representation of like what goes on in my head.

- How surprised are you by the reactions that these bags have been getting? Because everyone and his brother and sister want to get into the NFT space. The latest one is Beyonce saying, you know, NFTs are the wave of the future. Do you think that it is, you know, that it's overblown a little bit? How surprised are you by the reaction? Because, you know, there are some out there that say, I had this conversation with my daughter, for example. And she said, no way would I spend that kind of money for digital art of a Birkin. What am I going to do? I want to hold it. I want to feel it. I want to walk around with it.

MASON ROTHSCHILD: My thing is that with this introduction of the metaverse. You know, like we all already live in kind of our phones and everything. And this introduction of like Web3 and the metaverse is allowing us to actually own these commodities in this place where we can actually show them off. I was explaining to somebody before, there's not much difference in between having the crazy car or the crazy handbag in real life because it's kind of just that, that showing of like wealth or that kind of explanation of success.

And now you're able to bring that into the metaverse with these iconic NFTs that have fetched crazy amounts of money in that resale market for NFTs. So I feel like the difference between the two is like getting a little bit blurred now because we have this new outlet, which is the metaverse, to showcase our product, showcase them in our virtual worlds, and even just show them online. You know, like people have been posting the ones that they've gotten. And people kind of like have this hype around them that like oh, wow, you were able to secure one of those.

ALEXIS CHRISTOFOROUS: And real quick here, Mason, I know that when you're talking about high-end luxury items like an Hermes bag, counterfeiting happens all over the place. Are you concerned as the artist that you're going to start getting that happening here, even though they do say blockchain is going to keep it all on the up-and-up? But do you have to look out for counterfeiting, you know, in the NFT space?

MASON ROTHSCHILD: 100%. Actually, like before my collection dropped, there was a bunch of like counterfeit NFTs that weren't from my collection. We're in the process of like verifying mine on OpenSea. But we had like $35,000, $40,000 in volume of people buying fake versions of my MetaBirkin. So, yeah, like counterfeits are definitely there. I'm hoping that these platforms have more of a connection with the artists moving forward, so, you know, they don't lose out on that kind of hype and people don't get scammed and end up spending, you know, $40,000 on a fake.

- All right, well, Mason Rothschild, we are so excited for you and so pleased to have you on the show. Congratulations with all the success.

MASON ROTHSCHILD: Thanks for having me.

- MetaBirkins NFT Series Artist and we can't wait to see what comes next.



Document title: NFT artist: &#39;MetaBirkins&#39; project aims to create &#39;same kind of illusion that it has in real life&#39;
Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall
Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT

HERMES_0010583



**Featured Broker** eToro    Ad eToro

**Looking to invest in stocks?**
Join 25M+ users and invest safely with eToro's global platform

Start Investing

*Your capital is at risk. Other fees apply.*

**1 Comment**

Commenting on this article has ended          🔔  Log in | Sign up

Sort by Top ⌄

👤 **Austin**  6 December, 2021
This project is going to be huge!!
👍 1  💬

Powered by ○ OpenWeb



**RECOMMENDED STORIES**

**GuruFocus.com**
**Devon Energy Beats Earnings, Raises Dividend**
Devon Energy produces another amazing quarter to satisfy its shareholders
13h ago

**MoneyWise**
**Housing correction is 'dead ahead,' warns Moody's chief economist Mark Zandi — here's how he sees things playing out over the next several months**
He also predicts a 'more significant pullback' if this one thing happens.
1d ago

**Ad · Housecoast**
**Put A Bottle In Parked Car Tire If Traveling Alone**
Am I the only one who never knew this..

**TipRanks**
**Down More Than 50%: Buy These 2 Beaten-Down Stocks Before They Rebound, Say Analysts**
Whether markets move up or down, every investor loves a bargain. There's a thrill in finding a valuable stock at a low, low price – and then watching it appreciate in the mid- to long-term. Portfolio growth of that sort is one of the reasons investors are in the investing game to begin with. So, how are investors...
22h ago

**MarketWatch**
**My boyfriend, 68, has almost no 'mad money' for fun activities and trips. He lives with his father, 95, and expects to inherit his house. Is it unreasonable to expect him to get a part-**
THE MONEYIST Dear Quentin, I am a 65-year-old retired woman with modest Social Security and annuity payments. I also own my own home and have savings. I've been seeing a 68-year-old retiree since just before the pandemic.
20h ago

**SmartAsset**
**$2 Million Makes This Much Monthly**
For older Americans, living off the interest and returns of your retirement account is how retirement is structured. The goal is that by the time you hit your late 60s you will ideally have enough saved up to coast indefinitely. ... Continue reading → The post How Much Interest Does $2 Million Pay Monthly?...
21h ago

**Ad · Cleverst**
**Why You Should Always Put Plastic Bottle on Tires**
Amazing Car Hacks Everyone Needs To Start Doing Now

**Yahoo Finance Video**
**Alibaba to continue monitoring market developments to maintain its U.S. listing**
Yahoo Finance's Akiko Fujita discusses Alibaba responding to delisting fears.
21h ago





**SmartAsset**

**How Much Can Retirees Earn Without Paying Taxes?**
Depending on your age, if your income is below a certain threshold, you may not have to pay taxes. Here's what you need to know.

