# Exhibit 10

Profile changes
Changes you've made to your profile

| | |
|---|---|
| Profile Change | |
| Changed | Email |
| New Value | info@terminal27.com |
| Change Date | Jul 19, 2021, 11:48 AM |
| | |
| Profile Change | |
| Changed | Phone Number |
| New Value | +13109099666 |
| Change Date | Jul 19, 2021, 11:48 AM |
| | |
| Profile Change | |
| Changed | Profile Name |
| New Value | Bottega Veneta |
| Change Date | Jul 19, 2021, 12:27 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| New Value | http://bottegaveneta.com/ |
| Change Date | Jul 19, 2021, 12:28 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| New Value | Mood by Bottega Veneta |
| Change Date | Jul 19, 2021, 12:30 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | http://bottegaveneta.com/ |
| Change Date | Jul 20, 2021, 11:00 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| Previous Value | Mood by Bottega Veneta |
| Change Date | Jul 20, 2021, 11:00 PM |
| | |
| Profile Change | |
| Changed | Username |
| New Value | bybottega |
| Change Date | Jul 20, 2021, 11:00 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| New Value | #bottegaveneta #bottega |
| Change Date | Jul 20, 2021, 11:00 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| New Value | http://bottegaveneta.com/ |
| Change Date | Jul 20, 2021, 11:00 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | http://bottegaveneta.com/ |
| Change Date | Oct 25, 2021, 7:56 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| Previous Value | #bottegaveneta #bottega |
| Change Date | Oct 25, 2021, 7:56 PM |
| | |
| Profile Change | |
| Changed | Username |
| Previous Value | bybottega |

Rothschild006656

| | |
|---|---|
| New Value | dirt.eth |
| Change Date | Oct 25, 2021, 7:56 PM |
| | |
| Profile Change | |
| Changed | Profile Name |
| Previous Value | Bottega Veneta |
| New Value | dirt.eth |
| Change Date | Oct 25, 2021, 7:56 PM |
| | |
| Profile Change | |
| Changed | Username |
| Previous Value | dirt.eth |
| New Value | metabirkins |
| Change Date | Nov 7, 2021, 11:48 AM |
| | |
| Profile Change | |
| Changed | Profile Name |
| Previous Value | dirt.eth |
| New Value | MetaBirkins |
| Change Date | Nov 7, 2021, 11:48 AM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| New Value | MetaBirkins is a collection of 100 unique MetaBirkin NFTs ---- unique collectibles living on the Ethereum blockchain. Made by @masonrothschild. |
| Change Date | Nov 7, 2021, 11:49 AM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| New Value | http://metabirkins.com/ |
| Change Date | Nov 7, 2021, 11:51 AM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| Previous Value | MetaBirkins is a collection of 100 unique MetaBirkin NFTs ---- unique collectibles living on the Ethereum blockchain. Made by @masonrothschild. |
| New Value | MetaBirkins is a collection of 100 unique MetaBirkin NFTs — living on the Ethereum blockchain. @masonrothschild . Discord: https://discord.gg/d4BrsqyM |
| Change Date | Nov 7, 2021, 1:17 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | http://metabirkins.com/ |
| New Value | http://opensea.io/collection/metabirkins/ |
| Change Date | Nov 7, 2021, 7:24 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| Previous Value | MetaBirkins is a collection of 100 unique MetaBirkin NFTs ---- living on the Ethereum blockchain. @masonrothschild . Discord: https://discord.gg/d4BrsqyM |
| New Value | MetaBirkins is a collection of 100 unique MetaBirkin NFTs ---- living on the Ethereum blockchain. @masonrothschild. Discord: https://discord.gg/d4BrsqyM |
| Change Date | Nov 7, 2021, 7:42 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| Previous Value | MetaBirkins is a collection of 100 unique MetaBirkin NFTs ---- living on the Ethereum blockchain. @masonrothschild. Discord: https://discord.gg/d4BrsqyM |
| New Value | MetaBirkins is a collection of 100 unique MetaBirkin NFTs — living on the Ethereum blockchain. @masonrothschild. |
| Change Date | Nov 13, 2021, 5:30 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | http://opensea.io/collection/metabirkins/ |
| New Value | https://discord.gg/d4BrsqyM |
| Change Date | Nov 13, 2021, 5:30 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | https://discord.gg/d4BrsqyM |
| New Value | https://discord.gg/MS52a9ST |

| | |
|---|---|
| Change Date | Nov 13, 2021, 6:38 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | https://discord.gg/MS52a9ST |
| New Value | https://discord.gg/ry374P8FNP |
| Change Date | Nov 15, 2021, 1:45 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | https://discord.gg/ry374P8FNP |
| New Value | https://opensea.io/collection/metabirkins |
| Change Date | Dec 3, 2021, 1:41 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| Previous Value | MetaBirkins is a collection of 100 unique MetaBirkin NFTs ---- living on the Ethereum blockchain. @masonrothschild. |
| New Value | MetaBirkins is a collection of 100 unique NFTs — living on the Ethereum blockchain. @masonrothschild. |
| Change Date | Dec 19, 2021, 4:17 PM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | https://opensea.io/collection/metabirkins |
| New Value | http://metabirkins.com/ |
| Change Date | Dec 21, 2021, 8:40 AM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | http://metabirkins.com/ |
| New Value | https://rarible.com/metabirkinsnft |
| Change Date | Dec 24, 2021, 8:00 AM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| Previous Value | MetaBirkins is a collection of 100 unique NFTs — living on the Ethereum blockchain. @masonrothschild. |
| New Value | MetaBirkins is a digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness, @forbes, @bof, @elleusa, @hypebeast |
| Change Date | Jan 14, 2022, 1:16 AM |
| | |
| Profile Change | |
| Changed | Profile Bio Text |
| Previous Value | MetaBirkins is a digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness, @forbes, @bof, @elleusa, @hypebeast |
| New Value | A digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness, @forbes, @bof, @elleusa, @hypebeast, @highsnobiety. |
| Change Date | Jan 14, 2022, 1:18 AM |
| | |
| Profile Change | |
| Changed | Profile Bio Link |
| Previous Value | https://rarible.com/metabirkinsnft |
| New Value | https://looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750 |
| Change Date | Jan 28, 2022, 8:41 PM |

Rothschild006658