# Exhibit 11

PageVault

| | |
|---|---|
| Document title: | ICANN Lookup |
| Capture URL: | https://lookup.icann.org/en/lookup |
| Page loaded at (UTC): | Mon, 03 Oct 2022 19:43:56 GMT |
| Capture timestamp (UTC): | Mon, 03 Oct 2022 19:45:27 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 0aa800d3-916c-42c3-b5d0-944ac36b9510 |
| User: | baker-nsamad |

PDF REFERENCE #:    614jWKxwpWTMMasE55Gtan

ICANN LOOKUP

العربية | 简体中文 | English | Français | Русский | Español

## Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)    Frequently Asked Questions (FAQ)

metabirkins.com                                    [ Lookup ]

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the registration data lookup tool Terms of Use.

### Domain Information

**Name:** METABIRKINS.COM

**Registry Domain ID:** 2653200806_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited

**Nameservers:**
NS-CLOUD-A1.GOOGLEDOMAINS.COM
NS-CLOUD-A2.GOOGLEDOMAINS.COM
NS-CLOUD-A3.GOOGLEDOMAINS.COM
NS-CLOUD-A4.GOOGLEDOMAINS.COM

**Dates**

**Registry Expiration:** 2022-11-07 18:25:01 UTC

**Updated:** 2021-11-07 18:25:02 UTC

**Created:** 2021-11-07 18:25:01 UTC

### Contact Information

#### Registrant:

**Handle:** APZf75krdbStBRzh2M1-5pdjA-0nQ_cIWuE3-PyDnx8E1e2Nr2I6x9RF7ZyctTCt8b-Fj694o6ZZ

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

#### Admin:

**Handle:** APZf75my9rYM2Tr24AZjoTO_UW5188E6jAkTIzALKzUeQOwvh7mDUMCWuYbH38FRbrkIguDbOIO-

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

#### Tech:

**Handle:** APZf75nnTZJHxG-WKNfJdmgjUn3lQVe1BljoolTUVvpNu99Mo7yjgJqpvd95iWPV11Ieyr0ygB_c

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

### Registrar Information

**Name:** Google LLC

**IANA ID:** 895

**Abuse contact email:** registrar-abuse@google.com

**Abuse contact phone:** tel:+1.8772376466

### DNSSEC Information

**Delegation Signed:** Signed

**Delegation Signer Data:**
Key Tag: 5432

### DNSSEC Information

**Delegation Signed:** Signed

**Delegation Signer Data:**
Key Tag: 5432
Algorithm: 8
Digest Type: 2
Digest: BFBA8CD7B0A477BE0898DDE2CBA489F9CC55783EA2840E0A76EFCC031F5C62BE

### Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/metabirkins.com

**Last updated from Registry RDAP DB:** 2022-10-03 23:43:53 UTC

**Registrar Server URL:** https://domainsrdap.googleapis.com/v1/domain/METABIRKINS.COM

**Last updated from Registrar RDAP DB:** 2022-10-03 19:44:13 UTC

### Notices and Remarks

**Notices:**

**RDAP Terms of Service**

This data is provided by Google for information purposes, and to assist persons obtaining information about or related to domain name registration records.
Google does not guarantee its accuracy.
By submitting an RDAP query, you agree that you will use this data only for lawful purposes and that, under no circumstances, will you use this data to:
1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via email (spam);
2) enable high volume, automated, electronic processes that apply to this RDAP server.
Google reserves the right to restrict or deny your access to the RDAP database.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by these terms.

https://payments.google.com/payments/apis-secure/get_legal_document?ldt=domainsrdap-tos&ldl=en&ldr=US

