# Exhibit 13

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-07-07 09:31:33 EDT |
| **Mark:** | BIRKIN |

# BIRKIN

| | | | |
|---|---|---|---|
| **US Serial Number:** | 78369087 | **Application Filing Date:** | Feb. 17, 2004 |
| **US Registration Number:** | 2991927 | **Registration Date:** | Sep. 06, 2005 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Oct. 06, 2015 | | |
| **Publication Date:** | Jun. 14, 2005 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | BIRKIN |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Foreign Registration Number:** | 97691016 | **Foreign Registration Date:** | Aug. 08, 1997 |
| **Foreign Application/Registration Country:** | FRANCE | **Foreign Expiration Date:** | Aug. 08, 2007 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | [ Checkbook holders ] | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | SECTION 8 - CANCELLED | | |
| **Basis:** | 44(e) | | |
| **For:** | Leather or imitation leather goods, namely, [ bags, namely, ] handbags, [ travel bags, rucksacks, wallets; card holders in the nature of wallets; leather purses; leather cases for keys; briefcases; trunks and suitcases ] | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |

HERMES_0007355

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 44(e) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | Yes |
| **Filed 44E:** | Yes | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Hermes International |
| **Owner Address:** | 24, rue du Faubourg Saint Honore<br>Paris FRANCE 75008 |
| **Legal Entity Type:** | SOCIÉTÉ EN COMMANDITE PAR ACTIONS |
| **State or Country Where Organized:** | FRANCE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert S. Weisbein | **Docket Number:** | 093010-3095 |
| **Attorney Primary Email Address:** | IPDocketing@foley.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Robert S. Weisbein<br>FOLEY & LARDNER LLP<br>3000 K. STREET N.W., SUITE 600<br>WASHINGTON HARBOUR<br>WASHINGTON, DISTRICT OF COLUMBIA UNITED STATES 20007-5109 |
| **Phone:** 212-338-3528 | **Fax:** 202.672.5399 |
| **Correspondent e-mail:** IPDocketing@foley.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative

| | | | |
|---|---|---|---|
| **Domestic Representative Name:** | Andrew Baum | **Phone:** | 212-338-3527 |
| **Fax:** | 202.672.5399 | | |
| **Domestic Representative e-mail:** | IPDocketing@foley.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 18, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Sep. 30, 2020 | NOTICE OF SUIT | |
| Jun. 29, 2020 | NOTICE OF SUIT | |
| Aug. 04, 2016 | REVIEW OF CORRESPONDENCE COMPLETE - POWER OF ATTORNEY ENTERED | 89119 |

| Date | Action | Number |
|---|---|---|
| Aug. 04, 2016 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Oct. 06, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 06, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 69471 |
| Oct. 06, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 69471 |
| Oct. 06, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69471 |
| Sep. 04, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 09, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Feb. 09, 2012 | REGISTERED - PARTIAL SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Dec. 22, 2011 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 76533 |
| Feb. 09, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76533 |
| Dec. 22, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 29, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 29, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 06, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 14, 2005 | PUBLISHED FOR OPPOSITION | |
| May 25, 2005 | NOTICE OF PUBLICATION | |
| Mar. 04, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66230 |
| Mar. 02, 2005 | ASSIGNED TO LIE | 66230 |
| Feb. 22, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 18, 2005 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77978 |
| Feb. 14, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77978 |
| Feb. 14, 2005 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 08, 2004 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 08, 2004 | NON-FINAL ACTION WRITTEN | 74781 |
| Sep. 07, 2004 | ASSIGNED TO EXAMINER | 74781 |
| Mar. 01, 2004 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** GENERIC WEB UPDATE                **Date in Location:** Oct. 06, 2015