# Exhibit 25



# Export E-22427

**Matter/Claim Number: 096801.000091**
**URL: https://looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750**
**Capture Start: 2022-01-21 15:19:41 (UTC)**
**Operating System: Windows 10 64-bit**
**Browser Engine: Chrome 97.0.4692.71**



© Social Media Information, 2019



HERMES_0009984





HERMES_0009989

# Export Details



**Requestor**

Amanda Marshall (Baker & Hostetler LLP)

**Billing Number**

Not Provided

**Matter Number**

096801.000091

**Export Type**

web

**Export URL**

https://looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750

**Additional Instruction**

The collection page and each listing page

**Timeframe Start Date**

Not Provided

**Timeframe End Date**

Not Provided

**Source Code Url**

https://smi-v3-production.s3.amazonaws.com/export_attachments/Looksrare_22427_Web.zip

**Source Code SHA-256 Hash**

75a1c713442f882e0536895db63282d797e092be420d228e4d14c517f042baa2

**Source Code MD5 Hash**

63fa57301e761f9dcb7e17c68169a102

HERMES_0010286