# Exhibit 26



# Export E-22428

**Matter/Claim Number:** 096801.000091
**URL:** https://zora.co/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750
**Capture Start:** 2022-01-21 13:31:25 (UTC)
**Operating System:** Windows 10 64-bit
**Browser Engine:** Chrome 97.0.4692.71

© Social Media Information, 2019

NFTs, Collections and Profiles...

# MetaBirkins

0x566b...3750 | ···

| 100 | 86 |
|---|---|
| Items | Owners |

MetaBirkins is a collection of 100 unique NFTs.

Case 1:22-cv-00384-JSR   Document 72-35   Filed 10/07/22   Page 4 of 11



HERMES_0008870









RESERVE PRICE
10.00 ETH
$32,416.25 USD
AUCTION DURATION
3 DAYS
OWNER
@cm5k
Place Bid



MetaBirkins
5
MINTER
0x2327...b592
OWNER
@cm5k
HISTORY
@cm5k listed their NFT
Monday, January 10, 2022, 22:51:31
10.00 ETH
$32,416.25 USD
0x2327...b592 transferred to @cm5k
Sunday, December 5, 2021, 24:16:10
0x2327...b592 minted this NFT
Thursday, December 2, 2021, 20:05:35

NFT DETAILS

| | |
|---|---|
| Contract Address | 0x566b...3750 ↗ |
| Token ID | 5 |
| Blockchain | ETHEREUM |
| IPFS | ↗ |
| IPFS Metadata | ↗ |
| Etherscan Transaction | ↗ |

Refresh Metadata Updated 9 days ago

ZORA
Decentralized Auction House
© 2021 Zora Labs. All rights reserved.
Manifesto
Zine
FAQs
Whitepaper
Documentation
Terms of Service
Careers
Follow us:

# Export Details



**Requestor**

Amanda Marshall (Baker & Hostetler LLP)

**Billing Number**

Not Provided

**Matter Number**

096801.000091

**Export Type**

web

**Export URL**

https://zora.co/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750

**Additional Instruction**

The collection page and each listing page

**Timeframe Start Date**

Not Provided

**Timeframe End Date**

Not Provided

**Source Code Url**

https://smi-v3-production.s3.amazonaws.com/export_attachments/Zora_22428_Web.zip

**Source Code SHA-256 Hash**

8b3242500a4251915713455e7d4e97cd1efe4efb17b991d36ed3677e16c7ca2c

**Source Code MD5 Hash**

7cf01e302b5ea41320667b889c11f79a