# Exhibit 27







Rarible | Collection, item or user | Explore NEW | My profile | Following | Activity | How it works | Community | Create | Sign in

# MetaBirkins

@metabirkinsnft 0x566b...3750 by Mase

| Highest Sale | Floor price | Market Cap | Items | Owners | Total Volume |
|---|---|---|---|---|---|
| $45.1K | $16K | $963.2K | 97 | 82 | $1.2M |

A digital art project by Mason Rothschild living on the Ethereum blockchain. Featured on Vogue Business, Forbes, Business of Fashion, ELLE, Hypebeast and Highsnobiety.

Items | Activity | Stats NEW

Category | Sale type | Price range | Sort: Price: Low to High

95
5 ETH 1/1
Buy now ♡ 4

41
5 ETH 1/1
Buy now ♡ 7

28
5 ETH 1/1
Buy now ♡ 4

27
6 ETH 1/1
Buy now ♡ 3

81
7 ETH 1/1
Buy now ♡ 2

6
7 ETH 1/1
Buy now ♡ 3

75
8 ETH 1/1
Buy now ♡ 4

39
8 ETH 1/1
Buy now ♡ 1

92
9.2 ETH 1/1
Buy now ♡ 1

23
9.5 ETH 1/1
Buy now ♡ 7

62
10 ETH 1/1
Buy now ♡ 1

60
10 ETH 1/1
Buy now ♡

54
10 ETH 1/1
Buy now ♡ 2

52
10 ETH 1/1
Buy now ♡ 1

47
10 ETH 1/1
Buy now ♡

Load more

Join Rarible community

Download the Rarible app to explore any NFTs

Get the latest Rarible updates

| Rarible | Community | Language |
|---|---|---|
| Explore NEW | About | English |
| Help center | Blog | |
| Jobs 25 | RARI Token | Certified Infrastructure |
| Become a partner | Suggest feature | |
| Bug bounty | Rarible protocol | |
| | Subscribe | |

We use 🍪 Learn more

HERMES_0008867