# Exhibit 28



OpenSea Search items, collections, and accounts Explore Stats Resources Create

# MetaBirkins

Created by MetaBirkinsDeployer

| 100 | 88 | 5.5 | 205 |
|---|---|---|---|
| items | owners | floor price | volume traded |

MetaBirkins is a collection of 100 unique NFTs created with faux fur in a range contemporary color and graphic executions. MetaBirkins are a tribute to Hermes' most famous handbag, the Birkin, one of the most exclusive, well-made luxury accessories. Its mysterious waitlist, intimidating price tags, and extreme scarcity have made it a highly covetable "holy grail"

Items Activity

Filter

Status

Buy Now On Auction
New Has Offers

Price

United States Dollar (USD)

Min to Max

Apply

Chains

On Sale In

Search Single Items Price: Low to High

100 results

MetaBirkins 39 Top Bid 0.19 a day left ♡ 14

MetaBirkins 36 Price 5.5 Offer for 0.8 ♡ 12

MetaBirkins 75 Price 5.9 Last 4.95 ♡ 14

MetaBirkins 86 Price 6.8 Offer for 0.4 ♡ 10

MetaBirkins 50 Price 6.9 Last 5.2999 ♡ 14

MetaBirkins 61 Price 6.9 11 hours left ♡ 18

MetaBirkins 81 Price 7 Offer for 3 ♡ 6

MetaBirkins 34 Price 7 Offer for 0.15 ♡ 9

MetaBirkins 31 Price 7.5 Last 5 ♡ 10

MetaBirkins 6 Price 8 ♡ 10

MetaBirkins 38 Price 8.29 7 days left ♡ 10

MetaBirkins 62 Price 8.88 6 days left ♡ 8

MetaBirkins 18 Price 9.4 5 days left ♡ 14

MetaBirkins 42 Price 9.5 5 days left ♡ 8

MetaBirkins 15 Price 9.9 Offer for 0.3029 ♡ 17

MetaBirkins 41 Price 10 ♡ 9

MetaBirkins 60 Price 10 Offer for 0.025 ♡ 10

MetaBirkins 47 Price 10 Offer for 0.4 ♡ 10

MetaBirkins 0 Price 10 ♡ 24

MetaBirkins 28 Min Bid 20 a day left ♡ 14

MetaBirkins 9 Price 20 ♡ 15

MetaBirkins 27 Min Bid 20 a day left ♡ 40

MetaBirkins 77 Price 22.377 ♡ 7

MetaBirkins 52 Price 25 Last 9.5 ♡ 10

MetaBirkins 16 Price 25 Offer for 0.25 ♡ 16

MetaBirkins 45 Price 33 ♡ 5

MetaBirkins 80 Price 69 ♡ 9

MetaBirkins 40 Price 69 Last 7.85 ♡ 18

MetaBirkins 49 Price 249 Last 9.659 15
MetaBirkins 8 Best Offer 0.25 11
MetaBirkins 64 Best Offer 0.2 Last 10 9
MetaBirkins 53 Last 9.5 17
MetaBirkins 69 Best Offer 1 Last 4 8
MetaBirkins 56 Last 4.9 4
MetaBirkins 44 11
MetaBirkins 33 5
MetaBirkins 32 Last 7.5 16
MetaBirkins 79 8
MetaBirkins 85 6
MetaBirkins 46 4
MetaBirkins 7 11
MetaBirkins 89 4
MetaBirkins 94 9
MetaBirkins 14 10
MetaBirkins 25 15
MetaBirkins 43 Best Offer 0.3 6
MetaBirkins 70 4
MetaBirkins 17 Best Offer 0.2 10
MetaBirkins 66 8
MetaBirkins 84 3
MetaBirkins 93 Best Offer 0.1135 12
MetaBirkins 21 Last 3.9 11
MetaBirkins 23 Best Offer 0.13 6
MetaBirkins 29 7
MetaBirkins 48 Last 3 15
MetaBirkins 91 27
MetaBirkins 98 8
MetaBirkins 11 Last 5 8
MetaBirkins 58 Last 7 85
MetaBirkins 54 Last 5.5 23
MetaBirkins 2 Last 8 18
MetaBirkins 35 Best Offer 2.5 8
MetaBirkins 59 Best Offer 0.3 Last 5 18
MetaBirkins 96 7
MetaBirkins 22 Last 6 12
MetaBirkins 74 26
MetaBirkins 71 14
MetaBirkins 73 Last 5.7 10
MetaBirkins 19 14
MetaBirkins 24 18
MetaBirkins 3 Best Offer 0.1 Last 4 17
MetaBirkins 30 Best Offer 0.011 Last 3.9 12
MetaBirkins 99 19
MetaBirkins 65 Best Offer 0.3 6
MetaBirkins 37 Last 2.5 6
MetaBirkins 20 Best Offer 0.2 9
MetaBirkins 13 Best Offer 1.5 16

