# Exhibit 37



# Export E-22424

**Matter/Claim Number: 096801.000091**
**URL: https://www.instagram.com/metabirkins/**
**Capture Start: 2022-01-18 18:21:04 (UTC)**
**Operating System: Windows 10 64-bit**
**Browser Engine: Chrome 97.0.4692.71**



© Social Media Information, 2019

HERMES_0008348



**metabirkins**    Follow  ⌄  ···

40 posts   18.7k followers   1 following

**MetaBirkins**
Digital creator
A digital art project by @masonrothschild living on the Ethereum blockchain. Feat.
@voguebusiness, @forbes, @bof, @elleusa, @hypebeast, @highsnobiety.
rarible.com/metabirkinsnft

▦ POSTS        ▷ VIDEOS        ⊞ TAGGED



























HERMES_0008349

HERMES_0008350



**Dear Community,**

So, Hermes filed a trademark lawsuit against me on Friday—although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermes' complaint. Hermes' claims are groundless and we look forward to defending those claims in court and helping to set a precedent.

I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur-covered Birkin bags.

My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell art that depicts Birkin bags, just as it gave Andy Warhol the right to make and sell art depicting Campbell's soup cans.

I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.

The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermes' complaint that they don't understand what an NFT is, or what NFTs do.

We have tried to be reasonable. Hermes first sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermes representative. Hermes chose instead to break off negotiations and sue me.

I hope Hermes understands that I won't be intimidated.

---

metabirkins and masonrothschild    •••

metabirkins A statement in response to: Hermès International. et al. v. Mason Rothschild.

2h

chey.shoots Can't believe we met on animal crossing 2 years ago 😊

2h    6 likes

—— View replies (1)

amillennialbeing It is unfortunate that brands would go for Lawsuits . instead of collaborations and supporting artists who are creating in a new space. Keep up the amazing work 🙌 ❤️

2,509 likes

2 HOURS AGO

HERMES_0008362

| Avatar | Username | Text | Date |
|---|---|---|---|
| | siegelmann_ | 👏👏 it's sad that Hermes is missing the boat here. | 1/17/2022, 1:36:56 PM |
| | albertozennaro | The issue here is why Opensea doesn't stand with you, Hermes is prehistoric, Opensea is the world largest Nft marketplace and their position in this case is quite frankly ridiculous because they are setting a precedent on not protecting the community that is making them rich to the billions | 1/17/2022, 1:38:27 PM |
| | sheiskp | ❤️ | 1/17/2022, 1:41:22 PM |
| | becausetheinterweb | legend | 1/17/2022, 1:42:27 PM |
| | venusjmartinez | I just want to know how I can get one of them bags | 1/17/2022, 1:44:54 PM |
| | estermalcha | The fact that they are trying to fight you just shows how mentally outdated this company is. When @gucci embraced @dapperdanharlem it was a smart, strategic move that brought dividends to all parties. These lawsuits are mehhh. Stale. | 1/17/2022, 1:44:59 PM |

HERMES_0008376



HERMES_0008391



HERMES_0008392



HERMES_0008393



💬 **13**

🤍 953

🔗 https://www.instagram.com/p/CYvbykyLF6D

| Avatar | Username | Text | Date |
|---|---|---|---|
| | bigbria | 🔥🔥🔥🔥 | 1/15/2022, 1:48:39 AM |
| | drresy | 🔥 | 1/15/2022, 1:53:01 AM |
| | zolzayapurevdash | Wow! | 1/15/2022, 1:58:40 AM |
| | nataliyagrimberg | 💚🐢 | 1/15/2022, 2:17:22 AM |
| | amberpark | ❤️🧡💛💚💙💜🖤🤍 | 1/15/2022, 2:19:32 AM |
| | ibeonsumkidshitt | 🔥🔪 | 1/15/2022, 2:50:50 AM |
| | andyveneta | 🪐 | 1/15/2022, 2:53:05 AM |

