# Exhibit 38

**Part 1**



# Export E-22425

**Matter/Claim Number: 096801.000091**
**URL: https://twitter.com/MetaBirkins**
**Capture Start: 2022-01-19 19:23:59 (UTC)**
**Operating System: Windows 10 64-bit**
**Browser Engine: Chrome 97.0.4692.71**



© Social Media Information, 2019

HERMES_0009089

← **MetaBirkins**
91 Tweets

Media 8   Likes 8

**MetaBirkins**
@MetaBirkins

A digital art project by @masonrothschild living on the Ethereum blockchain. Feat.
@voguebusiness @Forbes, @BoF, @ELLEmagazine, @HYPEBEAST, @highsnobiety.

🔗 rarible.com/metabirkinsnft   📅 Joined November 2021

**2** Following   **6,944** Followers
Not followed by anyone you're following

| Tweets | Tweets & replies | Media | Likes |

📌 Pinned Tweet
**MetaBirkins** @MetaBirkins · Nov 29, 2021
Three days from mint and we need to give away the last dozen whitelist spots!

• Follow @MetaBirkins and @MasonRothschild
• Like and Retweet this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin #MintAMetaBirkinHoldAMetaBirkin



💬 974   🔁 1K   ♥ 1.3K   ⬆   IMG

**MetaBirkins** @MetaBirkins · Jan 17
👄

[Campbell Soup Company letter to Andy Warhol, May 19, 1964]

HERMES_0009416



HERMES_0009417



HERMES_0009418



HERMES_0009419



HERMES_0009420



HERMES_0009421





HERMES_0009423



HERMES_0009424