# Exhibit 38

**Part 2**



**lanarhoades** ✅
Miami Beach, Florida

Edit

Lana Rhoades 🧡 🧡

💬 337      🔁 321      ♡ 437      ⬆️         IMG1

---

**MetaBirkins** @MetaBirkins · Dec 6, 2021                              ···
MetaBirkins on @YahooFinance! I can't thank the community enough —
we're going to the moon 🚀 🟧

💬 10      🔁 29      ♡ 67      ⬆️         MP4I

---

**MetaBirkins** @MetaBirkins · Dec 4, 2021                              ···
It's only my third day out here.. #MetaBirkins

💬 10      🔁 18      ♡ 92      ⬆️         IMG1

---

**MetaBirkins** @MetaBirkins · Dec 4, 2021                              ···
Just sold for 9.9 ETH ($39,600.00) — moving closer to 150 ETH
($600,000) volume traded in just 48 hours. #MetaBirkins

HERMES_0009425





💬 16    🔁 102    ♡ 258    ⬆    IMG1

**MetaBirkins** @MetaBirkins · Dec 3, 2021
REVEAL IS UP!
opensea.io/collection/met...

💬 10    🔁 23    ♡ 84    ⬆

**MetaBirkins** @MetaBirkins · Dec 3, 2021
💼💼💼

> 🟡 **MasonRothschild.eth** @MasonRothschild · Dec 3, 2021
> #41 on @opensea, 82.15 ETH in volume in 7-hours. Insanity.
>
> | | | |
> |---|---|---|
> | 39 | 🔵 Meebits | ⬥ 696.38 |
> | 40 | 🐶 DeadFellaz | ⬥ 329.08 |
> | 41 | 👜 MetaBirkins | ⬥ 82.15 |
> | 42 | 🟠 JRNY CLUB OFFICIAL | ⬥ 845.35 |

💬 9    🔁 9    ♡ 48    ⬆

**MetaBirkins** @MetaBirkins · Dec 3, 2021
Reveal tomorrow morning. We are awaiting the final nine wallets to mint.

💬 9    🔁 4    ♡ 78    ⬆

**MetaBirkins** @MetaBirkins · Dec 3, 2021
Seven wallets"

💬 17    🔁 1    ♡ 30    ⬆

**MetaBirkins** @MetaBirkins · Dec 2, 2021
WE'RE LIVE! #MetaBirkins
opensea.io/collection/met...

💬 14    🔁 20    ♡ 85    ⬆

**MetaBirkins** @MetaBirkins · Dec 2, 2021
• • • • •

> 🟣 **madison beer** ✔ @madisonbeer · Dec 2, 2021
> Replying to @MetaBirkins
> ooooo , gm ☀️ want one

💬 20    🔁 3    ♡ 45    ⬆

**MetaBirkins** @MetaBirkins · Dec 2, 2021

HERMES_0009426

gm 🟡 @madisonbeer

#MetaBirkins



○ 15    ⇄ 37    ♡ 220    ⬆️    IMGS

**MetaBirkins** @MetaBirkins · Dec 2, 2021

It's mint day. #MetaBirkins

○ 18    ⇄ 29    ♡ 138    ⬆️

⇄ MetaBirkins Retweeted

**MasonRothschild.eth** @MasonRothschild · Dec 1, 2021

More and more fake @MetaBirkins are being sold every hour. The official #MetaBirkins collection has not been been minted. It will not appear on any marketplaces until we give the green light tomorrow. Share this to prevent future scams. @opensea

○ 11    ⇄ 46    ♡ 75    ⬆️    IMGS

**MetaBirkins** @MetaBirkins · Nov 30, 2021

• • • • • •

LA LA ✔️ @lala · Nov 30, 2021

So into these @MetaBirkins LOVE THEM @MasonRothschild ❤️❤️❤️

HERMES_0009427

HERMES_0009428

**MetaBirkins**
91 Tweets

Media 8    Likes 8    **Follow**

♡ 15        ⇄ 37        ♡ 220

**MetaBirkins** @MetaBirkins · Dec 2, 2021
It's mint day. #MetaBirkins

♡ 18        ⇄ 29        ♡ 138

**MetaBirkins Retweeted**
**MasonRothschild.eth** @MasonRothschild · Dec 1, 2021
More and more fake @MetaBirkins are being sold every hour. The official #MetaBirkins collection has not been been minted. It will not appear on any marketplaces until we give the green light tomorrow. Share this to prevent future scams. @opensea

