# Exhibit 38

## Part 3

← Tweet

MetaBirkins
@MetaBirkins

WE'RE LIVE! #MetaBirkins

opensea.io/collection/met...

9:17 PM · Dec 2, 2021 · Twitter for iPhone

**14** Retweets   **8** Quote Tweets   **86** Likes

Tweet your reply                                   Reply

**vin🧢** @TonalTAB · Dec 2, 2021
Replying to @MetaBirkins
YESSIR 🎉🎉🎉

**Zeleth** @mowzaaad · Dec 2, 2021
Replying to @MetaBirkins
How do I buy the Tiffany one on OpenSea I'm so confused

**JoggForYourMon** @Ragnarkodas · Dec 2, 2021
Replying to @MetaBirkins
Make a meta mask wallet. Buy ETH, send to meta mask, bridge your ETH to poly. Buy asap.

**SAM** @borzdoss · Dec 2, 2021
Replying to @MetaBirkins

**Dany** @cfrayeth · Dec 2, 2021
Replying to @MetaBirkins
annotate.me/nft1 #spyadropbag.wrocximcryptic

**The Virgin Outlaw** @MarcoH07390909 · Dec 2, 2021
Dmipeti

**RootGoals** @zoomintoit · Dec 2, 2021
Replying to @MetaBirkins
Who's getting the one

**Reyrey.eth** @Monkey · Dec 2, 2021
Replying to @MetaBirkins
👀👀

**Gamboa** @defi.zombi · Dec 2, 2021
Replying to @MetaBirkins
Can't wait 🔥🔥

**Merdith** @virginmedith · Dec 2, 2021
Replying to @MetaBirkins
Excited for the reveal 👀

**JoggForYourMon** @Ragnarkodas · Dec 2, 2021
Replying to @MetaBirkins
Who won lol the 100 WL list the lottery

**katherine** @katsart2934420 · Dec 2, 2021
Replying to @MetaBirkins
Can I get my own birkin 🎒🧳👜 whitelist please?

**Elisita Hernandez** @_XX4300888 · Dec 3, 2021
Replying to @MetaBirkins
but are these even official Birkins @Hermes_Paris

More Replies

**tdy.eth** @tdyeth · Dec 14, 2021
Replying to @MetaBirkins
🧢🧢

HERMES_000020

← Tweet                                                     ・・・

MetaBirkins
@MetaBirkins

gm 🟡 @Banks

mint a MetaBirkin, hold a MetaBirkin



6:08 PM · Nov 28, 2021 · Twitter for iPhone   ・・・

**136** Retweets   **31** Quote Tweets   **392** Likes

Tweet your reply                              [ Reply ]

**therabbitlita** @therabbitlita · Nov 29, 2021
Replying to @MetaBirkins and @Banks
Whitelist me money ready will buy tips

**Daily** @Dailys · Nov 28, 2021
Replying to @MetaBirkins and @Banks
No @tiacoin what's up?! Ever wanted to own a cow without owning a cow?? This project has so much potential and now being endorsed by your best friends as @tiacoincom

@tiacoincom

**t @t_NeoGM** · Nov 29, 2021
This the one right here @Banks ✨ ✨ ✨ ✨ ✨

**Injiy** @Rhinjiy · Nov 28, 2021
Replying to @MetaBirkins and @Banks
First

HERMES_000922

Case 1:22-cv-00384-JSR   Document 72-49   Filed 10/07/22   Page 4 of 15

**Zitto_eth** @ZittoNFT · Nov 28, 2021
SHILLED !

**Golden** 🧡 👁 @L.Knbc_ · Nov 28, 2021
Replying to @MetaBirkins and @Rarble

**maria** @mar1543ft · Nov 28, 2021
Replying to @MetaBirkins and @Rarble
Get me on the whitelist plz

**henry** 🧊 @hfqgenoaa · Nov 28, 2021
Replying to @MetaBirkins and @Rarble

**Turbino.eth** @Thebinp_eth · Nov 28, 2021
Replying to @MetaBirkins and @Rarble
@AlexOl1175 you dont wanna miss this

**j p j** Nov 28, 2021
Replying to @MetaBirkins and @Rarble
@Rarble crazy addition to the sick looking NFT 🚀 🔥

**Captain Dream** @frostig45cr1 · Nov 28, 2021
Replying to @MetaBirkins and @Rarble
New project that will get women including my wife into NFTs

