# Exhibit 38

**Part 4**



← **Tweet**

**MetaBirkins**
@MetaBirkins

gm 🌞 @CozomoMedici

12:39 PM · Nov 28, 2021 · Twitter for iPhone IMG⇩

**49** Retweets **24** Quote Tweets **277** Likes

Tweet your reply
Reply

**Alaunte** @TaeBeStackin · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
How can I get whitelisted and when is the drop?
2

**Jazz** ♡ @jazz2spicy · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
oHMYGOD I LOVE
4

**Tea Cecere** @xxapeunitedxx · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
We believe in you ❤️
1

**Doza.(🎩,🎩)** @DOZA_DD · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Beautiful bag
1

**Neish** @TheBlaqueDahlia · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici
1

**Kacey Hunter** @kaaacceee · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
😩😍 obsessed!!!

**Golden.🧡✨** @J_Krider_ · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Need!!
1

**someone** @someone_3331 · Nov 28, 2021

**someone** @someone_3331 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
legit need this

**Neish** @TheBlaqueDahlia · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
it's upppppo

**someone** @someone_3331 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
this project looks promising, how can i get a whitelist spot?

**Channelle Ross** @ChannelleRoss · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
manifesting my whitelist spot 😎🤤

**Krissyb** @krissyb38 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
👑👑👑 who needs the painting when we got the birkin

**Hello Seven** @thabetrafi · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici @CozomoMedicci
Birkin NfT is the future!!!!

**F.** @timalovexo · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
😍😍😍

**jeff** @jeff38127512 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Birkin Lisa

**jeff** @jeff38127512 · Nov 28, 2021
Aka Birka Lisa

**vic** @vic86300141 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
You should do as my birkin and smile Mona Lisa it's a good morning



**Bre** @Breannalauryn · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Mona Lisa x no shave November

**Daniel Wesson** @djwesson · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
I'd like to Mona that Lisa! @CozomoMedici

**jeff** @jeff38127512 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Snoop doggy dog

HERMES_0009550



1 1 IMG

**Carty** @Cartyjs · Nov 28, 2021

Replying to @MetaBirkins and @CozomoMedici

Hey @CozomoMedici have you ever wanted owning a bag that screams moooo and does not collect dust even after 50 years?! Well today is your lucky day! Please check out @MetaBirkins the first creator of nft handbags with so many more potential collaborations in future. Amazing team!

1 IMG

**Kelsey Garcia** @KelseyG92011483 · Nov 28, 2021

Replying to @MetaBirkins and @CozomoMedici

SHES BEAUTIFUL

1

**G41** @GELATO41629 · Nov 28, 2021

Replying to @MetaBirkins and @CozomoMedici

@CozomoMedici did you know there used to be a van in the painting of 'starry night'? Where did the Van Gogh?







**grir** @pbcartko · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
looks like your collection needs some accessories 🤫🤫

**ash** @ashlizarraga · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
I'm sure @CozomoMedici will Louvre the Mona Lisa framed on a Birkin 😂



**nelly** @putanelly · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
not sure why leonardo da vinci just didn't portrait mona lisa in a @MetaBirkins bag in the first place 🤷‍♀️😌

**Josh Klemm** @JKlemm23 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
I'm the monabirkin and I'm furry😱

**sandrok.eth** @ccapitalgains · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Yeah ima need that jawnt

**splashy.eth** @LordxSplashy · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Gawgeous

**Mchow** @laserderm69 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@mimichow4 Lfg

**Jennifer Tran** @tran_jeniffer · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici
I took a pill in Ibiza
To show Avicii I was cool
And when I finally got sober, felt ten years older
But f*ck it… wait that bag's is starry blue…
Guess im still tripping ;p