# Exhibit 38

**Part 5**



3

**J** @j_fazo28 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Good mythical morning 🚀🚀🚀 #METABIRKINSTOTHEMOON

1

**kev** @NhzGee · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Why it look like a cat got painted on by a crazy artist.

1

**ChicCollections** @ChicCollection5 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Mona Lisa - Geez! I feel warm and cozy here, come get me for Christmas! 😍

1

**Sham** @shamar_wright1 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
The Meta Lisa

**Sham** @shamar_wright1 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
How do you make a tissue dance? You put a little boogie in it!

**Cass** @cass_bergeronn · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
The only Mona Lisa I'll ever see

**wavy** @0kaywavy · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Hey you know what's better than one Birkin Bag NFT. A second one with a lock. Inside of it is a free whitelist for me (: @CozomoMedici





3 IMG

**Isa Falcon** @isaafalcon · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
hey @CozomoMedicci better gogh get urself a @MetaBirkins before the starry night GOES TO THE MOON🌚

IMG

**Captain Cream** @trading4fun1 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
I need this piece for my woman

**TheGucciman.eth** @Guccimane402 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
What a better way to make your haters jealous, having one of these in your wallet 😏. This is a must have for any true collector

2

**ciera** @howud0ing · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici take me out to Dinner baby! #bingbong

**beccsbrows.eth** @_beccsx3 · Dec 2, 2021
Replying to @MetaBirkins and @CozomoMedici
This is so beautiful 😍

This Tweet was deleted by the Tweet author. Learn more

**NUTSA NINI** @NUTSIOOO · Nov 28, 2021
A birkin bag? Oh my god a birkin bag?? 💅

1 1

## More Replies

**JosLonee** @JosLonee · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Hey @CozomoMedici check this out.
NFT Urban Dictionary
Definition: An NFT made from the Lorax Truffula Tree.
Used in a Sentence: Birkin NFT x Truffula Tree, sounds like something for me.

← **Tweet**

**MetaBirkins**
@MetaBirkins

!shill

9:13 PM · Nov 17, 2021 · Twitter for iPhone IMG8

**31** Retweets **6** Quote Tweets **64** Likes

Tweet your reply Reply

**Cyrese From the Wave** @WavyBabyRese · Nov 17, 2021
Replying to @MetaBirkins
💼💼💼💼💼
1

**Chrome** @chromegarden · Nov 17, 2021
Replying to @MetaBirkins
Secure the my neighbor bag 🔥
1

**MasonRothschild.eth** @MasonRothschild · Nov 17, 2021
Replying to @MetaBirkins
🚀🌕
1

**mia is in chicago** ✨ @miaimarshall · Nov 17, 2021
Replying to @MetaBirkins
Obsessssssed! 🚀
1

**Garrett** @GarrettPfeiffer · Nov 17, 2021
Replying to @MetaBirkins
🚀🌕
1

**techno** @criscookss · Nov 17, 2021
Replying to @MetaBirkins
Need me a birkin 🥵🥵
1

**ducky** @duckyyvuu · Nov 17, 2021
Replying to @MetaBirkins
Can't wait to own a birkin
1

**PanduhmOn1um** @PanduhmOn1um · Nov 17, 2021