# Exhibit 38

## Part 6



**tory** 🌀 @VictoryLynnae · Jan 1
daddy give me a Birkinnnnnn

> **MetaBirkins** @MetaBirkins · Jan 1
> MetaBirkins: Collection One
> Now available on @rarible 🚀 🤩
> rarible.com/metabirkinsnft

**BEN** @Rhany_Ben · Jan 1
Replying to @MetaBirkins and @rarible
Absolutely adorable 🥰

**BEN** @Rhany_Ben · Jan 1
Replying to @MetaBirkins and @rarible
Mason😷😷 ❤️

**BEN** @Rhany_Ben · Jan 1
Replying to @MetaBirkins
I hope to get one 😷

**BEN** @Rhany_Ben · Jan 1
Replying to @MetaBirkins
These bag absolutely adorable 🥰

**Zolzaya** @Zolzaya1997 · Jan 1
Replying to @MetaBirkins and @rarible
These bags are absolutely FIRE!🔥
Looking so soft and fluffy!

**Amarsanaa Gansukh** @amka017 · Jan 1
Replying to @MetaBirkins and @rarible
Really cool, I want metabirkins more than hermes🔥🔥

**Gafort** @gafort · Jan 1
Replying to @MetaBirkins
Hell yes

**MEGACRYPTMIC.eth** @megacryptmic · Jan 1
Replying to @MetaBirkins
Lfgggggg I will make role in 2022 🚀🚀

**Lobo.nft** 🔒 @BlockchainxBoyz · Jan 1
Replying to @MetaBirkins
Sick





1 IMG

**niket** @niket · Dec 5, 2021
Replying to @GarrettMcManus
These shades on a @MetaBirkins 🔥🔥

1

**Renee Russo** @reneerrusso · Dec 4, 2021
can't believe @MetaBirkins are at a 6ETH floor already.... great work @MasonRothschild

5

**bodmonting.tez** @itsBodmonting · Dec 3, 2021
did half a mill in volume in less than 24hrs with his new @MetaBirkins NFT drop 🐐🐐🐐 @MasonRothschild

1 17 IMG

**MasonRothschild.eth** @MasonRothschild · Dec 1, 2021
More and more fake @MetaBirkins are being sold every hour. The official #MetaBirkins collection has not been been minted. It will not appear on any marketplaces until we give the green light tomorrow. Share this to prevent future scams. @opensea

11 36 75 IMG

**liam** @ljmmahoney · Dec 1, 2021
Replying to @MetaBirkins and @Saweetie
Tap tap tap in

3

**JesseJam3s** @Jam3sJesse8 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Let's get in the metaverse with the MetaBirkin💯🔥

3

**ck #349** 🖤 @babyessmaa · Nov 28, 2021
Replying to @nabiltoch @MetaBirkins and @MasonRothschild
i kno sum about this

2

**Ron ::)** @Oreokidronaldo · Nov 28, 2021
Big Birkin!!

> **MetaBirkins** @MetaBirkins · Nov 28, 2021
> gm 🌞 @Banks
>
> mint a MetaBirkin, hold a MetaBirkin

# Export Details



**Requestor**

Amanda Marshall (Baker & Hostetler LLP)

**Billing Number**

Not Provided

**Matter Number**

096801.000091

**Export Type**

twitter

**Export URL**

https://twitter.com/MetaBirkins

**Additional Instruction**

All tweets from this account and all comments to each tweet (skip doing more than a few comments for any posts with over 1,000 comments)

**Timeframe Start Date**

Not Provided

**Timeframe End Date**

Not Provided

**Source Code Url**

https://smi-v3-production.s3.amazonaws.com/export_attachments/MetaBirkins_22425_Twitter.zip

**Source Code SHA-256 Hash**

cf3d320f595815c89171c9927c806296f934693417979232bbe4385ff193653e

**Source Code MD5 Hash**

f0e86a0d473248148aafa531d3923dfd