# Exhibit 39



**MetaBirkins**

GOAL: PLAN 3   96/14 Boosts

**SERVER STATS**
🔒 Members: 17746
🔒 Mint Date: TBA
🔒 Mint Price: 0.2 ETH

**WELCOME**
# 😊 welcome
☑ 🖊 rules
# ✅ verify-to-enter
# 🔒 holders-verify

**METABIRKINS**
📢 ✅ announcements
# 📢 minor-announcement
# 🚀 faq
# 📌 official-links
# 🖼 gallery
# 📚 publications
# 🎓 education
# 🐦 tweets-insta

**WHITELIST COMPETITION**

---

**announcements** | Follow

Any important information regarding MetaBirkins

December 21, 2021

**MasonRothschild.eth**   Yesterday at 11:28 AM
gm 🌻 @everyone

The OpenSea saga continues — updates will be made available as soon as I get word back from their team.

😂 106   💚 38   ❤ 32   16   🗄 7   💗 11   🔥 16   8   3   3   🐦 2   3   8   7   4   5   💀 8   4   4   😆 4

**MasonRothschild.eth**   Yesterday at 11:32 PM
Hello @everyone ,

Still a bit in the dark on OpenSea's position to delist MetaBirkins but I wanted to remind everyone that the collection is still live on Rarible. (https://rarible.com/metabirkinsnft)

**Rarible: NFT Marketplace**
Turn your products or services into publicly tradable items

❤ 97   28   💚 27   21   ❤ 17   🗄 12   🔥 15   5   🐦 7   6   😆 3

HERMES_0037424



**MetaBirkins**

GOAL: PLAN 3   96/14 Boosts

SERVER STATS
🔒 🏆 | Members: 17746
🔒 📄 | Mint Date: TBA
🔒 🏷️ | Mint Price: 0.2 ETH

WELCOME
# 🤗 | welcome
☑️ ✏️ | rules
# ☑️ | verify-to-enter
# 🔒 | holders-verify

METABIRKINS
📢 | announcements
# 📢 | minor-announcement
# 📌 | faq
# 🔗 | official-links
# ▪️ | gallery
# 📑 | publications

**announcements**   Follow

**MasonRothschild.eth** 🔒   12/20/2021
And.... we're back up..

https://opensea.io/collection/metabirkins/

@everyone

😤 66   ✨ 25   🎞️ 13   💀 7   🐢 8   🔥 11   🧩 9   🤚 6   7   🤟 6   ✌️ 4

So.. just for reference - I emailed the CEO of OpenSea.. lol.

🚀 48   😂 24   👍 12   🧤 9

Hopping in VC in a moment to answer any questions now that we're resolved. @everyone

👐 58   ❤️ 22

**MasonRothschild.eth** 🔒   12/20/2021
Hello @everyone,

Sent a note to Open(Broken)Sea for the 4th time today, awaiting a response. This will get resolved as I explained in VC earlier today. If you need to buy or sell a MetaBirkin today - please feel free to use the Rarible link below, only buy a collection where you see Mase verified with checkmark. Work has started on a decentralized MetaBirkins exchange where both collections will live 🙂

The official Rarible URL - https://rarible.com/collection/0x566b73997f96c1076f7cf9e2c4576bd08b1a3750

**Rarible: NFT Marketplace**
Turn your products or services into publicly tradable items

💚 47   🤟 21   🤍 17   😎 8   🤟 6   👍 7

HERMES_0037425