# Exhibit 40

















