# Exhibit 41



| | |
|---|---|
| Document title: | I Like You, You're Weird on Twitter: "☠ Weird Bones Giveaway ☠ • Follow @TastyBonesNFT &amp; @ILYYWNFT • Like &amp; Retweet • Join the I Like You, You're Weird Discord Server (https://t.co/ltjOj7dXo7) • Tag three Weirdos Prizes: 100 Tasty Bones Invitations &amp; 10 ILYYW Whitelist Spots Winners chosen Sunday https://t.co/rg8mQlhqKV" / Twitter |
| Capture URL: | https://mobile.twitter.com/ILYYWNFT/status/1487272260226277379 |
| Page loaded at (UTC): | Tue, 04 Oct 2022 17:16:03 GMT |
| Capture timestamp (UTC): | Tue, 04 Oct 2022 17:18:55 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 17 |
| Capture ID: | cf5fede5-8eb7-4e45-ae3d-c5802d1cbfa8 |
| User: | baker-nsamad |

PDF REFERENCE #:     mBaLYfkJZmy4akw65P5HAP

← Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

MetaBirkins Retweeted

**I Like You, You're Weird**
@ILYYWNFT

☠️ Weird Bones Giveaway ☠️

• Follow @TastyBonesNFT & @ILYYWNFT
• Like & Retweet
• Join the I Like You, You're Weird Discord Server (discord.gg/ilyyw)
• Tag three Weirdos

Prizes: 100 Tasty Bones Invitations & 10 ILYYW Whitelist Spots

Winners chosen Sunday 🌈🌵🔥🍄

Tasty Bones ☠️ and I Like You, You're Weird

3:51 AM · Jan 29, 2022 · Twitter for iPhone

**3,878** Retweets **99** Quote Tweets **4,404** Likes

Tweet your reply Reply

**BojBoj 1/333** @boj0x · Jan 29
Replying to @ILYYWNFT and @TastyBonesNFT
@daviestobiloba @_ijalob @opentradedao
1

**JesJohs** @JesJohs_ · Jan 29
Replying to @ILYYWNFT and @TastyBonesNFT
Tagged three absolute weirdos
@TobiashFS @Marcuskjaer1 @marcuszuprey1_
1

**Argentum** @Wulfram12 · Jan 29
Replying to @ILYYWNFT and @TastyBonesNFT
@capespace_ @GeorgePaulNFT1 @DCPalmer_NFT you weird boi
1

**Moneyger** @moneygerxyz · Jan 29
Replying to @ILYYWNFT and @TastyBonesNFT
We are weird mfs out here @kaijavier_ @degenbui @theraseron @baconaustria @tomotoph
2

**Niklas** @niklasnft1 · Jan 30
Replying to @ILYYWNFT and @TastyBonesNFT
@Noel66071275 @EdigerEnrico @YourMom169 noel seems like a very big weirdo xD

**Wraxxe** @WraxxeNFTs · Feb 3
Replying to @ILYYWNFT and @TastyBonesNFT
You guys weird af, bringing meninto this degen life, but thats why we friends, fam bam to the jam 🤪🤪🤪@Elsaucin7274 @FandangoNFT @birdiesauce
1

**Cobble** @CobbleColbs · Feb 3
Replying to @ILYYWNFT and @TastyBonesNFT
@mikachunft @mnm_crypto @Cowhead_11 hi weirdos
1

**Joan Arc**
@JoanArc23059459

**Relevant people**

**I Like You, You're Wei...** Follow
@ILYYWNFT
I Like You, You're Weird is a community-driven collectibles project by @amberpark and @masonrothschild. opensea.io/collection/ily...

**Tasty Bones** ☠️ Follow
@TastyBonesNFT
the delivery service for the dead by @royallabsio • OS: opensea.io/collection/tas... • community: discord.gg/tastybonesnft

**What's happening**

Politics · 4 hours ago
**President Biden set to announce new guidelines on reproductive rights**

Family & relationships · Trending
**USB-C**
20K Tweets

Trending in United States
**Gisele**
8,035 Tweets

US elections · LIVE
**Washington: Election news and updates**

War in Ukraine · LIVE
**Latest updates on the war in Ukraine**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

