# Exhibit 46



EXHIBIT 26

HERMES_0009801