# Exhibit 56

## Video File