# Exhibit 57

## Video File