# Exhibit 58

# Video File