# Exhibit 59

# announcements

**MasonRothschild.eth**

Alright Ericka came up with the challenge @everyone

**Build-a-MetaBirkin Challenge:**

Build a MetaBirkin using household materials ONLY! Don't go spending money on arts and crafts supplies – use things like toilet paper rolls, old rags, etc. Challenge end date will be Thursday, January 6, 2022. We'll create a channel for submissions soon. Two winners here, maybe more, I have a history of giving out more. @everyone

EXHIBIT 48

HERMES_0008338