# Exhibit 62



| | |
|---|---|
| Document title: | How Luxury Retail's Big Metaverse Fashion Week Experiment In Decentraland Played Out With Virtual Stores, NFT Wearables, A Bored Ape Collaboration And More |
| Capture URL: | https://www.forbes.com/sites/stephaniehirschmiller/2022/03/27/how-luxury-retails-big-metaverse-fashion-week-experiment-in-decentraland-played-out-with-virtual-stores-nft-wearables-a-bored-ape-collaboration-and-more/?sh=494afd8c3481 |
| Page loaded at (UTC): | Tue, 02 Aug 2022 13:45:30 GMT |
| Capture timestamp (UTC): | Tue, 02 Aug 2022 13:46:30 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | fb0d2edc-3818-476d-9f94-9e40e39b9627 |
| User: | baker-nsamad |

PDF REFERENCE #:    rPwVcRhAkMFsx3oZfcFSYx
HERMES_0010621

☰ **Forbes** Subscribe  Sign In  🔍

RETAIL

# How Luxury Retail's Big Metaverse Fashion Week Experiment In Decentraland Played Out With Virtual Stores, NFT Wearables, A Bored Ape Collaboration And More

**Stephanie Hirschmiller** Contributor ⓘ
*I cover fashion, luxury and the metaverse from Paris and London.*

Mar 27, 2022, 06:40am EDT

▶ Listen to article  8 minutes



Selfridges launched its Metaverse flagship store in Decentraland for Metaverse Fashion Week. SELFRIDGES

Decentraland's Metaverse Fashion Week (MVFW) offered one key element absent from its physical counterparts. Beyond the digital shows and virtual parties taking place March 24 - 27, the event featured prominent official exposure for retail — purpose built pop-up stores from luxury stalwarts like Selfridges, Tommy Hilfiger, Etro, Dolce & Gabbana and Dundas World.

Set for the most part in temporary shopping malls, these offered a combination of NFT wearables to wardrobe one's avatar in Metaverse Decentraland (DCL) and limited edition physical pieces redeemable via NFTs — both purchasable only in cryptocurrency. The draw of the latter being that DCL was the only place to get them.

Said stores also served as a showcase for physical collections with click throughs to brands' regular e-commerce sites.



Tommy Hilfiger store at Metaverse Fashion Week. TOMMY HILFIGER

Document title: How Luxury Retail's Big Metaverse Fashion Week Experiment In Decentraland Played Out With Virtual Stores, NFT Wearables, A Bored Ape…
Capture URL: https://www.forbes.com/sites/stephaniehirschmiller/2022/03/27/how-luxury-retails-big-metaverse-fashion-week-experiment-in-decentraland-played-out-wit…
Capture timestamp (UTC): Tue, 02 Aug 2022 13:46:30 GMT
Page 1 of 7
HERMES_0010622



Tommy Hilfiger store at Metaverse Fashion Week.    TOMMY HILFIGER

Users were directed to DCL's marketplace to purchase the DCL specific wearables which their avatars could actually try on to see how they look — both static and on the move — which is a nice touch.

Enabling technology created by fintech outfit Boson Protocol meant NFT 'receipts' for the physical pieces were available direct from the stores of participating brands like Hilfiger and Hogan.

While many retailers took advantage of the temporary spaces offered free of charge for the duration of Metaverse Fashion Week, Philipp Plein chose to purchase 'real estate' for a more long term set up.

MORE FROM FORBES ADVISOR

**Best Travel Insurance Companies** 
By **Amy Danise** Editor

**Best Covid-19 Travel Insurance Plans** 
By **Amy Danise** Editor



A digital wearable presented at Philipp Plein's Metaverse Fashion Week show in Decentraland.
PHILIPP PLEIN

He bought $1.4 million worth of land in DCL to build an 120 foot tall skyscraper and 'Plein Plaza' where he's already opened a gallery dubbed the Museum of NFT Arts (M.O.N.A). He staged a show on the property over MVFW, presenting a Metaverse only collection of seven digital outfits for avatars to rock in DCL. Among them was a matching puffer coat and bucket hat combo emblazoned in a print featuring the 'Lil Monsters characters he created with artist Antoni Tudisco.



