# Exhibit 65

**Part 1**



| | |
|---|---|
| Document title: | Fashion NFT, Web3, Metaverse Projects June 2022 \| HYPEBAE |
| Capture URL: | https://hypebae.com/2022/7/best-fashion-nft-web3-metaverse-projects-releases-crypto-burberry-gucci-lacoste |
| Page loaded at (UTC): | Mon, 01 Aug 2022 15:25:30 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 15:26:49 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 18 |
| Capture ID: | 8589ff7f-216a-442f-9790-1baeda51eda9 |
| User: | baker-nsamad |

PDF REFERENCE #:    4iPW5aZG2BYcDp1GyJpXSX



hypebae   LATEST   FASHION   FOOTWEAR   BEAUTY   SEX & DATING   MUSIC   CULTURE   ENTERTAINMENT   SHOP   •••     FOLLOW

Sasha Katz

# DIVING INTO DIGITAL: OUR FAVORITE NFT, VIRTUAL FASHION AND WEB3 PROJECTS OF JUNE 2022

From Ahluwalia's NFT collection, to AMBUSH's multi-verse sneaker.

**FASHION**

Jul 4, 2022

By Cait Monahan

🔥 4,234 Hypes

**SHARE THIS ARTICLE**

🔗 Link
f  Share
✉️ Email
🟢 Send
•••  More

The metaverse offers opportunities for digital designers and brands alike to explore new forms of creativity and self-expression through NFTs, in-game brand experiences and virtual storytelling. This month, we saw NFT.NYC take over New York City with immersive events and product launches designed for the digitally inclined, while, London Fashion Week went digital with the help of Ahluwalia's NFT collection. Elsewhere, Salvatore Ferragamo surprised its audience with multiple metaverse initiatives and Depop tapped into The Sims 4 community in style.

Continue scrolling to see this month's roundup of our favorite cyber collections and Web3 initiatives.

If you haven't already, check out Hypemoon, our Web3-focused content platform covering cryptocurrency, metaverse, NFT and blockchain news from a cultural lens.

## Salvatore Ferragamo tapped SHXPIR to produce a customizable NFT.



Document title: Fashion NFT, Web3, Metaverse Projects June 2022 | HYPEBAE
Capture URL: https://hypebae.com/2022/7/best-fashion-nft-web3-metaverse-projects-releases-crypto-burberry-gucci-lacoste
Capture timestamp (UTC): Mon, 01 Aug 2022 15:26:49 GMT
Page 1 of 17

HERMES_0010430

FASHION
Jul 4, 2022
By Cait Monahan
4,234 Hypes

SHARE THIS ARTICLE
Link
Share
Email
Send
... More



It's clear the tides are turning at Salvatore Ferragamo, with the recent announcement of Maximilian Davis as the new creative director and now, a new, state-of-the-art retail store at the heart of Soho, NYC. In celebration of its new location, the brand partnered with digital artist SHXPIR to produce a personalized NFT collection. This is an example of a brand entering the metaverse with purpose. Firstly, the NFT is free of charge with the aim to welcome new community members into the experience. Next, the brand built a multi-sensory booth for users to create the NFT — seamlessly blending Web3 with immersive retail. Lastly, to complement the digital artwork, Ferragamo produced a limited-edition capsule collection with all proceeds donated to LGBTQ+ organization, The Center. And, we can't forget the store's hologram station, which allows users to digitally customize the brand's new sneaker, 6R3ENE. All in all, we can't wait to see what's next as Ferragamo continues to blend URL and IRL consumer moments. Check out more on the brand's website.

## Lacoste unveiled a new Web3 universe and collaborative digital community.



Document title: Fashion NFT, Web3, Metaverse Projects June 2022 | HYPEBAE
Capture URL: https://hypebae.com/2022/7/best-fashion-nft-web3-metaverse-projects-releases-crypto-burberry-gucci-lacoste
Capture timestamp (UTC): Mon, 01 Aug 2022 15:26:49 GMT                                Page 2 of 17

HERMES_0010431

FASHION

Jul 4, 2022

By Cait Monahan

4,234 Hypes

SHARE THIS ARTICLE

Link

Share

Email

Send

More

View more on Instagram

14,011 likes

lacoste

At #Lacoste, we believe in a brand experience created by the community for the community. Since a few days, the #UNDW3 platform has been launched to gather every Lacoste enthusiast around a new digital ecosystem, launching the first ever Lacoste NFT.
New NFT owners will enter a creative journey, and be rewarded with exclusive products, contents and events. They will be able to take part in the future of the brand and co-create concrete projects with the 🐊.
A new era that is just the continuation of Lacoste brand mission: to liberate movement and connect cultures.

Discover more at the link in bio
#UNDW3 #LacosteNFT #WEB3

view all 177 comments

Add a comment...

After a successful collaboration with Minecraft, Lacoste took its next step into Web3 with the launch of its new digital universe "UNDW3." Pronounced "underwater," the Discord community, which currently has 30,000 users and growing, will allow consumers to co-create with the brand and stay informed on new innovations. In line with the launch on "UNDW3," Lacoste dropped 11,212 NFT pieces referencing the L1212 polo shirt. To join the community and discover more, check out Lacoste's UNDW3 website.

