# Exhibit 65

**Part 2**



## FASHION

Jul 4, 2022

By Cait Monahan

🔥 4,234 Hypes

SHARE THIS ARTICLE

🔗 Link
f Share
✉ Email
💬 Send
··· More



London-based online marketplace Depop launched in-game clothing in partnership with *The Sims 4*. The collaboration utilized existing Depop sellers who helped to develop custom pieces as a part of *The Sims 4* "High School Years" Expansion Pack. Bringing secondhand fashion into the digital arena, the brands involved showcase how digital fashion can be fun, sustainable and affirming of a wide range of identities. The collaboration will be available on June 28 with the option to pre-order now on *The Sims 4* website.

## Metaverse streetwear community Dopamine launched at NFT.NYC.





FASHION
Jul 4, 2022
By Cait Monahan
4,234 Hypes

SHARE THIS ARTICLE
Link
Share
Email
Send
More



Dopamine is a newcomer to the Web3 space, having launched officially at NFT.NYC on June 23. The Web3 streetwear hub has embarked on building a metaverse, hypebeast community which collaborates with NFT designers and brands to deliver bespoke IRL and URL collectibles. The collective offers community members access to pop-ups at the likes of Coachella and Sneaker Con as well as a DAO to co-create the Dopamine brand. As there are multiple overlaps in attitudes of the Web3 and streetwear consumers, we're definitely going to keep an eye on Dopamine in the future. For more information on its drops and Discord channel, head to Dopamine's website.

AMBUSH   Burberry   Gucci   Editorials   Salvatore Ferragamo   Lacoste   Depop   The Sims   Blockchain   NFT

See More

Shop on HBX

Ambush
Small Heart Padlock Earring
US$256

Ambush
Waves Beach Shorts
US$122

Ambush
Monogram Sweatpants
US$392

Ambush
Butterfly Charm Earring
US$315



0 Comments   HYPEBEAST   🔒 Disqus' Privacy Policy                                                                                                1 Login

♡ Favorite   Tweet   f Share                                                                                                                              Sort by Best

Start the discussion…

LOG IN WITH                     OR SIGN UP WITH DISQUS (?)

                                Name

                                Email

                                Password

☐ I agree to Disqus' Terms of Service

☐ I agree to Disqus' processing of email and IP address, and the use of cookies, to facilitate my authentication and posting of comments, explained further in our Privacy Policy

☐ I agree to additional processing of my information, including first and third party cookies, for personalized content and advertising as outlined in our Data Sharing Policy

Be the first to comment.

✉ Subscribe   ⚠ Do Not Sell My Data





## What To Read Next





FASHION

### Diving Into Digital: Our Favorite NFT, Virtual Fashion and Web3 Projects of May 2022

From Gucci and Balenciaga launching crypto payments, to INJURY's multiverse short film.

By HB Team   May 30, 2022

4,136 Hypes



FASHION

### Diving Into Digital: Our Favorite Fashion NFT and Web3 Projects of Spring 2022

From AMBUSH's virtual space to adidas Originals' avatar creation platform.

By HB Team   Apr 19, 2022

4,538 Hypes



FASHION

### Kim Kardashian Is a Chic Goddess Fronting Balenciaga's Latest Campaign

Starring the reality star as well as Isabelle Huppert.

By Jennifer Machin   Feb 1, 2022

5,534 Hypes



BEAUTY

### Guerlain's Upcoming Fragrance Honors Cherry Blossom Season

Gold, black and white petals adorn the Bee Bottle, signifying an age-old Japanese tradition.

By HB Team   Feb 1, 2022

1,529 Hypes



🔥 1,529 Hypes

**FOOTWEAR**

**Here's a Full Look at the HUF x Nike SB Dunk Low "City Pack" Collaboration**

Arriving in 3 styles — "NYC," "San Francisco" and "Friends & Family."

By HB Team   Jul 4, 2022



🔥 1,470 Hypes

**FILM & TV**

**Spotify's "Upside Down" Playlist Tells Which Song Will Save You From Vecna**

The latest partnership between the music streamer and Netflix.

By HB Team   Jul 4, 2022

🔥 69,907 Hypes

**FASHION**

**Grunge and Fetish-Inspired Looks Dominate Paco Rabanne's SS23 Collection**

Titled "On a Mission."

By HB Team   Jul 3, 2022



🔥 1,510 Hypes

**FOOTWEAR**

**10 Sneakers Releasing This Week**

Triple black NOCTAs, sustainable AF1s and more.

By Jascmeen Bush   Jul 3, 2022



🔥 13,251 Hypes

**ENTERTAINMENT**

**Lindsay Lohan Is Married**

"My life and my everything. Every woman should feel like this everyday," the star shared.

By HB Team   Jul 3, 2022

