# Exhibit 65

**Part 3**




ENTERTAINMENT

Lindsay Lohan Is Married

"My life and my everything. Every woman should feel like this everyday," the star shared.

By HB Team   Jul 3, 2022

4,943 Hypes




ENTERTAINMENT

Halsey Opens up About Suffering 3 Miscarriages, Saying Abortion Saved Her Life

The singer detailed her experience in an open letter to 'Vogue.'

By HB Team   Jul 3, 2022

2,125 Hypes



ENTERTAINMENT

Jhené Aiko and Big Sean Are Expecting Baby #1

A rep shared that they are "overjoyed and look forward to this next chapter."

By HB Team   Jul 3, 2022

74,369 Hypes



FASHION

How 8 Real People Style RHUDE

Tees with slip dresses, jerseys with boots and more.

By HB Team   Jul 3, 2022

2,077 Hypes



FASHION

Sustainable Jewelry Brand Maŕa Peralta Studio Releases "Destruction" Collection

Approved by Emma Chamberlain and Grimes.

By HB Team   Jul 2, 2022



15,170 Hypes

**ART & DESIGN**
Saint Laurent Celebrates Love With "The Pink Matter" Exhibition
The in-store display supports 22 artists.
By HB Team   Jul 2, 2022

1,886 Hypes



**FASHION**
Jewelry Brand Loveness Lee Launches "Aevum Gold Edition" Collection
Featuring freshwater pearls.
By Collette Grimes   Jul 2, 2022

1,021 Hypes



**FOOTWEAR**
New Balance Has a 550 Collab With COMME des GARÇONS Homme on the Way
A monochromatic pair.
By YeEun Kim   Jul 2, 2022

2,157 Hypes



**FASHION**
Ella Mai Is Lacoste's Newest Global Ambassador