# Exhibit 65

**Part 4**

**FASHION**

### Ella Mai Is Lacoste's Newest Global Ambassador

As the face of the brand's new fashion-sport silhouette.

By YeEun Kim · Jul 2, 2022

1,466 Hypes



HONDA

A dream is the spark of greatness.
But it's nothing without drive.
Powered by determination.

LEARN MORE

Honda HR-V

**FASHION**

### Hunter Schafer, Kendall Jenner and More Front Prada's FW22 Womenswear Campaign

Celebrating individuals and individuality.

By YeEun Kim · Jul 2, 2022

5,439 Hypes

**FOOTWEAR**

### 'Sailor Moon' x Jimmy Choo Team Up on Bedazzled Boots

Celebrating the anime series' 30th anniversary.

By YeEun Kim · Jul 2, 2022



74,424 Hypes

**MUSIC**

### HYBE's New Music Label ADOR Announces Upcoming K-Pop Girl Group

Teased with a series of colorful rabbit graphics.

By YeEun Kim · Jul 2, 2022



8,043 Hypes

HONDA

A dream is the spark of greatness.
But it's nothing without drive.

LEARN MORE

Honda HR-V

**TECH**

### Depop Brings Circular Fashion Designs to 'The Sims 4'

Connecting sustainable fashion with the digital world.

By Collette Grimes · Jul 1, 2022



Connecting sustainable fashion with the digital world



By Collette Grimes   Jul 1, 2022

🔥 1,216 Hypes



FASHION

The Best Emerging LGBTQ+ Designers of 2022

From Marshall Columbia to Jackson Wiederhoeft.

By Collette Grimes   Jul 1, 2022

🔥 1,880 Hypes



FASHION

Givenchy Collaborates With Disney To Present '101 Dalmatians' Collection

Featuring Kate Moss.

By Collette Grimes   Jul 1, 2022

🔥 3,091 Hypes



SEX & DATING

'Im Too Pretty for This' Is Your New Villian Era Anthem

You're welcome.

By Gigi Fong   Jul 1, 2022

 5,087 Hypes



CULTURE

July 2022 Monthly Horoscope: Get Ready for a Comet and Retrograde

Get ready to dig deep.

By Collette Grimes   Jul 1, 2022

🔥 17,306 Hypes

Document title: Fashion NFT, Web3, Metaverse Projects June 2022 | HYPEBAE
Capture URL: https://hypebae.com/2022/7/best-fashion-nft-web3-metaverse-projects-releases-crypto-burberry-gucci-lacoste
Capture timestamp (UTC): Mon, 01 Aug 2022 15:26:49 GMT





🔥 17,308 Hypes



CULTURE

**Your Guide on How To Use Crystals for Spiritual Growth**

From amethyst for mental clarity to clear quartz for stability.

By Collette Grimes   Jul 1, 2022

🔥 8,910 Hypes



ENTERTAINMENT

**'Stranger Things' Star Maya Hawke Says She Wouldn't Exist Without Roe v. Wade**

"Both of my parents' lives would've been totally derailed if [my mom] hadn't had access to safe and legal health care."

By Navi Ahluwalia   Jul 1, 2022

🔥 4,828 Hypes

SEX & DATING

**5 Sex Life Red Flags, According to an Expert**

Time to elevate your sex life.

By Gigi Fong   Jul 1, 2022

🔥 5,579 Hypes



FOOTWEAR

**The New Shadow 6000 Saucony Creek Is a Pastel-Lover's Dream**

Paying tribute to Pennsylvania's Saucony Creek.

By Navi Ahluwalia   Jul 1, 2022

🔥 2,451 Hypes



SEX & DATING

**4 Erotic Artists Defying Censorship and Celebrating Sexuality**

Dive into the underrepresented art form that dismantles sex negativity with every stroke.



Document title: Fashion NFT, Web3, Metaverse Projects June 2022 | HYPEBAE
Capture URL: https://hypebae.com/2022/7/best-fashion-nft-web3-metaverse-projects-releases-crypto-burberry-gucci-lacoste
Capture timestamp (UTC): Mon, 01 Aug 2022 15:26:49 GMT

HERMES_0010444