# Exhibit 65

## Part 5



**FOOTWEAR**

The New Shadow 6000 Saucony Creek Is a Pastel-Lover's Dream

Paying tribute to Pennsylvania's Saucony Creek.

By Navi Ahluwalia   Jul 1, 2022



2,451 Hypes

**SEX & DATING**

4 Erotic Artists Defying Censorship and Celebrating Sexuality

Dive into the underrepresented art form that dismantles sex negativity with every stroke.

By Gigi Fong   Jul 1, 2022



10,813 Hypes

**FILM & TV**

This Never-Before-Seen Clip From 'The Office' Perfectly Showcases Michael Scott's Witty Logic

The hilarious deleted scene is from season five's "The Surplus" episode.

By Jennifer Machin   Jul 1, 2022



1,086 Hypes

**FILM & TV**

Here's Everything Coming To and Leaving Netflix in July 2022

Get ready to watch 'Mean Girls' and 'Stranger Things'.

By Collette Grimes   Jul 1, 2022



1,945 Hypes

**MUSIC**

Cardi B Drops Her First Single of the Year: "Hot Shit" Featuring Kanye West and Lil Durk

After she almost canceled the release of the track.

By Jennifer Machin   Jul 1, 2022





After she almost canceled the release of the track.

3,898 Hypes





FASHION
Ukrainian Brand Anoeses Unveils NKD 2022 Collection
Featuring latex and mesh lingerie.
By Collette Grimes   Jul 1, 2022

25,740 Hypes





CULTURE
Kate Moss Is Diet Coke's New Creative Director
Making her the brand's first Creative Director in over a decade.
By Navi Ahluwalia   Jul 1, 2022

38,840 Hypes





FOOTWEAR
Dior Releases Diorquake Clogs and Sandals
From the brand's Fall 2022 collection.
By Collette Grimes   Jul 1, 2022

3,337 Hypes