# Exhibit 66

3/30/22, 12:05 PM
Glitches, Glamour, and Graphics Cards: Notes from Decentraland's First Metaverse Fashion Week | Vogue
Case 1:22-cv-00384-JSR Document 72-84 Filed 10/07/22 Page 2 of 14



Luke Leitch at Decentraland's first Metaverse Fashion Week. Photo: Courtesy of Luke Leitch

RUNWAY

# Glitches, Glamour, and Graphics Cards: Notes From Decentraland's First Metaverse Fashion Week

BY LUKE LEITCH

March 29, 2022

The most impressive part of Decentraland's first-ever Metaverse Fashion Week didn't actually happen in the metaverse. Instead it went down on a platform which, while super old-fashioned and not especially cool, still features a pretty evolved UI: reality.

By the time the four-day event had shuttered its virtual schedule last night, Decentraland had scored a roster of real-world fashion exhibitors that most first-time fashion events hosted in untested markets could only ever dream of. Etro, Tommy Hilfiger, Perry Ellis, Dolce & Gabbana, Elie Saab, Hogan, Dundas, Imitation of Christ, Nicholas Kirkwood and beauty behemoth Estée Lauder had all staked out claims to Decentraland's emerging territory. Even hype-ier, real-world media outlets across fashion (including *Vogue*, of course) and tech had covered the event—or at

least covered the press releases related to the event—while even the UK's pre-eminent tabloid, *The Sun*, sent a reporter.

So what was the digital event that generated that real-world interest and hype really like? Well, the first thing to say is that if you are going to get into Decentraland, your hardware is *way* more important than your wearables. As my *Vogue Business* colleague Maghan McDowell confirmed as we WhatsApped during the shows, the experience was often frustratingly glitchy and lag-heavy. Lots of the user comments that ran alongside my clumsy rambles through the platform's fashion zones backed this up. Almost certainly, however, this was less down to Decentraland's failings than ours: basically you need one of those weird-looking Battlestar Galactica-styled gaming PC's with a monstrous graphics card to get the best out of the metaverse.

That aside, the experience was diverting. Connecting a wallet and setting up an avatar was easy enough. I tried to be as realistic as possible, kitting myself as a white-haired, fully bearded male with a questionable dress sense: my looks were straight off the Decentraland starter menu and ran from a skull tank top and skirt combo to a pair of red dungaree shorts that were popular amongst newbs like me. Decentraland did not offer the option to alter your avatar's body-shape. While actually pretty true to real-life sample size culture, this was a little disappointing.

After a pre-show trial session spent exploring Decentraland's 'Luxury Fashion District'—maybe it was too early, but the only fashion space I teleported to was an empty DKNY store—I had got to grips with the general vibe, plus communed with a giant penguin. Because I've got kids I've spent a long time on Roblox and Minecraft: there was lots to recognize here.



Photo: Courtesy of Etro

HERMES_0009715



Photo: Courtesy of Etro

Case 1:22-cv-00384-JSR  Document 72-84  Filed 10/07/22  Page 6 of 14



HERMES_0009717

Case 1:22-cv-00384-JSR Document 72-84 Filed 10/07/22 Page 7 of 14



Photo: Courtesy of Etro

The two shows I really zoned in on were Etro and Dolce & Gabbana. Both were held in Decentraland's fashion arena. The format of both was very similar; the looks emerged from two sort of belching flowers at either end of the runway. The models—Etro cast human-ish avatars while Dolce put cats on the catwalk—walked a figure-eight

HERMES_0009718

Case 1:22-cv-00384-JSR  Document 72-84  Filed 10/07/22  Page 8 of 14

circuit and stopped on occasion to throw poses. Audience avatars would regularly crash the runway, flying hither and thither, but there was no security. Once their walk was done the models were dragged into the sky by some alien abduction-style tractor beam. Fashion wise, Etro leaned into 'realistic' pieces—paisley printed separates in zingy tones—while Dolce was more otherworldly, with plenty of leopard print.

Possibly more interesting than the shows were the fellow guests; in Decentraland any cosplay fantasies can be expressed regardless of physical reality. There were elves, angel-winged orc thingies, blondes in knitwear, dudes with wings. When I got to the Philipp Plein party there was an avatar there who I was almost certain must have been Philipp himself: as well as labeling himself thus, he was wearing a silver biker jacket and pants under a Daft Punky mask with glowing eyes—very PP. For some reason he did not engage with the bearded guy in scarlet dungaree shorts.



Photo: Courtesy of Luke Leitch

Reader, I'm not going to lie: the weather in Milan is outrageously fine at the moment and I had a busy weekend scheduled. Tired of glitches I watched Grimes close the week for Auroboros via a stream run by someone with a more powerful graphics card than me.

My three main takeaways from this first Decentraland fashion week were as follows. Firstly, despite all that real world hype, it was very sparsely attended. Only around 250 people/elves had signed up to attend Dolce, and 90 to attend Plein when I checked shortly before. I asked Etro how many people were at their show and have not heard back, but the rows of empty benches during the show were pretty telling.

Secondly, the first point doesn't really matter. Thanks to the massive amounts of real-life hype Decentraland generated by giving real-world fashion brands with metaverse FOMO a space to show their wearables—which I

HERMES_0009719

guess are destined to be turned into NFTs or other buyable commodities—Decentraland put its map on the fashion map.

Last of all, I can definitely see this event evolving into something much more engaging. Whether on Decentraland or other platforms like Sandbox—or even good old Roblox—there are communities of people who are replicating in various metaverse outposts behaviors that people (or people dressed as elves) have long cultivated in reality. And fashion is one of those behaviors. So we're all just going to need a better graphics card.



Photo: Courtesy of Luke Leitch

## Vogue Runway

The epicenter of runway news, street style, and emerging trends.

SIGN UP NOW

By signing up you agree to our User Agreement and Privacy Policy & Cookie Statement.

READ MORE

RUNWAY

Previewing Metaverse Fashion Week: Digital fashion's big experiment

BY MAGHAN MCDOWELL

HERMES_0009721

FASHION

## The *Euphoria* Girls Can't Get Enough of Danielle Guizio

BY CHRISTIAN ALLAIRE

HERMES_0009722

SPONSORED

Iris Apfel Has A Century's Worth Of Advice On How To Define Your Own Style

SPONSORED BY GE APPLIANCE

RUNWAY

The Fall 2022 Season, In Designers' Own Words

BY LAIRD BORRELLI-PERSSON

SHOPPING

The Ultimate Guide to Shopping Spring Trends in 2022

BY STEFF YOTKA AND MADELINE FASS

RUNWAY

The Fall 2022 Street Style Trends You Need to Know

The Fall 2022 Street Style Trends You Need to Know

BY LAIRD BORRELLI-PERSSON AND IRENE KIM

HERMES_0009725