# Exhibit 69

13/07/22, 4:08 PM

---

**CHAPTER 2**

Kenneth Loo <ken@chapter2agency.com>

---

## Birkin NFT: Everything You Need To Know About The 'Handbag' Of The Future
1 message

---

**Kenneth Loo** <ken@chapter2agency.com>                                    Fri, Dec 17, 2021 at 3:07 PM
To: clementina.jackson@condenast.co.uk, Clara Jeon <clara@chapter2agency.com>

Clementina;

We represent Mason Rothschild, the artist behind the MetaBirkins NFT.

We need this article corrected immediately.
https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/

Hermes did not create this NFT, this was created by Mason Rothschild.
Please see the attached official press release.

Can this be repaired ASAP? The headline should especially reflect the full name of the artwork.

Ken


+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

---

📄 **PRESS RELEASE_ ARTIST MASON ROTHSCHILD UNLEASHES 100 "METABIRKINS" NFTS DURING ART BASEL MIAMI 2021.pdf**
377K



EXHIBIT
3-7

KLOO_0000030