# Exhibit 70

PageVault

| | |
|---|---|
| Document title: | Hermès Goes Virtual With Launch Of Birkin Bags As NFTs |
| Capture URL: | https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/ |
| Page loaded at (UTC): | Mon, 01 Aug 2022 14:02:39 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 14:03:26 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | ec9bcb04-c073-489d-b8ae-2e974e847480 |
| User: | baker-nsamad |

PDF REFERENCE #:    kPg7nmFHFQQVMGhEY3sZP5

HERMES_0010293

ELLE  NEWS  FASHION  BEAUTY  LIFE + CULTURE  SUBSCRIBE  NEWSLETTER  UK

1 WHAT IS CIRCULAR FASHION?
2 42 OF THE BEST NEW AND UPCOMING TV SHOWS
3 ELLE EDIT: 21 OF THE BEST EYESHADOW PALETTES
4 50 OF THE MOST CHIC ONLINE VINTAGE STORES
5 JUST A SUPER USEFUL GUIDE TO BALANCING OILY SKIN

Vrbo — Vacation homes for whoever you call family — Find yours

We earn a commission for products purchased through some links in this article.

# Birkin NFT: Everything You Need To Know About The 'Handbag' Of The Future

— *'Birkins' for the digital age?*

BY CLEMENTINA JACKSON    18 JAN 2022


INSTAGRAM


Saks — LIMITED TIME ONLY — FN FLASH — UP TO 75% OFF — SHOP SAKS.COM

Promoted Content                Sponsored Links By Taboola


**Super Bowl Ads**
Associated Press


**The shirt company disrupting retail**
Proper Cloth


**The best IPO stock pick of 2016?**
The Motley Fool

**Article updated on 18/01/22:** There is little more desirable in the luxury fashion sphere – or more difficult to get your hands on – than the holy grail of bags: the Hermès Birkin. Created in 1984, it was originally designed for, and then named after, actor Jane Birkin – before ascending to cult status and picking up an ever-heftier price tag and waiting list along with it.

Nowadays, however, it seems there is one other option for bagging a Birkin, and that is in the form of a new NFT, which recently dropped in the digital sphere. The so-called MetaBirkin is the creation of LA-based digital artist Mason Rothschild, and part of a project introduced late last year at Art Basel Miami.

Unsurprisingly, it *immediately* caught the interest of the fashion world – and has since caused quite the stir with Hermès itself, with the French luxury brand now suing Rothschild for trademark infringement, as reported by *BOF*.

**+ MORE FROM ELLE**

**My Style, My Space: Henry Holland**




My Style, My Space: Henry Holland

The best IPO stock pick of 2016?
The Motley Fool



The Hermès Birkin is the ultimate fashion status symbol.
COURTESY OF BRAND



For those of us on the outskirts of the rather complex metaverse, NFT is short for a 'non-fungible token', defined by Collins Dictionary as 'a unique digital certificate, registered in a blockchain, that is used to record ownership of an asset such as an artwork or a collectible'. This essentially means that you can buy and sell the 'metadata' associated with a particular image, just like you would a painting or an actual Hermès Birkin.

It's important to emphasise here that these MetaBirkins are *not* real, in the sense that they're not the products of the French luxury house Hermès, nor are they physical handbags. However, it's the use of the name 'Birkin' which has seemingly made Hermès unhappy and reportedly led the brand to lodge a 47-page complaint to the New York Southern District Court last week.

According to the letter, Rothschild 'simply rips off Hermès' famous Birkin trademark by adding the generic prefix "meta",' and 'there can be no doubt that this success arises from his confusing and dilutive use of Hermès' famous trademarks'.

Rothschild disagrees with Hermès' statement and wrote in an online statement this week: 'I am not creating or selling fake Birkin bags. I've made artworks that depict



Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT
Page 2 of 6
HERMES_0010295

this success arises from his confusing and diultive use of Hermès' famous trademarks'.

Rothschild disagrees with Hermès' statement and wrote in an online statement this week: 'I am not creating or selling fake Birkin bags. I've made artworks that depict imaginary, fur-covered Birkin bags [...] I won't be intimidated.'

Hermès, however, is insisting that the court 'require Rothschild to cease his activities, surrender the MetaBirkins.com domain name to Hermès, and pay damages including his profits from selling the digital assets', as per the article on *BOF*.



