# Exhibit 71

elle metabirkin nft

All | Videos | Images | News | Shopping | More                                    Tools

About 1,900 results (1.02 seconds)

https://www.elle.com › fashion › birkin-bag-nft
### Hermès Goes Virtual With Launch Of Birkin Bags As NFTs ...
Jan 18, 2022 — Digital artist Mason Rothschild has designed a 100-piece capsule of virtual Hermes Birkin bags – which he is now being sued over by the ...
You've visited this page many times. Last visit: 2/1/22

https://elle.com.sg › 2021/12/20 › the-hermes-birkin-go...
### The Hermès Birkin Goes Digital In The Form of A New NFT
Dec 20, 2021 — Hermes Birkin **NFT ELLE** Singapore ... The so-called **MetaBirkin** is the creation of LA-based digital artist Mason Rothschild, and part of a ...

https://www.businessoffashion.com › news › luxury › her...
### Hermès Sues NFT Creator Over 'MetaBirkin' Sales | BoF ...
Jan 18, 2022 — Hermès is suing the **NFT** creator Mason Rothschild, who has seen viral success marketing a line of digital assets he calls "MetaBirkins.".
Missing: elle | Must include: elle
You've visited this page 2 times. Last visit: 1/19/22

https://www.lofficielusa.com › fashion › hermes-metabi...
### Mason Rothschild's 'MetaBirkin' NFTs Sell for Record Prices
Dec 15, 2021 — Artist Mason Rothschild's new line of exclusive Hermès Birkin bags combine digital entrepreneurship with a more sustainable vision.

https://www.msn.com › money › other › ar-AARUiWg
### Hermès Sues Digital Artist Over His NFT 'MetaBirkin' Bag - MSN
Jan 18, 2022 — The so-called **MetaBirkin** is the creation of LA-based digital artist Mason Rothschild, and part of a project introduced late last year at Art ...

https://news.yahoo.com › nft-artist-metabirkin-nft-proje...
### NFT artist: What is the 'MetaBirkin' NFT project? - Yahoo News
Jan 12, 2022 — **NFT** '**MetaBirkin**' artist and creator Mason Rothschild joined Yahoo Finance and discussed ... son, and two other adults to a. 50m ago. **Elle** ...
You visited this page on 1/31/22.

https://www.ft.com › content
### Hermès clashes with artist who created MetaBirkins NFT
Dec 10, 2021 — Luxury goods group says non-fungible tokens based on its Birkin bag infringe on company's trademark.
Missing: elle | Must include: elle

https://robbreport.com › style › accessories › hermes-bi...
### Hermès Reportedly Sends Cease-and-Desist to Birkin ...
Jan 5, 2022 — Last month at Art Basel Miami, Rothschild, a Los Angeles-based digital creator, launched the **MetaBirkin**, a digital version of the iconic tote ...

https://luxurylaunches.com › fashion › hermes-birkin-nft
### Unable to get the Hermes Birkin bag many are settling for ...
Dec 20, 2021 — Meet, **MetaBirkin**, a new form of **NFT** dropped in the digital space to make it more fashion-forward. The brain behind the ... [Via: **Elle**].

https://www.google.com/search?q=elle+metabirkin+nft&sxsrf=APq-WBuPTKgk-2Kzijn_mJb6V6j6GBAnMA%3A1643768203777&source=hp&ei=i-n5Y…    1/2

HERMES_0009698



Images for elle metabirkin nft

- mason rothschild
- birkin bag
- hermes birkin
- handbag

6 days ago    5 days ago

Feedback

View all

Related searches

nft **sales**             **selling** nft

nft **collectibles**      **nfts art**

1  2  3  4  5  6  7  8  9  10    Next