# Exhibit 72




# L'OFFICIEL

MENU  USA

FASHION

# Mason Rothschild's 'MetaBirkin' NFTs Sell for Record Prices

Artist Mason Rothschild's new line of exclusive Birkin bags combine digital entrepreneurship with a more sustainable vision.

12.15.2021 by Alyssa Kelly





Fashion's NFT craze continues as, last week, another collection of Birkin NFTs was released in the form of the new "MetaBirkin" NFTs designed by Los Angeles artist Mason Rothschild. The project was launched last week during the 2021 Miami Art Basel celebrations, but, following the success of the "Baby Birkin" NFT collection, the 100 MetaBirkin NFTs have already accumulated nearly $450,000 and reached a floor price of 8 ETH.

The range of reimagined Hermès Birkin bags, all intentionally made with faux fur, offer "one-of-a-kind contemporary colors and graphic executions" created by Rothschild in collaboration with Eric Ramirez. Inspired by the increasing interest in fur alternatives, the artist designed the collection as a way to showcase to other brands and designers that upholding cruelty-free design practices and maintaining one's personal artistic vision are not mutually exclusive.

1 / 19



HERMES_0037474



HERMES_0037475

L'OFFICIEL

About   Contacts   Privacy Policy   Cookie Policy

HERMES_0037476