# Exhibit 74

CHAPTER 2

Kenneth Loo <ken@chapter2agency.com>

# Hermès 'MetaBirkins' NFTs Sell for Record Prices — Fashion NFTs Hermés Birkin Bags
5 messages

**Kenneth Loo** <ken@chapter2agency.com>     Sat, Dec 18, 2021 at 1:24 PM
To: alyssa.kelly255@gmail.com, Clara Jeon <clara@chapter2agency.com>
Cc: Mason Rothschild <mase@masonrothschild.com>

Alyssa:

Resending this email.

We represent artist Mason Rothschild, the artist behind MetaBirkins.

We need this article corrected immediately.
www.lofficielusa.com/fashion/hermes-metabirkins-nfts-collection

Hermes did not create this NFT, this was created by Mason Rothschild.
Please see the attached official press release.

Can this be repaired ASAP?

Ken


+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

**Exhibit 65**

📄 **PRESS RELEASE_ ARTIST MASON ROTHSCHILD UNLEASHES 100 "METABIRKINS" NFTS DURING ART BASEL MIAMI 2021.pdf**
377K

**Alyssa Kelly** <alyssa.kelly255@gmail.com>     Sat, Dec 18, 2021 at 1:26 PM
To: Kenneth Loo <ken@chapter2agency.com>

KLOO_0000033

Cc: Clara Jeon <clara@chapter2agency.com>, Mason Rothschild <mase@masonrothschild.com>

Apologies for the delayed response. We amended the post yesterday. Please see the updated version: https://www.lofficielusa.com/fashion/hermes-metabirkins-nfts-collection

[Quoted text hidden]

---

**Mason Rothschild** <mase@masonrothschild.com>  Sat, Dec 18, 2021 at 1:29 PM
To: Alyssa Kelly <alyssa.kelly255@gmail.com>
Cc: Kenneth Loo <ken@chapter2agency.com>, Clara Jeon <clara@chapter2agency.com>

Hello Alyssa,

This is not amended. The headline still reads:

"Hermès 'MetaBirkin' NFTs Sell for Record Prices"
Sub — "Artist Mason Rothschild's new line of exclusive Hermès Birkin bags combine digital entrepreneurship with a more sustainable vision."

This is not an **Hermes Birkin** Bag NFT.

Best,

**MASON ROTHSCHILD**

All information included and work attached, unless stated otherwise, is copyrighted material of Mason Rothschild. Any use without consent is prohibited. If you have received an email from this address and believe you are not the intended recipient, please notify the sender immediately and delete the email. Do not post or send content received from this email elsewhere without permission. Unless stated otherwise, material received from Mason Rothschild is not intended for commercial use. All additional questions can be emailed to: mase@masonrothschild.com

Sent via Superhuman

[Quoted text hidden]

---

**Alyssa Kelly** <alyssa.kelly255@gmail.com>  Sat, Dec 18, 2021 at 1:41 PM
To: Mason Rothschild <mase@masonrothschild.com>
Cc: Kenneth Loo <ken@chapter2agency.com>, Clara Jeon <clara@chapter2agency.com>

Hi Mason,

Thank you for clarifying. The post has been updated again to reflect this. https://www.lofficielusa.com/fashion/hermes-metabirkins-nfts-collection

-Alyssa
[Quoted text hidden]

---

**Mason Rothschild** <mase@masonrothschild.com>  Sat, Dec 18, 2021 at 1:42 PM
To: Alyssa Kelly <alyssa.kelly255@gmail.com>
Cc: Kenneth Loo <ken@chapter2agency.com>, Clara Jeon <clara@chapter2agency.com>

Last request,

Is it possible to change the URL slug.

KLOO_0000034

Best,

**MASON ROTHSCHILD**

All information included and work attached, unless stated otherwise, is copyrighted material of Mason Rothschild. Any use without consent is prohibited. If you have received an email from this address and believe you are not the intended recipient, please notify the sender immediately and delete the email. Do not post or send content received from this email elsewhere without permission. Unless stated otherwise, material received from Mason Rothschild is not intended for commercial use. All additional questions can be emailed to: mase@masonrothschild.com

Sent via Superhuman

> On Sat, Dec 18, 2021 at 10:41 AM, Alyssa Kelly <alyssa.kelly255@gmail.com> wrote:
>> Hi Mason,
>>
>> Thank you for clarifying. The post has been updated again to reflect this. https://www.lofficielusa.com/fashion/hermes-metabirkins-nfts-collection
>>
>> -Alyssa
>>
>> On Sat, Dec 18, 2021 at 1:29 PM Mason Rothschild <mase@masonrothschild.com> wrote:
>>> Hello Alyssa,
>>>
>>> This is not amended. The headline still reads:
>>>
>>> "Hermès 'MetaBirkin' NFTs Sell for Record Prices"
>>> Sub — "Artist Mason Rothschild's new line of exclusive Hermès Birkin bags combine digital entrepreneurship with a more sustainable vision."
>>>
>>> This is not an **Hermes Birkin** Bag NFT.
>>>
>>> Best,
>>>
>>> [Quoted text hidden]
>>> [Quoted text hidden]

KLOO_0000035