# Exhibit 79



GUIMBERTEAU_000037

# SOMMAIRE

**1. Qu'est-ce qu'un NFT (« *non-fongible token* ») ?**

**2. Pour quels usages ?**

**3. Quel enjeux juridiques pour les NFT ?**

**STEPHENSON HARWOOD**

**GUIMBERTEAU_000038**

# SOMMAIRE

## 1. Qu'est-ce qu'un NFT (« *non-fongible token* ») ?

## 2. Pour quels usages ?

## 3. Quel enjeux juridiques pour les NFT ?

**STEPHENSON**
**HARWOOD**

**GUIMBERTEAU_000039**

# 1.1 Le point de départ : la technologie Blockchain

➢ **Registre** : contient l'historique des transactions



➢ **Décentralisé et international** :
- aucun organe de contrôle
- suppression des intermédiaires



➢ **Sécurisé** : ancrage infalsifiable et immuable



**STEPHENSON HARWOOD**

**GUIMBERTEAU_000040**

# 1.2 Techniquement, qu'est-ce qu'un NFT ?

**« *Non-fongible token* » = jeton non fongible**

> Actif numérique **unique et identifiable**



> **Non divisible** et non interchangeable



> Emis et géré sur une **blockchain**



> Il représente numériquement **une valeur**



> Accepté comme moyen d'échange : peut être **transféré, stocké ou échangé électroniquement**





GUIMBERTEAU_000041

**L'œuvre numérique est rattachée au NFT par les métadonnées**



# ACTIF

œuvre numérique



## *SMART CONTRACT*
crée le *token*







**Le NFT est indépendant des droits de PI sur l'œuvre numérique => aucune cession des droits de PI**

# DROITS DE PROPRIETE INTELLECTUELLE



ALL RIGHTS RESERVED

**STEPHENSON HARWOOD**

GUIMBERTEAU_000042

 **OpenSea**

Q  Search items, collections, and accounts

**Explore**    Stats    Resources    Create

# Explore Collections

Trending    Top    **Art**    Music    Domain Names    Virtual Worlds    Trading Cards    Collectibles    Sports    Utility



**rekt.news – hacks & ho...**
by rektnews

If you believe in the future of DeFi, then
you believe in the future of rekt.news.
**Each auc...



**Hackatao** ✓
by Hackatao ✓

'Hack' for the pleasure of going under the
skin and discovering what's hidden inside;
'Tao' for Yin ...



**Mutant Garden Seeder** ✓
by Folia

Mutant Garden Seeder consists of 512+1
generative unique Ethereum NFTs by artist
Harm van den Dorpel...

**STEPHENSON HARWOOD**

**GUIMBERTEAU_000043**

OpenSea

Q Search items, collections, and accounts

Explore    Stats    Resources    Create



# Explosion of Color - THE RESERVE

Created by AIIV

| **3**<br>items | **3**<br>owners | **◆40**<br>floor price | **◆76.6**<br>volume traded |
|---|---|---|---|

Explosion of Color is the Genesis collection of AIIV, an AI art collaboration by Ravi Vora and Phil Bosua (FULL COLLECTION: https://opensea.io/collection/explosionofcolor)

THE RESERVE is three exceptional hand-selected pieces from the Explosion of Color series. The

STEPHENSON HARWOOD

GUIMBERTEAU_000044



STEPHENSON
HARWOOD

GUIMBERTEAU_000045



STEPHENSON
HARWOOD

GUIMBERTEAU_000046





### Description

Created by AIIV

A selection from Explosion of Color – THE RESERVE. An exceptional piece unlike any other.

### About Explosion of Color – THE RESERVE

Explosion of Color is the Genesis collection of AIIV, an AI art collaboration by Ravi Vora and Phil Bosua (FULL COLLECTION: https://opensea.io/collection/explosionofcolor)

THE RESERVE is three exceptional hand-selected pieces from the Explosion of Color series. The final pieces to ever be released in this revolutionary collection.

