# Exhibit 94



| | |
|---|---|
| Document title: | Mason Rothschild's Twitter Stats Summary Profile (Social Blade Twitter Statistics) |
| Capture URL: | https://socialblade.com/twitter/user/masonrothschild |
| Page loaded at (UTC): | Tue, 04 Oct 2022 17:27:12 GMT |
| Capture timestamp (UTC): | Tue, 04 Oct 2022 17:28:32 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 6093c551-cd3a-4c34-af8f-fe1c88a0892a |
| User: | baker-nsamad |

PDF REFERENCE #:     kNwgUeHTU1Vxibw8cJDTou

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2022-09-24 | Sat | +66 | 19,953 | – | 689 | +2 | 1,451 |
| 2022-09-25 | Sun | +39 | 19,992 | +1 | 690 | +5 | 1,456 |
| 2022-09-26 | Mon | +89 | 20,081 | – | 690 | +11 | 1,467 |
| 2022-09-27 | Tue | +68 | 20,149 | +1 | 691 | +6 | 1,473 |
| 2022-09-28 | Wed | +505 | 20,654 | +1 | 692 | +7 | 1,480 |
| 2022-09-29 | Thu | +209 | 20,863 | +3 | 695 | +14 | 1,494 |
| 2022-09-30 | Fri | +38 | 20,901 | – | 695 | +9 | 1,503 |
| 2022-10-01 | Sat | +15 | 20,916 | – | 695 | +7 | 1,510 |
| 2022-10-02 | Sun | -30 | 20,886 | – | 695 | – | 1,510 |
| 2022-10-03 | Mon | +64 | 20,950 | – | 695 | -2 | 1,508 |
| 2022-10-04 | Tue | +49 | 20,999 LIVE | +2 | 697 | -829 | 679 |
| Daily Averages | | +68 | | +4 | | +5 | |
| Last 30 days | | +2,050 | | +135 | | +161 | |

Share on Facebook Tweet This

## TWITTER ANALYTICAL HISTORY FOR MASONROTHSCHILD

Main Mobile App: Browser Extensions: Real Time App: CONTACT SOCIAL BLADE SUPPORT

More Social Blade
- Social Blade Blog
- Social Blade Tools
- Social Blade - Business API
- YouTube EDU
- YouTube Consulting
- YouTube Money Calculator / Estimated Earnings

Meet the Team

Integrated Platforms
- YouTube
- Twitch
- Twitter
- Instagram
- Dailymotion

Social Media
- YouTube
- Twitter
- Facebook
- Twitch

Helpful Pages
- Set Tags & Locations for your Profile
- Link and Manage Your Profiles
- Social Blade's History
- Find Influencers - Run Reports
- Remove Ads & Support Social Blade

We're YouTube Certified!

YouTube CERTIFIED

Social Blade LLC is an independent entity. The public statistical data is sourced from Twitter, but the presentation is not controlled by them. Our use of the name Twitter is for context, not claiming any ownership. It remains the property of the copyright holder.

Privacy Policy Terms of Service Media Assets Tools About Contact Us (0.1167s)

Copyright ©2008-2022. Social Blade LLC. All Rights Reserved.



