# Exhibit 99

**PageVault**

| | |
|---|---|
| Document title: | https://terminal27.com/products/sex-letter-belt-bdark-blue |
| Capture URL: | https://terminal27.com/products/sex-letter-belt-bdark-blue |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:03:44 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:03:57 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 823805d2-d061-4110-9903-09e2025f3111 |
| User: | baker-nsamad |

PDF REFERENCE #:    bKHZqXWr3DmgGEhGLhu8M6



EXHIBIT 9

HERMES_0010516

TERMINAL27     Menswear  Womenswear  Home & Design  Search       My Passport  Shopping Bag (0)

Home › Rudy Belt





Martine ROSE
### Rudy Belt
Accessories

*Martine Rose* polished leather belt in navy, graphic hardware and adjustable pin-buckle fastening at face, silver-tone hardware.

*Composition* - 100% Calf Leather.

*Made in Italy.*

*Size M.*

Pay in 4 interest-free installments of $49.75 with shop Pay  Learn more

M - Sold Out

$199.00

[ SOLD OUT ]   [ BUY IT NOW ]

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping



Document title: https://terminal27.com/products/sex-letter-belt-bdark-blue
Capture URL: https://terminal27.com/products/sex-letter-belt-bdark-blue
Capture timestamp (UTC): Mon, 01 Aug 2022 16:03:57 GMT

Page 1 of 2

HERMES_0010517

TERMINAL27   Menswear   Womenswear   Home & Design   Search   My Passport   Shopping Bag (0)



Martine ROSE
### Rudy Belt
Accessories

*Martine Rose* polished leather belt in navy, graphic hardware and adjustable pin-buckle fastening at face, silver-tone hardware.

*Composition* - 100% Calf Leather.

*Made in Italy.*

*Size M.*

Pay in 4 interest-free installments of $49.75 with shop Pay  Learn more

M - Sold Out

$199.00

[ SOLD OUT ]   [ BUY IT NOW ]

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping



NEWSLETTER
Sign up for exclusive content and latest announcements.

Enter your Email address...   [Sign Up]

**TERMINAL27**
© 2021 TERMINAL27 INC.

Menswear    Location       Terms & Conditions   Instagram
Womenswear  Careers        Privacy Policy       Twitter
Home        Affiliates     Exchanges & Refunds  Facebook
My Passport                Shipping Policy