# Exhibit 100

🔒 **PageVault**

| | |
|---|---|
| Document title: | https://terminal27.com/products/lady-bag |
| Capture URL: | https://terminal27.com/products/lady-bag |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:04:14 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:04:27 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | ffa1290b-27fc-4521-a737-d62d5f24cac4 |
| User: | baker-nsamad |



EXHIBIT 10

PDF REFERENCE #:   hL6EHyQmAV9dyJPEEgUJrz

TERMINAL27    Menswear  Womenswear  Home & Design  Search         My Passport  Shopping Bag (0)

Home › Lady Bag

Kwaidan Editions

Lady Bag

Bags

*Kwaidan Editions* leather bag in neon yellow, embossed branding at front, single inner pocket, silver-tone hardware, tonal stitching.

Composition - 100% Leather.

Made in Italy.

One Size.

Split your purchase into monthly installments with **shop Pay** Learn more

$1,005.00

[ ADD TO CART ]   [ BUY IT NOW ]

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping



TERMINAL27   Menswear   Womenswear   Home & Design   Search                    My Passport   Shopping Bag (0)



Kwaidan Editions

## Lady Bag

Bags

*Kwaidan Editions* leather bag in neon yellow, embossed branding at front, single inner pocket, silver-tone hardware, tonal stitching.

*Composition* - 100% Leather.

*Made in Italy.*

*One Size.*

Split your purchase into monthly installments with shop Pay  Learn more

$1,005.00

[ ADD TO CART ]   [ BUY IT NOW ]

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping



# NEWSLETTER

Sign up for exclusive content and latest announcements.

Enter your Email address    [ Sign Up ]

**TERMINAL27**

© 2021 TERMINAL27 INC.

Menswear        Location        Terms & Conditions    Instagram
Womenswear      Careers         Privacy Policy        Twitter
Home            Affiliates      Exchanges & Refunds   Facebook
My Passport                     Shipping Policy