# Exhibit 101



**Page Vault**

| | |
|---|---|
| Document title: | https://terminal27.com/collections/womens-martine-rose/products/irn-belt |
| Capture URL: | https://terminal27.com/collections/womens-martine-rose/products/irn-belt |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:09:33 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:09:48 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | f6af5940-5676-4a16-a375-8ff8df0be0a4 |
| User: | baker-nsamad |



EXHIBIT 11

PDF REFERENCE #:   86K9xczyZq8snbAr1u7WFF

TERMINAL27   Menswear   Womenswear   Home & Design   Search   My Passport   Shopping Bag (0)

Home › Womens Martine Rose › Irn Belt







Martine ROSE
### Irn Belt
Accessories

Martine Rose leather belt in red, silver-tone branded hardware details, single belt loop, five eyelets, tonal stitching.

Composition - 100% Lamb Leather.

Made in Italy.

Standard S-L sizing.

Model Measurements:

Model is 6 ft and wears a size S.

Chest: 38"

Waist: 31"

Shoulder: 19"

Pay in 4 interest-free installments of $81.25 with shop Pay  Learn more

S - Sold Out

$325.00

[ SOLD OUT ]   [ BUY IT NOW ]

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping







IRN Belt

Accessories

Martine Rose leather belt in red, silver-tone branded hardware details, single belt loop, five eyelets, tonal stitching.

Composition - 100% Lamb Leather.

Made in Italy.

Standard S-L sizing.

Model Measurements:

Model is 6 ft and wears a size S.

Chest: 38"

Waist: 31"

Shoulder: 19"

Pay in 4 interest-free installments of $81.25 with **shop Pay**. Learn more

S - Sold Out

$325.00

**SOLD OUT**   **BUY IT NOW**

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping



## NEWSLETTER

Sign up for exclusive content and latest announcements.

Enter your Email address...   Sign Up

### TERMINAL27

© 2021 TERMINAL27 INC.

- Menswear
- Womenswear
- Home
- My Passport

- Location
- Careers
- Affiliates

- Terms & Conditions
- Privacy Policy
- Exchanges & Refunds
- Shipping Policy

- Instagram
- Twitter
- Facebook