# Exhibit 102

🔒 **PageVault**

| | |
|---|---|
| Document title: | https://terminal27.com/products/handbag-4 |
| Capture URL: | https://terminal27.com/products/handbag-4 |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:10:14 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:10:28 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 9eb6c717-ed10-4db8-a978-a77bbe408966 |
| User: | baker-nsamad |



EXHIBIT 12

PDF REFERENCE #:   6n9fYx54WeBn2tSUno7gtf

TERMINAL27   Menswear  Womenswear  Home & Design  Search                My Passport  Shopping Bag (0)

Home › Large Japanese Leather Bag





MM6 Maison Margiela

## Large Japanese Leather Bag

Bags

*MM6 Maison Margiela* calf leather bag in black, inspired by the traditional Japanese technique of origami, triangular shape with the Maison's signature straight stitch on the back, snap button on the edges allows for a change in shape, tonal stitching.

*Composition* - 100% Calf Leather.

*Made in Italy.*

*One Size.*

Pay in 4 interest-free installments of $112.00 with shop Pay  Learn more

OS

$448.00
~~$640.00~~

ADD TO CART    BUY IT NOW

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping



MM6 Maison Margiela
### Large Japanese Leather Bag
Bags

*MM6 Maison Margiela* calf leather bag in black, inspired by the traditional Japanese technique of origami, triangular shape with the Maison's signature straight stitch on the back, snap button on the edges allows for a change in shape, tonal stitching.

*Composition* - 100% Calf Leather.

*Made in Italy.*

*One Size.*

Pay in 4 interest-free installments of $112.00 with Shop Pay. Learn more

OS

$448.00

ADD TO CART   BUY IT NOW

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping

