# Exhibit 103

**🔒 PageVault**

| | |
|---|---|
| Document title: | https://terminal27.com/products/galaxy-bag |
| Capture URL: | https://terminal27.com/products/galaxy-bag |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:11:14 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:11:27 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | a19c23e4-9821-4a5f-aae0-030cf7d3d582 |
| User: | baker-nsamad |



EXHIBIT 13

PDF REFERENCE #:     6PLGL2UJZYutFNJ2oYHF4B

HERMES_0010535

TERMINAL27   Menswear   Womenswear   Home & Design   Search         My Passport   Shopping Bag (0)

Home › Galaxy Bag





Martine ROSE

### Galaxy Bag

Bags

*Martine Rose* leather cross-body bag in red, silver-tone hardware, logo print to the front, adjustable single shoulder strap, top zip fastening.

*Composition* - 100% Leather

*Made in Italy.*

*One size.*

Pay in 4 interest-free installments of $204.75 with shop Pay  Learn more

$819.00

**SOLD OUT**    **BUY IT NOW**

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping

TERMINAL27    Menswear   Womenswear   Home & Design   Search                My Passport   Shopping Bag (0)




Martine ROSE

## Galaxy Bag

Bags

*Martine Rose* leather cross-body bag in red, silver-tone hardware, logo print to the front, adjustable single shoulder strap, top zip fastening.

*Composition* - 100% Leather

*Made in Italy.*

*One size.*

Pay in 4 interest-free installments of $204.75 with **shop Pay**  Learn more

$819.00

[ SOLD OUT ]   [ BUY IT NOW ]

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping

