# Exhibit 104

**🔒 PageVault**

| | |
|---|---|
| Document title: | https://terminal27.com/products/everyday-platform-boot |
| Capture URL: | https://terminal27.com/products/everyday-platform-boot |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:12:11 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:12:48 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | bd7efa34-c3e9-452d-acfd-5aea28cd0bfc |
| User: | baker-nsamad |



EXHIBIT
14

PDF REFERENCE #:     rtdp8WUZrsMHUyJKYUFNRX

HERMES_0010538

TERMINAL27      Menswear    Womenswear    Home & Design    Search                      My Passport    Shopping Bag (0)

Home - Everyday Platform Boot





PETER DO

Everyday Platform Boot

Shoes

*Peter Do* leather platform boots in black, squared toe, silver-tone hardware, tonal side zip closure, tonal stitching.

*Composition - 100% Calfskin.*

*Made in Italy.*

*Italian Sizing.*

Split your purchase into monthly installments with **shop** Pay  Learn more

| 39 |
|----|

$1,610.00

ADD TO CART        BUY IT NOW

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping

TERMINAL27       Menswear   Womenswear   Home & Design   Search                    My Passport   Shopping Bag (0)




PETER DO

**Everyday Platform Boot**

Shoes

*Peter Do leather platform boots in black, squared toe, silver-tone hardware, tonal side zip closure, tonal stitching.*

*Composition - 100% Calfskin.*

*Made in Italy.*

*Italian Sizing.*

Split your purchase into monthly installments with shop Pay   Learn more

| 39 |

$1,610.00

[ ADD TO CART ]   [ BUY IT NOW ]

Shipping in 2-3 days

Materials & Care

Exchanges, Refunds & Shipping



NEWSLETTER

Sign up for exclusive content and latest announcements.

[ Enter your Email address... ]   [ Sign Up ]

TERMINAL27

© 2021 TERMINAL27 INC.

| Menswear | Location | Terms & Conditions | Instagram |
| Womenswear | Careers | Privacy Policy | Twitter |
| Home | Affiliates | Exchanges & Refunds | Facebook |
| My Passport | | Shipping Policy | |