# Exhibit 105

🔒 **Page Vault**

| | |
|---|---|
| Document title: | https://terminal27.com/products/slingback-heels |
| Capture URL: | https://terminal27.com/products/slingback-heels |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:07:02 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:07:52 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 28dcceed-39e3-4ea8-a123-25c0601b6573 |
| User: | baker-nsamad |



EXHIBIT
15

PDF REFERENCE #:     2bnatYDzw2Mxv7Monq3e7N

HERMES_0010526

TERMINAL27         Menswear   Womenswear   Home & Design   Search                    My Passport   Shopping Bag (0)

Home - Embossed Slingback Heels



Rui

**Embossed Slingback Heels**

Shoes

*RUI embossed heels in merlot, pointed toe, back strap, Australian wool fur along the interior, kitten heel.*

*Composition - 100% Polyurethane (Leather); 100% Australian Wool (Fur).*

*Made in China.*

*1 (XS-S) to 2 (M-L) Sizing.*

*Model Measurements:*

Model is 5 ft 6" and wears a size 1.

Bust: 31"

Waist: 24"

Hips: 30.5"

Pay in 4 interest-free installments of $82.50 with **shop** Pay  Learn more

| 36 |

$330.00

**ADD TO CART**          **BUY IT NOW**

Shipping in 2-3 days

Materials & Care                                               ⓘ

Exchanges, Refunds & Shipping                                  ⓘ

TERMINAL27    Menswear   Womenswear   Home & Design   Search                    My Passport   Shopping Bag (0)




Embossed Slingback Heels

Shoes

*RU-embossed heels in merlot, pointed toe, back strap, Australian wool fur along the interior, kitten heel.*

*Composition* - 100% Polyurethane (Leather), 100% Australian Wool (Fur).

*Made in China.*

*1 (XS-S) to 2 (M-L) Sizing.*

*Model Measurements:*

Model is 5 ft 6" and wears a size 1.

Bust: 31"

Waist: 24"

Hips: 30.5"

Pay in 4 interest-free installments of $82.50 with **shop** Pay   Learn more

| 36 |
|---|

$330.00

ADD TO CART        BUY IT NOW

Shipping in 2-5 days

Materials & Care

Exchanges, Refunds & Shipping



NEWSLETTER

Sign up for exclusive content and latest announcements.                Enter your Email address                Sign Up

TERMINAL27          Menswear         Location          Terms & Conditions       Instagram

                    Womenswear       Careers           Privacy Policy           Twitter

© 2021 TERMINAL27 INC.   Home             Affiliates         Exchanges & Refunds      Facebook

                    My Passport                        Shipping Policy

Document title: https://terminal27.com/products/slingback-heels
Capture URL: https://terminal27.com/products/slingback-heels
Capture timestamp (UTC): Mon, 01 Aug 2022 16:07:52 GMT

HERMES_0010528