# Exhibit 114

PageVault

| | |
|---|---|
| Document title: | MetaBirkins on Instagram: "A statement in response to: Hermès International, et al. v. Mason Rothschild." |
| Capture URL: | https://www.instagram.com/p/CY1qIMppbex/ |
| Page loaded at (UTC): | Tue, 26 Jul 2022 20:50:23 GMT |
| Capture timestamp (UTC): | Tue, 26 Jul 2022 20:59:45 GMT |
| Capture tool: | 10.8.1 |
| Collection server IP: | 54.157.181.49 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 14 |
| Capture ID: | gGSB2cg7WhSwTK1XG2MNtG |
| User: | llafko |

PDF REFERENCE #:    swLB76r16Ymhk5mfozpjQZ

Rothschild007776

**Dear Community,**

So, Hermes filed a trademark lawsuit against me on Friday—although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermes' complaint. Hermes' claims are groundless and we look forward to defeating those claims in court and helping to set a precedent.

I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur-covered Birkin bags.

My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell art that depicts Birkin bags, just as it gave Andy Warhol the right to make and sell art depicting Campbell's soup cans.

I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.

The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermes' complaint that they don't understand what an NFT is, or what NFTs do.

We have tried to be reasonable. Hermes first sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermes representative. Hermes chose instead to break off negotiations and sue me.

I hope Hermes understands that I won't be intimidated.

---

**metabirkins** · Follow

**metabirkins** A statement in response to: Hermes International, et al. v. Mason Rothschild.
22w

**sophiewillis93** I have dm'd you for some advise ref this! Would really appreciate your response and help @metabirkins
6w

**alejaavilaart** I am a handbag designer and I will beyond honored if you intervene and portray your art in one of my shapes bags 😍😍😍 . @masonrothschild @metabirkins
18w

**am.d_v** Congrats on the weirdos my man! Too bad i couldnt get in wl. Best of wishes
20w

Document title: MetaBirkins on Instagram: "A statement in response to: Hermès International, et al. v. Mason Rothschild."
Capture URL: https://www.instagram.com/p/CY1qIMppbex/
Capture timestamp (UTC): Tue, 26 Jul 2022 20:59:45 GMT

Page 1 of 13

Rothschild007777



**vansteph.studio** Seriously this is beyond me. I've heard of two other artists fighting the same fight with crystallizing tumblers. My support is with you!!! 🖤
20w

**jealon_** Mason check dm pleaseeeee I'm coming from ELYYW and meta birkins it's birkin boy please respond to my Dm im begging 💚💚
20w

**maack_o1** Real question is ... why do y'all need a purse in the metaverse?
23w  2 likes

**vix007** I bet @alecmonopoly doesn't get this hassle from Hermes!
25w

**goodwill.nft** 👏👏👏👏 keep going
25w

**hildeheimfashionstudies** This reminds me of the BlackMilk x Lucas Films dispute. They were asked to cease and desist - had a conversation - then collaborated. Just a thought!
26w

**angelinagoji3** Out of curiosity, do you already come from money? Just trying to get transparency on how you can afford to fight a lawsuit against Hermes.
26w  4 likes

**mirtaxsandin** Art is an expression of the soul not a compelling act of the ego!
26w  1 like

**mirtaxsandin** Go for it! 🙌
26w

**newyorklady305** 🙌
26w

**annaszonyi** Btw then Facebook too could sue you for using the word META ?!?! I doubt it 🙈 And its the same logic.. Case is resolved 🙈
27w  1 like

**ronindacc** 🙌
27w

**katebomz** Yes!!!
27w

**mashalikhattak** Support you!!!
27w

**metaphilpro** First amendment blabla you're done bro
27w

**danii.sto** 👏👏👏👏👏👏
27w

**gorak_art** 🙌 Go go
27w

**mariakilichitskaja** I LOVE your project but I think legally Hermes has the point here https://www.thefashionlaw.com/brands-v-nfts-from-hermes-and-metabirkins-to-olive-garden-and-phunky-apes/
27w

Document title: MetaBirkins on Instagram: "A statement in response to: Hermès International, et al. v. Mason Rothschild."
Capture URL: https://www.instagram.com/p/CY1qIMppbex/
Capture timestamp (UTC): Tue, 26 Jul 2022 20:59:45 GMT

