# Exhibit 116

# MASON ROTHSCHILD

MARKETING STRATEGIST
2014

EXPERIENCE

BARNEYS NEW YORK
MARKETING STRATEGIST
MENS EMERGING DESIGNERS
AW 13 - PRESENT
SAN FRANCISCO
www.barneys.com

RHUDE
MARKETING STRATEGIST
RHEBELS SS 14 / RHEBELS II AW 14
AW 13 - PRESENT
LOS ANGELES
www.rh-ude.com

TORRES STUDIOS
PRODUCTION ASSISTANT
INQUIRE*
2012 - PRESENT
SAN FRANCISCO
www.torresstudios.com

AMERICAN APPAREL
ADVERTISING
PRINT & WEB ADS
SS 13
LOS ANGELES
www.americanapparel.net

LUMIERES
MARKETING STRATEGIST
PRE SS 14 / YOTH SS 14
PRE SS 14 - SS 14
LOS ANGELES
www.lumieresbykai.com

2012 - PRESENT ONLY*

SKILLS & EXPERTISE

ADVERTISING

BRANDING & IDENTITY

FASHION BUYING

MARKETING

PUBLIC RELATIONS

ADDITIONAL INFORMATION

BIRTHDATE
SEPTEMBER 17 1994

BIRTHPLACE
LOS ANGELES

LOCATION
LOS ANGELES / SAN FRANCISCO

WWW.MASONROTHSCHILD.COM
contact@masonrothschild.com


EXHIBIT 4