# Exhibit 117

**PageVault**

| | |
|---|---|
| Document title: | Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST |
| Capture URL: | https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt |
| Page loaded at (UTC): | Mon, 01 Aug 2022 16:20:15 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 16:21:14 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 10 |
| Capture ID: | e2681630-9720-4072-94f6-1e60209d8ca1 |
| User: | baker-nsamad |



EXHIBIT 6

PDF REFERENCE #:   gvzHmoGmCzZayxex6A1pjn



HYPEBEAST   LATEST  SECTIONS  VIDEOS  BRANDS  SHOP   FOLLOW

# Mason Rothschild "THE ART SCHOOL DROPOUT" T-Shirt Collection

Rep your fashion school.





Fashion
Nov 16, 2015
13,821 Hypes
0 Comments

TEXT BY
Ashleigh Kim

SHARE THIS ARTICLE
Link
Share
Email
Send
More

LA-based designer Mason Rothschild drops a capsule collection of classic collegiate apparel-inspired T-shirts for art and fashion students. The range is comprised of three T-shirts offered in white and gray and feature "PARSONS," "CENTRAL SAINT MARTINS" and "ANTWERP" slogans in honor of some of the top art schools in the world.

Pre-order yourself an "ART SCHOOL DROPOUT" tee online for $50 USD. Shipping is guaranteed by December 24.

MASON ROTHSCHILD

Shop on HBX

   



Maison Margiela
Number Ring Pendant Necklace
US$465

Maison Margiela
Oversized Pinstripe Shirt
US$815

Maison Margiela
Card Holder
US$355

Maison Margiela
Number Logo Bracelet
US$490

26 Comments HYPEBEAST Disqus' Privacy Policy Login

Favorite Tweet Share Sort by Best

Join the discussion...

LOG IN WITH

HYPEBEAST

OR SIGN UP WITH DISQUS

Name

Email

Password

☐ I agree to Disqus' Terms of Service

☐ I agree to Disqus' processing of email and IP address, and the use of cookies, to facilitate my authentication and posting of comments, explained further in the Privacy Policy

☐ I agree to additional processing of my information, including first and third party cookies, for personalized content and advertising as outlined in our Data Sharing Policy

**jasongraston** · 7 years ago
This looks like it was made by an art school dropout
18 ^ | v · Reply · Share ›

**BellusVerus** → jasongraston · 7 years ago
come on, i can do better than that
^ | v · Reply · Share ›

_ → jasongraston · 7 years ago
@Mase on twitter
^ | v · Reply · Share ›

**kK** · 7 years ago
These things are just photoshop mockups made in 10 mins
Definitely an art school dropout...
3 ^ | v · Reply · Share ›

**•WHADAFUNK•** · 7 years ago
$50 lmao
2 ^ | v · Reply · Share ›

**SHERA127** · 7 years ago
i keep saying this but why dudes be so lazy, y'all cant take your own product shots? design is shit and on top of that they are on top of supreme tees... y'all LOUSY as fuck smh
2 ^ | v · Reply · Share ›

**Ashy Muthafuckin Larry** → SHERA127 · 7 years ago
*champion
^ | v · Reply · Share ›

**SHERA127** → Ashy Muthafuckin Larry · 7 years ago
*photoshop
look at a supreme tee product shot. google it broski
^ | v · Reply · Share ›

**Ashy Muthafuckin Larry** → SHERA127 · 7 years ago
oh god, here we go I'm about to search lol
1 ^ | v · Reply · Share ›

**youngclen** · 7 years ago
Agreed that this is very easy to do and a simple concept but it's dumb to me that people are saying lazy. The schools don't have quality athletic programs so this person decided to make some classic stereotypical athletics tshirts for the schools. That's it, wasn't supposed to be elaborate
2 ^ | v · Reply · Share ›

**Marty Funkhouser** → youngclen · 7 years ago
its lazy cuz virgil abloh just did this. Also with champion tees. like at least use something else? lol
1 ^ | v · Reply · Share ›

**krazysk8er** · 7 years ago
and actually the real parsons apparel are made by champion too
1 ^ | v · Reply · Share ›

**mogizzle** → krazysk8er · 7 years ago
american apparel
^ | v · Reply · Share ›

**krazysk8er** → mogizzle · 7 years ago
mines champion
^ | v · Reply · Share ›

**Marty Funkhouser** · 7 years ago

HypeIndex™ Data provided by Yahoo Finance

5918.86
39.89 (+0.67%)

Latest Active

1 Under Armour 0.01 (+0.05%)
2 Nike 0.00 (+0.00%)
3 VF Corp 0.86 (+1.92%)
4 Tapestry 0.22 (+0.64%)
5 Gildan 0.53 (+1.62%)





What To Read Next



Fashion
Drake Releases Camouflage Sympathy T-Shirt
Shortly after dropping 'Honestly, Nevermind.'
By Hansel Chang / Jun 20, 2022

▲ 11,209 Hypes   💬 9 Comments

Fashion
AELIZA Hits the Shores for New "Channel" T-Shirt Capsule



Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT
Page 3 of 9
HERMES_0010547



Fashion
AELIZA Hits the Shores for New "Channel" T-Shirt Capsule
The London-based label wants wearers to clear mind and channel thoughts.
By Jack Lynch / Jul 4, 2022

2,616 Hypes   1 Comments



JOURNEYS
CONVERSE
FREE SHIPPING ON ANY ORDER
SHOP CONVERSE

Fashion
Stüssy Taps Portishead for 'Dummy' T-Shirt Release
Celebrating the Bristol band's iconic debut album.
By Nicolaus Li / Jun 23, 2022



