# Exhibit 125

