# Exhibit 126

## Dear Community,

So, Hermes filed a trademark lawsuit against me on Friday—although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermes' complaint. Hermes' claims are groundless and we look forward to defeating those claims in court and helping to set a precedent.

I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur-covered Birkin bags.

My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell art that depicts Birkin bags, just as it gave Andy Warhol the right to make and sell art depicting Campbell's soup cans.

I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.

The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermes' complaint that they don't understand what an NFT is, or what NFTs do.

We have tried to be reasonable. Hermes first sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermes representative. Hermes chose instead to break off negotiations and sue me.

I hope Hermes understands that I won't be intimidated.

---



**metabirkins** • Follow

**metabirkins** A statement in response to: Hermès International, et al. v. Mason Rothschild.

28w



**sophiewillis93** I have dm'd you for some advise ref this! Would really appreciate your response and help @metabirkins

7w



**alejaavilaart** I am a handbag designer and I will beyond honored if you intervene and portray your art in one of my shapes bags 😍😍😍 . @masonrothschild @metabirkins

19w



**am.d_v** Congrats on the weirdos my man! Too bad i couldnt get in wl. Best of wishes

21w



**vansteph.studio** Seriously this is beyond me. I've heard of two other artists fighting the same fight with crystallizing tumblers. My support is with you!!!! 👏

21w



**jealon_** Mason check dm pleaseeeee I'm coming from ILYYW and meta birkins it's birkin boy please respond to my Dm im begging 💚💚

21w



**maack_o1** Real question is ... why do y'all need a purse in the metaverse?

26w   3 likes

  

**4,949 likes**

JANUARY 17

Comments on this post have been limited.



EXHIBIT
42