# Exhibit 129

PageVault

| | |
|---|---|
| Document title: | Mason Rothschild (@MasonRothschild) / Twitter |
| Capture URL: | https://twitter.com/MasonRothschild |
| Page loaded at (UTC): | Tue, 04 Oct 2022 17:23:47 GMT |
| Capture timestamp (UTC): | Tue, 04 Oct 2022 17:24:33 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | f5559042-f611-45f5-865e-4ac468ec2c35 |
| User: | baker-nsamad |

PDF REFERENCE #:     mxqBo5e7niGwwi8yCMZfAR



Mason Rothschild
651 Tweets

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

··· Follow

**Mason Rothschild**
@MasonRothschild

@gasoline_xyz, @terminal_xyz, @ilyywnft

Murphy Lake Ranch gasoline.xyz Joined April 2009

**507** Following **20.9K** Followers

Not followed by anyone you're following

**Tweets** | Tweets & replies | Media | Likes

**Mason Rothschild** @MasonRothschild · Sep 13
Rodeo is a passion project I began ideating late last year. An idea that started as a collection of PFPs representing cowboys and cowgirls, a nod to the wild west we call web3, quickly evolved into a much larger opportunity for the space as a whole.
5 10 55

Show this thread

**Mason Rothschild** @MasonRothschild · Sep 13
web3 and whiskey, the official Gasoline podcast, will center around educating and onboarding both crypto native and non-crypto native members through in-person conversations that allow for humanity to show through all the buzz words.
1 2 32

**Mason Rothschild** @MasonRothschild · Sep 13
Over the coming weeks more will be revealed about our future roadmap for Rodeo. You won't find Discord grinding or overcomplicated allowlist gimmicks here.

gasoline.xyz
discord.gg/gasoline
1 5 39

**Mason Rothschild** @MasonRothschild · Aug 19

4 6 46

**Mason Rothschild** @MasonRothschild · Jul 20
For those of you who have been following since day one..

I just wanted to update everyone on the litigation with Hermès. The judge has ruled that the First Amendment applies in our case, and we are confident that in the end MetaBirkins will be fully protected as free artistic speech. We're continuing to litigate the case toward that result, and we'll update you as the case unfolds.
Thanks, everyone, for your support!

J **Joan Arc**
@JoanArc23059459 ···

Search Twitter

## You might like

**amberpark.eth** @amberpark — Follow
**Haus + Technology** @hausconnect — Follow
**BentoBoi** @BentoBoiNFT — Follow

Show more

## What's happening

Politics · 4 hours ago
**President Biden set to announce new guidelines on reproductive rights**

Unscripted reality · Trending
**Dorit**

Trending in United States
**USB-C**
20.4K Tweets

US elections · LIVE
**Washington: Election news and updates**

War in Ukraine · LIVE
**Latest updates on the war in Ukraine**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.



Mason Rothschild
651 Tweets

Follow

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

19 24 150

## Who to follow

**amberpark.eth** @amberpark — Follow
director & visual artist. creator @PLAYPOPGO. cofounder @ILYYWNFT.

**Haus + Technology** @hausconnect — Follow

**Gasoline** @gasoline_xyz — Follow
a web3 studio founded by @MasonRothschild. Register with PREMINT to access the community. discord.gg/gasoline

Show more

**Mason Rothschild** @MasonRothschild · Jun 21
Acquired my forever @BoredApeYC. web3 cowboy 🥃. None of that RR stuff.

165 80 1,389

**Mason Rothschild** @MasonRothschild · May 16
Bullish on @apecoin! Thank you Ken at Fenom & Co. for this piece. Who wants one? @BoredApeYC @yugalabs

177 119 1,091

**Mason Rothschild** @MasonRothschild · May 13
Thank you to @BoF for telling our story.

BOF
RETAIL
A Clubhouse for LA's Crypto Cool Kids
How MetaBirkins creator Mason Rothschild and partner Ericka del Rosario are harnessing web3 to make their fashion boutique more sticky.

## You might like

**amberpark.eth** @amberpark — Follow
**Haus + Technology** @hausconnect — Follow
**BentoBoi** @BentoBoiNFT — Follow

Show more

## What's happening

Politics · 4 hours ago
**President Biden set to announce new guidelines on reproductive rights**

Unscripted reality · Trending
**Dorit**

Trending in United States
**USB-C**
20.4K Tweets

US elections · LIVE
**Washington: Election news and updates**

War in Ukraine · LIVE
**Latest updates on the war in Ukraine**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Joan Arc
@JoanArc23059459



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Mason Rothschild
651 Tweets

Follow

LA's Crypto Cool Kids

How MetaBirkins creator Mason Rothschild and partner Ericka del Rosario are harnessing web3 to make their fashion boutique more sticky.

Mason Rothschild and Ericka del Rosario's Terminal 27 boutique in Beverly Hills has become a clubhouse for LA's crypto cool kids as well as a place to buy hip clothes.

By ROBERT CORDERO

3 10 61

**Mason Rothschild** @MasonRothschild · May 5
33 tubes later..

28 1 75

**Mason Rothschild** @MasonRothschild · Apr 25
Signed. Thank you to Austin Rosen, David Cohen and the team at EF⚡.
We're just getting started.

35 74 246

Joan Arc
@JoanArc23059459

Search Twitter

**You might like**

amberpark.eth
@amberpark
Follow

Haus + Technology
@hausconnect
Follow

BentoBoi
@BentoBoiNFT
Follow

Show more

**What's happening**

Politics · 4 hours ago
President Biden set to announce new guidelines on reproductive rights

Unscripted reality · Trending
Dorit

Trending in United States
USB-C
20.4K Tweets

US elections · LIVE
Washington: Election news and updates

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.



Mason Rothschild

Follow

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Mason Rothschild** @MasonRothschild · Apr 25

Signed. Thank you to Austin Rosen, David Cohen and the team at EF⚡.
We're just getting started.

35 74 246

**You might like**

amberpark.eth
@amberpark
Follow

Haus + Technology
@hausconnect
Follow

BentoBoi
@BentoBoiNFT
Follow

Show more

**What's happening**

Politics · 4 hours ago
**President Biden set to announce new guidelines on reproductive rights**

Unscripted reality · Trending
**Dorit**

Trending in United States
**USB-C**
20.4K Tweets

US elections · LIVE
**Washington: Election news and updates**

War in Ukraine · LIVE
**Latest updates on the war in Ukraine**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Joan Arc
@JoanArc23059459