# Exhibit No. 2

Case No. 22-cv-00384-JSR

Declaration of Rhett O. Millsaps II In Support Of Rothschild's Opposition To Plaintiffs' Motion For Summary Judgment

Page 1

```
 1
 2             UNITED STATES DISTRICT COURT
 3             SOUTHERN DISTRICT OF NEW YORK
 4
 5    HERMÈS INTERNATIONAL and    )
      HERMÈS OF PARIS INC.,       )
 6                                )
              Plaintiffs,         )
 7                                )
          vs.                     )   No.
 8                                )   1:22-CV-00384-JSR
      MASON ROTHSCHILD,           )
 9                                )
              Defendant.          )
10    ------------------------    )
11
12
13
14
15                 September 23, 2022
16                 9:32 a.m.
17
18        Deposition of BLAKE GOPNIK, held at the
19    offices of Baker & Hostetler LLP, 45
20    Rockefeller Plaza, New York, New York,
21    pursuant to subpoena, before Laurie A.
22    Collins, a Registered Professional Reporter
23    and Notary Public of the State of New York.
24
25
```

Page 76

1                       Gopnik
2       A.    Could you read it one more time,
3    please.
4       Q.    I'll rephrase the question.
5             Do you agree that the connection with      11:25:31
6    Hermès contributed to the high value of Mason
7    Rothschild's works?
8             MR. SPRIGMAN:  Objection.
9       A.    I would say the connection to products
10   produced by Hermès as content of his work could     11:25:51
11   have contributed to it.
12      Q.    Do you agree that Rothschild's art
13   would have had far less significance if it had not
14   crossed over into Hermès-style branding?
15            MR. SPRIGMAN:  Objection.                  11:26:21
16      Q.    You can answer.
17      A.    Yeah, let me just think about that.
18   Could you rephrase it -- could you repeat the
19   question, please, just to make sure --
20            MR. FERGUSON:  Could you read back the
21      question.
22      A.    I want to make sure I understand it
23   perfectly.
24            MR. FERGUSON:  Could you read it back.
25            (Record read.)                             11:26:51

```
                                                       Page 77
1                         Gopnik
2           MR. SPRIGMAN:  Objection.
3      A.    I don't believe it crossed over -- I
4  don't know what crossing into Hermès style
5  branding means.                                   11:26:58
6      Q.    I'd like to direct you to page 11 of
7  your report.
8      A.    Yeah.
9      Q.    Direct you to the sentence that begins
10 six lines down:  Rothschild's art would have far  11:27:29
11 less significance if it had not crossed over into
12 Hermès-style branding.
13     A.    I see that sentence, yes.
14     Q.    You wrote that statement?
15     A.    I did.                                  11:27:47
16     Q.    And do you agree with it?
17     A.    I think it's badly phrased.  The phrase
18 "crossed over" should have been specified more
19 clearly by me what I meant by that.
20     Q.    Okay.  Looking at this in context now,  11:27:58
21 what do you mean by "crossed over"?
22     A.    Engaged with, I would say, engaged with
23 as content of the art.
24     Q.    What is the difference between crossing
25 over and engaging with?                           11:28:12
```

```
                                                      Page 78
1                        Gopnik
2            MR. SPRIGMAN:  Objection.
3       A.    I would say that crossing over into
4   branding makes it sound as though it's a branding
5   exercise, whereas if I said engaged with or           11:28:21
6   engaged with as content it would make clear that
7   that was part of what was being discussed, if you
8   like, in the art.
9       Q.    Referring to the last sentence of the
10  paragraph where you state, quote, And to be           11:28:50
11  successful as business art, Rothschild's work
12  needs to have the closest of connections with
13  visibly successful business.
14            Is the visibly successful business
15  you're referring to there Hermès?                     11:29:13
16      A.    It could have a connection with any
17  visibly successful business.  And by "connection"
18  I mean an artistic connection.
19      Q.    Do MetaBirkins have connections with
20  any visibly successful business other than Hermès?    11:29:28
21            MR. SPRIGMAN:  Objection.
22      A.    An artistic connection with -- I would
23  say they have a connection to the entire world of
24  deluxe handbags, including Hermès.
25      Q.    The name Birkin, does that refer to the     11:29:51
```

Page 122

1                     Gopnik
2    team of people working on any of his projects,
3    including his literary projects.  His texts are
4    often meant to mislead and to confuse as well.
5          Q.    Do you have a belief as to whether Andy    01:26:18
6    Warhol made the statement that business art is the
7    step that comes after art?
8          A.    It is present in texts that bear his
9    name.
10               I'm sorry if I'm being difficult about    01:26:30
11   this.  But figuring out what Andy Warhol meant or
12   said is complicated.
13         Q.    Understood.
14               Although you've spent as much time what
15   Andy Warhol meant or said as just about anyone out    01:26:43
16   there.
17         A.    That's why it takes so long, because
18   it's complicated.
19         Q.    And in your research have you drawn any
20   conclusions as to whether Andy Warhol made the       01:26:51
21   statement that business art comes after art?
22         A.    My conclusions about that statement was
23   that it was actually component in his business art
24   practice.
25         Q.    And what do you mean that it's a         01:27:11

