# Exhibit No. 10

## [Filed Under Seal]

Case No. 22-cv-00384-JSR

Declaration of Rhett O. Millsaps II In Support Of Rothschild's Opposition To Plaintiffs' Motion For Summary Judgment