# Exhibit No. 13

Case No. 22-cv-00384-JSR

Declaration of Rhett O. Millsaps II In Support Of Rothschild's
Opposition To Plaintiffs' Motion For Summary Judgment

Dr. Bruce Isaacson   Confidential
September 20, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
HERMES INTERNATIONAL AND HERMES OF
PARIS, INC.

                              Plaintiff,    :

           - against -

MASON ROTHSCHILD,

                              Defendant.    :
------------------------------------------x

                         September 20, 2022
                         11:05 a.m.


           ** CONFIDENTIAL **



       VIDEOTAPED EXAMINATION BEFORE TRIAL of

DR. BRUCE ISAACSON, an Expert Witness on

behalf of the Plaintiffs herein, taken by the

Defendant, pursuant to Court Order, held at

the above-mentioned time via videoconference

by all parties, before Michelle Lemberger, a

Notary Public of the State of New York.

Dr. Bruce Isaacson   Confidential
September 20, 2022

```
 1

 2    A P P E A R A N C E S:

 3

 4    BAKER HOSTETLER, LLP
      Attorneys for Plaintiff
 5         45 Rockefeller Plaza
           New York, New York 10111
 6
      BY:  GERALD FERGUSON, ESQ.
 7         Gferguson@bakerlaw.com

 8
      A/P LISA BOLLINGER GEHMAN, ESQ.
 9        Lgehman@bakerlaw.com

10        DEBORAH WILCOX, ESQ.
          Dwilcox@bakerlaw.com
11
          KEVIN WALLACE, ESQ.
12
          VALENTINE FADIE, ESQ. - In-house counsel
13                           Hermes International

14

15
      LEX LUMINA, PLLC
16    Attorneys for Defendant
           745 Fifth Avenue, Suite 500
17         New York, New York 10151

18    BY:  RHETT MILLSAPS, ESQ.
           Rhett@lex-lumina.com
19

20    A/P MARK MCKENNA, ESQ.
          Mark@lex-lumina.com
21

22
      ALSO PRESENT:
23
          Darrak Lighty - videographer
24

25               *    *    *    *    *
```

Dr. Bruce Isaacson   Confidential
September 20, 2022

1              Dr. B. Isaacson

2     company Hermes.  That was their answer.  It's

3     very clear who they think makes or provides

4     the items shown on the web page.

5             So if someone had answered that in a

6     way that made it clear that they thought that

7     Hermes was shown on the web page or Birkin

8     was shown on the web page, that's the

9     confusion answer.

10            There's -- Dr. Neal, in his rebuttal

11    report, seems to indicate that there are two

12    different kinds of confusion in this case.

13    And there's only one kind of confusion that

14    I'm basing my opinions on.  And that's where

15    someone sees the MetaBirkins web page and

16    makes a cognitive connection in their own

17    mind between that web page and Hermes or

18    Birkin.  That's what my survey measures.

19       Q.  What is the item that's shown on the

20    web page?

21       A.  The web page shows a number of

22    items, but most of those items are variants

23    of Hermes bags.  There's also some text on

24    the web page, there's a bunch of other things

25    on the web page, but most of what's on that

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                    Dr. B. Isaacson

2     web page are variants of Hermes bags or

3     counterfeits of Hermes bags or some kind of

4     mutation of an Hermes bag.

5          Q.  This was your survey for NFT

6     purchasers, am I right?

7          A.  The database that we're looking at

8     right now, which is Exhibit 2, is the survey

9     for NFT purchasers.

10         Q.  Right.  So were you not measuring

11    here confusion about the source of the NFTs?

12         A.  I'm measuring confusion about the

13    MetaBirkins home page.  Again, you've used

14    the phrase NFTs, and I'm not sure if you're

15    referring to a particular place on the --

16    entry on the block chain or the artwork that

17    is included with the NFT.  But I'm measuring

18    confusion with respect to the MetaBirkins web

19    page.

20         Q.  Didn't you use the term NFT to

21    define your universe for the survey?

22         A.   I defined the survey universe, in

23    part, as someone who would be likely to

24    purchase an NFT.

25         Q.  And what was the other part of the

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                    Dr. B. Isaacson

2    marks were present in the test and removed in

3    the control?

4        A.  Yes.  Broadly defined, I would agree

5    with that statement.  There are elements of

6    the trade dress that were removed as part of

7    that, but, yes.

8        Q.  So in regard to that 18.7 percent

9    net confusion level that you found, what

10   share of that is caused just by respondents'

11   reactions to the word marked Hermes in the

12   stimulus?

13       A.  I haven't provided an opinion on

14   that.

15       Q.  So sitting here today, what would

16   your answer be?

17       A.  My answer would be that I haven't

18   provided an opinion on that.

19       Q.  Why haven't you provided an opinion

20   on that?

21       A.  Because Hermes asserts rights to all

22   of those items that you just mentioned, to

23   the Hermes name, the Birkin name and the

24   Birkin trade dress, including the elements

25   that are associated with that Birkin trade

Dr. Bruce Isaacson   Confidential
September 20, 2022

1                    Dr. B. Isaacson

2        dress.

3               They assert rights to all of those,

4        and they're objecting to Mason Rothschild's

5        use of all of those as a group.  And so I

6        measured them as a group, I didn't measure

7        them individually.

8               So I don't have an opinion about any

9        of the individual elements.  I only have an

10       opinion about the elements as a group,

11       because they're asserted as a group.

12          Q.  And you didn't test confusion

13       attributable to any of those three things

14       separately, right?

15          A.  Correct.

16          Q.  Is it possible to know from your

17       data what share of the 18.7 percent is caused

18       just by respondents' reactions to the word

19       mark Hermes?

20          A.  No.

21          Q.  And is it possible from your data to

22       determine what percentage of the 18.7 percent

23       is caused just by respondents' reactions to

24       the word mark Birkin?

25          A.  No.

Dr. Bruce Isaacson   Confidential
September 20, 2022

1                    Dr. B. Isaacson

2          Q.   Is it possible from your data to

3      determine what part of that 18.7 percent is

4      caused just by respondents' reactions to the

5      claimed Birkin trade dress?

6          A.   No.

7          Q.   So is it possible that all of the

8      net confusion that you say is present here is

9      being caused by the claimed Birkin trade

10     dress alone?

11         A.   Like I said, I don't have an opinion

12     on the confusion caused by individual

13     elements.   I only have an opinion on the

14     confusion caused by the group.

15         Q.   So then, again, is it possible then

16     that all of the net confusion that you say is

17     present is caused by the claimed Birkin trade

18     dress?

19         A.   I don't think that's consistent with

20     the answers that are provided in the survey

21     or the way that consumer behavior works,

22     given what Hermes has alleged and described

23     in this case.   So I don't think that's at all

24     likely what you're describing, given the

25     survey data and given the case facts, as we