UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | No. 22-cv-00384-JSR <br><br> ECF Case <br><br> **DECLARATION OF TRUMAN SACKS** |

I, Truman Sacks, hereby declare as follows:

1. I met Defendant Mason Rothschild several years ago and have been in touch with him on and off during that time, including around the launch of his *MetaBirkins* project last year. I have firsthand knowledge of the matters stated herein.

2. I minted a *MetaBirkin* NFT on December 2, 2021, through the minting website at https://mint.metabirkins.com.

3. I initially encountered a technical problem with the minting process, and I messaged Mr. Rothschild and his associates about the issue that day via Discord.

4. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot of direct messages that I exchanged with Mr. Rothschild's associates via Discord on December 2, 2021. I am identified by the username "shoeman" in these messages.

5. The screenshot that I sent in this message exchange, which has "8:48" in the upper left corner and a button with the text "SECURE THE BAG," is a screenshot of the main

screen at https://mint.metabirkins.com that was presented to me during the *MetaBirkins* minting process. I clicked the "SECURE THE BAG" button to commence the *MetaBirkins* minting.

6.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge.

Dated: October 19, 2022

_____
Truman Sacks

2