# Exhibit 1


**shoeman** 12/02/2021
connect wallet doesn't open Oauth to connect to wallets on mobile

+ getting transaction reverted

 @shoeman + getting transaction reverted


**cc** 12/02/2021
i whitelisted your ens address


**shoeman** 12/02/2021




**cc** 12/02/2021
hm


**walmat.eth** 12/02/2021
what browser

metamask?


**shoeman** 12/02/2021
coinbase wallet