# Exhibit 1

| Prod Begin Bates | Extracted Text | CUSTOM_DETAILS_Chat ID | CUSTOM_DETAILS_Source file | CUSTOM_CONNECTION_DATETIME | CUSTOM_SOURCE |
|---|---|---|---|---|---|
| Rothschild008010 | if i use birkin alone | 904196280450965534 | /cloud.social.discord/MasonRothschild/main.db3 | 12/1/21 | cloud.social.discord |
| Rothschild007488 | but metabirkin | 904196280450965534 | /cloud.social.discord/MasonRothschild/main.db3 | 12/1/21 | cloud.social.discord |