# Exhibit 132

Dr. Bruce Isaacson  Confidential
September 20, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HERMES INTERNATIONAL AND HERMES OF
PARIS, INC.

                          Plaintiff,    :

             - against -

MASON ROTHSCHILD,

                       Defendant.   :
----------------------------------------x


                       September 20, 2022
                       11:05 a.m.


        ** CONFIDENTIAL **


        VIDEOTAPED EXAMINATION BEFORE TRIAL of

DR. BRUCE ISAACSON, an Expert Witness on

behalf of the Plaintiffs herein, taken by the

Defendant, pursuant to Court Order, held at

the above-mentioned time via videoconference

by all parties, before Michelle Lemberger, a

Notary Public of the State of New York.

Dr. Bruce Isaacson  Confidential
September 20, 2022

1

2          THE WITNESS:  My name is Bruce

3      Isaacson, last name is spelled

4      I-S-A-A-C-S-O-N.

5          THE REPORTER:  What is your

6      current business address?

7          THE WITNESS:  16501 Ventura

8      Boulevard, Suite 601, Encino,

9      E-N-C-I-N-O, California 91436.

10 B R U C E   I S A A C S O N having been first

11      duly sworn by a Notary Public of the

12      State of New York, was examined and

13      testified as follows:

14 EXAMINATION BY

15 MR. MILLSAPS:

16      Q.  Good morning, Dr. Isaacson.

17      A.  Good morning.

18          MR. FERGUSON:  Apologies,

19      Mr. Millsaps.  Before we begin, can

20      we also stipulate that this

21      transcript will be treated as

22      confidential as we've been doing in

23      other proceedings?

24          MR. MILLSAPS:  Sure.

25          MR. FERGUSON:  Thank you.

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                     Dr. B. Isaacson

 2        Q.  So in your view, there's no

 3   difference here.  In other words, someone who

 4   names two different entities couldn't think

 5   that those are not the same?

 6              MR. FERGUSON:  Objection.

 7        A.  Well, I guess what I would say is,

 8   number one, I don't know whether they've

 9   named two different entities.  And number

10   two, they have named confusion as to Hermes

11   and they've named it twice in an articulate,

12   thoughtful manner in response to two

13   different questions.

14              This is someone who is obviously

15   confused.  They noticed an Hermes bag, they

16   noticed a bag and they notice that the bag is

17   made by Hermes.  And I think they've provided

18   the thoughtful response indicating that

19   they're confused as to the MetaBirkin

20   website.  It's very clear to me.

21        Q.  You don't know if they're referring

22   to two different entities, but you know that

23   they're confused?

24        A.  They can't -- with regard to the

25   confusion that the survey is measuring, there
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                Dr. B. Isaacson

 2   is no such thing as two different entities.

 3   The survey is measuring whether someone is

 4   confused with regard to Hermes or Birkin, and

 5   so if they are -- and the only way when you

 6   think about the cognitive processes that are

 7   involved in someone being confused, they have

 8   to see the MetaBirkins' home page and they

 9   have to make a cognitive connection between

10   that home page and Hermes or Birkin.

11        That's the only way that you can be

12   confused in the survey.  There's not a

13   different path by which you can be confused

14   about something else.  So that's what they're

15   demonstrating with their responses to

16   question 1 and question 4.

17     Q.  Okay.  But is this question -- is

18   your survey measuring confusion about the

19   brand Metaverse?

20     A.  No.

21     Q.  Does this respondent here not appear

22   to differentiate between the brand Metaverse,

23   which they apparently think is a different

24   brand from Hermes?

25     A.  I don't know whether they think it's
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
1                    Dr. B. Isaacson

2     question 1, they said the company Hermes

3     makes the Meta Burlington bag.  They've

4     clearly identified through those two

5     questions that they see a bag that they

6     recognize as coming from Hermes, in the

7     MetaBirkins home page.

8              Whatever else they recognize in the

9     home page is irrelevant to the inquiry that

10    I'm basing my opinions on.

11       Q.  So if someone said this is a picture

12    of a Birkin bag, you would consider them to

13    be confused?

14       A.  It depends on the questions that

15    they answered that in regard to.  If I asked

16    them a question like the questions that my

17    survey is answering -- is asking, and

18    remember what question 1 in the survey asks,

19    question 1 asks, What company, companies,

20    person or people do you think makes or

21    provides the items shown on the web page?

