# Exhibit 135

Page 1

1

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4

5    HERMÈS INTERNATIONAL and    )
     HERMÈS OF PARIS INC.,        )
6                                 )
              Plaintiffs,         )
7                                 )
              vs.                 )    No.
8                                 )    1:22-CV-00384-JSR
     MASON ROTHSCHILD,            )
9                                 )
              Defendant.          )
10   ------------------------     )

11

12

13

14

15                 September 23, 2022

16                 9:32 a.m.

17

18         Deposition of BLAKE GOPNIK, held at the

19    offices of Baker & Hostetler LLP, 45

20    Rockefeller Plaza, New York, New York,

21    pursuant to subpoena, before Laurie A.

22    Collins, a Registered Professional Reporter

23    and Notary Public of the State of New York.

24

25

```
                                                      Page 6
 1                        Gopnik
 2        and then counsel may proceed.
 3    B L A K E    G O P N I K ,
 4        called as a witness, having been duly sworn
 5        by the notary public, was examined and
 6        testified as follows:
 7    EXAMINATION BY
 8    MR. FERGUSON:
 9        Q.    Good morning.  Can you please state
10    your full name for the record?                 09:34:13
11        A.    Blake Gopnik.
12        Q.    Dr. Gopnik, have you been deposed
13    before?
14        A.    No.
15        Q.    Have you ever testified in court     09:34:23
16    before?
17        A.    No.
18        Q.    Do you have an understanding of what's
19    going to be taking place at this deposition today?
20        A.    I believe I do.                      09:34:33
21        Q.    And is that understanding based on
22    information provided to you in conversation with
23    the counsel representing you today?
24        A.    Yes.
25        Q.    I'm just going to review a few ground 09:34:44
```

```
                                      Page 48
 1                  Gopnik
 2   strike that.
 3            Are you aware -- I'm going to start
 4   again.
 5            Are you aware of any other experts     10:32:22
 6   retained by defendants in this case?
 7            MR. SPRIGMAN:  Objection.
 8      A.   I'm thinking for a minute.  I honestly
 9   don't remember if anyone has mentioned other
10   experts or not.                                 10:32:48
11      Q.   Are you aware of any surveys being
12   conducted on behalf of defendants in this case?
13            MR. SPRIGMAN:  Objection.
14      A.   No.
15      Q.   In connection with preparing your      10:33:24
16   report, did you speak to anyone other than the
17   attorneys for defendant?
18            MR. SPRIGMAN:  Objection.
19      A.   No.
20      Q.   Did you know Mason Rothschild prior to  10:33:54
21   being retained in this case?
22      A.   Know in what sense?
23      Q.   Had you ever met him personally?
24      A.   No.
25      Q.   Since you've been retained have you     10:34:11
```

```
                                        Page 92
 1                      Gopnik
 2     in its entirety.
 3              I may have misanswered that.  If you
 4     would like to ask it again, I can think about it
 5     one more time.                            11:52:11
 6         Q.   If you would like to clarify your
 7     answer, please go ahead.
 8              THE WITNESS:  Can you read his question
 9         again?
10              (Record read.)                   11:52:30
11              MR. SPRIGMAN:  Same objection.
12              THE WITNESS:  I think my former answer
13         holds.
14              MR. FERGUSON:  I'm at a breaking point
15         now.                                  11:52:42
16              MR. SPRIGMAN:  Okay.  Great.  Thank
17         you.
18              THE VIDEOGRAPHER:  We're going off the
19         record at 11:53 a.m.
20              (Recess taken from 11:53 to 12:04.)   11:52:57
21              THE VIDEOGRAPHER:  We're back on the
22         record at 12:04 p.m.
23         Q.   Dr. Gopnik, I'd like to refer again to
24     the first paragraph of your report --
25         A.   Indeed.  Yes.                     12:04:05
```

Page 93

1                             Gopnik

2        Q.     -- where you refer to the images in

3    NFTs produced and sold by Mason Rothschild.  You

4    state, quote, find their natural and obvious home

5    among the artistic experiments carried out by        12:04:28

6    modern artists over the last century.

7              Why is it obvious that the NFTs

8    produced and sold by Mason Rothschild find their

9    home among artistic experiments carried out by

10   modern artists over the last century?               12:04:33

11             MR. SPRIGMAN:  Objection, misstates the

12        report.

13        A.     They are similar to art synergistic

14   experiments and play a similar role in artistic

15   culture.                                             12:05:09

16        Q.    Is it your understanding that this

17   similarity is obvious?

18        A.     Within the art world, within --

19   within -- with a foreknowledgeable audience, yes,

20   and one always needs a knowledgeable audience for   12:05:25

21   anything to be obvious.

22        Q.    Can you elaborate on what you mean by a

23   knowledgeable audience in the art world?

