# Exhibit 137

**PageVault**

| | |
|---|---|
| Document title: | Mason Rothschild on Twitter: "NFTs in a nutshell: Overpromise, underdeliver = PUMP Underpromise, overdeliver = DUMP" / Twitter |
| Capture URL: | https://twitter.com/MasonRothschild/status/1579869073101373441 |
| Page loaded at (UTC): | Thu, 13 Oct 2022 15:26:11 GMT |
| Capture timestamp (UTC): | Thu, 13 Oct 2022 15:26:57 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 5fd38e8b-584a-4661-a956-28e987daf822 |
| User: | baker-nsamad |

PDF REFERENCE #:     oGQZBV7XaVURBoPvXKW6TG

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

**Mason Rothschild** @MasonRothschild

NFTs in a nutshell:

Overpromise, underdeliver = PUMP
Underpromise, overdeliver = DUMP

4:18 PM · Oct 11, 2022 · Twitter for iPhone

**1** Retweet **21** Likes

Tweet your reply
Reply

**MyNameIsRamzy** @MyNameIsRamzy · Oct 11
Replying to @MasonRothschild
We need the retweet of the retweet so that the retweet and blast the retweet
2

**LootRedirect.eth** @lootredirect · Oct 11
Replying to @MasonRothschild
I think this meta will flip as projects move to reduced royalties and reduced mints due to the impending economic collapse
1 3

**Mason Rothschild** @MasonRothschild · Oct 11
Replying to @lootredirect
bear markets shake the tree but art is forever
1 4

Show replies

**Hollywood** @Hollywood_Kicks · Oct 11
Replying to @MasonRothschild
WEN 1 Eth floor?
1

Show more replies

**Joan Arc**
@JoanArc23059459

Search Twitter

**Relevant people**

**Mason Rothschild**
@MasonRothschild
Follow
@gasoline_xyz, @terminal_xyz, @ilyywnft, @metabirkins

**What's happening**

War in Ukraine · 2 hours ago
**Claims about Ukrainian President Volodymyr Zelenskyy's office being destroyed are false, fact checkers say**

**#M3GAN**
meet M3GAN. your new bff.
Promoted by M3GAN

Only on Twitter · Trending
**#NoBraDay**
47.8K Tweets

**The Independ...** · 23 minutes ago
**Jury reaches a verdict on Nikolas Cruz's death sentence trial**

Trending in United States
**RIP Rico**
37.3K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Tweet

Show more replies

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

**Relevant people**

**Mason Rothschild**
@MasonRothschild
@gasoline_xyz, @terminal_xyz, @ilyywnft, @metabirkins

Follow

**What's happening**

War in Ukraine · 2 hours ago
**Claims about Ukrainian President Volodymyr Zelenskyy's office being destroyed are false, fact checkers say**

**#M3GAN**
meet M3GAN. your new bff.
Promoted by M3GAN

Only on Twitter · Trending
**#NoBraDay**
47.8K Tweets

**The Independ...** · 23 minutes ago
**Jury reaches a verdict on Nikolas Cruz's death sentence trial**

Trending in United States
**RIP Rico**
37.3K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Joan Arc**
@JoanArc23059459



