# Exhibit 138



HERMES_0037428











HERMES_0037430