# Exhibit 144

Filed Under Seal

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
HERMÈS INTERNATIONAL AND HERMÈS OF PARIS, INC.,


                              Plaintiff,


                              Index No.:
                              22-CV-00384-JSR



              -against-




MASON ROTHSCHILD,





                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

              REALTIME DEPOSITION

                     OF

                NICOLAS MARTIN

       TAKEN ON:  August 30th, 2022

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

1
2                            - o 0 o -
3
4              N I C O L A S   M A R T I N,
5        having been first duly sworn by a Notary
6     Public of the State of New York was examined and
7                       testified herein:
8
9                            - o 0 o -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    N. MARTIN
 2         Q.    Yes, any others?
 3         A.    I don't -- I can't remember
 4   every one, but I think there were.
 5         Q.    And does Hermès consider
 6   MetaBirkins to be art?
 7         A.    As I said, I cannot say
 8   whether it's art or not.  It's very
 9   difficult.  What I find is that it's --
10   it's the Birkin shape with colors that
11   we have done, or may have done, with
12   the detail that we have used or may
13   have used.
14         Q.    Does Hermès consider
15   MetaBirkins to be creative expression?
16               MR. WARSHAVSKY:  Objection.
17               THE WITNESS:
18         A.    Here it's very difficult,
19   but I don't think so.  I don't think
20   so.
21         Q.    And why not?
22         A.    As I said, it's our Birkin
23   shape in colors that we have made on or
24   we could make in detail that we have
25   used or could use.  So if there is a
```

```
 1                    N. MARTIN
 2    creation or creativity, it's very,
 3    very, very important.
 4         Q.    Has Hermès actually sold
 5    fur-covered Birkins?
 6         A.    The Birkin is sold for a
 7    long time at that time.  And we are
 8    rather very large of Birkin Bags being
 9    manufactured and sold.  And from what I
10    know, we have already commercialized
11    Birkin Bags using fur.
12         Q.    And as far as you're aware,
13    when did Hermès commercialize Birkin
14    Bags using fur?
15         A.    I don't remember the exact
16    date, but I saw pictures of bags,
17    Birkin Bag with fur.
18         Q.    And were those pictures
19    produced in discovery in this case?
20         A.    I think so.
21         Q.    And were those Birkins that
22    you saw entirely covered with fur?
23         A.    What do you mean by
24    "entirely"?  Meaning all the bag?
25         Q.    The entire bag was covered
```

```
 1                    N. MARTIN
 2          (Whereupon, Exhibit Z from Hermès' Amended
 3     Complaint, Image was marked as Exhibit 3 for
 4     identification, as of August 30th, 2022.)
 5          Q.   Mr. Martin, I'm handing you
 6     Exhibit 3, which I'll represent to you
 7     is a copy of Exhibit Z from Hermès's
 8     Amended Complaint; have you seen this
 9     image before?
10          A.   Yes, yes.
11          Q.   And what is --
12               What does this image show?
13          A.   From what I understand, it
14     shows eight of the 100 images that were
15     linked to the collection of MetaBirkins
16     NFT.
17          Q.   And do you consider these
18     images to be art?
19          A.   As I said before, it's --
20     I'm not an expert.  What -- What I see
21     here, for me is an Hermès handbag, a
22     Birkin Handbag, in colors that could be
23     the colors we used, or have used and
24     with material that we also have used.
25          Q.   And what do these images
```

CERTIFICATE

I, AMBRIA IANAZZI, a Registered Professional Reporter, Certified Realtime Reporter, New York Association Certified Reporter, New York Realtime Certified Reporter, Certified Shorthand Reporter and Notary Public in New York do hereby certify:

That MARTIN NICOLAS whose examination is hereinbefore set forth, was duly sworn, and that such examination is a true record of the testimony given by MARTIN NICOLAS.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 6th day of September, 2022.

*Ambria Ianazzi*
_____
AMBRIA IANAZZI, RPR, CRR, CSR