**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

                              *Plaintiffs,*

- against -                                        Docket No. 1.22-cv-00384 (JSR)


MASON ROTHSCHILD                      **NOTICE OF APPEARANCE**
                    *Defendant.*


To: The clerk of court and all parties of record.

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Plaintiffs, Hermès International and Hermès of Paris, Inc.  All notices given or

required to be given in this case and all papers filed in this case should be served upon

undersigned counsel.


                                            **BAKER HOSTETLER LLP**

Dated: October 24,2022
      New York, New York

                                        By:  */s/ Megan A. Corrigan*
                                        Megan A. Corrigan
                                        45 Rockefeller Plaza-14th Floor
                                        New York, New York 10111
                                        Telephone (212) 589-4200
                                          Fax (212) 589-4201
                                        Email: mcorrigan@bakerlaw.com

                                        *Attorneys for Hermès International and*
                                        *Hermès of Paris, Inc.*