# Exhibit 3

# Gehman, Lisa Bollinger

| | |
|---|---|
| **From:** | Rhett O. Millsaps II <rhett@lex-lumina.com> |
| **Sent:** | Saturday, July 30, 2022 2:38 PM |
| **To:** | Gehman, Lisa Bollinger; Christopher J. Sprigman; Mark McKenna; Rebecca Tushnet |
| **Cc:** | Warshavsky, Oren J.; Ferguson, Gerald; Wilcox, Deborah; Wallace, Kevin M. |
| **Subject:** | Re: Rothschild Document Production |

Lisa – Please find below a link to download the following production by Mr. Rothschild:

| Volume | BegBates | EndBates | Docs | Pages |
|---|---|---|---|---|
| Rothschild002 | Rothschild007156 | Rothschild011187 | 1476 | 4032 |

Here is the link to download the volume:
https://ftpus.consilio.com/public/file/d5JV0rRFoEOHpOfNaBD86g/Rothschild002.zip

I'll send the passwords for accessing the link, and for extracting the zip, in a separate e-mail.

This production contains documents that are labeled "Confidential," pursuant to the Proposed Protective Order and Stipulated Protocol and [Proposed] Order Governing The Discovery of Electronically Stored Information ("Protective Order & ESI Protocol") in this action. By producing the enclosed documents, Mr. Rothschild does not intend to waive the attorney-client privilege, the work-product doctrine, or other applicable privileges. If any such protected or non-responsive materials have been produced, we reserve the right to their return in accordance with Fed. R. Evid. 502(d), consistent with and pursuant to the Protective Order & ESI Protocol in this action.

Best,
Rhett


Rhett O. Millsaps II
Managing Member
LEX LUMINA PLLC
745 Fifth Avenue
Suite 500
New York, NY  10151
rhett@lex-lumina.com

646 535 1137 (direct dial)
646 355 2816 (facsimile)

---

**From:** Gehman, Lisa Bollinger <lgehman@bakerlaw.com>
**Date:** Saturday, July 30, 2022 at 10:24 AM
**To:** Rhett O. Millsaps II <rhett@lex-lumina.com>, Christopher J. Sprigman <chris@lex-lumina.com>, Mark McKenna <mark@lex-lumina.com>, Rebecca Tushnet <rtushnet@lex-lumina.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>, Ferguson, Gerald <gferguson@bakerlaw.com>, Wilcox, Deborah <DWilcox@bakerlaw.com>, Wallace, Kevin M. <kwallace@bakerlaw.com>
**Subject:** RE: Rothschild Document Production

1

Rhett,

Thanks for the update. We did not receive any documents yesterday, so are hopeful to receive them today.

Best,
Lisa

---

**From:** Rhett O. Millsaps II <rhett@lex-lumina.com>
**Sent:** Friday, July 29, 2022 2:02 PM
**To:** Gehman, Lisa Bollinger <lgehman@bakerlaw.com>; Christopher J. Sprigman <chris@lex-lumina.com>; Mark McKenna <mark@lex-lumina.com>; Rebecca Tushnet <rtushnet@lex-lumina.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Ferguson, Gerald <gferguson@bakerlaw.com>; Wilcox, Deborah <DWilcox@bakerlaw.com>; Wallace, Kevin M. <kwallace@bakerlaw.com>
**Subject:** Re: Rothschild Document Production

[External Email: Use caution when clicking on links or opening attachments.]

Lisa - I've just checked in again with our vendor, who advises that there are several large productions in their queue, and our production apparently is more complex than our first production because of the alternative Twitter and Instagram formats they're processing. I've asked them to get a link to us by end of the day. In any event, you will have it as soon as we do. It will include a substantial production of documents aside from the Twitter and Instagram data we already produced.

Best,
Rhett

---

**From:** Gehman, Lisa Bollinger <lgehman@bakerlaw.com>
**Sent:** Friday, July 29, 2022 10:51 AM
**To:** Rhett O. Millsaps II <rhett@lex-lumina.com>; Christopher J. Sprigman <chris@lex-lumina.com>; Mark McKenna <mark@lex-lumina.com>; Rebecca Tushnet <rtushnet@lex-lumina.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Ferguson, Gerald <gferguson@bakerlaw.com>; Wilcox, Deborah <DWilcox@bakerlaw.com>; Wallace, Kevin M. <kwallace@bakerlaw.com>
**Subject:** Rothschild Document Production

Dear Rhett,

I just wanted to check in as we have not received any documents yet.

Best,
Lisa

**Lisa Bollinger Gehman**
Associate

BakerHostetler

1735 Market Street | Suite 3300
Philadelphia, PA 19103-7501
T +1.215.564.2684

lgehman@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.