# Exhibit 10

Page 1

1

2                UNITED STATES DISTRICT COURT

3                SOUTHERN DISTRICT OF NEW YORK

4

5    HERMÈS INTERNATIONAL and    )
     HERMÈS OF PARIS INC.,       )

6                                )

                 Plaintiffs,     )

7                                )

                 vs.             )    No.

8                                )    1:22-CV-00384-JSR
     MASON ROTHSCHILD,           )

9                                )

                 Defendant.      )

10   ------------------------    )

11

12

13

14

15                     September 23, 2022

16                     9:32 a.m.

17

18          Deposition of BLAKE GOPNIK, held at the

19      offices of Baker & Hostetler LLP, 45

20      Rockefeller Plaza, New York, New York,

21      pursuant to subpoena, before Laurie A.

22      Collins, a Registered Professional Reporter

23      and Notary Public of the State of New York.

24

25

                                              Page 6

 1                          Gopnik

 2          and then counsel may proceed.

 3   B L A K E    G O P N I K ,

 4          called as a witness, having been duly sworn

 5          by the notary public, was examined and

 6          testified as follows:

 7   EXAMINATION BY

 8   MR. FERGUSON:

 9          Q.    Good morning.  Can you please state

10   your full name for the record?                    09:34:13

11          A.    Blake Gopnik.

12          Q.    Dr. Gopnik, have you been deposed

13   before?

14          A.    No.

15          Q.    Have you ever testified in court    09:34:23

16   before?

17          A.    No.

18          Q.    Do you have an understanding of what's

19   going to be taking place at this deposition today?

20          A.    I believe I do.                      09:34:33

21          Q.    And is that understanding based on

22   information provided to you in conversation with

23   the counsel representing you today?

24          A.    Yes.

25          Q.    I'm just going to review a few ground  09:34:44

```
                                            Page 85
  1                      Gopnik
  2    of economics?
  3         A.    I have some expertise in philosophy in
  4    general which allows me to apply those to any
  5    field, including economics.                    11:40:15
  6         Q.    Are you being offered as an expert in
  7    philosophy in this case?
  8              MR. SPRIGMAN:  Objection.
  9         A.    Insofar as that's a component in my
 10    expertise in art, yes.                         11:40:26
 11         Q.    Did you adopt the categories art-only
 12    NFT and digital brand NFTs in your report?
 13              MR. SPRIGMAN:  Objection.
 14         A.    I refer to the categories.  I would not
 15    say that I adopted them.                       11:41:15
 16         Q.    I'm going to refer to you again to page
 17    11, the sentence that begins, Using the language
 18    of Kominers' report -- just to be clear, I'm
 19    starting on the third line.
 20         A.    Yes, I see that.                     11:41:50
 21         Q.    Let me start that question again.
 22    Referring to page 11, the sentence that begins on
 23    the third line.  Using the language of economists
 24    report, you could say that as an artist Rothschild
 25    deliberately rejects the restricted world of      11:42:07
```

