UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MASON ROTHSCHILD,<br><br>Defendant. | No. 22-cv-00384-JSR<br><br>ECF Case<br><br>**DECLARATION OF RHETT O. MILLSAPS II IN FURTHER SUPPORT OF ROTHSCHILD'S MOTION FOR SUMMARY JUDGMENT** |

I, RHETT O. MILSAPS II, hereby declare as follows:

1. I am the managing member of the law firm Lex Lumina PLLC, counsel to Defendant Mason Rothschild in this action. I submit this declaration in further support of Mr. Rothschild's Motion for Summary Judgment. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

2. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition transcript of Kenneth Loo, dated August 10, 2022.

3. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Scott Kominers, dated August 29, 2022.

4. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the deposition transcript of Blake Gopnik, dated September 23, 2022.

5. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the deposition transcript of Nicolas Martin, dated August 30, 2022.

6. I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge.

Dated: October 28, 2022
New York, New York

<u>       /s/ *Rhett O. Millsaps II*       </u>
Rhett O. Millsaps II