# Exhibit No. 13

## [Filed Under Seal]

Case No. 22-cv-00384-JSR

Declaration of Rhett O. Millsaps II In Further Support Of Rothschild's Motion For Summary Judgment