# Exhibit No. 14

Case No. 22-cv-00384-JSR

Declaration of Rhett O. Millsaps II In Further Support Of Rothschild's Motion For Summary Judgment

Scott Duke Kominers, Ph.D.   Confidential
August 29, 2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
HERMES INTERNATIONAL and HERMES OF
PARIS, INC.,

                              PLAINTIFFS,

       -against-            Case No.:
                            22-cv-00384
                               (JSR)
MASON ROTHSCHILD,

                              DEFENDANT.
------------------------------------------X
            DATE: August 29, 2022
            TIME: 8:30 A.M.



            - CONFIDENTIAL -



       REMOTE DEPOSITION of SCOTT DUKE

KOMINERS, Ph.D., taken by the Defendant,

pursuant to a notice and to the Federal

Rules of Civil Procedure, held remotely via

Zoom Videoconference, before Suzanne

Pastor, a Notary Public of the State of New

York.
```

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2

 3   BAKER HOSTETLER
        Attorneys for the Plaintiffs
 4      Key Tower
        127 Public Square, Suite 2000
 5      Cleveland, Ohio 44114
        BY: DEBORAH A. WILCOX, ESQ.
 6      216.861.7864
        dwilcox@bakerlaw.com
 7

 8
     LAW OFFICE OF LEX LUMINA PLLC
 9      Attorneys for the Defendant
        745 Fifth Avenue, Suite 500
10      New York, New York 10151
        BY: RHETT O. MILLSAPS, II, ESQ.
11      646.898.2055
        rhett@lex-lumina.com
12

13

14

15
     ALSO PRESENT:
16
        GAIL WHEELER, ESQ. Hermes Paris
17

18

19

20

21           *         *         *

22

23

24

25
```

1       A.    Yes.

2       Q.    Why did you go to the art

3    museum?

4             MS. WILCOX:  Objection.

5       A.    As with many of these things,

6    there are many different reasons depending

7    on the museum visit.

8       Q.    Have you ever gone to an art

9    museum to look at art?

10      A.    Again -- yes, I've gone to

11   museums to look at the works of the

12   museums.

13      Q.    But you didn't consider those

14   works to be art?

15            MS. WILCOX:  Objection.

16      A.    As I said, I don't have strong

17   personal opinions on what is and is not

18   art.

19      Q.    Would you consider Andy

20   Warhol's Campbell's Soup cans to be art?

21      A.    I know that they are displayed

22   in art museums.

23      Q.    Is that your definition of art,

24   whether something is displayed in an art

25   museum?

1       A.    No.

2       Q.    So art is broader than just

3  things that are displayed in art museums?

4       A.    Again, speaking not

5  specifically to the NFT context, we already

6  talked about the term of art definition.  I

7  apologize to keep repeating that pun.  I

8  don't know what to call it other than a

9  "term of art."

10            Yeah, as I said, I don't have a

11  strong personal definition or expert

12  understanding of what is or is not art.

13      Q.    Earlier, correct me if I'm

14  wrong, you said that art within the NFT

15  context can mean imagery.  Am I correct

16  about that?

17      A.    Yes.  Imagery is one category

18  of what is referenced as art in the NFT

19  market.

20      Q.    How is that different from one

21  of the categories of art just generally in

22  the world?

23            MS. WILCOX:  Objection.

24      A.    Again, so what do you mean by

25  "categories of art generally in the world"?

1  different question.  Do you want me to

2  answer that one?

3       Q.    That's a different question.

4  You can answer that one, please.

5             MS. WILCOX:  Objection to it.

6       A.    So as I said, I'm not an expert

7  in art and how it's defined in the world.

8  But my understanding, as I mentioned

9  earlier, is that it has a definition that's

10 conceptual.  It refers to art as a concept.

11 Whereas here art refers to the asset, the

12 file.  So not the conceptual -- not a

13 specific concept, but rather just an

14 object, irrespective of whether it has a

15 conceptual framing or not.

16      Q.    Is imagery a concept?

17            MS. WILCOX:  Objection.

18      A.    What I'm saying is -- my

19 impression is it's a different concept from

20 what people mean when they say "art" in

21 this context of museums.

22      Q.    You said, correct me if I'm

23 wrong, that art in the world of NFTs can

24 mean imagery.  That imagery is one possible

25 meaning of art.  Is that right?

1      Q.    Other than that, did you
2   communicate with anyone?
3      A.    I guess technically when I turn
4   my phone off airplane mode to order Uber
5   Eats, I saw I received a text message from
6   one of my students.
7      Q.    Did you review any documents
8   during the break?
9      A.    No.  Although right before we
10  started I reread the paragraph that we had
11  been talking about right before we paused.
12     Q.    Going back to that paragraph we
13  were talking about, paragraph 4, I just
14  want to make sure I understand.  So if
15  there is utility associated with what you
16  call digital brand NFTs, am I right that
17  you're not saying that it can't be art in
18  the broader sense as the world understands
19  art?
20     A.    Sorry, what's the "it" in this
21  context?
22     Q.    Media associated with an NFT
23  that you have deemed a digital brand NFT
24  because it also has utility.  Is it
25  possible that that media could be deemed to

1   be art in the broader sense as the world
2   understands art?
3        A.   Yes.
4        Q.   So I want to go to paragraph
5   31.B, which is where you refer to Adam Bomb
6   Squad and their NFT project.
7        A.   Yes.  What page are you on?
8        Q.   It's paragraph 31.B.  I don't
9   have the page number in front of me.
10       A.   I have it.
11       Q.   So here you say, "Fans of the
12  Hundreds, a street rare brand, might choose
13  to acquire the brand Adam Bomb Squad NFT
14  because it confers early access to new
15  product releases, as well as the
16  opportunity to attend events hosted by the
17  brand's founder."  That's what you write
18  here in the report.
19            Is it possible that fans might
20  acquire the Adam Bomb Squad NFTs because
21  they're attracted to the art?
22       A.   You mean the imagery associated
23  to the Adam Bomb Squad NFTs?
24       Q.   Yes.
25       A.   Yes, that is possible.

```
 1           C E R T I F I C A T E

 2
     STATE OF NEW YORK      )
 3                   :   SS.:
     COUNTY OF DELAWARE     )
 4

 5           I, SUZANNE PASTOR, a Notary Public

 6   for and within the State of New York, do

 7   hereby certify:

 8           That the witness whose examination is

 9   hereinbefore set forth was duly sworn and

10   that such examination is a true record of

11   the testimony given by that witness.

12           I further certify that I am not

13   related to any of the parties to this

14   action by blood or by marriage and that I

15   am in no way interested in the outcome of

16   this matter.

17           IN WITNESS WHEREOF, I have hereunto

18   set my hand this day, September 8, 2022.

19

20           _____

21             SUZANNE PASTOR

22

23

24

25
```