# Exhibit No. 15

Case No. 22-cv-00384-JSR

Declaration of Rhett O. Millsaps II In Further Support Of
Rothschild's Motion For Summary Judgment

Page 1

1

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4

5   HERMÈS INTERNATIONAL and    )
    HERMÈS OF PARIS INC.,        )

6                                )

            Plaintiffs,          )

7                                )

            vs.                  )   No.

8                                )   1:22-CV-00384-JSR

    MASON ROTHSCHILD,            )

9                                )

            Defendant.           )

10  ------------------------     )

11

12

13

14

15                   September 23, 2022

16                   9:32 a.m.

17

18        Deposition of BLAKE GOPNIK, held at the

19     offices of Baker & Hostetler LLP, 45

20     Rockefeller Plaza, New York, New York,

21     pursuant to subpoena, before Laurie A.

22     Collins, a Registered Professional Reporter

23     and Notary Public of the State of New York.

24

25

Page 2

```
1

2    A P P E A R A N C E S (NOTE ZOOM PARTICIPANTS):

3

4        BAKER & HOSTETLER LLP

5        Attorneys for Plaintiffs

6             45 Rockefeller Plaza

7             New York, New York 10111

8        BY:   GERALD J. FERGUSON, ESQ.

9                 gferguson@bakerlaw.com

10            FRANCESCA ROGO, ESQ.

11                frogo@bakerlaw.com

12

13       LEX LUMINA PLLC

14       Attorneys for Defendant

15            745 Fifth Avenue, Suite 500

16            New York, New York 10151

17       BY:   CHRISTOPHER J. SPRIGMAN, ESQ.

18                chris@lex-lumina.com

19            RHETT O. MILLSAPS, II, ESQ.

20            (via videoconference)

21                rhett@lex-lumina.com

22

23

24

25
```

Page 95

1                       Gopnik

2          A.    Not for a layman, just as I wouldn't be

3     able to tell a knowledgeable sports reporter from

4     one who isn't knowledgeable.

5          Q.    Are there any objective criteria that     12:07:53

6     can be used to distinguish a knowledgeable art

7     critic from an ignorant art critic?

8          A.    I think if you looked at the course of

9     their career and saw if they were -- held

10    interesting, complex views about art, you'd say,     12:08:08

11    yes, this person is interesting and this other

12    person uses clichés, et cetera, and therefore is

13    not interesting.

14               (Discussion off the record.)

15         Q.    Are you aware of any consensus among      12:08:57

16    art critics that the images in NFTs produced and

17    sold by Mason Rothschild find their natural and

18    obvious home among the artistic experience carried

19    out by modern artists over the last century?

20         A.    There is no consensus among art critics   12:09:15

21    on pretty much any issue.  For instance, I find

22    the Mona Lisa a fairly trivial object, and most

23    art critics would disagree with me.

24         Q.    Referring to page 5, paragraph 11.  The

25    first sentence begins, By the end of the 1960s,      12:10:02

Page 121

1                       Gopnik

2    would surprise me if there was someone who said, I

3    am now going to give you a definition of business

4    art.  That would seem lame within the context of

5    the -- the social context of art history.          01:25:03

6              I should say I'm excluding here the

7    things that I've written where I discuss business

8    art, which I tend to agree with.

9         Q.    Fair enough.

10              Do you agree with the statement that     01:25:24

11   business art is the step that comes after art?

12        A.    No.

13        Q.    You don't agree with that statement?

14        A.    No.

15        Q.    Is that a statement that Andy Warhol     01:25:35

16   made?

17        A.    It is a statement attributed to Andy

18   Warhol.

19        Q.    Okay.

20              And is it your understanding that he     01:25:45

21   didn't in fact make that statement?

