# Exhibit No. 16

Case No. 22-cv-00384-JSR

Declaration of Rhett O. Millsaps II In Further Support Of Rothschild's Motion For Summary Judgment

Nicolas Martin
August 30, 2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
HERMÈS INTERNATIONAL AND HERMÈS OF PARIS, INC.,


                              Plaintiff,


                              Index No.:
                              22-CV-00384-JSR


            -against-




MASON ROTHSCHILD,



                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - -x

              REALTIME DEPOSITION

                     OF

                NICOLAS MARTIN

     TAKEN ON:  August 30th, 2022

- - - - - - - -- - - - - - - - - - - - - - - - -x
```

```
 1
 2                        I N D E X
 3    WITNESS              EXAMINATION BY           PAGE
 4    NICOLAS MARTIN       MR. MILLSAPS              13
 5
 6    NICOLAS MARTIN       MR. WARSHAVSKY           209
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    N. MARTIN

2       From what I understand, that is the

3       equivalent of the universe, but in the

4       digital world.  The universe, the

5       metaverse.

6            Q.   And did you discuss with

7       people in your IT department what the

8       metaverse is?

9            A.   I don't understand the

10      question.  I -- I've been discussing

11      with them.  They have a presentation of

12      what it is, but it's -- I'm not an IT

13      expert, so I'm not sure my definition

14      is perfect.

15           Q.   In your understanding is

16      the metaverse a particular place?

17           A.   I don't know a particular

18      place.  What does it mean exactly.

19              TRANSLATOR:  (Translating).

20           A.   I think it could be a

21      particular place in the digital world.

22           Q.   How does Hermès define art?

23              MR. WARSHAVSKY:  Objection.

24      It's beyond the scope of this

25      deposition.

|    |                                              |
|----|----------------------------------------------|
| 1  | N. MARTIN                                    |
| 2  | And again, you can answer it                 |
| 3  | if you would like to, or if you can, I       |
| 4  | should say.                                  |
| 5  | Answer it if you can.                        |
| 6  | THE WITNESS:                                 |
| 7  | A.   Personally, I'm not an                  |
| 8  | IT -- artistic -- expert -- I'm not an       |
| 9  | expert in art, and to my knowledge,          |
| 10 | there's no definition of art,                |
| 11 | otherwise.                                   |
| 12 | MR. MILLSAPS:                                |
| 13 | Q.   Okay.                                   |
| 14 | Does Hermès consider itself                  |
| 15 | to be an artistic company?                   |
| 16 | A.   Here, again, what is                    |
| 17 | artistic company?                            |
| 18 | Q.   What is your personal                   |
| 19 | understanding of the definition of art?      |
| 20 | MR. WARSHAVSKY:  Objection.                  |
| 21 | I think the witness already testify          |
| 22 | testified to this.                           |
| 23 | But you can go ahead and                     |
| 24 | answer.                                      |
| 25 | THE WITNESS:                                 |

```
 1                     N. MARTIN
 2          A.    I'm not an expert what to
 3    define what is art.
 4              MR. MILLSAPS:
 5          Q.    Okay.
 6                Do you own any art?
 7          A.    Sorry?
 8          Q.    Do you personally own any
 9    art?
10          A.    To be an expert -- I -- I
11    don't think so.
12          Q.    Have you ever been to the
13    Louvre?
14          A.    Yes.
15          Q.    And why did you go to the
16    Louvre?
17          A.    Because you can see very
18    nice work.
19          Q.    What kind of work did you
20    see at the Louvre?
21          A.    I could see paintings.  You
22    could see sculptures; you could even
23    see -- if I'm correct, ancient the old
24    pieces from Egypt.  You could see a
25    lot -- a lot of things.
```

```
 1                    C E R T I F I C A T E

 2                I, AMBRIA IANAZZI, a Registered

 3   Professional Reporter, Certified Realtime

 4   Reporter, New York Association Certified Reporter,

 5   New York Realtime Certified Reporter, Certified

 6   Shorthand Reporter and Notary Public in New York

 7   do hereby certify:

 8                That MARTIN NICOLAS whose

 9   examination is hereinbefore set forth, was duly

10   sworn, and that such examination is a true record

11   of the testimony given by MARTIN NICOLAS.

12                I further certify that I am not

13   related to any of the parties to this action by

14   blood or marriage; and that I am in no way

15   interested in the outcome of this matter.

16

17           In  witness  whereof,  I have hereunto set

18   my hand this 6th day of September, 2022.

19

20
                     _____
21
                     AMBRIA IANAZZI, RPR, CRR, CSR
22

23

24

25
```