UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MARTIN ROTHSCHILD, <br><br> Defendant. | 22-cv-384 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

In this trademark action, plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") and defendant Martin Rothschild have each moved for summary judgment. After careful consideration of the briefing and oral argument, the Court hereby denies the parties' motions for summary judgment.

An opinion explaining the reasons for these rulings will issue by January 20, 2023, and the parties are reminded that trial of this case will commence on January 30, 2023. The Clerk is directed to close the motions (items 59 and 60) on the docket.

SO ORDERED.

New York, NY
December 30, 2022

_____
JED S. RAKOFF, U.S.D.J.

1