AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC. ) <br> *Plaintiff* ) <br> v. ) <br> MASON ROTHSCHILD ) <br> *Defendant* ) | Case No.   1:22-cv-00384-JSR |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mason Rothschild                                                                                     .

Date:   01/10/2023

/s Adam Oppenheim
*Attorney's signature*

Adam Oppenheim AO4662
*Printed name and bar number*

Harris St. Laurent & Wechsler LLP
40 Wall St., 53rd Floor
New York, NY 10005

*Address*

aoppenheim@hs-law.com
*E-mail address*

(212) 785-5552
*Telephone number*

(212) 202-6206
*FAX number*