# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC. )<br>*Plaintiff* )<br>v. )<br>MASON ROTHSCHILD )<br>*Defendant* ) | Case No.   1:22-cv-00384-JSR |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mason Rothschild                                                                                                           .

Date:      01/10/2023                                          /s Jonathan Harris
                                                                    *Attorney's signature*

                                                          Jonathan Harris 2350825
                                                          *Printed name and bar number*

                                                          Harris St. Laurent & Wechsler LLP
                                                          40 Wall St., 53rd Floor
                                                          New York, NY 10005

                                                                         *Address*

                                                          jon@hs-law.com
                                                                  *E-mail address*

                                                          (646) 395-3481
                                                              *Telephone number*

                                                          (212) 202-6206
                                                                  *FAX number*