UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MASON ROTHSCHILD,<br><br>　　　　　　Defendant. | Case No.: 1:22-CV-00384 (JSR)<br><br>**NOTICE OF APPEARANCE** |

To:    The Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiffs Hermès International and Hermès of Paris, Inc. All notices given or required to be given in this case and all papers filed in this case should be served upon the undersigned counsel.

Dated: January 13, 2023
　　　　　New York, New York

**BAKER & HOSTETLER LLP**

/s/ *Jason S. Oliver*
Jason S. Oliver
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: 212 589-4200
Fax: 212 589-4201
Email: joliver@bakerlaw.com

*Attorney for Plaintiffs Hermès International and Hermès of Paris, Inc.*