UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | No. 22-cv-00384-JSR <br><br> **NOTICE OF DEFENDANT MASON ROTHSCHILD'S MOTIONS *IN LIMINE*** |

PLEASE TAKE NOTICE that Defendant Mason Rothschild, by and through his undersigned counsel, respectfully moves this Court for an Order pursuant to Rule 9 of this Court's Individual Rules of Practice granting his Motion *in Limine* No. 1 to Exclude Social Media Posts, Motion *in Limine* No. 2 to Exclude the Testimony of Boriana Guimberteau, Motion *in Limine* No. 3 to Exclude Post-Litigation Statement by Mr. Rothschild, and Motion *in Limine* No. 4 to Exclude Certain Communications by Mr. Rothschild. The grounds for these motions are fully set forth in Mason Rothschild's Memorandum of Law in Support of His Motions *In Limine* and exhibits to the Declaration of Rhett O. Millsaps II, served concurrently herewith. Pursuant to the Court's Individual Rules, answering papers are due on or before January 23, 2022

Dated: January 13, 2023

Respectfully Submitted,

/s/ *Rhett O. Millsaps II*
Rhett O. Millsaps II
Rebecca Tushnet
Mark P. McKenna (*pro hac vice*)
Christopher J. Sprigman
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
rhett@lex-lumina.com

Jonathan Harris
Adam Oppenheim
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
jon@hs-law.com
(212) 397-3370

*Attorneys for Defendant Mason Rothschild*

CERTIFICATE OF SERVICE

I hereby certify that, on January 13, 2023, a copy of the foregoing Mason Rothschild's Notice of Motions *in Limine* was served upon Plaintiffs by sending a copy of the same by email to counsel for Plaintiffs, as follows:

Gerald Ferguson (gferguson@bakerlaw.com)
Oren Warshavsky (owarshavsky@bakerlaw.com)
Deborah Wilcox (dwilcox@bakerlaw.com)
Lisa Bollinger Gehman (lgehman@bakerlaw.com)

/s/ *Rhett O. Millsaps II*
Rhett O. Millsaps II