UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | No. 22-cv-00384-JSR <br><br> **DECLARATION OF RHETT O. MILLSAPS II** |

I, RHETT O. MILSAPS II, hereby declare as follows:

1. I am the managing member of the law firm Lex Lumina PLLC, counsel to Defendant Mason Rothschild in this action. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' proposed trial Exhibit 42.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' proposed trial Exhibit 99.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' proposed trial Exhibit 100.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition transcript of Boriana Guimberteau, dated September 14, 2022.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiffs' proposed trial Exhibit 288.

2

7. Attached hereto as Exhibit E is a true and correct copy of Plaintiffs' proposed trial Exhibit 285.

8. I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge.

Dated: January 13, 2023

                                                                            /s/ *Rhett O. Millsaps II*
                                                                             Rhett O. Millsaps II