# Exhibit A

(Plaintiffs' Proposed Ex. 42)

# LIONBRIDGE

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached document with Bates nos. HERMES_0020988–HERMES_0020993.

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 17th day of January, 20 23 .

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

| From: | Sofia BOUDALI |
|---|---|
| Sent: | Wednesday, January 26, 2022 4:12 AM EST |
| To: | YUGO KAWASHIMA; BINOCHE Ambre Elise; DEMANGE Victoria; PARIS Marine (Ext) |
| Subject: | |
| Attachments: | 0-weu-d6-744fad618f09d6882ef7543e8360b79c.png, 0-weu-d9-e7575cb08cb1aa99dc69d72b8b3590d4.png, 0-weu-d5-593844977a9bb0bca686a9da6a3c2eab.png, 0-weu-d1-de201e77abd37419332ce5dea9019172.png |

Hello short summary Metabirkins/NFT

FB, YT & IG DM : RAS

Instagram: 4 comments on the post by lucas zanotto which, as far as I know, have no connection to metabirkin but IP







CONFIDENTIAL                                                                 HERMES_0020988



Twitter

https://twitter.com/luxusplus/status/1485953105594302468

https://twitter.com/web3_commerce/status/1486007504274444291

https://twitter.com/maghanmcd/status/1486112231167250435



HERMES_0020990



The designer @lucas_zanotto inspires us t...

**_inn_vegas_**
@_inn_vegas_                                    Tue, Jan 25, 4:05pm
meta packaging😂

HERMES_0020991



HERMES_0020992



HERMES_0020993

| | |
|---|---|
| **From:** | Sofia BOUDALI |
| **Sent:** | Wednesday, January 26, 2022 4:12 AM EST |
| **To:** | YUGO KAWASHIMA; BINOCHE Ambre Elise; DEMANGE Victoria; PARIS Marine (Ext) |
| **Subject:** | |
| **Attachments:** | 0-weu-d6-744fad618f09d6882ef7543e8360b79c.png, 0-weu-d9-e7575cb08cb1aa99dc69d72b8b3590d4.png, 0-weu-d5-593844977a9bb0bca686a9da6a3c2eab.png, 0-weu-d1-de201e77abd37419332ce5dea9019172.png |

Hello petit récap Metabirkins/NFT

FB, YT & IG DM : RAS

Instagram : 4 commentaires sous le post de lucas zanotto qui, à mon avis, n'ont aucun lien avec metabirkin mais PI









Twitter

https://twitter.com/luxusplus/status/1485953105594302468

https://twitter.com/web3_commerce/status/1486007504274444291

https://twitter.com/maghanmcd/status/1486112231167250435

CONFIDENTIAL



HERMES_0020990



HERMES_0020991



HERMES_0020992



HERMES_0020993