# Exhibit C

(Plaintiffs' Proposed Ex. 100)

# Exhibit 38

## Part 1



# Export E-22425

**Matter/Claim Number: 096801.000091**
**URL: https://twitter.com/MetaBirkins**
**Capture Start: 2022-01-19 19:23:59 (UTC)**
**Operating System: Windows 10 64-bit**
**Browser Engine: Chrome 97.0.4692.71**



© Social Media Information, 2019

HERMES_0009089

← **MetaBirkins**
91 Tweets

Media 8    Likes 8

... ✉ **Follow**

**MetaBirkins**
@MetaBirkins

A digital art project by @masonrothschild living on the Ethereum blockchain. Feat.
@voguebusiness @Forbes, @BoF, @ELLEmagazine, @HYPEBEAST, @highsnobiety.

🔗 rarible.com/metabirkinsnft  📅 Joined November 2021

2 Following    **6,944** Followers

Not followed by anyone you're following.

**Tweets**        Tweets & replies        Media        Likes

📌 Pinned Tweet
**MetaBirkins** @MetaBirkins · Nov 29, 2021                    ...
Three days from mint and we need to give away the last dozen whitelist
spots!

• Follow @MetaBirkins and @MasonRothschild
• Like and Retweet this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin #MintAMetaBirkinHoldAMetaBirkin



💬 974        🔁 1K        ♥ 1.2K        📤        📊

**MetaBirkins** @MetaBirkins · Jan 17                    ...

CAMPBELL SOUP COMPANY

CAMDEN 1, NEW JERSEY

May 19, 1964

Cordially,

*William P. MacFarland*
William P. MacFarland
Product Marketing Manager

💬 8    🔁 23    ♡ 140    📊    ⬆️

**MetaBirkins** @MetaBirkins · Jan 17                    ···
A statement in response to: Hermès International, et al. v. Mason
Rothschild.

Dear Community,

So, Hermès filed a trademark lawsuit against me on Friday —although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermès' complaint. Hermès' claims are groundless and we look forward to defending those claims in court and helping to set a precedent.

I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur covered Birkin bags.

My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell these MetaBirkins bags, just as it gave Andy Warhol the right to make and sell his depicting Campbell's soup cans.

I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.

The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermès' complaint that they don't understand what an NFT is, or what NFTs do.

We have tried to be reasonable. Hermès first sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermès representative. Hermès chose instead to break off negotiations and sue me.

I hope Hermès understands that I won't be intimidated.

💬 15    🔁 55    ♡ 187    📊    ⬆️

## Who to follow

**Paracelsus**
@ParacelsusNFT                                           [ Follow ]
Welcome to Pangea! A #PlayToEarn world strewn apart by four warring
factions of elementals. 🧑‍🚀🔥 MINTING MARCH 1 🧑‍🚀 #ForPangea 🌊💧🔥 💨
Join discord.gg/Paracelsus

**gm onchain**
@gm_onchain                                              [ Follow ]
gm SOLD OUT ↳ http:// gm.graphics zora.co/collections/0x...
opensea.io/collection/gm-...

**arXiv.org**
@arxiv                                                   [ Follow ]
News from arXiv.org, a free distribution service and an open archive for
scholarly articles. For help with arXiv, see arxiv.org/help

Show more

**MetaBirkins** @MetaBirkins · Jan 16                    ···
MetaBirkins 0 just sold for 3 Ether (≈$10,500.00) on @rarible!



HERMES_0009417

♡ 3        ⤴ 24        ♡ 113        ⎙

↻ MetaBirkins Retweeted

**MasonRothschild.eth** @MasonRothschild · Jan 14
MetaBirkins are the key to unlocking all my future projects. Guaranteed whitelists, guaranteed airdrops. Endless value for the people who believe in me and my work. It's all about the journey and I'm just getting started.

♡ 11        ↻ 24        ♡ 91        ⎙

## Topics to follow
Tweets about the Topics you follow show up in your Home timeline

| Viral Tweets | + | × | Euphoria | + | × | Barstool Sports | + |
|---|---|---|---|---|---|---|---|
| Funny Tweets | + | × | Sports | + | × | Gaming | + |
| NFL | + | × | NFL players | + | × | Basketball | + |
| Rap | + | × | NBA | + | × | Video games | + |
| Football | + | × | Actors | + | × | NBA players | + |

More Topics

**MetaBirkins** @MetaBirkins · Jan 14
MetaBirkins 35 just sold for 4 Ether (~$13,500.00) on @rarible!



♡ 6        ↻ 101        ♡ 319        ⎙

**MetaBirkins** @MetaBirkins · Jan 14
MetaBirkins 67 just sold for 3.8 Ether (~$13,000.00) on @rarible!

♡        ↻ 11        ♡ 54        ⎙

HERMES_0009418

**MetaBirkins** @MetaBirkins · Jan 14
MetaBirkins 16 just sold for 3 Ether (≈$10,000.00) on @rarible!



○ 4    ↺ 12    ♡ 57    ⬆    IMGL5

MetaBirkins Retweeted
**Metaplug** @metaplug · Jan 13
✅ Copped a @MetaBirkins

🧊 Loved by celebrities and cease & desist-ed by Hermes, it's both a visual and performance art piece
🧊 The founder @MasonRothschild has a proven track record in the fashion space and a strong network

Apparently this one is @takashipom inspired!

○ 4    ↺ 10    ♡ 41    ⬆    IMGL5

**MetaBirkins** @MetaBirkins · Jan 11
MetaBirkins 83 just sold for 3.8 Ether (≈$13,000.00) on @rarible!

HERMES_0009419



5    16    73    IMG:

**MetaBirkins** @MetaBirkins · Jan 10
MetaBirkins is LIVE on @LooksRareNFT, the community-first marketplace that actively rewards traders, collectors and creators. Buy and sell your MetaBirkin today or HODL for your free @ILYYWNFT mint!

# Trade NFTS,
# Get Rewards.

LOOKSRARE

looksrare.org
LooksRare
LooksRare is a next generation NFT market. Buy NFTs, sell NFTs... or just HODL. Collectors, traders, and creators alike earn passive incom...

8    23

**MetaBirkins** @MetaBirkins · Jan 8
I Like You, You're Weird

I Like You, You're Weird

9    41    187    IMG:

**MetaBirkins** @MetaBirkins · Jan 4
Thank you for telling this story @HYPEBEAST ⚡

HYPEBEAST ✔ @HYPEBEAST · Jan 3
Hermès Allegedly Sends Cease and Desist to MetaBirkins NFT Creator
hypebeast.com/2022/1/mason-r...

3    12    36

**MetaBirkins** @MetaBirkins · Jan 1
❤️❤️❤️

Damngraham.eth @damngrahamm · Jan 1
I collected one fashion NFT that changed my entire year financially. Whether it's music, fashion, photography, etc, ur NFT project could positively impact someones life if you just create it. Ty @MasonRothschild @MetaBirkins 🙏

6    14

MetaBirkins Retweeted
**Zolzaya** @Zolzaya1997 · Jan 1
One of the best NFTs out there. The discord community is one of the best out there. Lot's of freedom, pictionary, art, music, food, and friends to make along the way!

