# Exhibit D

(B. Guimberteau Dep. (Sept. 14, 2022) transcript excerpts)

Page 1

```
 1    UNITED STATES DISTRICT COURT
 2    SOUTHERN DISTRICT OF NEW YORK
 3
 4   -------------------------------x
 5   HERMÉS INTERNATIONAL, and
 6   HERMÉS OF PARIS,
 7           Plaintiffs,
 8     vs.      Case No. 1:22-cv-00384
 9   MASON ROTHSCHILD,
10           Defendant.
11   -------------------------------x
12            "CONFIDENTIAL"
13        VIDEOTAPE DEPOSITION OF
14         BORIANA GUIMBERTEAU
15      VIA ZOOM VIDEOCONFERENCE
16          September 14, 2022
17            4:00 p.m. CEST
18
19
20
21
22
23   CASE NO. 5461948
24   Reported by:
25   Maureen Ratto, RPR, CCR
```

CONFIDENTIAL

Page 2

1                    * * *

2

3        Videotape deposition of BORIANA

4    GUIMBERTEAU held virtually via Zoom

5    Teleconference, hosted from Veritext

6    Legal Solutions, pursuant to notice,

7    before Maureen Ratto, Certified Court

8    Reporter, License No. XI01165,

9    Registered Professional Reporter,

10   License No. 817125, and Notary Public.

11

12                   * * *

```
 1   A P P E A R A N C E S:

 2

 3   Counsel for the Plaintiff:

 4       BAKER HOSTETLER, LLP

 5       600 Anton Boulevard

 6       Costa Mesa, California 92626

 7       BY:   GERALD FERGUSON, ESQ.

 8             gferguson@bakerlaw.com

 9             FRANCESCA ROGO, ESQ.

10             Frogo@bakerlaw.com

11

12       BAKER HOSTETLER, LLP

13       1735 Market Street

14       Philadelphia, Pennsylvania 19104

15       BY: FRANCESCA ROGO, ESQ.

16             Frogo@bakerlaw.com

17             LISA BOLLINGER GEHMAN, ESQ.

18             lgehman@bakerlaw.com

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S, continued:
 2
 3   Counsel for the Defendant:
 4       LEX LUMINA, PLLC
 5       745 Fifth Avenue
 6       New York, New York 10151
 7       BY: RHETT O. MILLSAPS, II, ESQ.
 8           rhett@lex-lumina.com
 9           CHRISTOPHER J. SPRIGMAN, ESQ.
10           Chris@lex-lumina.com
11
12   ALSO PRESENT:
13   VALENTINE FADIE, Hermés International
14   HOWARD BRODSKY, Legal Video Specialist
15
16
17
18
19
20
21
22
23
24
25
```

1      GUIMBERTEAU CONFIDENTIAL
2      the court reporter shall enter all
3      appearances for this proceeding
4      into the stenographic court record
5      and have further stipulated and
6      agreed that the court reporter may
7      take the deponent's oath remotely.
8           Will the court reporter please
9      swear in the witness.
10             * * *
11  B O R I A N A   G U I M B E R T E A U,
12  having been first duly sworn according
13  to law by the Officer, testifies as
14  follows:
15  DIRECT EXAMINATION BY MR. FERGUSON:
16       Q.    Good afternoon. Can you please
17  state your name for the record?
18       A.    Yes. My name is Boriana
19  Guimberteau.
20       Q.    What is your profession,
21  Ms. Guimberteau?
22       A.    I am an attorney, a lawyer in
23  France.
24       Q.    And where do you live?
25       A.    In Paris, France.

1            GUIMBERTEAU CONFIDENTIAL
2        Q.     What firm employs you?
3        A.     I work for the firm Stephenson
4    Harwood.
5        Q.     What is your area of
6    specialization at your law firm?
7        A.     I am specializing in
8    intellectual property law.
9        Q.     Do you provide legal services
10   to the company Hermés?
11       A.     No.
12       Q.     As far as you're aware does
13   your law firm provide legal services to
14   the company Hermés?
15       A.     No.
16       Q.     Are you aware of a NFT called
17   the Baby Birkin?
18       A.     Yes, I am.
19       Q.     To the best of your
20   recollection, when did you first become
21   aware of a NFT called the Baby Birkin?
22       A.     I became aware of this NFT
23   when I was presenting -- preparing a
24   presentation for the French group of the
25   AIPPI, an association specialized in

