# EXHIBIT E

(Plaintiffs' Proposed Ex. 288)

(Filed Under Seal)