# EXHIBIT F

(Plaintiffs' Proposed Ex. 285)

(Filed Under Seal)