UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

        Plaintiffs,

-against-

MASON ROTHSCHILD,

        Defendant.

CIVIL ACTION NO.

22-CV-00384 (JSR)

### NOTICE OF PLAINTIFFS' CONSOLIDATED MOTIONS IN LIMINE

**PLEASE TAKE NOTICE**, that, Plaintiffs Hermès International and Hermès of Paris, Inc., ("Hermès"), through its attorneys, Baker & Hostetler LLP, respectfully move this Court for an order pursuant to Rule 9 of Judge Rakoff's Individual Rules of Practice to grant Hermès's consolidated motions in limine and preclude: (1) the testimony of Dr. Blake Gopnik; (2) the testimony of Dr. David Neal; (3) evidence and false analogies about third-party actions and/or artwork; and (4) proposed trial exhibits pursuant to Rules 401 and 403. In support, Hermès submits the accompanying Memorandum of Law, Declaration of Jessica H. Fernandez, and attachments thereto, which were served on opposing counsel. Per Judge Rakoff's Individual Rules, the aforementioned documents will be electronically filed with the court on January 23, 2023.

Pursuant to Judge Rakoff's Individual Rules, Defendant Mason Rothschild's answering papers to Hermès's consolidated motions in limine shall be served and filed on January 23, 2023.

Dated: January 16, 2023
       New York, New York

**BAKER & HOSTETLER LLP**

Deborah A. Wilcox, Esq. (*pro hac vice*)
Key Tower
127 Public Square
Cleveland, OH 44114
Telephone:  216.621.0200

**BAKER & HOSTETLER LLP**

Lisa Bollinger Gehman, Esq. (*pro hac vice*)
1735 Market Street
Philadelphia, PA 19103
Telephone:  215.568.3100

**BAKER & HOSTETLER LLP**

By:   /s/ *Gerald J. Ferguson*
      Gerald J. Ferguson, Esq.
      Oren J. Warshavsky, Esq.
      Jason S. Oliver, Esq.
      Jessica H. Fernandez, Esq.
      Francesca A. Rogo, Esq.
      45 Rockefeller Plaza, 14th Floor
      New York, NY 10111
      Telephone:   212.589.4200
      Facsimile:   212.589.4201

      *Attorneys for Plaintiffs*
      *Hermès International and*
      *Hermès of Paris, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2023, a true and correct copy of the foregoing **NOTICE OF PLAINTIFFS' CONSOLIDATED MOTIONS IN LIMINE** was served on counsel for Defendant Mason Rothschild at their email addresses of record:

Lex Lumina PLLC
Rhett O. Millsaps II
rhett@lex-lumina.com
Christopher J. Sprigman
chris@lex-lumina.com
Mark McKenna
mark@lex-lumina.com
Rebecca Tushnet
rtushnet@lex-lumina.com

Harris St. Laurent & Wechsler LLP
Jonathan Harris
jon@hs-law.com
Adam Oppenheim
aoppenheim@hs-law.com

/s/ Lisa Bollinger Gehman
Lisa Bollinger Gehman