UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

                Plaintiffs,

-against-

MASON ROTHSCHILD,

                Defendant.

CIVIL ACTION NO.

22-CV-00384 (JSR)

## DECLARATION OF JESSICA H. FERNANDEZ

I, Jessica H. Fernandez, declare as follows:

I am an attorney associated with the firm of Baker & Hostetler LLP, attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") in the above-captioned case. I submit this declaration in support of Hermès' consolidated motions in limine. I have firsthand knowledge of the matters stated herein.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Dr. Blake Gopnik, dated September 1, 2022 (previously filed at ECF No. 65-1).

2. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the September 23, 2022 deposition of Dr. Blake Gopnik.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 180 from the September 23, 2022 deposition of Dr. Blake Gopnik, a document concerning a "Business Art" exhibition description for the Spritmuseum curated by Dr. Blake Gopnik, bearing Bates numbers Gopnik_000001.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Dr. Bruce Isaacson, dated August 4, 2022 (previously filed at ECF No. 67-1).

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Rebuttal Report of Dr. David Neal, dated September 1, 2022 (previously filed at ECF No. 65-9).

6. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the September 21, 2022 deposition of Dr. David Neal.

7. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the September 20, 2022 deposition of Dr. Bruce Isaacson.

8. Attached hereto as **Exhibit 8** is a true and correct copy of Defendant Mason Rothschild's Second Amended Proposed Witness and Exhibit List, dated January 18, 2023 (previously filed at ECF No. 113). For the Court's ease of reference, the proposed trial exhibits that Plaintiffs are moving to exclude are highlighted.

9. Attached hereto as **Exhibit 9** is a true and correct copy of an article from the Women's Wear Daily, titled "EXCLUSIVE: Mason Rothschild's Speaks About Hermès NFT Case" by Adriana Lee, dated November 22, 2022.

10. Attached hereto as **Exhibit 10** is a true and correct copy of a Tweet from @MetaBirkins enclosing a letter from Campbell Soup Company, dated January 17, 2022.

11. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the August 30, 2022 deposition of Nicolas Martin.

12. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the August 29, 2022 deposition of Scott Duke Kominers, Ph.D.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 13, 2023
      New York, New York

By: _____
Jessica H. Fernandez