# Exhibit 2

Page 1

1

2                  UNITED STATES DISTRICT COURT

3                  SOUTHERN DISTRICT OF NEW YORK

4

5    HERMÈS INTERNATIONAL and    )
     HERMÈS OF PARIS INC.,        )

6                                 )

             Plaintiffs,          )

7                                 )

             vs.                  )    No.

8                                 )    1:22-CV-00384-JSR
     MASON ROTHSCHILD,            )

9                                 )

             Defendant.           )

10   ------------------------     )

11

12

13

14

15                      September 23, 2022

16                      9:32 a.m.

17

18          Deposition of BLAKE GOPNIK, held at the

19      offices of Baker & Hostetler LLP, 45

20      Rockefeller Plaza, New York, New York,

21      pursuant to subpoena, before Laurie A.

22      Collins, a Registered Professional Reporter

23      and Notary Public of the State of New York.

24

25

Page 2

1

2    A P P E A R A N C E S (NOTE ZOOM PARTICIPANTS):

3

4         BAKER & HOSTETLER LLP

5         Attorneys for Plaintiffs

6              45 Rockefeller Plaza

7              New York, New York 10111

8         BY:   GERALD J. FERGUSON, ESQ.

9                 gferguson@bakerlaw.com

10                FRANCESCA ROGO, ESQ.

11                  frogo@bakerlaw.com

12

13        LEX LUMINA PLLC

14        Attorneys for Defendant

15             745 Fifth Avenue, Suite 500

16             New York, New York 10151

17        BY:   CHRISTOPHER J. SPRIGMAN, ESQ.

18                chris@lex-lumina.com

19                RHETT O. MILLSAPS, II, ESQ.

20                (via videoconference)

21                  rhett@lex-lumina.com

22

23

24

25

Page 3

1

2    A P P E A R A N C E S (continued):

3

4    ALSO PRESENT:

5            VALENTINE FADIE, ESQ. (Hermès)

6                 (via videoconference)

7            ZEF COTA, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1

 2              THE VIDEOGRAPHER:  Good morning.  We

 3      are going on the record at 9:32 a.m. eastern

 4      daylight time on September 23rd, 2022.

 5              Please note that the microphones are    09:31:55

 6      sensitive and may pick up whispering and

 7      private conversations.

 8              Please mute your phones at this time.

 9              Audio and video recording will continue

10      to take place unless all parties agree to go

11      off the record.

12              This is media unit 1 of the video-

13      recorded of Blake Gopnik taken for counsel --

14      taken for plaintiff in the matter of Hermès

15      International and Hermès of Paris, Inc.,       09:32:23

16      versus Mason Rothschild, filed in the United

17      States District Court for the Southern

18      District of New York, Case Number

19      1:22-CV-00384-JSR.  The location of the

20      deposition is 45 Rockefeller Plaza, New York,  09:32:46

21      New York.

22              My name is Zef Cota, representing

23      Veritext, and I am the videographer.  The

24      court reporter is Laurie Collins from the firm

25      Veritext.                                      09:33:01
```

```
                                        Page 5
 1                     Proceedings
 2          I am not authorized to administered an
 3     oath.  I am not related to any party in this
 4     action, nor am I financially interested in the
 5     outcome.                                09:33:09
 6          If there are any objections to
 7     proceeding, please state them at the time of
 8     your appearance.  Counsel and all present
 9     including remotely will now state their
10     appearances and affiliations for the record,  09:33:20
11     beginning with the noticing attorney.
12          MR. FERGUSON:  Gerald Ferguson,
13     attorney for plaintiffs, with Baker Hostetler.
14     I'm joined by Francesca Rogo of Baker
15     Hostetler.  And also participating remotely is 09:33:34
16     Valentine Fadie of Hermès International in
17     their legal department.
18          MR. SPRIGMAN:  My name is Christopher
19     John Sprigman.  I'm with the firm of Lex
20     Lumina.  I'm here on behalf of the defendant,  09:33:47
21     Mason Rothschild.  Participating with me on
22     line I believe is also Rhett Millsaps, also of
23     Lex Lumina.
24          THE VIDEOGRAPHER:  Thank you.  Will the
25     court reporter please swear in the witness,  09:33:57
```

```
                                              Page 6
 1                       Gopnik
 2        and then counsel may proceed.
 3    B L A K E    G O P N I K ,
 4        called as a witness, having been duly sworn
 5        by the notary public, was examined and
 6        testified as follows:
 7    EXAMINATION BY
 8    MR. FERGUSON:
 9        Q.    Good morning.  Can you please state
10    your full name for the record?              09:34:13
11        A.    Blake Gopnik.
12        Q.    Dr. Gopnik, have you been deposed
13    before?
14        A.    No.
15        Q.    Have you ever testified in court    09:34:23
16    before?
17        A.    No.
18        Q.    Do you have an understanding of what's
19    going to be taking place at this deposition today?
20        A.    I believe I do.                     09:34:33
21        Q.    And is that understanding based on
22    information provided to you in conversation with
23    the counsel representing you today?
24        A.    Yes.
25        Q.    I'm just going to review a few ground  09:34:44
```

```
                                              Page 94
 1                        Gopnik
 2     contemporary art, art of the twentieth century.
 3          Q.    Are you referring to art critics?
 4          A.    I'm referring to art critics, some art
 5     critics, some art historians, some artists.      12:06:17
 6     There's a very large range within those categories
 7     of people who are absolutely ignorant and people
 8     who know a great deal.
 9          Q.    Would it be fair to say that this --
10     the statement in the first sentence of your first  12:06:46
11     paragraph is obvious to people who agree with you?
12              MR. SPRIGMAN:  Objection,
13          argumentative.
14          A.    No.  There are people who disagree with
15     me for whom it would also be obvious.          12:06:59
16          Q.    Are you saying that the statement in
17     the first sentence of your first paragraph
18     wouldn't be obvious to art critics who are
19     ignorant?
20              MR. SPRIGMAN:  Objection.           12:07:16
21          A.    Yes.
22          Q.    As a layman is there any way for me to
23     determine which art critics are ignorant and which
24     ones aren't?
25              MR. SPRIGMAN:  Objection.           12:07:30
```

Page 95

Gopnik

1

2       A.     Not for a layman, just as I wouldn't be

3    able to tell a knowledgeable sports reporter from

4    one who isn't knowledgeable.

5       Q.     Are there any objective criteria that    12:07:53

6    can be used to distinguish a knowledgeable art

7    critic from an ignorant art critic?

8       A.     I think if you looked at the course of

9    their career and saw if they were -- held

10   interesting, complex views about art, you'd say,   12:08:08

11   yes, this person is interesting and this other

12   person uses clichés, et cetera, and therefore is

13   not interesting.

14           (Discussion off the record.)

15      Q.     Are you aware of any consensus among      12:08:57

16   art critics that the images in NFTs produced and

17   sold by Mason Rothschild find their natural and

18   obvious home among the artistic experience carried

19   out by modern artists over the last century?

20      A.     There is no consensus among art critics   12:09:15

21   on pretty much any issue.  For instance, I find

22   the Mona Lisa a fairly trivial object, and most

23   art critics would disagree with me.

24      Q.     Referring to page 5, paragraph 11.  The

25   first sentence begins, By the end of the 1960s,     12:10:02

