# Defendant's Exhibit 503

We use our own and third-party cookies to personalize your experience and the promotions you see. ✕
By visiting our website or transacting with us, you agree to this. To find out more, including which third-party cookies we place and how to manage cookies, see our privacy policy.



Membership    Reserve timed tickets

Plan your visit     What's on     Art and artists     Store



## Andy Warhol
*Campbell's Soup Cans*
1962

**On view**

MoMA, Floor 4, 412
The David Geffen Wing

When asked why he chose to paint Campbell's soup cans, Warhol offered a deadpan reply: "I used to have the same lunch every day, for twenty years, I guess, the same thing over and over again." That daily meal is the subject of this work consisting of thirty-two canvases—one for each of the flavors then sold by Campbell's—using a combination of projection, tracing, painting, and stamping. Repeating the nearly identical image, the canvases at once stress the uniformity and ubiquity of the product's packaging and subvert the idea of painting as a medium of invention and originality.

Gallery label from 2020

**Andy Warhol has 256 works online.**

**There are 2,411 paintings online.**

**Additional text** ⌃

When asked why he chose to paint Campbell's soup cans, Warhol offered a deadpan reply: "I used to have the same lunch every day, for twenty years, I guess, the same thing over and over again." That daily meal is the subject of this work consisting of thirty-two canvases—one for each of the flavors then sold by Campbell's—using a combination of projection, tracing, painting, and stamping. Repeating the nearly identical image, the canvases at once stress the uniformity and ubiquity of the product's packaging and subvert the idea of painting as a medium of invention and originality.

Gallery label from 2019

"I don't think art should be only for the select few," Warhol said. "I think it should be for the mass of the American people." Like other Pop artists, Warhol used images with wide appeal: comic strips, advertisements, photographs of rock-music icons and movie stars, and tabloid news shots. In *Campbell's Soup Cans* he reproduced an object of mass consumption in the most literal sense. When he first exhibited these canvases—there are thirty-two of them, the number of soup varieties Campbell's then sold—each one simultaneously hung

from the wall, like a painting, and stood on a shelf, like groceries in a store. The artist referred to them affectionately as "portraits."

Warhol made these paintings in a systematic multistep process. First he delineated each can with pencil on canvas. Next he painted the can and label by hand, using a light projector to superimpose the lettering directly onto the canvas, then tracing its form. Repeating the nearly identical image at the same scale, the canvases stress the uniformity and pervasiveness of the Campbell's can, thereby challenging the prevailing idea of painting as a medium of invention and originality distinct from popular culture. The Campbell's label, which had not changed in more than fifty years, was unremarkable and ubiquitous. Warhol later said of Campbell's soup, "I used to drink it. I used to have the same lunch every day, for twenty years, I guess, the same thing over and over again."

Publication excerpt from *MoMA Highlights: 375 Works from The Museum of Modern Art, New York* (New York: The Museum of Modern Art, 2019)

▶ **Audio from the playlist *Collection 1940s–1970s***
2 minutes

▶ **Audio from the playlist Kids**
2 minutes

▶ **Audio from the playlist Verbal Descriptions**
5 minutes



Andy Warhol's Art of Self-Promotion
A Piece of Work
22:15
WNYC

Medium
Acrylic with metallic enamel paint on canvas, 32 panels

Dimensions
Each canvas 20 x 16" (50.8 x 40.6 cm). Overall installation with 3" between each panel is 97" high x 163" wide

Credit
Partial gift of Irving Blum Additional funding provided by Nelson A. Rockefeller Bequest, gift of Mr. and Mrs. William A. M. Burden, Abby Aldrich Rockefeller Fund, gift of Nina and Gordon Bunshaft, acquired through the Lillie P. Bliss Bequest, Philip Johnson Fund, Frances R. Keech Bequest, gift of Mrs. Bliss Parkinson, and Florence B. Wesley Bequest (all by exchange)

Object number
476.1996.1-32

Copyright
© 2023 Andy Warhol Foundation / ARS, NY / TM
Licensed by Campbell's Soup Co. All rights reserved.

Department
Painting and Sculpture

# Installation views

We have identified these works in the following photos from our exhibition history.



*Andy Warhol: A…*
Feb 6–May 2, 1989



*High and Low: Modern Ar…*
Oct 7, 1990–Jan 15, 1991
1 other work identified



*High and Low: Modern Ar…*
Oct 7, 1990–Jan 15, 1991



*Making Choices*
Mar 16–Sep 26, 2000
2 other works identified



*Open Ends*
Sep 28, 2000–Mar 4,…



*To Be Looked At: Paintin…*
Jul 3, 2002–Sep 6, 2004



*To Be Looked At: Paintin…*
Jul 3, 2002–Sep 6, 2004
3 other works identified



*To Be Looked At: Paintin…*
Jul 3, 2002–Sep 6, 2004



*To Be Looked At: Paintin…*
Jul 3, 2002–Sep 6, 2004
5 other works identified



*Painting & Sculpture II*
Nov 20, 2004–Aug 5,…
2 other works identified



*On to Pop*
Sep 29, 2010–May 9, 2011



*On to Pop*
Sep 29, 2010–May 9, 2011
2 other works identified



*On to Pop*
Sep 29, 2010–May 9, 2011
1 other work identified



*On to Pop*
Sep 29, 2010–May 9, 2011
2 other works identified



*On to Pop*
Sep 29, 2010–May 9, 2011
2 other works identified



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015
16 other works identified



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015
3 other works identified



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015
1 other work identified



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015
2 other works identified



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015
1 other work identified



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015



*Andy Warhol: Campbell's…*
Apr 25–Oct 18, 2015


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015
8 other works identified


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015
6 other works identified


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015
6 other works identified


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015
6 other works identified


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015
1 other work identified


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015
5 other works identified


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015
11 other works identified


*Andy Warhol:* Campbell's...
Apr 25–Oct 18, 2015
2 other works identified


*412: From Soup Cans to...*
Fall 2019–Fall 2020
10 other works identified


*412: Domestic Disruption*
Ongoing
6 other works identified


*412: Domestic Disruption*
Ongoing
2 other works identified


*412: Domestic Disruption*
Ongoing
4 other works identified

How we identified these works ⌄

Licensing ⌄

Feedback ⌄

About us        Support        Research and learning        Magazine        Log in

MoMA
11 West 53 Street, Manhattan
Open today, 10:30 a.m.–5:30 p.m.

MoMA PS1
Visit MoMA PS1 in Queens
Free for New Yorkers





Art and ideas in your inbox

# MoMA

Privacy policy    Terms of use    Use high-contrast text

© 2023 The Museum of Modern Art