# Defendant's Exhibit 504

Get Tickets  Become a Member  Donate  Shop

**LACMA**

Visit | Art & Events | Learn | Initiatives | Support

Search Collections | Join or Login



© C. Herscovici/Artists Rights Society (ARS), New York

MY GALLERY   COMMENT   TAG   ORDER PHOTOGRAPHY*

\* Nearly 20,000 images of artworks the museum believes to be in the public domain are available to download on this site. Other images may be protected by copyright and other intellectual property rights. By using any of these images you agree to LACMA's Terms of Use.

### The Treachery of Images (This is Not a Pipe) (La trahison des images [Ceci n'est pas une pipe])

René Magritte (Belgium, 1898-1967)
Belgium, 1929
Paintings
Oil on canvas
23 3/4 × 31 15/16 × 1 in.
Purchased with funds provided by the Mr. and Mrs. William Preston Harrison Collection (78.7)
Modern Art

**Currently on public view:**
Broad Contemporary Art Museum, floor 3

Since gallery displays may change often, please contact us before you visit to make certain this item is on view.

**LABEL**

*The Treachery of Images (This is Not a Pipe)* is considered a Magritte masterpiece, a key Surrealist work, and an icon of modern art....

More...

**BIBLIOGRAPHY**

- Lash, Miranda. *Photorealism: Beginnings to Today: The Sydney and Walda Besthoff Collection*. New York: Scala Art Publishers; New Orleans: New Orleans Museum of Art, 2014.
- Arnason, H.H., and Marla F. Prather. *History of Modern Art: Painting, Sculpture, Architecture, Photography*. New York: Harry N. Abrams, 1998.

More...

---

About LACMA          Building LACMA          Sign up to receive emails
FAQ                  Press
Jobs                 Collator                 Subscribe
Host an Event        Unframed
My LACMA             Privacy Policy              

**Los Angeles County Museum of Art**
5905 Wilshire Blvd., Los Angeles, CA 90036
© MUSEUM ASSOCIATES 2023