# Defendant's Exhibit 510

Items Similar to *Glitter Birkin (22.5" x 30")*

View More





Tyler Shields
*Glitter Birkin (22.5" x 30")*
2018

$5,000

PURCHASE    MAKE AN OFFER

1 of 6

## More From This Seller

View All



Tyler Shields
Money ... , 2020
Price Upon Request

Tyler Shields
Gator Bir..., 2012
Price Upon Request

Tyler Shields
Money ... , 2020
Price Upon Request

Tyler Shields
Finding ... , 2019
Price Upon Request

Tyler Shields
Painted ... , 2021
Price Upon Request

## Shop By Artist



Roy Lichtenstein    Pablo Picasso    Slim Aarons    Josef Albers    Chuck Close    James Turrell



EXHIBIT
12