# Defendant's Exhibit 511

https://www.1stdibs.com/art/photography/color-photography/tyler-shields-money-birkin-56-x-72/id-a_10816022/ January 11, 2023 at 4:51 PM EST

Enjoy Free Shipping on Jewelry, Art, Fashion & Decor with code FREESHIP Exclusions apply, Details

Search | # 1stDIBS | log In | Sign Up

FURNITURE  LIGHTING  DECOR & GIFTS  ART  NFTS  JEWELRY & WATCHES  FASHION  WORLD OF 1STDIBS  SALE  AUCTIONS

**Items Similar to**
*Money Birkin (56" x 72")*

View More



Home / Art / Photography / Color Photography








# Tyler Shields
*Money Birkin (56" x 72")*
2020

**Price Upon Request**

[ REQUEST PRICE ]

**Shipping**: Rates vary by destination and complexity.
View Options

**Ships From**: Greenwich, CT

**Questions about this piece?**

Vetted Professional Seller   4.9 ★★★★★

[ ASK THE SELLER ]

1 of 4

## About

Series: Indulgence

Chromogenic Print on Kodak Endura Luster Paper

All available sizes and editions:

22.5" x 30"

30" x 40"

45" x 60"

Continue Reading

## Details

**Creator**
Tyler Shields (1982, American)

**Creation Year**
2020

**Dimensions**
Height: 56 in (142.24 cm)
Width: 72 in (182.88 cm)

**Medium**
Luster, Paper, Archival Ink, Archival Paper, Photographic Paper, C Print, Digital, Inkjet, Archival Pigment, Digital Pigment

**Movement & Style**
Contemporary

**Period**
2010-

**Condition**
New

**Gallery Location**
Greenwich, CT

**Reference Number**
1stDibs: LU2511081602 2

View Invoice

## Shipping & Returns

**Shipping**

1stDibs Buyer Protection Guaranteed

Free Shipping on Jewelry, Art, Fashion, Decor code FREESHIP Exclusions apply, Details
Rates vary by destination and complexity.
View Options

**Ships From:** Greenwich, CT

**Return Policy**
A return for this item may be initiated within 3 days of delivery.
See Details

If your item arrives not as described, we'll work with you and the seller to make it right. Learn More

## About the Seller

4.9  10 Reviews
Located in Greenwich, CT

**Gold Seller**
These expertly vetted sellers are highly rated and consistently exceed customer expectations.

Established in 2015
1stDibs seller since 2013
99 sales on 1stDibs
Typical response time: 1 hour

**Review Highlight** View All
October 2022 | North Carolina
Bradley: Gorgeous print! Excellent experience with the seller! Thank you so much!

### Message the Seller
◆ Gold  |  ● Seller is Online

**Name**

**Email**

**Ask a Question**
Send a message to this seller to request more details or discuss price.

SEND

I accept the 1stDibs' Privacy Policy and User Agreement, and understand that sharing contact information to purchase outside of 1stDibs is prohibited.

Already have an account? Log in

📞 Call seller through 1stDibs

## More From This Seller
View All


Tyler Shields
Painted Chanel ... , 2021
Price Upon Request


Tyler Shields
Painted Chanel ... , 2021
Price Upon Request


Tyler Shields
Painted Chanel ... , 2021
Price Upon Request


Tyler Shields
Painted Chanel ... , 2021
Price Upon Request


Tyler Shields
Warhol Paint Bru... , 2017
Price Upon Request

## You May Also Like


Ryan Rivadeneyra
Contemporary G... , 2013
$383


Roberta Fineberg
Tamed, Butterfly ... , 2017
$2,000


Roberta Fineberg
Hot-tie, Butterfly,... , 2017
$700


Roberta Fineberg
Butterfly Blue, C... , 2017
$1,600


Roberta Fineberg
Hot-tie, Butterfly ... , 2017
$1,200 Sale Price   20% Off

## Visually Similar
View All

    

| Priscilla Rattazzi | Tyler Shields | Tyler Shields | Tyler Shields | Tyler Shields |
|---|---|---|---|---|
| Pines, Hotel du ... , 2003 | Money Birkin (2... , 2020 | Money Birkin (6... , 2020 | Money Birkin (3... , 2020 | Money Birkin (4... , 2020 |
| Price Upon Request | Price Upon Request | Price Upon Request | Price Upon Request | Price Upon Request |

## Recently Viewed
View More



## The 1stDibs Promise
Learn More

- Expertly Vetted Sellers
- Price-Match Guarantee
- Buyer Protection
- Confidence at Checkout
- Exceptional Support
- Trusted Global Delivery

## More Ways To Browse

Gray Birkin   Birkin Gray   Color Birkin   Money Print   Money Photography   Woman Light   Color Moonlight   Skiing Waiters   Vintage Beauty And The Beast   Carmen De Vos Eris   Horst Twombly   Mod Girl

View All Popular **Color Photography** Searches

| CATEGORIES | TRADE | OUR COMPANY | CUSTOMER SUPPORT |
|---|---|---|---|
| Furniture | Trade Program | About Us | Get Help |
| Jewelry & Watches | | Press | Visit Support Center |
| Fine Art | **SELLERS** | Careers | 1stDibs Promise |
| Fashion | Seller Application | Investors | |
| Creators | NFT Creator Application | | |
| Questions & Answers | Seller Login | | |
| NFTs | Seller Directory | | |

