# Defendant's Exhibit 512





# 'HERMÈSS' BLACK

$3,800.00

Hermèss Black

Gold Hardware

Edition of AP (Artist Proof) + 3

Resin with an automotive paint finish

Sculptural object that features as a functional vase

19.5x16.5x11"

Add To Cart

