# Defendant's Exhibit 514



SHOP   BLOG   HERMES BLOG   CHANEL BLOG   LOUIS VUITTON BLOG   GUCCI BLOG
HERMES BIRKIN FOR SALE   HERMES KELLY FOR SALE   CHANEL FOR SALE   CONTACT   CART (0)
CELEBRITY BAGS   LUXEPEDIA   AUTHENTICATE   SELL   CONSIGN   SOURCE

September 22, 2019

# Barbara Segal - Artist of the Rare Stone "Birkin" Scuplture





For fashionistas everywhere, Barbara Segal is a person who is getting your attention with her amazing one of a kind sculptural artwork of iconic bags such as the "Birkin" bag. Each gorgeous piece of art Segal creates is made with rare and exquisite stones making each one different plus one of a kind.

I stumbled upon Barbara's artwork a while ago and I thought I saw a new Birkin bag that came out from Hermes, however that bag was not a bag indeed but an amazing sculpture that brings new life to iconic fashion luxury bags. For the collector who has everything, this would be a sculpture perfect for your closet or changing room.

These amazing sculptures comes in many different forms and sizes plus mediums. You can have rubies or gemstones on your Birkin or have it more plain in black marble accented with gold. I love that Segal has expanded into the iconic "Kelly" bag as a muse for her artwork as she has perfected it out of pink onyx! The color looks identical to the ever so rare "Pink Sakura" Hermes Kelly bag.





I love that she uses different mediums in her designs and especially the orange calcite "Birkin" bag or known as a the "HAMBAG" and also "Eye Candy". Her artwork is refreshing for the fashion world as the exclusivity and luxury of each sculpture has turned the heads of the fashion elite.





For all you Chanel lovers, Segal didn't forget you - she did an amazing piece of the iconic Chanel boy flap bag in white stone which weighs over 2000 pounds!  Its absolutely stunning and oh so special!


barbarasegal



I cannot wait to get one of these sculptures into my house as I just adore Barbara!


barbarasegal



You can see more of her work at www.BarbaraSegal.com and connect with her on social media @BarbaraSegal.

*\*\* Photos are from @BarbaraSegal Instagram.  \*\**



**COMMENTS (0)**                                                                 Newest First

Preview    **POST COMMENT…**

**PREVIOUS**

Louis Vuitton Multi Pochette Cross Body Bag

**NEXT**

Louis Vuitton X Exhibit in Beverly Hills, CA



ADVERTISE   CONTACT US





Collecting Luxury is not affiliated with, nor a licensed boutique of the brands we sell. Collecting Luxury guarantees that all of our products are authentic.

*Copyrighted 2022 by Collecting Luxury. All Rights Reserved.*

