# Defendant's Exhibit 515

**Hermes - Birkin Crocodile Bag** by marco brunori

~~$49~~ $34.30 Add to Cart

3D Model > fashion and beauty > apparel > fashion accessories > purse > handbag

3D Model > hermes birkin

|| PRODUCT DESCRIPTION ||

- Hermes Birkin Luxury Crocodile Bag high quality model (35cm version)

- Model created with 3ds Max 2010

- Native Max file setup with V-Ray renderer and V-Ray materials

|| PRESENTATION IMAGES ||

- Preview rendering made with V-Ray

- The lighting scene is not included with the model

|| SPECS ||

- The Max model created with polygonal geometry is setup with the TurboSmooth modifier, so that the resolution can easily be regulated:

TurboSmooth iterations=0 Polys: 15096 Verts: 7725
TurboSmooth iterations=1 Polys: 60384 Verts: 30533
TurboSmooth iterations=2 Polys: 241536 Verts: 121437

|| TEXTURES ||

1) hermes_birkin_crocodile_n = 4096x4096 (normal map)
2) hermes_birkin_crocodile_pink_d = 4096x4096 (diffuse map)

3D Model License: Standard Upgrade License >

*Editorial Uses Only*

CheckMate Pro Certified

FORMATS

NATIVE 3ds Max 2010 | V-Ray 2.20

3ds Max 2010 | Default Scanline

3D Studio FBX OBJ

birkin_crocodile_maps.rar

Free file format Conversions available >

3D MODEL SPECIFICATIONS

7,548 Polygons 7,725 Vertices

Polygonal Quads only Geometry

Textures Materials UV Mapped

non-overlapping Unwrapped UVs





