# Defendant's Exhibit 516



EXHIBIT 14