# Defendant's Exhibit 517

https://tomsachsrocketfactory.com/rocket/8/deez-nutz | January 11, 2023 at 4:54 PM EST

**Tom Sachs: ROCKET FACTORY**    HOME   HOW IT WORKS   COLLECTION   ROAD MAP   LAUNCH   MARKETPLACE   CONNECT

# ROCKET





## Deez Nutz

S/N: 2021.192.008
9 of 909 assembled rockets

**CONNECT WALLET**

## ATTRIBUTES

**Rocket Type**
Perfect Rocket
630 assembled rockets have this

**Flight History**
Launched
809 assembled rockets have this

**Nose Cone Brand**
Hermès
20 assembled rockets have this

**Body Brand**
Hermès
18 assembled rockets have this

**Tail Assembly Brand**
Hermès
20 assembled rockets have this

**Sticker(s)**
0

## TRANSACTION HISTORY

| Type | From | To | Amount | Date |
|---|---|---|---|---|
| Transfer | 0x170c…f5F4 | 0xF386…55FF | | Feb 11, 2022 |
| Transfer | 0x5b6a…8327 | 0x170c…f5F4 | | Aug 31, 2021 |
| Transfer | 0xB418…9fBa | 0x5b6a…8327 | | Aug 8, 2021 |

| Minted | 0x0000…0000 | 0xB418…9fBa | Aug 8, 2021 |

**GO TO MARKET PLACE**

About us

FAQs

Social Channels

Subscribe

Terms & conditions

Contact us

Privacy

Powered by **NFT Studios**

Email address