# Defendant's Exhibit 558
# Filed Under Seal