# Exhibit 10

PageVault

| | |
|---|---|
| Document title: | MetaBirkins on Twitter: "☐ https://t.co/3SfExAtKe6" / Twitter |
| Capture URL: | https://twitter.com/MetaBirkins/status/1483147778041647104?ref_src=twsrc^tfw |
| Page loaded at (UTC): | Fri, 13 Jan 2023 23:10:44 GMT |
| Capture timestamp (UTC): | Fri, 13 Jan 2023 23:14:24 GMT |
| Capture tool: | 10.18.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.125 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | pJhFWrqAq7xpbj4rwvkixj |
| User: | baker-nsamad |

PDF REFERENCE #:       aTrYDEznTcZCdzs3HoGeD3



Stella Lee @stellafoodies · Jan 17, 2022
good soup 🍲

**hepworth.eth** @thedanhepworth · Jan 17, 2022
Replying to @MetaBirkins
MetaSoup👀

**Hollywood** 🟢 @Hollywood_Kicks · Jan 17, 2022
Replying to @MetaBirkins
The right way to do it. Though the subtle simping for a free print made me lol

**MEGACRYPTMIC.eth** @megacryptmic · Jan 17, 2022
Replying to @MetaBirkins
BIRKIN BABYS WE GOT SOUP 🍲

**Snack Edition** @snackedition · Jan 18, 2022
Replying to @MetaBirkins
We're rooting for you @MetaBirkins

**GISELXFLOREZ** @GiselFlorez · Jan 19, 2022
Replying to @MetaBirkins



**Walmart Employee** @newtwintowers · Jan 26, 2022
Replying to @MetaBirkins
You are nothing like Andy Warhol tf.

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**
**MetaBirkins** @MetaBirkins    Follow
A digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness @Forbes, @BoF, @ELLEmagazine, @HYPEBEAST, @highsnobiety.

**What's happening**
NBA · Starts at 4:00 PM
Hawks at Pacers

Gaming · Trending
Gears 2

Entertainment · Trending
Mindy Kaling
7,238 Tweets

Trending in United States
Casio
404K Tweets

Sports · Trending
Sammy Watkins
1,080 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.
Log in   Sign up

