# Exhibit 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x
HERMÈS INTERNATIONAL AND HERMÈS OF PARIS, INC.,

                                        Plaintiff,

                                        Index No.:
                                        22-CV-00384-JSR

                    -against-


MASON ROTHSCHILD,


                                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - -x

               REALTIME DEPOSITION

                    OF

                NICOLAS MARTIN

      TAKEN ON:  August 30th, 2022

- - - - - - - - - - - -- - - - - - - - - - - - - - -x

Nicolas Martin
August 30, 2022

1

2                        I N D E X

3      WITNESS              EXAMINATION BY          PAGE

4      NICOLAS MARTIN       MR. MILLSAPS            13

5

6      NICOLAS MARTIN       MR. WARSHAVSKY          209

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Nicolas Martin
August 30, 2022

```
 1

 2              MARKED FOR IDENTIFICATION

 3     EXHIBIT           DESCRIPTION              PAGE

 4     Exhibit 1         Hermès' Amended           54

 5                       Complaint

 6

 7     Exhibit 2         Exhibit V, Hermès'        78

 8                       Amended Complaint,

 9                       Picture

10

11     Exhibit 3         Exhibit Z from            83

12                       Hermès' Amended

13                       Complaint, Image

14

15     Exhibit 4         Campbell Soup Cans,       86

16                       Andy Warhol, Images

17

18     Exhibit 5         Tom Sachs Image           95

19

20     Exhibit 6         Rocket Image, Tom         99

21                       Sachs website

22

23

24

25
```

Nicolas Martin
August 30, 2022

```
 1
 2                    MARKED FOR IDENTIFICATION
 3     EXHIBIT              DESCRIPTION              PAGE
 4     Exhibit 7           Partial Exhibit AE       115
 5                         from Hermès's
 6                         Amended Complaint,
 7                         Image
 8
 9     Exhibit 8           Exhibit AB to            119
10                         Hermès's Amended
11                         Complaint,
12                         Screenshots
13
14     Exhibit 9           Exhibit U to Hermès'     126
15                         Amended Complaint,
16                         Screenshot
17
18     Exhibit 10          Exhibit F to Hermès'     126
19                         Amended Complaint,
20                         Screenshot
21
22     Exhibit 11          Tyler Shields Black      180
23                         Birkin, Image
24
25
```

Nicolas Martin
August 30, 2022

1

2                    MARKED FOR IDENTIFICATION

3      EXHIBIT              DESCRIPTION              PAGE

4      Exhibit 12           Tyler Shields,           192

5                           Glitter Birkin,

6                           Image

7

8      Exhibit 13           BeckyRosa.com, Image     199

9

10     Exhibit 14            C.J. Hendry, Image       205

11

12     Exhibit 15           Turbosquid Product       215

13                          Listing

14

15     Exhibit 16           New York Post            223

16                          Article,

17                          September 4, 2016

18

19

20

21

22

23

24

25

Nicolas Martin
August 30, 2022

1

2                      REQUESTS FOR PRODUCTION

3

DESCRIPTION                              PAGE
4
Hermes research on U.S.                  151
5   general population
recognition of Birkin Handbag
6   design

7   Communications with Marco            222
Brunori and Turbosquid
8
Communication with Barbara               228
9   Ségal

10  Documentation of change in           283
revenue form the sales of
11  Birkin Handbags from 2021 to
2022
12

13

14

15

16

17

18

19

20

21

22

23

24

25

Nicolas Martin
August 30, 2022

1

2    ***************************************************

3    VIDEO-RECORDED REALTIME DEPOSITION of NICOLAS

4    MARTIN, held on August 30th, 2022, at 9:30 a.m.,

5    at BakerHostetler LLP, 45 Rockefeller Plaza, 10th

6    Floor, New York, New York 10020, was reported by

7    AMBRIA IANAZZI, a Registered Professional

8    Reporter, Certified Realtime Reporter, and

9    Certified Shorthand Reporter.

10   ***************************************************

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Nicolas Martin
August 30, 2022

```
1              A P P E A R A N C E S :

2      BAKERHOSTETLER LLP
            Attorneys for Plaintiffs
3           45 Rockefeller Plaza
            New York, New York 10111
4

5      BY:  OREN J. WARSHAVSKY, ESQ.
            owarshavsky@bakerlaw.com
6           LISA BOLLINGER GEHMAN, ESQ.
            lgehman@bakerlaw.com
7
            GERALD J. FERGUSON, ESQ.
8           gferguson@bakerlaw.com

9

10

11

12     LEX LUMINA PLLC
            Attorneys for Defendants MASON ROTHSCHILD
13          745 Fifth Avenue, Suite 500
            New York, New York 10151
14

15     BY:  RHETT O. MILLSAPS, II, ESQ.
            rhett@lex-lumina.com
16          CHRISTOPHER J. SPRIGMAN, ESQ.
            chris@lex-lumina.com
17

18

19

20     ALSO PRESENT:

21     GAIL WHEELER, ESQ., counsel for Hermès of Paris

22     VALENTINE  FATI,  in-house  counsel  Hermès

23     ROCCO MERCURIO, ROCCOMERCURIO79@gmail.com

24     DEBBIE O'TOOLE, Videographer

25
```

Nicolas Martin
August 30, 2022

1

2                          - o 0 o -

3

4            N I C O L A S   M A R T I N,

5        having been first duly sworn by a Notary

6    Public of the State of New York was examined and

7                    testified herein:

8

9                          - o 0 o -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    N. MARTIN

 2        in the world, including branded

 3        products?

 4                MR. WARSHAVSKY:  Objection to

 5        form.

 6                THE WITNESS:

 7            A.    Could you repeat?  I just

 8        want to make sure that I answer --

 9                MR. MILLSAPS:

10            Q.    Yes.  Is it --

11                 Does Hermès maintain that

12        artists in the United States do not

13        have a right to depict in their art

14        that -- things that exist around them

15        in the world, including branded

16        products?

