# Exhibit 12

Scott Duke Kominers, Ph.D.   Confidential
August 29, 2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
HERMES INTERNATIONAL and HERMES OF
PARIS, INC.,

                              PLAINTIFFS,

        -against-           Case No.:
                            22-cv-00384
                               (JSR)
MASON ROTHSCHILD,

                              DEFENDANT.
-------------------------------------------X
              DATE: August 29, 2022
              TIME: 8:30 A.M.
```

- CONFIDENTIAL -

REMOTE DEPOSITION of SCOTT DUKE KOMINERS, Ph.D., taken by the Defendant, pursuant to a notice and to the Federal Rules of Civil Procedure, held remotely via Zoom Videoconference, before Suzanne Pastor, a Notary Public of the State of New York.

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2

 3   BAKER HOSTETLER
       Attorneys for the Plaintiffs
 4     Key Tower
       127 Public Square, Suite 2000
 5     Cleveland, Ohio 44114
       BY: DEBORAH A. WILCOX, ESQ.
 6     216.861.7864
       dwilcox@bakerlaw.com
 7


 8
     LAW OFFICE OF LEX LUMINA PLLC
 9     Attorneys for the Defendant
       745 Fifth Avenue, Suite 500
10     New York, New York 10151
       BY: RHETT O. MILLSAPS, II, ESQ.
11     646.898.2055
       rhett@lex-lumina.com
12

13

14

15
     ALSO PRESENT:
16
        GAIL WHEELER, ESQ. Hermes Paris
17

18

19

20

21            *         *         *

22

23

24

25
```

Scott Duke Kominers, Ph.D.   Confidential
August 29, 2022

| | |
|---|---|
| 1 | THE REPORTER:  Good morning. |
| 2 | The attorneys participating in this |
| 3 | deposition acknowledge that I am not |
| 4 | physically present in the deposition |
| 5 | room and that I will be reporting |
| 6 | this deposition remotely. |
| 7 | They further acknowledge that |
| 8 | in lieu of an oath administered in |
| 9 | person, I will place the witness |
| 10 | under penalty of perjury. |
| 11 | The parties and their counsel |
| 12 | consent to this arrangement and waive |
| 13 | any objections to this manner of |
| 14 | reporting.  Please indicate your |
| 15 | agreement by stating your name and |
| 16 | your agreement on the record. |
| 17 | MR. MILLSAPS:  This is Rhett |
| 18 | Millsaps from Lex Lumina for |
| 19 | defendant Mason Rothschild, and we |
| 20 | agree. |
| 21 | MS. WILCOX:  I am Deborah |
| 22 | Wilcox from Baker Hostetler here for |
| 23 | the plaintiffs Hermes. |
| 24 | MR. MILLSAPS:  I'm sorry, |
| 25 | Ms. Wilcox, I think we need to state |

```
1           that we agree with her statement on
2           the record.
3                MS. WILCOX:  And yes, we agree
4           with your remote recording.  Thank
5           you.
6    S C O T T   K O M I N E R S, called as a
7    witness, having been first duly sworn by a
8    Notary Public of the State of New York, was
9    examined and testified as follows:
10   EXAMINATION BY
11   MR. MILLSAPS:
12        Q.    Good morning, Dr. Kominers.
13        A.    Good morning, Mr. Millsaps.
14        Q.    Thank you for being here today.
15   I just want to ask, have you been deposed
16   before?
17        A.    I have not.
18        Q.    Okay, and have you ever
19   testified under oath in any other situation
20   before?
21        A.    I don't believe so.
22        Q.    Have you ever been involved
23   with a trial?
24        A.    No.
25        Q.    So I just want to go over the
```

