UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MASON ROTHSCHILD,<br><br>Defendant. | No. 22-cv-00384-JSR<br><br>**DECLARATION OF ADAM B. OPPENHEIM** |

I, ADAM B. OPPENHEIM, hereby declare as follows:

1.  I am a partner of the law firm Harris St. Laurent & Wechsler, LLP, counsel to Defendant Mason Rothschild in this action. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Dr. Blake Gopnik, dated September 23, 2022.

3.  Attached hereto as Exhibit B is a true and correct copy of excerpts of the Expert Rebuttal Report of David Neal, Ph.D., in Response to Expert Report of Dr. Bruce Isaacson, dated September 1, 2022.

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of David Neal, Ph.D., dated September 21, 2022.

5.  Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition transcript of Dr. Bruce Isaacson, dated September 20, 2022.

6.	Attached hereto as Exhibit E is a true and correct copy of excerpts of the Expert Report Submitted by Dr. Bruce Isaacson Measuring the Likelihood of Confusion Between MetaBirkins and Birkin Handbags, dated August 4, 2022.

7.	I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge.

Dated: January 23, 2023

                                                         /s/ *Adam B. Oppenheim*
                                                         Adam B. Oppenheim