# EXHIBIT A

Page 1

```
 1
 2            UNITED STATES DISTRICT COURT
 3            SOUTHERN DISTRICT OF NEW YORK
 4
 5   HERMÈS INTERNATIONAL and   )
     HERMÈS OF PARIS INC.,      )
 6                              )
              Plaintiffs,       )
 7                              )
          vs.                   )   No.
 8                              )   1:22-CV-00384-JSR
     MASON ROTHSCHILD,          )
 9                              )
              Defendant.        )
10   -------------------------  )
11
12
13
14
15                   September 23, 2022
16                       9:32 a.m.
17
18         Deposition of BLAKE GOPNIK, held at the
19    offices of Baker & Hostetler LLP, 45
20    Rockefeller Plaza, New York, New York,
21    pursuant to subpoena, before Laurie A.
22    Collins, a Registered Professional Reporter
23    and Notary Public of the State of New York.
24
25
```

Page 2

```
 1
 2   A P P E A R A N C E S (NOTE ZOOM PARTICIPANTS):
 3
 4       BAKER & HOSTETLER LLP
 5       Attorneys for Plaintiffs
 6            45 Rockefeller Plaza
 7            New York, New York 10111
 8       BY:  GERALD J. FERGUSON, ESQ.
 9                 gferguson@bakerlaw.com
10            FRANCESCA ROGO, ESQ.
11                 frogo@bakerlaw.com
12
13       LEX LUMINA PLLC
14       Attorneys for Defendant
15            745 Fifth Avenue, Suite 500
16            New York, New York 10151
17       BY:  CHRISTOPHER J. SPRIGMAN, ESQ.
18                 chris@lex-lumina.com
19            RHETT O. MILLSAPS, II, ESQ.
20            (via videoconference)
21                 rhett@lex-lumina.com
22
23
24
25
```

Page 98

1                    Gopnik
2    version are sleek objects, not objects -- I
3    believe that I've seen versions of the fur-covered
4    purses that, for instance, have camouflage on them
5    that are brightly colored that are my -- almost        12:14:04
6    anyone's estimation tacky.  I think Hermès tries
7    to avoid tackiness.
8         Q.    Would it change your opinion as to the
9    sheer absurdity of fur on Birkins if Hermès has in
10   fact made fur-covered bags?                            12:14:31
11              MR. SPRIGMAN:  Objection.
12        A.    The specifics would be important, the
13   color of the fur, whether it covered the entire
14   bag or not, whether it looked as silly as Mason
15   Rothschild's fur-covered bags look.                    12:14:42
16        Q.    Let me show you two exhibits we have
17   marked as Exhibit 186 and 187.
18              (Exhibit 186, examples of Birkin bags
19        with fur, marked for identification.)
20              (Exhibit 187, examples of Birkin bags
21        with fur, marked for identification.)
22        A.    I was given 26 as well.  Did you want
23   me to have 26 as well?
24        Q.    Oh, I apologize.  No.
25              (Pause.)                                    12:15:35

Page 99

1                       Gopnik
2        Q.    In showing you these two exhibits, I
3    represent to you that they've been produced in
4    this litigation by Hermès as examples of Birkin
5    bags with fur on them.                              12:15:47
6              Do you have any reason to doubt that
7    these were authentic Birkin bags?
8              MR. SPRIGMAN:  I'm going to object.
9         First of all, I don't see any Bates stamps on
10        these documents.  Second, I have not yet heard 12:15:57
11        a representation about whether these bags have
12        actually been marketed, that is, sold to the
13        public; and if so, when.
14             So are there answers to those
15        questions?                                     12:16:09
16             MR. FERGUSON:  For the Bates stamps, we
17        can provide them.  I think it was a problem in
18        the way these documents were printed.  But
19        they were produced with Bates stamps.  186 is
20        Hermès 002396-99, and 187 is Hermès            12:16:25
21        0023400-02.
22             MR. SPRIGMAN:  And is there a
23        representation about these bags; in particular
24        whether they ever came out of the laboratory?
25        Q.    I am going to ask you to assume for      12:16:51

