# EXHIBIT D

Dr. Bruce Isaacson    Confidential
September 20, 2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HERMES INTERNATIONAL AND HERMES OF
PARIS, INC.

                        Plaintiff,   :

        - against -

MASON ROTHSCHILD,

                        Defendant.   :
------------------------------------x


                        September 20, 2022
                        11:05 a.m.


           ** CONFIDENTIAL **
```

VIDEOTAPED EXAMINATION BEFORE TRIAL of DR. BRUCE ISAACSON, an Expert Witness on behalf of the Plaintiffs herein, taken by the Defendant, pursuant to Court Order, held at the above-mentioned time via videoconference by all parties, before Michelle Lemberger, a Notary Public of the State of New York.

Dr. Bruce Isaacson  Confidential
September 20, 2022

A P P E A R A N C E S:

BAKER HOSTETLER, LLP
Attorneys for Plaintiff
    45 Rockefeller Plaza
    New York, New York 10111

BY:  GERALD FERGUSON, ESQ.
     Gferguson@bakerlaw.com


A/P LISA BOLLINGER GEHMAN, ESQ.
    Lgehman@bakerlaw.com

    DEBORAH WILCOX, ESQ.
    Dwilcox@bakerlaw.com

    KEVIN WALLACE, ESQ.

    VALENTINE FADIE, ESQ. - In-house counsel
                          Hermes International



LEX LUMINA, PLLC
Attorneys for Defendant
    745 Fifth Avenue, Suite 500
    New York, New York 10151

BY:  RHETT MILLSAPS, ESQ.
     Rhett@lex-lumina.com


A/P MARK MCKENNA, ESQ.
    Mark@lex-lumina.com


ALSO PRESENT:

    Darrak Lighty - videographer

              *     *     *     *     *

Dr. Bruce Isaacson  Confidential
September 20, 2022

1           Dr. B. Isaacson
2    survey that I'm basing my opinions on is the
3    survey conducted among the alleged
4    infringer's audience, Mr. Rothschild's
5    audience.  And the survey that I'm not basing
6    my opinions on was conducted based on Hermes'
7    audience, the senior users or plaintiff's
8    audience in this matter.
9       Q.  So the handbag study that you did is
10   focused on a reverse confusion audience; am I
11   right about that?
12           MR. FERGUSON:  Objection.
13      A.  We would have an audience that would
14   be more typical with what is usually the
15   audience for a reverse confusion survey.  But
16   I want to be very clear, it is not a reverse
17   confusion survey and it is not a forward
18   confusion survey.  It is the same survey as
19   my forward confusion survey, but it is just
20   conducted among a different audience, making
21   it neither forward nor reverse confusion
22   survey.
23      Q.  Did you think this was a relevant
24   study when you designed it?
25      A.  I wasn't sure if it would be a