# EXHIBIT E

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., | CASE NO. 1:22-cv-00384-JSR |
|---|---|
| Plaintiffs, | |
| v. | **EXPERT REPORT SUBMITTED BY DR. BRUCE ISAACSON MEASURING THE LIKELIHOOD OF CONFUSION BETWEEN METABIRKINS AND BIRKIN HANDBAGS** |
| MASON ROTHSCHILD, | |
| Defendant. | |

7.      My surveys measured likelihood of confusion relative to the MetaBirkins webpage, which is located at www.metabirkins.com.  This webpage advertises MetaBirkins NFTs, shows pictures and text relating to the NFTs, and provides links to online marketplaces where consumers can purchase the NFTs.[15]  My surveys showed this webpage to respondents and then asked questions to measure the likelihood of confusion with Hermès and Birkin handbags.

8.      The surveys measured two versions of the MetaBirkins webpage.  The "test version" measured the MetaBirkins webpage as consumers would encounter this page in the real world.  Figure 1 below shows the test webpage, which prominently displays images of 17 MetaBirkins handbags and also describes the MetaBirkins NFTs.

9.      The surveys measured the webpage in a desktop format, which showed the webpage as a consumer would see it on a device such as a desktop or laptop computer, and a mobile version, which showed the webpage as a consumer would see it on a device such as a cell phone.

10.     Figure 1 shows the desktop format of the MetaBirkins webpage.  In this format, when a user scrolls over a MetaBirkins handbag, words appear superimposed over the handbag in a manner that reads "NOT YOUR MOTHER'S BIRKIN" across each row of handbags.  My surveys replicated this feature.  Figure 2 shows MetaBirkins handbags from the webpage, with and without these words superimposed over the handbags.  Exhibit 2 shows the test webpage and test handbags displayed in the surveys, in both desktop and mobile versions.

---

[15] Amended Complaint, ¶¶ 6, 18, 24.

**Figure 1:**

**Test Version of the MetaBirkins Webpage Measured in the Confusion Surveys (1 of 2)[16]**





---

[16] Due to space constraints, the MetaBirkins webpage is reproduced across multiple pages of this report. In the actual surveys, consumers saw the webpage as a single image, in a size and format similar to what they would encounter in the real world.

**Figure 1:**
**Test Version of the MetaBirkins Webpage Measured in the Confusion Surveys (2 of 2)**



**Figure 2:**
**Examples of Test Versions of MetaBirkins Handbags**
**With and Without Superimposed Words (1 of 2)**

| Handbag Without Words | Handbag With Words |
|---|---|
|  |  |
|  |  |

**Figure 2:**
**Examples of Test Versions of MetaBirkins Handbags**
**With and Without Superimposed Words (2 of 2)**

| Handbag Without Words | Handbag With Words |
|---|---|
|  |  |
|  |  |