UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

          Plaintiffs,

-against-

MASON ROTHSCHILD,

          Defendant.

CIVIL ACTION NO.

22-CV-00384 (JSR)

## DECLARATION OF JESSICA H. FERNANDEZ

I, Jessica H. Fernandez, declare as follows:

I am an attorney associated with the firm of Baker & Hostetler LLP, attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") in the above-captioned case. I submit this declaration in support of Hermès's Opposition to Defendant's Mason Rothschild's ("Rothschild") Motions in Limine. I have firsthand knowledge of the matters stated herein.

1. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of the Social Blade Twitter Statistics for "Mason Rothschild's Twitter Stats Summary Profile," https://socialblade.com/twitter/user/masonrothschild, captured on January 23, 2023, using PageVault[1].

2. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of Mason Rothschild's Twitter, https://twitter.com/MasonRothschild, captured on January 23, 2022, using PageVault.

---

[1] PageVault is a service that helps legal professionals capture Web Based Content in a manner that preserves and accurately portrays the Web Based Content as of the date of the capture.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Proposed Exhibit 232, a text message exchange between Mason Rothschild and Mark Design, dated November 29, 2021, bearing bates numbers Rothschild014947 – Rothschild014958 (previously filed at ECF No. 73-9).

4. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' Proposed Exhibit 237, a screenshot from the METABIRKINS Discord Sever, bearing bates numbers HERMES_0037424 - HERMES_0037425 (previously filed ECF No. 72-53).

5. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiffs' Proposed Exhibit 255 and Exhibit 28 from the August 4, 2022 deposition of Mason Rothschild, a screenshot of "MetaBirkins and Beyond," from https://mirror.xyz/masonrothschild.eth/wnu9lNib4Hf1sLllTwzarSDtzOigfHHgdHepF3pjOQs, captured on July 12, 2022, bearing bates numbers HERMES_0009806 – HERMES_0009807 (previously filed ECF No. 72-14).

6. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs' Proposed Exhibit 256 and Exhibit 24 from the August 4, 2022 deposition of Mason Rothschild, a text message exchange between Mason Rothschild and Danny Winter, dated November 12, 2021, bearing the bates numbers Rothschild008526 – Rothschild008528 (previously filed ECF No. 73-43).

7. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Plaintiffs' Proposed Exhibit 354, the August 4, 2022 deposition of Mason Rothschild.

8. Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of Plaintiffs' Proposed Exhibit 308 and Exhibit 115 from the September 15, 2022 deposition of Truman Sacks, a text message exchange between Mason Rothschild, Moshe Sacks, and

Truman Sacks, dated December 16, 2021 through June 7, 2022, bearing bates numbers SACKS_000109 – SACKS_000111 (previously filed ECF No. 73-31).

9. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Plaintiffs' Proposed Exhibit 360, the September 14, 2022 deposition of Boriana Guimberteau.

10. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiffs' Proposed Exhibit 254, an article dated May 23, 2022 from a publication *Challenges*, captured October 6, 2022 using PageVault (previously filed ECF No. 72-94).

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 23, 2023  
New York, New York

By: _____  
Jessica H. Fernandez