# Exhibit 1

PageVault

| | |
|---|---|
| Document title: | Mason Rothschild ?'s Twitter Stats Summary Profile (Social Blade Twitter Statistics) |
| Capture URL: | https://socialblade.com/twitter/user/masonrothschild |
| Page loaded at (UTC): | Mon, 23 Jan 2023 01:09:39 GMT |
| Capture timestamp (UTC): | Mon, 23 Jan 2023 01:10:05 GMT |
| Capture tool: | 10.18.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.125 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | oXNLMqdNXctu25fv24UwEK |
| User: | baker-nsamad |

PDF REFERENCE #:    s86UZh45UR83ag87osDmJM



| Date | Day | Followers Δ | Followers | | Following Δ | Following | | Tweets Δ | Tweets |
|---|---|---|---|---|---|---|---|---|---|
| 2023-01-11 | Wed | +1,340 | 24,480 | | +1 | 628 | +10 | 231 |
| 2023-01-12 | Thu | +1,358 | 25,838 | | -1 | 627 | +5 | 236 |
| 2023-01-13 | Fri | +466 | 26,304 | | +3 | 630 | +11 | 247 |
| 2023-01-14 | Sat | +533 | 26,837 | | +1 | 631 | +1 | 248 |
| 2023-01-15 | Sun | +757 | 27,594 | | +1 | 632 | +3 | 251 |
| 2023-01-16 | Mon | +410 | 28,004 | | +2 | 634 | +12 | 263 |
| 2023-01-17 | Tue | -652 | 27,352 | | -- | 634 | +23 | 286 |
| 2023-01-18 | Wed | +148 | 27,500 | | +2 | 636 | +8 | 294 |
| 2023-01-19 | Thu | +103 | 27,603 | | +1 | 637 | +9 | 303 |
| 2023-01-20 | Fri | +247 | 27,850 | | -- | 637 | +7 | 310 |
| 2023-01-21 | Sat | +26 | 27,876 | | -- | 637 | +7 | 317 |
| 2023-01-22 | Sun | -39 | 27,837 | ⏺ LIVE | -550 | 87 | -258 | 59 |
| Daily Averages | | +143 | | | +1 | | +7 | |
| Last 30 days | | +4,310 | | | +34 | | +231 | |

Share on Facebook    Tweet This



YouTube Music inks partnership with American M...

Netflix testing ads-that-aren't-really-ads dur...

(Ad: Global elites are banning gas stoves. HANDS OFF OF OUR KITCHENS! FIGHT BACK — Turning Point USA)

### TWITTER ANALYTICAL HISTORY FOR MASONROTHSCHILD



Monthly Gained Followers for 'Mason Rothschild ?'

Monthly Gained Following for 'Mason Rothschild ?'

Monthly Gained Tweets for 'Mason Rothschild ?'

Monthly Likes for 'Mason Rothschild ?'

Monthly Gained Following for 'Mason Rothschild ?'

Monthly Gained Tweets for 'Mason Rothschild ?'

Monthly Likes for 'Mason Rothschild ?'

Main Mobile App: Browser Extensions: Real Time App: CONTACT SOCIAL BLADE SUPPORT

Integrated Platforms
YouTube
Twitch
Twitter
Instagram
Dailymotion

Helpful Pages
Set Tags & Locations for your Profile
Link and Manage Your Profiles
Social Blade's History
Find Influencers - Run Reports
Remove Ads & Support Social Blade

We're YouTube Certified!

More Social Blade
Social Blade Blog
Social Blade Tools
Social Blade - Business API
YouTube EDU
YouTube Consulting
YouTube Money Calculator / Estimated Earnings

Meet the Team

Social Media
YouTube
Twitter
Facebook
Twitch

Social Blade LLC is an independent entity. The public statistical data is sourced from Twitter, but the presentation is not controlled by them. Our use of the name Twitter is for context, not claiming any ownership. It remains the property of the copyright holder.

Privacy Policy Terms of Service Media Assets Tools About Contact Us (0.0554s) Copyright ©2008-2023. Social Blade LLC. All Rights Reserved.

