# Exhibit 2

PageVault

| | |
|---|---|
| Document title: | Mason Rothschild ☐   (@MasonRothschild) / Twitter |
| Capture URL: | https://twitter.com/MasonRothschild |
| Page loaded at (UTC): | Mon, 23 Jan 2023 01:07:42 GMT |
| Capture timestamp (UTC): | Mon, 23 Jan 2023 01:09:01 GMT |
| Capture tool: | 10.18.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.125 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | 4wtNWfHWVwgeeaVggkgxBK |
| User: | baker-nsamad |

PDF REFERENCE #:   e4w2UB5eErkaXBonbuPvhf







