# Exhibit 4

MetaBirkins

MetaBirkins

GOAL: PLAN 3 96/14 Boosts

SERVER STATS
- Members: 17746
- Mint Date: TBA
- Mint Price: 0.2 ETH

WELCOME
- welcome
- rules
- verify-to-enter
- holders-verify

METABIRKINS
- announcements
- minor-announcement
- faq
- official-links
- gallery
- publications
- education
- tweets-insta

WHITELIST COMPETITION

announcements Follow Any important information regarding MetaBirkins

Search

98 36 38 15 9 13 11 15 9 11 15 5 7 9 5 5 4 5 4 4

December 21, 2021

**MasonRothschild.eth** Yesterday at 11:28 AM

gm @everyone

The OpenSea saga continues — updates will be made available as soon as I get word back from their team.

106 38 32 16 7 11 16 8 3 3 2 3 8 7 4 5 8 4 4 4

**MasonRothschild.eth** Yesterday at 11:32 PM

Hello @everyone ,

Still a bit in the dark on OpenSea's position to delist MetaBirkins but I wanted to remind everyone that the collection is still live on Rarible. (https://rarible.com/metabirkinsnft)

**Rarible: NFT Marketplace**

Turn your products or services into publicly tradable items

97 28 27 21 17 12 15 5 7 6 3

MetaBirkins

MetaBirkins

GOAL: PLAN 3 96/14 Boosts

SERVER STATS
- Members: 17746
- Mint Date: TBA
- Mint Price: 0.2 ETH

WELCOME
- welcome
- rules
- verify-to-enter
- holders-verify

METABIRKINS
- announcements
- minor-announcement
- faq
- official-links
- gallery
- publications

announcements Follow Any important information regarding MetaBirkins

Search

112 80 31 24 18 16 12 4 1

**MasonRothschild.eth** 12/20/2021

And.... we're back up..

https://opensea.io/collection/metabirkins/

@everyone

66 25 13 7 8 11 9 6 7 6 4

So.. just for reference - I emailed the CEO of OpenSea.. lol.

48 24 12 9

Hopping in VC in a moment to answer any questions now that we're resolved. @everyone

58 22

**MasonRothschild.eth** 12/20/2021

Hello @everyone,

Sent a note to Open(Broken)Sea for the 4th time today, awaiting a response. This will get resolved as I explained in VC earlier today. If you need to buy or sell a MetaBirkin today - please feel free to use the Rarible link below, only buy a collection where you see Mase verified with checkmark. Work has started on a decentralized MetaBirkins exchange where both collections will live 🙂

The official Rarible URL - https://rarible.com/collection/0x566b73997f96c1076f7cf9e2c4576bd08b1a3750

**Rarible: NFT Marketplace**

Turn your products or services into publicly tradable items

47 21 17 8 6 7



