# Exhibit 6

# Exhibit 6

**Chat with "Danny Winter" <+16198527114> on November 12, 2021**

Mason Rothschild <+18082267000>
Danny Winter <+16198527114>
Mason Rothschild <mase@masonrothschild.com>

Earliest item: 2021-11-12 00:55:00
Latest item: 2021-11-12 02:38:59

**Friday 12 November 2021**

Instant Message : Native Messages
00:55:00
From
Danny Winter <+16198527114>
To
Mason Rothschild <mase@masonrothschild.com>
Mason Rothschild <+18082267000>

Yo

Instant Message : Native Messages
00:55:23
From
Danny Winter <+16198527114>
To
Mason Rothschild <mase@masonrothschild.com>
Mason Rothschild <+18082267000>

Are there any potential legal issues with doing your birkin NFTs or not really?

> Instant Message : Native Messages
> 00:57:03
> From
> Mason Rothschild <+18082267000>
> To
> Mason Rothschild <mase@masonrothschild.com>
> Danny Winter <+16198527114>
>
> Cease and desist would help tbh lol

Instant Message : Native Messages
00:57:42
From
Danny Winter <+16198527114>
To
Mason Rothschild <mase@masonrothschild.com>
Mason Rothschild <+18082267000>

Interesting. Just trying to think through if I wanted to do NFTs of tiki mugs from existing establishments lol

> Instant Message : Native Messages
> 00:58:48
> From
> Mason Rothschild <+18082267000>
> To
> Mason Rothschild <mase@masonrothschild.com>
> Danny Winter <+16198527114>
>
> Run it

> Instant Message : Native Messages
> 00:58:51
> From
> Mason Rothschild <+18082267000>
> To
> Mason Rothschild <mase@masonrothschild.com>

Nfts the wave

Instant Message : Native Messages
01:00:12
From
Mason Rothschild <+18082267000>
To
Mason Rothschild <mase@masonrothschild.com>
Danny Winter <+16198527114>

I'll take a nice 60-70k off the birkins

Instant Message : Native Messages
01:00:14
From
Danny Winter <+16198527114>
To
Mason Rothschild <mase@masonrothschild.com>
Mason Rothschild <+18082267000>

Yeah I'm thinking my whole Canopy Club idea is actually gonna become a web3 experience now

Instant Message : Native Messages
01:00:20
From
Mason Rothschild <+18082267000>
To
Mason Rothschild <mase@masonrothschild.com>
Danny Winter <+16198527114>

Im doing sabrina carpenters release

Instant Message : Native Messages
01:00:27
From
Danny Winter <+16198527114>
To
Mason Rothschild <mase@masonrothschild.com>
Mason Rothschild <+18082267000>

Emphasized "Im doing sabrina carpenters release"

Instant Message : Native Messages
01:02:41
From
Danny Winter <+16198527114>
To
Mason Rothschild <mase@masonrothschild.com>
Mason Rothschild <+18082267000>

After seeing Ibn raise $100k, that was enough to sell it for me lol

Instant Message : Native Messages
01:08:23
From
Mason Rothschild <+18082267000>
To
Mason Rothschild <mase@masonrothschild.com>
Danny Winter <+16198527114>

Rothschild008527

Instant Message : Native Messages
01:08:32
   From
   Mason Rothschild <+18082267000>
   To
   Mason Rothschild <mase@masonrothschild.com>
   Danny Winter <+16198527114>

Cause ericka and I are pushing for forbes 30u30

Instant Message : Native Messages
02:38:59
   From
   Danny Winter <+16198527114>
   To
   Mason Rothschild <mase@masonrothschild.com>
   Mason Rothschild <+18082267000>

Loved "Cause ericka and I are pushing for forbes 30u30"

**End Thread**

Thread Statistics

**Instant Message Count**

14

Rothschild008528