AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.  )
*Plaintiff* )
v. ) Case No. 1:22-cv-00384-JSR
MASON ROTHSCHILD )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mason Rothschild                                                                                                     .

Date:   01/25/2023                                          /s Ashley Robinson
                                                                   *Attorney's signature*

                                                          Ashley Robinson 5843255
                                                         *Printed name and bar number*

                                                         Harris St. Laurent & Wechsler LLP
                                                              40 Wall St., 53rd Floor
                                                              New York, NY 10005
                                                                    *Address*

                                                            arobinson@hs-law.com
                                                                *E-mail address*

                                                               (917) 512-9471
                                                              *Telephone number*

                                                               (212) 202-6206
                                                                 *FAX number*