UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | Civ. Action No. 22-cv-00384-JSR |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS AND
OBJECTIONS TO PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

Defendant Mason Rothschild respectfully submits the following proposed questions for the voir dire examination of potential jurors in this case:

1. Have you ever owned a Birkin handbag?

2. Are you a regular Hermès shopper?

Additionally, Mr. Rothschild objects to the following of Plaintiffs' Proposed Voire Dire Questions (ECF No. 130):  A(7) and all proposed questions under subheading B, except for B(3), B(15), and B(20).

Dated: January 25, 2023

                                      Respectfully Submitted,

/s/ *Rhett O. Millsaps II*
Rhett O. Millsaps II
Christopher J. Sprigman
Rebecca Tushnet
Mark P. McKenna (*pro hac vice*)
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
rhett@lex-lumina.com

Jonathan Harris
Adam Oppenheim
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
jon@hs-law.com
(212) 397-3370

*Attorneys for Defendant Mason Rothschild*