UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>MASON ROTHSCHILD,<br><br>                    Defendant. | CIVIL ACTION NO.<br><br>22-CV-00384 (JSR) |

### NOTICE OF FILING CORRECTED EXHIBIT 8 TO DECLARATION OF JESSICA H. FERNANDEZ IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTIONS IN LIMINE

PLEASE TAKE NOTICE that on January 23, 2023, Plaintiffs Hermès International and Hermès of Paris, Inc., ("Hermès") filed the Declaration of Jessica H. Fernandez in Support of Hermès's Consolidated Motions in Limine (ECF No. 122).

PLEASE TAKE NOTICE that Exhibit 8 to the Declaration (ECF No. 122-8) inadvertently used Defendant Mason Rothschild's Amended Proposed Witness and Exhibit List, dated January 11, 2023. Attached here to is a corrected Exhibit 8, consisting of a true and correct copy of Defendant Mason Rothschild's Second Amended Proposed Witness and Exhibit List, dated January 18, 2023 (previously filed at ECF No. 113).

Dated: January 26, 2023
New York, New York

**BAKER & HOSTETLER LLP**

Deborah A. Wilcox, Esq. (*pro hac vice*)
Key Tower
127 Public Square
Cleveland, OH 44114
Telephone:  216.621.0200

**BAKER & HOSTETLER LLP**

Lisa Bollinger Gehman, Esq. (*pro hac vice)*
1735 Market Street
Philadelphia, PA 19103
Telephone:  215.568.3100

**BAKER & HOSTETLER LLP**

By:  /s/ *Gerald J. Ferguson*
Gerald J. Ferguson, Esq.
Oren J. Warshavsky, Esq.
Jason S. Oliver, Esq.
Jessica H. Fernandez, Esq.
Francesca A. Rogo, Esq.
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
Telephone:  212.589.4200
Facsimile:   212.589.4201

*Attorneys for Plaintiffs
Hermès International and
Hermès of Paris, Inc.*