# Corrected Exhibit 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | Civil Action No. 22-cv-00384-JSR <br><br> **DEFENDANT MASON ROTHSCHILD'S SECOND AMENDED PROPOSED WITNESS AND EXHIBIT LIST** |

Pursuant to Fed. R. Civ. P. 26(a)(3) and Judge Rakoff's Individual Rules of Practice, Defendant Mason Rothschild hereby makes the following disclosures about the evidence that he may present at trial:

**Witnesses**[1]

Expect to Call:

1. Mason Rothschild
   Subject matter: Mr. Rothschild's background; conception, execution, promotion, public relations, and sales of Mr. Rothschild's various art projects, including without limitation MetaBirkins; Mr. Rothschild's business ventures; technical aspects of NFTs, blockchain, and the metaverse; the claims and defenses in this case; any other topics discussed in Mr. Rothschild's affidavits or deposition testimony.

2. Kenneth Loo
   Subject matter: Mr. Loo's background, resume, and clients; the history and nature of Mr. Rothschild's *Baby Birkin*, *MetaBirkins*, and other art projects; public relations related to Mr. Rothschild's art projects; Mr. Rothschild's conduct and status as an artist and creator of art projects; any other topics discussed in Mr. Loo's deposition testimony.

---

[1] Mr. Rothschild reserves the right to call additional witnesses for purposes of impeachment or rebuttal.

3. <u>Nicolas Martin</u>
   Subject matter: Hermès' plans for NFTs; Hermès' U.S. trademark registrations; Hermès' view of and response to Baby Birkin, MetaBirkins, and other artwork related to Hermès and/or its products; Hermès' revenue and profits in 2021 and 2022; Hermès' evidence of confusion; Hermès' evidence of damages; Hermès discovery responses, pleadings, and motion papers; the claims and defenses in this case; any other topics discussed in Mr. Martin's affidavits or deposition testimony.

4. <u>Dr. Blake Gopnik (Defendant's expert)</u>
   Subject matter: Dr. Gopnik's background and resume; whether Mr. Rothschild's *MetaBirkins* may properly be understood to be art in the context of art history; whether Mr. Rothschild's conduct was consistent with his expressed artistic intentions relating to *MetaBirkins*; any other topics discussed in Dr. Gopnik's expert report, affidavit, or deposition testimony.

5. <u>Dr. David Neal (Defendant's expert)</u>
   Subject matter: Dr. Neal's background and resume; Dr. Isaacson's survey and report; likelihood of confusion; any other topics discussed in Dr. Neal's expert report or deposition testimony.

May Call:

6. <u>David Cohen</u>
   Subject matter: Mr. Cohen's background and resume; Electric Feel; Mr. Rothschild's art projects; Mr. Rothschild's conduct and status as an artist and creator of art projects; any other topics discussed in Mr. Cohen's deposition testimony.

7. <u>James Kerr or other Consilio Representative</u>
   Subject matter: Screenshots of Discord messages produced during summary judgment briefing; Mr. Rothschild's discovery efforts.

8. <u>Dr. Bruce Isaacson (Plaintiffs' expert)</u>
   Subject matter: Dr. Isaacson's survey and report; likelihood of confusion; any other topics discussed in Dr. Isaacson's expert report, affidavit, or deposition testimony.

**Exhibits**[2]

| Ex. | Description | Starting Bates No. | Ending Bates No. |
|---|---|---|---|
| 501 | Birkin handbag | | |
| 502 | Campbell's Soup can | | |

---

[2] Mr. Rothschild reserves the right to add exhibits and demonstratives comprising publicly available information. Mr. Rothschild additionally reserves the right to introduce additional exhibits for rebuttal, impeachment, or other purposes. Mr. Rothschild also reserves the right to amend and supplement this initial list of trial exhibits.

