# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MASON ROTHSCHILD, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 22-CV-00384 (JSR) |

**PLAINTIFFS' TRIAL WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and the Court's Individual Rules of Practice 4(b)(vi), Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") identify the following witnesses Hermès intends to call at the trial of this matter, in the likely order of appearance:

- Robert Chavez (via video deposition designations)
- Dr. Kevin Mentzer
- Nicolas Martin
- Mason Rothschild
- Dr. Scott Duke Kominers (via remote testimony)
- Ambre-Elise Binoche
- Maximilien Moulin
- Dr. Bruce Isaacson
- Luisa Vittadini
- Kenneth Loo

- Boriana Guimberteau (via video deposition designations)

Hermès reserves the right to call in its case in chief any witness appearing on the trial witness list of Defendant Mason Rothschild. Hermès also reserves the right in rebuttal to call Nicolas Martin.

Respectfully submitted,

Dated: January 27, 2023
New York, New York

**BAKER & HOSTETLER LLP**

Deborah A. Wilcox, Esq. (*pro hac vice*)
Key Tower
127 Public Square
Cleveland, OH 44114
Telephone:  216.621.0200

**BAKER & HOSTETLER LLP**

Lisa Bollinger Gehman, Esq. (*pro hac vice*)
1735 Market Street
Philadelphia, PA 19103
Telephone:  215.568.3100

**BAKER & HOSTETLER LLP**

By: /s/ *Gerald J. Ferguson*
Gerald J. Ferguson, Esq.
Oren J. Warshavsky, Esq.
Jason S. Oliver, Esq.
Jessica H. Fernandez, Esq.
Francesca A. Rogo, Esq.
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
Telephone:  212.589.4200
Facsimile:   212.589.4201

*Attorneys for Plaintiffs*
*Hermès International and*
*Hermès of Paris, Inc.*