# Exhibit 3

<u>Plaintiffs' Final Trial Exhibit List</u>

*Hermès International et al. v. Rothschild*, Case No, 22-cv-00384

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 1 | Fall 2017 | Highland Park Village article, "Silk Stalking" | HERMES_0011397 | X | Admitted without objection during Chavez testimony. |
| 2 | Autumn/Fall 2022 | Hermès Autumn/Winter 2020 Look Book | HERMES_0001434 | | Lacks foundation/authenticity [Stip] |
| 3 | 1/3/2023 | Web capture Hermès.com - American Quilts | No Bates | X | Admitted without objection during Chavez testimony. |
| 4 | 1/3/2023 | Web capture Hermès.com - The Battery New York | No Bates | X | Admitted without objection during Chavez testimony. |
| 5 | 7/7/2022 | USPTO TSDR and Certificate of Registration, U.S. Reg. No. 2991927 for BIRKIN | HERMES_0007355-7357, 7647 | X | Admitted without objection during Chavez testimony. |
| 6 | 7/7/2022 | USPTO TSDR and Certificate of Registration, U.S. Reg. No. 3936105 for BIRKIN Trade Dress | HERMES_0007673-7675, 7961, 7699 | X | Admitted without objection during Chavez testimony. |
| 7 | 7/7/2022 | USPTO TSDR, U.S. Reg. Nos. 930149, 4278653, 2213940, 368785, 369271, 369681, 1450841, 370082, 909653, 369944, 858299, 3198963, 3036116, 1099896 for HERMÈS | HERMES_0037508, 1785-86, 2513-18, 2125-26, 3667-68, 4004-05, 4345-46, 4762-63, 5051-52, 5364-65, 5702-03, 6090-91, 6351-52, 6611-12, 7038-39 | X | Admitted without objection during Chavez testimony. |
| 8 | Various dates March 1998 - October 2021 | Compilation of U.S. press coverage of the BIRKIN handbag | HERMES_0001602, 1600, 0012381-82, 0000855, 854, 0001776-77, 0000869, 866, 878, 877, 535, 810, 809, 808, 807, 546, 471-72, 544-45, 901, 892-900, 537-38, 542, 0001255-56, 0000707-09, 481-82, 0012687-88, 0000639, 547-49, 474-75, 528-29, 0001763-64, 0000830, 829, 684-91, | X | Admitted without objection during Chavez testimony. |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| | | | 0012475-76, 0037515-17, 0037592-97 | | |
| 9 | March 2021_ | Harper's Bazaar article titled, "*The* Mighty, MIGHTY Birkin." | HERMES_0001768 | X | Admitted without objection during Chavez testimony. |
| 10 | Various Dates | Compilation of screenshots of scenes from television shows and movies featuring the BIRKIN handbag | HERMES_0001614-20, 1704, 1700-03, 1684-86, 1780-81, 13585, 13587,13586, 13588, 1783-84, 1724-27, 1693-94, 1722, 1721,  1728-29, 1733-35, 14416-17, 14419, 13747, 13746, 13720, 14413, 14412, 14414, 13718-13719, 13717, 14406-08, 13742, 13701, 14415, 13744 | X | Admitted without objection during Chavez testimony. |
| 11 | Year 2004 | Image used in 2004 magazine advertisement of the BIRKIN handbag | HERMES_0001622 | X | Admitted without objection during Chavez testimony. |
| 12 | Year 2004 | Compilation of 2004 magazine advertisements of the BIRKIN handbag | HERMES_ 0001406-07, 02, 04, 14-17, 20-21, 12-13, 08-09, 23-24 | X | Admitted without objection during Chavez testimony. |
| 13 | | Birkin handbag (image of physical bag) - Tropical | No Bates | X | |
| 14 | 7/6/2022 | Compilation of images of Hermès bags (fur) | HERMES_0023396 HERMES_0023397 HERMES_0023398 HERMES_0023399 | | Foundation/authentication [Stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 15 | 7/6/2022 | Compilation of images of Hermès bags (fur) | HERMES_0023400<br>HERMES_0023401<br>HERMES_0023402 | | Foundation/authentication [Stip] |
| 16 | Various dates March 2003 - June 2021 | Compilation of international press coverage of the BIRKIN handbag | HERMES_0013545-46, 13773-74, 13821-22, 11568-69, 13506-07, 13792-93, 11809-10, 11187-88, 10868-69, 11543-44, 1369-70, 1359-62, 563-64, 519-520, 33130-31 | | Foundation/authentication [Stip to compilation]<br><br>402 (relevance)<br><br>403 (probity/prejudice) |
| 17 | 9/1/2022 | USPTO TSDR, U.S. Application Serial No. 97566629 for BIRKIN (NFT filing) | HERMES_0033746 | X | |
| 18 | 9/1/2022 | USPTO TSDR, U.S. Application Serial No. 97566611 for Hermès (NFT filing) | HERMES_0033714 | X | |
| 19 | 7/27/2022 | Hermès 2021 Global Distribution Network and Hermès 2022 U.S. List of Stores | HERMES_0014420<br>HERMES_0014000 | | Foundation/authentication [stip] |
| 20 | 12/16/2021 | Cease and Desist Letter from Hermes's Counsel to Rothschild | No Bates | | Hearsay [stip] |
| 21 | 12/21/2021 | Cease and Desist Response Letter from Rothschild's Counsel to Hermes' Counsel | No Bates | | Hearsay [stip] |
| 22 | 10/18/2022 | Cease and Desist Letter from Baker Hostetler to TurboSquid | No Bates | | Hearsay [stip]<br><br>402 (relevance) |
| 23 | 11/15/2022 | Email between Gerald Ferguson and TurboSquid Re: URGENT! Unauthorized Use of Hermès' Trademarks (TurboSquid) | No Bates | | Hearsay [stip]<br><br>402 (relevance) |
| 24 | 9/4/2016 | NY Post Article titled, "This 100-pound, stone carved Birkin bag is still cheaper than the real thing" | No Bates | X | |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 25 | 9/14/2020 | PPT - "2020 0 8 HLAB_ Analyse_Certificat_ Numerique.pdf" which translates to "August 2020 HLab Digital Certificate Analysis" | HERMES_0029911 | | Foundation/authentication [stip]<br><br>Hearsay [stip]<br><br>402 (relevance) |
| 26 | | Birkin Handbag (image of physical bag) - Black | No Bates | X | |
| 27 | 6/3/2021 | PPT - "Confidential June 3, 2021  Hermès Blockchain & NFTs." | HERMES_0024286 (ending at HERMES_0024320) | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 28 | 6/4/2021 | Document titled "2021.05.04_Carnet d'idées_NFT for_Hermès.pdf" which translates to "Notebook of NFT Ideas for Hermès" | HERMES_0023971 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 29 | 10/18/2022 | USPTO TSDR and Office Action, U.S. Application Serial No. 97112038 for GUCCI | No Bates | | 402 (relevance) |
| 30 | 10/18/2022 | USPTO TSDR and Office Action, U.S. Application Serial No. 97112054 for PRADA | No Bates | | 402 (relevance) |
| 31 | 2/6/2020 | Document titled "Blockchain w/ Arianee x Fabernovel pour LMH" which translates to "Blockchain w/ Arianee x Fabernovel for LMH" | HERMES_0023403 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 32 | 10/25/2021 E<br>10/22/2021 A | October 25, 2021 Email from Maximilien Moulin to Sophie Duverne attaching "CFEE_Hermes_22.10.2021.pdf" an October 22, 2021 PPT re virtual museum project | HERMES_0024978<br>HERMES_0024980 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 33 | 4/22/2022 E<br>3/23/2022 A | Email from Guirec Boidin to Florent Canepa and Klara Gjoni copying Maximilien Moulin Re: Chapodyssée and attaching Image of hat and March 23, 2022 PPT titled, "H.Lab Cas d'usage NFT" which translates to "H.Lab NFT Use Cases" | HERMES_0028866<br>HERMES_0028867<br>HERMES_0028868 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 34 | 6/14/2021 E<br>6/3/2021 A | June 14, 2021 email from Maximilien Moulin to Hermès Lab and Marion Hourdin Re: Doc NFT and attaching "20210528_Digital_Assets_Hermès.pptx" a June 3, 2021 PPT titled, "Arianee NFT Solutions" | HERMES_0024058<br>HERMES_0024059 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 35 | | Birkin handbag (image of physical bag) - Rainbow | No Bates | X | |
