# Exhibit 4

## Defendant Mason Rothchild's Final Trial Exhibit List

*Hermès International et al. v. Rothschild*, Case No, 22-cv-00384

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 501 | Birkin handbag | | | | FRE 901 Authentication |
| 502 | Campbell's Soup can | | | | FRE 401-402 Relevance; 403 Prejudicial |
| 503 | Andy Warhol, Campbell's Soup Cans (1962) (www.moma.org/collection/works/79809) | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 504 | René Magritte, The Treachery of Images (This is Not a Pipe) (1929) (https://collections.lacma.org/node/239578) | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 505 | MetaBirkins website (www.metabirkins.com) | | | X | |
| 506 | MetaBirkins public Instagram account (@metabirkins) | | | X | |
| 507 | Gunna song, "Baby Birkin" (2019) | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 508 | Cardi B song, "Up" (2021) | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
|  |  |  |  |  | Hearsay<br>[stip 901 Authentication] |
| 509 | Beyoncé song, "Summer Renaissance" (2022) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay<br>[stip 901 Authentication] |
| 510 | Webpage advertising Tyler Shields, Glitter Birkin (2018) (Ex. 12 from August 30, 2022, deposition of Nicolas Martin) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay<br>[stip 901 Authentication] |
| 511 | Webpage advertising Tyler Shields, Money Birkin (2020) (https://www.1stdibs.com/art/photography/color-photography/tyler-shields-money-birkin-56-x-72/id-a_10816022/) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay<br>[stip 901 Authentication] |
| 512 | Wepage advertising Becky Rosa, Hermèss Black (Ex. 13 from August 30, 2022, deposition of Nicolas Martin) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay<br>[stip 901 Authentication] |
| 513 | Faran Krentcil, "This 100-pound, stone-carved Birkin bag is still cheaper than the real thing," NY Post, September 4, 2016 (Ex. 16 from August 30, 2022, deposition of Nicolas Martin) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay<br>[stip 901 Authentication] |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 514 | September 22, 2019, Collecting Luxury blog post titled "Barbara Segal - Artist of the Rare Stone 'Birkin' Scuplture" located at https://www.collectingluxury.com/blog-1/2019/9/22/barbara-segal-artist-of-the-rare-stone-birkin-scuplture | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 515 | Turbosquid.com webpage advertising "Hermes - Birkin Crocodile Bag" 3-D model (Ex. 15 from August 30, 2022, deposition of Nicolas Martin) | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 516 | Photograph of CJ Hendry pencil drawing of Birkin bag (Ex. 14 from August 30, 2022, deposition of Nicolas Martin and @cj_hendry Instagram post dated August 19, 2016) | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 517 | Tom Sachs: Rocket Factory webpage, "Deez Nuts" at https://tomsachsrocketfactory.com/rocket/8/deez-nutz | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 518 | Clip from Sex and the City season 4, episode 11, "Coulda, Woulda, Shoulda" (2001) located at https://www.youtube.com/watch?v=GDKmQP_vDOY | | | X | |
| 519 | Clip from Gilmore Girls, season 6, episode 6, "Welcome to the Dollhouse" (2005) located at https://www.youtube.com/watch?v=e6yhvgXuA7w | | | X | |

3

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 520 | The Proposal (2009) film clip showing Sandra Bullock's character with Birkin bag | | | X | |
| 521 | Blue Jasmine (2013) film clip showing Cate Blanchette's character with Birkin bag | | | X | |
| 522 | Webpage titled "Mason Rothschild 'THE ART SCHOOL DROPOUT' T-Shirt Collection" on hypebeast.com | HERMES_0010553 | HERMES_0010553 | X if at least 0010544-10545 | FRE 1002 Incomplete; Single page within larger 10 page document [stip 802 Hearsay] |
