UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>MASON ROTHSCHILD,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.<br><br>22-CV-00384 (JSR) |

**PLAINTIFFS' PROPOSED
JURY INSTRUCTIONS AND VERDICT FORM**

Plaintiffs Hermès International and Hermès of Paris, Inc. (jointly "Hermès") propose the following case-specific jury instructions and verdict form:

- Exhibit 1 contains Hermès's Proposed Jury Instructions; and
- Exhibit 2 contains Hermès's Proposed Verdict Form.

Dated:　January 29, 2023
　　　　　New York, New York

**BAKER & HOSTETLER LLP**

Deborah A. Wilcox, Esq. (*pro hac vice*)
Key Tower
127 Public Square
Cleveland, OH 44114
Telephone:　216.621.0200

**BAKER & HOSTETLER LLP**

Lisa Bollinger Gehman, Esq. (*pro hac vice*)
1735 Market Street
Philadelphia, PA 19103
Telephone:　215.568.3100

**BAKER & HOSTETLER LLP**

By:　/s/ *Gerald J. Ferguson*
　　　Gerald J. Ferguson, Esq.
　　　Oren J. Warshavsky, Esq.
　　　Jason S. Oliver, Esq.
　　　Jessica H. Fernandez, Esq.
　　　Francesca A. Rogo, Esq.
　　　45 Rockefeller Plaza, 14th Floor
　　　New York, NY 10111
　　　Telephone:　212.589.4200
　　　Facsimile:　212.589.4201

*Attorneys for Plaintiffs
Hermès International and
Hermès of Paris, Inc.*