# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>                        Plaintiffs,<br><br>  -against-<br><br>MASON ROTHSCHILD,<br><br>                        Defendant. | CIVIL ACTION NO.<br><br>22-CV-00384 (JSR) |

### **PLAINTIFFS' PROPOSED JURY VERDICT FORM**

*This is the form on which you will provide your verdicts. Please read all instructions in italics carefully.*

#### I.    Mason Rothschild's Liability

*Please answer all seven questions in this Section by placing an "X" in the appropriate blank under each question.*

(1)    On Hermès's claim for trademark infringement under federal law, do you find for Hermès?

        _____ Yes        _____ No

(2)    On Hermès's claim for unfair competition under federal law for false designations of origin, false descriptions and false representations, do you find for Hermès?

        _____ Yes        _____ No

(3)    On Hermès's claim for trademark dilution under federal law, do you find for Hermès?

        _____ Yes        _____ No

(4) On Hermès's claim for cybersquatting under federal law, do you find for Hermès?

    _____ Yes     _____ No

(5) On Hermès's claim for injury to business reputation and dilution under New York law, do you find for Hermès?

    _____ Yes     _____ No

(6) On Hermès's claim for trademark infringement under New York law, do you find for Hermès?

    _____ Yes     _____ No

(7) On Hermès's claim for unfair competition under New York law, do you find for Hermès?

    _____ Yes     _____ No

## II. Hermès's Remedies

*If you answered "Yes" to <u>any</u> of questions (1), (2), (3), (4), (6) <u>or</u> (7) in Section I ("Mason Rothschild's Liability"), then please complete this Section.*

(8) On the line below, write out the dollar amount of Mason Rothschild's profits from sales of the Accused Products that should be awarded to Hermès, if any:

    $_____

*If you answered "Yes" to question (4) in Section I ("Mason Rothschild's Liability"), then please complete this Section.*

(9) On the line below, write out the dollar amount of statutory damages that should be awarded to Hermès in an amount of not less than $1,000, nor more than $100,000:

    $_____

- 3 -

*When you have completed both sections, please sign and date this form and return it to the bailiff.*

| | |
|---|---|
| JURY FOREPERSON | DATE |