```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br>          Plaintiffs, <br><br>     -against- <br><br> MASON ROTHSCHILD, <br><br>          Defendant. | 22-cv-384 (JSR) <br><br> FINAL JUDGMENT |

JED S. RAKOFF, U.S.D.J.:

Following a six-day trial, a jury found that defendant Mason Rothschild is liable on the claims of trademark infringement, trademark dilution, and cybersquatting brought by plaintiffs Hermès International and Hermès of Paris, Inc. (collectively "Hermès") and that the First Amendment does not bar the defendant's liability. See Verdict, Dkt. 144. The jury awarded Hermès $133,000 in damages on these claims. Id. Accordingly, the Court hereby enters final judgment in favor of plaintiffs in the amount of $133,000.

SO ORDERED.

Dated:   New York, NY
         February 14, 2023

                                        _____
                                        JED S. RAKOFF, U.S.D.J.