UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MASON ROTHSCHILD, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 22-CV-00384 (JSR) |

**PLAINTIFFS' NOTICE OF MOTION FOR PERMANENT INJUNCTION**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, declarations of Jessica H. Fernandez and Kevin D. Mentzer, Ph.D., and together with exhibits attached hereto, the undersigned attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc. (collectively, "Hermès"), shall move this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, 10007, on a date and at a time to be designated by the Court, for an order granting Hermès's motion for a permanent injunction and ordering the proposed permanent injunction filed simultaneously with Hermès's Motion for Permanent Injunction, pursuant to Federal Rule of Civil Procedure 65(d), 15 U.S.C. §§ 1116, 1117, 1118 and 1125, and this Court's inherent equitable powers, and for such other and further relief as the Court deems appropriate.

Pursuant to the Court's schedule, Defendant Mason Rothschild's answering papers to Hermès's Motion for Permanent Injunction shall be served and filed on March 10, 2023.

Dated: March 3, 2023
      New York, New York

**BAKER & HOSTETLER LLP**

Deborah A. Wilcox, Esq. (*pro hac vice*)
Key Tower
127 Public Square
Cleveland, OH 44114
Telephone:  216.621.0200

**BAKER & HOSTETLER LLP**

Lisa Bollinger Gehman, Esq. (*pro hac vice*)
1735 Market Street
Philadelphia, PA 19103
Telephone:  215.568.3100

**BAKER & HOSTETLER LLP**

By:  /s/ *Gerald J. Ferguson*
Gerald J. Ferguson, Esq.
Oren J. Warshavsky, Esq.
Jason S. Oliver, Esq.
Jessica H. Fernandez, Esq.
Francesca A. Rogo, Esq.
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201

*Attorneys for Plaintiffs*
*Hermès International and*
*Hermès of Paris, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2023, a true and correct copy of the foregoing **NOTICE OF PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION** was served on counsel for Defendant Mason Rothschild at their email addresses of record:

Lex Lumina PLLC
Rhett O. Millsaps II
rhett@lex-lumina.com
Christopher J. Sprigman
chris@lex-lumina.com
Mark McKenna
mark@lex-lumina.com
Rebecca Tushnet
rtushnet@lex-lumina.com

Harris St. Laurent & Wechsler LLP
Jonathan Harris
jon@hs-law.com
Adam Oppenheim
aoppenheim@hs-law.com

*/s/ Lisa Bollinger Gehman*
Lisa Bollinger Gehman