# Exhibit 2

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-07-07 09:31:33 EDT |
| Mark: | BIRKIN |

# BIRKIN

| | | | |
|---|---|---|---|
| US Serial Number: | 78369087 | Application Filing Date: | Feb. 17, 2004 |
| US Registration Number: | 2991927 | Registration Date: | Sep. 06, 2005 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. | | |
| Status Date: | Oct. 06, 2015 | | |

Publication Date: Jun. 14, 2005

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | BIRKIN |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| Foreign Registration Number: | 97691016 | Foreign Registration Date: | Aug. 08, 1997 |
| Foreign Application/Registration Country: | FRANCE | Foreign Expiration Date: | Aug. 08, 2007 |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | [ Checkbook holders ] | | |
| International Class(es): | 016 - Primary Class | U.S Class(es): | 002, 005, 022, 023, 029, 037, 038, 050 |
| Class Status: | SECTION 8 - CANCELLED | | |
| Basis: | 44(e) | | |

| | | | |
|---|---|---|---|
| For: | Leather or imitation leather goods, namely, [ bags, namely, ] handbags, [ travel bags, rucksacks; wallets; card holders in the nature of wallets; leather purses; leather cases for keys; briefcases; trunks and suitcases ] | | |
| International Class(es): | 018 - Primary Class | U.S Class(es): | 001, 002, 003, 022, 041 |

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 44(e) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | Yes |
| **Filed 44E:** | Yes | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Hermes International |
| **Owner Address:** | 24, rue du Faubourg Saint Honore<br>Paris FRANCE 75008 |
| **Legal Entity Type:** | SOCIÉTÉ EN COMMANDITE PAR ACTIONS |
| **State or Country Where Organized:** | FRANCE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert S. Weisbein | **Docket Number:** | 093010-3095 |
| **Attorney Primary Email Address:** | IPDocketing@foley.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Robert S. Weisbein<br>FOLEY & LARDNER LLP<br>3000 K. STREET N.W., SUITE 600<br>WASHINGTON HARBOUR<br>WASHINGTON, DISTRICT OF COLUMBIA UNITED STATES 20007-5109 |
| **Phone:** 212-338-3528 | **Fax:** 202.672.5399 |
| **Correspondent e-mail:** IPDocketing@foley.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative

| | | | |
|---|---|---|---|
| **Domestic Representative Name:** | Andrew Baum | **Phone:** | 212-338-3527 |
| **Fax:** | 202.672.5399 | | |
| **Domestic Representative e-mail:** | IPDocketing@foley.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 18, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Sep. 30, 2020 | NOTICE OF SUIT | |
| Jun. 29, 2020 | NOTICE OF SUIT | |
| Aug. 04, 2016 | REVIEW OF CORRESPONDENCE COMPLETE - POWER OF ATTORNEY ENTERED | 89119 |

HERMES_0007356

Plaintiffs' Exhibit 5.0002

| | | |
|---|---|---|
| Aug. 04, 2016 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Oct. 06, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 06, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 69471 |
| Oct. 06, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 69471 |
| Oct. 06, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69471 |
| Sep. 04, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 09, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Feb. 09, 2012 | REGISTERED - PARTIAL SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Dec. 22, 2011 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 76533 |
| Feb. 09, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76533 |
| Dec. 22, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 29, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 29, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 06, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 14, 2005 | PUBLISHED FOR OPPOSITION | |
| May 25, 2005 | NOTICE OF PUBLICATION | |
| Mar. 04, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66230 |
| Mar. 02, 2005 | ASSIGNED TO LIE | 66230 |
| Feb. 22, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 18, 2005 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77978 |
| Feb. 14, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77978 |
| Feb. 14, 2005 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 08, 2004 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 08, 2004 | NON-FINAL ACTION WRITTEN | 74781 |
| Sep. 07, 2004 | ASSIGNED TO EXAMINER | 74781 |
| Mar. 01, 2004 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** GENERIC WEB UPDATE                **Date in Location:** Oct. 06, 2015

HERMES_0007357

**Plaintiffs' Exhibit 5.0003**

Int. Cls.: **16 and 18**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 29, 37, 38, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,991,927**
Registered Sep. 6, 2005

TRADEMARK
PRINCIPAL REGISTER

# BIRKIN

HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24, RUE DU FAUBOURG SAINT HONORE
PARIS, FRANCE 75008

   FOR: CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

   FOR: LEATHER OR IMITATION LEATHER GOODS, NAMELY, BAGS, NAMELY, HANDBAGS, TRAVEL BAGS, RUCKSACKS; WALLETS; CARD HOLDERS IN THE NATURE OF WALLETS; LEATHER PURSES; LEATHER CASES FOR KEYS; BRIEFCASES; TRUNKS AND SUITCASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   OWNER OF FRANCE REG. NO. 97691016, DATED 8-8-1997, EXPIRES 8-8-2007.

   SER. NO. 78-369,087, FILED 2-17-2004.

DOUGLAS LEE, EXAMINING ATTORNEY