# Exhibit 5

PageVault

| | |
|---|---|
| Document title: | NFT artist: 'MetaBirkins' project aims to create 'same kind of illusion that it has in real life' |
| Capture URL: | https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall |
| Page loaded at (UTC): | Tue, 02 Aug 2022 12:32:26 GMT |
| Capture timestamp (UTC): | Tue, 02 Aug 2022 12:33:04 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 01c59097-4deb-43ce-8ecd-89fa4ecf95df |
| User: | baker-nsamad |

PDF REFERENCE #:    6khw4KGMuwzy2gvNWYr8uF

HERMES_0010581

Plaintiffs' Exhibit 244.0001

HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | YAHOO PLUS | MORE...

Finance | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | News | Personal Finance | Videos | Yahoo U | ...

U.S. markets open in 58 minutes

| S&P Futures | Dow Futures | Nasdaq Futures | Russell 2000 Futures | Crude Oil | Gold |
|---|---|---|---|---|---|
| 4,093.50 | 32,584.00 | 12,853.50 | 1,872.90 | 94.03 | 1,799.10 |
| -27.00 (-0.66%) | -183.00 (-0.56%) | -109.00 (-0.84%) | -12.50 (-0.66%) | +0.14 (+0.15%) | +11.40 (+0.64%) |



## NFT artist: 'MetaBirkins' project aims to create 'same kind of illusion that it has in real life'

December 6, 2021

MetaBirkins NFT Series Artist Mason Rothschild joins Yahoo Finance Live to discuss the success of his NFT project involving digital versions of Hermes Birkin bags.

**Video Transcript**

[MUSIC PLAYING]

- Welcome back to Yahoo Finance. Well, NFTs keep gaining in popularity. And the latest [INAUDIBLE] the allure of a designer Hermes Birkin, out of reach to mere mortals tying them into the digital art space. Here to discuss is the artist behind the MetaBirkin. His name is Mason Rothschild, MetaBirkins NFT Series Artist. Thank you so much for being with us, Mason. And congratulations because it seems like it's been quite the hit.

MASON ROTHSCHILD: Thank you.

- And I wanted to just provide some context and some numbers as well. So the first MetaBirkin sold for about 10 Ethereum. There's so much price volatility, but let's say it sold for above $40,000. And in five days, about 600,000 in volume sold. The cheapest listed MetaBirkin is now about $13,500, on par with one of the lower end of an Hermes Birkin bag, I guess. So this isn't your first foray into Birkin art. What is the attraction for you and for the buyer?

MASON ROTHSCHILD: I mean, for me, there's nothing more iconic than the Hermes Birkin bag. And I wanted to see as an experiment to see if I could create that same kind of illusion that it has in real life as a digital commodity. And I feel like I've kind of accomplished that with the statistics that we kind of have today, is being able to put together this kind of digital commodity everybody loves, bringing it into the digital world with this introduction of the metaverse and seeing how it works out and how it plays in the hands of like the community, selling it at that, keeping that scarcity of 100 bags total and seeing what the community does with it. Because I feel like there's nothing stronger in this NFT space than community and being able to garner the attention of people and build that relationship with the consumer and being able to bring it forward and keep pushing and the support has been crazy.

ALEXIS CHRISTOFOROUS: It really has been crazy. And, you know, you talk about trying to



Quote Lookup

**Recently Viewed**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| KAVL<br>Kaival Brands Innovations Group, Inc. | 1.1600 | -0.1100 | -8.66% |

**TRENDING**

1. Analysts expect swift resolution to Ecuador-Perenco dispute
2. JPMorgan's China Calls Show Market Timing Is Tough
3. UPDATE 1-Russia says United States is directly involved in Ukraine war
4. Mexican union urges U.S. labor complaint at BBB auto-parts plant
5. Oil Fluctuates Near $94 With OPEC+ Meeting Looming on Market

Document title: NFT artist: &#39;MetaBirkins&#39; project aims to create &#39;same kind of illusion that it has in real life&#39;
Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall
Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT
Page 1 of 7

HERMES_0010582

Plaintiffs' Exhibit 244.0002

crazy.