1d ago

**MarketWatch**

**The FAANMGs have been whittled down to the fantastic four**
Four mega-cap companies proved they can withstand a global economic slowdown, super-high inflation and a massive rise in interest rates.

16h ago

**Ad • Housejogger**

**Man Finds Tiny Creature In Backyard**
You'll Never Believe What It Grew Into...

**Zacks**

**Mosaic (MOS) Q2 Earnings and Revenues Miss Estimates**
Mosaic (MOS) delivered earnings and revenue surprises of -7.38% and 4.29%, respectively, for the quarter ended June 2022. Do the numbers hold clues to what lies ahead for the stock?

14h ago

**Benzinga**

**5 REITs With Massive Dividend Yields**
Plenty of real estate investment trusts (REITs) pay dividends, but some of them have much higher yields than the rest. REITs are designed to appeal to income-oriented investors rather than those interested mainly in growth. Sometimes these types of investments deliver both, but the big dividends are usually...

20h ago

**CNW Group**

**SSR MINING REPORTS SECOND QUARTER 2022 RESULTS**
SSR Mining Inc. (NASDAQ: SSRM) (TSX: SSRM) (ASX: SSR) ("SSR Mining" or the "Company") reports consolidated financial results for the second quarter ended June 30, 2022. In addition, the Board of Directors declared a quarterly cash dividend of $0.07 per common share payable on September 6, 2022...

2h ago

**Ad • Vitaminews**

**Mix Vaseline And Toothpaste And Watch What Happens**
40+ Vaseline Tricks We Never Knew

**Barrons.com**

**Intel Could Be Worth More Dead Than Alive. Why This Analyst Sees 50% Upside.**
Intel just reported what may have been its worst quarter ever. But Northland Securities analyst Gus Richard sees value in the company's assets.

16h ago

**Bloomberg**

**Pelosi's Taiwan Trip Raises Angst in Global Financial Markets**
(Bloomberg) -- Traders are bracing for US House Speaker Nancy Pelosi's expected arrival in Taipei Tuesday to raise tensions with China, with stocks sliding and haven assets such as the yen and Treasuries climbing.Most Read from BloombergYou Won't Like What Comes After InflationPelosi Is Expected to Vis...

1h ago

**Motley Fool**

**5 Perfect Stocks Retirees Can Confidently Buy Right Now**
These time-tested stocks check all the right boxes for retirees wanting to preserve and grow their nest egg, while also potentially netting passive income.

3h ago

**Ad • History10**

**Hidden Features In Most Cars; Use :22 Tonight**
Here's 40 hidden car features you probably never knew existed. #26 is in all cars and few people know.

**Zacks**

**Energy Transfer (ET) to Post Q2 Earnings: What's in the Cards?**
Energy Transfer's (ET) second-quarter earnings are expected to have gained from fee-based contracts and return from assets, which are spread across every major production basin.

22h ago

**The Wall Street Journal**

**Caterpillar Second Quarter Sales Up 11%**
Higher prices and increased sales helped to offset a continued drag from rising material and freight costs







yahoo!finance Search for news, symbols or companies Sign in Mail

The Wall Street Journal

**Caterpillar Second Quarter Sales Up 11%**

Higher prices and increased sales helped to offset a continued drag from rising material and freight costs on the company's bottom line.

1h ago

Yahoo Finance Video

**Oracle reportedly plans to lay off thousands of employees**

Yahoo Finance reporter Dan Howley looks at how tech company Oracle's stock is moving to the downside amid reports that it's starting to lay off thousands of U.S. employees.

17h ago

Ad • Housinglover

**12 Foods You Can Eat a Lot of Without Getting Fat**

List Of Healthy Foods You Can Eat Without Gaining Any Weight

Barrons.com

**Apple Is Borrowing Money to Buy Back Stock. What That May Say About the Bond Market.**

Apple is gearing up for a four-part bond sale to fund stock buybacks. Apple (ticker: AAPL ) is planning to use the proceeds from the sale for general corporate purposes, including buying back shares and paying dividends, the company said in a filing with the Securities and Exchange Commission. Apple didn't...

18h ago

Zacks

**PayPal Q2 Preview: Can Shares Rebound?**

Year-to-date, PayPal shares have plunged, losing more than half of their value.

16h ago

Barrons.com

**Innoviz Surges as Volkswagen Selects Its Self-Driving Lidar Technology**

Volkswagen has selected Innoviz to supply lidar technology as the auto maker continues its development of self-driving cars. Innoviz (ticker: INVZ) announced Tuesday that Volkswagen (VOW3.Germany) software business Cariad selected the InnovizTwo system and perception software for VW's lidar needs...

1h ago

Ad • Housecoast

**Put A Bottle In Parked Car Tire If Traveling Alone**

Am I the only one who never knew this..