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://www.icann.org/wicf

### Raw Registry RDAP Response

```
{
    "objectClassName": "domain",
    "handle": "2653200806_DOMAIN_COM-VRSN",
    "ldhName": "METABIRKINS.COM",
    "links": [
        {
            "value": "https://rdap.verisign.com/com/v1/domain/METABIRKINS.COM",
            "rel": "self",
            "href": "https://rdap.verisign.com/com/v1/domain/METABIRKINS.COM",
            "type": "application/rdap+json"
        },
        {
            "value": "https://domainsrdap.googleapis.com/v1/domain/METABIRKINS.COM",
            "rel": "related",
            "href": "https://domainsrdap.googleapis.com/v1/domain/METABIRKINS.COM",
            "type": "application/rdap+json"
        }
    ],
    "status": [
        "client transfer prohibited"
    ],
    "entities": [
        {
            "objectClassName": "entity",
            "handle": "895",
            "roles": [
                "registrar"
            ],
            "publicIds": [
                {
                    "type": "IANA Registrar ID",
                    "identifier": "895"
                }
            ],
            "vcardArray": [
                "vcard",
                [
                    [
                        "version",
                        {},
                        "text",
                        "4.0"
                    ],
                    [
                        "fn",
                        {},
                        "text",
                        "Google LLC"
                    ]
                ]
```

```
                        4.0
                    ],
                    [
                        "fn",
                        {},
                        "text",
                        "Google LLC"
                    ]
                ]
            ],
            "entities": [
                {
                    "objectClassName": "entity",
                    "roles": [
                        "abuse"
                    ],
                    "vcardArray": [
                        "vcard",
                        [
                            [
                                "version",
                                {},
                                "text",
                                "4.0"
                            ],
                            [
                                "fn",
                                {},
                                "text",
                                ""
                            ],
                            [
                                "tel",
                                {
                                    "type": "voice"
                                },
                                "uri",
                                "tel:+1.8772376466"
                            ],
                            [
                                "email",
                                {},
                                "text",
                                "registrar-abuse@google.com"
                            ]
                        ]
                    ]
                }
            ],
            "events": [
                {
                    "eventAction": "registration",
                    "eventDate": "2021-11-07T18:25:01Z"
                },
                {
                    "eventAction": "expiration",
                    "eventDate": "2022-11-07T18:25:01Z"
                },
                {
                    "eventAction": "last changed",
                    "eventDate": "2021-11-07T18:25:02Z"
                },
                {
                    "eventAction": "last update of RDAP database",
                    "eventDate": "2022-10-03T23:43:53Z"
                }
            ],
            "secureDNS": {
                "delegationSigned": true,
                "dsData": [
                    {
                        "keyTag": 5432,
                        "algorithm": 8,
                        "digestType": 2,
                        "digest": "BFBA8CD7B0A477BE0898DDE2CBA489F9CC55783EA2840E0A76EFCC031F5C62BE"
                    }
                ]
            },
            "nameservers": [
                {
                    "objectClassName": "nameserver",
                    "ldhName": "NS-CLOUD-A1.GOOGLEDOMAINS.COM"
                },
                {
                    "objectClassName": "nameserver",
                    "ldhName": "NS-CLOUD-A2.GOOGLEDOMAINS.COM"
                },
                {
                    "objectClassName": "nameserver",
                    "ldhName": "NS-CLOUD-A3.GOOGLEDOMAINS.COM"
                },
                {
                    "objectClassName": "nameserver",
                    "ldhName": "NS-CLOUD-A4.GOOGLEDOMAINS.COM"
                }
            ],
            "rdapConformance": [
                "rdap_level_0",
                "icann_rdap_technical_implementation_guide_0",
                "icann_rdap_response_profile_0"
            ],
            "notices": [
                {
                    "title": "Terms of Use",
                    "description": [
                        "Service subject to Terms of Use."
```

```
            },
            "secureDNS": {
                "delegationSigned": true,
                "dsData": [
                    {
                        "keyTag": 5432,
                        "algorithm": 8,
                        "digestType": 2,
                        "digest": "BFBA8CD7B0A477BE0898DDE2CBA489F9CC55783EA2840E0A76EFCC031F5C62BE"
                    }
                ]
            },
            "nameservers": [
                {
                    "objectClassName": "nameserver",
                    "ldhName": "NS-CLOUD-A1.GOOGLEDOMAINS.COM"
                },
                {
                    "objectClassName": "nameserver",
                    "ldhName": "NS-CLOUD-A2.GOOGLEDOMAINS.COM"
                },
                {
                    "objectClassName": "nameserver",
                    "ldhName": "NS-CLOUD-A3.GOOGLEDOMAINS.COM"
                },
                {
                    "objectClassName": "nameserver",
                    "ldhName": "NS-CLOUD-A4.GOOGLEDOMAINS.COM"
                }
            ],
            "rdapConformance": [
                "rdap_level_0",
                "icann_rdap_technical_implementation_guide_0",
                "icann_rdap_response_profile_0"
            ],
            "notices": [
                {
                    "title": "Terms of Use",
                    "description": [
                        "Service subject to Terms of Use."
                    ],
                    "links": [
                        {
                            "href": "https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml",
                            "type": "text/html"
                        }
                    ]
                },
                {
                    "title": "Status Codes",
                    "description": [
                        "For more information on domain status codes, please visit https://icann.org/epp"
                    ],
                    "links": [
                        {
                            "href": "https://icann.org/epp",
                            "type": "text/html"
                        }
                    ]
                },
                {
                    "title": "RDDS Inaccuracy Complaint Form",
                    "description": [
                        "URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf"
                    ],
                    "links": [
                        {
                            "href": "https://icann.org/wicf",
                            "type": "text/html"
                        }
                    ]
                }
            ]
        }
```

**Raw Registrar RDAP Response**

---

Youtube   Twitter   Linkedin   Flickr   Facebook   Newletters   Community Wiki   ICANN Blog

| WHO WE ARE | CONTACT US | ACCOUNTABILITY AND TRANSPARENCY | GOVERNANCE | HELP | DATA PROTECTION |
|---|---|---|---|---|---|
| Get started | Locations | | Governance Documents | Dispute Resolution | Data Privacy Practices |
| ICANN Learn | I Need Help | Accountability Mechanisms | Agreements | Domain Name Dispute Resolution | Privacy Policy |
| Participate | Report Security Issues | Document Disclosure | Organizational Reviews | | |
| Diversity at ICANN | Certificate Authority | Independent Review Process | Specific Reviews | Name Collision | Terms of Service |
| Groups | Registry Liaison | Request for Reconsideration | Annual Report | ICANN Lookup | Cookies Policy |
| Board | Ombudsman | Empowered Community | Financials | | |
| President's Corner | Complaints Office | Employee Anonymous Hotline Policy and Procedures | Planning | | |
| Staff | For Journalists | | RFPs | | |
| Careers | | | Litigation | | |
| Public Responsability | | | Correspondence | | |

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy   Terms of Service   Cookies Policy