HERMES_0008394

| Avatar | Username | Text | Date |
|--------|----------|------|------|
| | jealon_ | 🔥🔥🔥🔥🔥🔥 | 1/15/2022, 3:16:24 AM |
| | ncklxm | 🤩🤩 | 1/15/2022, 4:09:06 AM |
| | yomadkid | 🛑 | 1/15/2022, 11:35:24 AM |
| | toxic_alien0 | 🔥🔥🔥 | 1/15/2022, 12:02:01 PM |
| | livranalli | the middle one is calling me | 1/15/2022, 5:10:23 PM |
| | connormorss | Yoooo I need one! | 1/16/2022, 11:41:08 PM |

| 1 | | ‹ | › |

HERMES_0008395

**Page Metadata (6 items)**

| source 1 | title | MetaBirkins on Instagram: "@ilikeyouyoureweird @amberpark" |
|---|---|---|
| source 2 | url | https://www.instagram.com/p/CYvbykyLF6D/ |
| source 3 | likes | 900 |
| source 4 | comments | 12 |
| source 5 | main comment | @ilikeyouyoureweird @amberpark |
| time 6 | timestamp | Saturday, January 15, 2022 6:46 AM UTC |

HERMES_0008396



HERMES_0008397



HERMES_0008398



HERMES_0008399



HERMES_0008400



HERMES_0008401



💬 **25**
🖤 1010
🔗 https://www.instagram.com/p/CYeWPYclHIn

| Avatar | Username | Text | Date |
|---|---|---|---|
| | dariusreliford.eth | First | 1/8/2022, 10:30:47 AM |
| | amandaxaviii | 😄 | 1/8/2022, 10:34:41 AM |
| | amberpark | 🌈🍄🔥🌵 | 1/8/2022, 10:36:42 AM |
| | dariusreliford.eth | 🔥🔥🔥 | 1/8/2022, 10:37:28 AM |
| | 30thszn | 🤘😵🎨™️ | 1/8/2022, 10:40:08 AM |
| | staniflou | ❤️❤️❤️❤️❤️ | 1/8/2022, 10:41:18 AM |
| | staniflou | 🚀🚀🚀🚀🚀 | 1/8/2022, 10:41:19 AM |

HERMES_0008402

| Avatar | Username | Text | Date |
|--------|----------|------|------|
| | paidthefine__ | 🔥🔥🔥 these are so fire | 1/8/2022, 10:41:19 AM |
| | staniflou | 🔒🔒🔒🔒🔒 | 1/8/2022, 10:41:35 AM |
| | de_sign9 | @metabirkins Please make a Donda pre Release Cover Birkin the initial Cover Art from july 2020 | 1/8/2022, 10:47:02 AM |
| | deniseenamorado | 🔥🔥🔥🔥🔥 | 1/8/2022, 11:32:09 AM |
| | ibeonsumkidshitt | Fam , ya went nuts🔥 | 1/8/2022, 11:49:16 AM |
| | filespapa | pls | 1/8/2022, 11:52:19 AM |
| | livranalli | literally insane 💚 | 1/8/2022, 11:52:45 AM |
| | jealon_ | 🤭🤭🤭 | 1/8/2022, 12:08:39 PM |
| | itsbanterhub | Yhh I can dig that 🙌🏿 | 1/8/2022, 12:54:18 PM |
| | dahleho | Weirdo fam @therakanalami @yomadkid @yosif_akram | 1/8/2022, 1:19:07 PM |

HERMES_0008403

| Avatar | Username | Text | Date |
|--------|----------|------|------|
|  | m_guerrero22 | 2nd & 5th...sheeeeshh🔥🔥🔥 | 1/8/2022, 1:33:22 PM |
|  | el.j3fe | Maybe for the wgmi role people 🤔 | 1/8/2022, 2:20:18 PM |
|  | madilynkilts | Dang 🌵❤️🔥❤️🔥 | 1/8/2022, 4:40:50 PM |