♡ 11        ⇄ 46        ♡ 75

**MetaBirkins** @MetaBirkins · Nov 30, 2021



**LA LA** ✔ @lala · Nov 30, 2021
So into these @MetaBirkins LOVE THEM @MasonRothschild 💕💕💕

♡ 12        ⇄ 19        ♡ 93

**MetaBirkins** @MetaBirkins · Nov 29, 2021
gm 🌞 Starshine, the Earth 🌍 says "Hello!"

#MetaBirkins

♡ 29        ⇄ 95        ♡ 502

HERMES_0009429

**MetaBirkins** @MetaBirkins · Nov 28, 2021
gm 🟡 @Banks

mint a MetaBirkin, hold a MetaBirkin



🗨 115    ⟲ 167    ♡ 352    ⬆    IMG2

**MetaBirkins** @MetaBirkins · Nov 28, 2021
Thank you for the follow @LanaRhoades!

🗨 2    ⟲ 5    ♡ 46    ⬆

**MetaBirkins** @MetaBirkins · Nov 28, 2021
gm 🟡 @DavidDobrik

hold this

🗨 27    ⟲ 28    ♡ 152    ⬆    IMG2

**MetaBirkins** @MetaBirkins · Nov 28, 2021
Rest in peace Virgil Abloh. A lot of us kids wouldn't be doing what we're
doing without Virgil breaking walls.

🗨 10    ⟲ 21    ♡ 149    ⬆

**MetaBirkins** @MetaBirkins · Nov 28, 2021
gm 🟡 @CozomoMedici

HERMES_0009430



○ 55     ⇄ 73     ♡ 277     ⬆    IMG↓

**MetaBirkins** @MetaBirkins · Nov 28, 2021    ···
gm 🌕
○ 20     ⇄ 7     ♡ 70     ⬆

**MetaBirkins** @MetaBirkins · Nov 27, 2021    ···
A little something to get our new followers hype.

○ 17     ⇄ 70     ♡ 252     ⬆    IMG↓

**MetaBirkins** @MetaBirkins · Nov 27, 2021    ···
Moo.

○ 10     ⇄ 15     ♡ 149     ⬆    IMG↓

⇄ MetaBirkins Retweeted
**MetaBirkins** @MetaBirkins · Nov 26, 2021    ···
We're less than a week from mint and we need to give away the last
whitelist spots!

- Follow @MetaBirkins and @MasonRothschild
- Like and Retweet this post
- Tag two friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin

HERMES_0009431



💬 734      ↻ 817      ♡ 1K      ↥      IMG.I

**MetaBirkins** @MetaBirkins · Nov 26, 2021                    ···
Congratulations @manuaichef! Your whitelist spot has been secured!

🪙 **sandrok.eth** @ccapitalgains · Nov 26, 2021
Replying to @MetaBirkins and @MasonRothschild
@azelphius @adding2cart

💬 4      ↻ 3      ♡ 22      ↥

**MetaBirkins Retweeted**
**MasonRothschild.eth** @MasonRothschild · Nov 26, 2021    ···
@garyvee you need a @MetaBirkins

💬      ↻ 13      ♡ 59      ↥      IMG.I

**MetaBirkins** @MetaBirkins · Nov 26, 2021                    ···
We're less than a week from mint and we need to give away the last
whitelist spots!