**jimmy** @techravne · Nov 28, 2021
Replying to @MetaBirkins and @Rarble
@MetaBirkins @HODLFXTI manifesting this rn

**Íᴢ Íᴄᴇ** @graceholsail · Nov 28, 2021
Replying to @MetaBirkins and @Rarble
absolutely stunning

**Josh Arguello** @Joshlarguello · Nov 28, 2021
😎 Josh Arguello @Joshlarguello · Nov 28, 2021
Custom 1 of 1 #MetaBirkins @MasonBirkins/rand please add this to the @MetaBirkins collection for me to mint #Virtual
Show this thread



HERMES_009404

**Jaimie Nales** @CurlyCrypto
Need this one so bad

**Jaz** @taz1231 · Nov 28, 2021
Replying to @MetaStthiro and @Blanks
This nft project gonna change the game. It's gonna be huge. Hope I get a whitelist :(

**Wolf of all streets** @typesofnines · Nov 28, 2021
Get involved in this before its to late crazy project



**jaz** @taz1231 · Nov 28, 2021
Replying to @MetaStthiro and @Blanks
i heard metabthiros are made from rare based ape fur, must be true

**JeselJamia** @JeselJames9 · Nov 28, 2021
Replying to @MetaStthiro and @Blanks
Let's get in the metaverse with the MetaShiro 🔥🔥 👀

**L.I.A.M** @liamvibiaaa · Nov 28, 2021
Replying to @MetaStthiro and @Blanks

**Zeka X'Ti** @ZekaaOcean · Nov 28, 2021
Replying to @MetaStthiro and @Blanks
Fire afffff

**coalkit** @coalkitdgnmts · Nov 28, 2021
Replying to @MetaStthiro and @Blanks

**HeyThankxman** @HeyThankxman_ · Nov 28, 2021
Replying to @MetaStthiro and @Blanks

**Darwin Gonzalez** @Livinvold14 · Nov 28, 2021
Replying to @MetaStthiro and @Blanks
I'll hold it for you

**Zeka X'Ti** @ZekaaOcean · Nov 28, 2021
Replying to @MetaStthiro and @Blanks

**Jeff** @exosscriptF · Nov 28, 2021

**nami** @daayutc92 · Nov 28, 2021
Replying to @MetaStthiro and @Blanks

**Fusxion** @Fusxion1 · Nov 28, 2021
Replying to @MetaStthiro and @Blanks

**Kenny Hunter** @keeeeecooco · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Here at 3 likes

**AK_DESON** @AK_K_DESIGN_ · Nov 28, 2021
Replying to @MetaBirkins and @Banks
HELL YEAH

**mat198** @mat198gehagkel6 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Life he said... so awesome/vibes. I love it

**Iradrigion** 🏴 @Iradrigion · Nov 28, 2021
Replying to @MetaBirkins and @Banks
we all want in on this don't miss out @baccacd

**Pedro** @pc3d10max · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Baddest bags on the blockchain by a mile! GM!

**poolboy** 🌀 @xxurl40IORDLOL · Nov 28, 2021
Replying to @MetaBirkins and @Banks
WHHHhuuuu 🌊🌊🌊

**kolton** @koltoonlive · Nov 28, 2021
Replying to @MetaBirkins and @Banks
need 🔥

**EtOrypto** @MEtOrypto01 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Let's well for this

**sami** @Sami_Sweets · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Write list need 🔥 🔥 🔥

**Jacob** @NanoZoyj · Nov 28, 2021
Replying to @MetaBirkins and @Banks
@Banks you know this project Fits your lavish life. Buy a meta birkin to flaunt in the metaverse 🔥 🔥

**JosLeme** @Xoxl.eme · Nov 28, 2021
Replying to @MetaBirkins and @Banks
@banksy a birkin for banks and the bank.

**Iron Kavatios** @PKavatiosIcims · Nov 28, 2021
Replying to @MetaBirkins and @Banks
🔥🔥

**Klee** @gnhatugol3 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Finally an NFT my wife can get on board with!  Would LOVE to get her this birkin for Christmas!