While there's often talk of cryptocurrency posing a barrier to sales — Selfridges and fellow British designer Roksanda Ilincic have previously chosen to sell NFTs in sterling — Plein sees it as a bonus. As of last year, he's given buyers of physical goods the option to pay in crypto — both in store and online. "It's been a huge success," he said, "we take $100,000 worth of crypto payments every day."

worth of crypto payments every day.


Hogan's Decentraland pop-up store at Metaverse Fashion Week.   HOGAN

Tod's Group owned Hogan launched a collection of NFTs in partnership with luxury NFT marketplace Exclusible. Via aforementioned Boson Protocol tech, they are redeemable for physical sneakers done in collaboration with artists from the digital Braw Haus creative studio. When the MVFW curtain falls, the Hogan store will remain in DCL for six months.

Nicholas Kirkwood offered DCL specific digital wearable boots done in partnership with Metaverse community character White Rabbit. Next step will be collectable NFT PFP artworks featuring booted incarnations of said bunny. NFT wearables sold on Web 3.0 marketplace Dematerialized will follow.

For the cobbler who has long been obsessed with both technology and animation, "it's a natural fit, almost like coming home."


Nicholas Kirkwood's Metaverse Fashion Week Decentraland pop-up store.   NICHOLAS KIRKWOOD

"It's very exciting from a creative angle as you're not limited by gravity and can make materials do really magical things," he says. "It also opens up the brand to a whole new audience via the NFT community."

Buzzy upcycled fashion label Imitation of Christ collaborated with ultimate NFT success story, Bored Ape Yacht Club on sweater dresses featuring Metaverse's most famous monkeys. They also factored political statement into their in-store visual marketing via a 'no war' installation and banners expressing support for Ukraine.

The Imitation of Christ store at Metaverse Fashion Week with anti war messaging and collaborations ... [+]   COURTESY

French e-commerce accessories platform Monnier Paris (previously Monnier Frères) was another early adopter of Web 3.0, selling digital wearables created by digital native clothing outfit Republiqe on its own website as of last year. It launched a cryptocurrency payment option last week.

For the DCL store, Republiqe founder James Gaubert created limited edition wearables of labels carried by Monnier like Coach, Wandler and Ester Manas. For instance users can purchase the new Coach Tabby Pillow bag for their avatars to tote or click through from the virtual store

Document title: How Luxury Retail's Big Metaverse Fashion Week Experiment In Decentraland Played Out With Virtual Stores, NFT Wearables, A Bored Ape…
Capture URL: https://www.forbes.com/sites/stephaniehirschmiller/2022/03/27/how-luxury-retails-big-metaverse-fashion-week-experiment-in-decentraland-played-out-wit…
Capture timestamp (UTC): Tue, 02 Aug 2022 13:46:30 GMT
Page 3 of 7
HERMES_0010624

For the DCL store, Republiqe founder James Gaubert created limited edition wearables of labels carried by Monnier like Coach, Wandler and Ester Manas. For instance users can purchase the new Coach Tabby Pillow bag for their avatars to tote or click through from the virtual store to the Monnier Paris website and buy the real thing.

Gaubert is bullish about the possibilities of web 3.0 for retail. "It's the most exciting thing for fashion since the Singer sewing machine," he quipped at Monnier's IRL MVFW launch party in Paris.


Coach Tabby Pillow bag by Republiqe for Monnier Paris at Metaverse Fashion Week in Decentraland.   MONNIER PARIS

DCL Foundation creative director Sam Hamilton agrees. Going forward, he says, "there will be Metaverses where you can try on clothes with your own face and body shape (as opposed to that of your avatar as in the DCL Marketplace) so you can really see see how they look on you before you buy them.

For the record, at least one of the big luxury groups is currently building its own proprietary Metaverse.


Dundas World store interior at Metaverse Fashion Week in Decentraland.   DUNDAS WORLD

Dundas World used its pop-up store and the fashion show that will close MVFW Monday 2 a.m. EST as vehicles to present a 12 look IRL collection you could click through to its e-commerce website to buy. Visual merchandising was bang on and featured the brand's signature panthers wearing diamond collars.