## AMBUSH partnered with Zellerfeld for a wearable multi-verse sneaker.

ambush_official
Jumbo · The Mandela Effect
View profile

View more on Instagram

1,558 likes

ambush_official

Introducing AMBUSH® x @zellerfeldofficial '100S'

We bring you the '100S', a 3D printed sneaker that can be worn in real life and in the #Metaverse. 👟

Each sneaker comes with a corresponding #NFT that unlocks the shoe as a wearable within the AMBUSH METAVERSE #SILVERFCTRY.

Meet at @stadiumgoods SoHo during #NFTNYC2022 for a chance to win a pair of these limited edition sneakers! We will also hold a raffle iside SILVER FCTRY from 20th

WHERE:
⚫Stadium Goods SoHo / 47 Howard Street, New York, NY 10013
⚫SILVER FCTRY / https://ambushsilverfctry.io** (Take off 6/20)

June 20th - June 23rd

QUANTITIES:
⚫2 pairs at Stadium Goods SoHo +
1 pair at SILVER FCTRY

POW!® REBOOT and GITD holders will be able to scan a QR Code at the locations listed above to enter the raffle. 💢If you don't currently own a corresponding POW!



FASHION

Jul 4, 2022

By Cait Monahan

4,234 Hypes

SHARE THIS ARTICLE

Link

Share

Email

Send

More



As pioneers in the pivot to Web3, AMBUSH returned to the metaverse in partnership with New York-based shoe company Zellerfeld. The team produced a 3D-printed slip-on sneaker dubbed the 100S in neon green using sustainable technology and circular design. The physical shoe is complemented by an NFT that unlocks the design in the AMBUSH SILVER FCTRY as well as a certificate of ownership. While the collection is now sold out, you can learn more about the efforts of the partnership on AMBUSH's Discord channel.

### Gucci collaborated with 29 digital artists in its new NFT exhibition "The Next 100 Years of Gucci."



After the launch of Gucci Town on Roblox in May, the luxury house introduced a new metaverse offering dubbed the Vault Art Space. The first exhibition, titled "The Next 100 Years of Gucci," pays homage to the brand's heritage as it dives deeper into digital. The exhibition, held in collaboration with NFT marketplace SuperRare, is comprised of 29 digital artists interpreting the Gucci brand in their own, unique styles. The first drop features artworks from eBoy, Alanna Vanacore, An Chen, Sasha Katz and Kris Andrew Small.

### The Fabricant co-created a digital fashion collection with World of Women.



Document title: Fashion NFT, Web3, Metaverse Projects June 2022 | HYPEBAE
Capture URL: https://hypebae.com/2022/7/best-fashion-nft-web3-metaverse-projects-releases-crypto-burberry-gucci-lacoste
Capture timestamp (UTC): Mon, 01 Aug 2022 15:26:49 GMT
Page 4 of 17
HERMES_0010433

Case 1:22-cv-00384-JSR   Document 72-79   Filed 10/07/22   Page 7 of 8

FASHION

Jul 4, 2022

By Cait Monahan

🔥 4,234 Hypes

SHARE THIS ARTICLE

🔗 Link
📘 Share
✉ Email
💬 Send
••• More




Amsterdam-based digital fashion house The Fabricant has been a key player in metaverse fashion since 2019 when the company sold a digital dress for $9,500 USD on the blockchain. Since then, The Fabricant has been demystifying the digital landscape, most recently in a collaboration with the NFT platform World of Women. The collection sees 27 looks from a range of digital fashion designers including Anna Liedtke and Naama Turner. Designed to make Web3 more fashionable and diverse, the collection is available now on The Fabricant's website.

## Burberry released a second NFT collection with Mythical Games.



Document title: Fashion NFT, Web3, Metaverse Projects June 2022 | HYPEBAE
Capture URL: https://hypebae.com/2022/7/best-fashion-nft-web3-metaverse-projects-releases-crypto-burberry-gucci-lacoste
Capture timestamp (UTC): Mon, 01 Aug 2022 15:26:49 GMT
Page 5 of 17

HERMES_0010434

FASHION

Jul 4, 2022

By Cait Monahan

🔥 4,234 Hypes

SHARE THIS ARTICLE

🔗 Link

f Share

✉ Email

🟢 Send

••• More



In its flagship title Blankos Block Party, Burberry partnered with Mythical Games to create an NFT collection as well as a bespoke social community for users to come together in the digital world. The limited-edition Burberry Blanko NFT is a cheeky mythical character named Minny B, who is fabulously wrapped in Burberry's new TB Summer Monogram print. Burberry's new virtual community named "The Oasis" is a game where players can enjoy digitized beaches and branded sailboats, and connect with other users. The NFT collection is now available for in-game purchase on Blankos Block Party's website.

## Ahluwalia set out to diversify the Web3 landscape with its first NFT collection.



London-based brand Ahluwalia complemented its Spring/Summer 2023 collection "Africa is Limitless" with a digital fashion counterpart of the same name. Launched at LFW, the NFT collection was made in collaboration with the digital fashion community BNV. As the metaverse continues to gain traction, it still lacks diversity and representation mirroring the challenges of the IRL fashion industry. Ahluwalia's refreshing take on digital fashion opens room to celebrate global digital designers while donating 40% of the proceeds from sales to the Black Cultural Archives. The "Africa is Limitless" digital fashion collection is available now on BNV's website.

## Depop went digital with *The Sims 4*.