Rothschild designed just 100 MetaBirkins, creating a level of exclusivity not dissimilar to that of the original Hermès bag (which can be worth between £8,600 to £145,000), and featuring bright coloured faux fur, patterns and even depictions of famous artworks including the *Mona Lisa*. And while each MetaBirkin was initially sold for a rather modest 0.1ETH (the Ethereum blockchain's cryptocurrency), prices have since skyrocketed to near real-Birkin levels – with some selling for as much as the crypto equivalent of £40,000.



According *BOF* Rothschild addressed the bag's design on Discord, a chat forum used among the crypto community. 'This is my artistic take on an icon, my remix,' he said, prior to any action being taken by Hermès.

While not Hermès-approved, the MetaBirkin is just the latest in a string of high-end fashion NFT launches. Coach, for example, recently released its first collection of NFTs as part of a holiday campaign, while Gucci claims that 'it is only a matter of time' before other luxury brands launch their own after the Italian brand released its first NFT as part of a newly-unveiled auction at Christie's.

And who could forget the now-infamous instance of model Emily Ratajkowski



Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT
Page 3 of 6

HERMES_0010296

time' before other luxury brands launch their own after the Italian brand released its first NFT as part of a newly-unveiled auction at Christie's.

And who could forget the now-infamous instance of model Emily Ratajkowski 'reclaiming' and 'buying back' an image of her by artist Richard Prince as an NFT?

emrata
29.5M followers
View profile

View more on Instagram

emrata

Introducing Buying Myself Back: A Model for Redistribution, an NFT available at auction @christiesinc on May 14.

The digital terrain should be a place where women can share their likeness as they choose, controlling the usage of their image and receiving whatever potential capital attached. Instead, the internet has more frequently served as a space where others exploit and distribute images of women's bodies without their consent and for another's profit. Art has historically functioned similarly: works of unnamed muses sell for millions of dollars and build careers of traditionally male artists, while the subjects of these works receive nothing. I have become all too familiar with this narrative, as chronicled in my 2020 essay for New York Magazine, Buying Myself Back.

NFTs carry the potential to allow women ongoing control over their image and the ability to receive rightful compensation for its usage and distribution. Link in bio for more information

view all 1,371 comments

Add a comment...

With NFTs having well and truly disrupted the traditional art market already, we wait with curiosity to see how they impact the fashion market in the near future.

## Designer Bags We Want To Splash Our Cash On





Teen Chain Bag Triomphe In Yellow Shearling Celine POA Available exclusively (alongside a selection of styles) at Celine's new flagship store at 40 New Bond Street in London. EMMANUEL DE JORNA



+ RELATED STORIES



Blake Lively's Shoes And Bag Collection

Gigi Hadid's Handbag Collection Worth

**CLEMENTINA JACKSON**  DIGITAL FASHION EDITOR

Clementina Jackson is ELLE UK's Acting Digital Fashion Editor, covering everything from celebrity style and industry news to the latest trends.



PROMOTED CONTENT                                                                                                                  Taboola Feed

MORE FROM

FASHION


The Reign of Rina Sawayama Begins Now


Hailey Bieber's Gives Off Athleisure Chic




H&M Sustainable Fashion Awards Winners Revealed


Heidi Klum's Daughter Leni Attends UNICEF Benefit


Digitally Reimagined Marilyn On Mag Cover


Dua Lipa's Style File


Jennifer Lawrence's Style File


H&M Sustainable Fashion Awards Winners Revealed


Heidi Klum's Daughter Leni Attends UNICEF Benefit


Digitally Reimagined Marilyn On Mag Cover


Dua Lipa's Style File


Jennifer Lawrence's Style File


London Fashion Week: Everything You Need To Know


Jennifer Lopez's Breezy Paris Look


Dua Lipa Is Bringing Back The 70s In A Funky Top


Why do men love this shirt company?
Proper Cloth | Sponsored


The Supreme Court nominee is also the dad who loves Westerns, the outdoorsman who…
Associated Press | Sponsored

12 shot, five dead, in single day of shootings in Baltimore
Associated Press | Sponsored


PHOTOS: Winter storm dumps a foot or more of snow on the Northeast
Associated Press | Sponsored

London Fashion Week | Paris Fashion Week | Milan Fashion Week | New York Fashion Week
News | Fashion | Wedding Ideas | Beauty
Hair Trends | Life + culture | Holiday Inspiration | All videos
Elle fashion cupboard

Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT
Page 6 of 6
HERMES_0010299