### Details

| | |
|---|---|
| Contract Address | 0x495f...7b5e |
| Token ID | 7951052900889824... |
| Token Standard | ERC-1155 |
| Blockchain | Ethereum |
| Metadata | Centralized |

### Listings

### Offers

No offers yet

STEPHENSON
HARWOOD

GUIMBERTEAU_000047



https://etherscan.io/address/0x495f947276749ce646f68ac8c2484
20045cb7b5e

STEPHENSON
HARWOOD

GUIMBERTEAU_000048

# SOMMAIRE

1. Qu'est-ce que les NFT (« *non-fongible token* ») ?

## 2. Pour quels usages ?

3. Quel enjeux juridiques pour les NFT ?

**STEPHENSON**
**HARWOOD**

**GUIMBERTEAU_000049**

# Les jeux vidéos

 

## CryptoKitties
(novembre 2017)

 

## Le « Play-to-Earn »




➢ Jeu en ligne permettant aux joueurs d'acheter et de vendre, de collecter et d'élever des chats virtuels.

➢ Utilisation de la blockchain Ethereum : les chats virtuels sont négociés en échange d'Ether

➢ Achat d'objets de collections *« collectibles »* ou de vêtements virtuels *« skins/wearable »*

STEPHENSON
HARWOOD

GUIMBERTEAU_000050

# Le sport



## Sorare (2018)

Plateforme bâtie sur le réseau Ethereum qui propose des ligues de football virtuelles où des gamers vont s'affronter en composant leur équipe de joueurs incarnés par des cartes à collectionner

STEPHENSON HARWOOD

GUIMBERTEAU_000051

# L'art

## Vente aux enchères de NFT



### Beeple
« *EveryDay : the First 5000 days* »

Vendue par Christie's pour sur la plateforme Nifty Gateway en mars 2021

Prix de la transaction: 69,3 millions de dollars

**STEPHENSON HARWOOD**

GUIMBERTEAU_000052

# L'art  Les musées se lancent dans les NFT



➤ En parallèle de son exposition dédiée à Hokusai, le British Museum a produit 200 NFT d'après des œuvres de l'artiste japonais

**STEPHENSON HARWOOD**

GUIMBERTEAU_000053

# L'art

**Sotheby's Metaverse : création d'une plateforme de vente dédiée aux NFT, un espace réservé aux collectionneurs d'objets numériques**

➢ **La première vente a eu lieu en octobre dernier : « *Natively Digital 1.2 : The Collectors* » : 53 œuvres de 19 collectionneurs NFT**

➢ **Les enchères de NFT peuvent se régler en cryptomonnaies ou en monnaies conventionnelles**

**STEPHENSON HARWOOD**

**GUIMBERTEAU_000054**

# La mode

## Apparition de produits de luxe dans le monde virtuel

**L'iconique Birkin Bag d'Hermès réinventé en NFT :
« Baby Birkin Bag »**



➢ Cette œuvre d'art numérique est une animation de 2000 x 2000 pixels du sac Hermès

➢ Une version transparente de l'accessoire de luxe  représente un fœtus tout au long d'une grossesse

➢ Ce visuel est accompagné d'un son sur le thème de l'espace

➢ L'œuvre d'art a reçu plusieurs offres d'acquisition, atteignant jusqu'à 6 000 USD

STEPHENSON HARWOOD

GUIMBERTEAU_000055

# La mode

**Dolce & Gabbana crée une collection NFT**
**« *Collezione Genesi* »**



- ➢ Une collection de 9 pièces NFT produite en collaboration avec UNDX, une plateforme spécialisée dans les œuvres numériques

- ➢ La collection, vendue par vente aux enchères, a rapporté 5,65 millions de dollars à Dolce & Gabbana

**La robe « Flame » de Balmain**

Robe digitale que l'on peut acheter en NFT et que l'on peut porter dans un jeu vidéo