Page 2 of 13

Rothschild007778

**theolfactive_** Wow that is a great point.
27w

**anish.shri** #FreeMetaBirkins
27w

**mmmxv** Countersue them, this is something that all companies should learn from.
27w

**brookekelty** You got this!
27w

**isabossbellahadid** It's not even call a birkin... is a METABIRKIN
27w

**isabossbellahadid** 👏👏👏👏👏👏
27w

**tenielle.g** You got this 👜
27w

**lamour.tse** Keep fighting !!!!!!!!
27w

**caroline_mclark** Thy just mad they didn't think of it first! You gooooo! 👜👜❤
27w

**nckixm** 👜👜👜
27w

**jealon_** 🌴🌴🌴🌴
27w

**jealon_** U CANT STOP THE RAINNNNNNN
27w

**linakabc** Stay strong 🙏
27w

**_antoniomurphy_** Has hermes ever reached out to collab before this?
27w

**art.by.father.mogul** Take big corporations DOWN 💧💧💧💧💧💧💧💧💧
27w

**annaszonyi** This was inevitable and unavoidable going into this new territory (nfts and web3 in general) .. IP is very complex matter and this case will set precedent for the future. In this regard (being the first one to be sued by a large brand) you will be a pioneer whatever the outcome may be.
27w

**anabella.hall** ❤👜
27w

**baileymcandrew** I hope you power through and win this case! 🙏 Your art is really amazing. I hope to one day own my own MetaBirkin
27w

**supershysupreme** 👜
27w

Document title: MetaBirkins on Instagram: "A statement in response to: Hermès International, et al. v. Mason Rothschild."
Capture URL: https://www.instagram.com/p/CY1qIMppbex/
Capture timestamp (UTC): Tue, 26 Jul 2022 20:59:45 GMT
Page 3 of 13
Rothschild007779

**_mariakadlecova** I am not sure you will win - since they have trademark for both the name and the shape (but not in digital category)..

they should be the ones having the rights to be selling digital versions of their products - its a viable business option for them in todays meta hype environment which you are now "parasiting" on their brand they build with their own money/efforts..

I can imagine brands will be looking for ways how to protect against this for future, maybe a new trademark type will be introduced.

I can imagine court seeing a difference in you making money of fashion/hype brand, and warhol painting a soup in very different times (also campbell did not mind)..

anyway good luck! I am curious on the results of this.

27w   8 likes

Hide replies

**theolfactive_** @_mariakadlecova you have the most realistic thought. Also brands will be using NFTs for products. He could have used this to launch a new brand if he used a generic shape. The fur is brilliant. We will need a new trademark type now. This is will probably the the case to bring that up. Those MetaBirks could be brought into Decentraland made into 3D this may get messy. Would it fly if someone did this to say a iphone or McDonald's logo? I think is super creative but this part could have been avoided

27w

**christymaguire_** Interested to see the outcome. NFT is a new space and peoples' interpretation and ability to understand varies, as does the assets within the space. ADIDAS just did the largest fashion drop, other brands will follow. The meta verse scape is largely unknown.
I don't think Andy Warhol is a good example because that's a commonly argued over example that never went nor will it go to trial.
Either way though if Hermes ever drops a collection the Meta Birkin would essentially either just be like a wall picture of a Birkin or a "fake". I could see Hermes down the line having a seriously successful NFT drops and collectibles down the line.
Good Luck either way.

27w   1 like

**dlewisbird** MetaBIRKIN - that's why it's popular- total infringement duh 😂

27w   4 likes

**georgesanastassi** 🔥🔥🔥🔥

27w

**m2dan.eth** I met my g soulmate on this comment section 😂

27w

**melanie.galindo** 😍🙌

27w   1 like

**collin.lindsay** @hermes

27w

**solomonyisrae1** I'm rooting for you my guy

27w

**toxic_alien0** We stand our ground. 🖤

27w

**lpx** 🔥 This is so dumb on their part... especially when it could be such an amazing space and opportunity for collaboration. I would *LOVE* some of your pieces to be created IRL! I feel like it won't be long until they change their tune and come crawling back to you. This is embarrassing for them

37w   2 likes

**ybb.ash** this case can set the precedent for fashion lawsuit that come from the meta world for the next 100 yrs

27w   2 likes

Document title: MetaBirkins on Instagram: "A statement in response to: Hermès International, et al. v. Mason Rothschild."
Capture URL: https://www.instagram.com/p/CY1qIMppbex/
Capture timestamp (UTC): Tue, 26 Jul 2022 20:59:45 GMT

Page 4 of 13

Rothschild007780

27w   2 likes

**riff_randell_** Guys, don't you know a stunt when you see it?

In order to maintain a copyright you HAVE to defend it, otherwise you literally lose your brand. Hermes is just doing their job, Metabirkins knew they would and set this up to look like some kind of hero taking on the establishment

This is such a hack trick for publicity and it makes me bored.