10,990 Hypes   7 Comments

Fashion
BE@RBRICK x CDG Reveal Limited Edition T-Shirts
Releasing a short-sleeve and long-sleeve version, available in black and white.
By Hansel Chang / May 17, 2022



2,600 Hypes   1 Comments

Music
Kendrick Lamar Crashes a Wedding
The guests weren't down with his dabbing, though.
By Patrick Montes / Nov 16, 2015



96 Hypes   0 Comments

Footwear
Nike 2016 Spring Sock Dart
Nike's got more Sock Darts to release.
By Helena Yeung / Nov 16, 2015






10,709 Hypes  0 Comments

Fashion

### Palace Skateboards Announces LA Pop-Up Shop

Palace Internationale will launch in Los Angeles this month.

By Zarah Cheng / Nov 18, 2015



15,995 Hypes  0 Comments

Tech

### Nike and Apple Top the 100 Most Popular Brands Among Millennials

And Forever 21 beat out adidas.

By Ashleigh Kim / Nov 18, 2015



15,845 Hypes  0 Comments

Music

### Young Thug - Magnificent (Produced by London On Da Track)

The chemistry you see between Thugger and London On Da Track doesn't happen often.

By Patrick Montes / Nov 18, 2015



104 Hypes  0 Comments

Fashion

### RSVP Gallery x OAMC 2015 Capsule Collection

Brrrrrrrrr.

By Zarah Cheng / Nov 18, 2015




9,994 Hypes  0 Comments



9,994 Hypes   0 Comments



Music
Sir Michael Rocks - In My Mode
One of the unsung heroes of the underground.
By Patrick Montes / Nov 16, 2015

120 Hypes   0 Comments



Music
Justin Bieber - What Do You Mean? (Dark0 Remix)
Because the people requested it.
By Patrick Montes / Nov 16, 2015



165 Hypes   0 Comments

Music
Joey Bada$$ Unveils Video for Kiesza Collab "Teach Me"
Just bust a move.
By Patrick Montes / Nov 16, 2015



110 Hypes   0 Comments

Fashion
The Word of the Year Is an Emoji
Tears of joy.
By T.S. Fox / Nov 16, 2015



10,426 Hypes   0 Comments

Design once, resize instantly

Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

Page 6 of 9

HERMES_0010550





**Music**
Snakehips featuring Tinashe & Chance the Rapper - All My Friends
Snakehips' biggest song yet.
By Patrick Montes / Nov 16, 2015



**Sports**
'Boys of Summer' Full Skate Video Featuring Eric Koston, Jason Dill and More
Just in time for... winter.
By HB Team / Nov 16, 2015



**Events**
XOYO Loves - A Week-Long Event Series Featuring Virgil Abloh, Baauer, JME & More
You don't want to miss London this week.
By Austin Boykins / Nov 15, 2015



**Music**
Preview Adele & Tobias Jesso Jr.'s Collaboration off '25'
Tobias Jesso Jr.'s dream collaboration: Kanye or Drake.
By Patrick Montes / Nov 16, 2015

**Music**
Kid Cudi Unveils the Artwork for 'Speedin' Bullet 2

Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

Page 7 of 9

HERMES_0010551

Case 1:22-cv-00384-JSR   Document 72-135   Filed 10/07/22   Page 10 of 11





Music
**Kid Cudi Unveils the Artwork for 'Speedin' Bullet 2 Heaven'**
Cudi's fifth solo album drops December 4.
By T.S. Fox / Nov 18, 2015



🔥 10,100 Hypes   💬 0 Comments

Fashion
**ONLY NY 2015 Holiday Lookbook**
Big Apple streetwear staples.
By T.S. Fox / Nov 16, 2015







Footwear
**Diadora N.9000 MM "Black"**
The N.9000 gets updated, modern construction.
By T.S. Fox / Nov 16, 2015



Music
**Rick Ross Shares 'Black Market' Album Trailer**
'Black Market' arrives December 4.
By David Huynh / Nov 16, 2015





Fashion
**Designing the Perfect Language: Jerry Lorenzo on Fear of God, His Footwear Line & F.O.G.**
"I felt a responsibility to reach people where they were."
By Madrell Stinney / Nov 16, 2015



Document title: Mason Rothschild ART SCHOOL DROPOUT Tshirt | HYPEBEAST
Capture URL: https://hypebeast.com/2015/11/mason-rothschild-art-school-dropout-tshirt
Capture timestamp (UTC): Mon, 01 Aug 2022 16:21:14 GMT

Page 8 of 9

HERMES_0010552



## Mason Rothschild "THE ART SCHOOL DROPOUT" T-Shirt Collection

Rep your fashion school.



Fashion
Nov 16, 2015
13,821 Hypes
0 Comments

TEXT BY
Ashleigh Kim

SHARE THIS ARTICLE
- Link
- Share
- Email
- Send
- More

LA-based designer Mason Rothschild drops a capsule collection of classic collegiate apparel-inspired T-shirts for art and fashion students. The range is comprised of three T-shirts offered in white and gray and feature "PARSONS," "CENTRAL SAINT MARTINS" and "ANTWERP" slogans in honor of some of the top art schools in the world.

Pre-order yourself an "ART SCHOOL DROPOUT" tee online for $50 USD. Shipping is guaranteed by December 24.

MASON ROTHSCHILD

Shop on HBX