Page 123

1                    Gopnik
2     component in his business art practice?
3         A.    That is, Andy Warhol being a kind of a
4     trickster needed to pretend to be done with art in
5     order to become this new thing called a business      01:27:20
6     artist.  So by saying it's the step that comes
7     after art, he was saying that -- well, there's two
8     things he was saying.  One is that it's the latest
9     step in art, it comes after art because
10    traditional art was dead.  In other words, he was     01:27:36
11    saying this is a knew avant-garde practice.
12              But he had to also present himself in
13    part as a businessperson, someone who was no
14    longer making art, in order for his business art
15    to have its maximum resonance and complexity, and    01:27:47
16    he did that reliably thereafter.
17        Q.    Is making money an example of business
18    art?
19        A.    Not in every case, no.
20        Q.    Can making money be an example of           01:28:15
21    business art?
22              MR. SPRIGMAN:  Objection.
23        A.    Yes.
24        Q.    In what circumstances is making money
25    an example of business art?                           01:28:22

Page 158

1              Gopnik
2  was using -- there were no brands in Rembrandt's
3  day, obviously.  It wasn't a phenomenon in the
4  culture.  But I was talking about the establishing
5  of a larger Rembrandtian enterprise that didn't     02:26:23
6  necessarily have to do with his hands.
7          So to that extent the title is correct.
8  It's not about what he touched but a larger sense
9  of a studio producing a kind of object.  And those
10 objects of course function as art but they also    02:26:37
11 function as commodities in a culture -- in a
12 commercial culture.
13      Q.    You refer in the article to Rembrandt,
14 Inc.; is that correct?
15      A.    Facetiously, yes.                        02:26:49
16      Q.    What were you referring to facetiously
17 as Rembrandt, Inc.?
18      A.    Well, there were no such things as
19 corporations in Rembrandt's day.  I was referring
20 to metaphorically, really, to a larger studio       02:26:59
21 cultural, an enterprise, if you like, that
22 involved Rembrandt but also assistants, and one of
23 whose goal was in fact to sell the work.
24      Q.    Is the brand you're referring to here
25 the name Rembrandt?                                 02:27:18

Page 160

1                    Gopnik
2        A.    I am obviously speaking widely
3    metaphorically here, and in writing this I'm sure
4    I didn't think through it in great detail.  I was
5    trying to conjure an image.                          02:29:23
6              But I assume that a certain kind of
7    traditional Catholic once upon a time would have
8    distinguished between Crowns of Thorns that were
9    on Jesus's head at some point versus one that had
10   been made later.  But since I'm not at all          02:29:39
11   convinced there was a Crown of Thorns on Jesus's
12   head, it's an obviously very figurative way of
13   speaking.
14       Q.    And in the example you gave, the one
15   that was made later was the counterfeit?            02:29:58
16       A.    Yes, correct.
17       Q.    I'd like to --
18       A.    I want to clarify, I was speaking
19   metaphorically.
20       Q.    Okay.                                     02:30:16
21             I'd like to show you a document that
22   has been previously marked as Exhibit 6.
23             MR. SPRIGMAN:  I want one of these.
24             THE WITNESS:  Yeah, I think they're
25       great.                                          02:31:01

```
                                                    Page 161
1                           Gopnik
2              (Pause.)
3        Q.    Have you seen this document before
4    today?
5        A.    I've not, no.                        02:31:18
6        Q.    Have you seen the shirt depicted in
7    the -- the large shirt depicted on the first page
8    of this document before today?
9        A.    I don't believe I ever have, no.
10             When you say "large," is that a       02:31:37
11   normal -- is not a normal shirt?
12       Q.    Because there was a small blue shirt in
13   the bottom corner, I was referring to the large
14   white red shirt in the center of the page.
15       A.    Got it.                               02:31:59
16       Q.    Are you aware that Mason Rothschild
17   sold a line of classic collegiate apparel inspired
18   T-shirts for art and fashion students?
19             MR. SPRIGMAN:  Objection.
20       A.    I'm not aware of that.                02:32:11
21       Q.    I'd like you to assume in this question
22   that the Parsons T-shirt shown in this document
23   was created and sold by Mason Rothschild.  Is this
24   T-shirt art?
25             MR. SPRIGMAN:  Objection.             02:32:57
```