22    And in response to that question, what

23    company or people makes or provides the items

24    on the web page, in response to -- in

25    question 1, respondent ID 101 said, The
```

Dr. Bruce Isaacson   Confidential
September 20, 2022

1                    Dr. B. Isaacson

2      company Hermes.  That was their answer.  It's

3      very clear who they think makes or provides

4      the items shown on the web page.

5              So if someone had answered that in a

6      way that made it clear that they thought that

7      Hermes was shown on the web page or Birkin

8      was shown on the web page, that's the

9      confusion answer.

10             There's -- Dr. Neal, in his rebuttal

11     report, seems to indicate that there are two

12     different kinds of confusion in this case.

13     And there's only one kind of confusion that

14     I'm basing my opinions on.  And that's where

15     someone sees the MetaBirkins web page and

16     makes a cognitive connection in their own

17     mind between that web page and Hermes or

18     Birkin.  That's what my survey measures.

19         Q.  What is the item that's shown on the

20     web page?

21         A.  The web page shows a number of

22     items, but most of those items are variants

23     of Hermes bags.  There's also some text on

24     the web page, there's a bunch of other things

25     on the web page, but most of what's on that

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                    Dr. B. Isaacson

2    mean by that term.  That's the part I haven't

3    understood, the term NFT in the survey.

4        Q.  Do you not use the term NFT in your

5    report?

6        A.  I do.

7        Q.  And what do you mean by that?

8        A.  We can pick a sentence and we can

9    talk about it.

10       Q.  No, I just want to know what you

11   mean when you say NFT.  Did you -- let me ask

12   a different way.

13            Did you define for your respondents

14   what an NFT was when you asked them the

15   screener questions?

16       A.  I specified the kinds of NFTs that

17   they would have had to purchase in order to

18   qualify for the survey.  And, yes, I believe

19   that I have added enough specificity in the

20   report to indicate what I mean when I'm

21   talking about NFTs.

22       Q.  What kinds of NFTs did you specify

23   for them?

24       A.  Well, to take an example, my survey,

25   I'm looking at paragraph 5 in my report,

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                    Dr. B. Isaacson

2      which uses the word NFTs.  And it says, my

3      surveys measure the likelihood of confusion,

4      if any, between the MetaBirkins NFTs sold by

5      Mr. Rothschild and Hermes including the

6      Birkin handbag.

7             And so in that case, you've used the

8      term MetaBirkins NFTs, and I'm really

9      referring there to the NFT products that

10     Mr. Rothschild is selling as MetaBirkins.

11        Q.  But the survey responses here

12     reflect what the respondents understood NFT

13     to mean, right, not what you understood it to

14     mean, because you didn't define it for them;

15     am I right about that?

16        A.  It depends on the question that

17     you're asking me about.  If you're asking

18     about the confusion measures, the confusion

19     measures don't rely on the definition for the

20     word NFT.  The qualification questions do use

21     the word NFT and further add some specificity

22     around the kind of NFT that we're talking

23     about.

24        Q.  Okay.  So let's look at, again,

25     response ID number 101 here, and question 4.

Dr. Bruce Isaacson   Confidential
September 20, 2022

```
1                    Dr. B. Isaacson
2      The response, as you see, is the brand
3      Metaverse makes the NFT and the brand Hermes
4      makes the bag.  So that answer would reflect
5      what respondent ID number 101 understood an
6      NFT to be, would it not?
7          A.  That answer would reflect what
8      respondent 101 thought they should answer or
9      wanted to answer or wanted to provide in
10     response to the question -- to question 4.  I
11     don't think they're defining an NFT in that
12     answer.
13         Q.  So then the answer to that question
14     reflects whatever the respondent understood
15     the NFT to be, right?
16         A.  So the question was asking about
17     other brands or products that they think are
18     made or provided by whoever makes or provides
19     the items shown on the web page.
20             So my hope is that their answer to
21     that question would reflect the other brands
22     or products that they think are made or
23     provided.
24         Q.  And in this response to question 4,
25     does the respondent not make an explicit
```

Dr. Bruce Isaacson   Confidential
September 20, 2022

```
1                    Dr. B. Isaacson

2    distinction between NFTs and bags?

3         A.   They do have a sentence that has two

4    parts and one part references an NFT and one

5    part references a bag.  I don't know if

6    they're making a distinction or not.