24        A.     I think with substantial experience of

25   contemporary art, you might even say cutting-edge    12:05:50

```
                                               Page 94
 1                        Gopnik
 2    contemporary art, art of the twentieth century.
 3        Q.    Are you referring to art critics?
 4        A.    I'm referring to art critics, some art
 5    critics, some art historians, some artists.      12:06:17
 6    There's a very large range within those categories
 7    of people who are absolutely ignorant and people
 8    who know a great deal.
 9        Q.    Would it be fair to say that this --
10    the statement in the first sentence of your first  12:06:46
11    paragraph is obvious to people who agree with you?
12            MR. SPRIGMAN:  Objection,
13        argumentative.
14        A.    No.  There are people who disagree with
15    me for whom it would also be obvious.            12:06:59
16        Q.    Are you saying that the statement in
17    the first sentence of your first paragraph
18    wouldn't be obvious to art critics who are
19    ignorant?
20            MR. SPRIGMAN:  Objection.              12:07:16
21        A.    Yes.
22        Q.    As a layman is there any way for me to
23    determine which art critics are ignorant and which
24    ones aren't?
25            MR. SPRIGMAN:  Objection.              12:07:30
```

Page 95

1                          Gopnik

2        A.    Not for a layman, just as I wouldn't be

3    able to tell a knowledgeable sports reporter from

4    one who isn't knowledgeable.

5        Q.    Are there any objective criteria that    12:07:53

6    can be used to distinguish a knowledgeable art

7    critic from an ignorant art critic?

8        A.    I think if you looked at the course of

9    their career and saw if they were -- held

10   interesting, complex views about art, you'd say,   12:08:08

11   yes, this person is interesting and this other

12   person uses clichés, et cetera, and therefore is

13   not interesting.

14            (Discussion off the record.)

15       Q.    Are you aware of any consensus among      12:08:57

16   art critics that the images in NFTs produced and

17   sold by Mason Rothschild find their natural and

18   obvious home among the artistic experience carried

19   out by modern artists over the last century?

20       A.    There is no consensus among art critics   12:09:15

21   on pretty much any issue.  For instance, I find

22   the Mona Lisa a fairly trivial object, and most

23   art critics would disagree with me.

24       Q.    Referring to page 5, paragraph 11.  The

25   first sentence begins, By the end of the 1960s,    12:10:02

```
                                          Page 116
 1                      Gopnik
 2        A.    I hope so.
 3        Q.    Does that definition appear in any
 4   texts that you consider authoritative?
 5             MR. SPRIGMAN:  Objection.           01:18:58
 6        A.    I have to admit it has never occurred
 7   to me to look for a definition of art in an
 8   authoritative text.  I've been studying art for 25
 9   years, and I feel that I have enough experience to
10   understand it.  It is extremely difficult to      01:19:10
11   understand, so everyone will have to arrive at a
12   definition that makes sense, because it's such a
13   thorny question.
14        Q.    Have you ever heard the expression "art
15   is in the eye of the beholder"?                   01:19:24
16        A.    One of the sillier expressions I've
17   ever heard.
18        Q.    I think I know the answer to this
19   question.  Do you agree with that statement?
20        A.    That art is in the eyes of the         01:19:36
21   beholder?
22        Q.    Art is in the eye of the beholder.
23        A.    I think it's a meaningless statement,
24   so I can't agree or disagree with it.  I'm not
25   sure what it means.                               01:19:47
```

1                        Gopnik

2        Q.    In your experience do different people

3    have different views of what they consider to be

4    art?

5             MR. SPRIGMAN:  Objection.              01:20:04

6        A.    Yes, absolutely.  In the general

7    community, that's certainly true.

8        Q.    Could you elaborate on what you meant

9    by "general community" in your last answer?

10       A.    I was just trying to clarify my answer, 01:20:20

11   that I can't speak for every single human being on

12   the planet, and I'm fairly certain that there is

13   nothing in the world that everyone agrees on.  And

14   one of the things that they might not agree about

15   are art.                                         01:20:33

16       Q.    If two art critics disagree whether a

17   particular item is art, is there an agreed-upon

18   method in the art criticism profession for

19   resolving that dispute?

20       A.    No.  I think most sophisticated art    01:20:58

21   critics would think it was probably irresolvable.

22       Q.    Do you have a definition of business

23   art?

24       A.    Yes.

25       Q.    What is your definition of business    01:21:19

```
 1                          Gopnik
 2      component in his business art practice?
 3           A.     That is, Andy Warhol being a kind of a
 4      trickster needed to pretend to be done with art in
 5      order to become this new thing called a business    01:27:20
 6      artist.  So by saying it's the step that comes
 7      after art, he was saying that -- well, there's two
 8      things he was saying.  One is that it's the latest
 9      step in art, it comes after art because
10      traditional art was dead.  In other words, he was   01:27:36
11      saying this is a knew avant-garde practice.
12                But he had to also present himself in
13      part as a businessperson, someone who was no
14      longer making art, in order for his business art
15      to have its maximum resonance and complexity, and   01:27:47
16      he did that reliably thereafter.
17           Q.     Is making money an example of business
18      art?
19           A.     Not in every case, no.
20           Q.     Can making money be an example of       01:28:15
21      business art?
22                MR. SPRIGMAN:  Objection.
23           A.     Yes.
24           Q.     In what circumstances is making money
25      an example of business art?                         01:28:22
```

```
                                    Gopnik
 1
 2        A.    When it's incorporated into a practice
 3    that where contextually you realize it has
 4    resonance in -- when I was talking about the
 5    definition of art, when it seems to have larger      01:28:35
 6    resonance is something that can be discussed
 7    outside of functional circles when it seems to
 8    have a larger, I'm sorry to use the word, artistic
 9    resonance, when there are clues that tell you
10    that's a useful way of considering it.               01:28:48
11        Q.    What are the clues that tell you that
12    making money is business art?
13        A.    When it seems to -- with that
14    particular act of making money seems to be part of
15    a transition that's a business art transition;       01:29:06
16    when it gets extra resonance in relationship to
17    history of other practices that are like business
18    art that involve those same sense of issues; when
19    there are contextual clues that tell you, wait a
20    minute, maybe this isn't straightforward, maybe I    01:29:23
21    need to think of this as a meta practice rather
22    than someone simply trying to make money.
23        Q.    Are special training and qualifications
24    required to identify whether something is business
25    art or not?                                          01:29:43
```