Page 86

```
 1                        Gopnik
 2    art-only NFTs.
 3            I have argued in The Times that its
 4    artistic potential is close to nonexistent and
 5    instead ventures into the world of digital brand     11:42:25
 6    NFTs that seems to have real leverage in our
 7    current reality.
 8            In this sentence are you adopting the
 9    categories of art-only NFTs and digital brand
10    NFTs?                                                11:42:46
11            MR. SPRIGMAN:  Objection.
12        A.    Quite the opposite.  By using the
13    phrase "using the language of the Kominers'
14    report," I'm making it quite clear that I think
15    that is particular to him.  And in fact quite        11:42:54
16    clearly I say that the artistic point of
17    Rothschild is to deny that distinction, in a
18    sense.
19            That sentence is partly meant to show
20    the distinction is not accurate.  And it's in the    11:43:08
21    language of the Kominers' report; it isn't
22    something that exists outside of the Kominers'
23    report.
24        Q.    Your report states that you have argued
25    in The Times that the artistic potential of          11:43:32
```

```
                                                  Page 87
 1                         Gopnik

 2    art-only NFTs is close to nonexistent.

 3              MR. SPRIGMAN:   Objection.

 4        Q.    Is that correct?

 5              MR. SPRIGMAN:   Misstates the meaning of   11:43:44

 6        the report.

 7        A.    Could you read that back, please, the

 8    question.

 9              (Record read.)

10        A.    That parenthesis is oversimplifying my   11:44:03

11    argument in The Times.  I would need to explain at

12    some length what I mean by "art-only NFTs."  That

13    is a very, very distilled version of my argument

14    in The Times.

15        Q.    So what do you mean by "art-only NFTs"?   11:44:20

16        A.    NFTs that consistent -- NFTs are very

17    complicated.  NFTs that point only to images and

18    are considered only insofar as those images

19    represent the entire NFT are not interesting as

20    works of art.                                        11:44:42

21        Q.    Do NFTs that point only to images

22    exist?

23        A.    They do.

24        Q.    In your report when you use -- when you

25    refer to, quote, the world of "digital brand"       11:45:19
```

```
 1                       Gopnik
 2   the works.
 3       Q.    Are you saying that a typical purchaser
 4   of NFTs today would have the understanding you
 5   just described?                              12:31:52
 6             MR. SPRIGMAN:  Objection.
 7       A.    Some might; some might not.
 8       Q.    In your report you refer to MetaBirkins
 9   as Rothschild's title.  Is it your understanding
10   that he's the one that created that title?   12:32:19
11       A.    My full understanding is that he chose
12   the title from many different options presented to
13   him, some of which would have come from his own
14   mind and some not.
15       Q.    Is it your understanding that         12:32:42
16   MetaBirkins was a title proposed to him?
17       A.    I'm just thinking for one second.  I
18   believe so, yes.
19       Q.    And do you have an understanding of how
20   it was proposed to him?                       12:32:54
21       A.    I believe that he solicited titles from
22   acquaintances.
23       Q.    Are you aware of Mason Rothschild
24   developing any other NFT projects with meta in the
25   title of the project?                         12:33:37
```

```
 1                       Gopnik
 2    8 of the document.  It's Bates stamp number 1033.
 3        A.    Sorry, 1033.
 4              MR. SPRIGMAN:  At the bottom right,
 5        1033.                                    02:22:10
 6        A.    I see.
 7              MR. SPRIGMAN:  Yeah.
 8        Q.    And refer to the sentence that states,
 9    You're not collecting it because of the picture of
10    Babe Ruth on the baseball card; you're collecting  02:22:21
11    it just because it's a collectible.
12              What did you mean by "collectible" in
13    that context?
14        A.    There are certain activities that are
15    all about owning certain objects that for whatever  02:22:34
16    bizarre reason the -- a group of people in the
17    culture think is valuable, so stamps or baseball
18    cards or in some cases great old master paintings.
19        Q.    Can collectibles be art?
20        A.    At the moment that they're            02:23:00
21    collectibles, they're not art, which is why I
22    mentioned great old master paintings.  If you're
23    collecting them in order to check a box and say, I
24    own X, then in fact they're not functioning as art
25    at that moment.                                02:23:15
```

```
                                           Page 172

 1                       Gopnik

 2    document a work of art?

 3              MR. SPRIGMAN:  Objection.

 4        A.    Again, I'd need contextual markers to

 5    decide if it were or not.  These issues are very    02:45:36

 6    much in contention.  However, there's a new book

 7    by a philosopher called Alvin Norway that's doing

 8    a very good job, for the first time possibly ever,

 9    in distinguishing between works of art and

10    nonworks of art, and it's functional distinction.   02:45:52

11        Q.    What is the functional distinction

12    between a work of art and a nonwork of art?

13        A.    Objects -- or let's say images, just as

14    shorthand, if you don't mind.  Images can have all

15    sorts of functions.  When an image is functioning   02:46:09

16    in a very practical sense just to provide

17    information, for instance, or for that matter to

18    clothe the body in an attractive way, that is

19    not -- I prefer to use the word fine art.  That's

20    not an example of fine art.                          02:46:25

21              But then there are objects whose goal

22    is not functional, whose goal is to make us think

23    about the nature of things like dresses, to make

24    us think about the everyday instantiations of

25    those same objects.                                  02:46:39
```

```
                                              Page 173
 1                         Gopnik
 2              It's essentially philosophical
 3    practice, that art is a philosophical practice, a
 4    meta practice, and other objects, other images,
 5    other objects are functional objects within our      02:46:49
 6    world.  Sorry.
 7         Q.    If an object is functioning to provide
 8    status, is it -- is that a functional use?
 9         A.    You just defined it as function.  Yes,
10    if it's doing a job, then it's functional.           02:47:07
11         Q.    Okay.  If someone purchases an item to
12    provide status, is that a functional use?
13              MR. SPRIGMAN:  Objection.
14         A.    I would say that it was.
15         Q.    When someone purchases a Marimekko       02:47:49
16    dress, how can we tell whether they're purchasing
17    it for a functional purpose or an artistic
18    purpose?
19         A.    Marimekko dresses aren't normally part
20    of the discourses of art.  The act of purchasing    02:48:04
21    it, they would be unlikely to be purchasing it for
22    artistic reasons.  You'd have to see how they use
23    it.
24              The purchase itself wouldn't tell you
25    anything.  But they could use it, for instance, to  02:48:16
```

```
                                              Page 178
 1                        Gopnik
 2              Your report opens with you stating, In
 3    the following report, I show how the images and
 4    NFTs produced and sold by Mason Rothschild find
 5    their natural and obvious home among the artistic   02:55:03
 6    experiments carried out by modern artists over the
 7    last century.
 8              In this sentence you refer to the
 9    images and NFTs.  Is there a difference between
10    the images and NFTs?                                02:55:27
11       A.    Yes, there is.
12       Q.    And what's the difference?
13       A.    Images are visual objects with
14    qualities.  They could be produced as JPEGs, in
15    which case they'd be digital, in fact, digital     02:55:42
16    files.  But they have visual instantiation.  They
17    could be crayon drawings.  They could be any
18    number of things.
19              NFTs are non-fungible tokens, a
20    particular kind of digital object on the           02:55:53
21    blockchain.  It's really -- they can be contracts.
22    They have varied states of existence, but they're
23    really a digital-only kind of phenomenon that's
24    specific to the blockchain.
25              They can do all sorts of different        02:56:10
```

```
                                                   Gopnik
 1
 2     work, so it's hard to specify what an NFT is.
 3     They can do -- have various relationships to
 4     different kinds of objects or none at all.
 5          Q.    Is the image distinct from the NFT?    02:56:31
 6          A.    Yes.
 7          Q.    With respect to Mason Rothschild's
 8     MetaBirkins project, is MetaBirkins the name of
 9     the NFT, the image, or both?
10          A.    It's hard to know what the name refers  02:56:53
11     to.  I would say popularly speaking people would
12     probably refer to the image and the NFT -- the
13     image you might say is an image of -- it's very
14     complicated because there's also a conceptual
15     object called the MetaBirkin, which is something  02:57:18
16     that Mason Rothschild, and with assistance,
17     thought of in his head that's also MetaBirkin.
18              But colloquially I think people might
19     call the NFT the MetaBirkin NFT and the image the
20     MetaBirkin image or something like that.          02:57:35
21              People confuse the two categories,
22     which is why I wrote a large article in The New
23     York Times about trying to sort out the
24     categories.
25          Q.    Do you agree with the statement that    02:58:09
```