22        A.    With Andy Warhol unfortunately it's

23   very hard to tell what he said and what he didn't,

24   because there's usually a -- his art was

25   collaborative in the extreme.  So there's often a   01:25:57

```
                                                  Page 122
 1                    Gopnik

 2    team of people working on any of his projects,

 3    including his literary projects.  His texts are

 4    often meant to mislead and to confuse as well.

 5         Q.    Do you have a belief as to whether Andy  01:26:18

 6    Warhol made the statement that business art is the

 7    step that comes after art?

 8         A.    It is present in texts that bear his

 9    name.

10              I'm sorry if I'm being difficult about   01:26:30

11    this.  But figuring out what Andy Warhol meant or

12    said is complicated.

13         Q.    Understood.

14              Although you've spent as much time what

15    Andy Warhol meant or said as just about anyone out  01:26:43

16    there.

17         A.    That's why it takes so long, because

18    it's complicated.

19         Q.    And in your research have you drawn any

20    conclusions as to whether Andy Warhol made the      01:26:51

21    statement that business art comes after art?

22         A.    My conclusions about that statement was

23    that it was actually component in his business art

24    practice.

25         Q.    And what do you mean that it's a         01:27:11
```

```
                                            Page 126
 1                   Gopnik
 2   business art?
 3        A.    I'm afraid I don't really know what
 4   work means.  That's a very general concept.  But I
 5   would say that -- the question is in what context   01:31:21
 6   is it?  The answer is the same as the previous
 7   one.  When there are clues that tell you that
 8   there's something unusual going on that might be
 9   worthy of being considered in the history -- in
10   terms of the history of art.                        01:31:36
11        Q.    When I asked if working is art, I was
12   referring to a quote that appears in your report
13   on page 9.  It's a quote I believe of your
14   textbook --
15        A.    My book, I'm sorry.                      01:31:49
16        Q.    Sorry, your book, about your -- your
17   biography of Andy Warhol.
18        A.    What page is it on?
19        Q.    It's page 9, it's paragraph 19.
20        A.    Yes.                                     01:32:05
21        Q.    Do you agree with the statement that --
22   from Andy Warhol -- attributed to Andy Warhol that
23   you've quoted here that working is art?
24        A.    No, but I don't think that's in fact
25   what he's claiming.  I agree with the gist of what  01:32:41
```

Page 127

1                     Gopnik

2    his goal is in making this claim, but obviously

3    not all work is art.

4         Q.    Do you agree with his statement that

5    good business is the best start?                 01:32:54

6         A.    No, because I don't think that that is

7    in fact the gist of what he's actually doing, what

8    the work that sentence is doing.  This sentence is

9    a work of art and can only be understood in the

10   context of other works of art.  That's why I can't  01:33:12

11   either agree or disagree with it as a normal

12   statement that someone might make.

13        Q.    What context do you need to understand

14   that the sentence is a work of art?

15        A.    You need to understand the work of Andy  01:33:24

16   Warhol, the work of Marcel Duchamp, the work of

17   other artists working in what I call business art,

18   what is business art at this time in history.

19              There's a set of contexts that make you

20   realize, oh, what Andy Warhol is doing here is not  01:33:37

21   a normal statement about the nature of the world,

22   and everyone knows that Andy -- everyone knew at

23   the time that Andy Warhol made statements that

24   didn't make normal kinds of sense, because Andy

25   Warhol is an artist.                              01:33:49

Page 137

1                          Gopnik

2         Q.    Do you consider Andy Warhol's use of

3    that photograph as appropriation art?

4         A.    That's an interesting question.  No.

5         Q.    If you could look at the second page        01:46:57

6    under the heading of appropriation art.

7         A.    I see that.

8         Q.    Does that refresh your recollection if

9    at one time you thought that this case did involve

10   appropriation art?                                     01:47:12

11        A.    Let me just read the argument I was

12   making at the time.

13        Q.    Okay.  You may.

14        A.    I actually think I'm not arguing about

15   whether this image is appropriation art.  That's       01:47:45

16   not the point of that paragraph.

17        Q.    Okay.  What is the point of the

18   paragraph?

19        A.    The point of the paragraph is if the

20   decision comes out in a certain way in the             01:47:53

21   Goldsmith case then it would imperil appropriation

22   art.

23        Q.    And what do you mean by "imperil

24   appropriation art"?

25        A.    It will prevent artists from producing      01:48:06

Page 138

1                      Gopnik

2   appropriation art because the source could then

3   claim that there's been a copyright infringement.

4        Q.    I want to refer you to the next heading

5   under why not just pay the fee.  And you're quoted  01:49:08

6   as saying, Yeah, don't you just love it when

7   judges decide that they're art critics?  I think

8   I'm going to sue them, you know, for taking over

9   my profession.

10           I'm assuming you were joking about the   01:49:26

11  lawsuit?

12       A.    No, I'm going to absolutely sue them.

13  Yes, I'm sorry, I shouldn't answer facetiously.

14  Yes, I was joking about the lawsuit.

15       Q.    What about the ruling in the Goldsmith  01:49:40

16  case indicated to you that judges were deciding

17  that they're art critics?