**MetaBirkins** @MetaBirkins · Jan 1
MetaBirkins: Collection One

Now available on @rarible 🚀 🟡

HERMES_0009420

rarible.com/metabirkinsnft



2      ⟲ 2      ♡ 12

**MetaBirkins** @MetaBirkins · Jan 1                                      •••
MetaBirkins: Collection One

Now available on @rarible 🚀 🟡

rarible.com/metabirkinsnft

⟳ 20     ⟲ 83     ♡ 93

**MetaBirkins** @MetaBirkins · Jan 1                                      •••
Ice Age.

HERMES_0009421



8 · 23 · 95 · IMG

**MetaBirkins** @MetaBirkins · Dec 31, 2021
c/o Sage Willows

5 · 13 · 72 · IMG

**MetaBirkins** @MetaBirkins · Dec 29, 2021
Slatt

10 · 39 · 222 · IMG

**MetaBirkins** @MetaBirkins · Dec 22, 2021
An open letter to Hermès, OpenSea and Community.

Dear Hermès,

So, I got your cease & desist letter. While I am sorry if you were insulted by my art, as an artist, I will not apologize for creating it.

Now, as you are aware, the First Amendment gives me every right to create art based on my interpretations of the world around me. There are countless examples of artists who reference the world and the products and cultural artifacts in it. With that understanding, MetaBirkins is a playful abstraction of an existing fashion-culture landmark. I re-interpreted the form, materiality and name of a known cultural touchpoint. MetaBirkins are also a commentary on fashion's history of animal cruelty, and its current embrace of fur-free initiatives and alternative textiles. My aim is always to create additive art projects that contribute positively to the culture.

When it comes to art, selling my MetaBirkins as NFTs is akin to selling them as physical art prints. It should not be my job to educate you on advancements in the world and the culture of art. Art is art.

There is a moving tide of innovation and evolution, and it is your role as a fashion powerhouse to amplify young creatives and artists rather than stomp them out. Your actions can help determine the future of art in the Metaverse.

You can be a part of an incredible movement.

I'm disappointed to see that MetaBirkins has been removed from your platform before any legal action was taken, and without due process. To have removed us with no warning or consideration is disheartening, to say the least.

You were formed as an innovative hub for artists and collectors alike. The growth of your business relies on the support of the art community. You should stand by the artists who support you.

It's not too late to steer in the right direction.

To say that I have been overwhelmed by your support from day one would be an understatement. Thank you for believing in my work and for choosing to be a part of this journey.

We've quickly reached a pivotal moment of transition in the space of art and NFTs. There are two possible choices here.

The first is that I back down in the face of Hermès' threats, and bring MetaBirkins to an end. The second, which I'm inclined to follow, is that I stand my ground.

As a large corporate entity, Hermès vastly eclipses my resources, but they can't be allowed to abuse their power.

So, where to from here? That question is not just for me, or for you, the community of NFT creators and patrons. It's for the platforms and corporations that aim to be power players in new and evolving spaces.

I am open to exploring all options with Hermès. I also want to ensure that when the art community builds and fosters a relationship with a platform, such as

Hermès and OpenSea

20 · 63 · 198 · IMG

**MetaBirkins** @MetaBirkins · Dec 15, 2021
The #MetaBirkins Discord Server is now open to new members — pausing registration at 24,000 members.

discord.gg/metabirkins

2 · 19 · 78 · IMG

MetaBirkins Retweeted
**The Business of Fashion** @BoF · Dec 15, 2021
Neither by Hermès nor real handbags, the luxury NFTs highlight both profit-

making potential and intellectual-property issues as money pours into the fast-growing virtual fashion market.



businessoffashion.com
**What 'MetaBirkins' Say About Virtual Fashion**
Neither by Hermès nor real handbags, the luxury NFTs highlight both profit-making potential and intellectual-property issues as money pou...

♡ 1          ⟲ 56          ♡ 100          ⤒

**MetaBirkins** @MetaBirkins · Dec 14, 2021          ···
gm 🟡 @RonnieFieg

♡ 5          ⟲ 5          ♡ 29          ⤒

**MetaBirkins** @MetaBirkins · Dec 11, 2021          ···
A gift for all first collection holders. Airdropping 🪂 soon. Thank you for everything. #MetaBirkins

♡ 15          ⟲ 27          ♡ 179          ⤒

**MetaBirkins** @MetaBirkins · Dec 11, 2021          ···
gm 🟡 @RTFKTstudios

♡ 61          ⟲ 197          ♡ 160          ⤒

**MetaBirkins** @MetaBirkins · Dec 9, 2021          ···
Another day, another milestone. Thank you everyone. #MetaBirkins

HERMES_0009423

15       22       126       IMG

**MetaBirkins** Retweeted

**tardy** 🅿️, @earth_dave · Dec 8, 2021
meta birkins the best NFT out it's not up for debate

7        21       91

**MetaBirkins** @MetaBirkins · Dec 7, 2021
MetaBirkins going to Pluto!



FUTURE/FREEBANDZ 🔵 @1future · Dec 7, 2021
GM WORLD

68       118      244

**MetaBirkins** @MetaBirkins · Dec 6, 2021
Spicy 🌶️

splashy.eth @LordxSplashy · Dec 6, 2021
Someone's building a spicy collection @MetaBirkins 4 in the last 2
hours.

5        5        47

**MetaBirkins** @MetaBirkins · Dec 6, 2021
Do as @LanaRhoades does:
• Change your Profile Photo to your favorite #MetaBirkin
• Follow @metabirkins and @masonrothschild
• Like and Share this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin #MintAMetaBirkinHoldAMetaBirkin

HERMES_0009424

# Exhibit 38

## Part 2



**MetaBirkins** @MetaBirkins · Dec 6, 2021
MetaBirkins on @YahooFinance! I can't thank the community enough — we're going to the moon 🚀🧡

○ 10       ⇄ 29       ♡ 67       □       MP4G

**MetaBirkins** @MetaBirkins · Dec 4, 2021
It's only my third day out here.. #MetaBirkins

○ 10       ⇄ 18       ♡ 92       □       IMG G

**MetaBirkins** @MetaBirkins · Dec 4, 2021
Just sold for 9.9 ETH ($39,600.00) — moving closer to 150 ETH ($600,000) volume traded in just 48 hours. #MetaBirkins

HERMES_0009425



16    102    258    IMG)

**MetaBirkins** @MetaBirkins · Dec 3, 2021
REVEAL IS UP!
opensea.io/collection/met...

10    23    84

**MetaBirkins** @MetaBirkins · Dec 3, 2021

**MasonRothschild.eth** @MasonRothschild · Dec 3, 2021
#41 on @opensea, 82.15 ETH in volume in 7-hours. Insanity.

| 39 | MeeEitz | 696.36 |
| 40 | DeadFellaz | 329.08 |
| 41 | MetaBirkins | 82.15 |
| 42 | JRNY CLUB OFFICIAL | 645.36 |