1          GUIMBERTEAU CONFIDENTIAL
2    intellectual property, here in Paris,
3    France at the end of 2021.
4         Q.    How did you become aware of
5    the NFT called the Baby Birkin?
6         A.    Through my searches on the
7    internet.
8         Q.    Did you find any news articles
9    or other publications discussing the Baby
10   Birkin through your research on the
11   internet?
12        A.    Yes. I found some articles on
13   the internet.
14        Q.    I'm going to show you what we
15   have premarked as Exhibit 104. It's Bates
16   stamped GUIMBERTEAU_00070 and it's an
17   article entitled 2021 The Year of Fashion
18   NFTs.
19              (Exhibit 104, article entitled
20         2021 The Year of Fashion NFTs,
21         Bates GUIMBERTEAU_00070 was
22         received and marked on this date
23         for identification.)
24        Q.    Do you recognize this article?
25        A.    Yes, I do.

```
 1            GUIMBERTEAU CONFIDENTIAL
 2    leave somebody using its trademarks and
 3    its products without authorization,
 4    without any partnership or consent, and
 5    second of all, under this image we see
 6    "Image Courtesy of Hermés".
 7            (Reporter clarification.)
 8        A.    The text indication, they
 9    mention "Image Courtesy of Hermés" which
10    for me means that Hermés has provided
11    this image that we see here on the
12    screen.
13        Q.    Did there come a time when you
14    became aware of NFTs called the
15    MetaBirkins?
16        A.    Well, it was approximately at
17    the same time while preparing the
18    presentation for the AIPPI group.
19        Q.    And did you become aware of
20    the MetaBirkins' NFTs through your
21    research and articles that you read
22    online?
23        A.    Yes.
24        Q.    At the time you became aware
25    of the MetaBirkin's NFTs, did you have an
```

Page 11

1       GUIMBERTEAU CONFIDENTIAL
2  understanding as to whether Hermés had
3  any role in issuing those NFTs?
4       A.    Well, for me it was the same
5  thing as for the Baby Birkin, as it was
6  related to Hermés, it was necessarily
7  with Hermés' agreement.
8       Q.    I'm going to show you what we
9  have marked as Exhibit 105, it's Bates
10 stamped GUIMBERTEAU_000037. I'm going to
11 ask, can you identify this document for
12 me?
13           (Exhibit 105, presentation by
14       to AIPPI Boriana Guimberteau, Bates
15       GUIMBERTEAU_000037 was received and
16       marked on this date for
17       identification.)
18      A.    Yes. This is the presentation
19 that I gave to the French group of AIPPI.
20 This is the first page.
21      Q.    Okay. What was the topic of
22 this presentation?
23      A.    It was a NFT.  It was on NFTs
24 in the -- it was on NFTs in the art and
25 luxury sectors.

1          GUIMBERTEAU CONFIDENTIAL
2    France.
3         Q.    You're required to do the
4    affidavit in France?
5         A.    No. No.
6         Q.    Okay. So why did you decide to
7    submit an affidavit?
8         A.    Well, because I did not see
9    what would be the problem with that.
10        Q.    Have you ever at any time
11   provided any services to Hermés?
12        A.    No.
13        Q.    Has your firm ever at any time
14   provided services to Hermés?
15        A.    No.
16        Q.    Do you provide services to
17   other luxury fashion brands?
18        A.    Yes.
19        Q.    And who are those?
20        A.    ███  ███  ███  ███
21        Q.    Any others?
22        A.    No.
23        Q.    Has your firm provided
24   services to other luxury fashion brands?
25        A.    Yes.

```
 1             GUIMBERTEAU CONFIDENTIAL
 2       Q.     Who are those?
 3       A.     █████
 4       Q.     Any others?
 5       A.     Not to my knowledge.
 6       Q.     Okay. Is your firm looking to
 7   do business with Hermés?
 8       A.     No.
 9       Q.     Would you like to do --
10       A.     Not to my knowledge.
11       Q.     Okay. Would you like to do
12   business with Hermés?
13       A.     Well, it is not a bad company,
14   but I'm not looking for it.
15       Q.     Have you ever approached
16   Hermés about representing them in the
17   past?
18       A.     No.
19       Q.     Okay. What does it mean -- do
20   you describe yourself as a metaverse
21   lawyer?
22       A.     I have a good knowledge of
23   these notions.
24       Q.     Have you described yourself as
25   a metaverse lawyer?
```