```
                                              Page 96
 1                          Gopnik
 2    Andy Warhol had filled New York galleries with any
 3    number of projects that were clearly art.
 4              Why were these projects clearly art?
 5              MR. SPRIGMAN:  Objection, misstates    12:10:27
 6         this point only in part.
 7              But go ahead.
 8         A.    Within the context of that moment,
 9    there are expectations about what art might be in
10    that, you know, from let's say 1966, shall we say.  12:10:38
11    There were expectations of what you'd see in an
12    art gallery, and they fulfilled some of those
13    expectations.
14         Q.    You used the passive voice there,
15    "there were expectations."  Whose expectations are  12:10:56
16    you referring to?
17         A.    The expectations of the art world at
18    that moment.
19         Q.    And what was the art world at that
20    moment?                                           12:11:07
21              MR. SPRIGMAN:  Objection.
22         A.    That's a very hard question to answer.
23    I'm not sure I know the scope of it.  Well, at
24    that moment I'm referring specifically to a
25    sophisticated audience within New York.  That's    12:11:19
```

```
                                              Page 97
 1                        Gopnik
 2    the only people he was speaking to at that moment.
 3    So it would be people who went to galleries,
 4    talked about art, bought art, wrote about art.  He
 5    would have been unknown to many other communities.  12:11:37
 6         Q.    Referring to paragraph 38 on page 17,
 7    referring to the sentence towards the bottom of
 8    the paragraph which states --
 9         A.    38, it was?
10         Q.    38, yeah, 38, page 17.  And the          12:12:40
11    sentence a little bit -- the second-to-last
12    sentence where it states, It is almost impossible
13    to imagine that Hermès would have chosen to create
14    similarly fur-covered purses or uterus bags as
15    Rothschild's earlier Baby Birkin project, whether   12:13:03
16    in reality or as NFTs in the coming metaverse.
17              When you state "it is almost impossible
18    to imagine," who are you referring to there?
19         A.    I think anyone who's familiar with the
20    Hermès brand.                                       12:13:23
21         Q.    You describe fur -- the fur on
22    MetaBirkins as sheer absurdity.  What is absurd
23    about fur on a Birkin?
24              MR. SPRIGMAN:  Objection.
25         A.    Birkins I would say in their classic     12:13:46
```

```
 1                      Gopnik
 2    version are sleek objects, not objects -- I
 3    believe that I've seen versions of the fur-covered
 4    purses that, for instance, have camouflage on them
 5    that are brightly colored that are my -- almost    12:14:04
 6    anyone's estimation tacky.  I think Hermès tries
 7    to avoid tackiness.
 8         Q.    Would it change your opinion as to the
 9    sheer absurdity of fur on Birkins if Hermès has in
10    fact made fur-covered bags?                        12:14:31
11              MR. SPRIGMAN:  Objection.
12         A.    The specifics would be important, the
13    color of the fur, whether it covered the entire
14    bag or not, whether it looked as silly as Mason
15    Rothschild's fur-covered bags look.                12:14:42
16         Q.    Let me show you two exhibits we have
17    marked as Exhibit 186 and 187.
18              (Exhibit 186, examples of Birkin bags
19         with fur, marked for identification.)
20              (Exhibit 187, examples of Birkin bags
21         with fur, marked for identification.)
22         A.    I was given 26 as well.  Did you want
23    me to have 26 as well?
24         Q.    Oh, I apologize.  No.
25              (Pause.)                                 12:15:35
```

1                          Gopnik

2      this question that these bags have been marketed

3      and sold by Hermès.  If their bags have been

4      marketed and sold by Hermès, is it absurd for

5      Birkin bags to have fur on them?              12:17:08

6          A.    I'm sorry, I don't understand -- maybe

7      just because I'm not a lawyer -- what you mean by

8      "if."  They either were or they weren't, and I'm

9      not clear.  The answer is different depending

10     whether they were or weren't.                 12:17:21

11         Q.    I'm asking you to assume they were.

12         A.    To assume --

13         Q.    As an expert witness, I can ask you to

14     make assumptions.  I can ask for hypothetical

15     questions.                                    12:17:30

16             MR. SPRIGMAN:  I'm going to raise an

17         objection.  Is there a time frame for the

18         marketing, since we're asking him to assume

19         something that is a fashion item and that goes

20         in and out of fashion?                    12:17:36

21             MR. FERGUSON:  You can state your

22         objections.  I'm going to ask my question.

23             MR. SPRIGMAN:  Okay.  Good.

24         A.    Why don't you read it to me again, just

25     so I'm very clear on it.                       12:17:47

```
 1                      Gopnik
 2            (Record read.)
 3      A.    It's a complicated question.  Yes, I
 4   would say it is absurd for Birkin bags to have fur
 5   on them.                                  12:18:31
 6      Q.    Does the opinion you just expressed
 7   reflect a consensus of art critics?
 8            MR. SPRIGMAN:  Objection.
 9      A.    There would be no consensus of art
10   critics around fur-covered Birkin bags.  My guess  12:18:41
11   is I'm the only art critic who's ever encountered
12   the question of fur-covered Birkin bags.
13      Q.    Your statement that fur on a MetaBirkin
14   is a sheer absurdity, does that reflect the
15   consensus of art critics?                  12:19:04
16      A.    Again, they would be unlikely to have
17   encountered it as an issue in their art criticism.
18   I would imagine that it would -- that many of them
19   would form the same opinion as me.  I'm just of
20   course guessing at their opinions.         12:19:19
21      Q.    You say that many -- you imagine that
22   many would form the same opinion as you.  Do you
23   also imagine that there are those who would not
24   form the same opinion as you?
25      A.    There always are art critics who form  12:19:35
```