17            A.    The question -- I say, no.

18            Q.    Okay.  And what -- in

19        what --

20                 Why do you say, no?

21                MR. WARSHAVSKY:  You asked a

22        "yes," or, "no," question.

23                (Simultaneous speaking.)

24                MR. MILLSAPS:  Yes, I'm asking

25        why is your answer "no" to that
```

Nicolas Martin
August 30, 2022

```
 1                          N. MARTIN
 2         question.
 3              THE WITNESS:
 4              A.    I say no because the way
 5         you raise the question was like if
 6         Hermès was acting against all use of
 7         its IP rights, without checking the
 8         circumstances, and whether there is
 9         brand consumer confusion; brand
10         erosion, harm to our goodwill.
11              MR. MILLSAPS:
12              Q.    Okay.
13                    I would like to go the next
14         exhibit.
15                    Well, first, have you heard
16         of Tyler Shields?
17              A.    I have heard so many names,
18         so it might be.
19              Q.    Okay.
20                    But the name Tyler Shields
21         doesn't ring a bell for you?
22              A.    It might be.
23              Q.    It might be?
24              A.    Yeah.
25              Q.    Does anything come to mind
```

Nicolas Martin
August 30, 2022

```
1                         N. MARTIN

2          when you think of the name Tyler

3          Shields?

4                 A.    Not now, but maybe.

5          Really, I've seen so many names.

6                 Q.    Okay.

7                 MR. MILLSAPS:  We'll mark this

8          as Exhibit 11.

9                 Yes, we'll mark this as

10         Exhibit 11, please.

11         (Whereupon, Tyler Shields Black  Birkin,  Image

12    was marked as Exhibit 11 for identification,  as  of

13    August 30th, 2022.)

14                Q.    Mr. Martin, I'm handling

15         you what we've marked as Exhibit 11.

16         You see here there's an image besides

17         the text "Tyler Shields Black Birkin"?

18                A.    Yes.

19                Q.    Have you seen this before?

20                A.    I don't remember having

21         seen this.

22                Q.    Okay.

23                And what does this image

24         depict?

25                MR. WARSHAVSKY:  Which image
```

Nicolas Martin
August 30, 2022

1                        N. MARTIN

2          are you referring to?

3                  MR. MILLSAPS:

4              Q.    The -- The center --

5                    The largest image there in

6          the center, right besides the "Tyler

7          Shields Black Birkin, 2021" with the

8          price of $5,000.

9                    That image directly to the

10         left of that text, what does that

11         depict?

12             A.    This one (indicating)?

13             Q.    That's right.

14             A.    You see a Birkin Bag.  At

15         the end, and the face of someone biting

16         the Birkin Bag.

17             Q.    And to you see a title for

18         this image here?

19             A.    This is a title -- Tyler

20         Shields.  Not -- Shields it's the name

21         of the -- I don't see it.

22             Q.    Well, reading the text

23         there, do you take one of those to be

24         the title of the piece?

25             A.    Black Birkin, you think?

```
1                        N. MARTIN
2           Q.    Okay.
3                 And who -- who is Tyler
4      Shields?
5                 Does this refresh your
6      recollection about who Tyler Shields
7      is?
8           A.    No.
9           Q.    And would you infer from
10     reading this that Tyler Shields is the
11     one who created this image that's being
12     sold here for $5,000?
13          A.    I guess it's her; I don't
14     know.
15          Q.    Okay.
16                Did Hermès give
17     authorization for Tyler Shields to
18     create this piece?
19          A.    Not that I know.
20          Q.    Did Hermès send Tyler
21     Shields a Cease and Desist Letter about
22     this piece?
23          A.    Not that I know.
24          Q.    What's the difference
25     between this piece and MetaBirkins in
```

Nicolas Martin
August 30, 2022

```
1                    N. MARTIN

2        terms of Hermès's decision whether or

3        not to send a Cease and Desist Letter?

4             MR. WARSHAVSKY:  I'm going to

5        object that I think we're beyond the

6        scope.

7             But the witness can go ahead

8        and answer.

9             THE WITNESS:

10            A.   I can't tell just by seeing

11       the picture.  I think when it took --

12       always to the -- all the circumstances.

13            MR. MILLSAPS:

14            Q.   Well, I'll represent to you

15       that what you're looking at is a PDF

16       printout of a listing on the

17       firstdibs.com website for this piece,

18       which is listed for sale for $5,000.

19                Do you consider this to be

20       art?

21            A.   I can't judge.

22            MR. WARSHAVSKY:  Objection to

23       form.

24            MR. MILLSAPS:

25            Q.   You can't say whether this
```

Nicolas Martin
August 30, 2022

```
1                         N. MARTIN
2        is art?
3                  Do you have any concerns
4        here that viewers on this website might
5        be confused as to whether or not this
6        is associated with Hermès?
7              A.    I don't know.  I would need
8        to see once again all the surrounding
9        circumstances.  Here you just showed a
10       picture with a name of someone I don't
11       know.
12             Q.    Well, what I'm --
13                  I just represented to you
14       that this is --
15                  This is currently on the
16       Internet, on firstdibs.com website; are
17       you familiar with Firstdibs?
18             A.    No.
19             Q.    Well, this is an image that
20       is for sale for $5,000 on the
21       firstdibs.com website.  And as you can
22       see here, the image has a title of
23       Black Birkin right next to it.  So it's
24       using the Birkin mark; is it not, here
25       on this page?
```

Nicolas Martin
August 30, 2022

```
 1                        N. MARTIN

 2              MR. WARSHAVSKY:  Objection.

 3              THE WITNESS:

 4         A.    What I'm trying to explain

 5    here is, is that it's not because there

 6    is a use of Birkin or the use of the

 7    trade dress Birkin, but there is a --

 8    necessarily an action from outside what

 9    used to be is the entire case, the

10    consumer confusion, the brand erosion

11    and to our goodwill.