1  hourly rates charged by other experts in
2  your field?
3       A.   Not that I can recall.
4       Q.   Did Hermes or their lawyers
5  give you input about what hourly rate you
6  should charge in this case?
7       A.   They did not.
8       Q.   Have you worked as an expert in
9  any other legal case?
10      A.   No.  Not previously, prior to
11 this litigation.
12      Q.   I'd like to turn to an exhibit.
13 And I will put it in the chat window for
14 the court reporter, but I'll also share my
15 screen with it.
16           (Whereupon, Mona Lisa Image was
17       marked as Kominers Exhibit 2 for
18        identification as of this date by the
19        Reporter.)
20      Q.   I'm not going to be able to
21 share the screen unless I quit Zoom and
22 restart it apparently.  It was not
23 authorized already to share the screen.
24           MS. WILCOX:  Can you e-mail it
25       to me?

```
 1                  (Whereupon, an off-the-record
 2            discussion was held.)
 3          Q.    This is Exhibit 2.  Dr.
 4   Kominers, do you know what this image is?
 5          A.    I believe it's -- I believe so.
 6          Q.    What do you believe it is?
 7          A.    I believe it's an image of the
 8   Mona Lisa painting.
 9          Q.    And you are correct.  I'll
10   represent that to you.
11                MS. WILCOX:  I just want to
12            note for the record that it seems to
13            say it's retouched.
14                MR. MILLSAPS:  Yes, but that's
15            what it is.  It's an image of the
16            Mona Lisa downloaded from the
17            internet.
18          Q.    Do you know who created this
19   painting?
20          A.    To be clear, do you mean who
21   created the Mona Lisa or who created this
22   image of the Mona Lisa?
23          Q.    Who painted the Mona Lisa, do
24   you know that?
25          A.    I believe it was da Vinci.
```

1  Q. In your opinion, is the Mona
2 Lisa art?
3  A. I don't have opinion on this.
4  MS. WILCOX: Objection.
5  Q. You don't have an opinion?
6  A. As I said earlier, I'm not an
7 expert in art criticism and defining what
8 is or is not art.
9  Q. I'm not asking you as an expert
10 in art criticism. As Scott Kominers, do
11 you consider the Mona Lisa to be art?
12  MS. WILCOX: Objection. I just
13    want to say you're asking for
14    opinion. So if you're asking him as
15    an expert opinion or if you're asking
16    him as a non-expert opinion. That's
17    the issue I think we're having here.
18  A. Yeah, that's the issue I'm
19 having.
20  Q. And I just clarified that I'm
21 not asking you as an expert in art. I'm
22 just asking you as Scott Kominers, do you
23 consider the Mona Lisa to be art?
24  A. Also, in the context are you
25 asking art, like -- we already talked about

1   art as an established term of art in the
2   NFT market.  Am I right to assume you're
3   not talking about that specific term of
4   art?
5       Q.   I'm just talking about -- well,
6   you have said that that's a specific term
7   of art.  We'll get to that later.  But if
8   your kid came to you and asked you if the
9   Mona Lisa were art, what would you say to
10  your kid?
11      A.   I don't have children.
12           MS. WILCOX:  Objection.
13      Q.   If you had a child and your
14  child came to you and asked you is the Mona
15  Lisa art, daddy, what would you say to your
16  child?
17      A.   I would probably say it's sort
18  of considered -- yes, it's considered fine
19  art.
20      Q.   And do you consider the Mona
21  Lisa to be art personally?
22      A.   I don't have a strong personal
23  views on what is or is not art.  Again, not
24  in the NFT context, but -- under the
25  definition I described, but in this sort of

1 | context you're asking me about now.
2 |     Q.   Do you know where the Mona Lisa
3 | is located?
4 |     A.   Yes.
5 |     Q.   Where?
6 |     A.   Or rather it's typically in the
7 | Louvre.  I presume it is currently.
8 |     Q.   And what is the Louvre?
9 |     A.   It's a museum.
10 |     Q.   What kind of museum is it?
11 |     A.   Presumably an art museum.
12 |     Q.   We can go on to the next
13 | exhibit, which I will put in the chat box
14 | for the court reporter but also share my
15 | screen.
16 |     (Whereupon, Warhol Campbell's
17 |   Soup Cans Image was marked as
18 |   Kominers Exhibit 3 for identification
19 |   as of this date by the Reporter.)
20 |     Q.   Can everyone see that?
21 |     A.   Yes.  Correction.  I can see
22 | it.  I don't know whether everybody else
23 | can.
24 |     MS. WILCOX:  I can see most of
25 |   it.