Page 100

1                     Gopnik
2  this question that these bags have been marketed
3  and sold by Hermès.  If their bags have been
4  marketed and sold by Hermès, is it absurd for
5  Birkin bags to have fur on them?                    12:17:08
6       A.    I'm sorry, I don't understand -- maybe
7  just because I'm not a lawyer -- what you mean by
8  "if."  They either were or they weren't, and I'm
9  not clear.  The answer is different depending
10 whether they were or weren't.                       12:17:21
11      Q.    I'm asking you to assume they were.
12      A.    To assume --
13      Q.    As an expert witness, I can ask you to
14 make assumptions.  I can ask for hypothetical
15 questions.                                          12:17:30
16            MR. SPRIGMAN:  I'm going to raise an
17      objection.  Is there a time frame for the
18      marketing, since we're asking him to assume
19      something that is a fashion item and that goes
20      in and out of fashion?                         12:17:36
21            MR. FERGUSON:  You can state your
22      objections.  I'm going to ask my question.
23            MR. SPRIGMAN:  Okay.  Good.
24      A.    Why don't you read it to me again, just
25 so I'm very clear on it.                            12:17:47

```
                                              Page 101
 1                     Gopnik
 2              (Record read.)
 3       A.    It's a complicated question.  Yes, I
 4  would say it is absurd for Birkin bags to have fur
 5  on them.                                       12:18:31
 6       Q.    Does the opinion you just expressed
 7  reflect a consensus of art critics?
 8              MR. SPRIGMAN:  Objection.
 9       A.    There would be no consensus of art
10  critics around fur-covered Birkin bags.  My guess  12:18:41
11  is I'm the only art critic who's ever encountered
12  the question of fur-covered Birkin bags.
13       Q.    Your statement that fur on a MetaBirkin
14  is a sheer absurdity, does that reflect the
15  consensus of art critics?                     12:19:04
16       A.    Again, they would be unlikely to have
17  encountered it as an issue in their art criticism.
18  I would imagine that it would -- that many of them
19  would form the same opinion as me.  I'm just of
20  course guessing at their opinions.            12:19:19
21       Q.    You say that many -- you imagine that
22  many would form the same opinion as you.  Do you
23  also imagine that there are those who would not
24  form the same opinion as you?
25       A.    There always are art critics who form  12:19:35
```

Page 161

1                       Gopnik
2              (Pause.)
3       Q.    Have you seen this document before
4    today?
5       A.    I've not, no.                              02:31:18
6       Q.    Have you seen the shirt depicted in
7    the -- the large shirt depicted on the first page
8    of this document before today?
9       A.    I don't believe I ever have, no.
10             When you say "large," is that a           02:31:37
11   normal -- is not a normal shirt?
12      Q.    Because there was a small blue shirt in
13   the bottom corner, I was referring to the large
14   white red shirt in the center of the page.
15      A.    Got it.                                    02:31:59
16      Q.    Are you aware that Mason Rothschild
17   sold a line of classic collegiate apparel inspired
18   T-shirts for art and fashion students?
19             MR. SPRIGMAN:  Objection.
20      A.    I'm not aware of that.                     02:32:11
21      Q.    I'd like you to assume in this question
22   that the Parsons T-shirt shown in this document
23   was created and sold by Mason Rothschild.  Is this
24   T-shirt art?
25             MR. SPRIGMAN:  Objection.                 02:32:57

Page 162

1                     Gopnik
2       A.   As with anything else, I really would
3   normally like to study it in greater detail.  But
4   my guess is that within the larger context of
5   Mason Rothschild, knowing about his MetaBirkins        02:33:08
6   project especially, this would very much seem to
7   indicate -- because he's touching on Central Saint
8   Martins Parsons, this would seem to set it within
9   an art world context.  It seems to be an
10  intervention in art world discourse.                   02:33:25
11      Q.   Are you familiar with the Parsons
12  School of Design?
13      A.   I am.
14      Q.   Are you familiar with the logo -- let
15  me ask you, what is the Parsons School of Design?      02:33:48
16      A.   Parsons School of Design is part of the
17  New School in New York.  It's their design
18  component.  It's a venerable design school.
19      Q.   Are you familiar with the logo of the
20  Parsons School of Design?                              02:34:05
21           MR. SPRIGMAN:  Objection.
22      A.   I'm not.
23      Q.   I'm going to show you what we've marked
24  as Exhibit 194.
25           (Exhibit 194, printout from Wayback           02:34:21

Page 163

1                    Gopnik
2       Machine internet archive, marked for
3       identification.)
4       Q.   I'm going to represent to you that this
5   is a page pulled from the Wayback Machine internet    02:34:41
6   archive showing a page from the Parsons Web site
7   as it appeared around 2015.
8            Does this document refresh your
9   recollection as to what the logo of the Parsons
10  school looks like?                                    02:35:09
11           MR. SPRIGMAN:  Objection.  I'm going to
12      object to this.  You haven't laid any
13      foundation that this is a logo of the Parsons
14      School of Design or -- there's no context on
15      this Web page.  I'm not sure what.                02:35:19
16           THE WITNESS:  I am concerned about
17      that.
18           MR. SPRIGMAN:  The Web page is not --
19      does not look like a Web page that would
20      appear in nature.  It looks like --               02:35:26
21           MR. FERGUSON:  Like a page from the
22      Wayback Machine?
23           MR. SPRIGMAN:  I know, but it's missing
24      a lot of context.
25           MR. FERGUSON:  I'm going to as you not       02:35:36