| | | | |
|---|---|---|---|
| 503 | Andy Warhol, *Campbell's Soup Cans* (1962) (www.moma.org/collection/works/79809) | | |
| 504 | René Magritte, *The Treachery of Images (This is Not a Pipe)* (1929) (https://collections.lacma.org/node/239578) | | |
| 505 | *MetaBirkins* website (www.metabirkins.com) | | |
| 506 | *MetaBirkins* public Instagram account (@metabirkins) | | |
| 507 | Gunna song, "Baby Birkin" (2019) | | |
| 508 | Cardi B song, "Up" (2021) | | |
| 509 | Beyoncé song, "Summer Renaissance" (2022) | | |
| 510 | Webpage advertising Tyler Shields, *Glitter Birkin* (2018) (Ex. 12 from August 30, 2022, deposition of Nicolas Martin) | | |
| 511 | Webpage advertising Tyler Shields, *Money Birkin* (2020) (https://www.1stdibs.com/art/photography/color-photography/tyler-shields-money-birkin-56-x-72/id-a_10816022/) | | |
| 512 | Wepage advertising Becky Rosa, *Hermèss Black* (Ex. 13 from August 30, 2022, deposition of Nicolas Martin) | | |
| 513 | Faran Krentcil, "This 100-pound, stone-carved Birkin bag is still cheaper than the real thing," *NY Post*, September 4, 2016 (Ex. 16 from August 30, 2022, deposition of Nicolas Martin) | | |
| 514 | September 22, 2019, Collecting Luxury blog post titled "Barbara Segal - Artist of the Rare Stone 'Birkin' Scuplture" located at https://www.collectingluxury.com/blog-1/2019/9/22/barbara-segal-artist-of-the-rare-stone-birkin-scuplture | | |
| 515 | Turbosquid.com webpage advertising "Hermes - Birkin Crocodile Bag" 3-D model (Ex. 15 from August 30, 2022, deposition of Nicolas Martin) | | |
| 516 | Photograph of CJ Hendry pencil drawing of Birkin bag (Ex. 14 from August 30, 2022, deposition of Nicolas Martin and @cj_hendry Instagram post dated August 19, 2016) | | |
| 517 | Tom Sachs: Rocket Factory webpage, "Deez Nuts" at https://tomsachsrocketfactory.com/rocket/8/deez-nutz | | |

| | | | |
|---|---|---|---|
| 518 | Clip from *Sex and the City* season 4, episode 11, "Coulda, Woulda, Shoulda" (2001) located at https://www.youtube.com/watch?v=GDKmQP_vDOY | | |
| 519 | Clip from Gilmore Girls, season 6, episode 6, "Welcome to the Dollhouse" (2005) located at https://www.youtube.com/watch?v=e6yhvgXuA7w | | |
| 520 | *The Proposal* (2009) film clip showing Sandra Bullock's character with Birkin bag | | |
| 521 | *Blue Jasmine* (2013) film clip showing Cate Blanchette's character with Birkin bag | | |
| 522 | Webpage titled "Mason Rothschild 'THE ART SCHOOL DROPOUT' T-Shirt Collection" on hypebeast.com | HERMES_0010553 | HERMES_0010553 |
| 523 | Foundation Labs public "Mason Rothschild" webpage showing *Do Not Sit* NFT artworks at https://foundation.app/@masonrothschild | | |
| 524 | Basic Space public webpage for *Baby Birkin* at https://basic.space/products/baby-birkin | | |
| 525 | OpenSea public webpage for *I Like You, You're Weird* at https://opensea.io/collection/ilyyw | | |
| 526 | Yellow Heart public webpage titled "Floaties | NFT Edition SCOPE Platinum VIP" at https://yh.io/item-details/floaties-%7C-nft-edition-scope-platinum-vip/aZDjQ1B3F0Xa8e0v | | |
| 527 | OpenSea public webpage for *I Hate You, You're Scary* at https://opensea.io/collection/ihyys | | |
| 528 | Emails from Mason Rothschild to self and to Cedar Pasori dated November 17, 2021 | Rothschild0014825 | Rothschild0014825 |
| 529 | Press Release titled "'BABY BIRKIN NFT' BY MASON ROTHSCHILD AND ERIC RAMIREZ" | KLOO_0000002 | KLOO_0000003 |
| 530 | Press Release titled "ARTIST MASON ROTHSCHILD UNLEASHES 100 'METABIRKINS' NFTS DURING ART BASEL MIAMI 2021" | KLOO_0000004 | KLOO_0000006 |
| 531 | Instagram post by @electricfeelent announcing signing of Mason Rothschild (Ex. 170 to transcript of deposition of David Cohen dated September 22, 2022) | | |
| 532 | Whatsapp messages between Mason Rothschild and "Mark Design" dated March 18, 2021 | Rothschild011242 | Rothschild011278 |
| 533 | Whatsapp messages between Mason Rothschild and "Mark Design" dated April 8, 2021 | Rothschild011356 | Rothschild011359 |