| 36 | 1/26/2023 | Page Vault - The Birkin Hermes.com | No Bates | X | |
| 37 | 4/1/2022 | PPT – "H.Lab – Atelier NFT & Soie Proposition de parcours v2" | HERMES_0030731 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 38 | 10/6/2021 | Email from Nicolas Cabanes to Maximilien Moulin and Arthur Massonneau Re: NFT pour l'innovation Day | HERMES_0024833 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 39 | 11/22/2021 | Email exchange between Ambre Elise Binoche, Persephone Kessanidis, and others from Hermès Re: Neil Beloufa | HERMES_0025181 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 40 | 5/5/2022 | Email from Ambre Elise Binoche to Maximilien Moulin Re: NFT - Journée de la communication 30 juin which translates to "NFT - Communication Day June 30" | HERMES_0028988 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 41 | April 2022 | PPT "PETIT H ET HORIZONS DANS LE MÉTAVERS" which translates to "Little H and Horizons in the Metaverse" | HERMES_0028640 | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 42 | 1/26/2022 E/A | Email from Sophia Boudali to Ambre Elise Binoche and others at Hermès re MetaBirkins/NFT Recap attaching screenshots from Instagram and including links to Twitter | HERMES_0020988 (with family) | | Foundation/authentication [stip]<br><br>Hearsay [stip] |
| 43 | 12/23/2022 | Page Vault - January 25, 2022 Instagram Post by Hermès | No Bates | | Foundation/authentication [stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 44 | 1/24/2023 | Blockchain entries to identify the images associated with the MetaBirkins NFTs | No Bates | | foundation/authentication [stip] |
| 45 | 1/26/2023 | Google Search Results, hermes nft | No Bates | | Foundation/authentication [stip] Hearsay 402 (relevance) |
| 46 | 8/26/2021 | Email from Elizabeth Howcroft (Reuters) to Luisa Maria Vittadini Re: Reuters - NFTs | HERMES_0024276 | | Foundation/authentication [stip] Hearsay 402 (relevance) |
| 47 | 12/2/2021 | December 2, 2021 email from Radarly to Luisa Maria Vittadini Re: Radarly – Alerte 'NFT or Metabirkin' | HERMES_0014778 | | Foundation/authentication Hearsay 402 (relevance) |
| 48 | 12/7/2021 | Email exchange between Luisa Maria Vittadini, Caroline Mailhe Schwartz, Charlotte David, and Sophie Seibel Traonouil Re: Demand Cristina Criddle / NFT | HERMES_0014907 | | Foundation/authentication [stip] Hearsay [stip] 402 (relevance) |
| 49 | 12/15/2021 | Email exchange between Caroline Mailhe Schwartz to Luisa Maria Vittadini Re: Fwd: BoF request - Hermès's response to sale of MetaBirkins NFTs | HERMES_0015515 | | Foundation/authentication [stip] Hearsay [stip] 402 (relevance) |
| 50 | 12/27/2021 | Email from Julie Zerbo (The Fashion Law) to Nolwenn Le Gibon Re: MetaBirkins comment | HERMES_0016552 | | Foundation/authentication [stip] Hearsay [stip] 402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 51 | 10/27/2021 | Article titled "2021 The Year of Fashion NFTs" with Boriana Guimberteau notes | GUIMBERTEAU_000070 | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 52 | 12/9/2021 | AIPPI NFT presentation | GUIMBERTEAU_000037 | | foundation/authentication [stip]<br><br>hearsay [stip either to limited purpose or to business record]<br><br>402 (relevance) |
| 53 | 3/3/2022 | Affidavit of Boriana Guimberteau on her firm letterhead | GUIMBERTEAU_000067 | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402/403 (relevance and probity/prejudice)<br><br>* subject to MIL |
| 54 | 3/4/2022 | Signed Affidavit of Boriana Guimberteau with case caption | GUIMBERTEAU_000068 | | 402/403 (relevance and probity/prejudice)<br><br>* subject to MIL |
| 55 | 8/4/2022 | Expert Report of Kevin D. Mentzer, Ph.D. | No Bates | | hearsay |
| 56 | 9/23/2022 | Supplement to Expert Report of Kevin D. Mentzer, Ph.D. | No Bates | | hearsay |
| 57 | 1/8/2023 | Kevin D. Mentzer, Ph.D. CV (updated) | No Bates | | foundation/authentication [stip] |
| 58 | 12/3/2021 | Text message exchange between Mason Rothschild, Truman Sacks, Alex Sacks, and Jesse Lee | Rothschild008853 at 8859 (with family) | | hearsay [stip to MR statements] |
| 59 | 1/9/2023 | Figure 1. Unveiled Image Associated with One of METABIRKINS NFTs | No Bates | | foundation/authentication [stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 60 | 1/9/2023 | Figure 2. MetaBirkins Constructor Code | No Bates | | foundation/authentication [stip] hearsay [stip] |
| 61 | 1/9/2023 | Figure 3a. Portions of the Minting Smart Contract | No Bates | | foundation/authentication [stip] hearsay [stip] |
| 62 | 1/9/2023 | Figure 3b. Portions of the Minting Smart Contract | No Bates | | Foundation/authentication [stip] hearsay [stip] |
| 63 | 7/28/2022 | Figure 4. Initial screen for mint.metabirkins.com as of July 30, 2022 | HERMES_0009980 | | foundation/authentication [stip] |
| 64 | 12/1/2021 | Figure 5. Website mint.metabirkins.com after wallet connected | Rothschild007790 | | foundation/authentication |
| 65 | 1/9/2023 | Figure 6. Sample Transaction as seen on Etherscan.io | No Bates | | Foundation/authentication [stip] |
| 66 | 1/9/2023 | Figure 7. MetaBirkins Minting Timeline | No Bates | | Foundation/authentication [stip] |
| 67 | 1/9/2023 | Figure 10. First Sale Transaction | No Bates | | Foundation/authentication [stip] |
| 68 | 1/9/2023 | Figure 11. One of the MetaBirkins after the Unveiling | No Bates | | Foundation/authentication [stip] |
| 69 | 1/9/2023 | Figure 12. Sample Sale on LooksRare Martketplace | No Bates | | Foundation/authentication [stip] |
| 70 | 1/9/2023 | Figure 13. Sample Sale on Rarible Marketplace | No Bates | | Foundation/authentication [stip] |
| 71 | 1/9/2023 | Figure 14. Rarible Royalty Payment Transaction (ETH) | No Bates | | Foundation/authentication [stip] |
| 72 | 1/9/2023 | Figure 15. Rarible Royalty Payment Transaction (WETH) | No Bates | | Foundation/authentication [stip] |
| 73 | 1/9/2023 | Figure 16. Sample Sale on OpenSea Marketplace | No Bates | | Foundation/authentication [stip] |
| 74 | 1/9/2023 | Figure 17. Easy removal of background | No Bates | | Foundation/authentication [stip] 402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 75 | 1/9/2023 | Figure 18. Mason Rothschild Twitter Profile | No Bates | | Foundation/authentication [stip]<br><br>402 (relevance) |
| 76 | 1/9/2023 | Figure 19. ILYYW Roadmap | No Bates | | 402 (relevance) |
| 77 | 1/9/2023 | Figure 20. ILYYW X Blankos Collaboration | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 78 | 1/8/2023 | METABIRKINS NFT Smart Contract Code - MetaBirkins.sol; Counters.sol; Ownable.sol; AccessControl.sol; ERC721URIStorage.sol; ERC721Enumerable.sol; ERC721.sol; IERCEnumerable.sol; ERC165.sol; Strings.sol; Context.sol; Address.sol; IERC721Metadata.sol; IERC721Receiver.sol; IERC721.sol; IAccessControl.sol; IERC165.sol | No Bates | | foundation/authentication [stip] |
| 79 | 1/8/2023 | METABIRKINS NFT Minting Contract Transaction History | No Bates | | foundation/authentication [stip] |
| 80 | 1/8/2023 | METABIRKINS NFT Contract Transaction History | No Bates | | foundation/authentication [stip] |