| 523 | Foundation Labs public "Mason Rothschild" webpage showing Do Not Sit NFT artworks at https://foundation.app/@masonrothschild | | | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 524 | Basic Space public webpage for Baby Birkin at https://basic.space/products/baby-birkin | | | | FRE 401-402 Relevance [stip 802 Hearsay; 901 Authentication] |
| 525 | OpenSea public webpage for I Like You, You're Weird at https://opensea.io/collection/ilyyw | | | | FRE 401-402 Relevance [stip 802 Hearsay; 901 Authentication] |
| 526 | Yellow Heart public webpage titled "Floaties | NFT Edition SCOPE Platinum VIP" at https://yh.io/item-details/floaties-%7C-nft-edition-scope-platinum-vip/aZDjQ1B3F0Xa8e0v | | | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 527 | OpenSea public webpage for I Hate You, You're Scary at https://opensea.io/collection/ihyys | | | | FRE 401-402 Relevance [stip 802 Hearsay; 901 Authentication] |
| 528 | Emails from Mason Rothschild to self and to Cedar Pasori dated November 17, 2021 | Rothschild0014825 | Rothschild0014825 | | FRE 1002 Incomplete; This exhibit is page two of Rothschild0014824-826; FRE 401-402 Relevance [stip 901 Authentication] |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 529 | Press Release titled "'BABY BIRKIN NFT' BY MASON ROTHSCHILD AND ERIC RAMIREZ" | KLOO_0000002 | KLOO_0000003 | | FRE 401-402 Relevance [stip 901 Authentication] |
| 530 | Press Release titled "ARTIST MASON ROTHSCHILD UNLEASHES 100 'METABIRKINS' NFTS DURING ART BASEL MIAMI 2021" | KLOO_0000004 | KLOO_0000006 | X | |
| 531 | Instagram post by @electricfeelent announcing signing of Mason Rothschild (Ex. 170 to transcript of deposition of David Cohen dated September 22, 2022) | | | | 401-402 Relevance; 802 Hearsay |
| 532 | Whatsapp messages between Mason Rothschild and "Mark Design" dated March 18, 2021 | Rothschild011242 | Rothschild011278 | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 533 | Whatsapp messages between Mason Rothschild and "Mark Design" dated April 8, 2021 | Rothschild011356 | Rothschild011359 | | FRE 401-402 Relevance ; 802 Hearsay [stip 901 Authentication] |
| 534 | Whatsapp messages between Mason Rothschild and "Mark Design" dated April 14, 2021 | Rothschild011391 | Rothschild011409 | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 535 | Whatsapp messages between Mason Rothschild and "Mark Design" dated April 16, 2021 | Rothschild011416 | Rothschild011428 | | FRE 401-402 Relevance ; 802 Hearsay [stip 901 Authentication] |
| 536 | Whatsapp messages between Mason Rothschild and "Mark Design" dated April 18, 2021 | Rothschild011433 | Rothschild011485 | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 537 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 4, 2021 | Rothschild014566 | Rothschild014594 | | 802 Hearsay |
| 538 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 15, 2021 | Rothschild014643 | Rothschild014645 | | 802 Hearsay |
| 539 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 16, 2021 | Rothschild014647 | Rothschild014655 | | 802 Hearsay |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 540 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 18, 2021 | Rothschild014660 | Rothschild014663 | | 802 Hearsay |
| 541 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 19, 2021 | Rothschild008303 | Rothschild008320 | | 802 Hearsay |
| 542 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 24, 2021 | Rothschild014683 | Rothschild014685 | | 802 Hearsay |
| 543 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 27, 2021 | Rothschild014687 | Rothschild014694 | | 802 Hearsay |
| 544 | Whatsapp messages between Mason Rothschild and "Mark Design" dated October 31, 2021 | Rothschild014698 | Rothschild014702 | | 802 Hearsay |