ALEXIS CHRISTOFOROUS: It really has been crazy. And, you know, you talk about trying to build that relationship with the community via the metaverse. We're looking at the bags right now. They're pretty incredible. Talk to me about the inspiration for doing this with fur. That's fur that you see around these bags.

MASON ROTHSCHILD: Yeah.

ALEXIS CHRISTOFOROUS: And I know you also did the one where there was a pregnant Hermes Birkin bag, where it was giving-- you were able to see a little baby inside the bag. That sold for over $23,000 in May.

MASON ROTHSCHILD: Yeah, it actually just resold to a collector two days ago for $42,000. So that one is a collector in the metaverse called SolaVerse is actually putting them together and putting an auction together in their like metaverse gallery. So that one just resold. But for this one, I wanted to kind of, like I come from the fashion industry, you know, just working from the retail aspect in Saint Laurent and Dior. And with Kering Group's like recent initiatives to go fur-free and you kind of be a little bit more sustainable in the future, I kind of wanted to bring a little bit of irony to the situation and make these, you know, MetaBirkins out of fur as that fur-free initiative. Since it's not doing anything for animals or anything like that, it's actually just digital simulated fur. So it's kind of like a play on that.

The baby Birkin, like you alluded to, was kind of a play on the words baby and Birkin, which is like the most sought after Birkin size. So I decided to put a baby in a Birkin and go through all stages of pregnancy. And there, you know, I'm really using it as kind of just artistic representation of like what goes on in my head.

- How surprised are you by the reactions that these bags have been getting? Because everyone and his brother and sister want to get into the NFT space. The latest one is Beyonce saying, you know, NFTs are the wave of the future. Do you think that it is, you know, that it's overblown a little bit? How surprised are you by the reaction? Because, you know, there are some out there that say, I had this conversation with my daughter, for example. And she said, no way would I spend that kind of money for digital art of a Birkin. What am I going to do? I want to hold it. I want to feel it. I want to walk around with it.

MASON ROTHSCHILD: My thing is that with this introduction of the metaverse. You know, like we all already live in kind of our phones and everything. And this introduction of like Web3 and the metaverse is allowing us to actually own these commodities in this place where we can actually show them off. I was explaining to somebody before, there's not much difference in between having the crazy car or the crazy handbag in real life because it's kind of just that, that showing of like wealth or that kind of explanation of success.

And now you're able to bring that into the metaverse with these iconic NFTs that have fetched crazy amounts of money in that resale market for NFTs. So I feel like the difference between the two is like getting a little bit blurred now because we have this new outlet, which is the metaverse, to showcase our product, showcase them in our virtual worlds, and even just show them online. You know, like people have been posting the ones that they've gotten. And people kind of like have this hype around them that like oh, wow, you were able to secure one of those.

ALEXIS CHRISTOFOROUS: And real quick here, Mason, I know that when you're talking about high-end luxury items like an Hermes bag, counterfeiting happens all over the place. Are you concerned as the artist that you're going to start getting that happening here, even though they do say blockchain is going to keep it all on the up-and-up? But do you have to look out for counterfeiting, you know, in the NFT space?

MASON ROTHSCHILD: 100%. Actually, like before my collection dropped, there was a bunch of like counterfeit NFTs that weren't from my collection. We're in the process of like verifying mine on OpenSea. But we had like $35,000, $40,000 in volume of people buying fake versions of my MetaBirkin. So, yeah, like counterfeits are definitely there. I'm hoping that these platforms have more of a connection with the artists moving forward, so, you know, they don't lose out on that kind of hype and people don't get scammed and end up spending, you know, $40,000 on a fake.

- All right, well, Mason Rothschild, we are so excited for you and so pleased to have you on the show. Congratulations with all the success.

MASON ROTHSCHILD: Thanks for having me.

- MetaBirkins NFT Series Artist and we can't wait to see what comes next.



Document title: NFT artist: &#39;MetaBirkins&#39; project aims to create &#39;same kind of illusion that it has in real life&#39;
Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall
Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT

Page 2 of 7

HERMES_0010583

Plaintiffs' Exhibit 244.0003







HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE...
yahoo!finance Search for news, symbols or companies Sign in Mail

Featured Broker eToro Ad eToro

Looking to invest in stocks?
Join 25M+ users and invest safely with eToro's global platform.
Start Investing
Your capital is at risk. Other fees apply.