SmartAsset

**Just How Rich Do You Have to Be to Need Wealth Management?**

Wealth managers help set and reach goals for financial needs. Here's a breakdown of wealth management services and examples of when you will need them.

21h ago

Reuters

**Caterpillar sales miss estimates on suppy-chain troubles, Russia halt**

Shares of the heavy equipment maker, whose performance is seen as a barometer for global industrial activity, fell 3% before the bell. Western firms have taken a hit from U.S. sanctions on Russia, which made it impossible to operate in the country following its invasion of Ukraine in February. Caterpillar decided...

2h ago

Bloomberg

**Apple Sells $5.5 Billion of Bonds to Fund Buybacks, Dividends**

(Bloomberg) -- Apple Inc. tapped the US high-grade bond market Monday with a $5.5 billion sale in four parts. Most Read from BloombergYou Won't Like What Comes After InflationPelosi Is Expected to Visit Taiwan, Ramping Up US-China TensionsThis Is How China Could Hit Back Over Pelosi's Taiwan...

16h ago

Ad • Cleverst

**Why You Should Always Put Plastic Bottle on Tires**

Amazing Car Hacks Everyone Needs To Start Doing Now

Zacks

**Gevo, Inc. (GEVO) Expected to Beat Earnings Estimates: What to Know Ahead of Q2 Release**

Gevo, Inc. (GEVO) possesses the right combination of the two key ingredients for a likely earnings beat in its upcoming report. Get prepared with the key expectations.

23h ago

Yahoo Finance

**Hints of 1982 have one strategist saying the bear market is over: Morning Brief**

What to watch in markets on Tuesday, August 2, 2022.

3h ago

Document title: NFT artist: 'MetaBirkins' project aims to create 'same kind of illusion that it has in real life'
Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall
Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT

yahoo!finance Search for news, symbols or companies Sign in Mail

3h ago

Zacks
**Airbnb (ABNB) to Report Q2 Earnings: What's in the Cards?**
Airbnb's (ABNB) second-quarter 2022 results are likely to reflect solid momentum among its hosts and guests.
19h ago

Ad • Housejogger
**Man Finds Tiny Creature In Backyard**
You'll Never Believe What It Grew Into...

Yahoo Finance Video
**Jobs report, earnings, stock market: What investors are watching this week**
Yahoo Finance's Alexandra Semenova discusses the busy week ahead in markets as investors eye potential catalysts in the jobs report and corporate earnings. 
20h ago

Benzinga
**China's Regulatory Crackdown On Its Tech Sector Takes New Twist**
China is after the head of its leading state-backed chip investment fund, shortly following a similar probe into a former executive linked to the fund, Reuters reports. China suspected Ding Wenwu, the head of China Integrated Circuit Industry Investment Fund, or the "Big Fund," of severe law violations and was...
23h ago

MarketWatch
**'I have watched my accounts drop by 22%.' My financial adviser has usually 'done well' but now it feels like he's not making enough adjustments in this tough market given that I'm**
MarketWatch Picks has highlighted these products and services because we think readers will find them useful; the MarketWatch News staff is not involved in creating this content. Question: I have had a financial advisor with a national firm for more than a decade.
2h ago

Ad • Vitaminews
**Mix Vaseline And Toothpaste And Watch What Happens**
40+ Vaseline Tricks We Never Knew

Barrons.com
**The Dow Is Set to Slip, BP Is Rising—and What Else Is Happening in the Stock Market Today**
House Speaker Nancy Pelosi is set to visit the island at the heart of the world's chip-making industry Tuesday, despite warnings from China.
24m ago

Bloomberg
**BP's Surging Oil Profits Stir Political Recriminations in UK**
(Bloomberg) -- If you want an illustration of the political perils of making huge oil and gas profits in the UK, look no further than a £400 charitable donation from the boss of BP Plc.Most Read from BloombergYou Won't Like What Comes After InflationPelosi Is Expected to Visit Taiwan, Ramping Up US...
40m ago

TheStreet.com
**Tesla's Chinese Rivals Have Some Bad News**
Elon Musk's Tesla remains the king of the electric vehicle makers as delivery and production results from its rivals still pale in comparison. While Tesla's July deliveries and production numbers are expected in the next day or so, its totals for the month will likely be thousands higher than its rivals. Tesla on July 2...
12h ago

Ad • History10
**Hidden Features In Most Cars; Use :22 Tonight**
Here's 40 hidden car features you probably never knew existed. #26 is in all cars and few people know.

The Independent
**BP 'laughing all the way to the bank' with bumper profits while households face poverty, say campaigners**
Oil giant sees profits triple to £6.9bn in second quarter while households struggle with massive bill increases
1h ago

Zacks
**Diamondback Energy (FANG) Tops Q2 Earnings and Revenue Estimates**
Diamondback (FANG) delivered earnings and revenue surprises of 6.16% and 10.40%, respectively, for the quarter ended June 2022. Do the numbers hold clues to what lies ahead for the stock?
15h ago

MarketWatch