| 1 | 2 | ‹ | › |

HERMES_0008404



💬 **25**
🤍 1010
🔗 https://www.instagram.com/p/CYeWPYclHIn

| Avatar | Username | Text | Date |
|--------|----------|------|------|
| | ellebaness | Omfg | 1/8/2022, 6:18:38 PM |
| | toxic_alien0 | 🔥🔥 | 1/8/2022, 8:36:44 PM |
| | melyssalauren | Too firee | 1/9/2022, 5:08:14 AM |
| | mariakimoraa | A beauty | 1/9/2022, 11:18:43 AM |
| | alex_rose_alafogiannis | Where is my purse! You guys scammed me! | 1/14/2022, 7:14:07 AM |

| 1 | 2 | ‹ | › |

HERMES_0008405



HERMES_0008439



💬 **31**
❤️ 783
🔗 https://www.instagram.com/p/CYKA37HlKt_

| Avatar | Username | Text | Date |
|--------|----------|------|------|
| | live.metaverse | @delamyan was it? Or did you buy one and are screwed with it. Clearly the artist didn't have approval from Hermes | 1/4/2022, 11:17:41 AM |
| | live.metaverse | @1yrunvs scammed everyone and now buying MAYC lol | 1/4/2022, 11:18:14 AM |
| | live.metaverse | @tamara_powell uh you don't. It's a scam | 1/4/2022, 11:18:38 AM |
| | tamara_powell | @onemetaworld PLEASE DONT SAY THAT | 1/4/2022, 11:43:43 AM |
| | live.metaverse | @tamara_powell what do you mean this guy was selling Hermes birkins without the approval of the brand. And everyone jumped on the bandwagon now the artist is out buying MAYC lol | 1/4/2022, 2:48:04 PM |
| | tamara_powell | @onemetaworld what is MAYC??? I'm so mad 😥 | 1/4/2022, 2:58:22 PM |

HERMES_0008445

**Page Metadata (6 items)**

| | | |
|---|---|---|
| *source* 1 | title | MetaBirkins on Instagram: "You're a mean one.." |
| *source* 2 | url | https://www.instagram.com/p/CXj5DeEvkiR/ |
| *source* 3 | likes | 1,350 |
| *source* 4 | comments | 13 |
| *source* 5 | main comment | You're a mean one.. |
| *time* 6 | timestamp | Thursday, December 16, 2021 10:39 PM UTC |

HERMES_0008523





HERMES_0008525



HERMES_0008526



HERMES_0008527



metabirkins • Follow

metabirkins Update: The MetaBirkins Discord Server is now open to new members — discord.gg/metabirkins — closing at 24,000 members. Your best chance at a whitelist spot.

4w

ctpizzaman The heat is here 🔥

4w

keydash_ Been joined! Whitelist me pleasssseee 😳

4w

kordell_a12 Let's get it in in the discord 😭

2,163 likes

DECEMBER 15, 2021

Comments on this post have been limited.

Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Hashtags  Locations  Instagram Lite

English ∨   © 2022 Instagram from Meta

HERMES_0008528



HERMES_0008529



HERMES_0008530



HERMES_0008531



HERMES_0008532



HERMES_0008533



HERMES_0008634

 Photo shared by MetaBirkins on December 04, 2021 tagging @masonrothschild. May be an image of text.

💬 **1057**

🖤 1356

🔗 https://www.instagram.com/p/CXEhQrtP1VQ

| Avatar | Username | Text | Date |
|---|---|---|---|
| | bonniexbell | who is the winner ! | 12/6/2021, 4:21:34 PM |
| | ksavanh | Done and praying!! @grecchia1 @northofmanhattan @mattdongsavanh | 12/6/2021, 4:25:31 PM |
| | grecchia1 | @ksavanh about what | 12/6/2021, 4:53:05 PM |
| | airytoral | @j.sarza @toral9 @martin.toral.37 ❤️ | 12/6/2021, 5:15:23 PM |
| | sidkayyy | @hassali893 @aniratbh @husai1027 | 12/6/2021, 5:37:45 PM |
| | ksavanh | @grecchia1 girl they giving away Birkins as beautiful NFT's | 12/6/2021, 5:44:09 PM |
| | batcheloriii | @n4s.ml @j.caooo @mitchell9393 | 12/6/2021, 11:03:07 PM |