- Follow @MetaBirkins and @MasonRothschild
- Like and Retweet this post
- Tag two friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkins

💬 734      ↻ 817      ♡ 1K      ↥      IMG.I

**MetaBirkins Retweeted**
**MasonRothschild.eth** @MasonRothschild · Nov 24, 2021    ···

HERMES_0009432



⟲ 5    ♡ 23    ⬆    IMG1

**MetaBirkins** @MetaBirkins · Nov 25, 2021    · · ·
💕💕💕

> 🏁 **NFT-A-PORTER** @NFT_a_Porter · Nov 25, 2021
> I love love these 💕💕💕💕 @MetaBirkins @MasonRothschild
> #NotYourMotherBirkin #MetaBirkins

⟲ 3    ♡ 18    ⬆

**MetaBirkins** @MetaBirkins · Nov 25, 2021    · · ·
One of four Nünchi x #MetaBirkins. Zoom into the lock!

⟲ 15    ♡ 50    ⬆    IMG1

⟲ **MetaBirkins Retweeted**
**Badsushi** @reallybadsushil · Nov 25, 2021    · · ·
You know what comes after the avatar/pfp frenzy?

Metaverse fashion.
Dressing those metaverse avatars.
Digital outfits and accessories.

HERMES_0009435

digital outfits and accessories.
Big brands are already experimenting with NFTs

Be early. @MetaBirkins

Whitelisting now on discord
discord.gg/7Q7TkgcU

Minting soon.

| | discord.com |
| --- | --- |
| | Discord – A New Way to Chat with Friends & Com... |
| | Discord is the easiest way to communicate over |
| | voice, video, and text. Chat, hang out, and stay ... |

💬  ⟲ 3   ♡ 22

**MetaBirkins** @MetaBirkins · Nov 25, 2021
Goya, Dalí & da Vinci #MetaBirkins



💬 2   ⟲ 14   ♡ 51   IMG2

MetaBirkins Retweeted
**ENRYU** @enryuuuu7 · Nov 24, 2021
Replying to @MetaBirkins
Starry nights is MINE

💬   ⟲ 1   ♡ 7

**MetaBirkins** @MetaBirkins · Nov 24, 2021
🛸 🌕

◉ **flix** @soulisswave_ · Nov 24, 2021
#NotYourMotherBirkin #MetaBirkins @MetaBirkins @MasonRothschild

💬 1   ⟲ 2   ♡ 12

MetaBirkins Retweeted
**Jordan Glenn** @football__steve · Nov 24, 2021
Hi Totoro :)

@MasonRothschild @MetaBirkins #NotYourMotherBirkin #MetaBirkins

HERMES_0009436

**JpegsForYourMom** @Paperhandsss · Jan 11
Replying to @MetaBirkins and @rarible
13k a lot for a rug. jajajajajajajaja

○ 1          ⇄          ♡          ⬆

**spenduehh.eth** 🚀 @spenduehh · Jan 12
😂 you clearly dont know what a rug is. Gg's though

○ 1          ⇄          ♡          ⬆

**JpegsForYourMom** @Paperhandsss · Jan 12
🍪🍪🍪

○          ⇄          ♡          ⬆

**Zolzaya** @Zolzaya1997 · Jan 11
Replying to @MetaBirkins and @rarible
Very cool! My friend @amka017 and I were just talking about it.

○ 1          ⇄          ♡          ⬆

**Amarsanaa Gansukh** @amka017 · Jan 11
Weow you meant this one! Cool 🔥 🔥

○          ⇄          ♡ 1          ⬆

## More Replies

**Fonzie** @FonzieFOMO · Jan 15
Replying to @MetaBirkins and @rarible
I want one 🙈

#MetaBirkin #Meta #Birkin #Hermes (but without the lawsuit 🤣)

○          ⇄          ♡          ⬆

**richman** @Louis_Garan · Jan 12
Replying to @MetaBirkins and @rarible
Hi! I'm an artist from PH🇵🇭 Let's support each others #rarible
Here's mine!

┌──────────────────────────────────────┐
│ 🗞   rarible.com                        │
│      SCREAM                            │
│      Release the beast inside you! Scream it all! │
└──────────────────────────────────────┘

○          ⇄          ♡          ⬆

HERMES_0009452