**bonbimun** @bonbimunh · Nov 28, 2021
Replying to @MetaBirkins and @Banks
THIS PROJECT IS CRAAYYYYY BIRK ME BABYYYYY

**Maddy Walters** @maddywwalters · Nov 28, 2021
Replying to @MetaBirkins and @Banks
crypto girls 💅 MetaBirkins

**robit** @robitflush · Nov 28, 2021

HERMES_000628

Replying to @Metabirkins and @Hermes
CRAZY

**tab** @socksweats · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
Let's go!

**Megan brown** @miguelmraven3 · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
@MetaBirkins can I get a whitelist pleaseeee 🧡🧡🧡

**Thu Phan** @thpn11 · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
I can't buy one in real life so I'm hoping to get on this before it 🚿 🚿

**Thu Phan** @thpn11 · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
Would love to get on the whitelist 😍

**chris** @Christopohhhh · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
#LevelUp

**Iaylciigii** @pinklocust8011 · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
this is gonna change the game! @flashligii

**Darkman** @Darkman561 · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
@Bernie check it out you won't regret + + + +

**bbitalitieo** @applesvn4 · Nov 28, 2021
Replying to @MetaBirkins and @Hermes



**ruhil** @ruhilhash · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
Beautiful

**xtra abriz** 🐢🐢🦋🦋🐢🦋🦋🐢 @xtra_nft · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
GM

**wwy** @ffwywwwy · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
hoooot feeece shilll

**to20** @NFTho20 · Nov 28, 2021
Replying to @MetaBirkins and @Hermes
stilled with the go

HERMES_000657

this project is about to

---

cryptman @morningpro2002 · Nov 28, 2021
Replying to @MetaKittens and @Banks
this project is just 🔥🔥 Wikkkaa

---

e @firuuunq · Nov 28, 2021
Replying to @MetaKittens and @Banks
I need this please whitelist me

---

An That @AnThatt · Nov 28, 2021
Replying to @MetaKittens and @Banks
Good ....

---

Schrodinger's Cat.oth @SchroOdiingcOnttwi · Nov 28, 2021
Replying to @MetaKittens and @Banks



---

atox.oth @NFTlowkey · Nov 28, 2021
Replying to @MetaKittens and @Banks
Would love to hold that bag 🤝 @MetaKitten

---

Jazz Peninsumh Rayaan @sezeng_ezmut__ · Nov 28, 2021
Replying to @MetaKittens and @Banks
No animals harmed in the making!

---

sdfasls @Sasdforanz · Nov 28, 2021
Replying to @MetaKittens and @Banks
cool!

---

Dh Matr @crnu_vacs · Nov 28, 2021
Replying to @MetaKittens and @Banks
Gld @Banks 🔥

---

Riokimaolana @hirglana123 · Nov 28, 2021
Replying to @MetaKittens and @Banks
Awesome concept and exciting project that is definitely pivotal to the future of NFTs. I am proud to be a part of it. Unlock them and avoid the risks and hassles of a physical item is gonna be revolutionary!
0xaCF8096O692589Of1665O3ba0bcF872faef483F9O

# Tweet

Would love to hold that bag 🙌 @MetaBirkins

Jasa Pambansit Bayaran @makeng_sabout_ · Nov 28, 2021
Replying to @MetaBirkins and @Birams
No animals harmed in the making

nlNnlk @MetaBurrrrs · Nov 28, 2021
Clean!