Digital wearable of Zanotti's Cobra sneakers at MVFW.   COURTESY

Next step will be virtual versions made by digital native fashion outfit DressX. The two brands previously collaborated on wearables of looks Dundas made for Mary J. Blige's Super Bowl performance in January. Look out for the next installment at next week's Grammy Awards.

Another celebrity friendly designer who took part was Giuseppe Zanotti. While he didn't have his own store, he teamed up with NFT collective DeadFellaz and fashion marketplace Neuno on a run of 1,000 digital wearables of his signature Cobra sneaker done in a zingy parakeet green colorway.

Estée Lauder was the only beauty brand to participate. To promote its famous Night Repair Serum, it had creative director Alex Box design a free radiance aura which avatars could order from Estée's MVFW activation space via a giant dropper based on the IRL bottle. Essentially it just involved the sort of sparkle filter you might get on Instagram but was still a novel way for beauty to join the conversation.

As for Selfridges, its undulating DCL edifice based on its physical

it just involved the sort of sparkle filter you might get on Instagram but was still a novel way for beauty to join the conversation.

As for Selfridges, its undulating DCL edifice based on its physical Birmingham store didn't sell anything at all. It opted instead for an exhibition of 12 NFT dresses with Paco Rabanne inspired by Op Art movement pioneer, Victor Vasarely. This mirrors a real life exhibition at Selfridges London. The British based retailer has long occupied the vanguard of experiential retail within the physical space so it made sense that the virtual equivalent followed suit.



Interior of Selfridges Metaverse Fashion Week store in Decentraland.   SELFRIDGES

According to Selfridges creative director Sebastian Manes, it is through such experimentation that the retailer continues to innovate. "This is how we test and learn and decide in the long-term what works for our brand and our customers," he said, adding that he is currently evaluating new applications for Web 3.0 blockchain technology.

A particular area of interest is within ReSelfridges, the brand's luxury resale arm as ledger based technology offers a means of authenticating provenance.

Just like the early days of the internet and e-commerce, Web 3.0 still has some way to go in terms of user experience which is far from seamless. However, as the brand representatives interviewed here all testify, the opportunities are immense and this is one big retail experiment from which they are confident they will profit in the longterm. *WAGMI.

Follow me on *Twitter* or *LinkedIn*.

*Web 3.0 community speak meaning 'we all gonna make it'.



Stephanie Hirschmiller

I am a journalist and digital consultant based between Paris and London covering fashion, luxury and Web 3.0. My editorial portfolio traverses industry... **Read More**

Editorial Standards          Print          Reprints & Permissions

---

LEADERSHIP

# First Searchable Database Of College Promise Programs Connects Students To Funding And Supports

**Constance Carroll** Brand Contributor
**Civic Nation** BRANDVOICE | Paid Program

**Eduardo J. Padrón** Brand Contributor
**Civic Nation** BRANDVOICE | Paid Program

Jul 20, 2022, 09:30am EDT

The pandemic highlighted what we've been saying for years – there is no one-size-fits-all when it comes to college. Each student has unique skills, needs, and dreams. And that same description is true of the 350+ College Promise programs in the U. S., spread across 48 states.

Ensuring that students have the opportunity to make the right or best-fit program choice is paramount to increasing equity within our siloed

Document title: How Luxury Retail's Big Metaverse Fashion Week Experiment In Decentraland Played Out With Virtual Stores, NFT Wearables, A Bored Ape…
Capture URL: https://www.forbes.com/sites/stephaniehirschmiller/2022/03/27/how-luxury-retails-big-metaverse-fashion-week-experiment-in-decentraland-played-out-wit…
Capture timestamp (UTC): Tue, 02 Aug 2022 13:46:30 GMT
Page 5 of 7
HERMES_0010626

College Promise programs in the U. S., spread across 48 states.

Ensuring that students have the opportunity to make the right or best-fit program choice is paramount to increasing equity within our siloed education and workforce systems. If low-income students do not know about or have access to local, state, and federal scholarships (financial aid), and other essential wrap-around supports like a tutor, mentor, or Internet access, they will face even. greater challenges navigating and succeeding in our colleges, universities, and career schools. One tool to help connect students with College Promise programs to help match their unique needs and goals is the newly-released MyPromise tool.