**STEPHENSON HARWOOD**

GUIMBERTEAU_000056

# SOMMAIRE

1. Qu'est-ce que les NFT (« *non-fongible token* ») ?

2. Dans quels secteurs d'activité les NFT sont-ils utilisés ?

## 3. Quel enjeux juridiques pour les NFT ?

STEPHENSON
HARWOOD

GUIMBERTEAU_000057

# 3.1 Qualification juridique

## ➢ CE QUE N'EST PAS LE NFT



**UNE ŒUVRE DE L'ESPRIT**

**Le NFT ne correspond à aucun des types d'œuvres de l'esprit mentionnés à l'article L.112-2 du CPI**

**UN SUPPORT**

**Le NFT ne répond pas à l'exigence de forme imposée par l'article L.112-1 du CPI et par la jurisprudence**

*« Pour que l'œuvre existe, il faut que, sous une forme ou une autre, la conception s'extériorise, qu'elle prenne corps hors de son auteur, qu'elle existe en dehors de lui »*

*(Cass. Civ. 17 juin 2003)*

GUIMBERTEAU_000058

# 3.1 Qualification juridique

## ➢ CE QUE POURRAIT ÊTRE UN NFT

**UN TITRE DE PROPRETE NUMERIQUE**

 

- **Unique et infalsifiable car ancré dans la blockchain**
- **Le NFT ne contient pas l'œuvre**
- **L'œuvre n'est pas dans la blockchain**

**UN ACTIF NUMERIQUE**



**Elément du patrimoine qui a une valeur**

 

**STEPHENSON HARWOOD**

GUIMBERTEAU_000059

# ➢ POUR MIEUX COMPRENDRE



Notaire     →     **Blockchain**

Appartement     →     **Actif numérique**

Acte de propriété     →     **Le NFT**

**STEPHENSON HARWOOD**

GUIMBERTEAU_000060

# 3.2 Les atouts des NFT

➢ **Rareté et identification de l'œuvre numérique**



➢ **Meilleure rémunération des auteurs**



- **Rémunération de l'œuvre numérique**

- **Droit de suite généralisé**

    – Automatisation du reversement des revenus

    – Transparence

    – Enregistrement des mouvements

**STEPHENSON HARWOOD**

GUIMBERTEAU_000061

# 3.3 L'absence de régulation juridique des NFT

## ➢ Régulation économique et financière

- Actif numérique au sens de l'article L. 54-10-1 du Code monétaire et financier (article 86 de la loi PACTE) et article L. 552-2 du Code monétaire et financier ?

- Si une plateforme facilite ou émet des NFT, quel sera son statut au regard de la loi PACTE ?

- Obligation de s'enregistrer auprès de l'AMF en tant que prestataire de services sur actifs numériques sur avis conforme de l'ACPR (article 54-10-3 du Code monétaire et financier) ?

## ➢ Sécurisation de la mise en vente des NFT sur les plateformes de vente

- Exclusion pure et simple de la responsabilité des plateformes

## ➢ Régulation de la propriété intellectuelle pour les visuels adossés aux NFT

- Risques de contrefaçon

- Le NFT: un nouveau support de diffusion de l'œuvre au sens de L. 131-3 CPI?



GUIMBERTEAU_000062

# 3.4 Les incertitudes et risques juridiques







**IDENTITE DU VENDEUR**

Non vérifiée sur la blockchain car il n'y a pas de tiers certificateur

=> Fraude / usurpation d'identité

**CONTREFACON**

Le NFT n'empêche pas les copies sans autorisation de l'auteur de l'œuvre numérique

**DISPONIBILITE DE L'ŒUVRE**

L'œuvre numérique n'est pas dans la blockchain

GUIMBERTEAU_000063

# 3.5 Les premiers contentieux

**Cas pratique**





**Mise en vente de plusieurs NFT basés sur le scénario de Pulp Fiction**



**TITULAIRE DES DROITS D'AUTEUR ET DES DROITS DE MARQUE SUR LE FILM**



**ACTION EN VIOLATION DE DROITS D'AUTEUR ET DE DROITS DE MARQUE**

Demandes :
- Dommages et intérêts
- Injonction empêchant Tarantino de vendre des NFT liés au film

**STEPHENSON HARWOOD**

GUIMBERTEAU_000064

# Et en 2022 ?

**STEPHENSON
HARWOOD**

GUIMBERTEAU_000065

# Merci !

STEPHENSON
HARWOOD

GUIMBERTEAU_000066