Hermes should do a line of physical bags that look exactly like yours called Meta metabirkins. It's exactly the same thing. I'd buy that, and it would actually hold its value.

27w   18 likes

**estermalcha** The fact that they are trying to fight you just shows how mentally outdated this company is. When @gucci embraced @dapperdanharlem it was a smart, strategic move that brought dividends to all parties. These lawsuits are mehhh. Stale

27w

**venusjmartinez** I just want to know how I can get one of them bags

27w

**becausetheinterweb** legend

27w

**sheiskp** 🖤

27w

**jpegsneversleep** The issue here is why Opensea doesn't stand with you, Hermes is prehistoric, Opensea is the world largest Nft marketplace and their position in this case is quite frankly ridiculous because they are setting a precedent on not protecting the community that is making them rich to the billions

27w   1 like

**siegelmann_** 👁️👁️ it's sad that Hermes is missing the boat here.

27w

**lil_pradababy** Fuck Hermes

27w

**mr.waffli** Keep your head up Brodie 🤝⚡ @metabirkins still a Designer Classic Collection

27w

**heyits.eva** 🖤

27w

**gifcrypto.eth** 🔥🔥🔥🔥

27w   1 like

**billecstasy** Really paving the way for young creators, this is so huge

27w

**chey.shoots** Can't believe we met on animal crossing 2 years ago 😭

27w   36 likes

— Hide replies

    **heyits.eva** @chey.shoots I love this comment lol

    27w   3 likes

    **chey.shoots** @heyits.eva we ran a discord group for bells together 😭😭😭

    27w   3 likes

**meganyutzy** 😭😭😭😭

27w

Document title: MetaBirkins on Instagram: "A statement in response to: Hermès International, et al. v. Mason Rothschild."
Capture URL: https://www.instagram.com/p/CY1qIMppbex/
Capture timestamp (UTC): Tue, 26 Jul 2022 20:59:45 GMT

Page 5 of 13

Rothschild007781

1925_wolf 🤝
27w

jenniferwentzo 👁👁👁
27w

m_guerrero22 Art is war!!! Stand your ground!!! Hold the line!!! ✊🔥⬛⬛⬛
27w   7 likes
──── Hide replies
  art.by.father.mogul @m_guerrero22 amen 🙏
  27w   1 like

thoster.eth This means war! And we will prevail!
27w

shrey Swag
27w

bodmon.ting My guy. I was just telling someone the other night: "mase ain't playing"
27w

emmaboudin @charlesbgross lets talk about it?
27w   1 like

_apoorvjha you're making history mason. this will be monumental for art and democratizing it for the people. it wont be easy but just know this community and the world is with you. keep fighting
27w

heialaska Very proud - you have all our support! ⭐️✨
27w

spence.kr bullish 📈
27w

amirb911 +
27w

sanchezpierina Well said!
27w

cillianreboul How do we buy your NFTs?
27w   1 like

yosoyelsuciodan Hermès just jealous they didn't think of metabirkins first 😂
27w   1 like

wearetheartist metab vs anyone
27w

mr.senseiwoods Let's go I'm rooting for you @masonrothschild
27w

ohsnap1029 @metabirkins trust in yourself and just keep going 🙏
27w

anchorball Keep going!!
27w   3 likes

27w  3 likes

**degen.hype** This is major
27w

**mayersoutcvlt** let's go
27w

**justin.lahmann** 🙏🙏🙏
27w

**lazyluxury.888** 100% with you!!!
27w

**raxo.o** 👁️👁️
27w

**djanaimichele** I hope you become a billionaire off those NFT's alone and they're forced to partner with you because everybody loves your designs and not them. Artist to Artist, I hope you rage 😤❤️❤️❤️❤️
27w

**kaiadon** ◎ Still bullish 🔥
27w

**fusable** 🖤🖤🖤
27w

**amka_hwl** Keep fighting!! We have your back Mason! Let's go MetaBirkin Family!!! WAGMI!! 👑👑👑
27w  1 like

**yomadkid** WE GOTTA SEE THAT CHANGE!
27w

**tuckintyler** You got this bro you're setting the standards here gonna be nice to see that company get put in their place
27w  2 likes

— Hide replies

    **tuckintyler** @rygonefly they getting put in their place 100% he literally in his legal right
    27w

**kordell_a12** WL me
27w  3 likes

**kordell_a12** Let's go
27w

**ibeonsumkidshitt** HERMES CHOSE TO TRY AND EAT FOR A DAY INSTED OF BEING TAUGHT HOW TO FISH🎣 🎣 Power To All Creators
27w  1 like