Page 207

1                    Gopnik

2       Q.    And that this NFT is called
3    MetaBirkins.
4             Do you have an opinion whether based on
5    those facts this NFT is a work of art?              03:51:23
6             MR. SPRIGMAN:  Objection.
7       A.    I can never have an opinion about
8    whether something is a work of art based on such a
9    limited set of facts.  It does seem to interact
10   with the other things that -- other Birkins I've   03:51:37
11   seen which in larger context do seem to be works
12   of art.
13      Q.    What else would you need to know about
14   this -- what's depicted in this exhibit in order
15   to determine whether it's a work of art?            03:51:59
16      A.    Well, among other things what I want to
17   do -- I guess I could do it right here.  It seems
18   to be one of the other MetaBirkins covered with a
19   sheet, which would actually indicate to me more
20   rather than less that it's participating in a      03:52:15
21   larger artistic project.
22            It seems to be riffing on other items
23   from the MetaBirkins repertoire.  And the pedestal
24   with a draped object on top of it very much refers
25   to statuary in the history of art.  The act of     03:52:34

1                     Gopnik
2    unveiling a statue is something that exists in the
3    history of art.  So it seems very much to be part
4    of that discourse.
5             So, yes, the answer is I would say yes,    03:52:47
6    it does seem to be understood in an artistic
7    context.
8        Q.    You talked earlier about how the
9    digital files associated with NFTs can change.
10       A.    Yes, that's correct, can be changed.  I   03:53:16
11   don't think they usually change spontaneously.
12       Q.    Do you have any understanding as if at
13   any point since the MetaBirkin NFTs were first
14   offered for sale if the image associated with
15   MetaBirkins NFTs have changed?                      03:53:40
16            MR. SPRIGMAN:  Objection.
17       A.    There would be no way for me to know
18   that.  I would have to see the same digital file
19   at two periods of time and then do a forensic
20   analysis of whether a change had been made.         03:54:00
21   That's not part of my expertise.
22       Q.    I'm going to represent to you when the
23   MetaBirkin NFTs produced by Mason Rothschild were
24   first offered for sale that the images associated
25   with the NFTs looked like the image in Exhibit 57,  03:54:20

|   |   |   |
|---|---|---|
|   |   | Page 244 |
| 1 | Gopnik |   |
| 2 | There's usually -- it takes a bunch of |   |
| 3 | different people to finally come up with something |   |
| 4 | out there.  I assume there's a technician to mount |   |
| 5 | just in charge of literally mounting them on | 04:50:58 |
| 6 | whatever server they're living on. |   |
| 7 | Q.    In your report you reference that you |   |
| 8 | had seen a number of documents that were -- that |   |
| 9 | have Rothschild Bates stamps.  That all appears on |   |
| 10 | page 3 of your report. | 04:51:13 |
| 11 | A.    Yes. |   |
| 12 | Q.    A number of those documents you |   |
| 13 | reference -- in fact, I believe most if not all of |   |
| 14 | them -- involve communications with Mr. Rothschild |   |
| 15 | and Mark Design? | 04:51:22 |
| 16 | A.    Yes, that's right. |   |
| 17 | Q.    And do you have an understanding of the |   |
| 18 | role of Mark Design in creating the MetaBirkin |   |
| 19 | images associated with MetaBirkin NFTs? |   |
| 20 | MR. SPRIGMAN:  Objection. | 04:51:34 |
| 21 | A.    Yes, his role in the production of |   |
| 22 | them, I'd say. |   |
| 23 | Q.    And what was his role in production? |   |
| 24 | A.    Well, I'd have to look at them in |   |
| 25 | detail.  He seemed to play several different | 04:51:41 |

Page 245

1                        Gopnik
2    roles.  He was in a rich, collaborative
3    relationship.  He was functioning as a high-level
4    studio assistant.  That's what studio assistants
5    do.                                                04:51:53
6        Q.    Is business art recognized as a genre
7    in the field of art criticism?
8              MR. SPRIGMAN:  Objection.
9        A.    Yes, it goes by various different
10   names.  Most genres do.  It's also called commerce  04:52:49
11   by artist.  Some people might call it a branch of
12   relational aesthetics.  But it's well recognized
13   as a movement or component in the history of
14   contemporary art.  There have been exhibitions
15   about it; there are books about it.                04:53:04
16       Q.    Is commerce by artists the same thing
17   as business art?
18       A.    There is no specific definition of
19   business art or of commerce by artists.  There are
20   elaborate -- you know, there are a set of, as it    04:53:15
21   were, Venn diagrams.
22             Different people might have slightly
23   different ways.  That's true of minimalism, pop
24   art.  Name any kind of art you could name, and
25   there would be different ways of thinking about it  04:53:27

Page 255

C E R T I F I C A T E

STATE OF NEW YORK     )
                      : ss.
COUNTY OF NEW YORK    )

       I, LAURIE A. COLLINS, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

       That BLAKE GOPNIK, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of September 2022.

*[signature: Laurie A. Collins]*

LAURIE A. COLLINS, RPR