7         Q.  But you read this and decided that

8    this person was confused, but you don't know

9    what they meant?

10        A.   No.  I didn't say I don't know what

11   they meant.  What I said was, first, I don't

12   need question 4 for respondent 101 to decide

13   that they're confused, because they've

14   already previously identified themselves in

15   response to question 1 as confused.  They're

16   already confused.

17            So their response to question 4 is

18   irrelevant.  If they had no response to

19   question 4, I would have already identified

20   them as confused in response to question 1.

21            But I am saying that even putting

22   aside the question 1 response, their answer

23   to question 4 indicates that they clearly see

24   a Hermes bag in the MetaBirkins home page and

25   that means they're confused by the way that
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

1              Dr. B. Isaacson

2    likely of confuse surveys work.

3          The fact that they may think that

4    someone else is making the NFT, that's not

5    relevant to anything.  They've made a

6    cognitive connection between a bag that

7    they're shown that is never labeled as an

8    Hermes bag in the survey, but they've

9    identified it as an Hermes bag twice.

10          They're thoughtful, they can see

11   what's going on in the survey, and they made

12   a connection between a bag that is not an

13   Hermes bag.  It's some variant of an Hermes

14   bag that Mr. Rothschild created, but this

15   person looked at that and said, Wow, that's

16   an Hermes bag.  I don't see where there's any

17   question that this respondent is confused.

18      Q.  What does question 1 ask?  What is

19   question 1?

20      A.  Question 1 asks what company,

21   companies, person or people do you think

22   makes or provides the items shown on the web

23   page.  There's more to it, but that's the --

24   that's the essence of it.

25      Q.  And the response here refers only to

Dr. Bruce Isaacson   Confidential
September 20, 2022

1                    Dr. B. Isaacson

2      a bag, right?

3           A.  I don't think so.

4           Q.  Well, doesn't the response here say

5      the company Hermes makes the Meta Burlington

6      bag?

7           A.  That's correct.

8           Q.  Okay.  So -- and then in question 4,

9      doesn't the respondent say the brand

10     Metaverse makes the NFT and the brand Hermes

11     makes the bag?

12          A.  Yes, that's correct.

13          Q.  So does their answer to question 4

14     not shed some light on whether or not they're

15     confused about the NFT?

16               MR. FERGUSON:  Objection to

17          form.

18          A.  Once again, putting aside that when

19     you use the word NFT I don't know whether

20     you're using it in the same way that this

21     respondent is using it, but I don't think

22     that question 4 indicates anything, but that

23     the respondent is confused.

24          Q.  Okay.  Let's say that there's a

25     survey done by Campbell Soup over Andy

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                    Dr. B. Isaacson

2     hadn't been invented.

3            So it's just, there's a lot

4     different in the context today versus when

5     Mr. Warhol was working with Campbell soup

6     cans.

7        Q.  Okay.  So taking that hypothetical

8     example of the survey over the Campbell Soup

9     cans, sitting here today, you can't say

10    whether someone who gave a response in such a

11    survey distinguishing between the painting

12    and the soup was making a distinction between

13    two different things?

14            MR. FERGUSON:  Objection.

15       A.  I think I said it.  There's a lot to

16    think about with regard to a survey like

17    that, and I'd have to think about with regard

18    to the design.  But I can say that the way

19    that likelihood of confusion surveys work is

20    you're looking for cognitive connections.

21            You're looking for people who see

22    one item and make a connection to another

23    item.  So in this case, what my survey

24    measures is whether when someone looks at the

25    MetaBirkins web page and sees a fur-covered

Dr. Bruce Isaacson  Confidential
September 20, 2022

1              Dr. B. Isaacson

2    bag, that looks, still has the shape of a

3    Birkin and uses the word Birkin and has

4    Hermes in the disclaimer.  Whether that's

5    enough to trigger a cognitive connection,

6    where they believe that what they're looking

7    at comes from Birkin and/or Hermes.  And I

8    believe this respondent ID 101 has clearly

9    demonstrated that that is the case for them.

10       Q.  Are you saying --

11       A.  I don't know what a Campbell Soup

12   survey would look like, but I didn't design a

13   Campbell Soup survey.

14       Q.  Okay.  Are you saying that the

15   cognitive connection and confusion are the

16   same thing?