Page 128

```
 1                          Gopnik
 2        Q.    Do you need specialized background and
 3   training to understand that Andy Warhol is not
 4   making a normal statement here?
 5        A.    Yes.                                    01:34:20
 6        Q.    And what's the background and training
 7   you need?
 8        A.    I don't know that you need any
 9   training.  You need to understand a lot about art
10   and how art works.  And that's true to understand  01:34:27
11   any work of art.
12        Q.    Is creating a corporation business art?
13              MR. SPRIGMAN:  Objection.
14        A.    It can be.
15        Q.    In what circumstances is creating a     01:34:53
16   corporation business art?
17        A.    If it is done in a context where
18   there's sufficient cues to let you know that in
19   fact a more interesting way of looking at it, a
20   forta [phonetic] way of looking at it, would be    01:35:07
21   from an artistic point of view rather than not.
22        Q.    Do you need specialized training or
23   education to recognize these cues that you just
24   referred to?
25        A.    Again, not training, but you need to    01:35:17
```

```
                                            Page 129
 1                        Gopnik
 2   understand what art is and how it works.
 3        Q.    How do you get this understanding of
 4   what art is and how it works in order to see these
 5   cues?                                    01:35:29
 6        A.    You look at a lot of art, you think
 7   about a lot of art, you read about art, you
 8   immerse yourself in the world, in this case, of
 9   twentieth century art, in this case a particular
10   part of twentieth century art.  Again, that's true  01:35:40
11   of every piece of sculpture and painting of the
12   entire history of western art.
13        Q.    Can the public sale of works at an
14   auction be art?
15             MR. SPRIGMAN:  Objection.          01:36:02
16        A.    They can be.  They rarely are, but they
17   can be.
18        Q.    And in your report on page 13, you give
19   an example of an auction conducted by Damien
20   Hirst; is that correct?                    01:36:19
21        A.    That is correct.
22        Q.    Referring to paragraph 28.  And that
23   art auction, the act of the auction was art?  Is
24   that what you're saying?
25        A.    Yes.                           01:36:34
```

```
 1                          Gopnik
 2      Q.    Did you need specialized training or
 3  experience to recognize that the act of that
 4  auction was art?
 5      A.    You do not need specialized training,   01:36:48
 6  but you need general experience of the nature of
 7  contemporary art and of twentieth century --
 8      Q.    Do you need to immerse --
 9            MR. SPRIGMAN:  Wait a second.
10      Q.    I didn't read realize you hadn't        01:37:00
11  finished.  I'll stop.
12            Do you need to immerse yourself in the
13  world of contemporary art to recognized that
14  Damien Hirst's auction in September of 2008 was
15  business art?                                     01:37:14
16      A.    Yes.
17      Q.    Do you know if there is a consensus
18  among art critics as to whether the activities we
19  just talked about -- creating a corporation,
20  public sale of works -- is there a consensus as to 01:37:43
21  whether those activities can be art?
22            MR. SPRIGMAN:  Objection.
23      A.    Again, there's no consensus among art
24  historians about anything, including whether the
25  Mona Lisa is art, so there cannot be a consensus  01:38:00
```

                            Gopnik

1

2    on this either.

3        Q.    One last activity I wanted to ask you

4    about.  Can investing money in the stock market be

5    business art?                               01:38:11

6        A.    Yes, there are important cases of that

7    that have been documented.

8        Q.    In what circumstance was investing

9    money in the stock market business art?

10       A.    There was a work I believe in 1968 or   01:38:22

11   '69, several works, in fact, which were shown in

12   an exhibition, and I think one of the was shown at

13   the Whitney Museum of Art, that involved

14   specifically that activity.

15       Q.    As a nonspecialist looking at a         01:38:42

16   business activity, how do I determine whether

17   something is -- that activity is business or

18   business art?