Page 188

1                           Gopnik

2          Q.    You gave the example of the Pak NFT

3     project where the NFTs were business art because

4     of the way they were sold.  Can you give another

5     example of NFTs that are business art?          03:09:31

6          A.    Mason Rothschild's MetaBirkins is a

7     good example.  I'm not a huge expert -- I don't

8     spend a lot of time in the metaverse, so I'm

9     not -- I can't give you -- let me just think for a

10    second, let me, before I speak if I can think of  03:09:49

11    another example off the top of my head.

12                There have been NFTs produced in the

13    wake of Andy Warhol that relate to Andy Warhol.

14    And because Andy Warhol is such a famous business

15    artist, those seem to me to be functioning in that  03:10:12

16    context as well.

17         Q.    Can you name any NFTs other than Pak

18    NFTs and MetaBirkins NFTs that are business art?

19         A.    I haven't done enough research to tell

20    you one way or the other.  Those are the two      03:10:27

21    examples that I've studied.

22         Q.    In your prior answer where you said,

23    I'm not a huge expert, did you mean you're not a

24    huge expert in NFTs?

25                MR. SPRIGMAN:  Objection.            03:10:40

Page 189

                              Gopnik

1

2       A.    I'm not a computer scientist, yeah.

3   I'm -- the specifics are a little foggy even for

4   me or mostly for me.

5       Q.    Are you not an expert in the metaverse?  03:10:49

6             MR. SPRIGMAN:  Objection.

7       A.    I am not an expert on the metaverse.  I

8   have some knowledge of it.

9       Q.    NFTs cannot be changed because they

10  live on the blockchain.  Do you agree with that   03:11:17

11  statement?