18       A.    In the very strange decision from the

19  Second Circuit, they said that only collage art --

20  this is to distill out their argument -- that of   01:50:00

21  all the possible forms of art only collage was

22  significant enough artistic gesture to warrant

23  protection through fair use.

24       Q.    And you disagree with that conclusion?

25       A.    I do.                                   01:50:18

Page 142

1                        Gopnik

2        Q.    What?

3        A.    To the -- oh, I'm sorry, do you mean --

4    you don't mean -- I thought you meant the

5    Goldsmith case.                                01:55:15

6        Q.    I see we were miscommunicating.

7        A.    Yes.

8        Q.    In this case, the Hermès versus

9    Rothschild, do you understand your opinion may be

10   submitted to the judge?                        01:55:26

11       A.    Yes, I do.

12       Q.    And what is your understanding of the

13   purpose of submitting that opinion to the judge?

14       A.    I'm trying to think about what my role

15   is in this.  To convince him of my particular   01:55:42

16   reading of what MetaBirkins are and how they

17   function in society.

18       Q.    I think you said earlier that art

19   critics disagree with one another.

20       A.    They do.                             01:56:02

21       Q.    Can you conceive that there would be

22   another art critic that would have an opinion that

23   the MetaBirkin NFT project is not art?

24             MR. SPRIGMAN:  Objection.

25       A.    Yes, and they would be wrong.        01:56:18

```
                                            Page 234
 1                    Gopnik
 2        A.    Well, he's got many different firms
 3   under his aegis.  One is I believe called Science,
 4   and the others -- he just closed a gallery on the
 5   South Bank, which is a more museum-like space.    04:25:27
 6   But I think Science is his main corporate entity.
 7   If I mention something else in my report, I would
 8   be happy to be reminded.
 9        Q.    Did he also have one called White Cube?
10        A.    No, that is not his gallery.  That is   04:25:40
11   the gallery that represents him.  He doesn't own
12   it or any relationship like that.
13        Q.    Okay.  And in naming his gallery, does
14   he give it the name of another famous gallery
15   owner such as Leo Castelli?                        04:26:02
16             MR. SPRIGMAN:  Objection.
17        A.    I'm sorry, as I just said, he doesn't
18   have a gallery to name.  He's an artist.  He's not
19   a dealer.
20        Q.    Okay.                                   04:26:09
21             In your prior answer you said that
22   Hirst has many firms, one you believe is called
23   Science.  What is the business of Science?
24        A.    I think -- Damien Hirst is a very rich
25   person who employs a great number of lawyers to    04:26:33
```

Page 235

```
1                    Gopnik

2   try to complicated or -- what's the right word? --

3   make his financial situation more interesting.

4            So various different activities he has

5   are held by various firms, some of which I believe  04:26:46

6   can go bankrupt without necessarily affecting his

7   own finances.  So he's -- his practice, especially

8   his business art practice, is disseminated among

9   lots of different firms.

10           I believe Science is in charge of        04:27:00

11  selling different Damien Hirst projects, as part

12  of his business art, among other things.

13       Q.    And for any of his firms, does Damien

14  Hirst adopt the trademark of other companies?

15           MR. SPRIGMAN:  Objection.               04:27:15

16       A.    His firms.  No.  He may have works --

17  he does have works of art that reference other

18  people's trademarks.  But, no, his firms do not.

19  I should say I believe he has works of art that

20  reference other trademarks.                       04:27:33

21           MR. SPRIGMAN:  So it's 4:27.  How long

22      have we've been on the record all together?

23           MR. FERGUSON:  If you want to take a

24      break now, I think I'm pretty close to being

25      done.                                         04:27:58
```

Page 255

2                C E R T I F I C A T E

3    STATE OF NEW YORK      )

4                           : ss.

5    COUNTY OF NEW YORK     )

6

7         I, LAURIE A. COLLINS, a Registered

8    Professional Reporter and Notary Public

9    within and for the State of New York, do

10   hereby certify:

11        That BLAKE GOPNIK, the witness whose

12   deposition is hereinbefore set forth, was

13   duly sworn by me and that such deposition

14   is a true record of the testimony given by

15   the witness.

16        I further certify that I am not

17   related to any of the parties to this

18   action by blood or marriage and that I am

19   in no way interested in the outcome of this

20   matter.

21        IN WITNESS WHEREOF, I have hereunto

22   set my hand this 27th day of September

23   2022.

24

25                    LAURIE A. COLLINS, RPR