0    9    48

**MetaBirkins** @MetaBirkins · Dec 3, 2021
Reveal tomorrow morning. We are awaiting the final nine wallets to mint.

9    4    78

**MetaBirkins** @MetaBirkins · Dec 3, 2021
Seven wallets"

17    1    30

**MetaBirkins** @MetaBirkins · Dec 2, 2021
WE'RE LIVE! #MetaBirkins
opensea.io/collection/met...

14    20    85

**MetaBirkins** @MetaBirkins · Dec 2, 2021
· · · · · ·

**madison beer** @madisonbeer · Dec 2, 2021
Replying to @MetaBirkins
ooooo . gm  want one

30    3    45

**MetaBirkins** @MetaBirkins · Dec 2, 2021

HERMES_0009426

gm 🟡 @madisonbeer

#MetaBirkins



💬 15   🔁 37   ♡ 220   ⬆️   IMG

**MetaBirkins** @MetaBirkins · Dec 2, 2021

It's mint day. #MetaBirkins

💬 18   🔁 29   ♡ 138   ⬆️

🔁 MetaBirkins Retweeted

**MasonRothschild.eth** @MasonRothschild · Dec 1, 2021   •••

More and more fake #MetaBirkins are being sold every hour. The official
#MetaBirkins collection has not been been minted. It will not appear on any
marketplaces until we give the green light tomorrow. Share this to prevent
future scams. @opensea

💬 11   🔁 46   ♡ 75   ⬆️   IMG

**MetaBirkins** @MetaBirkins · Nov 30, 2021
• • • • •   •••

LA LA ☑️ @lala · Nov 30, 2021
So into these @MetaBirkins LOVE THEM @MasonRothschild 💗💗💗

**MetaBirkins** @MetaBirkins · Nov 30, 2021
• • • • •

HERMES_0009427

HERMES_0009428

← **MetaBirkins**
91 Tweets

Media 8   Likes 8   **Follow**

♡ 15   ⟳ 37   ♡ 220   ⬆   IMG1

**MetaBirkins** @MetaBirkins · Dec 2, 2021
It's mint day. #MetaBirkins

♡ 18   ⟳ 29   ♡ 138   ⬆

⟳ MetaBirkins Retweeted
**MasonRothschild.eth** @MasonRothschild · Dec 1, 2021
More and more fake @MetaBirkins are being sold every hour. The official #MetaBirkins collection has not been been minted. It will not appear on any marketplaces untill we give the green light tomorrow. Share this to prevent future scams. @opensea

♡ 11   ⟳ 46   ♡ 75   ⬆   IMG1

**MetaBirkins** @MetaBirkins · Nov 30, 2021



**LA LA** 🔵 @lala · Nov 30, 2021
So into these @MetaBirkins LOVE THEM @MasonRothschild 💋💋💋

♡ 12   ⟳ 19   ♡ 93   ⬆

**MetaBirkins** @MetaBirkins · Nov 29, 2021
gm 🌞 Starshine, the Earth 🌍 says "Hello!"
#MetaBirkins

♡ 29   ⟳ 95   ♡ 302   ⬆   IMG1

HERMES_0009429

**MetaBirkins** @MetaBirkins · Nov 28, 2021 · · ·
gm 🟡 @Banks

mint a MetaBirkin, hold a MetaBirkin



IMG1

💬 115    🔁 167    ♡ 352    ⬆️

**MetaBirkins** @MetaBirkins · Nov 28, 2021 · · ·
Thank you for the follow @LanaRhoades! 

💬 2    🔁 6    ♡ 46    ⬆️

**MetaBirkins** @MetaBirkins · Nov 28, 2021 · · ·
gm 🟡 @DavidDobrik

hold this

💬 27    🔁 28    ♡ 152    ⬆️    IMG2

**MetaBirkins** @MetaBirkins · Nov 28, 2021 · · ·
Rest in peace Virgil Abloh. A lot of us kids wouldn't be doing what we're
doing without Virgil breaking walls.

💬 10    🔁 21    ♡ 149    ⬆️

**MetaBirkins** @MetaBirkins · Nov 28, 2021 · · ·
gm 🟡 @CozomoMedici

HERMES_0009430



💬 55   🔁 73   ♡ 277   ⬆   IMG2

**MetaBirkins** @MetaBirkins · Nov 28, 2021   ···
gm 🟡

💬 20   🔁 7   ♡ 70   ⬆

**MetaBirkins** @MetaBirkins · Nov 27, 2021   ···
A little something to get our new followers hype.

💬 17   🔁 70   ♡ 252   ⬆   IMG2

**MetaBirkins** @MetaBirkins · Nov 27, 2021   ···
Moo.

💬 10   🔁 15   ♡ 149   ⬆   IMG2

🔁 **MetaBirkins Retweeted**
**MetaBirkins** @MetaBirkins · Nov 26, 2021   ···
We're less than a week from mint and we need to give away the last whitelist spots!

- Follow @MetaBirkins and @MasonRothschild
- Like and Retweet this post
- Tag two friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin

HERMES_0009431



**MetaBirkins** @MetaBirkins · Nov 26, 2021    ···
Congratulations @manualchef! Your whitelist spot has been secured!

● **sandrok.eth** @ccapitalgains · Nov 26, 2021
Replying to @MetaBirkins and @MasonRothschild
@azelphius @adding2cart

💬 4        ↻ 3        ♡ 23        ⬆️

**MetaBirkins Retweeted**
**MasonRothschild.eth** @MasonRothschild · Nov 26, 2021    ···
@garyvee you need a @MetaBirkins

💬        ↻ 13        ♡ 59        ⬆️        IMG1

**MetaBirkins** @MetaBirkins · Nov 26, 2021    ···
We're less than a week from mint and we need to give away the last
whitelist spots!

- Follow @MetaBirkins and @MasonRothschild
- Like and Retweet this post
- Tag two friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin

💬 734        ↻ 817        ♡ 1K        ⬆️        IMG1

**MetaBirkins Retweeted**
**MasonRothschild.eth** @MasonRothschild · Nov 24, 2021    ···

HERMES_0009432



**MetaBirkins** @MetaBirkins · Nov 25, 2021                    · · ·
❤️❤️🧡

> 🔵 **NFT-A-PORTER** @NFT_a_Porter · Nov 25, 2021
> I love love these 💕❤️🔥 @MetaBirkins @MasonRothschild
> #NotYourMotherBirkin #MetaBirkins

🔁 3          ♡ 18          ⬆️

**MetaBirkins** @MetaBirkins · Nov 25, 2021                    · · ·
One of four Nünchi x #MetaBirkins. Zoom into the lock!

♡          🔁 15          ♡ 50          ⬆️          IMG2

🔁 **MetaBirkins** Retweeted
**Badsushi** @reallybadsushil · Nov 25, 2021              · · ·
You know what comes after the avatar/pfp frenzy?

Metaverse fashion.
Dressing those metaverse avatars.
Digital outfits and accessories.

HERMES_0009435

Digital coins and accessories.
Big brands are already experimenting with NFTs

Be early. @MetaBirkins

Whitelisting now on discord
discord.gg/PQ7TkgcU

Minting soon.

| | discord.com<br>Discord – A New Way to Chat with Friends & Com...<br>Discord is the easiest way to communicate over<br>voice, video, and text. Chat, hang out, and stay ... |
|---|---|

○ 3          ↻ 3          ♡ 22          ⬆

**MetaBirkins** @MetaBirkins · Nov 25, 2021                    ···
Goya, Dalí & da Vinci #MetaBirkins



○ 2          ↻ 14          ♡ 51          ⬆          IMG£

↻ **MetaBirkins** Retweeted
**ENRYU** @enryuuuu7 · Nov 24, 2021                    ···
Replying to @MetaBirkins
Starry nights is MINE

○          ↻ 1          ♡ 7          ⬆

**MetaBirkins** @MetaBirkins · Nov 24, 2021                    ···

🌑 **filx** @soullesswave_ · Nov 24, 2021
#NotYourMotherBirkin #MetaBirkins @MetaBirkins @MasonRothschild

○ 1          ↻ 2          ♡ 12          ⬆

↻ **MetaBirkins** Retweeted
**Jordan Glenn** @football__steve · Nov 24, 2021                    ···
Hi Totoro :)

@MasonRothschild @MetaBirkins  #NotYourMotherBirkin #MetaBirkins

HERMES_0009436

**JpegsForYourMom** @Paperhandsss · Jan 11
Replying to @MetaBirkins and @rarible
13k a lot for a rugststststststst

⚪ 1    ⇄    ♡    ↥

**spenduehh.eth**🐢 @spenduehh · Jan 12
😂 you clearly dont know what a rug is. Gg's though

⚪ 1    ⇄    ♡    ↥

**JpegsForYourMom** @Paperhandsss · Jan 12
🍪🍪🍪

⚪    ⇄    ♡    ↥

**Zolzaya** @Zolzaya1997 · Jan 11
Replying to @MetaBirkins and @rarible
Very cool! My friend @amka017 and I were just talking about it.