1        GUIMBERTEAU CONFIDENTIAL
2        A.    No. No. But I say that I have
3   a good knowledge in blockchain and NFTs.
4        Q.    But you've never described
5   yourself as a metaverse lawyer?
6        A.    No.
7        Q.    Okay. And how do you have a
8   good knowledge of NFTs?
9        A.    Because with my previous firm
10  in 2018 we've launched a platform based
11  on blockchain technology that we offer to
12  our clients and last year naturally I
13  started also getting interested in NFTs
14  and following all the movement around
15  that, so that's how.
16       Q.    What was that platform called?
17       A.    FTPA Avocats.
18       Q.    Could you spell that last?
19       A.    FTPA is the name of my
20  previous firm, and FTPA Blockchain, I
21  think they've changed the name.
22       Q.    How long were you with FTPA?
23       A.    For 17 years.
24       Q.    Has FTPA ever done any work
25  for Hermés?

Page 22

1           GUIMBERTEAU CONFIDENTIAL
2        A.    No.
3        Q.    Has FTPA done work for other
4    luxury fashion brands?
5        A.    Yes.
6        Q.    What brands?
7        A.    ███████ ████████.
8        Q.    Any others?
9        A.    Not to my knowledge. Maybe
10   some of the partners, I don't know.
11       Q.    Were you a partner at FTPA?
12       A.    Yes.
13       Q.    Why did you leave FTPA?
14       A.    Because I found a better
15   opportunity with Stephenson Harwood.
16   It's a more international firm.
17       Q.    Are you qualified to practice
18   law in the United States?
19       A.    No.
20       Q.    Have you studied U.S. law?
21       A.    No.
22       Q.    Did anyone tell you that Baby
23   Birkin was created by Hermés?
24       A.    No.
25       Q.    Did anyone tell you that

1            GUIMBERTEAU CONFIDENTIAL
2    testified that you believed that Baby
3    Birkin was necessarily authorized by
4    Hermés because it's related to a Hermés
5    product; is that right?
6         A.    Yes.
7               MR. FERGUSON:  Objection.
8         Q.    Do you know if it's the law in
9    the United States that something must be
10   authorized by -- I'm sorry. Let me
11   withdraw that and rephrase it.
12              Do you know if the law in the
13   United States requires an artist to get a
14   brand's permission before that artist
15   depicts one of the brand's products?
16              MR. FERGUSON:  Objection. You
17        can answer.
18              MR. MILLSAPS:  What is your
19        objection?
20              MR. FERGUSON:   It's outside
21        the scope of direct. This is
22        cross-examination. And also, she's
23        already testified she's not a --
24        she hasn't studied law and you're
25        asking her opinion on U.S. law.

Page 28

1         GUIMBERTEAU CONFIDENTIAL
2              MR. MILLSAPS:  I'm asking if
3       it's her understanding.
4              MR. FERGUSON:  Same objection.
5       You can answer.
6         A.    I don't have knowledge of U.S.
7    law, so I cannot answer.
8         Q.    I'm just checking my notes of
9    the documents that were produced
10   yesterday evening.
11             Is there anything else on
12   which you based your conclusion that Baby
13   Birkin was authorized by Hermés than what
14   you've said today?
15             MR. FERGUSON:  Objection. You
16      can answer.
17        A.    Well, no. I think I explained
18   the reasons.
19             MR. MILLSAPS:  Jerry, what is
20      the objection to that question?
21             MR. FERGUSON:  I thought it
22      was vague.
23             MR. MILLSAPS:  Okay.
24        Q.    Other than what you've
25   testified here today, is there anything

1      GUIMBERTEAU CONFIDENTIAL
2  else on which you based your conclusion
3  that MetaBirkins was authorized by
4  Hermés?
5      A.   Well, beside it has the
6  trademark Birkin and the shape of the
7  product, I think -- and what I already
8  explained, I think that would be the
9  reason why.
10      Q.   Okay. And there is no other
11  reason?
12      A.   No.
13           MR. MILLSAPS:  Okay. We have
14      no further questions for this
15      witness. Thank you very much.
16           MR. FERGUSON:  Thank you very
17      much for your time, Ms.
18      Guimberteau.
19           One piece of housekeeping
20      before you went off the record. You
21      mentioned some client names in
22      response to questions. We could
23      have this transcript designated as
24      "Confidential" if you would
25      consider that information to be