```
                                            Page 102
 1                      Gopnik
 2   different opinions from other art critics.
 3       Q.    Are -- I'm sorry, I didn't let you
 4   finish.
 5       A.    I think I did.                   12:19:44
 6       Q.    Are those the critics that are
 7   ignorant?
 8             MR. SPRIGMAN:  Objection.
 9       A.    Some of them might be ignorant.  Some
10   of them might be very intelligent and also wrong.  12:19:52
11       Q.    Referring you now to page 17 of your
12   report.
13       A.    Hang on.  I've got so many documents.
14   Here we go.
15       Q.    I apologize, I have the wrong page.   12:20:42
16             Referring to page 16, paragraph 36, the
17   first sentence.  I'm referring to the first
18   sentence, which states --
19       A.    I'm sorry, did you say 37 or 36?
20       Q.    36.                              12:21:09
21       A.    36, sorry.
22       Q.    I'm referring to the first sentence,
23   which states, At its most basic, the title
24   MetaBirkins does what titles in art most commonly
25   do:  It indicates the subject of the artwork.   12:21:21
```

```
 1                         Gopnik
 2       A.    I hope so.
 3       Q.    Does that definition appear in any
 4   texts that you consider authoritative?
 5             MR. SPRIGMAN:  Objection.          01:18:58
 6       A.    I have to admit it has never occurred
 7   to me to look for a definition of art in an
 8   authoritative text.  I've been studying art for 25
 9   years, and I feel that I have enough experience to
10   understand it.  It is extremely difficult to      01:19:10
11   understand, so everyone will have to arrive at a
12   definition that makes sense, because it's such a
13   thorny question.
14       Q.    Have you ever heard the expression "art
15   is in the eye of the beholder"?                  01:19:24
16       A.    One of the sillier expressions I've
17   ever heard.
18       Q.    I think I know the answer to this
19   question.  Do you agree with that statement?
20       A.    That art is in the eyes of the         01:19:36
21   beholder?
22       Q.    Art is in the eye of the beholder.
23       A.    I think it's a meaningless statement,
24   so I can't agree or disagree with it.  I'm not
25   sure what it means.                              01:19:47
```

1                          Gopnik
2          Q.    In your experience do different people
3      have different views of what they consider to be
4      art?
5                  MR. SPRIGMAN:  Objection.          01:20:04
6          A.    Yes, absolutely.  In the general
7      community, that's certainly true.
8          Q.    Could you elaborate on what you meant
9      by "general community" in your last answer?
10         A.    I was just trying to clarify my answer,  01:20:20
11     that I can't speak for every single human being on
12     the planet, and I'm fairly certain that there is
13     nothing in the world that everyone agrees on.  And
14     one of the things that they might not agree about
15     are art.                                        01:20:33
16         Q.    If two art critics disagree whether a
17     particular item is art, is there an agreed-upon
18     method in the art criticism profession for
19     resolving that dispute?
20         A.    No.  I think most sophisticated art    01:20:58
21     critics would think it was probably irresolvable.
22         Q.    Do you have a definition of business
23     art?
24         A.    Yes.
25         Q.    What is your definition of business    01:21:19

```
 1                      Gopnik
 2   art?
 3        A.    Business art is art that engages
 4   directly and powerfully with -- for want of a
 5   better word, with business, with commerce, with a   01:21:31
 6   wide range of activities that on the face of it
 7   normally might seem as being essentially about
 8   finances and commodities but in fact when
 9   introduced into the discourse of art seem to have
10   a richer set of resonances.  It's a way of using   01:21:46
11   art to look at the world of finance and business
12   by participating in it to a certain extent.
13            I'm sorry, it's a long-winded answer.
14        Q.    Are there times when people participate
15   in the world of finance and business and they're   01:22:04
16   not engaging in business art?
17        A.    Yes.
18        Q.    How can you tell whether someone is
19   engaging in business art or not?
20        A.    Through a larger set of contextual   01:22:16
21   clues that tell you, oh, this might be worth
22   looking at as an artistic activity; for instance,
23   in the case of Andy Warhol, because he's generally
24   regarded as an artist and presents himself as an
25   artist.                                            01:22:32
```

                              Gopnik

1

2        Q.    What are other contextual clues that

3   let you know that business or financial activity

4   is in fact business art?

5        A.    I'd put it the other way around.  There  01:22:51

6   are often cues that tell you that there's

7   something that reminds you of art in this activity

8   that might otherwise seem to be business.

9             It goes both ways.  There are things

10  that seem at first glance to be art but then have  01:23:03

11  a business component and things that have a

12  business -- seem essentially business that then

13  have an artistic component.

14            Either way you can be in the face

15  business art.                                      01:23:17

16       Q.    Is the definition of business art that

17  you've provided generally accepted among art

18  critics?

19            MR. SPRIGMAN:  Objection.

20       A.    My definition was so, I'm sorry, but    01:23:26

21  loosely phrase that'd it's hard to say if -- it's

22  not like defining the meaning of a word in one

23  sentence.  I think there'd be consensus that

24  there's a phenomenon where artists interact with

25  commerce and it's an important concept.            01:23:45

Page 120

                           Gopnik

1

2            So, yes, in that sense people would

3    recognize that set of phenomenon, perhaps not a

4    particular wording in a particular one-sentence

5    definition.                                    01:23:55

6        Q.   Are there any books or articles that

7    you're aware of that contain a definition of

8    business art that you agree with?

9        A.    It's not a normal practice in the world

10   of art to begin with a kind of definition like   01:24:10

11    that.  There are certainly books about the

12   practice that go on at some length about the range

13    of practice.  There have been exhibitions and

14   books that are about this practice.

15            It would be unusual for someone like me  01:24:24

16   to say, Now I'm going to give you a definition of

17   the thing about which I'm speaking.

18       Q.   Are there no books or articles that

19   you're aware of that contain a definition of

20   business art that you agree with?               01:24:41

21            MR. SPRIGMAN:  Objection.

22       A.    I do not know of any that contain a

23   definition of business art because, as I say, that

24   would be unusual in the rhetorics of art

25   discourse.  That's just not what you do.  So it    01:24:54