12              MR. MILLSAPS:

13         Q.    And looking at this, do you

14    have any concerns about any of those

15    things, based on this?

16         A.    From my point of view,

17    using surrounding circumstances is a

18    very complex work, and I can't tell

19    just by seeing the picture that it's

20    a -- a piece of paper.

21         Q.    Well, if I'm representing

22    to you that this is being actively sold

23    right now, you can go on line and you

24    can buy this picture for $5,000.  And

25    it's called Black Birkin, and it
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN

2       depicts what you describe what it

3       depicts; do you have any concerns that

4       shoppers on this website might think

5       that this is associated with Hermès?

6            A.    I don't know.  I would like

7       to see the -- the entire case.

8            Q.    What else would you need to

9       know to make that determination?

10           A.    Is there a message?  Who is

11      she?  And all of the different elements

12      that we take into account.  Is it a

13      picture?  Is it -- There are so many

14      things.

15           Q.    What do you mean by "is

16      there a message"?

17           A.    Whether she explained what

18      is the picture about.

19           Q.    When you say "she," are you

20      referring to Tyler Shields here?

21           A.    Yeah.

22           Q.    Okay.

23                 I -- I think it's a man,

24      but -- So whether Tyler Shields has

25      explained what the picture is about?
```

Nicolas Martin
August 30, 2022

```
 1                    N. MARTIN

 2              MR. WARSHAVSKY:  Objection to

 3        form, and I'm going to maintain my

 4        objection to the line of questioning.

 5        I think it's well outside the scope.

 6              But the witness can answer.

 7              THE WITNESS:

 8         A.    That could be one of many

 9        elements that we take into account.

10              MR. MILLSAPS:

11         Q.    Okay.

12              What other elements would

13        you take into account?

14         A.    I'm sorry, but I can't tell

15        everything.  Each case is a

16        case-by-case basis.  If you look at

17        everything, it consumer -- consumer

18        confusion, whether there is a -- brand

19        erosion, whether there's dilution -- I

20        don't know, could we -- since we look

21        at everything --

22         Q.    Okay.

23              MR. WARSHAVSKY:  I just --

24        I'd also like to note that I think

25        there's a mistake in the transcription.
```

Nicolas Martin
August 30, 2022

1                    N. MARTIN

2          I think the Witness said "one of the

3          many elements," not "one of the main

4          elements," I think that's what you

5          referred to.

6                    THE WITNESS:  I think I did.

7                    MR. WARSHAVSKY:  Okay.  I'm

8          just going to try to move this closer

9          to you.

10                   MR. MILLSAPS:

11         Q.    So am I right that you

12         testified that there was just a matter

13         of a few days between when you became

14         aware of Metabirkins and when Hermès

15         sent a Cease and Desist Letter to

16         Mr. Rothschild?

17         A.    I don't know if it was a

18         few days; but yes, I think I said 30th

19         of November we discover.  And I think

20         we signed this letter on December 16th.

21         Q.    Okay.

22               So a matter of a couple of

23         weeks, give or take a couple of days.

24         Do you -- What --

25               How did you determine that

```
 1                      N. MARTIN

 2       designers.  There -- I believe there's

 3       more than one request, potentially; but

 4       I could identify those when I'm

 5       actually able to look at the requests.

 6              MR. WARSHAVSKY:  Okay.

 7       That's fine.

 8              THE WITNESS:

 9           A.    Could I just add something

10       to my response, more in relation with

11       this case?  It's a question was whether

12       we sought any Cease and Desist Letter

13       to is Tyler Shields in relation to this

14       case?

15           Q.    Yes.

16           A.    And the answer is not that

17       I know.

18           Q.    Okay.

19                 Have you ever sent Tyler

20       Shields a Cease and Desist Letter for

21       any reason?

22           A.    This I can tell because I

23       don't know enough to -- to determine

24       to -- in respect of what this brought

25       Tyler shields did something different
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN
2          from this in which case we elected --
3                 Q.    Okay.
4                       Have you heard of Becky
5          Rosa?
6                 A.    I don't remember, perhaps.
7                 Q.    Okay.
8                    MR. MILLSAPS:  We'll mark this
9          as Exhibit 13.
10         (Whereupon,  BeckyRosa.com,  Image  was  marked
11    as  Exhibit  13  for   identification,   as   of
12    August 30th, 2022.)
13                Q.    Mr. Martin, I'm handing you
14         what we've marked as Exhibit 13.  And
15         I'll represent to you that this is a
16         printout there r from the website
17         BeckyRosa.com.
18                      Have you seen this before?
19                A.    Not that I remember.
20                Q.    Have you seen any of Becky
21         Rosa's creations before that you can
22         remember?
23                A.    Not that I remember now.
24                Q.    Do you know what we're
25         looking at here on this page?
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN

2            A.    If I look at the

3       description, it says that is a -- and

4       it seems like a Birkin Bag like --

5               TRANSLATOR:  (Translating.)

6               A melting bag.

7            Q.    And do you see a title for

8       this piece?

9            A.    I anticipate or I guess

10      it's -- I guess it's Hermèss Black is

11      to us.

12           Q.    And did Hermès give

13      permission to Becky Rosa to use the

14      Hermès trademark here?

15           A.    Not that I know.

16           Q.    Did Hermès give Becky Rosa

17      permission to depict the Birkin Bag in

18      this product?

19           A.    Did we give permission?

20      Not that I know.

21           Q.    Okay.

22               Do you consider --

23               Well, do you see here that

24      this piece is being listed for $3800?