| | | |
|---|---|---|
| 1 | Q. | Dr. Kominers, do you know what |
| 2 | this is? | |
| 3 | A. | Sorry, what "this" are you |
| 4 | asking about?  Which part of the image? | |
| 5 | Q. | The series of images here. |
| 6 | A. | I believe so. |
| 7 | Q. | What do you believe it is? |
| 8 | A. | I believe they're Andy Warhol's |
| 9 | Campbell's Soup Cans, 1961 as described in | |
| 10 | the legend. | |
| 11 | Q. | Have you seen it before? |
| 12 | A. | Do you mean the physical piece? |
| 13 | Q. | Anywhere, just these images. |
| 14 | Online, physical, anywhere, have you seen | |
| 15 | these images before? | |
| 16 | A. | I've never seen this specific |
| 17 | copy of the image, to my knowledge. | |
| 18 | Q. | That's not my question.  Have |
| 19 | you seen the images of Andy Warhol's | |
| 20 | Campbell's Soup cans before? | |
| 21 | A. | Yes. |
| 22 | Q. | Where did you see those? |
| 23 | A. | I don't remember. |
| 24 | Q. | Have you ever been to an art |
| 25 | museum? | |

1       A.    Yes.
2       Q.    Why did you go to the art
3    museum?
4             MS. WILCOX:  Objection.
5       A.    As with many of these things,
6    there are many different reasons depending
7    on the museum visit.
8       Q.    Have you ever gone to an art
9    museum to look at art?
10      A.    Again -- yes, I've gone to
11   museums to look at the works of the
12   museums.
13      Q.    But you didn't consider those
14   works to be art?
15            MS. WILCOX:  Objection.
16      A.    As I said, I don't have strong
17   personal opinions on what is and is not
18   art.
19      Q.    Would you consider Andy
20   Warhol's Campbell's Soup cans to be art?
21      A.    I know that they are displayed
22   in art museums.
23      Q.    Is that your definition of art,
24   whether something is displayed in an art
25   museum?

1       A.    No.

2       Q.    So art is broader than just

3   things that are displayed in art museums?

4       A.    Again, speaking not

5   specifically to the NFT context, we already

6   talked about the term of art definition.  I

7   apologize to keep repeating that pun.  I

8   don't know what to call it other than a

9   "term of art."

10            Yeah, as I said, I don't have a

11  strong personal definition or expert

12  understanding of what is or is not art.

13      Q.    Earlier, correct me if I'm

14  wrong, you said that art within the NFT

15  context can mean imagery.  Am I correct

16  about that?

17      A.    Yes.  Imagery is one category

18  of what is referenced as art in the NFT

19  market.

20      Q.    How is that different from one

21  of the categories of art just generally in

22  the world?

23            MS. WILCOX:  Objection.

24      A.    Again, so what do you mean by

25  "categories of art generally in the world"?

1       Q.    Well, you're looking at an
2   image here, right?  A series of images
3   painted by Andy Warhol called Campbell's
4   Soup Cans.
5       A.    Mm-hmm.
6       Q.    How is that imagery different
7   from what you mean when you say imagery in
8   the context of art in the NFT world?
9       A.    I understand the question.  So
10  again, and I'm not an expert or scholar of
11  art, but my impression is that the imagery
12  you are currently showing me would not be
13  considered to be the artwork, the
14  underlying art of the Andy Warhol piece,
15  the individual Campbell's Soup paintings.
16  And so one can have an image of something
17  that's a reflection of it, for example.
18           So the image here I think is
19  not considered an image of an artwork or
20  what's considered an artwork.
21           Sorry, I don't know if that
22  directly answers your question.  You asked
23  how this image is or is not -- how the
24  concept of an image is different from the
25  concept of art to my understanding I think.