Page 164

1                    Gopnik
2     to make speaking objections.  You've stated
3     your objection.
4            MR. SPRIGMAN:  I'm not making a
5     speaking objection.  I'm filling in the           02:35:41
6     problem with an exhibit you put in front of
7     the witness, which is something you
8     manufactured and appears to be missing a bunch
9     of context.
10           So that's not a speaking objection so      02:35:48
11    much as an objection against what I consider
12    to be an improper exhibit.
13           Now, if you want to ask him about it,
14    that's fine.  But I'm this is beyond the pale,
15    so I will speak my objection.                     02:36:00
16    Q.    Does this document refresh your
17  recollection of what the logo for the Parsons
18  school looks like?
19           MR. SPRIGMAN:  Objection.
20    A.    No, I have no knowledge of the logo,        02:36:08
21  what it was or ever had been.  Logos change, by
22  the way, very frequently.  I wouldn't be surprise
23  if that is no longer the logo and was only briefly
24  the logo.
25    Q.    Referring back to Exhibit 6, is it your     02:36:40

Page 165

1                    Gopnik
2     testimony that this T-shirt which presents the
3     name Parsons in red on a white T-shirt is art?
4              MR. SPRIGMAN:  Objection.
5         A.    Again, that's like asking me if a given        02:36:58
6     urinal is art.  It's only art within a context.
7     But this has enough markers that indicate to me
8     that it could very well be playing that kind of
9     role.
10        Q.    And what are the markers?                      02:37:08
11        A.    The most important marker is that it's
12    actually engaging with the art world.  There's a
13    rich tradition of artists in the last 20 or 30 or
14    40 years seeing art schools as an important
15    subject to talk about and the way they train           02:37:23
16    people and the way they pretend to give people
17    skills to then become professional artists.
18              There's a very large discourse, in
19    which my wife happens to participate, of people --
20    of artists making work about the nature of art        02:37:36
21    schools.
22        Q.    Is this item a counterfeit?
23              MR. SPRIGMAN:  Objection.
24        A.    Again, a counterfeit is only -- you can
25    only tell when something is a counterfeit or not      02:38:03

Page 166

1                      Gopnik
2     within a particular context of use.  And it's
3     possible for something to be both an artwork and a
4     counterfeit at the same time.
5          Q.   How is it possible for something to be        02:38:12
6     both an artwork and counterfeit at the same time?
7          A.   Just as Marcel Duchamp's urinal
8     presented in a museum or conceptualized in a
9     museum, conceptualized in an art book, is a work
10    of art.  However, if it's presented to someone who    02:38:27
11    desperately needs to urinate, then it can function
12    as a urinal as well.
13               Artwork often has two separate
14    functions simultaneously.
15         Q.   Would it change your view as to whether     02:38:43
16    the shirt depicted in Exhibit 6 is art if Parsons
17    sent a letter to Mr. Rothschild claiming
18    infringement of their rights and demanding that he
19    stop selling them?
20               MR. SPRIGMAN:  Objection.                  02:39:09
21         A.   Not in the slightest.
22         Q.   And why is that?
23         A.   Because -- first of all, the kind of
24    people who send those letters at art schools are
25    usually the legal department, people in charge of    02:39:16

Page 167

1                     Gopnik
2    things like branding.  They rarely have connection
3    to the people who make art or teach art.
4             It could be that Parsons sending that
5    letter isn't Parsons art school but simply the        02:39:26
6    people at Parsons only responsible for financial
7    matters, for instance.
8        Q.    I'm showing you what we've marked as
9    Exhibit 196.
10            (Exhibit 196, depiction re Babe Ruth,        02:40:02
11       marked for identification.)
12       A.    I own four of these.  Sorry, I
13   shouldn't be facetious.  I said I own four of
14   these, but I was being facetious.
15       Q.    I should work for you, then.                02:40:18
16       A.    I was being facetious.  I don't know if
17   four even exist.
18       Q.    Could you identify what's depicted in
19   this exhibit?
20       A.    The truth is I can only guess.  It         02:40:32
21   seems to be probably a baseball card -- I don't
22   know the year -- an early Babe Ruth baseball card.
23   And in the culture at large we tend to know that
24   these cards are very valuable.
25            However, because I'm ignorant, this         02:40:46