4

| | | | |
|---|---|---|---|
| 534 | Whatsapp messages between Mason Rothschild and "Mark Design" dated April 14, 2021 | Rothschild011391 | Rothschild011409 |
| 535 | Whatsapp messages between Mason Rothschild and "Mark Design" dated April 16, 2021 | Rothschild011416 | Rothschild011428 |
| 536 | Whatsapp messages between Mason Rothschild and "Mark Design" dated April 18, 2021 | Rothschild011433 | Rothschild011485 |
| 537 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 4, 2021 | Rothschild014566 | Rothschild014594 |
| 538 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 15, 2021 | Rothschild014643 | Rothschild014645 |
| 539 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 16, 2021 | Rothschild014647 | Rothschild014655 |
| 540 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 18, 2021 | Rothschild014660 | Rothschild014663 |
| 541 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 19, 2021 | Rothschild008303 | Rothschild008320 |
| 542 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 24, 2021 | Rothschild014683 | Rothschild014685 |
| 543 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 27, 2021 | Rothschild014687 | Rothschild014694 |
| 544 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 31, 2021 | Rothschild014698 | Rothschild014702 |
| 545 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 3, 2021 | Rothschild008398 | Rothschild008404 |
| 546 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 4, 2021 | Rothschild008409 | Rothschild008443 |
| 547 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 5, 2021 | Rothschild014705 | Rothschild014712 |
| 548 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 9, 2021 | Rothschild014728 | Rothschild014734 |
| 549 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 10, 2021 | Rothschild014738 | Rothschild014752 |
| 550 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 17, 2021 | Rothschild014796 | Rothschild014802 |
| 551 | Invoice from Snail House to Mason Rothschild dated July 20, 2021 | Rothschild008283 | Rothschild008283 |
| 552 | Birkin.xlsx (spreadsheet with heading "BIRKINS") | Rothschild017791 | Rothschild017791 |
| 553 | Figma file - Untitled.fig | Rothschild018620 | Rothschild018620 |

| 554 | Email chain between Kenneth Loo, Alyssa Kelly, and Mason Rothschild including Clara Jeon dated December 18, 2021 | Rothschild016295 | Rothschild016296 |
|---|---|---|---|
| 555 | Email chain between Mason Rothschild and Lauren Moberg dated May 14, 2021 | Rothschild014325 | Rothschild014328 |
| 556 | Messages between Mason Rothschild and "Eric Ram" dated October 24, 2021 | Rothschild008352 | Rothschild008359 |
| 557 | Messages between Mason Rothschild and Jesse Lee dated December 18, 2021 | Rothschild016171 | Rothschild016182 |
| 558 | Messages between Mason Rothschild and Cedar Pasori dated January 31, 2022 | Rothschild017238 | Rothschild017244 |
| 559 | Messages between Mason Rothschild and Garrett McManus dated January 21, 2022 | Rothschild017130 | Rothschild017140 |
| 560 | Messages between Mason Rothschild and Kenneth Loo dated February 3, 2022 | Rothschild017310 | Rothschild017312 |
| 561 | Messages between Mason Rothschild and Amber Park dated December 11, 2021 | Rothschild015492 | Rothschild015496 |
| 562 | Messages between Mason Rothschild and 42173723990 dated January 20, 2022 | Rothschild017121 | Rothschild017121 |
| 563 | Plaintiffs Hermès International and Hermès of Paris, Inc.'s Responses to Defendant Rothschild's First Set of Requests for Admission | | |
| 564 | Amended Complaint (ECF No. 24) | | |
| 565 | Screenshot of *MetaBirkins* website as accessed on December 1, 2021 | HERMES_0037671 | HERMES_0037672 |
| 566 | @MasonRothschild Twitter post dated October 29, 2021 | HERMES_0009801 | HERMES_0009801 |
| 567 | Image of *MetaBirkin* with banana | Rothschild009797 | Rothschild009797 |
| 568 | Emails from Mason Rothschild to Benjamin Milstein dated December 17 and December 19, 2021 | Rothschild009508 | Rothschild009509 |
| 569 | Messages from Mason Rothschild to Alex Sacks, Truman Sacks, and Jesse Lee dated December 13, 2021 | Rothschild015521 | Rothschild015522 |
| 570 | Message exchange between Mason Rothschild and Truman Sacks including Alex Sacks and Jesse Lee dated December 13, 2021 | Rothschild015525 | Rothschild015532 |
| 571 | @MasonRothschild Twitter post dated December 1, 2021 | OS-HERMES-0044 | OS-HERMES-0044 |
| 572 | Message from Mason Rothschild to OpenSea dated December 12, 2021 | OS-HERMES-0021 | OS-HERMES-0021 |