| 81 | 1/8/2023 | METABIRKINS NFT GIF No. 0 Pre Launch | No Bates | | foundation/authentication [stip] |
| 82 | 1/8/2023 | Video of BabyBirkin NFT | No Bates | | foundation/authentication [stip] |
| 83 | 1/8/2023 | METABIRKINS NFT Bag #64 Veiled | No Bates | | foundation/authentication [stip] |
| 84 | 1/8/2023 | METABIRKINS NFT Bag #64 Unveiled | No Bates | | foundation/authentication [stip] |
| 85 | 8/12/2022 | CSV file of transaction history for the MetaBirkins NFTs on OpenSea | OS-HERMES-0018 | | foundation/authentication [stip]<br><br>402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 86 | 8/12/2022 | CSV file of information OpenSea had on the MetaBirkins NFTs | OS-HERMES-0019 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 87 | 8/12/2022 | CSV file of creator fee payouts | OS-HERMES-0020 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 88 | 8/12/2022 | JSON file provided by OpenSea related to OS-HERMES-0060.csv | OS-HERMES-0057 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 89 | 8/12/2022 | JSON file provided by OpenSea related to OS-HERMES-0060.csv | OS-HERMES-0058 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 90 | 8/12/2022 | JSON file provided by OpenSea related to OS-HERMES-0060.csv | OS-HERMES-0059 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 91 | 8/12/2022 | CSV file of info on Mason Rothschild's OpenSea account | OS-HERMES-0060 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 92 | 1/9/2023 | MetaBirkins Token Transaction History | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 93 | 1/9/2023 | Document detailing the Transaction Hash and Wallets Added to Whitelist | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 94 | 8/5/2022 | Expert Report of Scott Duke Kominers, Ph.D. | No Bates | | Hearsay |
| 95 | 8/26/2022 | Supplement to Expert Report of Scott Duke Kominers, Ph.D. | No Bates | | Hearsay |
| 96 | 1/6/2023 | Dr. Scott Kominers CV (updated) | No Bates | | foundation/authentication [stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 97 | 8/16/2022 | Twitter Space Recording Transcript of Mason Rothschild and Jacob Pace | KOMINERS_004178 | | Hearsay [stip to MR statements only] |
| 98 | 8/23/2022 | Twitter Space Recording Transcript of Mason Rothschild and Nick | No Bates | | Hearsay [stip to MR statements only]<br><br>402 (relevance) |
| 99 | 1/18/2021 | SMI Aware Export of the METABIRKINS page on Instagram | HERMES_0008348 | | foundation/authentication [stip]<br><br>hearsay [stip to MR statements only] |
| 100 | 1/19/2021 | SMI Aware Export of the METABIRKINS page on Twitter, https://twitter.com/MetaBirkins | HERMES_0009089 | | foundation/authentication [stip]<br><br>hearsay [stip to MR statements only] |
| 101 | 1/5/2022 - 2/17/2022 | Screenshot of Mason Rothschild announcements in the METABIRKINS Discord | No Bates | | Foundation/authentication [stip]<br><br>402 (relevance) |
| 102 | 10/4/2022 | Page Vault - I Like You, You're Weird on Twitter | No Bates | | Foundation/authentication [stip]<br><br>hearsay [stip to MR statements only]<br><br>402 (relevance) |
| 103 | 8/2/2022 | Page Vault - article, "How Luxury Retail's Big Metaverse Fashion Week Experiment in Decentraland Played Out With Virtual Stores, NFT Wearables, A Bored Ape Collaboration And More" | HERMES_0010622 | | hearsay [stip]<br><br>402 (relevance)<br><br>403 (probity/prejudice) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 104 | 8/1/2022 | Page Vault - article titled "How Fashion and NFTs Found Themselves in a Beneficial Partnership" | HERMES_0010482 | | hearsay [stip]<br><br>402 (relevance)<br><br>403 (probity/prejudice) |
| 105 | 8/1/2022 | Page Vault - New York Times article titled "What to Wear in the Metaverse" | HERMES_0010554 | | hearsay [stip]<br><br>402 (relevance) |
| 106 | 8/1/2022 | Page Vault -Hypebae article titled "Diving into Digital: Our Favorite NFT, Virtual Fashion and Web3 Projects of June 2022" | HERMES_0010429 | | hearsay [stip]<br><br>402 (relevance) |
| 107 | 3/30/2022 | Article titled "Glitches, Glamour, and Graphics Cards: Notes From Decentraland's First Metaverse Fashion Week" | HERMES_0009713 | | hearsay [stip]<br><br>402 (relevance) |
| 108 | 10/28/2022 | Page Vault - cygaar on Twitter @CrypT0M_ There's plenty of art-only NFTs that are viewed | No Bates | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 109 | 12/17/2021 | Page Vault - o Zeneca on Twitter: "@akshat10eti @sartoshi_nft Can you find that original tweet? | No Bates | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 110 | 11.14.2021 | Page Vault - Property's on Twitter Question to NFT Twitter What is the coolest art-only project you have seen around | No Bates | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 111 | 6/3/2022 | Page Vault - Kat.ada on Twitter @EL_MatadorNFT is building something truly special. What began as an art-only #NFT project is evolving into a beautiful marriage of art and utility | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 112 | 12/30/2021 | Page Vault - Bernie on Twitter: "3. Utility - the Value Proposition What does the NFT serve for? | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 113 | 12/29/2022 | Page Vault - Transcendent on Twitter: "2022 was a year of deep understanding about Web3 and the NFT space for most of us | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 114 | 1/5/2023 | Page Vault - terrell jones on Twitter discussing with collectors about my upcoming OE. | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 115 | 5/14/2022 | Page Vault - Cardano Salad  on Twitter: "3) Whilst there were fantastic onboarding solutions available for 'project' based NFT collection | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 116 | 8/16/2022 | Twitter Space Recording Transcript of Mason Rothschild and Jacob Pace (audio file) | KOMINERS_003849 | | Hearsay [stip to MR statements only] |
| 117 | 8/23/2022 | Twitter Space Recording Transcript of Mason Rothschild and Nick (audio files) | KOMINERS_004129-4130 | | Hearsay [stip to MR statements only] 402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|-----------|-------|------------------------|
| 118 | 12/24/2022 | Post by Rothschild on ILYYW Discord. | No Bates | | foundation/authentication [stip] |
| 119 | 1/9/2023 | Figure 8. of Kominers Expert Report | No Bates | | foundation/authentication  [stip] <br><br> hearsay <br><br> 402 (relevance) |
| 120 | 1/9/2023 | Figure 6. of Kominers Expert Report | No Bates | | foundation/authentication [stip] <br><br> hearsay <br><br> 402 (relevance) |
| 121 | 9/12/2022 | Page Vault - Hit-Boy & James Fauntleroy Sign On As NFT Supergroup's Music Producers | No Bates | | foundation/authentication [stip] <br><br> hearsay <br><br> 402 (relevance) |
| 122 | 2/28/2022 | Page Vault - How Your Brand Should Use NFTs | No Bates | | foundation/authentication [stip] <br><br> hearsay <br><br> 402 (relevance) |
| 123 | 1/5/2023 | Gutter Cat Gang brand | No Bates | | foundation/authentication [stip] <br><br> hearsay <br><br> 402 (relevance) |
| 124 | 1/5/2023 | Thingsdoms website screenshot | No Bates | | foundation/authentication [stip] <br><br> hearsay <br><br> 402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 125 | 1/9/2023 | Figure 14. of Kominers Expert Report | No Bates | X | |