| 545 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 3, 2021 | Rothschild008398 | Rothschild008404 | | 802 Hearsay |
| 546 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 4, 2021 | Rothschild008409 | Rothschild008443 | | 802 Hearsay |
| 547 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 5, 2021 | Rothschild014705 | Rothschild014712 | | 802 Hearsay |
| 548 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 9, 2021 | Rothschild014728 | Rothschild014734 | | 802 Hearsay |
| 549 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 10, 2021 | Rothschild014738 | Rothschild014752 | | 802 Hearsay |
| 550 | Whatsapp messages between Mason Rothschild and "Mark Design" dated November 17, 2021 | Rothschild014796 | Rothschild014802 | | 802 Hearsay |
| 551 | Invoice from Snail House to Mason Rothschild dated July 20, 2021 | Rothschild008283 | Rothschild008283 | X | |
| 552 | Birkin.xlsx (spreadsheet with heading "BIRKINS") | Rothschild017791 | Rothschild017791 | X | |
| 553 | Figma file - Untitled.fig | Rothschild018620 | Rothschild018620 | X | |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 554 | Email chain between Kenneth Loo, Alyssa Kelly, and Mason Rothschild including Clara Jeon dated December 18, 2021 | Rothschild016295 | Rothschild016296 | X | |
| 555 | Email chain between Mason Rothschild and Lauren Moberg dated May 14, 2021 | Rothschild014325 | Rothschild014328 | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 556 | Messages between Mason Rothschild and "Eric Ram" dated October 24, 2021 | Rothschild008352 | Rothschild008359 | X | |
| 557 | Messages between Mason Rothschild and Jesse Lee dated December 18, 2021 | Rothschild016171 | Rothschild016182 | X | |
| 558 | Messages between Mason Rothschild and Cedar Pasori dated January 31, 2022 | Rothschild017238 | Rothschild017244 | | FRE 401-402 Relevance; 403 Prejudicial; 802 Hearsay [stip 901 Authentication] |
| 559 | Messages between Mason Rothschild and Garrett McManus dated January 21, 2022 | Rothschild017130 | Rothschild017140 | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 560 | Messages between Mason Rothschild and Kenneth Loo dated February 3, 2022 | Rothschild017310 | Rothschild017312 | X | |
| 561 | Messages between Mason Rothschild and Amber Park dated December 11, 2021 | Rothschild015492 | Rothschild015496 | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 562 | Messages between Mason Rothschild and 42173723990 dated January 20, 2022 | Rothschild017121 | Rothschild017121 | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 563 | Plaintiffs Hermès International and Hermès of Paris, Inc.'s Responses to Defendant Rothschild's First Set of Requests for Admission | | | | 802 Hearsay [limited] [stip 901 Authentication] |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 564 | Amended Complaint (ECF No. 24) | | | | FRE 401-402 Relevance, 802 Hearsay [limited] [stip 901 Authentication] |
| 565 | Screenshot of MetaBirkins website as accessed on December 1, 2021 | HERMES_0037671 | HERMES_0037672 | | 802 Hearsay |
| 566 | @MasonRothschild Twitter post dated October 29, 2021 | HERMES_0009801 | HERMES_0009801 | | 802 Hearsay |
| 567 | Image of MetaBirkin with banana | Rothschild009797 | Rothschild009797 | X | |
| 568 | Emails from Mason Rothschild to Benjamin Milstein dated December 17 and December 19, 2021 | Rothschild009508 | Rothschild009509 | | FRE 401-402 Relevance; 802 Hearsay [limited] [stip 901 Authentication] |
| 569 | Messages from Mason Rothschild to Alex Sacks, Truman Sacks, and Jesse Lee dated December 13, 2021 | Rothschild015521 | Rothschild015522 | | FRE 1002 Incomplete - Two page excerpt from Rothschild015511-70 |
| 570 | Message exchange between Mason Rothschild and Truman Sacks including Alex Sacks and Jesse Lee dated December 13, 2021 | Rothschild015525 | Rothschild015532 | | FRE 1002 Incomplete - Two page excerpt from Rothschild015511-70 |