**1 Comment**

Commenting on this article has ended    Log in | Sign up

Sort by Top

**Austin** · 6 December, 2021
This project is going to be huge!!
1

Powered by OpenWeb

## RECOMMENDED STORIES

GuruFocus.com
**Devon Energy Beats Earnings, Raises Dividend**
Devon Energy produces another amazing quarter to satisfy its shareholders
13h ago

MoneyWise
**Housing correction is 'dead ahead,' warns Moody's chief economist Mark Zandi — here's how he sees things playing out over the next several months**
He also predicts a 'more significant pullback' if this one thing happens.
1d ago

Ad • Housecoast
**Put A Bottle In Parked Car Tire If Traveling Alone**
Am I the only one who never knew this..

TipRanks
**Down More Than 50%: Buy These 2 Beaten-Down Stocks Before They Rebound, Say Analysts**
Whether markets move up or down, every investor loves a bargain. There's a thrill in finding a valuable stock at a low, low price – and then watching it appreciate in the mid- to long-term. Portfolio growth of that sort is one of the reasons investors are in the investing game to begin with. So, how are investors...
22h ago

MarketWatch
**My boyfriend, 68, has almost no 'mad money' for fun activities and trips. He lives with his father, 95, and expects to inherit his house. Is it unreasonable to expect him to get a part-**
THE MONEYIST Dear Quentin, I am a 65-year-old retired woman with modest Social Security and annuity payments. I also own my own home and have savings. I've been seeing a 68-year-old retiree since just before the pandemic.
20h ago

SmartAsset
**$2 Million Makes This Much Monthly**
For older Americans, living off the interest and returns of your retirement account is how retirement is structured. The goal is that by the time you hit your late 60s you will ideally have enough saved up to coast indefinitely. ... Continue reading → The post How Much Interest Does $2 Million Pay Monthly?...
23h ago

Ad • Cleverst
**Why You Should Always Put Plastic Bottle on Tires**
Amazing Car Hacks Everyone Needs To Start Doing Now

Yahoo Finance Video
**Alibaba to continue monitoring market developments to maintain its U.S. listing**
Yahoo Finance's Akiko Fujita discusses Alibaba responding to delisting fears.
21h ago

Case 1:22-cv-00384-JSR   Document 168-5   Filed 03/03/23   Page 6 of 9
HOME  MAIL  NEWS  FINANCE  SPORTS  ENTERTAINMENT  LIFE  SEARCH  SHOPPING  YAHOO PLUS  MORE...

yahoo!finance   Search for news, symbols or companies    Sign in   Mail

21h ago



**SmartAsset**
How Much Can Retirees Earn Without Paying Taxes?
Depending on your age, if your income is below a certain threshold, you may not have to pay taxes. Here's what you need to know.
1d ago



**MarketWatch**
The FAANMGs have been whittled down to the fantastic four
Four mega-cap companies proved they can withstand a global economic slowdown, super-high inflation and a massive rise in interest rates.
16h ago



Ad • Housejogger
Man Finds Tiny Creature In Backyard
You'll Never Believe What It Grew Into...



**Zacks**
Mosaic (MOS) Q2 Earnings and Revenues Miss Estimates
Mosaic (MOS) delivered earnings and revenue surprises of -7.38% and 4.29%, respectively, for the quarter ended June 2022. Do the numbers hold clues to what lies ahead for the stock?
14h ago



**Benzinga**
5 REITs With Massive Dividend Yields
Plenty of real estate investment trusts (REITs) pay dividends, but some of them have much higher yields than the rest. REITs are designed to appeal to income-oriented investors rather than those interested mainly in growth. Sometimes these types of investments deliver both, but the big dividends are usually...
20h ago



**CNW Group**
SSR MINING REPORTS SECOND QUARTER 2022 RESULTS
SSR Mining Inc. (NASDAQ: SSRM) (TSX: SSRM) (ASX: SSR) ("SSR Mining" or the "Company") reports consolidated financial results for the second quarter ended June 30, 2022. In addition, the Board of Directors declared a quarterly cash dividend of $0.07 per common share payable on September 6, 2022...
2h ago