HERMES_0008638



| Avatar | Username | Text | Date |
|--------|----------|------|------|
| | boniwemfebe | They all look so good 😳🔥 | 12/2/2021, 2:23:37 AM |
| | sukilah | ❤️ | 12/2/2021, 7:44:06 AM |
| | kicksssses | %100 TOO CLEAN 🧼🍋😍😍😍😍 | 12/2/2021, 9:07:14 AM |
| | dannyarteaga_ | This is the one 🔥 | 12/2/2021, 1:46:33 PM |
| | kpourche | This is ridiculous | 12/2/2021, 3:09:28 PM |
| | adrianxsilva | So cringe who the fuck buying these | 12/3/2021, 5:08:22 PM |
| | _jennesaisquoi | This is gorgeous 😍 | 12/3/2021, 5:09:51 PM |
| | semmah89 | Green sout | 12/3/2021, 6:32:17 PM |
| | heathervexx | So these aren't real bags you can carry? What do you do with them then? | 12/4/2021, 7:46:59 AM |
| | lakejwise | Genuine question, what is to stop hermes from filing something re: copyright and these losing value? Thanks | 12/4/2021, 9:57:50 AM |
| | jazzystorm_1 | Ok, I have a couple Birkins, but NFTs? This is too awesome!!! | 12/4/2021, 12:53:35 PM |
| | actpoorthinkrich | Whitelist!!!! | 12/4/2021, 3:47:06 PM |

HERMES_0008689



HERMES_0008696

| Avatar | Username | Text | Date |
|---|---|---|---|
| | sonomacatdad | All I Want for Christmas 🎄🔒 | 11/29/2021, 9:12:21 PM |
| | jayyshiest | @geezyayy I'll sell u mine for 50k | 11/29/2021, 9:12:54 PM |
| | maxouboon | 😮 | 11/29/2021, 9:13:02 PM |
| | ahmedieth | Im trying to 😫 #WL | 11/29/2021, 9:16:24 PM |
| | dashaschwartz | 🤩 | 11/29/2021, 9:25:25 PM |
| | pfl.wers | WL ME PLEASE . LET ME OWN MY FIRST BIRKIN . Please WL ME HIIIIIIIIIIIIIIIIIIIIIIIIIIIIII @metabirkins @metabirkins | 11/29/2021, 9:26:08 PM |
| | pfl.wers | @masonrothschild HI Just waiting for my WL | 11/29/2021, 9:26:24 PM |
| | pfl.wers | @metabirkins @masonrothschild anything else you guys need from me ? | 11/29/2021, 9:26:41 PM |
| | geezyayy | @jayyshiest don't got that 😂😂 | 11/29/2021, 9:33:19 PM |
| | shoesoffpod | @rickglassman sent me. Let's get him on the whitelist. | 11/29/2021, 9:38:01 PM |

1 2 3 **4** 5 6 ‹ ›

HERMES_0008706



Instagram

metabirkins • Follow

metabirkins Three days from mint and we need to give away the last dozen whitelist spots!

• Follow @metabirkins and @masonrothschild
• Like and Share this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin
#MintAMetaBirkinHoldAMetaBirkin

6w

mellyjellyy @jonjoncaparas @cassandra.pimentel @vinmagazine trying to secure the bag on all platforms 💪 thanks for being supportive friends!!! ❤️❤️❤️

3,539 likes

NOVEMBER 29, 2021

Comments on this post have been limited.

Meta About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations Instagram Lite

English © 2022 Instagram from Meta



Instagram

**metabirkins** • Follow

**metabirkins** Three days from mint and we need to give away the last dozen whitelist spots!

- Follow @metabirkins and @masonrothschild
- Like and Share this post
- Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin #MintAMetaBirkinHoldAMetaBirkin

6w

**mellyjellyy** @jonjoncaparas @cassandra.pimentel @vinmagazine trying to secure the bag on all platforms 💪 thanks for being supportive friends!!! ❤️❤️❤️

3,539 likes

NOVEMBER 29, 2021

Comments on this post have been limited.