Eli Mata @only_yeez · Nov 28, 2021
Replying to @MetaBirkins and @Birams
Old @Birams

Rishimohana @Singherol23 · Nov 28, 2021
Replying to @MetaBirkins and @Birams
Awesome and exciting project that is definitely pivotal to the future of NFTs. To be able to store value in a digital item and avoid the risks and hassles of a physical item is gonna be revolutionary!

nautia @GlazeGlorously · Nov 28, 2021
Replying to @MetaBirkins and @Birams
i need the white list please

K Willis @Bigger0h1 · Nov 28, 2021
Replying to @MetaBirkins and @Birams
wow @Birams would hold, hold and cherish .

Al Al 101 @aAAl1010 · Nov 28, 2021
Replying to @MetaBirkins and @Birams
@MetaBirkins big fan of your work. art de qualité 🟢🟢 ➡️ ➡️ ➡️ 🟢🟢 🔥
🟢
Really hoping to get a spot on the WL 🔴🔴🔴🔴🔴

MoonBoy @smooth_baif · Nov 28, 2021
Replying to @MetaBirkins @MoonMoonGround and @Birams
How do we know if we're on the wishlist?

cryptoos @binmaguire0000 · Nov 28, 2021
Replying to @MetaBirkins and @Birams
@MetaBirkins got that birkin baggy's 💰

cryptoos @binmaguire0000 · Nov 28, 2021
Replying to @MetaBirkins and @Birams
Cant wait to mint a red gift to my girl 🌹🌹

Alison Sanchez @alisonsan_ · Nov 28, 2021
Replying to @MetaBirkins and @Birams

ZephNft @ZephNft · Nov 28, 2021
Replying to @MetaBirkins and @Birams
artist this post everywhere I could

atyz710 @atyz710 · Nov 28, 2021
Replying to @MetaBirkins and @Birams
Bullish on these ones!! Super dope concept I think @Birams would appreciate seeing something from the fashion world hit web3 in such a big way!

enrique @clcharlotte · Nov 28, 2021
Replying to @MetaBirkins and @Birams
No animals harmed in the making!

HERMES_0006658

**bnlabdotoit** @princesadaan · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
@Birkins gonna go

**Hendri Mardiansyah** @hendrimardiansyah · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Nice project, different ways to get valuable NFT! @Birkins

**Cammon000001** @Cammon_00001 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
this is going to be the dopest projects!

**Crypto Maniac™** @MetaphorianInOne · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Thanks @Birkins for the wifey! Please whitelist me sir. #WAGMI #MetaBirkins

**Molnov** @kesmilen06 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Lg. @metabirkins4 @metabirkins4

**The Crypto Rap God 🎤** @RtonHouseMF · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Hello GM

**nnona02** @nnona02 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
This one is too cool! @MetaBirkins

**Legendary Kirin** @Legendary_Kirin · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Need to get whitelisted! These bags are to die for 😍

**The Crypto Rap God 🎤** @RtonHouseMF · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
EVERYDAY JUST WAIT AND WATCH THE @METABIRKINS BE THE BIGGEST PROJECT IN MY WHOLE ONE DAY

**The Crypto Rap God 🎤** @RtonHouseMF · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
I want to buy this MetaBirkin for my mom for Christmas. This would be her first NFT ever and I've been preaching to her how valuable NFTs are and how sophisti people are on the Metaverse! I have to get whitelisted for @metabirkins sir

**RodolSupreme** @rodolsupreme1 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Watch out! Sugar babies gotta have it 💋

**Matt** @PhiqaTacos58 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Métra birkin is just an all around W 👏

**nOawkswp** @WWHAWAF · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
great move

**fade.eth** @Krista011691 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
@Krista_fadert1 @BonsBerrichan

HERMES_000040

**preston davis** · Nov 28, 2021
I need a meta Birkin asap

**Cole_eth** @Krake01RXN · Nov 28, 2021
Replying to @MetaBirkins and @Barns
Writeliest spot

**cryptoman** @cryptoman0701 · Nov 29, 2021
Replying to @MetaBirkins and @Barns
Join the gang
@Barns
@gamblar
@gasoline.0000X

**Lely** @Lucy9845844 · Nov 28, 2021
A time capsule item for sure when the meta verse goes public these will be extremely valuable 🔥❤️

**money never sleep** @gpbig000 · Nov 29, 2021
Replying to @MetaBirkins and @Barns
Great project i will gift this NFT bag to my gf then real bag. I hope I can get it the whitelist

**Crypto Save** @crypto_save · Nov 29, 2021
Replying to @MetaBirkins and @Barns
I would love a @MetaBirkins for Hanukkah 🟪
A Birkin I can afford for my wife!