MyPromise enables students and families from all walks of life to have more options than ever before to realize their college and career dreams. MyPromise provides access to the first-ever searchable database of the growing number of College Promise programs in our communities and states.



Students compare notes on educational opportunities.  STOCK/CANVA

America's youth and adults, whether they are first-generation, parents, military active duty, veterans, or undocumented, as well as counselors and other professionals ready to help students meet their postsecondary education and career goals will have the freely-available access to learn about and compare the 247 local and 109 statewide College Promise programs located across the country.

"Without this program, I would not be in school working toward a career. I wouldn't have been able to pay for school and I would still be making minimum wage at a dead-end job, especially in this economy with rising inflation," said one student at Milwaukee Area Technical College.

In addition to centralizing information like scholarship availability, eligibility requirements, and other entrance requirements, the MyPromise tool also includes details about critical wrap-around supports. While they take various forms, these are critical resources beyond scholarships and financial aid that help students to, through, and beyond college.

Parents with young children need access to affordable childcare. Students in foster care benefit from counseling services to help them complete financial aid applications. Integrated classes and student resources support DREAMers, which positively impacts thousands of undocumented students who do not have access to federal student aid. Adult students benefit from more tailored programming like mid-career counseling, child care services, and hybrid or evening class models. All students are better off when they have access to critical health care including mental health support as they navigate one of the most important decisions and transitions into adulthood and throughout the rest of their lives.

College Promise was created to build momentum and support for programs with many different models, but the same core mission: making college universal, free, and accessible. MyPromise will help students research and compare Promise programs so that they can make better decisions about their educational options beyond high school. The strength of College Promise – and why we've seen such huge growth in the last six years – is because Promise programs meet students where they are so that students will not only make more informed choices

states.


Students compare notes on educational opportunities.  STOCK/CANVA

America's youth and adults, whether they are first-generation, parents, military active duty, veterans, or undocumented, as well as counselors and other professionals ready to help students meet their postsecondary education and career goals will have the freely-available access to learn about and compare the 247 local and 109 statewide College Promise programs located across the country.

"Without this program, I would not be in school working toward a career. I wouldn't have been able to pay for school and I would still be making minimum wage at a dead-end job, especially in this economy with rising inflation," said one student at Milwaukee Area Technical College.

In addition to centralizing information like scholarship availability, eligibility requirements, and other entrance requirements, the MyPromise tool also includes details about critical wrap-around supports. While they take various forms, these are critical resources beyond scholarships and financial aid that help students to, through, and beyond college.

Parents with young children need access to affordable childcare. Students in foster care benefit from counseling services to help them complete financial aid applications. Integrated classes and student resources support DREAMers, which positively impacts thousands of undocumented students who do not have access to federal student aid. Adult students benefit from more tailored programming like mid-career counseling, child care services, and hybrid or evening class models. All students are better off when they have access to critical health care including mental health support as they navigate one of the most important decisions and transitions into adulthood and throughout the rest of their lives.

College Promise was created to build momentum and support for programs with many different models, but the same core mission: making college universal, free, and accessible. MyPromise will help students research and compare Promise programs so that they can make better decisions about their educational options beyond high school. The strength of College Promise – and why we've seen such huge growth in the last six years – is because Promise programs meet students where they are so that students will not only make more informed choices about college, but they will have a more equitable path into the workforce and the American Dream.

 Constance Carroll

Constance M. Carroll is the Founder, President & CEO of the California Community College Baccalaureate Association. Previously, Dr. Carroll served as... **Read More**

 Eduardo J. Padrón

President Emeritus, Miami Dade College, Honorary Chair, College Promise National Advisory Board Member An American by choice, Dr. Eduardo J. Padrón... **Read More**

Editorial Standards          Print          Reprints & Permissions

Document title: How Luxury Retail's Big Metaverse Fashion Week Experiment In Decentraland Played Out With Virtual Stores, NFT Wearables, A Bored Ape…
Capture URL: https://www.forbes.com/sites/stephaniehirschmiller/2022/03/27/how-luxury-retails-big-metaverse-fashion-week-experiment-in-decentraland-played-out-wit…
Capture timestamp (UTC): Tue, 02 Aug 2022 13:46:30 GMT          Page 7 of 7
HERMES_0010628