**archangelsnfts** 🙌🙌🙌
27w

**901atel** Keep up the grind king👑👑
27w

**cami_adoratorio** 👑👑👑 stay strong 👑👑👑
27w  1 like

**arianemartins** 👊👊👊
27w  2 likes

**daniela.etc** 🖤
27w

**alexheyre** I understand your principle and taking a stance against these huge companies that abuse their power is great, but at the end of the day your art has an intense lack of originality due to its premise. I wish you luck though against birkin though I think their power should intimidate you a little more than you say it is
27w  57 likes

— Hide replies

**theolfactive_** @alexheyre it is original, he should have reached out to them first. Nfts are great but I think people are ahead of themselves. It's almost like making NFTs of Mickey Mouse... Try it. Really I think we all sort of need to slow down a bit untill we get it sorted out.
27w  9 likes

**oliviermermet** @alexheyre what are you talking about? Power? It's a luxury brand. Not a military contractor. The only thing they have is their image. It comes from century of craftsmanship. This guy is getting a free ride and prints images in bulk in photoshop. They're protecting their brand. This has 0 congruence with what Hermès does. It's literal theft.
27w  17 likes

**alexheyre** @oliviermermet I mean power in terms of finances and connections. Power enough to drown this guy. Weird that your interpretation of power is correlated with military might 😂
27w  4 likes

**oliviermermet** @alexheyre resources might have been a better term tgen, but it surely conveys less of the bullying narrative you guys are trying to nurture.
Anyway, someone who steals a name, a design, while giving 0 royalties to the original owner should not be surprised. No bullying, just normal brand protection.
27w  6 likes

**alexheyre** @oliviermermet It's a perfectly apt term thank you, whoever you are 😂 "You guys are trying to nurture"?? Me and what guys trying to nurture what 😂 you seem to have your own agenda and issues with something though I'm not sure what. Either way thank you for your facile and redundant insight
27w  2 likes

**oliviermermet** Anyways good luck collecting gifs 🤪
26w

**alexheyre** @oliviermermet ?? I don't own any NFTs? You're a lost guy 😂
26w

**m_scalisi7** Gangster 💪💪💪
27w

**mschre** Yeah fuck em! Keep it up 🙌💪
27w

**hetisnina** Go off 🖤
27w

**kennymatz** Team mason
27w  1 like

**scoutswing** Savage 💪
27w  1 like

**hayy__tae** I understand both sides. But I the issue is more so the name then the actual art. They do have the right to the name birkin because it's trademarked. I don't think the courts understand the nft world yet and you might loose because of it. So you may just have to change the name
27w  32 likes

— Hide replies



**u_issa** You have our endless support @masonrothschild @metabirkins
27w  1 like

**tamara_powell** Standing by you. I loved the art even though my collection was removed. 🖤
27w  1 like

**amillennialbeing** It is unfortunate that brands would go for Lawsuits instead of collaborations and supporting artists who are creating in a new space. Keep up the amazing work 🙏🖤
27w  94 likes

——— Hide replies

    **teagankayee** @amillennialbeing this!
    27w  2 likes

    **theolfactive_** @amillennialbeing well did he do that first it does not sound like it? When I started my project I made sure to contact every single brand first. A simple can keep this sort of thing from going bad
    27w  6 likes

**staniflou** Keep up, don't knee. You already won. You know what we say about « any press » huh…
🙏✨
27w  12 likes

——— Hide replies

    **riff_randell_** @staniflou that's exactly why they did it. For the press. They knew this would happen. Cheap and unimaginative.
    27w  2 likes

**sd0llarss** Watch they start making fur birkins now!
27w  3 likes

**melnikovax** Thank god! LETS GO HERMES.
27w  53 likes

**criminal_attorney** Will be interesting to follow
27w  2 likes

**hermes_a_varsovie** Can't wait for the court ruling, and Yes, take all the ideas in the world and make them Yours by adding #meta and some fur. I am afraid thats a short notice alert. #noartmoment
27w  25 likes

**jiggyquen** Respect
27w

**hectourc** 🤍🤍🤍
27w  2 likes

**lyvkris** It's up!
27w

**veryiman** 🙏 Go Mason Go
27w  2 likes

**boccadiross** Never back down 🖤
27w  1 like

**jonnyxrsvp** FIGHTING FOR ALL OF US 🖤



**jonnyxrsvp** FIGHTING FOR ALL OF US 🖤
27w  7 likes

**litpapifx** they just sad they couldn't cop one lmao
27w  11 likes

**shawnmengot** You are clearly stealing from @hermes That's a fact even stevie wonder can see. Birkin is @hermes. Ain't no other birkin we kno' out there. You might have an argument with your @metabirkins but to deny profiting off the brand is foolery. #metaverse in full effect. I'll be watchin' this. #liveandlearn
27w  28 likes