17       A.  What I'm saying is that from a

18   survey standpoint, what a likelihood of

19   confusion survey measures is whether people

20   make a cognitive connection between an

21   accused item and usually the plaintiff in the

22   case, or between an accused item, let me say,

23   and another item.

24           The survey measures cognitive

25   connections.  You're showing one thing and

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
1                    Dr. B. Isaacson
2      generally grammatically correct.  They're
3      thoughtful answers, they're not short
4      answers, and they reference things that are
5      actually going on in the web page that they
6      were shown.
7           Q.  So you considered this respondent to
8      have given a different response in answer to
9      every question?
10          A.  The words are different.  Some of
11     the themes are similar across questions.
12     They reference Hermes twice, Hermes bags
13     twice.  They reference their background
14     knowledge three times.  But, yes, they've
15     used different words in response to every
16     answer that they've given across the
17     confusion questions series.
18          Q.  And so you looked at all of their
19     answers across this and you made a
20     determination not to exclude them; am I
21     right?
22          A.  Not to remove them, that's correct.
23          Q.  Okay.  Let's go to response ID
24     number 18, please.
25               Could you read the response to
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
1                    Dr. B. Isaacson

2    question 2 for me?

3        A.  The web page name and description

4    states it's MetaBirkins, but also the web

5    page disclaimer at the bottom clearly states

6    the author of the post or NFT is not

7    affiliated with Hermes who is the actual

8    registered trademark owner of Birkin bags.

9        Q.  Okay.  And then can you read for me

10   the response to question 4 from this

11   respondent?

12       A.  Well, if your question is referring

13   to who makes the actual handbags shown,

14   Hermes sells luxury handbags, footwear,

15   fragrances, accessories, watches and jewelry,

16   to my knowledge.

17       Q.  And in your opinion, sitting here

18   today, was this respondent confused?

19       A.  Yes.

20       Q.  Why is that?

21       A.  Because of their responses.

22       Q.  Okay.  Why do their responses -- how

23   do their responses show that they're

24   confused?

25       A.  Well, as we talked about before, the
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                    Dr. B. Isaacson

 2     survey is measuring the cognitive connection

 3     between the MetaBirkins home page and Hermes

 4     or Birkin.  And when we just look at the

 5     answer to question 1, that's sufficient to

 6     classify them as confused, regardless of

 7     their answers to follow-on questions.

 8            So in response to question 1, when

 9     they're asked what company, companies, person

10     or people do you think makes or provides the

11     items shown on the web page, their answer is,

12     Based on descriptions, disclaimer, it's

13     Hermes, Birkin bags or MetaBirkins.

14            And then we go on and when we look

15     at other questions, we can see in question 2

16     they reference Hermes as being the owner of

17     Birkin bags, and in question 4, they

18     reference all kinds of things that identify

19     that they're clearly thinking of Hermes.

20     They identify in response to question 4,

21     which is asking about other brands or

22     products that are made or provided, they

23     indicate a whole host of other brands -- of

24     other products; handbags, footwear,

25     fragrances, accessories, watches and jewelry.
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                    Dr. B. Isaacson

2          So they've provided lots of

3     responses, multiple responses to indicate

4     that they're thinking of Hermes, and also to

5     indicate that they are aware of which Hermes

6     it is that we're talking about.

7          Q.  So if a respondent thinks of Hermes

8     in looking at the stimulus, you consider that

9     respondent to be confused?

10         A.  What we're looking for to consider a

11    respondent to be confused is a cognitive

12    connection between a web page that does not

13    come from Hermes or Birkin and Hermes or

14    Birkin.

15         The whole idea is when people see

16    the web page, do they think that web page is

17    provided by or relates to or comes from or

18    involves Hermes or Birkin.  And this person

19    not only is confused by the web page but

20    they're also confused by the disclaimer when

21    I look at the responses, because they're not

22    quite sure what's going on.

23         But they are clearly demonstrating

24    that they looked at this and they thought

25    that somehow Hermes is involved in it.  They

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                    Dr. B. Isaacson

2      think that Hermes is providing the items that

3      are shown on the web page.

4          Q.  Doesn't the --

5          A.  As an example.

6          Q.  -- the response to question 1

7      reflect confusion about what the question

8      itself is asking?

9          A.  No.

10         Q.  Why not?

11         A.  Because if they were confused about

12     what the question was asking, they could have

13     said, I don't know.  They could have said, I

14     don't understand the question.  They could

15     have checked a box that says, I don't know.