19            MR. SPRIGMAN:  Objection.

20       A.    You would have to look at -- well, as a  01:38:56

21   nonspecialist, as I said, a nonspecialist has no

22   sense of art.  Most cultures don't have a concept

23   of art.  You already have to know a great deal of

24   contextual information, contextual clues, to

25   understand a painting is art.  It's not a category  01:39:13

```
                                            Page 132
 1                       Gopnik
 2     that exists in most cultures.
 3             In this particular subgroup, you have
 4     to have knowledge of the history of business art,
 5     for instance.  You'd have to have knowledge of      01:39:22
 6     other examples of business art.  You would need to
 7     understand those cues in order to understand what
 8     you're confronting.
 9        Q.    Were you aware that Elon Musk has a
10     business that sells flame throwers?                 01:39:56
11        A.    I'm not sure.  I think I vaguely heard
12     of that, but I'm just not sure.
13        Q.    Is that business activity business art?
14        A.    I imagine it probably isn't, because --
15     but I haven't studied it enough to be sure.  It     01:40:15
16     could be he has a freelance activity as a business
17     artist on top of his activity as a businessperson.
18        Q.    What additional information would you
19     need to determine if Elon Musk is engaging in
20     freelance activity as a business artist?            01:40:36
21        A.    I'd have to see how it is being
22     perceived in the culture, the kind of social and
23     cultural context it was being presented in,
24     whether it seemed -- his statements might be
25     relevant or might not be relevant.  He could lie,   01:40:51
```

```
                              Gopnik
 1
 2   appropriation art because the source could then
 3   claim that there's been a copyright infringement.
 4        Q.    I want to refer you to the next heading
 5   under why not just pay the fee.  And you're quoted  01:49:08
 6   as saying, Yeah, don't you just love it when
 7   judges decide that they're art critics?  I think
 8   I'm going to sue them, you know, for taking over
 9   my profession.
10              I'm assuming you were joking about the  01:49:26
11   lawsuit?
12        A.    No, I'm going to absolutely sue them.
13   Yes, I'm sorry, I shouldn't answer facetiously.
14   Yes, I was joking about the lawsuit.
15        Q.    What about the ruling in the Goldsmith  01:49:40
16   case indicated to you that judges were deciding
17   that they're art critics?
18        A.    In the very strange decision from the
19   Second Circuit, they said that only collage art --
20   this is to distill out their argument -- that of  01:50:00
21   all the possible forms of art only collage was
22   significant enough artistic gesture to warrant
23   protection through fair use.
24        Q.    And you disagree with that conclusion?
25        A.    I do.                                   01:50:18
```

Page 139

1                           Gopnik

2        Q.     In that decision were the judges

3    addressing the issue of what is fair use in the

4    meaning of the copyright law?

5        A.     I believe so.  I'm not a lawyer, but    01:50:33

6    that's my understanding.

7        Q.     And that distinction that you made

8    about only collage art being permissible, that

9    distinction was based on the court's

10   interpretation of fair use; is that correct?       01:50:50

11             MR. SPRIGMAN:  Objection.

12       A.     That was my understanding.

13       Q.     Is it your opinion that art critics and

14   not judges should make fair use decisions?

15             MR. SPRIGMAN:  Objection.                01:51:07

16       A.     No.

17       Q.     Do you think that judges should consult

18   with art critics in making fair use decisions?

19       A.     Yes.

20       Q.     And why do you think that?              01:51:39

21       A.     Because fair use, at least as of

22   relatively recently understood, involves the

23   concept of transformation.  Transformation is

24   involves -- is an essentially artistic concept.

25             Therefore you need to have some notion   01:51:56

```
 1                        Gopnik
 2   of what it would mean to transform something to
 3   give it a new use.  The fundamental notion of
 4   transformation is that it has a new use.  And if
 5   the new use is an artistic use, then the judges    01:52:01
 6   would want to know what the range of possible
 7   artistic uses are.
 8        Q.    Which art critics should judges consult
 9   with in making fair use decisions?
10        A.    I can't give you a list of names.  I     01:52:20
11   guess they would won't to poll a number of art
12   critics.  I'm not sure.  I haven't thought it
13   through that much.  It will never happen.
14        Q.    Why do you say that will never happen?
15        A.    The truth is what I was trying to        01:52:41
16   articulate I think by saying that they should
17   consult with art critics is that the -- you know,
18   I'm not a lawyer, so I haven't thought this
19   through thoroughly.
20             There probably should be some criterion   01:52:54
21   that doesn't in the end require those kind of
22   judgments about whether collage or some other art
23   form is valid transformation.  Fair use should be
24   broad enough so that those concepts don't apply.
25             I'm talking off the top of my head        01:53:11
```

```
 1                        Gopnik
 2    here.  I'm thinking as I talk.
 3         Q.    Referring to the next page where it
 4    says, hoping the Supreme Court weighs in.  I'm
 5    looking at your statement that says, And maybe the   01:53:53
 6    court should actually speak to a whole bunch of,
 7    you know, art critics and collectors and curators
 8    to try and figure out what kind of art we really
 9    want to encourage in the future.
10              When you made that statement, did you       01:54:15
11    have an idea of how that outreach would occur?
12         A.    No.  And it's a fairly foolish
13    statement.
14         Q.    With the opinion you've offered in this
15    case, are you seeking to advise the court and the    01:54:43
16    jury on what type of art they should encourage?
17              MR. SPRIGMAN:  Objection.
18         A.    Seeking to --
19         Q.    Advise.
20         A.    Advise them.  Do you mean literally?  I    01:54:55
21    have not been party to an amicus brief, though I
22    have been cited in an amicus brief.
23         Q.    Do you have an understanding that your
24    opinion may be presented to the judge?
25         A.    To the Supreme Court, you mean?           01:55:08
```

```
 1                        Gopnik
 2       Q.    What?
 3       A.    To the -- oh, I'm sorry, do you mean --
 4   you don't mean -- I thought you meant the
 5   Goldsmith case.                                01:55:15
 6       Q.    I see we were miscommunicating.
 7       A.    Yes.
 8       Q.    In this case, the Hermès versus
 9   Rothschild, do you understand your opinion may be
10   submitted to the judge?                        01:55:26
11       A.    Yes, I do.
12       Q.    And what is your understanding of the
13   purpose of submitting that opinion to the judge?
14       A.    I'm trying to think about what my role
15   is in this.  To convince him of my particular   01:55:42
16   reading of what MetaBirkins are and how they
17   function in society.
18       Q.    I think you said earlier that art
19   critics disagree with one another.
20       A.    They do.                             01:56:02
21       Q.    Can you conceive that there would be
22   another art critic that would have an opinion that
23   the MetaBirkin NFT project is not art?
24             MR. SPRIGMAN:  Objection.
25       A.    Yes, and they would be wrong.        01:56:18
```

Gopnik

1

2      Q.     How should a judge determine which art

3    critic is wrong?