12            MR. SPRIGMAN:  Objection.

13      A.    That is my understanding.  Non-fungible

14  tokens by definition live on the blockchain.  And

15  as a result of living on the blockchain, my       03:11:31

16  impression is -- my understanding is they cannot

17  be changed once they are on the blockchain.

18            It depends on what you mean by

19  "change."  There are many different senses in

20  which something can be changed.  But the code     03:11:42

21  itself cannot be changed, is my understanding.

22  Their meaning could change.

23      Q.    The image associated with an NFT, is

24  that a digital file that typically lives on a hard

25  drive?                                            03:12:10

```
                                              Page 201
 1                         Gopnik
 2        A.    I happen not to have, but it wouldn't
 3   affect whether I thought it was satire or not.
 4   Most social media comments on most art miss the
 5   point of the art.                            03:29:22
 6        Q.    Are the MetaBirkin NFTs, the
 7   MetaBirkins NFTs, the actual NFTs, business art?
 8        A.    They do seem to function as that, yes.
 9   That's the argument of my report.
10        Q.    How do the MetaBirkins NFTs function as  03:29:47
11   business art?
12        A.    By virtue of participating in the world
13   of business and deluxe commodities, commenting on
14   it, seeming to refer to it and also to have some
15   distance from it.                           03:30:14
16             I'm trying to think.  It's late in the
17   day for me to do sophisticated art criticism.
18             They have various markers that show
19   them interacting with that world but also having a
20   certain distance from that world.  Those are  03:30:27
21   hallmarks of business art.
22             They seem to also, very importantly, be
23   continuous with other works in the history of
24   business art in the twentieth century.  They seem
25   to live naturally and participate in dialogue with  03:30:39
```

```
                                              Page 202
```

1                            Gopnik

2      those other works.  In particular their pop art

3      qualities make you think immediately of Warhol and

4      his legacy.

5           Q.    Is the fact that MetaBirkins were        03:30:58

6      traded and what that trading means part of their

7      status as business art?

8                MR. SPRIGMAN:  Objection.

9           A.    Yes, I would say they are.  The one --

10     one -- not the only one but one component in        03:31:13

11     business art is the way in which it actually

12     participates in the financial world, just like the

13     investors, the artists who invest in money as a

14     form of art as an artistic medium in the late

15     1960s.  That can be one component in business art.  03:31:27

16          Q.    How is trading NFTs as a form of art

17     different from trading NFTs as a commercial

18     activity?

19               MR. SPRIGMAN:  Objection.

20          A.    The actual trading -- it's -- let me       03:31:46

21     think if I can say this clearly to you.

22               The act of trading you could say is the

23     art supply.  So there are going to be people, for

24     instance, who might use oil paints to paint a wall

25     and they're not using it to make art.  Other        03:32:02

```
                                             Page 219
 1                      Gopnik
 2       A.     Routinely.
 3       Q.     When an artwork is resold, does the
 4   artist know who the purchaser on the resale is?
 5              MR. SPRIGMAN:  Objection.           04:06:56
 6       A.     That depends on the jurisdiction.
 7   There is an awed street [phonetic] in lots of
 8   jurisdictions, including I think an unenforced
 9   awed street in California that does allow the
10   artist to know that.                          04:07:08
11       Q.     In jurisdictions that don't have that
12   law, can art be transferred without the artist
13   knowing it?
14              MR. SPRIGMAN:  Objection.
15       A.     I think that would depend on the     04:07:15
16   contract that came with the sale.  There is
17   something called the Seth Siegelaub contract that
18   comes attached to some works of art that specifies
19   that the collector has to follow certain rules in
20   reselling it, including giving a percentage to the  04:07:33
21   artist.  A transaction -- it's like any other
22   transaction -- can come with a contract that
23   permits or doesn't permit all sorts of things.
24       Q.     On the blockchain is it true that it's
25   always possible to identify the wallet that holds  04:08:07
```

```
                                              Page 220
 1                        Gopnik
 2     the NFT?
 3               MR. SPRIGMAN:  Objection.
 4          A.    I'm not an NFT expert let alone a
 5     blockchain expert.  My understanding is it is    04:08:16
 6     normally but much more difficult than people
 7     think, and there are various ways of defrauding
 8     the system, much more than people realize.  I have
 9     read people saying it's not nearly as secure.
10     It's much harder to find that information than    04:08:30
11     people imply.
12          Q.    It's hard to find the wallet that holds
13     the NFT?
14          A.    I gather there are various -- I'm not
15     an expert at all, but I gather there are ways of   04:08:39
16     camouflaging who owns the wallet, who controls the
17     wallet.  There are -- and access can be more
18     difficult than one expects it to be.  That's my
19     understanding.  Again, I'm not a professional
20     computer scientist.                               04:08:56
21          Q.    Are you familiar with the concept of
22     transformative utility in the context of the NFT
23     market?
24               MR. SPRIGMAN:  Objection.
25          A.    Transformative utility.  I'd have to   04:09:04
```

```
                                              Page 227
 1                       Gopnik
 2        Q.    Did he ever operate a magazine that he
 3   called Campbell's Soup?
 4             MR. SPRIGMAN:  Objection.
 5        A.    Not that I know of.              04:17:00
 6        Q.    You've written a lot of pages about
 7   him.  Did you come across that magazine?
 8        A.    In my research, I did not, I admit.
 9        Q.    Did he have a name for his studio?
10        A.    No.                              04:17:18
11        Q.    Did he operate something called The
12   Factory?
13        A.    No.
14        Q.    In popular cultural is it believed that
15   Andy Warhol operated something called The Factory?  04:17:25
16        A.    That is one of many misconceptions
17   about Andy Warhol's studios, plural.
18        Q.    Did he ever use the term "factory" as
19   part of his operations?
20        A.    He absolute did, yes.           04:17:41
21        Q.    What did The Factory refer to?
22        A.    The Factory referred to one particular
23   space on 47th Street -- well, I'm sorry, I'm
24   wrong.
25             Andy Warhol tended to use the phrase  04:17:52
```