⚪ 1    ⇄    ♡    ↥

**Amarsanaa Gansukh** @amka017 · Jan 11
Weow you meant this one! Cool 🔥 🔥

⚪    ⇄    ♡ 1    ↥

## More Replies

**Fonzie** @FonzieFOMO · Jan 15
Replying to @MetaBirkins and @rarible
I want one 👀

#MetaBirkin #Meta #Birkin #Hermes (but without the lawsuit 😂)

⚪    ⇄    ♡    ↥

**richman** @Louis_Garan · Jan 12
Replying to @MetaBirkins and @rarible
Hi! I'm an artist from PH🇵🇭 Let's support each others #rarible
Here's mine!

| 📑 | rarible.com<br>SCREAM<br>Release the beast inside you! Scream it all! |
|---|---|

⚪    ⇄    ♡    ↥

# Exhibit 38

**Part 3**

← Tweet

**MetaBikes**
@MetaBikes

WE'RE LIVE! #MetaBikinis

opensea.to/collection/met...

5:17 PM · Dec 2, 2021 · Twitter for iPhone

**14** Retweets   **8** Quote Tweets   **85** Likes

Tweet your reply

**cro😎** @RoadTIM · Dec 2, 2021
Replying to @MetaBikins
Yesss 🚀🚀

**Zohaib** @zzzzzaaaab · Dec 2, 2021
Replying to @MetaBikins
How do I buy the Tiffany one on OpenSea I'm so confused

**JpegForYouMom** @Paperhandsss · Dec 2, 2021
Replying to @MetaBikins
Make a more mask wallet. Buy ETH, send to more mask, bridge your ETH to poly. Buy asap

**LXM** @harodipe · Dec 2, 2021
Replying to @MetaBikins
😍

**Dany** @clloxyeth · Dec 2, 2021
Replying to @MetaBikins
kkkkkkscamNFT #Metabikinis scam#crypto

**The Virgin Outlaw** @MisterH07393055 · Dec 2, 2021
Dopppe

**Reymey-eth** @Reymey · Dec 2, 2021
Replying to @MetaBikins
wen 💰💰

**Camilice** @eleh.reml · Dec 2, 2021
Replying to @MetaBikins
Can't wait 🔥🔥

**Meedith** @crginmeedith · Dec 2, 2021
Replying to @MetaBikins
Excited for the reveal 👀

**JpegForYouMom** @Paperhandsss · Dec 2, 2021
Replying to @MetaBikins
Wen we hit the 100 Wl hit the lottery

**katherine** @katherin7924420 · Dec 2, 2021
Replying to @MetaBikins
I want this one! 💙💙 shirletn please!!

**Elidian Hernandez 👑** @XXX600886 · Dec 2, 2021
Replying to @MetaBikins
but are these even official Bikinis @Dorsey_Paris

**More Replies**

**fdty.eth** @blackfday · Dec 14, 2021
Replying to @MetaBikins
wen

← Tweet

**MetaBirkins**
@MetaBirkins

**gm** 🟡 @Banks

mint a MetaBirkin, hold a MetaBirkin



6:00 PM · Nov 26, 2021 · Twitter for iPhone · Web3

**136** Retweets   **31** Quote Tweets   **902** Likes

---

Tweet your reply                                     Reply

**therabbitifia** @therabbitifia · Nov 26, 2021
Replying to @MetaBirkins and @Banks
Whitelist me money ready will buy two

**Darty** @Dartysjw · Nov 26, 2021
Replying to @MetaBirkins and @Banks
Yo @banks what's call!! Ever wanted to own a new without owning a new?? this project has so much potential and now being endorsed by your best friends ex @MetaBirkins

**Will_Neo108** · Nov 26, 2021
This the one right here @Banks ++++++

▶

**Riley** @Rrriss · Nov 26, 2021
Replying to @MetaBirkins and @Banks
first

HERMES_000932

### Zibu_eth @ZibuNFT · Nov 28, 2021

Zibu_eth @ZibuNFT · Nov 28, 2021
SHILLED!!

Golfini 🏴‍☠️ @G_Price_ · Nov 28, 2021
Replying to @MetaMitrino and @Blocks

Inaris @mar14438 · Nov 28, 2021
Replying to @MetaMitrino and @Blocks
Get me on the whitelist plz

Wasted @_tyshon · Nov 28, 2021
Replying to @MetaMitrino and @Blocks

henry 🔴 @Sigglevous · Nov 28, 2021
Replying to @MetaMitrino and @Blocks

Tschim.eth @Tschim_eth · Nov 28, 2021
@Mira0011TS you dont wanna miss this

J_ej.Nov28 · Nov 28, 2021
Replying to @MetaMitrino and @Blocks
@Blocks crazy addition to the sick looking NFT ✔✔

Captain Death @mightyfturl · Nov 28, 2021
Replying to @MetaMitrino and @Blocks
New project that will get women including my wife into NFTs

jimmy @Techcone · Nov 28, 2021
Replying to @MetaMitrino and @Blocks
@cryptofunny61 @addicorg MNFT manifesting live m

g.r.a.c.e @generionak · Nov 28, 2021
Replying to @MetaMitrino and @Blocks
absolutely stunning

Josh Arguello @Josharguello · Nov 28, 2021
@Josh Arguello @Josharguello @MetaWorld please add this to the @MetaMitrino collection for me to mint #Virtutal

Share this thread



**James Sales** @Curly1c · Nov 28, 2021
Need this one so bad

**jaaz** @jaaz1231 · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
This nft project gonna change the game. It's gonna be huge. Hope I get a chance to get involved in this before its to late crazy project

**Wolf of all streets** @Hypevbhistory · Nov 28, 2021
Get involved in this before its to late crazy project



**🦍** @boredbyc · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
I heard metalshhhhs are made from rare bored ape fur, must be true

**Jesselamia** @iamleloxxoff · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
Let's get in the metaverse with the Metalbison 🏀 🔥

**LEAN** @bearobbiesez · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
🔥

**Zeke XO** @ZekeOChan · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
Fire aff!!!

**coolblil** @coolthhipnola · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
🔥🔥🔥

**HeyThankeman** @HeyThankeman_ · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
I hope it for you

**Darwin Gonzalez** @Lionroh04 · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
If hold it for you

**Zeke XO** @ZekeOChan · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
Metalshhhhs dope ass piece!

**jrf** @queenlgjrf · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko
😂

**mani** @daysm82 · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko

**Fusalon** @Fusalon1 · Nov 28, 2021
Replying to @MetalShhhhh and @Blocko

HEMES_000023

Like 1011.1k

**Kacey Hunter** @kaaaacceee · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
Here at 3 likes

**AK.DESIGN** @A.K.DESIGN... · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
HELL YEAH

**mat100** @mat0figehghgha9 · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
Lfb he said.... let everyone win, I love it