```
                                              Page 121
 1                        Gopnik
 2    would surprise me if there was someone who said, I
 3    am now going to give you a definition of business
 4    art.  That would seem lame within the context of
 5    the -- the social context of art history.      01:25:03
 6             I should say I'm excluding here the
 7    things that I've written where I discuss business
 8    art, which I tend to agree with.
 9        Q.    Fair enough.
10             Do you agree with the statement that   01:25:24
11    business art is the step that comes after art?
12        A.    No.
13        Q.    You don't agree with that statement?
14        A.    No.
15        Q.    Is that a statement that Andy Warhol  01:25:35
16    made?
17        A.    It is a statement attributed to Andy
18    Warhol.
19        Q.    Okay.
20             And is it your understanding that he   01:25:45
21    didn't in fact make that statement?
22        A.    With Andy Warhol unfortunately it's
23    very hard to tell what he said and what he didn't,
24    because there's usually a -- his art was
25    collaborative in the extreme.  So there's often a  01:25:57
```

```
                                        Page 122
 1                      Gopnik
 2    team of people working on any of his projects,
 3    including his literary projects.  His texts are
 4    often meant to mislead and to confuse as well.
 5         Q.    Do you have a belief as to whether Andy   01:26:18
 6    Warhol made the statement that business art is the
 7    step that comes after art?
 8         A.    It is present in texts that bear his
 9    name.
10               I'm sorry if I'm being difficult about   01:26:30
11    this.  But figuring out what Andy Warhol meant or
12    said is complicated.
13         Q.    Understood.
14               Although you've spent as much time what
15    Andy Warhol meant or said as just about anyone out  01:26:43
16    there.
17         A.    That's why it takes so long, because
18    it's complicated.
19         Q.    And in your research have you drawn any
20    conclusions as to whether Andy Warhol made the      01:26:51
21    statement that business art comes after art?
22         A.    My conclusions about that statement was
23    that it was actually component in his business art
24    practice.
25         Q.    And what do you mean that it's a         01:27:11
```

```
 1                          Gopnik
 2    component in his business art practice?
 3         A.    That is, Andy Warhol being a kind of a
 4    trickster needed to pretend to be done with art in
 5    order to become this new thing called a business    01:27:20
 6    artist.  So by saying it's the step that comes
 7    after art, he was saying that -- well, there's two
 8    things he was saying.  One is that it's the latest
 9    step in art, it comes after art because
10    traditional art was dead.  In other words, he was   01:27:36
11    saying this is a knew avant-garde practice.
12              But he had to also present himself in
13    part as a businessperson, someone who was no
14    longer making art, in order for his business art
15    to have its maximum resonance and complexity, and   01:27:47
16    he did that reliably thereafter.
17         Q.    Is making money an example of business
18    art?
19         A.    Not in every case, no.
20         Q.    Can making money be an example of        01:28:15
21    business art?
22              MR. SPRIGMAN:  Objection.
23         A.    Yes.
24         Q.    In what circumstances is making money
25    an example of business art?                         01:28:22
```

Page 124

                              Gopnik

1

2       A.      When it's incorporated into a practice

3   that where contextually you realize it has

4   resonance in -- when I was talking about the

5   definition of art, when it seems to have larger      01:28:35

6   resonance is something that can be discussed

7   outside of functional circles when it seems to

8   have a larger, I'm sorry to use the word, artistic

9   resonance, when there are clues that tell you

10  that's a useful way of considering it.                01:28:48

11      Q.      What are the clues that tell you that

12  making money is business art?

13      A.      When it seems to -- with that

14  particular act of making money seems to be part of

15  a transition that's a business art transition;       01:29:06

16  when it gets extra resonance in relationship to

17  history of other practices that are like business

18  art that involve those same sense of issues; when

19  there are contextual clues that tell you, wait a

20  minute, maybe this isn't straightforward, maybe I    01:29:23

21  need to think of this as a meta practice rather

22  than someone simply trying to make money.

23      Q.      Are special training and qualifications

24  required to identify whether something is business

25  art or not?                                           01:29:43

1                              Gopnik

2          A.     Knowledge is required.

3          Q.     What is the knowledge that's required?

4          A.     You'd need to know something about the

5    history of art in general.  That's true of every    01:29:52

6    work of art.  To know if a painting is a work of

7    art or just a silly commodity, you will also need

8    to have background.  Many paintings are not works

9    of art.

10         Q.     What is the difference between a         01:30:07

11   painting that is a work of art and one that's just

12   a silly commodity?

13         A.     A painting that is a work of art, as

14   per the definition I had, is something that

15   actually invites contemplation about the nature of  01:30:26

16   art, the nature of society, the nature of all

17   sorts of things.  But it invites successful

18   contemplation, invites and repays successful

19   contemplation.

20         Q.     Is working a form of business art?      01:30:54

21              MR. SPRIGMAN:  Objection.

22         A.     In some cases it might be; in some

23   cases it might not be.  It's not true that all

24   work is business art.

25         Q.     And in what circumstances is working    01:31:08

1                          Gopnik
2       his goal is in making this claim, but obviously
3       not all work is art.
4            Q.    Do you agree with his statement that
5       good business is the best start?                01:32:54
6            A.    No, because I don't think that that is
7       in fact the gist of what he's actually doing, what
8       the work that sentence is doing.  This sentence is
9       a work of art and can only be understood in the
10      context of other works of art.  That's why I can't  01:33:12
11      either agree or disagree with it as a normal
12      statement that someone might make.
13           Q.    What context do you need to understand
14      that the sentence is a work of art?
15           A.    You need to understand the work of Andy  01:33:24
16      Warhol, the work of Marcel Duchamp, the work of
17      other artists working in what I call business art,
18      what is business art at this time in history.
19                 There's a set of contexts that make you
20      realize, oh, what Andy Warhol is doing here is not  01:33:37
21      a normal statement about the nature of the world,
22      and everyone knows that Andy -- everyone knew at
23      the time that Andy Warhol made statements that
24      didn't make normal kinds of sense, because Andy
25      Warhol is an artist.                            01:33:49