25           A.    I guess --
```

Nicolas Martin
August 30, 2022

```
 1                        N. MARTIN
 2            Q.    Do you consider this to be
 3       art?
 4                  MR. WARSHAVSKY:  Objection,
 5       same set of objections.  It's beyond
 6       the scope of the deposition.  It's
 7       irrelevant at this point and
 8       accumulative.
 9                  But you could go ahead and
10       answer.
11                  It calls for speculation.
12       There's still no definition of art.
13                  But go right ahead.
14                  THE WITNESS:
15            A.    I'm not an expert in art.
16                  MR. MILLSAPS:
17            Q.    Do you see any creative
18       expression here in this piece?
19                  MR. WARSHAVSKY:  Same
20       objections.
21                  THE WITNESS:
22            A.    Hard to say from the --
23       what the --
24                  TRANSLATOR:  (Translating.)
25            A.    The melting of the Birkin
```

Nicolas Martin
August 30, 2022

```
1                      N. MARTIN
2        Bag is something a little bit.
3               Q.    Do you --
4                     Do you see any connection
5        between the title of this piece and the
6        piece itself?
7               MR. WARSHAVSKY:   Same
8        objection.
9               Go ahead and answer.
10              THE WITNESS:
11              A.    There might with be one
12       with purpose, but it's unclear to me.
13              MR. MILLSAPS:
14              Q.    Do you recognize that
15       Hermès mark is being used with an extra
16       S added on the end of it here?
17              MR. WARSHAVSKY:   "Hermès
18       mark," you said?
19              MR. MILLSAPS:   Hermès.
20              MR. WARSHAVSKY:   Is that what
21       you said?
22              THE WITNESS:
23              A.    I see --
24              MR. WARSHAVSKY:   Objection.
25              You can answer.
```

Nicolas Martin
August 30, 2022

```
1                      N. MARTIN
2             MR. MILLSAPS:
3             Q.    I'm sorry.  Let -- Let's
4      ask a different question.
5                  Do you recognize that the
6      Hermès name is being used here with an
7      S added on to the -- the end of it?
8             A.    I see the Hermès trademark
9      here.
10            Q.    Okay.
11                 And so do you see then any
12     logical connection between the use of
13     the Hermès trademark in the title here
14     and the product itself?
15                 MR. WARSHAVSKY:  Same
16     objections.
17                 You could go ahead and answer.
18                 THE WITNESS:
19            A.    I can see a link because
20     it's black.  And the bag in the -- that
21     has been -- seems to be an -- an Hermès
22     Birkin Bag.
23            Q.    Okay.
24                 Did Hermès send Becky Rosa
25     a Cease and Desist Letter over this?
```

```
1                        N. MARTIN

2              A.    Over this, not that I know

3         of.

4              Q.    Has Hermès ever sent Becky

5         Rosa a Cease and Desist Letter?

6              A.    I would be asking for -- I

7         have been before.  I can't tell.

8              Q.    Okay.

9                    We would call for

10        production of any correspondence or

11        Cease and Desist Letters between Hermès

12        and Becky Rosa.

13                    MR. WARSHAVSKY:  Counsel, do

14        you have any reason to believe that a

15        Cease and Desist Letter went to any of

16        these people, or are you just making it

17        up?

18                    MR. MILLSAPS:  No, I'm just

19        asking.

20                    MR. WARSHAVSKY:  You could

21        imagine?

22                    MR. MILLSAPS:  Well, the

23        witness doesn't know, and I don't know,

24        so I'm saying if anything is there --

25                    MR. WARSHAVSKY:  Okay.  I
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN
2          see.
3                   MR. MILLSAPS:  We had a
4          discussion about how to search for
5          these things, and so I'm identifying
6          specific pieces that would be easy to
7          search for.
8                   MR. WARSHAVSKY:  Okay.
9          Noted.  I mean, depending if anything
10         exists we'll let you know.
11                  MR. MILLSAPS:  Okay.  We'll go
12         on to the next exhibit.  This, I
13         believe, will be Exhibit 14.
14         (Whereupon, C.J. Hendry, Image  was  marked  as
15     Exhibit 14 for identification,  as  of  August  30th,
16     2022.)
17                  Q.   Mr. Martin, are you
18         familiar with the name C.J. Hendry?
19                  A.   I told you so many names.
20         I'm not sure; I don't remember.
21                  Q.   So C.J. Hendry doesn't ring
22         a bell for you?
23                  A.   Just now.
24                  Q.   Okay.
25                  MR. WARSHAVSKY:  I think you
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN

2         asked if it "rings a bell" a few times,

3         can we just -- because it's an idiom

4         could you --

5                    MR. MILLSAPS:  Sure.

6                    THE WITNESS:  "Ring a bell."

7                    TRANSLATOR:  (Translating.)

8                    MR. WARSHAVSKY:  Could

9         refresh recollection.

10                   THE WITNESS:

11             A.    I don't know.

12                   MR. MILLSAPS:

13             Q.    Okay.

14                   I'm handing you what we've

15        marked as Exhibit 14.

16                   And have you seen this

17        before?

18             A.    I think I have seen this

19        before during the preparation of the --

20        of the -- of the deposition.

21             Q.    Okay.

22                   So, you found these sorts

23        of images to be relevant during the

24        preparation for your deposition?

25                   MR. WARSHAVSKY:  Objection,
```

Nicolas Martin
August 30, 2022

```
1                    N. MARTIN

2       mischaracterizes the witness's

3       testimony.

4               MR. MILLSAPS:

5               Q.    Why did you review this

6       image in preparation for your

7       deposition?

8               MR. WARSHAVSKY:  I'm going to

9       pause here and instruct the witness.

10              If you can answer without

11      revealing any discussion with counsel

12      to say that it's just about your

13      discussions with counsel, then I'm

14      going to instruct you not to answer.