1  parlance?
2      A.    I honestly don't know the
3  precise origins of the term in the NFT
4  context.
5      Q.    And are you aware of Tom Sachs
6  offering any utility in connection with his
7  NFTs?
8      A.    As I mentioned, I believe, if I
9  recall correctly, and I'm not totally
10 certain that I do, that there's some sort
11 of game that one plays where you evolve the
12 image through some process.
13     Q.    Are you aware that he has held
14 Design Your Own Rocket events within the
15 community?
16     A.    I was not.
17     Q.    Are you aware -- well, I'll
18 represent to you that he has.  If he has
19 attached certain utility with his NFT --
20 his Rocket Factory NFTs, would that mean
21 that they are no longer considered to be
22 art?
23     A.    Again, so what precisely do you
24 mean in this context by "considered to be
25 art" and what do you mean by the NFTs being

1  considered to be art?
2       Q.   The image associated with the
3  NFT, the Rocket Factory images, would those
4  still be considered to be art in the NFT
5  community if he also offered utility
6  associated with those NFTs?
7       A.   So again, the use of the term
8  "art" in the context of the NFT communities
9  is as a reference.  So it refers to the
10 image associated, or other often digital
11 assets associated to an NFT.  So the
12 presence of utility would not change the
13 fact that people would refer to that image
14 as the art associated to the NFT.
15      Q.   We're going to move on to
16 another exhibit.  This will be Exhibit 5.
17           (Whereupon, Birkins Bag Image
18       was marked as Kominers Exhibit 5 for
19       identification as of this date by the
20       Reporter.)
21      Q.   Dr. Kominers, do you happen to
22 recognize this image?
23      A.   I do not.
24      Q.   I'll represent to you that this
25 is a recognized artist, CJ Hendry's drawing

1   of a Birkin bag.  And it's a physical

2   drawing that this woman in the photograph

3   here is looking at.

4              In your opinion, is this art?

5        A.    As I've said, I don't have an

6   opinion --

7              MS. WILCOX:  Objection.

8        A.    -- on what is or is not art.

9        Q.    If this physical image were

10  attached to an NFT, would it be considered

11  to be art in the world of NFTs?

12       A.    Can you clarify the question?

13  Do you mean would NFT -- would people in

14  the NFT market casually refer to the image

15  as the art attached to an NFT?  Or do you

16  mean would they consider it to be art, like

17  in the way that you referred to before in

18  the context of society at presumably

19  whatever museum this was in.

20       Q.    Would NFT community members

21  refer to this as art if it were attached to

22  an NFT?

23       A.    I suspect they would use the

24  casual locution, the art for the NFT, yes.

25       Q.    Why would you think they would

```
 1   refer to it as the art for the NFT?
 2        A.    As I said before, that's the
 3   common parlance term.
 4        Q.    You said it's not the common
 5   parlance term for everything that's
 6   associated with an NFT, is that right?
 7        A.    Yes.
 8        Q.    So this specifically, why would
 9   they refer to this as art?
10        A.    Because that's how they refer
11   to imagery typically that's associated with
12   NFT.
13        Q.    Is that not how people in the
14   world also refer to imagery as art?
15              MS. WILCOX:  Objection.
16        A.    Again, I'm not an expert in art
17   or art criticism.  But my impression is
18   that there's something different here.
19        Q.    And what is your impression
20   about that difference?
21        A.    So again, as I've said, I
22   think -- in the context of NFTs, the word
23   "art" is a term of art that's sort of a
24   catchall.  Sort of an image that were not
25   intended by its creator to be perceived as
```