Page 207

1               Gopnik
2      Q.   And that this NFT is called
3   MetaBirkins.
4           Do you have an opinion whether based on
5   those facts this NFT is a work of art?          03:51:23
6           MR. SPRIGMAN:  Objection.
7      A.   I can never have an opinion about
8   whether something is a work of art based on such a
9   limited set of facts.  It does seem to interact
10  with the other things that -- other Birkins I've  03:51:37
11  seen which in larger context do seem to be works
12  of art.
13     Q.   What else would you need to know about
14  this -- what's depicted in this exhibit in order
15  to determine whether it's a work of art?          03:51:59
16     A.   Well, among other things what I want to
17  do -- I guess I could do it right here.  It seems
18  to be one of the other MetaBirkins covered with a
19  sheet, which would actually indicate to me more
20  rather than less that it's participating in a     03:52:15
21  larger artistic project.
22          It seems to be riffing on other items
23  from the MetaBirkins repertoire.  And the pedestal
24  with a draped object on top of it very much refers
25  to statuary in the history of art.  The act of    03:52:34

Page 208

1                    Gopnik
2    unveiling a statue is something that exists in the
3    history of art.  So it seems very much to be part
4    of that discourse.
5              So, yes, the answer is I would say yes,    03:52:47
6    it does seem to be understood in an artistic
7    context.
8         Q.   You talked earlier about how the
9    digital files associated with NFTs can change.
10        A.   Yes, that's correct, can be changed.  I    03:53:16
11   don't think they usually change spontaneously.
12        Q.   Do you have any understanding as if at
13   any point since the MetaBirkin NFTs were first
14   offered for sale if the image associated with
15   MetaBirkins NFTs have changed?                       03:53:40
16             MR. SPRIGMAN:  Objection.
17        A.   There would be no way for me to know
18   that.  I would have to see the same digital file
19   at two periods of time and then do a forensic
20   analysis of whether a change had been made.          03:54:00
21   That's not part of my expertise.
22        Q.   I'm going to represent to you when the
23   MetaBirkin NFTs produced by Mason Rothschild were
24   first offered for sale that the images associated
25   with the NFTs looked like the image in Exhibit 57,   03:54:20

Page 213

1                     Gopnik
2      A.   No.  MetaBirkins are normally, I would
3  say business art.  But just as with any work of
4  art, any work of art can be used for function for
5  subsidiary function, just as a Rembrandt painting    03:59:40
6  could be used to weigh down your laundry.
7      Q.   So if someone were trading MetaBirkins
8  solely for financial speculation, would that be
9  business art?
10          MR. SPRIGMAN:  Objection.                   03:59:56
11     A.   Their trading in it is neither -- their
12 trading in it -- if they're not engaged in the art
13 world, the trade itself has nothing to do with art
14 one way or the other.  It's not even at stake.
15 Their trading of it has no relevance to its status   04:00:13
16 as business art or not as business art.
17          That's not how you determine whether
18 something is a work of art, what people do with
19 it.  There are lots of people who are buying and
20 selling.  There are people who buy art without      04:00:27
21 ever looking at it.  In that case its status as
22 art is not at stake.  It might be inside a crate
23 and you can't see what it is.
24     Q.   Referring back to Exhibit 57, people
25 who purchase MetaBirkins without seeing what it    04:00:46

```
                                                      Page 214
 1                         Gopnik
 2    is, with respect to this purchase, was art not at
 3    stake?
 4            MR. SPRIGMAN:  Objection, foundation,
 5        misstates the record.                        04:00:57
 6        A.    Could you repeat the question, sorry.
 7              (Record read.)
 8            MR. SPRIGMAN:  And I'll repeat my
 9        objection, both to foundation and to a
10        misstatement of the record.                  04:01:17
11        A.    They know exactly what MetaBirkins is.
12    They have an image of one version, one component,
13    one moment in MetaBirkin projects.  They see a
14    sculpture pedestal with a draped something on it
15    which might be purse-like.  The fact it says     04:01:37
16    MetaBirkins makes you think I wonder if there's a
17    Birkin underneath that.
18              They have lots of information there to
19    think that there might be something artistic going
20    on.  And it's in the world of NFTs, NFT images,  04:01:49
21    which automatically says, Wait a minute, something
22    art-like might be going on here; I should pay
23    attention.
24        Q.    I'm going to switch topics here.  In
25    Dr. Kominers' report he spoke of utilities       04:02:09
```