| 573 | Message exchange between Mason Rothschild and OpenSea dated December 20, 2021 | OS-HERMES-0022 | OS-HERMES-0023 |
|---|---|---|---|
| 574 | Message exchange between Mason Rothschild and OpenSea dated December 22, 2021, to December 27, 2021 | OS-HERMES-0045 | OS-HERMES-0047 |
| 575 | Twitter direct messages between @asiancryptogirl and @masonrothschild dated December 6, 2021 | Rothschild018426 | Rothschild018427 |
| 576 | Twitter direct messages between @asiancryptogirl and @masonrothschild dated December 6, 2021 | Rothschild018475 | Rothschild018476 |
| 577 | Screenshot of Discord messages between walmat.eth and MasonRothschild dated December 1, 2021 (Exhibit 2 to Declaration of James Kerr dated October 19, 2022) (ECF No. 83-2) | | |
| 578 | Screenshot of Discord messages between shoeman and cc dated December 2, 2021 (Exhibit 3 to Declaration of James Kerr dated October 19, 2022) (ECF No. 83-3) | | |
| 579 | Mason Rothschild's public Instagram account (@masonrothschild) | | |
| 580 | Terminal 27's public Instagram account (@terminal27) | | |
| 581 | Terminal 27's website (www.terminal27.com) | | |
| 582 | Gasoline's website (www.gasoline.xyz) | | |
| 583 | Declaration of Mason Rothschild dated October 6, 2022 | | |
| 584 | Declaration of Nicolas Martin dated October 7, 2022 | | |
| 585 | Expert Report of Dr. Blake Gopnik, dated September 1, 2022 | | |
| 586 | Declaration of Dr. Blake Gopnik dated October 21, 2022 | | |
| 587 | Expert Report Submitted by Dr. Bruce Isaacson Measuring the Likelihood of Confusion Between MetaBirkins and Birkin Handbags, dated August 4, 2022 | | |
| 588 | Expert Report of David Neal, Ph.D., in Response to Expert Report of Dr. Bruce Isaacson, dated September 1, 2022 | | |
| 589 | Expert Report of Kevin D. Mentzer dated August 4, 2022 | | |
| 590 | Hermès website (www.hermes.com) | | |

| | | | |
|---|---|---|---|
| 591 | Leah Bitsky, "North West attends Kanye's opera with $10K Hermès Birkin bag," *Page Six*, December 23, 2019 (https://pagesix.com/2019/12/23/north-west-attends-kanyes-opera-with-10k-hermes-birkin-bag/) | | |
| 592 | Maghan McDowell, "The 'Baby Birkin' NFT and the legal scrutiny on digital fashion," *Vogue Business*, June 15, 2021 (https://www.voguebusiness.com/technology/the-baby-birkin-nft-and-the-legal-scrutiny-on-digital-fashion) | | |
| 593 | Vanessa Friedman, "Six Reasons to Get Excited About Fashion in 2023," The New York Times, January 5, 2023 (https://www.nytimes.com/2023/01/05/style/fashion-preview-2023.html) | | |
| 594 | Jessica Rizzo, "The Future of NFTs Lies with the Courts," *Wired*, April 3, 2022 (https://www.wired.com/story/nfts-cryptocurrency-law-copyright/) | | |
| 595 | YouTube video titled "Driving the GMC Hummer EV in Call of Duty: MW2 – DMZ" located at https://www.youtube.com/watch?v=bQpz29aAUic | | |
| 596 | @barbarasegal public Instagram account | | |
| 597 | Leonardo Da Vinci, *Mona Lisa* (c. 1503-19) (https://www.britannica.com/topic/Mona-Lisa-painting) | | |
| 598 | Oxford English Dictionary | | |
| 599 | Merriam-Webster Dictionary | | |
| 600 | Hermès 2021 Universal Registration Document (Including the Annual Financial Report) | HERMES_0033150-HERMES_0033151 | HERMES_0033177-HERMES_0033180 |
| 601 | Hermès Half-year Financial Report dated June 2022 | | |

Dated: January 18, 2023

Respectfully Submitted,

/s/ *Rhett O. Millsaps II*
Rhett O. Millsaps II
Christopher J. Sprigman
Mark P. McKenna (*pro hac vice*)
Rebecca Tushnet
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
rhett@lex-lumina.com

Jonathan Harris
Adam Oppenheim
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
jon@hs-law.com

*Attorneys for Defendant Mason Rothschild*