| 126 | 1/9/2023 | Figure 20. of Kominers Expert Report | No Bates | X | |
| 127 | 1/5/2023 | Page Vault - You're invited to our first-ever Virtual Parade - Macys | No Bates | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 128 | 1/8/2023 | BAYC Profiles Balou.eth, Mr.Suit.eth, tropoFarmer, VonDoom.eth | No Bates | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 129 | 6/21/2022 | Page Vault - Mason Rothschild on Twitter: "Acquired my forever @BoredApeYC. web3 cowboy. None of that RR stuff | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip to MR statements only] |
| 130 | 1/8/2023 | Rothschild profile on Open Sea | No Bates | | foundation/authentication [stip] |
| 131 | 1/5/2023 | Page Vault - Azuki | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 132 | 1/5/2023 | Page Vault - Azuki Mindmap | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 133 | 1/5/2023 | Page Vault - Twitter Rothschild Profile Picture | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 134 | 12/6/2021 | Tweet by Mason Rothschild being drafted | Rothschild009076 | | foundation/authentication [stip] |
| 135 | 1/5/2023 | Page Vault - BAYC | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 136 | 1/9/2023 | Page Vault - BAYC Kennel Club | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 137 | 8/28/2021 | Page Vault - Bored Ape Yacht Club on Twitter: "Snapshot of all Bored Apes complete. | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 138 | 1/9/2023 | ApeCoin for the Web3 Economy | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 139 | 8/24/2022 | Page Vault - The Block: Bored Apes and Moonbirds to get playable avatars in new Sandbox season | No Bates | | foundation/authentication [stip] hearsay [stip] 402 (relevance) |
| 140 | 8/7/2021 | Page Vault - Adam Bomb Squad on Twitter What do you get by being an Adam Bomb Squad | No Bates | | foundation/authentication [stip] hearsay [stip] 402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 141 | 11/25/2022 | bobbyhundreds.eth on Twitter When I get asked about our role in metaverse | No Bates | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 142 | 1/8/2023 | BBS Physical Tshirt (photo) | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 143 | 1/8/2023 | BBS Tshirt receipt | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 144 | 1/9/2023 | Figure 15. of Kominers Expert Report | No Bates | | foundation/authentication [stip] |
| 145 | 12/20/2021 | Text message exchange between Rothschild and Lauren | Rothschild009521 | | hearsay [stip to MR statements only] |
| 146 | 1/9/2023 | Figure 19. of Kominers Expert Report | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip to MR statements only] |
| 147 | 1/9/2023 | Figure 18. of Kominers Expert Report | No Bates | | hearsay [stip to MR statements only] |
| 148 | 4/20/2022 | Discord post from Mason Rothschild | HERMES_0009768 | | 402 (relevance) |
| 149 | 1/9/2023 | Page Vault - BAYC home | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 150 | 1/5/2023 | Gasoline Discord chats (Gasoline channel.png 1-3) | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip to limited use]<br><br>402 (relevance) |
| 151 | 1/9/2023 | Figure 7. of Kominers Expert Report | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 152 | 1/2/2023 | Conversation in the ILYYW Discord chat | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip to MR statements only] |
| 153 | 1/4/2023 | ILYYW collector chat - Discord | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip to MR statements]<br><br>402 (relevance) |
| 154 | 2/6/2022 | Announcement from Mason Rothschild on ILYYW Discord | HERMES_0037507 | | foundation/authentication [stip] |
| 155 | 4/21/2022 | Retweet by Mason Rothschild | HERMES_0009770 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 156 | 1/6/2023 | Page Vault - BAYC | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 157 | 1/5/2023 | Page Vault - $100,000 M2 Mutant Reveal #13735 by Steve Aoki – YouTube | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 158 | 1/5/2023 | $100,000 M2 Mutant  Reveal #13735 by Steve Aoki (video file) | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 159 | 6/30/2022 | Discord post from spenduehh | HERMES_0009832 | | foundation/authentication [stip]<br><br>hearsay [stip to limited use] |
| 160 | 1/9/2023 | Page Vault - The Otherside is waking up - YouTube | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 161 | 1/9/2023 | The Otherside is waking up - YouTube (video file) | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 162 | 1/6/2023 | Page Vault - Rida on Twitter: "Experiment 4: @BoredApeYC Collecting bananas on the @OthersideMeta with ambient sound and footsteps | No Bates | | foundation/authenticity [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 163 | 1/6/2023 | Rida on Twitter: "Experiment 4: @BoredApeYC Collecting bananas on the @OthersideMeta with ambient sound and footsteps (video file) | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 164 | 9/5/2021 | Page Vault - BAYC x Polygonal Mind: Bored Apes and Mutant Apes are Coming to the Metaverse" | No Bates | | hearsay [stip]<br><br>402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 165 | 1/2/2023 | Page Vault - "Exploring the World of Adventurous Halflings" | No Bates | | foundation/authenticity [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 166 | 1/9/2023 | Figure 10. of Kominers Expert Report | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 167 | 1/6/2023 | Page Vault - I Like You, You're Weird | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 168 | 1/9/2023 | DEMO NFT Smart Contract Code - demoNFT.sol; Counters.sol; Ownable.sol; AccessControl.sol; ERC721URIStorage.sol; ERC721Enumerable.sol; ERC721.sol; IERCEnumerable.sol; ERC165.sol; Strings.sol; Content.sol; Address.sol; IERC721Metadata.sol; IERC721Receiver.sol; IERC721.sol; IAccessControl.sol; IERC165.sol | No Bates | | foundation/authenticity [stip] |
| 169 | 12/22/2022 | BAYC Teases an Update on Jimmy The Monkey Project | No Bates | | foundation/authenticity [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 170 | 1/8/2023 | Jimmy and the Monkey event chart | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 171 | 12/8/2022 | Page Vault - Starbucks opens up its web3 loyalty program and NFT community to first beta testers | TechCrunch | No Bates | | foundation/authenticity [stip]<br><br>hearsay<br><br>402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 172 | 10/31/2022 | Page Vault - How To Build An NFT Loyalty Program For Your Brand | No Bates | | foundation/authenticity [stip]<br><br>hearsay<br><br>402 (relevance) |
| 173 | 4/23/2022 | Announcement from Mason Rothschild on ILYYW Discord | No Bates | | 402 (relevance) |
| 174 | 1/20/2023 | Figure 17. of Kominers Expert Report | No Bates | X | |