| 571 | @MasonRothschild Twitter post dated December 1, 2021 | OS-HERMES-0044 | OS-HERMES-0044 | | FRE 802 Hearsay [limited] [stip 901 Authentication] |
| 572 | Message from Mason Rothschild to OpenSea dated December 12, 2021 | OS-HERMES-0021 | OS-HERMES-0021 | | FRE 401-402 Relevance; 802 Hearsay [limited] [stip 901 Authentication] |
| 573 | Message exchange between Mason Rothschild and OpenSea dated December 20, 2021 | OS-HERMES-0022 | OS-HERMES-0023 | | FRE 401-402 Relevance; 802 Hearsay [limited] [stip 901 Authentication] |
| 574 | Message exchange between Mason Rothschild and OpenSea dated December 22, 2021, to December 27, 2021 | OS-HERMES-0045 | OS-HERMES-0047 | | FRE 401-402 Relevance; 802 Hearsay [limited] [stip 901 Authentication] |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 575 | Twitter direct messages between @asiancryptogirl and @masonrothschild dated December 6, 2021 | Rothschild018426 | Rothschild018427 | | 802 Hearsay |
| 576 | Twitter direct messages between @asiancryptogirl and @masonrothschild dated December 6, 2021 | Rothschild018475 | Rothschild018476 | | 802 Hearsay |
| 577 | Screenshot of Discord messages between walmat.eth and MasonRothschild dated December 1, 2021 (Exhibit 2 to Declaration of James Kerr dated October 19, 2022) (ECF No. 83-2) | | | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 578 | Screenshot of Discord messages between shoeman and cc dated December 2, 2021 (Exhibit 3 to Declaration of James Kerr dated October 19, 2022) (ECF No. 83-3) | | | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |
| 579 | Mason Rothschild's public Instagram account (@masonrothschild) | | | X | |
| 580 | Terminal 27's public Instagram account (@terminal27) | | | X | |
| 581 | Terminal 27's website (www.terminal27.com) | | | X | |
| 582 | Gasoline's website (www.gasoline.xyz) | | | X | |
| 583 | Declaration of Mason Rothschild dated October 6, 2022 | | | | FRE 802 Hearsay |
| 584 | Declaration of Nicolas Martin dated October 7, 2022 | | | | FRE 802 Hearsay |
| 585 | Expert Report of Dr. Blake Gopnik, dated September 1, 2022 | | | | FRE 802 Hearsay |
| 586 | Declaration of Dr. Blake Gopnik dated October 21, 2022 | | | | FRE 802 Hearsay |
| 587 | Expert Report Submitted by Dr. Bruce Isaacson Measuring the Likelihood of Confusion Between | | | | FRE 802 Hearsay |

9

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
|  | MetaBirkins and Birkin Handbags, dated August 4, 2022 |  |  |  |  |
| 588 | Expert Report of David Neal, Ph.D., in Response to Expert Report of Dr. Bruce Isaacson, dated September 1, 2022 |  |  |  | FRE 802 Hearsay |
| 589 | Expert Report of Kevin D. Mentzer dated August 4, 2022 |  |  |  | FRE 802 Hearsay |
| 590 | Hermès website (www.hermes.com) |  |  | X |  |
| 591 | Leah Bitsky, "North West attends Kanye's opera with $10K Hermès Birkin bag," Page Six, December 23, 2019 (https://pagesix.com/2019/12/23/north-west-attends-kanyes-opera-with-10k-hermes-birkin-bag/) |  |  | X |  |
| 592 | Maghan McDowell, "The 'Baby Birkin' NFT and the legal scrutiny on digital fashion," Vogue Business, June 15, 2021 (https://www.voguebusiness.com/technology/the-baby-birkin-nft-and-the-legal-scrutiny-on-digital-fashion) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay [stip 901 Authentication] |
| 593 | Vanessa Friedman, "Six Reasons to Get Excited About Fashion in 2023," The New York Times, January 5, 2023 (https://www.nytimes.com/2023/01/05/style/fashion-preview-2023.html) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay [stip 901 Authentication] |
| 594 | Jessica Rizzo, "The Future of NFTs Lies with the Courts," Wired, April 3, 2022 (https://www.wired.com/story/nfts-cryptocurrency-law-copyright/) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay [stip 901 Authentication] |