Ad • Vitaminews
Mix Vaseline And Toothpaste And Watch What Happens
40+ Vaseline Tricks We Never Knew



**Barrons.com**
Intel Could Be Worth More Dead Than Alive. Why This Analyst Sees 50% Upside.
Intel just reported what may have been its worst quarter ever. But Northland Securities analyst Gus Richard sees value in the company's assets.
16h ago



**Bloomberg**
Pelosi's Taiwan Trip Raises Angst in Global Financial Markets
(Bloomberg) -- Traders are bracing for US House Speaker Nancy Pelosi's expected arrival in Taipei Tuesday to raise tensions with China, with stocks sliding and haven assets such as the yen and Treasuries climbing.Most Read from BloombergYou Won't Like What Comes After InflationPelosi Is Expected to Vis...
1h ago



**Motley Fool**
5 Perfect Stocks Retirees Can Confidently Buy Right Now
These time-tested stocks check all the right boxes for retirees wanting to preserve and grow their nest egg, while also potentially netting passive income.
3h ago

Ad • History10
Hidden Features In Most Cars; Use :22 Tonight
Here's 40 hidden car features you probably never knew existed. #26 is in all cars and few people know.



**Zacks**
Energy Transfer (ET) to Post Q2 Earnings: What's in the Cards?
Energy Transfer's (ET) second-quarter earnings are expected to have gained from fee-based contracts and return from assets, which are spread across every major production basin.
22h ago

**The Wall Street Journal**
Caterpillar Second Quarter Sales Up 11%
Higher prices and increased sales helped to offset a continued drag from rising material and freight costs



Document title: NFT artist: &#39;MetaBirkins&#39; project aims to create &#39;same kind of illusion that it has in real life&#39;
Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall
Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT

Page 4 of 7

HERMES_0010585

Plaintiffs' Exhibit 244.0005





The Wall Street Journal
**Caterpillar Second Quarter Sales Up 11%**
Higher prices and increased sales helped to offset a continued drag from rising material and freight costs on the company's bottom line.

1h ago



Yahoo Finance Video
**Oracle reportedly plans to lay off thousands of employees**
Yahoo Finance reporter Dan Howley looks at how tech company Oracle's stock is moving to the downside amid reports that it's starting to lay off thousands of U.S. employees.

17h ago



Ad • Housinglover
**12 Foods You Can Eat a Lot of Without Getting Fat**
List Of Healthy Foods You Can Eat Without Gaining Any Weight



Barrons.com
**Apple Is Borrowing Money to Buy Back Stock. What That May Say About the Bond Market.**
Apple is gearing up for a four-part bond sale to fund stock buybacks. Apple (ticker: AAPL ) is planning to use the proceeds from the sale for general corporate purposes, including buying back shares and paying dividends, the company said in a filing with the Securities and Exchange Commission. Apple didn't...

18h ago



Zacks
**PayPal Q2 Preview: Can Shares Rebound?**
Year-to-date, PayPal shares have plunged, losing more than half of their value.

16h ago



Barrons.com
**Innoviz Surges as Volkswagen Selects Its Self-Driving Lidar Technology**
Volkswagen has selected Innoviz to supply lidar technology as the auto maker continues its development of self-driving cars. Innoviz (ticker: INVZ) announced Tuesday that Volkswagen (VOW3.Germany) software business Cariad selected the InnovizTwo system and perception software for VW's lidar needs....

1h ago



Ad • Housecoast
**Put A Bottle In Parked Car Tire If Traveling Alone**
Am I the only one who never knew this..



SmartAsset
**Just How Rich Do You Have to Be to Need Wealth Management?**
Wealth managers help set and reach goals for financial needs. Here's a breakdown of wealth management services and examples of when you will need them.

21h ago



Reuters
**Caterpillar sales miss estimates on suppy-chain troubles, Russia halt**
Shares of the heavy equipment maker, whose performance is seen as a barometer for global industrial activity, fell 3% before the bell. Western firms have taken a hit from U.S. sanctions on Russia, which made it impossible to operate in the country following its invasion of Ukraine in February. Caterpillar decided...