Meta About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations Instagram Lite

English © 2022 Instagram from Meta



metabirkins • Follow

metabirkins Three days from mint and we need to give away the last dozen whitelist spots!

• Follow @metabirkins and @masonrothschild
• Like and Share this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin
#MintAMetaBirkinHoldAMetaBirkin

6w

mellyjellyy @jonjoncaparas @cassandra.pimentel @vinmagazine trying to secure the bag on all platforms 👜 thanks for being supportive friends!!! 🤎🤎🤎

3,539 likes

NOVEMBER 29, 2021

Comments on this post have been limited.

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

English ∨   © 2022 Instagram from Meta

HERMES_0008715



Instagram

metabirkins • Follow

metabirkins Three days from mint and we need to give away the last dozen whitelist spots!

• Follow @metabirkins and @masonrothschild
• Like and Share this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin
#MintAMetaBirkinHoldAMetaBirkin

6w

mellyjellyy @jonjoncaparas @cassandra.pimentel @vinmagazine trying to secure the bag on all platforms 💪 thanks for being supportive friends!!! ❤️❤️❤️

3,539 likes

NOVEMBER 29, 2021

Comments on this post have been limited.

Meta About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations Instagram Lite

English © 2022 Instagram from Meta



Instagram

metabirkins • Follow

metabirkins Three days from mint and we need to give away the last dozen whitelist spots!

• Follow @metabirkins and @masonrothschild
• Like and Share this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin
#MintAMetaBirkinHoldAMetaBirkin

6w

mellyjellyy @jonjoncaparas @cassandra.pimentel @vinmagazine trying to secure the bag on all platforms 💪 thanks for being supportive friends!!! ❤️❤️❤️

3,539 likes

NOVEMBER 29, 2021

Comments on this post have been limited.

Meta About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations Instagram Lite

English © 2022 Instagram from Meta



metabirkins · Follow

**metabirkins** Three days from mint and
we need to give away the last dozen
whitelist spots!

• Follow @metabirkins and
@masonrothschild
• Like and Share this post
• Tag three friends who have diamonds
hands to hold #MetaBirkins

#NotYourMothersBirkin
#MintAMetaBirkinHoldAMetaBirkin

6w

**mellyjellyy** @jonjoncaparas
@cassandra.pimentel
@vinmagazine trying to secure the
bag on all platforms 👜 thanks for
being supportive friends!!! ❤️❤️❤️

3,539 likes

NOVEMBER 29, 2021

Comments on this post have been limited.

Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Hashtags  Locations  Instagram Lite

English ∨   © 2022 Instagram from Meta

HERMES_0008718



metabirkins • Follow

**metabirkins** Three days from mint and we need to give away the last dozen whitelist spots!

• Follow @metabirkins and @masonrothschild
• Like and Share this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin
#MintAMetaBirkinHoldAMetaBirkin

6w

**mellyjellyy** @jonjoncaparas @cassandra.pimentel @vinmagazine trying to secure the bag on all platforms 🤝 thanks for being supportive friends!!! ❤️❤️❤️

3,539 likes

NOVEMBER 29, 2021

Comments on this post have been limited.

Meta    About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations    Instagram Lite