**GenX230** @GenX230 · Nov 29, 2021
Replying to @MetaBirkins and @Barns
METABIRKIN TO THE MOON

**N94** @miguel3ight · Nov 28, 2021
Replying to @MetaBirkins and @Barns
METABIRKIN TO THE MOON

**Mariangela Leal Malueco** @busceflla · Nov 29, 2021
Replying to @MetaBirkins and @Barns
This is going to be crazy, please whitelist me 🔥❤️

**brian nguyen** @briandieu1173 · Nov 28, 2021
Replying to @MetaBirkins and @Barns
@briandieu1173 @anhdiong710

**knithpeah0llm** @knithpeah0llm1 · Nov 30, 2021
Replying to @MetaBirkins @MoconAnhuch04 and @Barns
Writelist please ❤️

**Alba** @AlbaU0048843 · Dec 2, 2021
Replying to @MetaBirkins and @Barns
When are you releasing your collection? @MetaBirkins
❤️

**More Replies**

**Yes S** @nflgoat22 · Nov 28, 2021
Replying to @MetaBirkins and @Barns
Writelist me 🙏

**mm** @MCianorahlo0001 · Nov 28, 2021
Replying to @MetaBirkins and @Barns
Brooooooo

**Ariadni** @Ariadni1011589 · Nov 28, 2021
Replying to @MetaBirkins and @Barns

HERMES_000041

**Lucy** @ILucy48948640 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Really hope I can get meta birkin to the first project to attract me to learn and fell secured. I can't wait. I can finally start to make money to finally live independently and be happy :)

♡          ↻ 1          ♡          ⬆

**Lucy** @ILucy48948640 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Really need this to try and pay for college and support my animals hope I can get on the white list not have your meta birkin thank you for all the opportunities that you are giving to people

♡          ↻ 1          ♡          ⬆

**210flise** @Marco02352430 · Nov 28, 2021
Do you like it ? #MetaBirkins



♡          ↻ 1          ♡ 1          ⬆

**ck ★340 🐢** @tokhproenias · Nov 28, 2021
I love it! @MetaBirkinBottlechild

♡ 1                    ♡          ⬆

**Alicia** @AliceI11GM · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Hi, I wanted to let you know I've won't GOT HACKED and now I'm at level 1 on my new account....all I want is WL please help 🏆🏆🏆🏆🏆 @MetaofBottomohild

♡ 2                    ♡          ⬆

**hay.eth** @FinMaty · Dec 11, 2021
Replying to @MetaBirkins and @Banks

♡          ↻ 1          ♡          ⬆

**ceopeto** @Ceopeto · Nov 28, 2021
Replying to @MetaBirkins and @Banks
@nyrubans @MinnaSebastian @peto_@minnonbcodencom finally an ECO-friendly, PETA approved Birkins. The @MetaBirkins III... only few available too. @_nyogo1_ @MetaIntimacy @metabitcom @petapeicoin

♡          ↻ 1          ♡          ⬆

**HYPCOIN_** @_hyngb_ · Nov 28, 2021
@kencoins and @Hitchcmoon need to see this too! ✖✖

♡          ↻ 1          ♡          ⬆

**Alicia** @AliceI11GM · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Hi, I wanted to let you know I've won't GOT HACKED and now I'm at level 1 on my new account....all I want is WL please help 🏆🏆🏆🏆🏆