— Hide replies

**lyvkris** @shawnmengot did u read the statement? Was it stealing when Andy Warhol painted Coca Cola? Lmao it's completely within the law, and it's commentary on an iconic fashion/culture/socioeconomic item that communicates status.
27w  10 likes

**lalajlan** @livkrys @mayazaben THISS 😂😂
27w  2 likes

**lyvkris** @unknownonforbes thats ur opinion, I understood the statement, but thanks for the mansplanation.
27w

**shawnmengot** @livkrys Mrs know it all, you clearly did not understand my statement and u are always trying to put up a fight with people trying to draw u to reason. I clearly mentioned, he may have an argument, but we know the truth. Moreover, let it be known that Warhol was a known thief accused of plagiarising the work of Patricia Caulfield and many others...
27w  7 likes

**christymaguire_** @shawnmengot No he was smart to create the NFT. It's an innocent thing as NFTs are very Nee. At the time he created these Adidas hadn't done or announced a drop yet. How can anyone predict what fully is to transpire within Metaverse.
He jumped on an idea and a smart one. Maybe they'll hire him to help with their own Launch or turn it into a MetaBirkin X Hermes collection
I doubt they'll be nice or progressive like that. But Virgil Ablo and Alec Monopoly did it for Louis Vuitton. Takashi MurakAmi and LV did it before anyone. Disney/Mickey Mouse and Gucci, Hello Kitty and Chanel. Let's see what happens.
27w

**oliviermermet** @livkrys Warhol was not setting prices, he was not printing 100's of images in a day, and his intention was not to make a quick buck. That's an insane comparison.
27w  9 likes

**seanaveli** @angeloodato
27w

**impaullee** MetaGucci brb
27w  10 likes

**_satannas** don't let them crush you. us young and new artists should defend ourselves and our work, no matter who tries to stop us.
27w  3 likes

**sabirabanfa_** What's wrong with them?!! They should be collaborating with you. How myopic
27w  40 likes

— Hide replies

**art.by.father.mogul** @sabirabanfa_ white peoples that's why
27w

**tim___tardashian** @art.by.father.mogul you sound racist and bitter and brainwashed. Good luck getting over race.
26w

**tim___tardashian** @sabirabanfa_ why would they collaborate with someone who lacks originality. They built an empire. This guy ripped off their bags and made NFTs. You really on the NFT koo laid and have no

**tim___tardashian** @sabirabanfa_ why would they collaborate with someone who lacks originality. They built an empire. This guy ripped off their bags and made NFTs. You really on the NFT koo laid and have no clue how much of this is just pyramid schemes and rug pulls.

27w

**maria.andersen.investor** Shame on @hermes

27w   1 like

**maria.andersen.investor** 😡😡😡😡😡

27w

**gcialba** 😡😡😡😡😡

27w

**itsbanterhub** LFG 🔥

27w

**justcallmekatlion** 🔥

27w

**damianwolfgram** Double down!

27w   1 like

**metaversedada** @Hermes read the room

27w   2 likes

**arter.nft** See in the imaginary instead of Birkin imagine your own design. Simple ⚱️

27w   12 likes

**1111ofakind** WE'RE WITH U MASON!!! this is revolutionary. WAGMI

27w   2 likes

**zolzayapurevdash** We are all with you Mason! Very well said! WAGMI

27w   8 likes

**mali.g__** Period.

27w   4 likes

**babybirkn** Keep pushing brother 🙏 they can't stop you!

27w   14 likes

**aldenguyen** Set the precedent!!

27w   1 like

♡ 💬 ➤                                                                 🔖

**4,949 likes**
JANUARY 17

Comments on this post have been limited

---

More posts from metabirkins

  



**1111ofakind** WE'RE WITH U MASON!!! this is revolutionary. WAGMI
27w  2 likes

**zolzayapurevdash** We are all with you Mason! Very well said! WAGMI
27w  5 likes

**mali.g__** Period.
27w  4 likes

**babybirkn** Keep pushing brother 🙏 they can't stop you!
27w  14 likes

**aldenguyen** Set the precedent!!!
27w  1 like

**4,949 likes**
JANUARY 17

Comments on this post have been limited.

More posts from **metabirkins**








Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Hashtags  Locations  Instagram Lite  Contact Uploading & Non-Users

English  © 2022 Instagram from Meta