16             And the question itself, question 1,

17     specifically states, if you don't know,

18     please select I don't know.  They were asked

19     a question and they provided an answer to the

20     question.

21             And the question is referencing

22     Hermes Birkin -- the answer is referencing

23     Hermes Birkin bags.  And they even indicate

24     where they are finding that information.

25         Q.  Didn't they answer here referencing

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
1                    Dr. B. Isaacson

2    Hermes and also MetaBirkins?

3        A.  Yes.

4        Q.  Isn't it possible they didn't know

5    if you were asking about the image or what's

6    referenced in the image?  So they said both

7    here?

8        A.  I don't think that the phrasing of

9    the question is at all ambiguous about what

10   it is asking about.  So I think the answer to

11   your question is no.  But I can't say for

12   sure how they interpreted the question.

13       Q.  And doesn't their response to

14   question 2 demonstrate that they understood

15   exactly what the relationship was?

16            MR. FERGUSON:  Objection.

17       A.  I think their answer to question 2

18   demonstrates just how confused they are by

19   the page, and demonstrates as well that that

20   disclaimer which is sometimes the case for

21   disclaimers that are not sufficiently clear

22   is exacerbating their confusion.

23       Q.  What reflects confusion about a

24   disclaimer in this response to question 2?

25       A.  Well, if you go to their response to
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
1                    Dr. B. Isaacson
2     question 1, they say right off the bat, Based
3     on descriptions disclaimer, I assume what
4     they are shorthanding there is based on
5     descriptions and the disclaimer.  It's Hermes
6     bags -- Hermes Birkin bags or MetaBirkins.
7              So their answer to the first
8     question indicates that they saw something in
9     the disclaimer that made them confused.  Not
10    that it made them unconfused, that disclaimed
11    the relationship between the page and Hermes,
12    but rather led them to believe, based on
13    seeing the word Hermes in the disclaimer
14    possibly, that they were confused.
15             And then when I go to question 2, I
16    see that they say the web page name and the
17    description states that it's MetaBirkins, so
18    they understand that, what the name of the
19    description says, and then we get a sentence
20    that starts with but.
21             But also, and now they go on to say
22    that the web page, that the disclaimer
23    clearly states that they're not affiliated
24    with Hermes, who is the actual registered
25    trademark owner of Birkin bags.
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                Dr. B. Isaacson

 2          So they're, obviously, seeing bags

 3    on the web page.  They've made the

 4    association with Hermes, and that's

 5    sufficient to demonstrate that they are

 6    confused.  And the disclaimer is adding to

 7    their confusion about what it is that the web

 8    page is communicating.

 9       Q.  Doesn't the response here to

10    question 2 show that the disclaimer told this

11    respondent about the source of the web page?

12       A.  I can't tell.  I don't know why in

13    question 2 they started with the word but.

14    And I also don't know why in response to

15    question 1, they seemed to indicate that the

16    disclaimer is increasing their confusion.

17       Q.  Isn't their use of "but" also in

18    this response to question 2 giving an

19    additional reason here?

20       A.  It could potentially be an

21    additional reason, but I think it's more

22    likely to be given that it's coming in

23    conjunction with other questions, other

24    responses, I think it's more likely to be on

25    the one hand on the other hand.  Or in
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                    Dr. B. Isaacson

 2   report?

 3       A.  No.  Well, let me say I don't know

 4   of any, but I haven't asked for any other

 5   surveys that anyone else might have

 6   conducted.

 7       Q.  Fair enough.  I was asking to your

 8   knowledge.

 9           Going back to your report, am I

10   correct that your first survey was the survey

11   of NFT purchasers?

12       A.  No.

13       Q.  Your first survey was --

14       A.  Let me be more clear in that answer.

15           They were both conducted

16   simultaneously.

17       Q.  Okay.  And your survey of handbag

18   purchasers showed that MetaBirkins NFTs were

19   not causing any confusion among that

20   universe; am I right?

21           MR. FERGUSON:  Objection.

22       A.  No, you're not correct.

23       Q.  Dr. Isaacson, didn't your handbag

24   purchasers survey find a net confusion level

25   of 3.6 percent?
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                     Dr. B. Isaacson

2        A.  Yes, approximately 3 -- around -- I

3   don't remember the exact number but I'm

4   willing to accept.  Well, let me look it up

5   and just confirm the number for you, since

6   we're talking about it.