4             MR. SPRIGMAN:   Objection.

5      A.     Just as in any other debate, there are   01:56:29

6    varied opinions about almost every single subject

7    that you can mention, including, I gather, legal

8    subjects.  And the judge would look at the

9    entirety of my expert proposal and decide if it

10   seems cogent as an explanation of what's going on.  01:56:47

11     Q.     Should the court talk to a bunch of art

12   critics and collectors and curators?

13     A.     They could certainly if they wanted to.

14     Q.     And how is the court going to determine

15   which art critics, collectors, and curators to      01:57:14

16   talk to?

17             MR. SPRIGMAN:   Objection.

18     A.     They could do the same thing they would

19   do in any case like this.  They would look around,

20   see who seems to have interesting opinions, varied  01:57:26

21   opinions, so they can take different opinions into

22   consideration and decide which ones seem most

23   cogent.

24     Q.     Are you aware of any circumstance where

25   a poll was taken of critics, collectors, and        01:57:45

Page 144

```
 1                      Gopnik
 2   curators to determine whether a particular item is
 3   art?
 4              MR. SPRIGMAN:  Objection.
 5        A.    Yes, I am.                        01:57:54
 6        Q.    And where was that done?
 7        A.    This was a poll taken about what the
 8   most influential works of art of the twentieth
 9   century were, and Marcel Duchamp's urinal
10   appropriation art was determined to be the most   01:58:06
11   influential work of twentieth century art.
12        Q.    Where did that poll appear?
13        A.    I'm sorry, I don't remember exactly
14   where it appeared.  It was one of the art
15   magazines, I believe.  2014 I believe is the date   01:58:19
16   of the poll.
17        Q.    And did this poll appear in an art
18   magazine you consider to be authoritative?
19              MR. SPRIGMAN:  Objection.
20        A.    I don't remember.               01:58:32
21        Q.    Can art forgeries be art?
22        A.    Yes.
23        Q.    In what circumstances can art forgeries
24   be art?
25        A.    Actually, I'll change the answer to   01:59:05
```

Page 145

                        Gopnik

1

2       that.  They can never be -- if they are art, they

3       are no longer forgeries.

4           Q.    Can you elaborate on what you mean when

5       you say if they're art they're no longer        01:59:23

6       forgeries?

7           A.    Yes, happily.  The definition of art is

8       essentially a functional one.  Most urinals are

9       not works of art; they're toilet appliances.

10      However, Marcel Duchamp's Fountain, which was just  01:59:38

11      a store-bought urinal, becomes art by virtual of

12      its recontextualization, the use it's put to in

13      the culture.

14              When a forgery is presented only in

15      order to make money for the forger or to deceive   01:59:49

16      someone, even if no money is involved, then it's a

17      forgery.

18              If an artist is making, for instance, a

19      perfect copy of another artist's work and it

20      credibly participates in a discourse that makes it  02:00:01

21      interesting, important, philosophically

22      informative, then though it is the same kind of

23      object that a forgery would be, it doesn't count

24      as a forgery, it's not functioning as a forgery.

25          Q.    Is a forgery a work of art that is        02:00:20

```
                                            Page 146
 1                       Gopnik
 2   attributed to someone who didn't create it?
 3             MR. SPRIGMAN:  Objection.
 4       A.    I'm just thinking for a minute.  The
 5   problem is the concept of create there is so broad  02:00:41
 6   that it's hard for me to know exactly how to
 7   answer the question.
 8       Q.    Let me show you a document we've marked
 9   as Exhibit 190.
10             (Exhibit 190, article in The New York    02:01:00
11       Times by Gopnik, marked for identification.)
12       A.    Yes, indeed.
13       Q.    The first question I'd like to ask you
14   is about the second paragraph of the article.
15   Tell me when you're ready.  Is this an article     02:01:32
16   that you contributed to The New York Times?
17       A.    I believe it is.  I haven't read the
18   whole thing, but I assume it is a complete version
19   of it.
20       Q.    In the second paragraph, second          02:02:04
21   sentence, you state, But while forgery is very
22   clearly an economic crime, it may not always be an
23   artistic or aesthetic one.
24             What do you mean when you say the
25   forgery is not always an artistic crime?           02:02:18
```

```
 1                         Gopnik
 2        A.    That's a very general statement.  I
 3    don't mean one thing; I mean the substance of this
 4    entire article, which has very -- there are many
 5    different ways in which forgeries can be          02:02:29
 6    informative, artistically, can do various
 7    different kinds of cultural work.  There are lots
 8    of different ways in which they can be artistic.
 9    And that is assuming something is a forgery.  Not
10    everything that appears to be a forgery is in fact 02:02:44
11    a forgery.
12              So there's a lot of different aspects
13    of this.
14        Q.    Could you elaborate on what you mean
15    when you say not everything that appears to be a    02:03:17
16    forgery is in fact a forgery?
17        A.    Well, I think a lot of the time
18    appropriation art is mistaken for being a forgery
19    because it has so many of the same qualities as
20    forgeries have.                                     02:03:38
21              But, again, the definition of a forgery
22    is it's not functioning in fact as art at all;
23    it's functioning specifically and only
24    economically.  That is the goal of the forgery is
25    to bring benefit to the forger, not in order to    02:03:48
```

Page 180

                             Gopnik

1   NFT art simply does not exist?

2        A.    It's an incoherent statement.  I'm

3   sorry.