Page 228

```
 1                     Gopnik
 2   "the factory" to refer to a space on 47th Street
 3   at -- between Third and Second Avenue that was
 4   occupied between mid to late January of 1964 and I
 5   believe January 1st of 1968.  I can give you the     04:18:08
 6   measurements of the space if you'd like.
 7             The public uses the phrase "The
 8   Factory" in many ways, including many that are
 9   incorrect.  Andy Warhol actually objected to some
10   uses of the phrase "The Factory" to refer to his    04:18:23
11   studio.
12        Q.    How did Andy Warhol use the space on
13   47th Street that you just described?
14        A.    He used it to make art.  It was his
15   studio, I'm sorry.                                   04:18:35
16        Q.    And did he refer to the studio as The
17   Factory?
18        A.    On some occasions he did.
19        Q.    Did he ever call it Campbell's Soup?
20        A.    Not to my knowledge.                      04:18:47
21        Q.    Andy Warhol had a proposed project
22   called the Andymat; is that correct?
23        A.    That is correct.
24        Q.    What is the Andymat?
25        A.    The Andymat was in theory going to be a   04:19:05
```

Page 244

Gopnik

1

2          There's usually -- it takes a bunch of

3    different people to finally come up with something

4    out there.  I assume there's a technician to mount

5    just in charge of literally mounting them on          04:50:58

6    whatever server they're living on.

7          Q.    In your report you reference that you

8    had seen a number of documents that were -- that

9    have Rothschild Bates stamps.  That all appears on

10   page 3 of your report.                                04:51:13

11         A.    Yes.

12         Q.    A number of those documents you

13   reference -- in fact, I believe most if not all of

14   them -- involve communications with Mr. Rothschild

15   and Mark Design?                                      04:51:22

16         A.    Yes, that's right.

17         Q.    And do you have an understanding of the

18   role of Mark Design in creating the MetaBirkin

19   images associated with MetaBirkin NFTs?

20               MR. SPRIGMAN:  Objection.                 04:51:34

21         A.    Yes, his role in the production of

22   them, I'd say.

23         Q.    And what was his role in production?

24         A.    Well, I'd have to look at them in

25   detail.  He seemed to play several different         04:51:41

```
                                                Page 245
 1                         Gopnik
 2    roles.  He was in a rich, collaborative
 3    relationship.  He was functioning as a high-level
 4    studio assistant.  That's what studio assistants
 5    do.                                    04:51:53
 6        Q.    Is business art recognized as a genre
 7    in the field of art criticism?
 8              MR. SPRIGMAN:  Objection.
 9        A.    Yes, it goes by various different
10    names.  Most genres do.  It's also called commerce  04:52:49
11    by artist.  Some people might call it a branch of
12    relational aesthetics.  But it's well recognized
13    as a movement or component in the history of
14    contemporary art.  There have been exhibitions
15    about it; there are books about it.    04:53:04
16        Q.    Is commerce by artists the same thing
17    as business art?
18        A.     There is no specific definition of
19    business art or of commerce by artists.  There are
20    elaborate -- you know, there are a set of, as it  04:53:15
21    were, Venn diagrams.
22              Different people might have slightly
23    different ways.  That's true of minimalism, pop
24    art.  Name any kind of art you could name, and
25    there would be different ways of thinking about it  04:53:27
```