**tradinginc** @tradinginc · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
We all want to win this don't miss out @bionicl

**Pedro** @pzdnfhnnz · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
Baddest bags on the blockchain by a mile! GMI

**poofboy** @poofb00000OO0 · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
Sheeeesh 🔥🔥🔥

**techno** @technooooo · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
need 🇧🇩

**ElCrypto** @ElCrypto01 · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
Gm I wait for these

**xzntl** @Xzntl_Sware · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
Wrote the meee 👏👏👏

**Jacob** @banciloy · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
@bionic you know this project fits your lavish life. Buy a meta birkin to flaunt in the metaverse 🔥🔥

**JaLone** @JaaLonee · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
@bionic a birkin for banks and the bank

**Rise** @goldlegyy0 · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
Finally an NFT my wife can get on board with! Would LOVE to get her this Birken for Christmas!

**Imm Kavallas** @Kkavallasimms · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
THIS PROJECT IS CRAZYYYYY SIKE ME BABYYYYY

**Maddy Walters** @maddywwalters · Nov 28, 2021
Replying to @MetaWinInc and @Bionic
crypto girls up #metawinInc

**nabil** @nabilfnoh · Nov 28, 2021

Replying to @Metadlinkinc
CRAZY

**lleb** @swizwseeb · Nov 28, 2021
Replying to @Metadlinkinc
Let's go!

**Megan broom** @MeganBroom3 · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
@Metadlinkinc can I get a whitelist pleease 🤲🤲🤲

**Thu Phan** @thphn11 · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
Can't buy one in real life so I'm hoping to get on this before it 🚀🚀

**Thu Phan** @thphn11 · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
Would love to get on the whitelist 🙏

**khris** @Khrisophhhhh · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
#LouisVuitton

**baylelgh** @pinklecycell01 · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
this is gonna change the game! @Pinklngd0

**DesBriian** @Thisismynftb3 · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
@Metadlinkinc pleek it lust you won't regret ↑↑↑

**Inblohtbo** @applepoint3 · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks



**nahll** @nhalhhlush · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
Beautiful!

**xtra do**🌊🏀🌀🏈⚡️💰⚡️🔥🏀 @xtra_nft · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
GM

**wwrp** @Ofhuywwwy · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks
forever these shiiii

**liz90** @NFTlix21 · Nov 28, 2021
Replying to @Metadlinkinc and @Blonks

HERMES_000007

this project is about to 🚀🚀🚀

**cryptsao** @ccnnmgurxl002 · Nov 28, 2021
Replying to @MetaMimimi and @Banks
@Banks 🔥🔥🔥 $$$mas

♡  ⟲  ♡

**e** @frusong · Nov 28, 2021
Replying to @MetaMimimi and @Banks
i need this please whitelist me

♡  ⟲  ♡ 5

**An Thai** @AnThan1 · Nov 28, 2021
Replying to @MetaMimimi and @Banks
Good ,,

♡  ⟲  ♡

**Schrodinger's Cat.eth** @SchroOdingAsdsc · Nov 28, 2021
Replying to @MetaMimimi and @Banks



♡  ⟲  ♡ 1  ♡  ₁₀

**sion.eth** @NFTbotey · Nov 28, 2021
Replying to @MetaMimimi and @Banks
Would love to hold that bag 👜 @MetaOzkn

♡  ⟲  ♡

**Jeza Pemboneh Rayanzi** @soinsng_armut_ · Nov 28, 2021
Replying to @MetaMimimi and @Banks
No animals harmed in the making!

♡  ⟲  ♡ 1

**eethmix** @SeaBruieno · Nov 28, 2021
Replying to @MetaMimimi and @Banks
GM @Banks 🤝

♡  ⟲  ♡

**Illi Mate** @only_yaso · Nov 28, 2021
Replying to @MetaMimimi and @Banks

♡  ⟲  ♡

**Robinsoluma** @bbragiwol123 · Nov 28, 2021
Replying to @MetaMimimi and @Banks
Awesome concept and exciting project that is definitely pivotal in the future of NFTs. As we're launching our own token and avoid the risks and hassle of a physical item is gonna be revolutionary!
0aaCF839bOC692580O1B8028ai8a7872faef4627bO

♡  ⟲  ♡

HDRES_00503

# Tweet

Would love to hold that bag 🙏 @MetaBirkin

**Jaxa Pembroloh Bayralan** @boxing_zanout_ · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
No animals harmed in the making

**onOmis** @Howthronto · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Clean!

**Eli Maiz** @only_yaso · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
GM @Birkins

**Riskinunbra** @Kingston123 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Awesome concept and exciting project that is definitely pivotal to the future
of NFTs. To be able to store value in a digital item and avoid the risks and
hassles of a physical item is gonna be revolutionary!
0sqCF8598CHd458BKQ11BKO11kuifeF87Z7suH4k579O

**Idedfo** @IdedfoActually · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
I need the white list please

**K Willis** @SugarOhl · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
This is dope, would have nicer, hold and cherise_

**Al Al 101** @AAI1010 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
@MetaBirkins big fan of your work, art de qualité 🟢🟢 💥💥 🟢🟢 🟢🟢
🟢🟢
Really hoping to get a spot on the WL 🟥🟥🟥🟥🟥🟥
🟥

**MoonBoy** @smooth_b47 · Nov 28, 2021
Replying to @MetaBirkins @MetaBirkins and @Birkins
How do we know if we're on the whitelist?

**cryptoes** @tommaguno2009 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
@MetaBirkinThios got that birkin bagg? 👜

**crypton** @tommaguno2002 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Cant wait to mint a and gift to my girl 👜👜

**Alison Sanches** @allonison_ · Nov 28, 2021
Replying to @MetaBirkins and @Birkins

**ZephNft** @ZephNft · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
artbot this post everywhere I could

**abzz710** @abzz710 · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
Bullish on these artist! Super dope concept I think @Birkins would
appreciate seeing something from the fashion world hit web3 in such a big
way!

**swirque** @swirque · Nov 28, 2021
Replying to @MetaBirkins and @Birkins
No animals harmed in the making!

HERMES_0006528

**bolabolatati** @princessval
Replying to @MetaEthicra and @Banske
@MetaJax game gm

**Hendri Mardiansyah** @hendriardiasyah · Nov 28, 2021
Replying to @MetaEthicra and @Banske
Nice project, different ways to get valuable NFT? @Banske

**Cannon2021** @Harcan_20021 · Nov 28, 2021
Replying to @MetaEthicra and @Banske
this is going to be the dopest project!

**Crypto Maniac™** @AKmariacentral2xx · Nov 28, 2021
Replying to @MetaEthicra and @Banske
I want to be Whitn for the wWev! Please whitelist me sir. #WASM #Metadicra

**Mnlow** @keenbter69 · Nov 28, 2021
Replying to @MetaEthicra and @Banske
Up. @metaonlineod @pinricianot

**The Crypto Rap God** @NotchoveMF · Nov 28, 2021
Replying to @MetaEthicra and @Banske
@Banske you need on for sure! These are the future!