```
                                            Page 128
  1                        Gopnik
  2        Q.    Do you need specialized background and
  3    training to understand that Andy Warhol is not
  4    making a normal statement here?
  5        A.    Yes.                              01:34:20
  6        Q.    And what's the background and training
  7    you need?
  8        A.    I don't know that you need any
  9    training.  You need to understand a lot about art
 10    and how art works.  And that's true to understand  01:34:27
 11    any work of art.
 12        Q.    Is creating a corporation business art?
 13             MR. SPRIGMAN:  Objection.
 14        A.    It can be.
 15        Q.    In what circumstances is creating a      01:34:53
 16    corporation business art?
 17        A.    If it is done in a context where
 18    there's sufficient cues to let you know that in
 19    fact a more interesting way of looking at it, a
 20    forta [phonetic] way of looking at it, would be    01:35:07
 21    from an artistic point of view rather than not.
 22        Q.    Do you need specialized training or
 23    education to recognize these cues that you just
 24    referred to?
 25        A.    Again, not training, but you need to     01:35:17
```

Page 129

Gopnik

1
2     understand what art is and how it works.
3          Q.    How do you get this understanding of
4     what art is and how it works in order to see these
5     cues?                                           01:35:29
6          A.    You look at a lot of art, you think
7     about a lot of art, you read about art, you
8     immerse yourself in the world, in this case, of
9     twentieth century art, in this case a particular
10    part of twentieth century art.  Again, that's true  01:35:40
11    of every piece of sculpture and painting of the
12    entire history of western art.
13         Q.    Can the public sale of works at an
14    auction be art?
15               MR. SPRIGMAN:  Objection.           01:36:02
16         A.    They can be.  They rarely are, but they
17    can be.
18         Q.    And in your report on page 13, you give
19    an example of an auction conducted by Damien
20    Hirst; is that correct?                         01:36:19
21         A.    That is correct.
22         Q.    Referring to paragraph 28.  And that
23    art auction, the act of the auction was art?  Is
24    that what you're saying?
25         A.    Yes.                                01:36:34

1                          Gopnik

2       Q.    Did you need specialized training or

3    experience to recognize that the act of that

4    auction was art?

5       A.    You do not need specialized training,    01:36:48

6    but you need general experience of the nature of

7    contemporary art and of twentieth century --

8       Q.    Do you need to immerse --

9             MR. SPRIGMAN:  Wait a second.

10      Q.    I didn't read realize you hadn't         01:37:00

11   finished.  I'll stop.

12            Do you need to immerse yourself in the

13   world of contemporary art to recognized that

14   Damien Hirst's auction in September of 2008 was

15   business art?                                     01:37:14

16      A.    Yes.

17      Q.    Do you know if there is a consensus

18   among art critics as to whether the activities we

19   just talked about -- creating a corporation,

20   public sale of works -- is there a consensus as to  01:37:43

21   whether those activities can be art?

22            MR. SPRIGMAN:  Objection.

23      A.    Again, there's no consensus among art

24   historians about anything, including whether the

25   Mona Lisa is art, so there cannot be a consensus   01:38:00

```
 1                         Gopnik
 2    on this either.
 3         Q.    One last activity I wanted to ask you
 4    about.  Can investing money in the stock market be
 5    business art?                                  01:38:11
 6         A.    Yes, there are important cases of that
 7    that have been documented.
 8         Q.    In what circumstance was investing
 9    money in the stock market business art?
10         A.    There was a work I believe in 1968 or  01:38:22
11    '69, several works, in fact, which were shown in
12    an exhibition, and I think one of the was shown at
13    the Whitney Museum of Art, that involved
14    specifically that activity.
15         Q.    As a nonspecialist looking at a       01:38:42
16    business activity, how do I determine whether
17    something is -- that activity is business or
18    business art?
19               MR. SPRIGMAN:  Objection.
20         A.    You would have to look at -- well, as a  01:38:56
21    nonspecialist, as I said, a nonspecialist has no
22    sense of art.  Most cultures don't have a concept
23    of art.  You already have to know a great deal of
24    contextual information, contextual clues, to
25    understand a painting is art.  It's not a category  01:39:13
```

```
                                          Page 132
 1                         Gopnik
 2    that exists in most cultures.
 3              In this particular subgroup, you have
 4    to have knowledge of the history of business art,
 5    for instance.  You'd have to have knowledge of      01:39:22
 6    other examples of business art.  You would need to
 7    understand those cues in order to understand what
 8    you're confronting.
 9        Q.    Were you aware that Elon Musk has a
10    business that sells flame throwers?                 01:39:56
11        A.    I'm not sure.  I think I vaguely heard
12    of that, but I'm just not sure.
13        Q.    Is that business activity business art?
14        A.    I imagine it probably isn't, because --
15    but I haven't studied it enough to be sure.  It     01:40:15
16    could be he has a freelance activity as a business
17    artist on top of his activity as a businessperson.
18        Q.    What additional information would you
19    need to determine if Elon Musk is engaging in
20    freelance activity as a business artist?            01:40:36
21        A.    I'd have to see how it is being
22    perceived in the culture, the kind of social and
23    cultural context it was being presented in,
24    whether it seemed -- his statements might be
25    relevant or might not be relevant.  He could lie,   01:40:51
```

Page 160

                              Gopnik

1
2        A.    I am obviously speaking widely
3   metaphorically here, and in writing this I'm sure
4   I didn't think through it in great detail.  I was
5   trying to conjure an image.                    02:29:23
6             But I assume that a certain kind of
7   traditional Catholic once upon a time would have
8   distinguished between Crowns of Thorns that were
9   on Jesus's head at some point versus one that had
10  been made later.  But since I'm not at all      02:29:39
11  convinced there was a Crown of Thorns on Jesus's
12  head, it's an obviously very figurative way of
13  speaking.
14       Q.    And in the example you gave, the one
15  that was made later was the counterfeit?        02:29:58
16       A.    Yes, correct.
17       Q.    I'd like to --
18       A.    I want to clarify, I was speaking
19  metaphorically.
20       Q.    Okay.                                02:30:16
21            I'd like to show you a document that
22  has been previously marked as Exhibit 6.
23            MR. SPRIGMAN:  I want one of these.
24            THE WITNESS:  Yeah, I think they're
25       great.                                     02:31:01

```
                                              Page 161
 1                         Gopnik
 2            (Pause.)
 3      Q.    Have you seen this document before
 4   today?
 5      A.    I've not, no.                      02:31:18
 6      Q.    Have you seen the shirt depicted in
 7   the -- the large shirt depicted on the first page
 8   of this document before today?
 9      A.    I don't believe I ever have, no.
10            When you say "large," is that a     02:31:37
11   normal -- is not a normal shirt?
12      Q.    Because there was a small blue shirt in
13   the bottom corner, I was referring to the large
14   white red shirt in the center of the page.
15      A.    Got it.                            02:31:59
16      Q.    Are you aware that Mason Rothschild
17   sold a line of classic collegiate apparel inspired
18   T-shirts for art and fashion students?
19            MR. SPRIGMAN:  Objection.
20      A.    I'm not aware of that.             02:32:11
21      Q.    I'd like you to assume in this question
22   that the Parsons T-shirt shown in this document
23   was created and sold by Mason Rothschild.  Is this
24   T-shirt art?
25            MR. SPRIGMAN:  Objection.          02:32:57
```