15              THE WITNESS:

16              A.    I prefer not to answer.

17              MR. WARSHAVSKY:  No, you

18      can't answer.

19              MR. MILLSAPS:

20              Q.    Okay.

21              So I'm not going to ask you

22      about your discussions with counsel,

23      but I'm going to ask you:  When you

24      reviewed this, did you find it to be

25      relevant to this case, yourself?
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN

2            A.    To our case?

3            Q.    Yes.

4            A.    To the -- Hermès case?  No.

5            Q.    And why not?

6            A.    Because for me, it is -- It

7       is --

8                  It has no relation with the

9       MetaBirkin in the case we are.

10            Q.    Do you have an

11       understanding, apart from your

12       discussions with counsel, about why you

13       reviewed this to prepare for your

14       deposition?

15                  MR. MILLSAPS:  I asked

16       apart --

17                  MR. WARSHAVSKY:  Yeah, I

18       understand, but I'm not sure the

19       witness understands that.  If I could

20       just ask this.

21  EXAMINATION BY

22  MR. WARSHAVSKY:

23

24            Q.    Did you see this, other

25       than your discussions with us?
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN

2             A.    No.

3                  MR. WARSHAVSKY:  Then I'm

4        going ask not to -- instruct him not to

5        answer that question.

6    EXAMINATION BY

7    MR. MILLSAPS:

8    BY MR. MILLSAPS:

9             Q.    What does this image

10       depict?

11            A.    Sorry.  What is unclear to

12       me is whether the woman is part of the

13       image.

14            Q.    This is a photograph of a

15       woman looking at the image that we are

16       discussing.

17            A.    Okay.

18                 MR. WARSHAVSKY:  So you're

19       asking about the image, not including

20       the woman?

21                 MR. MILLSAPS:

22            Q.    I'm asking about the image

23       that the woman is looking at in this

24       photograph.

25            A.    I could see a bag which has
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN

2         the same shape of -- for the Birkin Bag

3         on the --

4                  MR. WARSHAVSKY:  Pedestal.

5                  THE WITNESS:

6              A.   Mid of piédestal with holes

7         in it, has a specific design.

8                  MR. MILLSAPS:

9              Q.   Does this bag share any

10        other elements, aside from just the

11        shape, with the Birkin Bag?

12             A.   It shines.

13                 TRANSLATOR:  (Translating.)

14                 It glitters.

15             Q.   Did you see any other

16        elements that it shares with a Birkin

17        Bag?

18                 I should say, other design

19        elements that it shares with a Birkin

20        Bag?

21             A.   No.

22             Q.   Do you know the title of

23        this work?

24             A.   No.

25             Q.   Okay.
```

Nicolas Martin
August 30, 2022

```
1                          N. MARTIN

2                    Do you consider this to be

3          art?

4                 MR. WARSHAVSKY:  Objection.

5                 THE WITNESS:

6             A.   As I say, I'm not an expert

7          in art and I can't say.

8                 MR. MILLSAPS:

9             Q.   Do you consider this to be

10         a creative expression?

11                MR. WARSHAVSKY:  Objection.

12                THE WITNESS:

13            A.   Here again, I can't tell

14         just based on -- on this.

15                MR. MILLSAPS:

16            Q.   You were able to answer

17         that question when I asked you about

18         the MetaBirkins images; were you not?

19                MR. WARSHAVSKY:  Objection.

20         Which question?

21                MR. MILLSAPS:  Whether or not

22         Mr. Martin sees any creative expression

23         here, in this work.

24                THE WITNESS:

25            A.   Perhaps because I know a
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN

2       little bit of the circumstances and the

3       MetaBirkin case, not this one.

4            Q.    No.   I'm just asking you,

5       based on the image that you see with

6       your eye, do you see any creative

7       expression in the image?

8                 MR. WARSHAVSKY:  Objection,

9       asked and answered.

10                THE WITNESS:

11           A.    And I say that, although

12      it's, perhaps the fact that it's shiny

13      and that is in this position, holding

14      with the expressive expression.

15           Q.    Okay.

16                Did Hermès give C.J. Hendry

17      permission to create this piece?

18           A.    This is the name of the --

19      C.J. Hendry is the name of the creator

20      of this?

21           Q.    C.J. Hendry is the creator

22      of the piece, yes.  I'll represent that

23      to you.

24           A.    To my knowledge, no.

25           Q.    Okay.
```

Nicolas Martin
August 30, 2022

```
 1                    N. MARTIN

 2           A.    We don't give her

 3      permission if that is your question.

 4           Q.    That's right.  That was the

 5      question, yes.

 6                  Did Hermès send a Cease and

 7      Desist Letter in relation to this

 8      piece?

 9           A.    To my knowledge, no.

10           Q.    One of this things you said

11      a moment ago about the -- whether

12      there's creative expression here was

13      the positioning of the bag on the

14      pedestal; is that one of the things you

15      identified?

16                  MR. WARSHAVSKY:  Objection,

17      mischaracterizes the testimony.

18                  Go ahead and answer.

19                  THE WITNESS:

20           A.    I just said it could be one

21      of the elements, makes it creative.