| 175 | 1/8/2023 | Reebok image | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 176 | 1/8/2023 | Mintdisc image | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 177 | 1/8/2023 | Mobland image | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 178 | 1/8/2023 | Blank.foundation image | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 179 | 1/8/2023 | Universe of women image | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 180 | 7/17/2021 | Page Vault - APE G4NG on Twitter: "Soooo I flipped my way up to a TRIPPY | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 181 | 4/25/2022 | Page Vault - Othersidemeta on Twitter: "BAYC and MAYC holders, you'll be able to claim an NFT for 21 days after the auction. | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 182 | 4/29/2022 | Page Vault - Coinbase Changes Listing Policy for New Tokens After Allegations of Front-Running | No Bates | | foundation/authenticity [stip]<br><br>402 (relevance) |
| 183 | 4/29/2022 | Figure 29 | No Bates | | foundation/authenticity [stip]<br><br>hearsay<br><br>402 (relevance) |
| 184 | 4/29/2022 | Figure 30 | No Bates | | foundation/authenticity [stip]<br><br>hearsay<br><br>402 (relevance) |
| 185 | 4/29/2022 | Figure 31 | No Bates | | foundation/authenticity [stip]<br><br>hearsay<br><br>402 (relevance) |
| 186 | 4/29/2022 | Figure 32 | No Bates | | foundation/authenticity [stip]<br><br>hearsay<br><br>402 (relevance) |
| 187 | 4/29/2022 | Figure 33 | No Bates | | foundation/authenticity [stip]<br><br>hearsay<br><br>402 (relevance) |
| 188 | 4/29/2022 | Figure 34 | No Bates | | foundation/authenticity [stip]<br><br>hearsay |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 189 | 8/4/2022 | Expert Report of Dr. Bruce Isaacson | No Bates | | hearsay |
| 190 | 8/4/2022 | Dr. Bruce Isaacson CV and Testimony Experience | No Bates | | foundation/authenticity [stip]<br><br>hearsay [stip] |
| 191 | 1/1/2023 | Webpage - Control.jpg | No Bates | | foundation/authenticity [stip] |
| 192 | 1/1/2023 | Webpage - Test.jpg | No Bates | | foundation/authenticity [stip] |
| 193 | 1/8/2023 | PPT titled, "Survey Measuring Likelihood of Confusion Between MetaBirkins and Birkin Handbags" | No Bates | | foundation/authenticity [stip] |
| 194 | 9/1/2022 | Expert Report of David Neal, Ph.D. | No Bates | | hearsay |
| 195 | 9/1/2022 | Expert Report of Dr. Blake Gopnik | No Bates | | hearsay |
| 196 | 3/3/2022 | New York Times article titled, "One Year After Beeple, the NFT Has Changed Artists. Has it Changed Art?" | Gopnik_001036 | | hearsay [stip] |
| 197 | 4/9/2021 | Transcript of podcast, "What does Warhol "fair use" ruling mean for artists and copyrights?" | No Bates | | hearsay [stip]<br><br>402 (relevance) |
| 198 | 11/1/2018 | "Andy Warhol Inc.: How He Made Business His Art" article by Blake Gopnik | Gopnik_000998 | | hearsay [stip] |
| 199 | 8/6/2018 | Transcript of podcast, "Andy Warhol and the business of art" | Gopnik 001043 | | hearsay [stip] |
| 200 | | Business art exhibition synopsis for Sprit Museum | Gopnik 000001 | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 201 | 3/7/2022 | Transcript of podcast, "NFTs have exploded into the art world. What does that mean for artists?" | Gopnik_001030 | | hearsay [stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 202 | 4/30/2006 | "Rembrandt's Genius Lies In the Brand, not the Hand" article by Blake Gopnik | Gopnik_001010 | | hearsay [stip] |
| 203 | 9/13/2022 | Table of Contents of "Warhol" biography by Blake Gopnik | Gopnik_000013 to 25 | | hearsay [stip] |
| 204 | 12/11/2020 | Blake Gopnik on art blog, "In 1979, Andy Warhol Gave a Two-Minute Interview to Impulse Magazine" | Gopnik_001035 | | hearsay [stip] |
| 205 | 3/26/2022 | Blake Gopnik on art blog, Shot Sage Blue Marilyn | Gopnik_001001 | | hearsay [stip] |
| 206 | 11/16/2016 | Page Vault - Mason Rothschild ART SCHOOL DROPOUT Tshirt - HYPEBEAST | No Bates | | hearsay [stip] |
| 207 | 9/2/2022 | Deposition Subpoena of Blake Gopnik | No Bates | | hearsay [stip] |
| 208 | 7/28/2022 | Letter from Lex Lumina to Blake Gopnik Re: Expert Retention for MetaBirkins Trademark Litigation | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 209 | 1/6/2023 | Page Vault - spritmuseum.se | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 210 | 8/18/2022 | "11 Essential Art History Books for Fine Arts Students" ARTnews | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 211 | Year 2022 | Interbrand "Best Global Brands 2022" | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 212 | 11/2/2013 | "In Praise of Art Forgeries" by Blake Gopnik | No Bates | | hearsay [stip] |
| 213 | 3/1/2014 | "In Defense of Faking it" The Held Essays on Visual Art by Blake Gopnik | No Bates | | hearsay [stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 214 | 9/11/2022 | Wayback Machine newschool.edu/parsons | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 215 | 9/22/2022 | Babe Ruth baseball card | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 216 | 9/22/2022 | Inverted Jenny Stamp | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 217 | 9/21/2022 | Marimekko - FIDM Museum | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 218 | No Date | Counterfeit Birkin Bag (physical - photo for exhibit reference) | No Bates | | foundation [stip]<br><br>402 (relevance) |
| 219 | 3/1/2021 | "The NFT craze encapsulates the absurdity of the art world - and its obsession with authenticity" by Blake Gopnik | No Bates | | hearsay [stip] |
| 220 | 3/2/2022 | Image from medium.com article on MetaBirkins | No Bates | | foundation/authentication [stip] |
| 221 | 9/10/2022 | Screenshots from ILYYW Discord 1-4.JPG | No Bates | | 402 (relevance) |
| 222 | 4/8/2014 | Article titled "Corporate Aesthetics: Ingrid Baxter of N.E. Thing Co." | No Bates | | hearsay |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 223 | 9/20/2022 | Article titled "N.E. Thing Co. Ltd." | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 224 | 10/24/2021 | Text message exchange between Rothschild and Eric Ram | Rothschild008342 | | hearsay [stip to MR statements] |
| 225 | 10/28/2021 | Text message exchange between Rothschild and Aaron Maresky | Rothschild008383 | | hearsay [stip to MR statements] |
| 226 | 11/1/2021 | Text message exchange between Rothschild and Mark Design | Rothschild008390 | | hearsay [stip to MR statements] |
| 227 | 12/1/2021 | Screenshot of the METABIRKINS website | HERMES_0037671 | X | Admitted without objection during Chavez testimony. |
| 228 | 1/21/2022 | SMI Aware Export of the METABIRKINS page on LooksRare | HERMES_0009983 | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 229 | 1/21/2022 | SMI Aware Export of the METABIRKINS page on Zora | HERMES_0008868 | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 230 | 1/18/2022 | Screenshots of METABIRKINS Rarible page | HERMES_0008866 | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 231 | 12/12/2021 | Screenshots of METABIRKINS OpenSea page | HERMES_0037512 | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 232 | 11/29/2021 | Text message exchange between Rothschild and Mark Design | Rothschild014947 | | hearsay [stip to MR statements] |