| 595 | YouTube video titled "Driving the GMC Hummer EV in Call of Duty: MW2 – DMZ" located at https://www.youtube.com/watch?v=bQpz29aAUic |  |  |  | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
|  |  |  |  |  | Hearsay<br>[stip 901 Authentication] |
| 596 | @barbarasegal public Instagram account |  |  |  | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay<br>[stip 901 Authentication] |
| 597 | Leonardo Da Vinci, Mona Lisa (c. 1503-19) (https://www.britannica.com/topic/Mona-Lisa-painting) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay<br>[stip 901 Authentication] |
| 598 | Oxford English Dictionary |  |  | X |  |
| 599 | Merriam-Webster Dictionary |  |  | X |  |
| 600 | Hermès 2021 Universal Registration Document (Including the Annual Financial Report) | HERMES_0033150-HERMES_0033151 | HERMES_0033177-HERMES_0033180 | X |  |
| 601 | Hermès Half-year Financial Report dated June 2022 |  |  | X |  |
| 602 | Andy Warhol, Brillo Boxes (1964) (https://philamuseum.org/collection/object/89204) |  |  |  | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay<br>[stip 901 Authentication] |
| 603 | StockX webpage listing Daniel Arsham ERODED 911 TURBO Porsche Figure (Edition of 500) located at https://stockx.com/daniel-arsham-eroded-911-turbofigure |  |  |  | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay<br>[stip 901 Authentication] |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 604 | 1st Dibs webpage listing Daniel Arsham Eroded Brillo Box located at https://www.1stdibs.com/art/sculptures/daniel-arshamdaniel-arsham-eroded-brillo-box-contemporary-art/ida_7144712/ | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 605 | Daniel Arsham, NY Giants Hat (2016) (https://www.danielarsham.com/collection/ny-giantshat) | | | | FRE 401-402 Relevance; 403 Prejudicial; 602 Lack of foundation/no witness with personal knowledge; 802 Hearsay [stip 901 Authentication] |
| 606 | Image 1 of Helmet Art created by Mason Rothschild | | | | FRE 401-402 Relevance; 802 Hearsay |
| 607 | Image 2 of Helmet Art created by Mason Rothschild | | | | FRE 401-402 Relevance; 802 Hearsay |
| 608 | Image 3 of Helmet Art created by Mason Rothschild | | | | FRE 401-402 Relevance; 802 Hearsay |
| 609 | Christian Allaire, Emily Farra, Steff Yotka and Alexis Bennett, "The Best Fashion Boutiques in the Country According to Vogue Editors", Vogue, October 8, 2021 (https://www.vogue.com/article/fashion-boutiques-around-the-country" | | | | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay [stip 901 Authentication] |
| 610 | Skylar Bergl, "Pretend Like You Dropped Out Of Fashion School With These Tees", Complex, November 9, 2015 (https://www.complex.com/style/2015/11/fashion-school-drop-out-tees) | | | | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay [stip 901 Authentication] |

| Ex. | Description | Starting Bates No. | Ending Bates No. | Stip. | Plaintiffs' Objections |
|---|---|---|---|---|---|
| 611 | "Eric Ramirez x Mason Rothschild Custom Hand-Painted Star Wars Goyard Cardholders", Hypebeast, February 23, 2016, (https://hypebeast.com/2016/2/mason-rothschild-star-wars-goyard-cardholders) | | | | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay [stip 901 Authentication] |
| 612 | Trace William Cowen, "Birkin NFT Featuring Baby in All Stages of Pregnancy Sells for Thousands of Dollars", Complex, May 21, 2021 (https://www.complex.com/style/baby-birkin-bag-nft-stages-of-pregnancy-sells) | | | | FRE 401-402 Relevance; 403 Prejudicial/Confusing; 802 Hearsay [stip 901 Authentication] |
| 613 | @masonrothschild Instagram post of a MetaBirkin dated October 29, 2021 | | | | FRE 401-402 Relevance; 802 Hearsay [stip 901 Authentication] |