2h ago



Bloomberg
**Apple Sells $5.5 Billion of Bonds to Fund Buybacks, Dividends**
(Bloomberg) -- Apple Inc. tapped the US high-grade bond market Monday with a $5.5 billion sale in four parts. Most Read from BloombergYou Won't Like What Comes After InflationPelosi Is Expected to Visit Taiwan, Ramping Up US-China TensionsThis Is How China Could Hit Back Over Pelosi's Taiwan...

16h ago



Ad • Cleverst
**Why You Should Always Put Plastic Bottle on Tires**
Amazing Car Hacks Everyone Needs To Start Doing Now



Zacks
**Gevo, Inc. (GEVO) Expected to Beat Earnings Estimates: What to Know Ahead of Q2 Release**
Gevo, Inc. (GEVO) possesses the right combination of the two key ingredients for a likely earnings beat in its upcoming report. Get prepared with the key expectations.

23h ago

Yahoo Finance
**Hints of 1982 have one strategist saying the bear market is over: Morning Brief**
What to watch in markets on Tuesday, August 2, 2022.

3h ago



Document title: NFT artist: &#39;MetaBirkins&#39; project aims to create &#39;same kind of illusion that it has in real life&#39;
Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall
Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT
Page 5 of 7
HERMES_0010586
Plaintiffs' Exhibit 244.0006

yahoo!finance    Search for news, symbols or companies    Sign in    Mail


3h ago

Zacks
Airbnb (ABNB) to Report Q2 Earnings: What's in the Cards?
Airbnb's (ABNB) second-quarter 2022 results are likely to reflect solid momentum among its hosts and guests.

19h ago

Ad • Housejogger
Man Finds Tiny Creature In Backyard
You'll Never Believe What It Grew Into...


Yahoo Finance Video
Jobs report, earnings, stock market: What investors are watching this week
Yahoo Finance's Alexandra Semenova discusses the busy week ahead in markets as investors eye potential catalysts in the jobs report and corporate earnings. 

20h ago

Benzinga
China's Regulatory Crackdown On Its Tech Sector Takes New Twist
China is after the head of its leading state-backed chip investment fund, shortly following a similar probe into a former executive linked to the fund, Reuters reports. China suspected Ding Wenwu, the head of China Integrated Circuit Industry Investment Fund, or the "Big Fund," of severe law violations and was...

23h ago

MarketWatch
'I have watched my accounts drop by 22%.' My financial adviser has usually 'done well' but now it feels like he's not making enough adjustments in this tough market given that I'm
MarketWatch Picks has highlighted these products and services because we think readers will find them useful; the MarketWatch News staff is not involved in creating this content. Question: I have had a financial advisor with a national firm for more than a decade.

2h ago

Ad • Vitaminews
Mix Vaseline And Toothpaste And Watch What Happens
40+ Vaseline Tricks We Never Knew


Barrons.com
The Dow Is Set to Slip, BP Is Rising—and What Else Is Happening in the Stock Market Today
House Speaker Nancy Pelosi is set to visit the island at the heart of the world's chip-making industry Tuesday, despite warnings from China.

24m ago

Bloomberg
BP's Surging Oil Profits Stir Political Recriminations in UK
(Bloomberg) -- If you want an illustration of the political perils of making huge oil and gas profits in the UK, look no further than a £400 charitable donation from the boss of BP Plc.Most Read from BloombergYou Won't Like What Comes After InflationPelosi Is Expected to Visit Taiwan, Ramping Up US...

49m ago

TheStreet.com
Tesla's Chinese Rivals Have Some Bad News
Elon Musk's Tesla remains the king of the electric vehicle makers as delivery and production results from its rivals still pale in comparison. While Tesla's July deliveries and production numbers are expected in the next day or so, its totals for the month will likely be thousands higher than its rivals. Tesla on July 2...

12h ago

Ad • History10
Hidden Features In Most Cars; Use :22 Tonight
Here's 40 hidden car features you probably never knew existed. #26 is in all cars and few people know.

The Independent
BP 'laughing all the way to the bank' with bumper profits while households face poverty, say campaigners
Oil giant sees profits triple to £6.9bn in second quarter while households struggle with massive bill increases

1h ago

Zacks
Diamondback Energy (FANG) Tops Q2 Earnings and Revenue Estimates
Diamondback (FANG) delivered earnings and revenue surprises of 6.16% and 10.40%, respectively, for the quarter ended June 2022. Do the numbers hold clues to what lies ahead for the stock?