English ∨    © 2022 Instagram from Meta

HERMES_0008719



HERMES_0008752

| Avatar | Username | Text | Date |
|---|---|---|---|
| | danii.sto | 😍😍😍 | 11/29/2021, 8:40:29 PM |
| | aimeedotnet | How do I mint this beauty 🐱 | 11/29/2021, 9:19:18 PM |
| | pfl.wers | @masonrothschild @metabirkins (: (: (: (: | 11/29/2021, 9:27:53 PM |
| | hayleygracewinter | 😊 | 11/29/2021, 11:11:49 PM |
| | belovie | Flower power bag! 🌸🌼🌺 | 11/29/2021, 11:47:17 PM |
| | samii_sweets | Whitelist me pleaseeeeeeeee 😍 | 11/30/2021, 3:53:52 PM |
| | miafriii | 😍😍😍 | 12/2/2021, 3:08:44 AM |
| | dannyarteaga_ | !!! | 12/2/2021, 1:46:44 PM |
| | lu_ni.official | cool designs | 12/2/2021, 2:54:06 PM |
| | sobersham | crazy | 12/3/2021, 12:33:58 PM |
| | khallxkatlin | @lowebs @barleymeg okay a Birkin NFT tell Mitch and Justin we're starting to collect expensive NFT bags lololol crazy | 12/3/2021, 5:33:51 PM |
| | lowebs | @khallxkatlin 😂😂 | 12/3/2021, 5:34:48 PM |

HERMES_0008757

**Page Metadata (6 items)**

| | | |
|---|---|---|
| *source* 1 | title | MetaBirkins on Instagram: "gm ⚙ #MetaBirkins" |
| *source* 2 | url | https://www.instagram.com/p/CW01LWLP1Nd/ |
| *source* 3 | likes | 1,598 |
| *source* 4 | comments | 13 |
| *source* 5 | main comment | gm ⚙ #MetaBirkins |
| *time* 6 | timestamp | Sunday, November 28, 2021 4:01 PM UTC |

HERMES_0008763



HERMES_0008764



metabirkins • Follow

metabirkins Monochrome #MetaBirkins. runner up to rose gold in regards to hardware rarity.

7w

nickmdata Blue velvet 🧙

7w   1 like

thehermesclub If you can't get a fur Birkin in real life, get a NFT 😂🖤

6w   3 likes

shayb_ 🥴

5w

blackgirlvay 😱😱😱😱😱😱

1,140 likes

NOVEMBER 23, 2021

Comments on this post have been limited.

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

English   © 2022 Instagram from Meta

HERMES_0008802

| Avatar | Username | Text | Date |
| --- | --- | --- | --- |
| | _ashjas | Black one is 🔥🔥🔥🔥 | 11/29/2021, 1:11:09 PM |
| | tiara.wailea | #MintAMetaBirkinHoldAMetaBirkin 🔥 | 11/29/2021, 3:38:39 PM |
| | danii.sto | Insane 🤩 | 11/29/2021, 8:38:31 PM |
| | breexbunnie | White > | 11/29/2021, 9:32:47 PM |
| | jadeeez_nutz | The purple omg ❤️🔥❤️🔥 | 11/29/2021, 9:47:16 PM |
| | belovie | Black is the new black 👍 | 11/29/2021, 11:43:24 PM |
| | thehermesclub | If you can't get a fur Birkin in real life, get a NFT 😂🖤 | 11/30/2021, 1:02:05 PM |
| | mrslilyyk | Omfggggggg | 11/30/2021, 1:15:34 PM |
| | samii_sweets | This one is dope too 🤩 | 11/30/2021, 3:54:11 PM |
| | boniwemfebe | Jeez🤩! | 12/2/2021, 2:24:44 AM |
| | sukilah | ❤️ | 12/2/2021, 7:44:39 AM |
| | _jennesaisquoi | Black goes crazy 🤩 | 12/3/2021, 5:10:21 PM |

| 1 | 2 | ‹ | › |

HERMES_0008809



HERMES_0008818



HERMES_0008819



metabirkins • Follow

metabirkins In regards to rarity, rose gold hardware will be one of the rarest hardwares in the MetaBirkins collection. Minting early December. #MetaBirkins

7w

kristinnweber Where to buy now?

3w

erickadelrosario 😍

7w   1 like

nickmdata 🔥💧🔥

7w   1 like

sonianicolestvle ❤️

1,091 likes

NOVEMBER 21, 2021

Comments on this post have been limited.