♡          ↻ 1          ♡          ⬆

This Tweet is from a suspended account. Learn more

**Alicia** @AliceI11GM · Nov 28, 2021
thank you bro 🏆🏆🏆

♡ 1                    ♡          ⬆

HERMES_000042



← **Tweet**

**MetaBirkins**
@MetaBirkins                                                         ...

## Thank you for the follow @LanaRhoades!

5:45 PM · Nov 28, 2021 · Twitter for iPhone

**4** Retweets    **1** Quote Tweet    **46** Likes

Tweet your reply                                                    Reply

**Ziggy Narayan** @ZaheerNarayan · Nov 28, 2021                     ...
Replying to @MetaBirkins and @LanaRhoades
So excited to get my hands on one of these! Hopefully your first Aussie customer! :)

**Alicia** @Alicia11536 · Nov 28, 2021                              ...
Replying to @MetaBirkins and @LanaRhoades
was at level 11 in my discord my account GOT HACKED and now i'm at level 1 on my new account....all i want is WL please help 😭😭😭😭😭 @MasonRothschild

HERMES_0009543

← **Tweet**

**MetalBirkins**
@MetaBirkins

···

gm 🌞 **@DavidDobrik**

**hold this**



5:11 PM · Nov 28, 2021 · Twitter for iPhone · *IMSS*

**24** Retweets    **4** Quote Tweets    **152** Likes

Tweet your reply                                              **Reply**

**Jabby** @Jabby76 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik you need to buy a @MetaBirkins for all the girls you curve
like @madisonbeer @CorinnaKopf 🍔 • •
···

**empath** @_coleoo_ · Dec 1, 2021
Replying to @MetaBirkins and @DavidDobrik
Im going to need a paternity test from that metabirkin
♡ 1
···

**Ati** @Ati08991138 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@daviddonrik. You just need this. If you know you know. If not you will
♡ 1          ♡ 1
···

**STILL Buckeye Til I Die!** @USAFvetBrianD · Dec 3, 2021
The fuck you just say?
♡
···

**Schrodinger's Cat .eth** @Schr0dIng3rsflat · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
I could hold that
could you guys?
@TheB0rkChain @SirHopium @EltJackfruit
#MetaBirkins
♡ 1          ♡ 1
···

**Sirhopium** 🐸 @SirHopium · Nov 28, 2021
For sure 🌞 💎
♡          ♡ 1
···

**Wolf of all streets** @hypedkickav · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik

HERMES_0009544

sheesh

**PCAPITAL** @bobamilktea · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
hodling

**JosLonee** @JosLonee · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik David you give me lorax vibes, here is the fitting truffula tree birkin.

**j** @j_fazo28 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
David you need this 🚀🥕 @DavidDobrik

**Dior** @MoveSmrt · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
Need

**Seoul Man** @seoulmannft · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik you need a @MetaBirkins to post some swag on @Dispo4Q

**Dylan Wiggins** @DylanpatrickW · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@ddayim @yilsongyue check this out

**Badsushi** @reallybadsushil · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
gm and hello 😍

**Mokhamad Nizar Z** @Mzayz96 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
May I had this one for free sir?

**Anaïs** @anaisxbennett · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik you need one

**TheGucciman.eth** @Guccimane402 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
This nft is beautiful 😍 David this is a must have for a collector or if you just want to flex 👀.. #Birkins #MetaBirkins

**coolkid** @coolkidqanals · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik u know art 👁👁👁👁

**Krissyb** @krissyb38 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
broooo. You need to get in on this Meta Birkin Gang, You missing out!

**tradergloo** 🟥 @tradergloo · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
get in david you won't regret it! tell @KylieJenner to come get hers too

**PinkGlassesGuy.eth** @PinkGlassesGuy · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik metabirkin is the future of fashion! Don't miss it!

**tradergloo** 🟥 @tradergloo · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
hey @kanyewest, @KimKardashian would for sure make up with you if you get her one of these! #MetaBirkins @MetaBirkins

**Channelle Ross** @ChannelleRoss · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik

HERMES_0009545