7        Q.  Okay.

8        A.  The answer to your question is, yes,

9   that was the net measure from the survey.

10       Q.  And in your opinion, is a net

11  confusion level of 3.6 percent evidence of

12  the presence or absence of confusion?

13       A.  A net confusion level of 3.6 percent

14  would normally be associated with the absence

15  of confusion, but it's also important to

16  remember that the survey didn't show no

17  confusion.  What the survey showed is control

18  cell confusion that was almost equal to the

19  test cell confusion.

20            The control cell confusion was 3.6

21  percent lower than the test cell confusion.

22  So when you look at the results and you want

23  to understand that 3.6 percent, what's

24  happening is that people in the test cell

25  were playing back Hermes or Birkin to -- to a

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                  Dr. B. Isaacson

 2   not insubstantial percentage, 18.8 percent.

 3            And even people in that universe who

 4   see the control web page were also responding

 5   with Hermes or Birkin, in this case to 15.2

 6   percent.

 7            So this is why I disagreed with your

 8   statement earlier that it doesn't show any

 9   confusion.  It does show confusion.  It just

10   shows almost equal confusion on the control

11   cell as on the test cell.  That's why the

12   results for the survey are low.

13       Q.  Okay.  And in your results, is there

14   a reason that you focus on the net confusion

15   level?

16       A.  I don't think I focused on either

17   confusion level in my results.  I provided

18   the results, but I didn't indicate -- I

19   haven't -- before you asked me just a few

20   minutes ago, I didn't interpret the results

21   in any way in my report.

22       Q.  The control specifically is meant to

23   eliminate any features that would be

24   infringing, right?

25       A.  It's meant to eliminate any features
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                 Dr. B. Isaacson

2     that would be objectionable to Hermes in this

3     case.

4         Q.  Is it ever appropriate to focus on

5     the gross confusion level rather than the net

6     confusion level to make a conclusion about

7     confusion?

8         A.  I'm not sure what you mean by focus.

9     But when looking at a survey and looking at

10    the results of the survey, one considers the

11    test cell confusion, the control cell

12    confusion, and the net confusion.  And in

13    this case, both the test cell and the control

14    cell and the net, they're all relevant to, I

15    think, understanding the results of that

16    survey.

17        Q.  Have you, in any litigation, offered

18    an opinion that a net confusion level of

19    between 3 and 4 percent supports an inference

20    of confusion?

21        A.  No.

22        Q.  Does your handbag purchaser survey a

23    forward confusion or reverse confusion

24    survey?

25        A.  Neither.

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                  Dr. B. Isaacson

2        Q.  So what is it measuring?

3        A.  It's measuring confusion with

4   respect to the MetaBirkin home page among

5   purchasers of very expensive handbags.

6        Q.  Do you understand the difference

7   between a forward confusion survey and a

8   reverse confusion survey?

9        A.  Yes.

10       Q.  So what kind of confusion is there

11   other than forward or reverse confusion?

12       A.  There's lots of other kinds of

13   confusion surveys that's not traditionally

14   defined forward confusion or reverse

15   confusion.  In this case, there's one survey

16   that I conducted, my NFT survey that's

17   consistent with forward confusion.  And

18   there's another survey that I conducted

19   that's looking at a similar kind of

20   confusion, but in this case conducted among

21   the handbag audience.

22            But that second survey, the handbag

23   survey is not measuring forward or reverse

24   confusion, according to the traditional

25   definition.  And that's not unusual.  The

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                    Dr. B. Isaacson
 2    it's -- that the web page, to my eye, appears
 3    to be marketing or selling are a series of
 4    handbag images that are sold as a form of NFT
 5    products.
 6        Q.  Okay.  And so your understanding is
 7    that they're selling images that are
 8    depicting handbags?
 9        A.  They're selling what the page refers
10    to as Meta handbags or -- I'm sorry, that's
11    the control version.  The test version refers
12    to what the page is referring to as
13    MetaBirkins.  And it specifically says it's a
14    collection of 100 unique NFTs, right at the
15    top of the page.  And there's a series of
16    images that reflect these MetaBirkins
17    handbags on the page.
18            So the question is intentionally
19    using the word items, though, to be
20    non-leading to the respondent about what it
21    is that they're looking at.  It doesn't refer
22    to these items as NFTs, it doesn't refer to
23    them as artwork, it doesn't refer to them as
24    products.
25            It refers to them as items, which
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                   Dr. B. Isaacson

 2     standard language in a survey like this to

 3     not lead the respondent to look at one

 4     particular element on the page as opposed to

 5     looking at another element on the page.