4        Q.    Why is it incoherent?                    02:58:27

5        A.    I shouldn't say the statement is

6   incoherent.  The statement "NFT art" is

7   incoherent.

8        Q.    And why is the concept NFT art

9   incoherent?                                          02:58:38

10        A.    Because, as with all concepts, it's

11   used in a particular way.  People refer to NFT art

12   when what they really mean is the image that the

13   NFT is attached to.  When people talk about NFTs

14   having certain artistic qualities, they are really  02:58:52

15   talking about the qualities of an image, except in

16   certain business art cases where the NFT itself is

17   playing a role and the NFTness is playing an

18   artistic role.

19        Q.    How can we tell if an NFT itself is      02:59:08

20   playing a role and the NFTness is playing an

21   artistic role?

22             MR. SPRIGMAN:  Objection.

23        A.    By looking at the history of business

24   art in twentieth century art and seeing if the NFT  02:59:36

```
                                        Page 181
 1                       Gopnik
 2    plays a role within that and if there's sufficient
 3    cues to indicate that that's what's going on.
 4          Most NFTs are simply contracts attached
 5    to images, and people, when they talk about NFT    02:59:47
 6    art, what they really mean is simply a JPEG.  So
 7    attaching the word "NFT" word to it is
 8    inappropriate.  There are some cases where the art
 9    is the NFT itself as it circulates within the
10    cultural.                                          03:00:03
11       Q.   Do you have to have a background in the
12    history of business art in the twentieth century
13    to determine whether an NFT is business art?
14          MR. SPRIGMAN:  Objection.
15       A.   Just as you have to have background in    03:00:31
16    art in any particular area in art to understand
17    the works at stake, so you need to have an
18    understanding of business art -- surprise,
19    surprise -- to recognize business art.  You do
20    need some kind of knowledge of business art and   03:00:45
21    its history.
22       Q.   Do you have a sense in the general
23    population how people understand business art?
24          MR. SPRIGMAN:  Objection.
25       A.   I don't have a sense in the general      03:00:55
```

```
                                           Page 201
 1                        Gopnik
 2        A.    I happen not to have, but it wouldn't
 3   affect whether I thought it was satire or not.
 4   Most social media comments on most art miss the
 5   point of the art.                          03:29:22
 6        Q.    Are the MetaBirkin NFTs, the
 7   MetaBirkins NFTs, the actual NFTs, business art?
 8        A.    They do seem to function as that, yes.
 9   That's the argument of my report.
10        Q.    How do the MetaBirkins NFTs function as  03:29:47
11   business art?
12        A.    By virtue of participating in the world
13   of business and deluxe commodities, commenting on
14   it, seeming to refer to it and also to have some
15   distance from it.                          03:30:14
16             I'm trying to think.  It's late in the
17   day for me to do sophisticated art criticism.
18             They have various markers that show
19   them interacting with that world but also having a
20   certain distance from that world.  Those are  03:30:27
21   hallmarks of business art.
22             They seem to also, very importantly, be
23   continuous with other works in the history of
24   business art in the twentieth century.  They seem
25   to live naturally and participate in dialogue with  03:30:39
```

Page 202

                              Gopnik

1

2     those other works.  In particular their pop art

3     qualities make you think immediately of Warhol and

4     his legacy.

5          Q.    Is the fact that MetaBirkins were        03:30:58

6     traded and what that trading means part of their

7     status as business art?

8               MR. SPRIGMAN:  Objection.

9          A.    Yes, I would say they are.  The one --

10    one -- not the only one but one component in        03:31:13

11    business art is the way in which it actually

12    participates in the financial world, just like the

13    investors, the artists who invest in money as a

14    form of art as an artistic medium in the late

15    1960s.  That can be one component in business art.  03:31:27

16         Q.    How is trading NFTs as a form of art

17    different from trading NFTs as a commercial

18    activity?

19              MR. SPRIGMAN:  Objection.

20         A.    The actual trading -- it's -- let me      03:31:46

21    think if I can say this clearly to you.