Page 251

```
                                Gopnik
 1
 2    between Mr. Rothschild and Mark Design.  It's one
 3    of the exchanges that you've identified in your
 4    report.  Is this an exchange you reviewed in
 5    preparing your report?                         05:02:07
 6         A.    I believe so.  It seems extremely
 7    similar to it.  I'm not -- I haven't done a
 8    comparison of the two, but this does look like the
 9    document that I saw.
10         Q.    I'm referring you to an exchange that  05:02:21
11    begins on Rothschild8419 and continues on to the
12    next page.  I'll start with messages from
13    Rothschild to Mark Design.  At the middle of 8419
14    Rothschild says, Let me know what you think about
15    for compensation as well.  Next message:  This   05:02:52
16    could be a huge product -- project.
17              Mark Design replies, Let's go with the
18    percentage after sale as I am too busy to even
19    think about a number.  XD -- I imagine that's an
20    emoji.  All right.  I cleared my schedule for     05:03:19
21    three days.  Let's print some money.
22              Does that statement, "let's print some
23    money," indicate to you in any way whether this is
24    a business art project?
25              MR. SPRIGMAN:  Objection.             05:03:36
```

Page 252

1                        Gopnik

2        A.     No, it tells me nothing one way or the

3    other.

4        Q.     And why is that?

5        A.     Because all artists want to make money    05:03:40

6    off their work, so it could be an incredibly dull

7    painting of a seascape or it could be the most

8    interesting avant-garde video business art

9    project.  The fact someone wants to make money off

10   of it tells me nothing.                              05:03:54

11           MR. FERGUSON:  I have no further

12       questions.

13           MR. SPRIGMAN:  Okay.  Jerry, I just

14       want to note for the record before we leave

15       that the "let's print some money" appears to     05:04:02

16       be a statement from Mark Design to Mason

17       Rothschild.  Did you suggest otherwise?

18           MR. FERGUSON:  Yes.  I thought I made

19       that clear.

20           MR. SPRIGMAN:  No.                            05:04:11

21       Q.     That statement, "let's print some

22   money," was from Mark Design to Mason Rothschild.

23   Does that change your answer?

24       A.     I had thought it was the opposite.

25       Q.     Okay.                                      05:04:19

```
                                                      Page 253

 1                          Gopnik

 2        A.      Let me think if it changes.

 3                Only to say that everyone wants to

 4     print some money.  In this case Mark Design would

 5     like to make some money.  I would also like to      05:04:36

 6     make some money.  I don't think that tells you

 7     anything about much of anything in the case of

 8     anyone doing anything.

 9                MR. SPRIGMAN:  Okay.

10                MR. FERGUSON:  Thank you very much for   05:04:45

11        your time today.

12                THE WITNESS:  Thank you.

13                MR. FERGUSON:  Unless you have any

14        questions, we can go off the record.

15                MR. SPRIGMAN:  I don't believe I do.     05:04:52

16        Let's stop.

17                MR. FERGUSON:  Okay.  Great.

18                MR. SPRIGMAN:  Thanks very much.

19                (Continued on following page.)

20

21

22

23

24

25
```

Page 255

1

2                     C E R T I F I C A T E

3    STATE OF NEW YORK      )

4                          : ss.

5    COUNTY OF NEW YORK     )

6

7            I, LAURIE A. COLLINS, a Registered

8       Professional Reporter and Notary Public

9       within and for the State of New York, do

10      hereby certify:

11           That BLAKE GOPNIK, the witness whose

12      deposition is hereinbefore set forth, was

13      duly sworn by me and that such deposition

14      is a true record of the testimony given by

15      the witness.

16           I further certify that I am not

17      related to any of the parties to this

18      action by blood or marriage and that I am

19      in no way interested in the outcome of this

20      matter.

21           IN WITNESS WHEREOF, I have hereunto

22      set my hand this 27th day of September

23      2022.

24

                                    _Laurie A. Collins_

25                              LAURIE A. COLLINS, RPR