**nramd2** @nramd21 · Nov 28, 2021
Hello GM

**The Crypto Rap God** @NotchoveMF · Nov 28, 2021
Replying to @MetaEthicra and @Banske
This one is too cool! @MetaEthicra

**Legendary Khin** @Legendary_Khin · Nov 28, 2021
Replying to @MetaEthicra and @Banske
Need to get whitelisted! These tags are to die for 😍

**The Crypto Rap God** @NotchoveMF · Nov 28, 2021
Replying to @MetaEthicra and @Banske
EVERYBODY JUST WAIT AND WATCH THE @METAMINROS BE THE BIGGEST ASSET IN THE METAVERSE ONE DAY

**The Crypto Rap God** @NotchoveMF · Nov 28, 2021
Replying to @MetaEthicra and @Banske
I want to buy this Metathimtr for my mom for Christmas. This would be her first NFT ever and I've been preaching to her how valuable NFTs are and how broken people are on the Metaverse! I have to get whitelisted for @MetaEthicra would be the greatest Christmas present

**RodeoSupreme** @rodeoskyprmrd · Nov 28, 2021
Replying to @MetaEthicra and @Banske
Watch out! Sugar babies gotta have it ❤️

**Matt** @PhirpFacrc48 · Nov 28, 2021
Replying to @MetaEthicra and @Banske
Mkha brkth is just an all around W 🙌

**xGawloosp** @WVVbit567 · Nov 28, 2021
Replying to @MetaEthicra and @Banske
great move

**fade.eth** @Khisdtill5555 · Nov 28, 2021
Replying to @MetaEthicra and @Banske
@Kmit_hxbrt71 @BanskeBachman

**preston davis** @... · Nov 28, 2021
I need a meta Birkin asap

**Odo_eth** @OdeoO1826 · Nov 28, 2021
Virtuest spot

**cryptoman** @cryptoman0 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Join this diamond hand
@Banks
@cryptoman0006
@ganstun

**Lucy** @Lucy0849840 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
A time capsule item for sure when the meta verse goes public these will be extremely valuable 🤍🔥

**money never sleep** @jgjslg908 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Great project...better gift this NFT bag to my gf then real bag...I hope I can get it the whitelist 😘👍

**Crypto Saus** @crypto_saus · Nov 28, 2021
Replying to @MetaBirkins and @Banks
I would love a @MetaBirkins for Hanukkah 📿 🕎

**Gox1X39** @Gox1X39 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
A Birkin I can afford for my wife!

**N54** @whlgcwhlg94 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
MEYABIRKIN TO THE MOON

**Marioqola Lad Maltese** @bozozfllz · Nov 28, 2021
Replying to @MetaBirkins and @Banks
This is going to be crazy, please whitelist me 🍒🍑

**brian nguyen** @brianDavi173 · Nov 29, 2021
Replying to @MetaBirkins and @Banks
@brianDavi173 @anthdawg710

**knthipohollin** @knthipohollin1 · Nov 30, 2021
Replying to @MetaBirkins @MNeuroKchoncblhd and @Banks
Whitelist please 🙏

**Alta** @AltaxI60048243 · Dec 2, 2021
Replying to @MetaBirkins and @Banks
When are you releasing your collection? #MetaBirkins
🙏

## More Replies

**Yas £** @nNjpod22 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Whitelist me 😄

**pom** @Minterorlst0801 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Broooooo

**Ariahn** @Ariahn121II1I433 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
🙏

**Lucy** @tLucy98480440 · Nov 26, 2021
Replying to @MetaBirkins and @Banks
Really hope I can get meta birkin to be the first project to attract me to learn
about NFT and crypto currency. I can't finally start to make money to finally live
independently and be happy :)

**Lucy** @tLucy98480440 · Nov 26, 2021
Replying to @MetaBirkins and @Banks
Really need this to try and pay for college and support my animals hope I
can get on the white list love your meta birkin thank you for all the
opportunities that you are going to people

**340flso** @tMario10420440 · Nov 26, 2021
Replying to @MetaBirkins and @Banks
Do you like it ? #MetaBirkins



**ck #340 👑** @tobinyowwhisk · Nov 26, 2021
I love it #MetaBirkins

**Alicia** @Alicia4YGW · Nov 26, 2021
Replying to @MetaBirkins and @Banks
Hey please help me my account GOT HACKED and now I'm at level
1 on my new account....all I want is WL please help 🙏🙏🙏🙏

**tay.eth** @tTchFaty · Dec 11, 2021
Replying to @MetaBirkins and @Banks

**oooprio** @Oooprio · Nov 26, 2021
Replying to @MetaBirkins and @Banks
finally an ECO-
friendly, PETA approved Birkins. The @MetaBirkins IS, only few available
tbs. @_mpmgn , @MetaBirkins @jpqsqwsnm

**HYPEONL** @_hypegm_ · Nov 26, 2021
@MetaBirkins and @HypHammer read to see this tool ❤❤

**Alicia** @Alicia4YGW · Nov 26, 2021
Replying to @MetaBirkins and @Banks
was at level 11 in my discord my account GOT HACKED and now I'm at level
1 on my new account....all I want is WL please help 🙏🙏🙏🙏

This Tweet is from a suspended account. Learn more

**Alicia** @Alicia4YGW · Nov 26, 2021
thank you bro 🙏🙏

HERMES_000942



← **Tweet**

**MetaBirkins**
@MetaBirkins                                                                    •••

# Thank you for the follow @LanaRhoades!

5:45 PM · Nov 28, 2021 · Twitter for iPhone

**4** Retweets    **1** Quote Tweet    **46** Likes

---

**Ziggy Narayan** @ZaheerNarayan · Nov 28, 2021              •••
Replying to @MetaBirkins and @LanaRhoades
So excited to get my hands on one of these! Hopefully your first Aussie
customer! :)

---

**Alicia** @Alicia11536 · Nov 28, 2021                        •••
Replying to @MetaBirkins and @LanaRhoades
was at level 11 in my discord my account GOT HACKED and now i'm at level
1 on my new account....all i want is WL please help 😭😭😭😭😭😭
@MasonRothschild

← **Tweet**

**MetalBirkins**
@MetaBirkins                                         ···

gm 🌞 @DavidDobrik

hold this



5:11 PM · Nov 28, 2021 · Twitter for iPhone  ···

**24** Retweets  **4** Quote Tweets  **152** Likes

　♡　　⟳　　♡　　↥

🖼 Tweet your reply                          **Reply**

**Jabby** @Jabby75 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik you need to buy a @MetaBirkins for all the girls you curve
like @madisonbeer @CorinnaKopf 😭💀💀
　♡　　⟳　　♡　　↥

**empath** @_coteoo_ · Dec 1, 2021                 ···
Replying to @MetaBirkins and @DavidDobrik
Im going to need a paternity test from that metabirkin
　♡　　⟳　　♡ 1　　↥

**ABI** @ABI98991138 · Nov 28, 2021               ···
Replying to @MetaBirkins and @DavidDobrik
@daviddonrik. You just need this. If you know you know. If not you will
　♡ 1　　⟳　　♡ 1　　↥

**STILL Buckeye Til I Die!** @USAFvetBrianD · Dec 3, 2021
The fuck you just say?
　♡　　⟳　　♡　　↥

**Schrodinger's Cat.eth** @Schr0dtng3rsitat · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
I could hold that
could you guys?
@The80nkOisain @SirHopium @EthJackfruit
#MetaBirkins
　♡ 1　　⟳　　♡ 1　　↥

**Sirhopium** 🚀 @SirHopium · Nov 28, 2021
For sure 💰 💎
　♡　　⟳　　♡ 1　　↥

**Wolf of all streets** @hypedkickav · Nov 28, 2021   ···
Replying to @MetaBirkins and @DavidDobrik

HERMES_0009544

sheesh

**PCAPITAL** @bobamilktea · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
hodling

**JosLonee** @JosLonee · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik David you give me lorax vibes, here is the fitting truffula tree birkin.