```
1                        Gopnik
2        A.    As with anything else, I really would
3    normally like to study it in greater detail.  But
4    my guess is that within the larger context of
5    Mason Rothschild, knowing about his MetaBirkins    02:33:08
6    project especially, this would very much seem to
7    indicate -- because he's touching on Central Saint
8    Martins Parsons, this would seem to set it within
9    an art world context.  It seems to be an
10   intervention in art world discourse.              02:33:25
11       Q.    Are you familiar with the Parsons
12   School of Design?
13       A.    I am.
14       Q.    Are you familiar with the logo -- let
15   me ask you, what is the Parsons School of Design?  02:33:48
16       A.    Parsons School of Design is part of the
17   New School in New York.  It's their design
18   component.  It's a venerable design school.
19       Q.    Are you familiar with the logo of the
20   Parsons School of Design?                          02:34:05
21             MR. SPRIGMAN:  Objection.
22       A.    I'm not.
23       Q.    I'm going to show you what we've marked
24   as Exhibit 194.
25             (Exhibit 194, printout from Wayback     02:34:21
```

```
                                          Page 202
 1                      Gopnik
 2   those other works.  In particular their pop art
 3   qualities make you think immediately of Warhol and
 4   his legacy.
 5       Q.    Is the fact that MetaBirkins were        03:30:58
 6   traded and what that trading means part of their
 7   status as business art?
 8              MR. SPRIGMAN:  Objection.
 9       A.    Yes, I would say they are.  The one --
10   one -- not the only one but one component in        03:31:13
11   business art is the way in which it actually
12   participates in the financial world, just like the
13   investors, the artists who invest in money as a
14   form of art as an artistic medium in the late
15   1960s.  That can be one component in business art.  03:31:27
16       Q.    How is trading NFTs as a form of art
17   different from trading NFTs as a commercial
18   activity?
19              MR. SPRIGMAN:  Objection.
20       A.    The actual trading -- it's -- let me      03:31:46
21   think if I can say this clearly to you.
22              The act of trading you could say is the
23   art supply.  So there are going to be people, for
24   instance, who might use oil paints to paint a wall
25   and they're not using it to make art.  Other        03:32:02
```

Page 203

```
 1                        Gopnik
 2    people use oil paints to paint important,
 3    interesting, philosophically complex objects.
 4              Similarly, the act of trading NFTs
 5    might be used as an art supply in business art.    03:32:13
 6    But as with many, many aspects of business art
 7    especially, there are also practices that have
 8    nothing to do with the art world.
 9              Obviously not every single transaction
10    on Wall Street is in fact participating in         03:32:24
11    business art, but some can be used as a medium, an
12    art supply for business art.
13        Q.    How can I tell whether the selling of
14    an NFT is a commercial transaction or business
15    art?                                               03:32:43
16        A.    You'd have to look at the larger
17    context.  For instance, you might choose to read
18    my report for this case and decide if it seems
19    credibly to participate in this larger discourse.
20              You might look at the way in which NFTs  03:32:56
21    have been discussed, in fact, as art, which is
22    quite important.  Because NFTs have sometimes
23    mistakenly discussed as art, the issue of art
24    automatically arises.
25              That's not true of looking at football  03:33:07
```

```
                                          Page 204
 1                      Gopnik
 2    games.  No one is talking about whether or not
 3    football games is art.  No one is having lawsuits
 4    about whether football games are art or not.  That
 5    is happening with NFTs.  Therefore the issue of    03:33:18
 6    art arises automatically.
 7         Q.   Why can't playing a football game be
 8    business art?
 9              MR. SPRIGMAN:  Objection.
10         A.   I didn't say it couldn't be.            03:33:35
11              The art world tends to have a limited
12    interest in football, however.
13         Q.   What?
14         A.   I said the art world has a limited
15    interest in football.                             03:34:04
16         Q.   Fair enough.
17              I show you what was --
18              MR. SPRIGMAN:  Jerry, we've been going
19         about an hour and how long? -- five minutes?
20              THE VIDEOGRAPHER:  13 minutes.          03:34:22
21              MR. SPRIGMAN:  An hour and 13 minutes.
22         Is now a good time for a break?
23              MR. FERGUSON:  Sure.
24              MR. SPRIGMAN:  Let's take ten minutes.
25              THE VIDEOGRAPHER:  We're going off the  03:34:30
```

Page 205

```
 1                    Gopnik
 2      record at 3:35 p.m.
 3           (Recess taken from 3:35 to 3:48.)
 4           THE VIDEOGRAPHER:  We're back on the
 5      record at 3:48 p.m.                      03:47:52
 6      Q.    Just one question I meant to ask you
 7   earlier:  Have you ever purchased an NFT?
 8      A.    No.
 9      Q.    Ever made steps towards purchasing an
10   NFT?                                         03:48:15
11      A.    No.  I should say that it would be
12   vaguely unethical for me to do so.  I don't
13   purchase art in general.  It's not considered, at
14   least in my world of art critics, correct to
15   purchase something upon which you're going to be  03:48:28
16   then giving your opinion and writing, et cetera.
17   That's not something I do.  I know certain people
18   do purchase things about which they're going to
19   give expert opinions, but I don't do that.
20      Q.    Okay.  I'm showing you -- this was    03:48:40
21   actually previously marked as Exhibit 57.  It was
22   a document produced by Mason Rothschild, 008859,
23   Bates number.
24           (Pause.)
25      Q.    Have you seen this before?           03:49:38
```

```
                                              Page 207
 1                        Gopnik
 2        Q.     And that this NFT is called
 3    MetaBirkins.
 4              Do you have an opinion whether based on
 5    those facts this NFT is a work of art?        03:51:23
 6              MR. SPRIGMAN:  Objection.
 7        A.     I can never have an opinion about
 8    whether something is a work of art based on such a
 9    limited set of facts.  It does seem to interact
10    with the other things that -- other Birkins I've  03:51:37
11    seen which in larger context do seem to be works
12    of art.
13        Q.     What else would you need to know about
14    this -- what's depicted in this exhibit in order
15    to determine whether it's a work of art?        03:51:59
16        A.     Well, among other things what I want to
17    do -- I guess I could do it right here.  It seems
18    to be one of the other MetaBirkins covered with a
19    sheet, which would actually indicate to me more
20    rather than less that it's participating in a     03:52:15
21    larger artistic project.
22              It seems to be riffing on other items
23    from the MetaBirkins repertoire.  And the pedestal
24    with a draped object on top of it very much refers
25    to statuary in the history of art.  The act of    03:52:34
```