22                  MR. MILLSAPS:

23           Q.    How is that different from

24      the positioning of the handbags

25      depicted in the MetaBirkins images?
```

Nicolas Martin
August 30, 2022

```
 1                       N. MARTIN
 2            A.    If my memory's correct,
 3       it's MetaBirkin is front, which is the
 4       front.
 5            Q.    Okay.
 6                  Has Hermès ever sent a
 7       Cease and Desist Letter to C.J. Hendry
 8       for any reason?
 9            A.    To my knowledge, no.
10            Q.    Okay.
11            A.    But this, once again, I
12       don't know the person, so.  And so many
13       names, but that I recall now, no.
14            Q.    Okay.
15            MR. MILLSAPS:  We would call
16       for a production of any correspondence
17       between Hermès and C.J. Hendry.  We'll
18       go to the next exhibit.
19            MR. WARSHAVSKY:  Say the
20       correspondence, you hear any Cease and
21       Desist.
22            MR. MILLSAPS:  Yes, well not
23       just Cease and Desist.  If there was
24       any correspondence about collaboration,
25       it's all in our document request.
```

Nicolas Martin
August 30, 2022

| | |
|---|---|
| 1 | N. MARTIN |
| 2 | Q.   Looking at this document |
| 3 | and the image here and the title being |
| 4 | used, do you have any concerns that |
| 5 | consumers would be misled by this in |
| 6 | the way that you articulated concerns |
| 7 | around MetaBirkins? |
| 8 | MR. WARSHAVSKY:  Objection to |
| 9 | form. |
| 10 | THE WITNESS: |
| 11 | A.   Like I said, I would like |
| 12 | to see the surrounding circumstances, |
| 13 | but if it's only a Birkin bag this way, |
| 14 | could be problematic. |
| 15 | MR. MILLSAPS:  And we would |
| 16 | call for a production of any |
| 17 | communications with Marco Brunori, |
| 18 | whether Cease and Desist or, you know, |
| 19 | communications about collaboration and |
| 20 | same with Turbosquid. |
| 21 | Let's go to next exhibit -- |
| 22 | Actually let's take a break. |
| 23 | (Request for production.) |
| 24 | THE VIDEOGRAPHER:  We're off |
| 25 | the record at 2:34. |

Nicolas Martin
August 30, 2022

```
1                      N. MARTIN
2         (Whereupon, a short recess was taken.)
3                  THE VIDEOGRAPHER:  We are now
4         on the record.  The time is 2:44.
5   BY MR. MILLSAPS:
6              Q.   Okay.  Mr. Martin, did you
7         review any documents during that break?
8              A.   No.
9              Q.   Okay.
10                  I'll turn to the next, in
11        what I think is the last exhibit and
12        have this marked as Exhibit 16.
13                  Mr. Martin, I'm giving you
14        what we've marked as Exhibit 16.
15                  Have you heard of Barbara
16        Ségal before.
17        (Whereupon,    New    York    Post    Article,
18   September 4, 2016  was   marked   as   Exhibit  16  for
19   identification, as of August 30th, 2022.)
20              A.   Same, not that I remember.
21              Q.   Okay.
22                  Have you read this article
23        before?
24              A.   Not that I remember.
25              Q.   Okay.
```

Nicolas Martin
August 30, 2022

1                       N. MARTIN

2                  I'll represent that this is

3        a printout of a New York Post article

4        from September 4th, 2016.

5                  MR. WARSHAVSKY:  Counsel, it

6        looks like on both pages there's been

7        some whiting out.  Is that intentional?

8                  MR. MILLSAPS:  That is not

9        intentional; it's just the way it

10       printed as a PDF.

11            Q.    Mr. Martin, have you seen

12       the sculpture that's shown in the

13       photograph on this first page before?

14            A.    Not that I remember.

15            Q.    Okay.  Are you familiar --

16                  Are you aware that there're

17       these stone sculptures of Birkin Bags

18       out in the world created by Barbara

19       Ségal?

20                  MR. WARSHAVSKY:  Objection to

21       form.

22                  THE WITNESS:

23            A.    Not that I remember.

24                  MR. MILLSAPS:

25            Q.    Okay.

Nicolas Martin
August 30, 2022

```
1                         N. MARTIN

2                    If you look at the second

3        page, you'll find a photograph of

4        Barbara Ségal working on one of her

5        stone Birkins in her studio in Yonkers;

6        do you see that?

7                    There's a caption of the

8        photograph there.

9             A.    Yes.

10            Q.    Would you consider this

11       sculpture of a Birkin Bag to be art?

12                  MR. WARSHAVSKY:  Same

13       objections.  Is it okay if I just say

14       same objections?  You know what I'm

15       saying.

16                  MR. MILLSAPS:  Sure.

17                  THE WITNESS:

18            A.    I'm not an expert in art,

19       so I can't say.

20                  MR. MILLSAPS:

21            Q.    Do you see creative

22       expression here in the sculptures?

23                  MR. WARSHAVSKY:  Same

24       objections.

25                  MR. MILLSAPS:
```

Nicolas Martin
August 30, 2022

```
 1                      N. MARTIN

 2           Q.    Or I'm sorry.  Let me

 3      actually ask that question differently.

 4                  Do you consider this

 5      sculpture to be creative expression?

 6           MR. WARSHAVSKY:  Same

 7      objection.

 8                  THE WITNESS:

 9           A.    I can tell you -- what --

10      what I see, it seems to be a lot of

11      works to make this because you see her

12      working very hard.  The only thing I

13      see from the picture.

14                  MR. MILLSAPS:

15           Q.    Well, let's look back at

16      the first page, which I recognize has a

17      white bar across the photo, which is

18      not part of the sculpture.  It's

19      obscuring just a small part of the

20      sculpture.

21                  But from the sculpture that

22      you can see here, do you consider this

23      sculpture to be creative expression?

24                  MR. WARSHAVSKY:  Same

25      objections.
```

Nicolas Martin
August 30, 2022

```
1                      N. MARTIN

2              THE WITNESS:

3         A.    I can't tell.

4              MR. MILLSAPS:

5         Q.    How would you be able to

6     tell?

7         A.    If I could see the -- the

8     piece itself and perhaps understand

9     what is behind -- I don't this Barbara

10    Ségal.  I think I would need to have

11    more -- more information to give a

12    position.

13             MR. MILLSAPS:

14        Q.    When you say you don't know

15    Barbara Ségal, are you saying that the

16    person who creates something determines

17    whether that thing is creative

18    expression or not?