| 233 | 12/4/2021 | Text message exchange between Rothschild and Mark Design | Rothschild015030 | | hearsay [stip to MR statements] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 234 | 12/5/2021 | Text message exchange between Rothschild and Mark Design | Rothschild015044 | | hearsay [stip to MR statements] |
| 235 | 12/9/2021 | Text message exchange between Rothschild and Mark Design | Rothschild015214 (with family) | | hearsay [stip to MR statements] |
| 236 | 10/3/2022 | Page Vault - ICANN Registration data lookup for metabirkins.com | No Bates | | foundation/authentication [stip]<br><br>hearsay [stip]<br><br>402 (relevance) |
| 237 | 12/21/2021 | Screenshot from the METABIRKINS Discord | HERMES_0037424 | | foundation/authentication [stip]<br><br>hearsay [stip to MR statements] |
| 238 | 10/29/2021 | Screenshot from Mason Rothschild's Twitter "A preview of my upcoming NFT collection…" | HERMES_0009801 | | hearsay [stip to MR statements] |
| 239 | 11/7/2021 | Text message exchange between Rothschild and Mark Design | Rothschild008463 (with family) | | hearsay [stip to MR statements] |
| 240 | 10/4/2021 | Text message exchange between Rothschild and Mark Design | Rothschild014566 (with family) | | hearsay [stip to MR statements] |
| 241 | 12/1/2021 | Screenshot of MetaBirkins "whitelisted" | Rothschild007790 | | foundation/authentication<br><br>402 (relevance) |
| 242 | 12/2/2021 | Text message exchange between Rothschild and an individual | Rothschild008800 | | hearsay [stip to MR statements] |
| 243 | 10/19/2021 | Text message exchange between Rothschild and Mark Design | Rothschild008303 (with family) | | hearsay [stip to MR statements] |
| 244 | 12/6/2021 | Page Vault - Yahoo! Finance article, "NFT artist: MetaBirkins project aims to create 'same kind of illusion that it has in real life'" and video | HERMES_0010581 | | hearsay [stip to limited use] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 245 | 7/25/2022 | Multimedia TikTok video @charliegross | No Bates - NATIVE | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 246 | 7/26/2022 | Screenshot of TikTok video @charliegross | HERMES_0009975 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 247 | 7/25/2022 | Multimedia TikTok video @arielabench | No Bates - NATIVE | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 248 | 7/26/2022 | Screenshot of TikTok video @arielabench | HERMES_0009973 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 249 | 7/25/2022 | Multimedia TikTok video @cherryemojixo | No Bates - NATIVE | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 250 | 7/26/2022 | Screenshot of TikTok video @cherryemojixo | HERMES_0009974 | | foundation/authentication [stip]<br><br>402 (relevance) |
| 251 | 12/31/2021 | Screenshot of the METABIRKINS Discord | HERMES_0008338 | | foundation/authentication [stip] |
| 252 | 12/17/2021 | Text message exchange between Rothschild, and Micah Spear | Rothschild016023 (with family) | | hearsay [stip to MR statements] |
| 253 | 1/26/2022 | New York Post article "Metaverse clothing, travel, plastic surgery: Experts predict life in 2030" | HERMES_0036014 | | hearsay [stip to limited purpose] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 254 | 10/6/2022 | Page Vault - Challenges Article "What is the interest of the luxury world to invest in NFTs?" | No Bates | | hearsay [stip to limited purpose]<br><br>402 (relevance) |
| 255 | 11/22/2021 | Mirror blog article titled "MetaBirkins and Beyond" | HERMES_0009806 | | foundation/authentication [stip] |
| 256 | 11/12/2021 | Text message exchange between Rothschild and Danny Winter | Rothschild008526 | | hearsay [stip to MR statements] |
| 257 | 10/23/2021 | Text message exchange between Rothschild and Mark Design | Rothschild014669 (with family) | | hearsay [stip to MR statements] |
| 258 | 12/16/2021 | Text message exchange between Rothschild and Jerry Lu | Rothschild009283 | | hearsay [stip to MR statements] |
| 259 | 10/11/2022 | Page Vault - Mason Rothschild on Twitter: "NFTs in a nutshell: Overpromise, underdeliver = PUMP Underpromise, overdeliver = DUMP" / Twitter | No Bates | | Hearsay [stip to MR statements]<br><br>402 (relevance)<br><br>403 (probity/prejudice) |
| 260 | 3/21/2021 | Text message exchange between Rothschild and Mark Design | Rothschild011295 | | hearsay [stip to MR statements] |
| 261 | 11/18/2021 | Email exchange between Mason Rothschild and Cedar Pasori Re: Fwd: MetaBirkins | Rothschild014824 | | hearsay [stip to MR statements] |
| 262 | 8/1/2022 | Page Vault - https://termina127.com/products/sex-letter-belt-bdark-blue (100% Calf Leather Belt) | HERMES_0010516 | | foundation/authentication [stip] |
| 263 | 8/1/2022 | Page Vault - https://termina127.com/products/Iady-bag (100% Leather Handbag) | HERMES_0010519 | | foundation/authentication [stip] |
| 264 | 8/1/2022 | Page Vault - https:::/termina127.com/collectionsfwomens-martine-rose/products/irn-belt (100% Lamb Leather Belt) | HERMES_0010529 | | foundation/authentication [stip] |
| 265 | 8/1/2022 | Page Vault - https://termina127.corn/productslhandbag-4 (100% Calf Leather Handbag) | HERMES_0010532 | | foundation /authentication [stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 266 | 8/1/2022 | Page Vault - https://termina127.com/prociucts/galaxybag (100% Leather Bag) | HERMES_0010535 | | foundation /authentication [stip] |
| 267 | 8/1/2022 | Page Vault - https:I/termina127.com/products/everyday-platform-boot (100% Calfskin Platform Boot) | HERMES_0010538 | | foundation /authentication [stip] |
| 268 | 8/1/2022 | Page Vault - https://termina127.com/products/slingback-heels (100% Polyurethan (Leather) and 100% Australian Wool (Fur) Slingback Heels) | HERMES_0010526 | | foundation /authentication [stip] |
| 269 | 8/2/2022 | Page Vault - Business of Fashion article "A Clubhouse for LA's Crypto Cool Kids" | HERMES_0010589 | | foundation /authentication [stip] |
| 270 | 7/27/2021, 9/20/2021, 12/10/2021 | Terminal 27 Purchase Orders | TERMINAL27-00001 | | foundation /authentication [stip] hearsay [stip] |
| 271 | 12/18/2021 | Text message exchange between Rothschild and Micah Spear | Rothschild016185 | | hearsay [stip to MR statements] |
| 272 | 11/4/2021 | Text message exchange between Rothschild and Mark Design | Rothschild008409 (with family) | | hearsay [stip to MR statements] |
| 273 | 12/11/2021 | Text message exchange between Rothschild and Mark Design | Rothschild015470 (with family) | | hearsay [stip to MR statements] |
| 274 | 7/26/2022 | Page Vault - MetaBirkins on Instagram: "A statement in response to: Hermès International, et al. v. Mason Rothschild." | Rothschild007776 | | hearsay [stip to MR statements] |
| 275 | 10/21/2022 | Declaration of Mason Rothschild in Opposition to Plaintiffs' Motion for Summary Judgment | No Bates | X | |
| 276 | 7/19/2021 - 1/28/2022 | Profile changes to Rothschild's Instagram account | Rothschild006656 | | hearsay [stip to limited purpose] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 277 | 8/1/2022 | Mason Rothschild LinkedIn Page | Hermes_0010290 | | hearsay [stip to MR statements only] |
| 278 | 2/23/2022 | Instagram comments using BIRKIN alone | HERMES_0037460 | | foundation/authentication [stip]<br><br>hearsay [stip to MR comments only]<br><br>403 (probity/prejudice) |