15h ago

MarketWatch



Document title: NFT artist: &#39;MetaBirkins&#39; project aims to create &#39;same kind of illusion that it has in real life&#39;
Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall
Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT
Page 6 of 7

HERMES_0010587

Plaintiffs' Exhibit 244.0007


increases
1h ago

Zacks

**Diamondback Energy (FANG) Tops Q2 Earnings and Revenue Estimates**
Diamondback (FANG) delivered earnings and revenue surprises of 6.16% and 10.40%, respectively, for the quarter ended June 2022. Do the numbers hold clues to what lies ahead for the stock?
15h ago

MarketWatch

**Cummins stock jumps after record revenue, 'solid' profit beat expectations amid strong demand in North America**
Shares of Cummins Inc. climbed 1.9% toward a near six-month high in premarket trading Tuesday, after the maker of diesel, natural gas and "new power" engines reported record second-quarter revenue and "solid" profit that rose above expectations, as demand outside of China remained strong. Net income…
44m ago

Ad • Housinglover

**12 Foods You Can Eat a Lot of Without Getting Fat**
List Of Healthy Foods You Can Eat Without Gaining Any Weight

Investor's Business Daily

**Shale Oil Stocks Drop; Marathon Petroleum Beats Earnings Estimates**
Shale oil producer stocks dropped Monday. Devon Energy and Diamondback Energy beat earnings predictions after the close.
23m ago

SmartAsset

**Schwab Says You Need This Much for Retirement**
A thousand workers told Schwab that they need an average of $1.7 million in savings to pay for retirement. But inflation, monthly expenses, stock market volatility and other retirement obstacles are keeping them from reaching their goals. Here's what the … Continue reading → The post Here's How…
33m ago

Benzinga

**Mullen Automotive Opens Automotive EV Development Center In California**
Mullen Automotive Inc (NASDAQ: MULN) has launched a new Automotive Development Center at 100 Technology Drive, Irvine, California. The center is located near the Irvine Spectrum Center, the 16,000-square-foot facility at 100 Technology Drive. Various Automotive teams will be split between the Mulle…
19h ago

Ad • Beachraider

**30+ Pics Showing The True Scale Of The World**
These captivating photographs capture the unexpected scale of things in the physical world and elsewhere

MarketWatch

**Far from Putin's claims of resilience, Russian economy is being hammered by sanctions and exodus of international companies, Yale report finds**
Media reports trumpeting the resilience of the Russian economy in the face of the international response to its invasion of neighboring Ukraine are based on misunderstandings that do not reflect what's happening on the ground, according to a new paper from the Yale School of Management.
18h ago

Yahoo Finance Video

**Pinterest stock jumps despite reporting a Q2 earnings miss**
Yahoo Finance markets reporter Ines Ferre helps break down Pinterest's second-quarter earnings report.
16h ago

Barrons.com

**Cathie Wood's Ark Bought More Roku Stock as Others Backed Away**
BofA Securities analyst Ruplu Bhattacharya cut his rating for Roku to Underperform from Buy, slashing his price target to $55 from $125.
3m ago

Ad • Housecoast

**15 Vehicles That Can Run Forever**
These Cars Have No Problem Getting Past 250,000 Miles - Is Yours on the List?

Barrons.com

**Pelosi's Trip to Taiwan Is a Risk to More Than Just the Chip Industry**
BP posts soaring profit fueled by rising energy prices, Pinterest surges as Elliott confirms it is the biggest shareholder, deal-making activity in the U.S. is expected to slow even more, and other news to start your day.
2h ago

Insider Monkey

**10 Best High-Yield Dividend Champions to Buy in August**



Document title: NFT artist: &#39;MetaBirkins&#39; project aims to create &#39;same kind of illusion that it has in real life&#39;
Capture URL: https://finance.yahoo.com/video/nft-artist-metabirkins-project-aims-200930209.html?fr=sycsrp_catchall
Capture timestamp (UTC): Tue, 02 Aug 2022 12:33:04 GMT
Page 7 of 7

HERMES_0010588

Plaintiffs' Exhibit 244.0008