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

English ⌄    © 2022 Instagram from Meta

HERMES_0008820



💬 **18**
♥ 1222
🔗 https://www.instagram.com/p/CWjR05OBuKq

| Avatar | Username | Text | Date |
|--------|----------|------|------|
| | nickmdata | 🔥🔥🔥 | 11/21/2021, 3:27:10 PM |
| | erickadelrosario | 😂 | 11/21/2021, 3:30:58 PM |
| | badsushii | Need the rose gold shit is 🔥 | 11/21/2021, 3:43:48 PM |
| | glockenthusiast | this is so fye | 11/21/2021, 3:56:57 PM |
| | bubalina | Will there be an exhibit at art Basel in Miami next week? | 11/22/2021, 11:23:52 PM |
| | nabiltoch | Damn shit looks fire | 11/29/2021, 10:03:12 AM |
| | christinametri | 😍😍😍 | 11/29/2021, 12:24:42 PM |
| | __http.lecara | @kv2_thatdeal third slide😩 | 11/29/2021, 2:22:42 PM |
| | tiara.wailea | 😍😍😍 | 11/29/2021, 3:30:14 PM |

HERMES_0008821

| Avatar | Username | Text | Date |
|--------|----------|------|------|
| | danii.sto | 🤩🤩🤩🤩 | 11/29/2021, 8:38:16 PM |
| | belovie | I'd like the 3rd bag please and thank you 😆 | 11/29/2021, 11:42:22 PM |
| | sonianicolestyle | ❤️ | 11/30/2021, 8:56:33 PM |
| | shu.maadi | prrr prrr prrr meaowwww I adore this kitty 🤩 so so so very beautiful and spot on many levels!ahhh dreams dreams... | 12/2/2021, 10:09:59 AM |
| | _jennesaisquoi | This is hard 🔥 | 12/3/2021, 5:10:42 PM |
| | thepgmedia | @glockenthusiast new era of sc ams | 12/5/2021, 5:00:51 PM |
| | lmsvi__ | @geniemich | 12/7/2021, 9:32:32 AM |
| | kristinnweber | Where to buy now? | 12/22/2021, 7:42:19 PM |

| 1 | ‹ | › |

HERMES_0008822



HERMES_0008824



HERMES_0008825



HERMES_0008826

HERMES_0008827

| Avatar | Username | Text | Date |
|---|---|---|---|
|  | kthereator_ | Morning @stylemegrace_ | 11/20/2021, 10:17:46 AM |
| | nate__n | gm 🌟 | 11/20/2021, 10:20:32 AM |
| | nate__n | @shawn.doan @erichoonchang | 11/20/2021, 10:21:20 AM |
| | nahum.io | good morning 🌟 @waves.flp @prodbyill.e | 11/20/2021, 10:37:18 AM |
| | footballsteve | Gm 🌟 | 11/20/2021, 10:53:14 AM |
| | footballsteve | @briferron @bbbryce | 11/20/2021, 10:53:32 AM |
| | blackgirlunbothered | Gm 🌟 @miamarshall @blackgirlbartender | 11/20/2021, 11:08:23 AM |

54
792
https://www.instagram.com/p/CWgl_Vo4dan

| Avatar | Username | Text | Date |
|---|---|---|---|
| | panduhm0n1um | Goooood morning ☀️ @rbl.pg @yramada_ | 11/20/2021, 11:19:22 AM |
| | zeniaaaa | Gm ☀️ 🔥 | 11/20/2021, 11:45:02 AM |
| | damngrahamm | gm ☀️ | 11/20/2021, 11:46:46 AM |
| | damngrahamm | @antnoir @alexharveyco I know you want a birkin :p | 11/20/2021, 11:48:49 AM |
| | pointguardien | this bag is yours! it has no other choice because i seem it so. @panduhm0n1um | 11/20/2021, 11:53:54 AM |
| | zeniaaaa | And also gm to @wednesdaysummers for putting me on! @bronze_bombshel since you're the fashion history god, what do you think about Birkins (and fashion generally) entering the metaverse 👀 | 11/20/2021, 12:03:44 PM |
| | charliekimmm | Gm @darinso | 11/20/2021, 12:09:53 PM |
| | kaden.nguyen | Gmmmm | 11/20/2021, 12:19:39 PM |