 6          Q.  So is it possible that a respondent

 7     read the question and thought that you were

 8     referring to the Meta -- the NFT images and

 9     another respondent could read the question

10     and think that you're referring to the Birkin

11     handbag that the image depicts or references?

12                   MR. FERGUSON:  Objection to

13          form.

14                   You can answer.

15          A.  That respondent you just described

16     is confused.  You just described the textbook

17     definition of confusion in the likelihood of

18     confusion survey, that second one.

19                   If I see that MetaBirkin image and I

20     think it's a Birkin handbag, I'm confused.

21     If I see that MetaBirkin image and I think

22     it's a MetaBirkin made by Mason Rothschild

23     and I don't think of Hermes and I don't think

24     of the real Birkin bag, then I'm not

25     confused.  That's exactly what my survey
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                    Dr. B. Isaacson

 2     measures.

 3         Q.  I'm asking you, is it possible that

 4     someone reads the questions here, the

 5     language in 1, 4 and 7, where it says, Makes

 6     or provides the item shown on the web page,

 7     and one person thinks that the item shown on

 8     the web page is an NFT image of a handbag,

 9     and another person reads that and thinks the

10     item shown on the web page is an actual

11     Birkin handbag.

12              MR. FERGUSON:  Objection.

13         A.  I have no idea what the question is

14     that you're asking me.  I apologize.  I know

15     it has something to do with the word item,

16     but I don't understand the hypothetical

17     scenario that you're trying to describe.

18         Q.  It's not a hypothetical at all.  I'm

19     asking you, you show the test stimulus, which

20     shows the image, right, of the MetaBirkin,

21     and you ask in several of these questions, 1,

22     4, 7, what company, companies, person or

23     people, do you think makes or provides the

24     item shown on the web page.

25              Is it possible that a respondent
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                    Dr. B. Isaacson

2      looks at that and thinks that you're talking

3      about the handbag that's depicted there, and

4      then says, that's Hermes' Birkin bag.  And

5      another respondent looks at that and

6      understands that you mean to refer to the

7      image, of the image that depicts a handbag?

8                    MR. FERGUSON:  Objection to the

9           form.

10          A.  It's occurring to me that the reason

11     I don't understand your question is because

12     your question is attempting to draw a

13     distinction that doesn't exist cognitively

14     for consumers.  The question is using the

15     word items to avoid being leading.

16              Had I used the word NFT in your

17     case, in the case that you just described, I

18     would have been pointing people in a

19     particular direction.  And had I used the

20     word handbag, I would have been pointing

21     people in a particular direction.

22              But as I talked about earlier, the

23     confusion is confusion, the survey is asking

24     people whether they make a cognitive

25     connection between what -- it's measuring

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
1                    Dr. B. Isaacson

2    them, but some of them.  That's correct.

3         Q.  Are these test cell respondents who

4    were identified as confused?

5         A.  Yes.

6         Q.  Okay.  And if you look at the rows

7    that had been colored in gray here, do these

8    respondents mention plaintiff's goods in

9    response to question 4?

10        A.  One of them does.

11        Q.  Which one is that?

12        A.  Respondent 55.

13        Q.  Okay.  And do any others?

14        A.  No.

15        Q.  So aside from 65, based on question

16   4, would you agree that the respondents in

17   gray may have just been playing back the name

18   Hermes or Birkin after reading it on the web

19   page?

20        A.  No.

21        Q.  What data do you have, aside from

22   question 4, to rule out the possibility that

23   these respondents were merely playing back

24   what they read?