22              The act of trading you could say is the

23    art supply.  So there are going to be people, for

24    instance, who might use oil paints to paint a wall

25    and they're not using it to make art.  Other        03:32:02

Page 203

```
 1                         Gopnik
 2     people use oil paints to paint important,
 3     interesting, philosophically complex objects.
 4            Similarly, the act of trading NFTs
 5     might be used as an art supply in business art.    03:32:13
 6     But as with many, many aspects of business art
 7     especially, there are also practices that have
 8     nothing to do with the art world.
 9            Obviously not every single transaction
10     on Wall Street is in fact participating in         03:32:24
11     business art, but some can be used as a medium, an
12     art supply for business art.
13        Q.    How can I tell whether the selling of
14     an NFT is a commercial transaction or business
15     art?                                               03:32:43
16        A.    You'd have to look at the larger
17     context.  For instance, you might choose to read
18     my report for this case and decide if it seems
19     credibly to participate in this larger discourse.
20            You might look at the way in which NFTs    03:32:56
21     have been discussed, in fact, as art, which is
22     quite important.  Because NFTs have sometimes
23     mistakenly discussed as art, the issue of art
24     automatically arises.
25            That's not true of looking at football     03:33:07
```

```
                                            Page 236
 1                        Gopnik
 2            MR. SPRIGMAN:  Yeah, I want to get the
 3       answer first, and then let's figure out what
 4       to do.
 5            THE VIDEOGRAPHER:  5 hours and 40      04:28:03
 6       minutes.
 7            MR. SPRIGMAN:  Okay.  How much longer
 8       do you think you have, Jerry, just out of
 9       approximate?
10            MR. FERGUSON:  I mean, I think if we   04:28:11
11       could take a break I could organize my notes.
12       I think I would have about ten minutes when I
13       got back.
14            MR. SPRIGMAN:  Let's do it.
15            MR. FERGUSON:  Okay.                    04:28:20
16            MR. SPRIGMAN:  Cool.
17            THE VIDEOGRAPHER:  We're going off the
18       record at 4:29 p.m.
19            (Recess taken from 4:29 to 4:42.)
20            THE VIDEOGRAPHER:  We're back on the   04:41:24
21       record at 4:42 p.m.
22       Q.    Is adopting the trademark of another
23   company business art?
24            MR. SPRIGMAN:  Objection.
25       A.    It might or might not be.              04:41:57
```

```
 1                        Gopnik
 2        Q.    In what circumstances is adopting the
 3   trademark of another company business art?
 4             MR. SPRIGMAN:  Objection.
 5        A.    I would say that it would almost always  04:42:10
 6   be a component in business art if business art is
 7   at stake, that is, any artist who seemed to be
 8   engaged in a business art project might or might
 9   even -- I might say should adopt a trademark of
10   another company because it makes clear the stakes  04:42:26
11   involved, that he's edge gauging directly -- he or
12   she, I should say, is engaging directly with the
13   world of commerce.  It would be a good sign of
14   what's going on.
15             And it would also -- frankly one          04:42:38
16   purpose of business art in general is critical or
17   satirical, and it would piss off the people that
18   he's talking to and then they would probably do
19   things like sue him and increase the cultural
20   importance of the business art by virtue of the    04:42:51
21   attention paid to it, the mess it's caused, the
22   fuss it's caused.
23        Q.    Is taking actions that cause you to be
24   sued business art?
25             MR. SPRIGMAN:  Objection.                 04:43:04
```

Page 238

                            Gopnik

1

2       A.      They might or might not be, but they

3    might be a very useful and interesting component

4    in business art.

5       Q.      Did Andy Warhol adopt the trademark of    04:43:20

6    another company?

7               MR. SPRIGMAN:  Objection.

8       A.      He certainly used the trademark of

9    another companies, and sometimes those other

10   companies were uncomfortable with that.  Sometimes  04:43:31

11   they were flattered by it.  And the same company

12   at one moment be flattered and another moment be

13   uncomfortable.

14      Q.      Did he ever adopt the trademark of

15   another company?                                    04:43:45

16              MR. SPRIGMAN:  Objection, vague.

17      A.      I don't know what that means, adopting.

18   Did he literally try to trademark another

19   company's extant trademark?  No.  But his works

20   certainly were presented as though he was using    04:43:53

21   that trademark.

22              And they did cause confusion, useful,

23   powerful confusion, that was part of the reception

24   in the art critical world.  That's one reason they

25   matter is because they confuse the difference      04:44:08

Page 239

```
 1                        Gopnik
 2   between art and nonart.
 3        Q.    Is creating confusion regarding whether
 4   a trademark owner has authorized goods business
 5   art?                                              04:44:32
 6              MR. SPRIGMAN:  Objection.
 7        A.    I'd have to see a particular instance
 8   of it.  It might very well be.
 9        Q.    In --
10        A.    A component in business art.  Nothing  04:44:48
11   freestanding is or is not business art.  You'd
12   have to look at a larger set of art supplies that
13   go into a project to decide the extent to which
14   any one of them is necessary or interesting or
15   useful in determining creating that work of       04:45:02
16   business art.
17        Q.    Did you review the plaintiff's
18   complaint as part of the documents you reviewed in
19   preparing for your report?
20        A.    I did.                                 04:45:15
21        Q.    Did you see the allegations that Elle
22   magazine and the New York Post and other
23   publications printed stories saying that
24   MetaBirkins were offered by Hermès?
25        A.    I don't remember your complaint in     04:45:30
```

Page 245

```
                              Gopnik
 1
 2     roles.  He was in a rich, collaborative
 3     relationship.  He was functioning as a high-level
 4     studio assistant.  That's what studio assistants
 5     do.                                           04:51:53
 6          Q.    Is business art recognized as a genre
 7     in the field of art criticism?
 8               MR. SPRIGMAN:  Objection.
 9          A.    Yes, it goes by various different
10     names.  Most genres do.  It's also called commerce  04:52:49
11     by artist.  Some people might call it a branch of
12     relational aesthetics.  But it's well recognized
13     as a movement or component in the history of
14     contemporary art.  There have been exhibitions
15     about it; there are books about it.            04:53:04
16          Q.    Is commerce by artists the same thing
17     as business art?
18          A.    There is no specific definition of
19     business art or of commerce by artists.  There are
20     elaborate -- you know, there are a set of, as it   04:53:15
21     were, Venn diagrams.
22               Different people might have slightly
23     different ways.  That's true of minimalism, pop
24     art.  Name any kind of art you could name, and
25     there would be different ways of thinking about it  04:53:27
```