J @j_fazo28 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
David you need this 🌚 🚀 @DavidDobrik

**Dlor** @MoveSmrt · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
Need

**Seoul Man** @seoulmannft · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik you need a @MetaBirkins to post some swag on @DispoHQ

**Dylan Wiggins** @DylanpatriceW · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@Iddavm @ylsongyue check this out

**Badsushi** @reallybadsushii · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
gm and hello 🍜

**Mokhanad Nizar Z** @Mzayz96 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
May I had this one for free sir?

**Anaïs** @anaisabennett · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik you need one

**TheGucciman.eth** @Guccimane402 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
This nft is beautiful 😍 David this is a must have for a collector or if you just want to flex 👀.. #Birkins #MetaBirkins

**coolkid** @coolkidganals · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik u know art 🔵🔵🔵🔵

**Krissyb** @krissyb38 · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik broooo. You need to get in on this Meta Birkin Gang. You missing out!

**tradergioo** 🟠 @tradergioo · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
get in david you won't regret it! tell @KylieJenner to come get hers too

**PinkGlassesGuy.eth** @PinkGlassesGuy · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
@DavidDobrik metabirkin is the future of fashion! Don't miss it!

**tradergioo** 🟠 @tradergioo · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik
hey @kanyewest, @KimKardashian would for sure make up with you if you get her one of these! #MetaBirkins #MetaBirkins

**Channelle Ross** @ChannelleRoss · Nov 28, 2021
Replying to @MetaBirkins and @DavidDobrik

HERMES_0009845

# Exhibit 38

**Part 4**

← **Tweet**

**MetalBirkins**
@MetaBirkins

gm 🌕 **@CozomoMedici**



12:39 PM · Nov 28, 2021 · Twitter for iPhone

**49** Retweets    **24** Quote Tweets    **277** Likes

Tweet your reply    **Reply**

**Alaunte** @TaeBeStackin · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
How can I get whitelisted and when is the drop?

**Jazz** ⚡ @Jazz2spicy · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
oHMYGOD I LOVE

**Tea Cecere** @xxapeunitedxx · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
We believe In you ❤

**Doza.(🐻.🐻)** @DOZA_DD · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Beautiful bag

**Neish** @TheBlaqueDahlia · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici

**Kacey Hunter** @kaaaooceee · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
😩😍 obsessed!!!

**Golden.** 🖤✨ @I_Krider_ · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Need!!!

someone @someone_2221 · Nov 28, 2021

HERMES_0009549

someone @someone_3331 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
legit need this

♡ 1

**Neish** @TheBlaqueDahlia · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
It's uppppppo

♡ 1

**someone** @someone_3331 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
this project looks promising, how can I get a whitelist spot?

♡ 1

**Channelle Ross** @ChannelleRoss · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
manifesting my whitelist spot 😎😎

♡ 1

**Krissyb** @krissyb38 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
🙌🙌🙌 who needs the painting when we got the birkin

♡ 2

**Hello Seven** @thabetrafi · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici
Birkin NFT is the future!!!!

♡ 2

**F.** @timalovexo · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
😍😍

♡

**jeff** @jeff38127512 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Birkin Lisa

♡ 1

**jeff** @jeff38127512 · Nov 28, 2021
Aka Birka Lisa

♡ 1

**vic** @vic86300141 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
You should do as my birkin and smile Mona Lisa it's a good morning



♡   ♡ 3   IMG2

**Bre** @Breannalauryn · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Mona Lisa x no shave November

♡ 2

**Daniel Wesson** @djwesson · Nov 28, 2021
Replying to @CozomoMedici
I'd like to Mona that Lisa! @CozomoMedici

♡ 2

**jeff** @jeff38127512 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Spoon dopey doe

HERMES_0009550



♡        ♡ 1                🔁

**Carty** @Cartyjs · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Hey @CozomoMedici have you ever wanted owning a bag that screams
moooo and does not collect dust even after 50 years?! Well today is your
lucky day! Please check out @MetaBirkins the first creator of nft handbags
with so many more potential collaborations in future. Amazing team!

♡        ♡ 1                🔁

**Kelsey Garcia** @KelseyG92011483 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
SHES BEAUTIFUL

♡        ♡ 1                🔁

**G4I** @GELATO41629 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici did you know there used to be a van in the painting of
'starry night'? Where did the Van Gogh?

HERMES_0009551

**Seoul Man** @seoulmannft · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici you can be young, wild, and free with this clean @MetaBirkins 😍



♡ 1

**mark but also hautemilk** @markquintos · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
#BIRKINSFORBINGBONGS

♡ 4

**Ron :-)** @Creokldronaldo · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici they put a $900 million dollar painting on a Birkin?? That's a bag on a bag!!!

♡ 6

HERMES_0009552

**grir** @pbcartko · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
looks like your collection needs some accessories 😵 😵

**ash** @ashlizarraga · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
I'm sure @CozomoMedici will Louvre the Mona Lisa framed on a Birkin 😂



❤️ 2

**nelly** @putanelly · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
not sure why leonardo da vinci just didn't portrait mona lisa in a
@MetaBirkins bag in the first place 🙇 😍

❤️ 2

**Josh Klemm** @JKlemm23 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
I'm the monabirkin and I'm furry 🔥

❤️ 1

**sandrok.eth** @ccapitalgains · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Yeah Ima need that jawnt

❤️ 1

**splashy.eth** @LordxSplashy · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Gawgeous

❤️ 1

**Mchow** @laserderm69 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@editechow4 Lfg

**Jennifer Tran** @tran_jeniffer · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici
I took a pill in Ibiza
To show Avicii I was cool
And when I finally got sober, felt ten years older
But f*ck it.... wait that bag's is starry blue...
Guess Im still tripping :p

HERMES_0009553

# Exhibit 38

**Part 5**

J @j_fazo28 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Good mythical morning 🚀 🚀 🚀 #METABIRKINSTOTHEMOON

kev @NhiGee · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Why it look like a cat got painted on by a crazy artist.

ChicCollections @ChicCollection5 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Mona Lisa - Geez! I feel warm and cozy here, come get me for Christmas! 🥰

Sbam @shamar_wright1 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
The Meta Lisa

Sbam @shamar_wright1 · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
How do you make a tissue dance?          You put a little boogie in it!