```
 1                        Gopnik
 2   unveiling a statue is something that exists in the
 3   history of art.  So it seems very much to be part
 4   of that discourse.
 5             So, yes, the answer is I would say yes,   03:52:47
 6   it does seem to be understood in an artistic
 7   context.
 8        Q.    You talked earlier about how the
 9   digital files associated with NFTs can change.
10        A.    Yes, that's correct, can be changed.  I  03:53:16
11   don't think they usually change spontaneously.
12        Q.    Do you have any understanding as if at
13   any point since the MetaBirkin NFTs were first
14   offered for sale if the image associated with
15   MetaBirkins NFTs have changed?                       03:53:40
16             MR. SPRIGMAN:  Objection.
17        A.    There would be no way for me to know
18   that.  I would have to see the same digital file
19   at two periods of time and then do a forensic
20   analysis of whether a change had been made.          03:54:00
21   That's not part of my expertise.
22        Q.    I'm going to represent to you when the
23   MetaBirkin NFTs produced by Mason Rothschild were
24   first offered for sale that the images associated
25   with the NFTs looked like the image in Exhibit 57,  03:54:20
```

Page 209

```
 1                        Gopnik
 2    and then they subsequently changed to look like
 3    the image in Exhibit 206.
 4         A.    Sorry, 206.  206.  Looking like one or
 5    another of these?                             03:54:39
 6         Q.    Yeah.
 7         A.    I don't -- I'm not sure that your
 8    question is coherent or your claim is coherent.
 9    Are you saying that the same digital file was
10    altered, that one NFT pointed to -- I'm just    03:54:51
11    wondering -- this is just for information, is that
12    what you're claiming or saying?
13         Q.    What I'm saying to you is that the
14    digital file changed.
15         A.    Associated with a given NFT?          03:55:03
16         Q.    Yes.
17         A.    And someone's made that determination?
18         Q.    Yes.
19         A.    Fine.  I'll believe you.  I have no
20    evidence to that effect or not.  But if you're    03:55:13
21    going to assert that, that's fine.
22         Q.    So my question is at the time the
23    MetaBirkins NFTs looked like -- were associated
24    with images that looked like Exhibit 57 --
25         A.    Can I just clarify, I'm sorry --       03:55:31
```

```
                                        Page 210
 1                      Gopnik
 2       Q.    Yeah.
 3       A.    -- that each of -- that there were a
 4   set of NFTs that had digital images associated
 5   with them, all of which looked more or less like   03:55:41
 6   this?
 7       Q.    All of them looked like Exhibit 57,
 8   that's correct.
 9       A.    The then the image to which attached
10   was changed in all cases?                          03:55:51
11       Q.    Yes.
12       A.    Okay.
13       Q.    At the time the image associated with
14   the MetaBirkins NFTs looked like Exhibit 57, was
15   the name MetaBirkins an artistic comment on the    03:56:02
16   images?
17            MR. SPRIGMAN:  Objection.
18       A.    Yes, because the artwork did not
19   consist in the images at one point in time, just
20   as at the beginning of a movie the name might not  03:56:22
21   be relevant to what's happening at the beginning
22   of the movie, but by the end of it is.
23            I would say MetaBirkins is a project
24   that endured over time, and the title is a
25   reference to what it meant over time, not just at  03:56:35
```

Page 211

```
 1                        Gopnik
 2   that one moment.
 3        Q.    You describe the MetaBirkin projects as
 4   analogous to a movie.
 5              (Pause.)                              03:56:58
 6        Q.    If there are further changes in the
 7   images associated with MetaBirkin NFTs, could that
 8   impact your view as to whether the MetaBirkin
 9   project is business art?
10              MR. SPRIGMAN:  I'm going to object to    03:57:26
11         the foundation of any of this.
12        A.    It's largely irrelevant.  The specific
13   changes to the images don't have an effect
14   necessarily on whether it's business art or not.
15   Those are, as it were, aesthetic issues which      03:57:39
16   might or might not but probably wouldn't affect
17   their status or, for that matter, their function
18   as business art.
19        Q.    Are you saying that aesthetic issues
20   are not relevant to a determination of whether     03:57:53
21   something is business art?
22              MR. SPRIGMAN:  Objection.
23        A.    In many cases not directly relevant to
24   whether it's business art.  They might play a role
25   in the way it functions as business art, but they  03:58:05
```

```
 1                       Gopnik
 2     try to complicated or -- what's the right word? --
 3     make his financial situation more interesting.
 4              So various different activities he has
 5     are held by various firms, some of which I believe  04:26:46
 6     can go bankrupt without necessarily affecting his
 7     own finances.  So he's -- his practice, especially
 8     his business art practice, is disseminated among
 9     lots of different firms.
10              I believe Science is in charge of          04:27:00
11     selling different Damien Hirst projects, as part
12     of his business art, among other things.
13         Q.   And for any of his firms, does Damien
14     Hirst adopt the trademark of other companies?
15              MR. SPRIGMAN:  Objection.                  04:27:15
16         A.    His firms.  No.  He may have works --
17     he does have works of art that reference other
18     people's trademarks.  But, no, his firms do not.
19     I should say I believe he has works of art that
20     reference other trademarks.                         04:27:33
21              MR. SPRIGMAN:  So it's 4:27.  How long
22         have we've been on the record all together?
23              MR. FERGUSON:  If you want to take a
24         break now, I think I'm pretty close to being
25         done.                                           04:27:58
```