19             MR. WARSHAVSKY:  Objection to

20    form.

21             THE WITNESS:

22        A.    Not necessary.  But it

23    could be one of the surrounding

24    circumstances that we could use.

25        Q.    Did Hermès authorize
```

Nicolas Martin
August 30, 2022

```
1                       N. MARTIN

2        Barbara Ségal to make sculptures of

3        Birkin Handbags?

4              A.    Not that I know of.

5              Q.    Did Hermès ever send a

6        Cease and Desist Letter to Barbara

7        Ségal about her -- any of her

8        sculptures of Birkin Handbags?

9              A.    I don't know about this

10       case, but I don't know.

11             Q.    How about at any time, did

12       Hermès send a Cease and Desist Letter

13       to Barbara Ségal?

14             A.    I don't know.

15             MR. MILLSAPS:  Okay.  We would

16       again call for production of any Cease

17       and Desist Letters to Barbara Ségal or

18       any communications regarding potential

19       collaboration with Barbara Ségal.

20       (Request for production.)

21             Q.    Mr. Martin, do you know

22       what an NFT auction platform is?

23             A.    I'm not an IT expert, but I

24       understand it's a platform where you

25       can buy and sell NFT.
```

Nicolas Martin
August 30, 2022

```
1                        N. MARTIN
2              Q.    And did Hermès contact any
3       NFT auction platforms regarding
4       MetaBirkins?
5              A.    If I remember correctly,
6       yes.
7              Q.    And which platforms did
8       Hermès contact?
9              A.    I think OpenSea and I know
10      this, but I can't remember the exact
11      name.
12             Q.    Okay.
13                   And what did Hermès say to
14      those platforms about MetaBirkins?
15             A.    I don't remember in
16      details, but if my memory's correct, to
17      OpenSea, what we did is sending a copy
18      of the Cease and Desist Letters that we
19      sent to Mr. Mason Rothschild.
20             Q.    Okay.
21                   And did Hermès say anything
22      to those platforms about Mason
23      Rothschild?
24             A.    What do you mean by "say
25      about"?
```

Nicolas Martin
August 30, 2022

1    Errata Sheet

2

3    NAME OF CASE: HERMÈS INTERNATIONAL AND HERMÈS OF PARIS -against- MASON ROTHSCHILD

4    DATE OF DEPOSITION: 08/30/2022              **A chart of corrections**

5    NAME OF WITNESS: Nicolas Martin             **is attached to this**
                                                 **Errata Sheet.**

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25   Dated: 10/12/2022
                         Nicolas Martin

| Location | Current Language | Corrected Language | Reason |
|---|---|---|---|
| 176:4-6 | From the -- the there are the same, the main I -- I cannot like this. | Probably, but they are the same, the main, I can list like this. | Transcription error |
| 176:21-177:2 | digital file. And this digital file to there would present the Hermès Handbag. And I could add, because I for got when you ask what is important for the Birkin Bag is also what we call the crochet -- that we can see. | digital file. And this digital file today represent the Hermès handbag. And I can add, because I forgot when you ask what is important for the Birkin Bag is also what we call the clochette -- that you can see on the -- | Transcription error |
| 177:18-20 | the smart contract, which is like the induction -- that's not contained the digital file. | the smart contract, which is locked in the blockchain, does not contain the digital file. | Transcription error |
| 178:7-8 | Could you repeat? I just want to make sure that I answer – | Could you repeat? Just to make sure I answer correctly. | Transcription error |
| 181:19-21 | This is a title -- Tyler Shields. Not -- Shields it's the name of the -- I don't see it. | This is a title (indicating), Tyler Shields? Ah no, Shields it's the name of the -- I don't see it. | Transcription error |
| 183:11-12 | the picture. I think when it took -- always to the -- all the circumstances. | the picture. I think we need to always to study all the circumstances. | Transcription error |
| 183:21 | I can't judge. | I can't tell. | Transcription error |
| 184:2 | is art? | is art?<br>A: No. | Transcription error |
| 184:7-11 | I don't know. I would need to see once again all the surrounding circumstances. Here you just showed a picture with a name of someone I don't know. | I don't know. I would need to study once again all the surrounding circumstances. Here, you just show a picture with a name of someone I don't know. | Transcription error |

| Location | Current Language | Corrected Language | Reason |
|---|---|---|---|
| 185:4-11 | What I'm trying to explain here is, is that it's not because there is a use of Birkin or the use of the trade dress Birkin, but there is a -- necessarily an action from outside what used to be is the entire case, the consumer confusion, the brand erosion and to our goodwill. | What I tried to explain is that it's not because there is a use of Birkin or the use of the trade dress Birkin that there is necessarily an action from our side. What we study is the entire case, the consumer confusion, the brand erosion and the harm to our goodwill. | Transcription error |
| 185:17-20 | using surrounding circumstances is a very complex work, and I can't tell just by seeing the picture that it's a -- a piece of paper. | studying the surrounding circumstances is a very complex work and I can't tell just by seeing a picture on a piece of paper. | Transcription error |
| 186:6-7 | I don't know.  I would like to see the -- the entire case. | I don't know, I would like to study the entire case. | Transcription error |
| 186:11 | she?  And all of the different elements | she? A lot of different elements | Transcription error |
| 187:14-21 | I'm sorry, but I can't tell everything.  Each case is a case-by-case basis.  If you look at everything, it consumer -- consumer confusion, whether there is a -- brand erosion, whether there's dilution -- I don't know, could we -- since we look at everything -- | I'm sorry, but I can't tell everything. Each case is on a case-by-case basis. You look at everything I said, consumer risk of confusion --consumer confusion, whether there is a risk of brand erosion, whether there is a use that could harm our goodwill, that's things we -- we look at carefully. | Transcription error |