| 279 | 2/23/2022 | Instagram comments expressing confusion about physical bag | HERMES_0037451 | | foundation/authentication [stip]<br><br>hearsay [stip to MR comments only]<br><br>403 (probity/prejudice) |
| 280 | 12/1/2021 | Mason Rothschild Tweet re fake MetaBirkins NFTs being sold | HERMES_0037450 | | foundation/authentication [stip] |
| 281 | year 2014 | Document titled, "MASON ROTHSCHILD MARKETING STRATEGIST 2014" | No Bates | | foundation [stip]<br><br>402 (relevance) |
| 282 | 8/1/2022 | Page Vault - November 16, 2015 Hypebeast Article, "Mason Rothschild 'THE ART SCHOOL DROPOUT' T-shirt Collection" | HERMES_0010544 | | hearsay [stip to limited use / and MR comments] |
| 283 | 1/17/2022 | Text message exchange between Rothschild and an individual | Rothschild010196 | | hearsay [stip to MR statements] |
| 284 | 12/16/2021 | Text message exchange between Rothschild and Eric Ram | Rothschild009358 | | hearsay [stip to MR statements] |
| 285 | 2/18/2022 | Text message exchange between Rothschild and Micah Spear | Rothschild010857 | | hearsay [stip to MR statements] |
| 286 | 10/15/2021 | Text message exchange between Rothschild and Mark Design | Rothschild014643 (with family) | | hearsay [stip to MR statements] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 287 | 1/16/2022 | Text message exchange between Rothschild and Mark Design | Rothschild010189 | | hearsay [stip to MR statements] |
| 288 | 1/21/2022 | Text message exchange between Rothschild and David Cohen | Rothschild010391 (with family) | | hearsay [stip to MR statements] |
| 289 | 7/19/2022 | Screenshot of post by MasonRothschild.eth on the METABIRKINS Discord Sever | No Bates | | foundation/authentication [stip] |
| 290 | 12/22/2021 | Text message between Rothschild, Alex Sacks, Truman Sacks, and Jesse Lee | Rothschild009667 | | hearsay [stip to MR statements] |
| 291 | 1/8/2022 | Screenshot of METABIRKINS.com Website "Not Your Mother's Birkin" | HERMES_0037446 | | foundation/authentication [stip] |
| 292 | 1/8/2022 | Screenshot of METABIRKINS.com Website "BIRKIN BIRKIN" | HERMES_0037447 | | foundation/authentication [stip] |
| 293 | 1/10/2022 | METABIRKINS Instagram post with #NotYourMothersBirkin | HERMES_0037431 | | foundation/authentication [stip] |
| 294 | 10/4/2022 | Page Vault - Mason Rothschild's Twitter Stats Summary Profile (Social Blade Twitter Statistics) | No Bates | | foundation/authentication [stip]<br><br>hearsay<br><br>402 (relevance) |
| 295 | 10/4/2022 | Page Vault - Mason Rothschild (@MasonRothschild) Twitter Feed | No Bates | | foundation/authentication [stip]<br><br>402 (relevance) |
| 296 | 1/11/2022 | METABIRKINS No. 83 on Rarible | HERMES_0037494 | | foundation/authentication [stip] |
| 297 | 1/8/2022 | METABIRKINS.com website | HERMES_0037492 | | foundation/authentication [stip] |
| 298 | 1/8/2022 | METABIRKINS Twitter Page | HERMES_0037433 | | foundation/authentication [stip]<br><br>hearsay [stip to MR statements] |
| 299 | 1/10/2022 | METABIRKINS Instagram page | HERMES_0037428 | | foundation/authentication [stip] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 300 | 11/27/2022 | Screenshot of Mason Rothschild Tweet, "You'd be surprised how much business gets done based on borderline extortion" | No Bates | | oundation/authentication [stip]<br><br>402 (relevance)<br><br>403 (prejudice/probity) |
| 301 | 4/19/2022 E<br>4/4/2022 A<br>4/16/2022 A | Email from Dylan Reich to Mason Rothschild, copying Christopher J. Sprigman, Jason Boyarski, Austin Rosen, David Cohen, and Taylor Pichler Re: Electric Feel -w-Mason Rothschild /ManagementAgmt, attaching "Exclusive Management Agreement" executed on April 14, 2022 and an email chain from April 16, 2022 going back to March 7, 2022 between the same individuals | EF0000080<br>EF0000081<br>EF0000088 | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 302 | 12/7/2021 | Text message exchange between Rothschild and David Cohen | Rothschild015158 | | hearsay [stip to MR statements] |
| 303 | 1/5/2022 | Text message exchange between Rothschild and David Cohen | Rothschild016798 | | hearsay [stip to MR statements] |
| 304 | 2/10/2022 | Text message exchange between Rothschild and David Cohen | Rothschild017378 | | hearsay [stip to MR statements] |
| 305 | 12/3/2021 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000242 | | hearsay [stip to MR statements] |
| 306 | 11/30/2021-12/3/2021 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000001 | | hearsay [stip to MR statements] |
| 307 | 8/16/2022 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000299 | | hearsay [stip to MR statements] |
| 308 | 12/16/2021 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000109 | | hearsay [stip to MR statements] |
| 309 | 8/16/2022<br>(DISCO DATE) | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000346 | | hearsay [stip to MR statements] |

33

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 310 | 12/15/2021 | L'officiel USA article "Mason Rothschild's 'MetaBirkin' NFTs Sell for Record Prices" | HERMES_0037474 | | hearsay [stip] |
| 311 | 11/19/2021 | Text message exchange between Rothschild and Truman Sacks | Rothschild014849 (with family) | | hearsay [stip to MR statements] |
| 312 | 11/29/2021 | Text message exchange between Rothschild and Truman Sacks | Rothschild008646 (with family) | | hearsay [stip to MR statements] |
| 313 | 12/3/2021 | Text message exchange between Rothschild, Alex Sacks, Jesse Lee, and Truman Sacks | Rothschild008853 (with family) | | hearsay [stip to MR statements] |
| 314 | 12/6/2021 | Text message exchange between Rothschild, Alex Sacks, Jesse Lee, and Truman Sacks | Rothschild009046 | | hearsay [stip to MR statements] |
| 315 | 8/1/2022 | Page Vault - Elle UK article "Hermès Goes Virtual With Launch Of Birkin Bags As NFTs" | HERMES_0010293 | | hearsay [stip] |
| 316 | 10/4/2021 | Text message exchange between Rothschild and Kenneth Loo | Rothschild008290 | | hearsay [stip to MR statements] |
| 317 | 2/1/2022 | Google Search Results, elle metabirkin nft | HERMES_0009698 | | foundation/authentication [stip] <br><br> hearsay <br><br> 402 (relevance) |
| 318 | 12/17/2021 | Email from Kenneth Loo to Clementina Jackson and Clara Jeon Re: Birkin NFT: Everything You Need To Know About The 'Handbag' Of The Future | KLOO_0000030 | X | |
| 319 | 12/18/2021 | Email from Kenneth Loo to Clementina Jackson and Clara Jeon, CC Rothschild Re: Hermès 'MetaBirkins' NFTs Sell for Record Prices — Fashion NFTs Hermés BirkinBags | KLOO_0000033 | X | |
| 320 | 7/7/2022 (DISCO DATE) | Press Release - ARTIST MASON ROTHSCHILD UNLEASHES 100 "METABIRKINS" NFTS DURING ART BASEL MIAMI 2021 | KLOO_0000004 | X | |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 321 | 11/10/2021 | Text message exchange between Rothschild and Kenneth Loo | Rothschild008498 | | hearsay [stip to MR statements] |
| 322 | 11/23/2021 | Email from Kenneth Loo to Rothschild Re: PRESS RELEASE: ARTIST MASON ROTHSCHILD UNLEASES 100 "METABIRKIN" NFTS DURING ART BASEL MIAMI 2021 | Rothschild014917 | X | |