HERMES_0008828



HERMES_0008835



💬 **38**
🤍 1232
🔗 https://www.instagram.com/p/CWbtp5NPWHK

| Avatar | Username | Text | Date |
|---|---|---|---|
| | nkirurka | If I could be added to the whitelist and actually get this metabirkin I would absolutely cry 🙄. I am a try fan of your project and everything it stands for, I hope you can please consider giving me access, I've been trying everything I possibly can do to be selected in the discord since last week 😩 | 11/29/2021, 10:07:03 AM |
| | juliarosepaints | I paint impressionist NFTs... irl 😄 | 11/29/2021, 10:09:18 AM |
| | lapse_life | This one is lit!!! | 11/29/2021, 10:13:10 AM |
| | highkeydub | iconic! | 11/29/2021, 10:17:10 AM |
| | lifewithlatifah | @jay_and_tifah @apollosavage99 @prettieniecey | 11/29/2021, 12:10:50 PM |

HERMES_0008841

| Avatar | Username | Text | Date |
|---|---|---|---|
| | christinametri | 🙌 | 11/29/2021, 12:24:34 PM |
| | realveeglenn | Need 😍 | 11/29/2021, 3:40:23 PM |
| | gracehonnah | Still my fav | 11/29/2021, 4:28:20 PM |
| | bonjourkathyy | Truly art | 11/29/2021, 4:33:11 PM |
| | kairah_prince | 🔥🔥🔥 | 11/29/2021, 6:50:28 PM |
| | danii.sto | Neeed🙌 | 11/29/2021, 8:38:02 PM |
| | meganyutzy | BIRKIN TO THE MOON | 11/29/2021, 11:09:14 PM |
| | belovie | This one is my favorite!!! 😍😍😍😍😍😍😍😍😍 | 11/29/2021, 11:41:29 PM |
| | ben__bijoux | 🔥🔥🔥🔥🔥 | 12/3/2021, 3:53:56 PM |
| | khallxkatlin | @thedinabina @leahjgrace NFT birkins. This is crazy! | 12/3/2021, 5:39:04 PM |
| | randdiie | Van gogh harddd | 12/7/2021, 12:45:47 AM |
| | theagneyapeacecorps | 🌕🖤 | 12/7/2021, 1:01:54 PM |

HERMES_0008842

| Avatar | Username | Text | Date |
|--------|----------|------|------|
|  | eriahtownsend_rastta | 🟣🧡 | 12/16/2021, 6:26:06 PM |

| 1 | 2 | ‹ | › |

**Page Metadata (6 items)**

| | | |
|---|---|---|
| *source* 1 | title | MetaBirkins on Instagram: "van Gogh, Twombly & Rothko #MetaBirkins" |
| *source* 2 | url | https://www.instagram.com/p/CWbtp5NPWHK/ |
| *source* 3 | likes | 1,193 |
| *source* 4 | comments | 12 |
| *source* 5 | main comment | van Gogh, Twombly & Rothko #MetaBirkins |
| *time* 6 | timestamp | Thursday, November 18, 2021 9:54 PM UTC |

HERMES_0008844

# Export Details



**Requestor**

Amanda Marshall (Baker & Hostetler LLP)

**Billing Number**

Not Provided

**Matter Number**

096801.000091

**Export Type**

instagram

**Export URL**

https://www.instagram.com/metabirkins/

**Additional Instruction**

All posts from this account and all comments to each post (skip doing more than a few comments for any posts with over 1,000 comments)

**Timeframe Start Date**

Not Provided

**Timeframe End Date**

Not Provided

**Source Code Url**

https://smi-v3-production.s3.amazonaws.com/export_attachments/metabirkins_Instagram.zip

**Source Code SHA-256 Hash**

ce158ae8cbca5c906cce44807535439a6e3138be7f935688205f5ed16c45739e

**Source Code MD5 Hash**

0b8545efd814c40c612227fbf379ea85

HERMES_0008845