25        A.  It's what we just talked about for
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                    Dr. B. Isaacson
 2     the last, I don't know, hour or 90 minutes.
 3     We have the verbatim responses and if they
 4     were playing back -- for example, let's take
 5     respondent 83, they say the company is
 6     Birkin, you can see the brand clearly.  They
 7     don't say the company is MetaBirkins, they
 8     say the company is Birkin.  That's not a
 9     playback.  They've written what they see, and
10     they've explained their answer in that
11     answer.
12         Q.  How about ID 15, response ID 15 that
13     just says Hermes?  How do we know that that's
14     not a playback?
15         A.  Well, response ID 15 says Hermes in
16     response to question 1, and again says Hermes
17     in response to question 7.  So I don't agree
18     with the approach recommended -- am I allowed
19     to reference Dr. Neal now?  If I am, I don't
20     agree with the approach.
21             But the -- even accepting his logic
22     that they have to say it more than once, I
23     think he agrees with me actually on this
24     item, that this is someone who is referencing
25     Hermes more than once in their answers.
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

```
 1                  Dr. B. Isaacson

 2       Q.  Okay.  And Dr. Neal performs an

 3   analysis where he codes people's answers to

 4   question 4 to identify people who mentioned

 5   Hermes or Birkin in question 1 or 7 and then

 6   also went on to identify plaintiff's goods in

 7   question 4.  Did you read that section of his

 8   report?

 9       A.  I read his whole report multiple

10   times so, yes.

11       Q.  Let's look at that section which is

12   section 3.3.14.  It's page 18 of the PDF.

13           And you can see here that based on

14   Dr. Neal's analyses he finds that 9 out of 97

15   test cell respondents were confused and zero

16   out of 104 control cell respondents were

17   confused.  Is that an accurate summary of his

18   findings?

19       A.  That's his findings, that's correct.

20   At least as he's reporting them in table 4.

21       Q.  And given that is it correct that if

22   we accept Dr. Neal's recoding, which I

23   understand you disagree with, but if we were

24   to accept it, the net confusion in your NFT

25   purchaser survey is actually 9.3 percent; is
```

Dr. Bruce Isaacson   Confidential
September 20, 2022

```
1                Dr. B. Isaacson

2    that right?

3        A.   No.   Well, it's correct that he

4    wrote 9.3 percent, but even using his

5    standards, he's miscoding some of these

6    respondents even accepting his standards.

7        Q.   I understand that you're going to

8    say that he miscoded, but if we accepted Dr.

9    Neal's coding of question 4, then that would

10   show a net confusion of 9.3 percent, right?

11       A.   That would be correct.   But I just

12   want to be clear in what I'm saying.   I'm

13   saying, number one, I disagree with the whole

14   approach and number two, he's made some

15   errors, I believe, on how he implemented the

16   approach.

17       Q.   Okay.   What errors do you believe

18   that he made in implementing the approach

19   here?

20       A.   He miscodes people who match the

21   standards that he, himself, identifies.

22       Q.   And who does he miscode here?

23       A.   Well, let's take, for example, on

24   the prior page, I don't know that I can

25   identify them all here off the top of my
```

Dr. Bruce Isaacson  Confidential
September 20, 2022

1                Dr. B. Isaacson

2    head, it's late in the day, but respondent ID

3    52, table 3.

4           So this person said Hermes in

5    question 4, and then said Hermes again in

6    question 7.  So I think -- if his standard is

7    they have to say it in one and they have to

8    say it in 4, then his coding would stand as

9    he's done it.  Again, I disagree with the

10   approach.  But if his position is they have

11   to say it more than once, then 52 should be

12   rightfully coded as confused, even by that

13   standard.

14          That's not the only one that matches

15   this kind of a -- this kind of an approach.

16   For example, on the prior page, and this is

17   now page 16 of his report, respondent 108

18   says, Hermes twice, respondent 116 says

19   Birkin twice.  Respondent 142 says Birkin

20   twice.

21          And so there's a number of people, I

22   don't want to go through the whole list, but

23   there's a number of people here who he

24   doesn't code in a way consistent with the

25   approach that he's recommending.

Dr. Bruce Isaacson  Confidential
September 20, 2022

1

2            C E R T I F I C A T E

3        I, MICHELLE LEMBERGER, a shorthand

4    reporter and Notary Public within and for

5    the State of New York, do hereby certify:

6        That the witness(es) whose testimony

7    is hereinbefore set forth was duly sworn by

8    me, and the foregoing transcript is a true

9    record of the testimony given by such

10   witness(es).

11       I further certify that I am not

12   related to any of the parties to this

13   action by blood or marriage, and that I am

14   in no way interested in the outcome

15   of this matter.

16

17

18          MICHELLE LEMBERGER

19

20

21

22

23

24

25