Page 247

```
 1                        Gopnik
 2   conceptual art doesn't address that.
 3        Q.    At the beginning of the day, which I
 4   know seems like a long time ago now, we went
 5   through the different publishing you've done for      04:55:13
 6   different periodicals and newspapers, and you've
 7   produced quite a high volume of critical essays,
 8   podcasts, interviews, probably in the thousands.
 9   Does that sound right?
10        A.    Total, yes.                                04:55:30
11        Q.    I'm trying to understand why we only
12   received four articles that have the phrase
13   "business art" in it.
14        A.    Because I'm a general purpose art
15   critic, my guess is if you asked me about any        04:55:47
16   particular component in art, if you asked me about
17   renaissance art, I might have produced five or
18   six.
19             My interest in business art, also my
20   specialization, comes largely in the last ten        04:55:58
21   years versus earlier, though I think some of the
22   articles do predate that.
23        Q.    Okay.  Just give me 30 seconds.
24             (Pause.)
25        Q.    Referring again to the article we          04:56:57
```

```
                                                 Page 248
 1                          Gopnik
 2     marked as Exhibit 189, which is the article about
 3     the Prince fair use dispute.
 4                 MR. SPRIGMAN:  Give us a moment.
 5         A.    Sorry, I've made a mess of the         04:57:15
 6     documents.  I haven't been keeping them in order;
 7     I should have done.
 8                 MR. SPRIGMAN:  Yeah, well, I haven't
 9         done a great job of it either.  There we go.
10         A.    Once I dig down deep enough into this,  04:57:26
11     I'll find it.  It has a rather striking image on
12     it, after all.
13                 MR. SPRIGMAN:  It does indeed.
14         A.    This might be it.  Yes, I've got it.
15         Q.    In that article you were discussing a   04:57:46
16     copyright case; is that correct?
17         A.    That is correct.
18         Q.    And you express the view that the court
19     should speak to art critics, collectors, and
20     curators to decide cases of fair use.             04:58:13
21                 MR. SPRIGMAN:  Objection, misstates the
22         testimony.
23         A.    I -- how can I put it?  That wasn't
24     meant as a serious advice to the Supreme Court of
25     the United States or to the circuit court, for    04:58:28
```

```
                                              Page 249
 1                      Gopnik
 2     that matter, because I didn't think it would ever
 3     happen.
 4            But I was using it as a way of
 5     suggesting that we have to take into account      04:58:36
 6     artistic meaning and artistic context and
 7     understanding transformation, that you can't
 8     understand transformation without understanding
 9     how people have transformed things.
10        Q.    So are you saying your proposal in this  04:58:52
11     article was not a serious proposal, that judges
12     should reach out to art critics, curators, and
13     collectors in determining whether use is
14     transformative?
15            MR. SPRIGMAN:  Objection.                  04:59:13
16        A.    I don't think I can call anything that
17     I think will never happen a serious proposal.  I
18     don't imagine that that's the way the law
19     operates.  I can't imagine judges actually doing
20     that.                                             04:59:23
21            But it is important for them to
22     understand art and to think about art and maybe to
23     look at the world of art to understand what
24     transformation might be.
25            If they chose to consult with curators,   04:59:34
```

Page 250

1                        Gopnik

2      critics, and collectors, that of course would not

3      be a problem for me; it just would be very

4      unlikely to happen.

5          Q.    In your article you referred to          04:59:44

6      consulting with a whole bunch of critics,

7      collectors, and curators.  Would it be acceptable

8      for you to consult with just one critic, curator,

9      or collector?

10         A.    I generally think that when judges -- I  05:00:02

11     know so little about how judges work, but my guess

12     is they'd want a range of possible opinions so

13     that they could weigh whose seemed more cogent.

14              Just like everything in life, there is

15     disagreement about everything.  So you would weigh 05:00:18

16     a bunch of different opinions and try to figure

17     out what comes closest to the truth.

18         Q.    Last exhibit.

19              (Discussion off the record.)

20              (Exhibit 207, text exchange between

21         Rothschild and Mark Design, marked for

22         identification.)

23         A.    I'm not going to read this entire thing

24     right now, if that's all right with you.

25         Q.    So what I'm showing you is an exchange   05:01:55

Page 255

1

2                    C E R T I F I C A T E

3    STATE OF NEW YORK      )

4                           : ss.

5    COUNTY OF NEW YORK     )

6

7            I, LAURIE A. COLLINS, a Registered

8        Professional Reporter and Notary Public

9        within and for the State of New York, do

10       hereby certify:

11           That BLAKE GOPNIK, the witness whose

12       deposition is hereinbefore set forth, was

13       duly sworn by me and that such deposition

14       is a true record of the testimony given by

15       the witness.

16           I further certify that I am not

17       related to any of the parties to this

18       action by blood or marriage and that I am

19       in no way interested in the outcome of this

20       matter.

21           IN WITNESS WHEREOF, I have hereunto

22       set my hand this 27th day of September

23       2022.

24

                              *Laurie A. Collins*

25                        LAURIE A. COLLINS, RPR