Cass @cass_bergeronn · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
The only Mona Lisa I'll ever see

wavy @Okaywavy · Nov 28, 2021
Replying to @MetaBirkins and @CozomoMedici
Hey you know what's better than one Birkin Bag NFT. A second one with a lock. Inside of it is a free whitelist for me 😈 @CozomoMedici



HERMES_0009554

**Isa Falcon** @isaafalcon · Nov 28, 2021 · · ·
Replying to @MetaBirkins and @CozomoMedici
hey @CozomoMedici better gogh get urself a @MetaBirkins before the
starry night GOES TO THE MOON🌙



♡        ⟲        ♡  3        ⬆️        IMGG

**Captain Cream** @trading4fun1 · Nov 28, 2021 · · ·
Replying to @MetaBirkins and @CozomoMedici
I need this piece for my woman

♡        ⟲        ♡        ⬆️

**TheGucciman.eth** @Guccimane402 · Nov 28, 2021 · · ·
Replying to @MetaBirkins and @CozomoMedici
What a better way to make your haters jealous, having one of these in your
wallet 😎 . This is a must have for any true collector

♡        ⟲        ♡  2        ⬆️

**clera** @howud0ing · Nov 28, 2021 · · ·
Replying to @MetaBirkins and @CozomoMedici
@CozomoMedici take me out to Dinner baby! #bingbong

♡        ⟲        ♡        ⬆️

**beccsbrows.eth** @_beccsx3 · Dec 2, 2021 · · ·
Replying to @MetaBirkins and @CozomoMedici
This is so beautiful 😍

♡        ⟲        ♡        ⬆️

This Tweet was deleted by the Tweet author. Learn more

**NUTSA NINI** @NUTSI000 · Nov 28, 2021 · · ·
A birkin bag? Oh my god a birkin bag?? 🤑

♡        ⟲  1        ♡  1        ⬆️

## More Replies

**JosLonee** @JosLonee · Nov 28, 2021 · · ·
Replying to @MetaBirkins and @CozomoMedici
Hey @CozomoMedici check this out.
NFT Urban Dictionary
Definition: An NFT made from the Lorax Truffula Tree.
Used in a Sentence: Birkin NFT x  Truffula Tree, sounds like something for
me.

HERMES_0009555



← Tweet

MetaBirkins
@MetaBirkins

!shill

9:13 PM · Nov 17, 2021 · Twitter for iPhone

31 Retweets 6 Quote Tweets 64 Likes

Tweet your reply Reply

Cyrese From the Wave @WavyBabyRese · Nov 17, 2021
Replying to @MetaBirkins
👜👜👜👜👜
1

Chrome @chromegarden · Nov 17, 2021
Replying to @MetaBirkins
Secure the my neighbor bag 🔥
1

MasonRothschild.eth @MasonRothschild · Nov 17, 2021
Replying to @MetaBirkins
🚀🌕
1

mia is in chicago ✨ @miaimarshall · Nov 17, 2021
Replying to @MetaBirkins
Obsesssssed! 🚀
1

Garrett @GarrettPfeiffer · Nov 17, 2021
Replying to @MetaBirkins
🚀🌕
1

techno @criscookss · Nov 17, 2021
Replying to @MetaBirkins
Need me a birkin 🤬🤬
1

ducky @duckyyvuu · Nov 17, 2021
Replying to @MetaBirkins
Can't wait to own a birkin
1

# Exhibit 38

**Part 6**

**tory** 🧡 @VictoryLynnae · Jan 1
daddy give me a Birkinnnnnn

**MetaBirkins** @MetaBirkins · Jan 1
MetaBirkins: Collection One

Now available on @rarible 🎒🍌

rarible.com/metabirkinsnft



**BEN** @Rhany_Ben · Jan 1
Replying to @MetaBirkins and @rarible
Absolutely adorable 🎒

**BEN** @Rhany_Ben · Jan 1
Replying to @MetaBirkins and @rarible
Mason👀 👀 ❤️

**BEN** @Rhany_Ben · Jan 1
Replying to @MetaBirkins
I hope to get one 👀

**BEN** @Rhany_Ben · Jan 1
Replying to @MetaBirkins
These bag absolutely adorable 🎒

**Zolzaya** @Zolzaya1997 · Jan 1
Replying to @MetaBirkins and @rarible
These bags are absolutely FIRE!🔥
Looking so soft and fluffy!

**Amarsanaa Gansukh** @amka017 · Jan 1
Replying to @MetaBirkins and @rarible
Really cool, I want metabirkins more than hermes🔥🔥🔥

**Gafort** @gafort · Jan 1
Replying to @MetaBirkins
Hell yes

**MEGACRYPTMIC.eth** @megacryptmic · Jan 1
Replying to @MetaBirkins
Lfgggggg I will make role in 2022 🎒🎒

**Lobo.nft** 🎒 @BlockchainxBoyz · Jan 1
Replying to @MetaBirkins
Sick

HERMES_0009605

**niket** 🌀 @niket · Dec 5, 2021
Replying to @GarrettMcManus
These shades on a @MetaBirkins 👏 🔥 🔥
💬          ♻          ♡ 1          ⬆

**Renee Russo** @reneerusso · Dec 4, 2021
can't believe @MetaBirkins are at a 6ETH floor already.... great work @MasonRothschild
💬          ♻          ♡ 6          ⬆

**bodmonting.tez** @ItsBodmonting · Dec 3, 2021
did half a mill in volume in less than 24hrs with his new @MetaBirkins NFT drop 👀 👀 👀 @MasonRothschild



💬          ♻          ♡ 17          ⬆          IMG1

**MasonRothschild.eth** @MasonRothschild · Dec 1, 2021
More and more fake @MetaBirkins are being sold every hour. The official #MetaBirkins collection has not been been minted. It will not appear on any marketplaces until we give the green light tomorrow. Share this to prevent future scams. @opensea

💬 11          ♻ 96          ♡ 75          ⬆          IMG1

**liam** @jimmahoney · Dec 1, 2021
Replying to @MetaBirkins and @Sweetie
Tap tap tap in
💬          ♻          ♡ 3          ⬆

**JesseJam3s** @Jam3sJesse8 · Nov 28, 2021
Replying to @MetaBirkins and @Banks
Let's get in the metaverse with the MetaBirkin💯 🔥
💬          ♻          ♡ 3          ⬆

**ck #349** 🖤 @babyesamaa · Nov 28, 2021
Replying to @nablttoch @MetaBirkins and @MasonRothschild
I kno sum about this
💬          ♻          ♡ 2          ⬆

**Ron :()** @Oneokldronaldo · Nov 28, 2021
Big Birkin!!

**MetaBirkins** @MetaBirkins · Nov 28, 2021
gm 👋 @Banks

mint a MetaBirkin, hold a MetaBirkin

HERMES_0009608

# Export Details



**Requestor**

Amanda Marshall (Baker & Hostetler LLP)

**Billing Number**

Not Provided

**Matter Number**

096801.000091

**Export Type**

twitter

**Export URL**

https://twitter.com/MetaBirkins

**Additional Instruction**

All tweets from this account and all comments to each tweet (skip doing more than a few comments for any posts with over 1,000 comments)

**Timeframe Start Date**

Not Provided

**Timeframe End Date**

Not Provided

**Source Code Url**

https://smi-v3-production.s3.amazonaws.com/export_attachments/MetaBirkins_22425_Twitter.zip

**Source Code SHA-256 Hash**

cf3d320f595815c89171c9927c806296f934693417979232bbe4385ff193653e

**Source Code MD5 Hash**

f0e86a0d473248148aafa531d3923dfd

HERMES_0009654