```
                                                Page 236
 1                        Gopnik
 2            MR. SPRIGMAN:  Yeah, I want to get the
 3       answer first, and then let's figure out what
 4       to do.
 5            THE VIDEOGRAPHER:  5 hours and 40      04:28:03
 6       minutes.
 7            MR. SPRIGMAN:  Okay.  How much longer
 8       do you think you have, Jerry, just out of
 9       approximate?
10            MR. FERGUSON:  I mean, I think if we   04:28:11
11       could take a break I could organize my notes.
12       I think I would have about ten minutes when I
13       got back.
14            MR. SPRIGMAN:  Let's do it.
15            MR. FERGUSON:  Okay.                    04:28:20
16            MR. SPRIGMAN:  Cool.
17            THE VIDEOGRAPHER:  We're going off the
18       record at 4:29 p.m.
19            (Recess taken from 4:29 to 4:42.)
20            THE VIDEOGRAPHER:  We're back on the    04:41:24
21       record at 4:42 p.m.
22       Q.    Is adopting the trademark of another
23    company business art?
24            MR. SPRIGMAN:  Objection.
25       A.    It might or might not be.              04:41:57
```

Page 237

1                          Gopnik

2          Q.     In what circumstances is adopting the

3     trademark of another company business art?

4                 MR. SPRIGMAN:   Objection.

5          A.     I would say that it would almost always  04:42:10

6     be a component in business art if business art is

7     at stake, that is, any artist who seemed to be

8     engaged in a business art project might or might

9     even -- I might say should adopt a trademark of

10    another company because it makes clear the stakes  04:42:26

11    involved, that he's edge gauging directly -- he or

12    she, I should say, is engaging directly with the

13    world of commerce.   It would be a good sign of

14    what's going on.

15                And it would also -- frankly one        04:42:38

16    purpose of business art in general is critical or

17    satirical, and it would piss off the people that

18    he's talking to and then they would probably do

19    things like sue him and increase the cultural

20    importance of the business art by virtue of the    04:42:51

21    attention paid to it, the mess it's caused, the

22    fuss it's caused.

23         Q.     Is taking actions that cause you to be

24    sued business art?

25                MR. SPRIGMAN:   Objection.              04:43:04

Page 238

1                           Gopnik

2          A.     They might or might not be, but they

3     might be a very useful and interesting component

4     in business art.

5          Q.     Did Andy Warhol adopt the trademark of    04:43:20

6     another company?

7                 MR. SPRIGMAN:  Objection.

8          A.     He certainly used the trademark of

9     another companies, and sometimes those other

10    companies were uncomfortable with that.  Sometimes  04:43:31

11    they were flattered by it.  And the same company

12    at one moment be flattered and another moment be

13    uncomfortable.

14         Q.     Did he ever adopt the trademark of

15    another company?                                    04:43:45

16                MR. SPRIGMAN:  Objection, vague.

17         A.     I don't know what that means, adopting.

18    Did he literally try to trademark another

19    company's extant trademark?  No.  But his works

20    certainly were presented as though he was using    04:43:53

21    that trademark.

22                And they did cause confusion, useful,

23    powerful confusion, that was part of the reception

24    in the art critical world.  That's one reason they

25    matter is because they confuse the difference      04:44:08

                                        Page 239

 1                        Gopnik

 2    between art and nonart.

 3         Q.    Is creating confusion regarding whether

 4    a trademark owner has authorized goods business

 5    art?                                          04:44:32

 6              MR. SPRIGMAN:  Objection.

 7         A.    I'd have to see a particular instance

 8    of it.  It might very well be.

 9         Q.    In --

10         A.    A component in business art.  Nothing  04:44:48

11    freestanding is or is not business art.  You'd

12    have to look at a larger set of art supplies that

13    go into a project to decide the extent to which

14    any one of them is necessary or interesting or

15    useful in determining creating that work of     04:45:02

16    business art.

17         Q.    Did you review the plaintiff's

18    complaint as part of the documents you reviewed in

19    preparing for your report?

20         A.    I did.                               04:45:15

21         Q.    Did you see the allegations that Elle

22    magazine and the New York Post and other

23    publications printed stories saying that

24    MetaBirkins were offered by Hermès?

25         A.    I don't remember your complaint in    04:45:30

                                                    Page 244

                              Gopnik

1

2              There's usually -- it takes a bunch of

3      different people to finally come up with something

4      out there.  I assume there's a technician to mount

5      just in charge of literally mounting them on        04:50:58

6      whatever server they're living on.

7          Q.    In your report you reference that you

8      had seen a number of documents that were -- that

9      have Rothschild Bates stamps.  That all appears on

10     page 3 of your report.                              04:51:13

11         A.    Yes.

12         Q.    A number of those documents you

13     reference -- in fact, I believe most if not all of

14     them -- involve communications with Mr. Rothschild

15     and Mark Design?                                    04:51:22

16         A.    Yes, that's right.

17         Q.    And do you have an understanding of the

18     role of Mark Design in creating the MetaBirkin

19     images associated with MetaBirkin NFTs?

20              MR. SPRIGMAN:  Objection.                  04:51:34

21         A.    Yes, his role in the production of

22     them, I'd say.

23         Q.    And what was his role in production?

24         A.    Well, I'd have to look at them in

25     detail.  He seemed to play several different       04:51:41

```
 1                           Gopnik
 2    roles.  He was in a rich, collaborative
 3    relationship.  He was functioning as a high-level
 4    studio assistant.  That's what studio assistants
 5    do.                                          04:51:53
 6        Q.    Is business art recognized as a genre
 7    in the field of art criticism?
 8              MR. SPRIGMAN:  Objection.
 9        A.    Yes, it goes by various different
10    names.  Most genres do.  It's also called commerce  04:52:49
11    by artist.  Some people might call it a branch of
12    relational aesthetics.  But it's well recognized
13    as a movement or component in the history of
14    contemporary art.  There have been exhibitions
15    about it; there are books about it.             04:53:04
16        Q.    Is commerce by artists the same thing
17    as business art?
18        A.    There is no specific definition of
19    business art or of commerce by artists.  There are
20    elaborate -- you know, there are a set of, as it    04:53:15
21    were, Venn diagrams.
22              Different people might have slightly
23    different ways.  That's true of minimalism, pop
24    art.  Name any kind of art you could name, and
25    there would be different ways of thinking about it  04:53:27
```

1                        Gopnik

2    and cases that would or would not be included by

3    different critics and historians.

4               These names are all heuristics.

5         Q.    What?                                  04:53:46

6         A.    These names are all heuristics, as a

7    way of coming to grips with varied practices.

8    They have something in common.

9         Q.    Do art schools teach a course called

10   business art?                                     04:54:10

11              MR. SPRIGMAN:  Objection.

12        A.    That's a good question.  They should.

13   I don't know if any of them do.  They might.  I

14   don't know the curriculum of all art schools.  I

15   would hope that someone does.                     04:54:20

16        Q.    Are you aware of any art school that

17   teach a course called business art?

18        A.    I'm not aware of the curriculum of art

19   schools, so I'm not aware of one.  But that

20   wouldn't surprise me.  I also don't -- I really   04:54:32

21   don't know what art schools teach and what they

22   don't.  I've never taught in an art school.

23              I would say that they almost certainly

24   do teach as part of the curriculum for conceptual

25   art.  It would be inconceivable that a course in  04:54:45