| 188:20 | we signed this letter on December 16th. | we sent the cease and desist letter on December 16th. | Transcription error |
| 189:16 | what it was, the NFT. | what it was, the use of MetaBirkin. | Transcription error |

| Location | Current Language | Corrected Language | Reason |
|---|---|---|---|
| 194:4 | It looks like a Birkin. | You mean it's -- it's a Birkin handbag, it looks like a Birkin handbag. | Transcription error |
| 197:3-4 | If it was arised, not that I know. | Did we authorize? Not that I know. | Transcription error |
| 198:9-14 | Could I just add something to my response, more in relation with this case? It's a question was whether we sought any Cease and Desist Letter to is Tyler Shields in relation to this case? | Can I just add something? My response was in relation with this case. So if the question was whether we we sent any cease and desist letter to Tyler Shields in relation to this case? | Transcription error |
| 198:22-199:2 | This I can tell because I don't know enough to -- to determine to -- in respect of what this brought Tyler shields did something different from this in which case we elected -- | This I can't tell because I don't know. You need to tell me to, in respect of what. Because perhaps Tyler Shields did something different from this, in which case we had reacted. | Transcription error |
| 200:2-4 | If I look at the description, it says that is a -- and it seems like a Birkin Bag like -- | If I look at the description, it says "sculptural object that features as a functional vase" and it seems like a Birkin bag like -- | Transcription error |
| 200:9-11 | I anticipate or I guess it's - - I guess it's Hermèss Black is to us. | I anticipate or I guess it's -- I guess it's Hermèss Black, with two "s". | Transcription error |
| 200:25 | I guess -- | Uh, Yes. | Transcription error |
| 201:15 | I'm not an expert in art. | I'm not an expert in art and I can't tell. | Transcription error |
| 201:22-23 | Hard to say from the -- what the -- | Hard to say, perhaps the -- what is the name? | Transcription error |
| 202:11-12 | There might with be one with purpose, but it's unclear to me. | There might be one with the double "s" but it's unclear to me. | Transcription error |
| 204:6-7 | I would be asking for -- I have been before. I can't tell. | I will be a careful as I have been before. I can't tell. | Transcription error |
| 208:4 | To the -- Hermès case? No. | The MetaBirkins case? No. | Transcription error |
| 208:8-9 | It has no relation with the MetaBirkin in the case we are. | It has no relation with the MetaBirkin and the case we have. | Transcription error |

| Location | Current Language | Corrected Language | Reason |
|---|---|---|---|
| 209:2 | No. | I don't think so. | Transcription error |
| 209:25-210:3 | I could see a bag which has the same shape of -- for the Birkin Bag on the -- | I can see a bag which has the same shape of the Birkin bag on an estrade. | Transcription error |
| 210:4 | MR. OWARSHAVSKY: Pedestal. | Translator: Pedestal | Misidentification of speaker |
| 210:6-7 | Mid of piedestal with holes in it, has a specific design. | Made of béton with holes in it, it has a specific design. | Transcription error |
| 211:25-212:3 | Perhaps because I know a little bit of the circumstances and the MetaBirkin case, not this one. | Perhaps because I know a little bit better the circumstances and the MetaBirkin case, not this one. | Transcription error |
| 212:11-14 | And I say that, although it's, perhaps the fact that it's shiny and that is in this position, holding with the expressive expression. | As I said, I don't know, it's perhaps the fact that it shines, that it is in this positioning, the hole in the -- might be expressive expression. | Transcription error |
| 213:2-3 | We don't give her permission if that is your question. | We didn't give permission, if that was the question. | Transcription error |
| 214:2-4 | If my memory's correct, it's MetaBirkin is front, which is the front. | If my memory is correct, the MetaBirkin is front, you just see the front. | Transcription error |
| 214:19-21 | Say the correspondence, you hear any Cease and Desist. | You say the correspondence, you mean any cease and desist? | Transcription error |
| 216:7-8 | Can we have a break after this question? | Do you think we can have a pause after this question? | Transcription error |
| 220:5-6 | I see Hermès Birkin for -- by Marco Brunori. | I see Hermès Birkin Crocodile bag by Marco Brunori. | Transcription error |
| 221:2-4 | Same thing. I'm not an expert in art. I would like to -- that what it is complex here. | Same thing. I'm not an expert in art. I don't know. I would like to have a look better at what it is –it is complex here. | Transcription error |

| Location | Current Language | Corrected Language | Reason |
|---|---|---|---|
| 226:9-13 | I can tell you -- what -- what I see, it seems to be a lot of works to make this because you see her working very hard.  The only thing I see from the picture. | I can't tell. What -- What I see is that it seems to be a lot of works to make this because you see her working very hard to -- that's the only thing I see from the picture. | Transcription error |
| 228:9-10 | I don't know about this case, but I don't know. | About this case, not that I know. | Transcription error |
| 229:9-11 | I think OpenSea and I know this, but I can't remember the exact name. | I think OpenSea and I know others but I can't remember the exact name. | Transcription error |
| 230:17-20 | I don't remember the exact wording we used, but I think we say that we consider there were 90 infringement in this situation. | I don't remember the exact wording we used, but I think we say that we consider there were IP infringement in this situation. | Transcription error |
| 233:21-22 | trademark delusion and unfair competition. | trademark dilution, unfair competition, cybersquatting. | Transcription error |
| 235:16-18 | Yes, I think it was -- When I was going to -- I think we were the same concern this morning. | Yes, I think it was – what I was going to --I think we had the same answers this morning. | Transcription error |
| 235:20-24 | And -- And my memory's correct, and said that we discussed with some people from other companies, like, I think I said, lawyer and we talked about UNIFAB. | And -- And if my memory's correct, I answered that we discussed with some people from other companies, like, I think I said, L'Oréal and we talked about UNIFAB also. | Transcription error |