| 323 | 12/6/2021 | Email from Kenneth Loo to Cristina Criddle and Mason Rothschild Re: Confirming interview with Mason Rothschild regarding MetaBirkins NFT counterfeits - Tuesday December 7, 2021 at 11AM PDT | KLOO_0000037 | | hearsay [stip to MR statements] |
| 324 | 1/21/2022 | Text message exchange between Rothschild and Kenneth Loo | Rothschild017151 (with family) | | hearsay [stip to MR statements] |
| 325 | 12/27/2021 | Text message exchange between Rothschild and Jesse Lee | Rothschild009768 | | hearsay [stip to MR statements] |
| 326 | 11/30/2021 | Text message exchange between Rothschild and Lauren | Rothschild008678 | | hearsay [stip to MR statements] |
| 327 | 10/20/2021 | Text message exchange between Rothschild and Lauren | Rothschild008328 | | hearsay [stip to MR statements] |
| 328 | 12/7/2021 | Text message exchange between Rothschild and Jesse Lee | Rothschild009088 (with family) | | hearsay [stip to MR statements] |
| 329 | 12/3/2021 | Screenshot of text message exchange between Rothschild and Jesse Lee | Rothschild008969 (with family) | | hearsay [stip to MR statements] |
| 330 | 1/8/2022 | Baby Birkin on Basic.Space | HERMES_0037674 | | foundation/authentication [stip]<br><br>hearsay [stip] |
| 331 | 4/22/2022 | Plaintiffs' Initial Disclosures | | | hearsay |
| 332 | 8/11/2022 | Plaintiffs' First Amended Initial Disclosures | | | hearsay |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 333 | 9/21/2022 | Plaintiffs' Second Amended Initial Disclosures | | | hearsay |
| 334 | 5/9/2022 | Plaintiffs' First Set of Interrogatories | | | hearsay |
| 335 | 6/14/2022 | Defendant's Responses to First Set of Rogs | | | hearsay |
| 336 | 8/10/2022 | Defendant's Supp. Responses to First Set of Rogs | | | hearsay |
| 337 | 5/9/2022 | Plaintiffs' First Set of Requests for Production | | | hearsay |
| 338 | 6/8/2022 | Defendant's Responses to First Set of RFPs | | | hearsay |
| 339 | 6/1/2022 | Plaintiffs' First Set of Requests for Admission | | | hearsay |
| 340 | 7/6/2022 | Defendant's Responses to First Set of RFAs | | X | |
| 341 | 8/16/2022 | Plaintiffs' Second Set of Interrogatories | | | hearsay |
| 342 | 9/15/2022 | Defendant's Responses to Second Set of Rogs | | X | |
| 343 | 4/22/2022 | Defendant's Initial Disclosures | | | hearsay |
| 344 | 9/22/2022 | Defendant's First Amended Initial Disclosures | | | hearsay |
| 345 | 5/9/2022 | Defendant's First Set of Interrogatories | | | hearsay |
| 346 | 6/14/2022 | Plaintiffs' Responses to First Set of Rogs | | X | |
| 347 | 9/12/2022 | Plaintiffs' Supp. Responses to First Set of Rogs | | X | |
| 348 | 5/9/2022 | Defendant's First Set of Requests for Production | | | hearsay |
| 349 | 6/8/2022 | Plaintiffs' Responses to First Set of RFPs | | | hearsay |
| 350 | 7/8/2022 | Defendant's First Set of Requests for Admission | | | hearsay |
| 351 | 8/8/2022 | Plaintiffs' Responses to First Set of RFAs | | X | |
| 352 | 8/5/2022 | Plaintiff's Expert Disclosures | | | hearsay |
| 353 | 9/1/2022 | Defendant's Expert Disclosures | | | hearsay |
| 354 | 8/4/2022 | Deposition Transcript of Mason Rothschild | | | hearsay |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 355 | 8/10/2022 (v1) 9/7/2022 (v2) | Deposition Transcript of Kenneth Loo | | | hearsay |
| 356 | 8/10/2022 | Deposition Transcript of Jesse Lee | | | hearsay |
| 357 | 8/29/2022 | Deposition Transcript of Dr. Scott Kominers | | | hearsay |
| 358 | 8/30/2022 | Deposition Transcript of Nicolas Martin - Hermès 30(b)(6) | | | hearsay |
| 359 | 10/12/2022 | Nicolas Martin Signature Page and Deposition Errata | | | hearsay |
| 360 | 9/14/2022 | Deposition Transcript of Boriana Guimberteau | | | hearsay (subject of MIL) |
| 361 | 9/15/2022 | Deposition Transcript of Truman Sacks | | | hearsay |
| 362 | 9/19/2022 | Deposition Transcript of Spencer Krejci | | | hearsay |
| 363 | 9/20/2022 | Deposition Transcript of Dr. Bruce Isaacson | | | hearsay |
| 364 | 9/21/2022 | Deposition Transcript of Dr. David Neal | | | hearsay |
| 365 | 9/22/2022 | Deposition Transcript of David Cohen | | | hearsay |
| 366 | 9/23/2022 | Deposition Transcript of Dr. Blake Gopnik | | | hearsay |
| 367 | 1/11/2023 | Deposition Transcript of Robert Chavez | | | |
| 368 | 12/9/2021 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000304 | | hearsay [stip to MR statements] |
| 369 | 8/16/2022 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000358 | | hearsay [stip to MR statements] |
| 370 | 8/16/2022 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000402 | | hearsay [stip to MR statements] |
| 371 | 12/7/2021 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000409 | | hearsay [stip to MR statements] |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|---|---|---|---|---|---|
| 372 | 8/16/2022 | Text message exchange between Rothschild, Truman Sacks, and Alex/Moshe Sacks | SACKS_000443 | | hearsay [stip to MR statements] |
| 373 | 12/2/2021 | Text message exchange between Rothschild and Lauren | Rothschild008819 | | hearsay [stip to MR statements] |
| 374 | 1/28/2022 | Text message exchange between Rothschild and Mark Design | Rothschild010243 | | hearsay [stip to MR statements] |
| 375 | 7/23/2022 | Page Vault - Who is Mason Rothschild? All about NFT creator as Hermes files lawsuit against him over trademark infringement | HERMES_0010508 | | foundation/authentication [stip]  hearsay [stip] |
| 376 | 1/24/2023 | Page Vault - Mason Rothschild LinkedIn | No Bates | | hearsay [stip to MR statements only] |
| 377 | 11/8/2017 2/17/2020 | Press coverage of BIRKIN handbag in *Centurion* and *Her World* | HERMES_0011392 HERMES_0012249 | | foundation/authentication [stip]  hearsay [stip] |
| 378 | 1/25/2023 | Page Vault - Hermès Birkin 35 HSS Fringe Soleil Togo & Multicolor Swift Leather – JaneFinds | No Bates | | foundation/authentication [stip]  hearsay [stip] |
| 379 | 12/10/2021 | Financial Times article, "Hermès clashes with artist who created MetaBirkins NFT" | HERMES_0018935 | | foundation/authentication [stip]  hearsay [stip] |
| 380 | 12/17/2021 | Elle UK article, "Birkin NFT: Everything You Need To Know About The Handbag of the Future" | No Bates | | foundation/authentication [stip]  hearsay [stip] |
| 381 | 1/25/2023 | Page Vault - Bundle Bag | No Bates | | foundation/authentication [stip]  hearsay  402 (relevance) |

| Ex. | Date | Description | Bates Nos. | Stip. | Defendant's Objections |
|-----|------|-------------|------------|-------|------------------------|
| 382 | 1/25/2023 | Page Vault - Linked Wearables Decentraland Documentation | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 383 | 4/11/2022 | 4.11.2022 Discord Post on ILYYW Server | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 384 | 6/20/2022 | Apefest 2022 Advertisement | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |
| 385 | 1/25/2023 | Video of Accessing NFT in Wallet and Viewing Animated Horse | No Bates | | foundation/authentication [stip] 402 (relevance) |
| 386 | 1/25/2023 | Page Vault - MetaBirkins NFTs on Looks Rare | No Bates | | foundation/authentication [stip] hearsay 402 (relevance) |