# Exhibit 6

**Page Vault**

| | |
|---|---|
| Document title: | MetaBirkins (@MetaBirkins) / Twitter |
| Capture URL: | https://twitter.com/MetaBirkins |
| Page loaded at (UTC): | Fri, 24 Feb 2023 15:11:56 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2023 15:14:46 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 31 |
| Capture ID: | wUh2QdeLPsBjrngo9hiiTo |
| User: | baker-nsamad |

PDF REFERENCE #:      kzFodu5p1thwsu2eyBP1Hf

## MetaBirkins

94 Tweets

**MetaBirkins**
@MetaBirkins

**Follow**

A digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness @Forbes, @BoF, @ELLEmagazine, @HYPEBEAST, @highsnobiety.

🏛 Art Gallery ⓘ   🔗 looksrare.org/collections/0x...   📅 Joined November 2021

**1** Following   **6,235** Followers

**Tweets**   Tweets & replies   Media   Likes

📌 Pinned Tweet

**MetaBirkins** @MetaBirkins · Nov 29, 2021
Three days from mint and we need to give away the last dozen whitelist spots!

• Follow @MetaBirkins and @MasonRothschild
• Like and Retweet this post
• Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin #MintAMetaBirkinHoldAMetaBirkin

💬 914   🔁 950   ♡ 1,315   📊   ⬆

⇄ **MetaBirkins** Retweeted

**Mason Rothschild** ✔ @MasonRothschild · Feb 8
..expert to speak on art but allows economists to speak on it. That's what happened today.

## New to Twitter?

Sign up now to get your own personalized timeline!

**G** Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### You might like

**Mason Rothschild** ✔
@MasonRothschild
**Follow**

**Nifty's** ✔
@Niftys
**Follow**

**SR  SuperRare** 💎✔
@SuperRare
**Follow**

Show more

### What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**   **Sign up**



**MetaBirkins**
94 Tweets

..expert to speak on art but allows economists to speak on it. That's what
happened today.

What happened today was wrong. What happened today will continue to
happen if we don't continue to fight. This is far from over.

💬 2          🔁 7          🤍 45          📊 5,222          ⬆️

Show this thread

🔁 MetaBirkins Retweeted

**Mason Rothschild** ✅ @MasonRothschild · Feb 8          •••
..feel they have the the right to choose what art IS and who IS an artist. Not
because of what they create but because their CV doesn't scream artist with
a pedigree from a world class art school. That's what happened today.

A broken justice system that doesn't allow an art..

💬 1          🔁 5          🤍 47          📊 6,298          ⬆️

Show this thread

🔁 MetaBirkins Retweeted

**Mason Rothschild** ✅ @MasonRothschild · Feb 8          •••
Take nine people off the street right now and ask them to tell you what art is
but the kicker is whatever they say will now become the undisputed truth.
That's what happened today.

A multibillion dollar luxury fashion house who says they "care" about art and
artists but..

💬 16          🔁 35          🤍 91          📊 26.9K          ⬆️

Show this thread

🔁 MetaBirkins Retweeted

**MetaBirkins** @MetaBirkins · Dec 3, 2021          •••
🪙🪙🪙 twitter.com/MasonRothschil...

This Tweet is unavailable.

💬 8          🔁 8          🤍 50          📊          ⬆️

🔁 MetaBirkins Retweeted

**MetaBirkins** @MetaBirkins · Feb 2, 2022          •••

businessoffashion.com
Why Hermès Probably Can't Stop the MetaBirkin
Even if the luxury brand wins its case against the creator of the virtual
interpretations of its famed bag, the NFTs can't be erased, at least not i...

💬 7          🔁 15          🤍 50          📊          ⬆️

**MetaBirkins** @MetaBirkins · Sep 12, 2022          •••

**New to Twitter?**

Sign up now to get your own personalized timeline!

🅖 Sign up with Google

🍎 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

**You might like**

**Mason Rothschild** ✅
@MasonRothschild          [ Follow ]

**Nifty's** ✅
@Niftys          [ Follow ]

SR  **SuperRare** 💎✅
@SuperRare          [ Follow ]

Show more

**What's happening**

NBA · Last night
**Spurs at Mavericks**

Trending in United States          •••
**#heartattack**
4,238 Tweets

Trending in United States          •••
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending          •••
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending          •••
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.          [ Log in ]   [ Sign up ]



MetaBirkins
94 Tweets
Follow

Search Twitter

**MetaBirkins** @MetaBirkins · Sep 12, 2022
MetaBirkins 78 just sold for 2.3 Ether (≈$4,000) to @wyaricky on @LooksRareNFT!

5 8 32

**MetaBirkins** @MetaBirkins · Mar 11, 2022
MetaBirkins 17 and 31 just sold for 3.5 Ether each to @gmoneyNFT (≈$18,00.00) on @LooksRareNFT!

6 6 38

**MetaBirkins** @MetaBirkins · Feb 13, 2022
MetaBirkins 95 just sold for 3.5 Ether (≈$10,500.00) on @LooksRareNFT!

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow

**Nifty's** @Niftys Follow

**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

**MetaBirkins**
34 Tweets



**New to Twitter?**

Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

💬 4   🔁 15   ♡ 99

**MetaBirkins** @MetaBirkins · Feb 10, 2022
#MetaBirkinsGonnaMakeIt
💬 7   🔁 25   ♡ 85

**MetaBirkins** @MetaBirkins · Feb 3, 2022

surfacemag.com
An Hermès Lawsuit Might Push the Value of MetaBirkins NFTs Even Hig...
Hermès is accusing MetaBirkins creator Mason Rothschild of using the likeness of its iconic Birkin bag to sell NFTs. The case could set an ...

💬 2   🔁 7   ♡ 40

**MetaBirkins** @MetaBirkins · Feb 2, 2022

businessoffashion.com
Why Hermès Probably Can't Stop the MetaBirkin
Even if the luxury brand wins its case against the creator of the virtual interpretations of its famed bag, the NFTs can't be erased, at least not i...

💬 7   🔁 15   ♡ 50

**MetaBirkins** @MetaBirkins · Jan 31, 2022
ART WE LOVE 💕 BY CJ HENDRY AND BARBARA SEGAL

**You might like**

Mason Rothschild ✓  @MasonRothschild  Follow
Nifty's ✓  @Niftys  Follow
SuperRare ✓✓  @SuperRare  Follow

Show more

**What's happening**

NBA · Last night
Spurs at Mavericks

Trending in United States
#heartattack
4,238 Tweets

Trending in United States
#BoycottHeineken
10.4K Tweets

Only on Twitter · Trending
#MySchoolPresidentFinalEP
457K Tweets

Entertainment · Trending
Tropic Thunder
2,960 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in   Sign up





MetaBirkins
94 Tweets
Follow

Search Twitter

**MetaBirkins** @MetaBirkins · Jan 31, 2022
ART WE LOVE 💕 BY CJ HENDRY AND BARBARA SEGAL

1 12 52

MetaBirkins Retweeted
**OhhShiny** @ohhshiny · Jan 26, 2022
Gm ❤️ Going down on the show tomorrow...

@MasonRothschild creator of the @MetaBirkins shares his new project @ILYYWNFT

+ @ronenglishart joins to talk fine art, getting started in NFTs & @LightCultCrypto

Spaces
**Details not available**

20 60 236

**MetaBirkins** @MetaBirkins · Jan 17, 2022
💋

Campbell SOUP Company
CAMDEN 1, NEW JERSEY

May 19, 1964

Mr. A. Warhol
1342 Lexington Avenue
New York, New York

Dear Mr. Warhol:

I have followed your career for some time. Your work has evoked a great deal of interest here at Campbell Soup Company for obvious reasons.

At one time I had hoped to be able to acquire one of your Campbell Soup label paintings - but I'm afraid you have gotten much too expensive for me.

I did want to tell you, however, that we admired your work and I have since learned that you like Tomato Soup. I am taking the liberty of having a couple of cases of our Tomato Soup delivered to you at this address.

We wish you continued success and good fortune.

Cordially,

William P. MacFarland
Product Marketing Manager

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow

**Nifty's** @Niftys Follow

**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

MetaBirkins
94 Tweets
Follow
Search Twitter

William F. Macfarland
Product Marketing Manager

9 25 157

**MetaBirkins** @MetaBirkins · Jan 17, 2022
A statement in response to: Hermès International, et al. v. Mason Rothschild.

Dear Community,

So, Hermes filed a trademark lawsuit against me on Friday—although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermes' complaint. Hermes' claims are groundless and we look forward to defeating those claims in court and helping to set a precedent.

I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur-covered Birkin bags.

My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell art that depicts Birkin bags, just as it gave Andy Warhol the right to make and sell art depicting Campbell's soup cans.

I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.

The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermes' complaint that they don't understand what an NFT is, or what NFTs do.

We have tried to be reasonable. Hermes first sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermes representative. Hermes chose instead to break off negotiations and sue me.

I hope Hermes understands that I won't be intimidated.

11 64 201

**MetaBirkins** @MetaBirkins · Jan 16, 2022
MetaBirkins 0 just sold for 3 Ether (≈$10,500.00) on @rarible!

5 27 125

**MetaBirkins** @MetaBirkins · Jan 15, 2022

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow
**Nifty's** @Niftys Follow
**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Document title: MetaBirkins (@MetaBirkins) / Twitter
Capture URL: https://twitter.com/MetaBirkins
Capture timestamp (UTC): Fri, 24 Feb 2023 15:14:46 GMT

MetaBirkins
94 Tweets

Follow

Search Twitter

# ⚙

**MetaBirkins** @MetaBirkins · Jan 15, 2022
MetaBirkins 35 just sold for 4 Ether (≈$13,500.00) on @rarible!



💬 6     🔁 100     ♡ 315     📊     ⬆️

**MetaBirkins** @MetaBirkins · Jan 14, 2022
MetaBirkins 67 just sold for 3.8 Ether (≈$13,000.00) on @rarible!

💬     🔁 11     ♡ 36     📊     ⬆️

**MetaBirkins** @MetaBirkins · Jan 14, 2022
MetaBirkins 15 just sold for 3 Ether (≈$10,000.00) on @rarible!

## New to Twitter?

Sign up now to get your own personalized timeline!

G  Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### You might like

**Mason Rothschild** ✓
@MasonRothschild                          Follow

**Nifty's** 🏷️
@Niftys                                   Follow

SR   **SuperRare** 💎 ✓
@SuperRare                                Follow

Show more

### What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up





MetaBirkins
94 Tweets
Follow

4 12 62

MetaBirkins Retweeted
**Metaplug** @metaplug · Jan 14, 2022
✅ Copped a @MetaBirkins

Loved by celebrities and cease & desist-ed by Hermes, it's both a visual and performance art piece
The founder @MasonRothschild has a proven track record in the fashion space and a strong network

Apparently this one is @takashipom inspired!

4 9 48

**MetaBirkins** @MetaBirkins · Jan 11, 2022
MetaBirkins 83 just sold for 3.8 Ether (≈$13,000.00) on @rarible!

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow
**Nifty's** @Niftys Follow
**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

## MetaBirkins
54 Tweets

MetaBirkins 83 just sold for 3.8 Ether (≈$13,000.00) on @rarible!

💬 6    🔁 14    ♡ 75    ⬆

**MetaBirkins** @MetaBirkins · Jan 10, 2022    ···
MetaBirkins is LIVE on @LooksRareNFT, the community-first marketplace that actively rewards traders, collectors and creators. Buy and sell your MetaBirkin today or HODL for your free @ILYYWNFT mint!

looksrare.org
MetaBirkins | LooksRare
LooksRare is a community-first marketplace for NFTs and digital collectibles on Ethereum. Trade non-fungible tokens with crypto to get...

💬     🔁 7    ♡ 25    ⬆

**MetaBirkins** @MetaBirkins · Jan 8, 2022    ···
I Like You, You're Weird

### New to Twitter?
Sign up now to get your own personalized timeline!

🟦 Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### You might like

**Mason Rothschild** ✓
@MasonRothschild
**Follow**

**Nifty's** 🟡
@Niftys
**Follow**

**SuperRare** 💎 ✓
@SuperRare
**Follow**

Show more

### What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in    Sign up







MetaBirkins
94 Tweets
Follow

Search Twitter

Gasoline

9 38 193

**MetaBirkins** @MetaBirkins · Jan 4, 2022
Thank you for telling this story @HYPEBEAST

> **HYPEBEAST** @HYPEBEAST · Jan 3, 2022
> Hermès Allegedly Sends Cease and Desist to MetaBirkins NFT Creator
> hypebeast.com/2022/1/mason-r...

3 7 34

**MetaBirkins** @MetaBirkins · Jan 2, 2022
💕💕💕

> **Damngraham.eth** @damngrahamm · Jan 2, 2022
> I collected one fashion NFT that changed my entire year financially. Whether it's music, fashion, photography, etc, ur NFT project could positively impact someones life if you just create it. Ty @MasonRothschild @MetaBirkins 👜

6 16

MetaBirkins Retweeted

**BroqLee** @BroqLee · Jan 1, 2022
One of the best NFTs out there. The discord community is one of the best out there. Lot's of freedom, pictionary, art, music, food, and friends to make along the way!

> **MetaBirkins** @MetaBirkins · Jan 1, 2022
> MetaBirkins: Collection One
>
> Now available on @rarible 🚀
>
> rarible.com/metabirkinsnft

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow

**Nifty's** @Niftys Follow

**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

MetaBirkins
94 Tweets

Follow

Search Twitter

2 2 9

MetaBirkins @MetaBirkins · Jan 1, 2022

MetaBirkins: Collection One

Now available on @rarible 🚀 🌞

rarible.com/metabirkinsnft

20 73 92

MetaBirkins @MetaBirkins · Jan 1, 2022

Ice Age.

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

Mason Rothschild @MasonRothschild Follow

Nifty's @Niftys Follow

SuperRare @SuperRare Follow

Show more

**What's happening**

NBA · Last night
Spurs at Mavericks

Trending in United States
#heartattack
4,238 Tweets

Trending in United States
#BoycottHeineken
10.4K Tweets

Only on Twitter · Trending
#MySchoolPresidentFinalEP
457K Tweets

Entertainment · Trending
Tropic Thunder
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Document title: MetaBirkins (@MetaBirkins) / Twitter
Capture URL: https://twitter.com/MetaBirkins
Capture timestamp (UTC): Fri, 24 Feb 2023 15:14:46 GMT

MetaBirkins
34 Tweets

**MetaBirkins** @MetaBirkins · Dec 31, 2021
c/o Sage Willows

🗨 4    ⟲ 11    ♡ 68    ılı    ⬆

**MetaBirkins** @MetaBirkins · Dec 30, 2021
Slatt

🗨 10    ⟲ 37    ♡ 222    ılı    ⬆

**MetaBirkins** @MetaBirkins · Dec 22, 2021
An open letter to Hermès, OpenSea and Community.

Dear Hermès,

Hermès and OpenSea

🗨 20    ⟲ 58    ♡ 195    ılı    ⬆

**MetaBirkins** @MetaBirkins · Dec 16, 2021
The #MetaBirkins Discord Server is now open to new members — pausing
registration at 24,000 members.

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

**You might like**

**Mason Rothschild** ✓
@MasonRothschild          Follow

**Nifty's** ✓
@Niftys                   Follow

**SuperRare** ✓ ✓
@SuperRare                Follow

Show more

**What's happening**

NBA · Last night
**Spurs at Mavericks**

Trending in United States
#heartattack
4,238 Tweets

Trending in United States
#BoycottHeineken
10.4K Tweets

Only on Twitter · Trending
#MySchoolPresidentFinalEP
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



MetaBirkins
94 Tweets
Follow
Search Twitter

The #MetaBirkins Discord Server is now open to new members — pausing registration at 24,000 members.

discord.gg/metabirkins

2 19 77

MetaBirkins Retweeted
**The Business of Fashion** @BoF · Dec 15, 2021
Neither by Hermès nor real handbags, the luxury NFTs highlight both profit-making potential and intellectual-property issues as money pours into the fast-growing virtual fashion market.

businessoffashion.com
What 'MetaBirkins' Say About Virtual Fashion
Neither by Hermès nor real handbags, the luxury NFTs highlight both profit-making potential and intellectual-property issues as money pour...

1 51 93

**MetaBirkins** @MetaBirkins · Dec 14, 2021
gm @RonnieFieg

5 4 30

**MetaBirkins** @MetaBirkins · Dec 12, 2021
A gift for all first collection holders. Airdropping soon. Thank you for everything. #MetaBirkins

## New to Twitter?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow
**Nifty's** @Niftys Follow
**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Follow



**New to Twitter?**

Sign up now to get your own personalized timeline!

 G  Sign up with Google

  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Twitter feed

💬 13    ♻ 20    ♡ 173    📊    ⬆

**MetaBirkins** @MetaBirkins · Dec 11, 2021
gm 🟡 @RTFKTstudios
💬 59    ♻ 159    ♡ 143    📊    ⬆

**MetaBirkins** @MetaBirkins · Dec 10, 2021
Another day, another milestone. Thank you everyone. #MetaBirkins

💬 14    ♻ 17    ♡ 119    📊    ⬆

⤴ **MetaBirkins** Retweeted
**sliM'baku** @earth_dave · Dec 8, 2021
meta birkins the best NFT out it's not up for debate
💬 6    ♻ 15    ♡ 81    📊    ⬆

**MetaBirkins** @MetaBirkins · Dec 7, 2021
MetaBirkins going to Pluto!

🔶 **FUTURE/FREEBANDZ** ✔ @1future · Dec 7, 2021
GM WORLD

**You might like**

**Mason Rothschild** ✔
@MasonRothschild              Follow

*Nifty's* **Nifty's** ✔
@Niftys                       Follow

SR **SuperRare** 💎 ✔
@SuperRare                    Follow

Show more

**What's happening**

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





MetaBirkins
94 Tweets
Follow

Search Twitter

65 96 218

**MetaBirkins** @MetaBirkins · Dec 7, 2021
Spicy 🌶️

**splashy.eth** @LordxSplashy · Dec 7, 2021
Someone's building a spicy collection @MetaBirkins 4 in the last 2 hours.

4 4 47

**MetaBirkins** @MetaBirkins · Dec 6, 2021
Do as @LanaRhoades does:

- Change your Profile Photo to your favorite #MetaBirkin
- Follow @metabirkins and @masonrothschild
- Like and Share this post

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow

**Nifty's** @Niftys Follow

**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

## MetaBirkins

94 Tweets

- Follow @metabirkins and @masonrothschild
- Like and Share this post
- Tag three friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin #MintAMetaBirkinHoldAMetaBirkin

**lanarhoades** ✓
Miami Beach, Florida

2/6

💬 316    ⟲ 273    ♡ 395    �📊

**MetaBirkins** @MetaBirkins · Dec 6, 2021
MetaBirkins on @YahooFinance! I can't thank the community enough — we're going to the moon 🚀 💛

0:15  6,260 views

💬 9    ⟲ 23    ♡ 64    📊

**MetaBirkins** @MetaBirkins · Dec 4, 2021
It's only my third day out here.. #MetaBirkins

132 ETH
VOLUME TRADED

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### You might like

**Mason Rothschild** ✓
@MasonRothschild
Follow

**Nifty's** 🌞
@Niftys
Follow

**SR**  **SuperRare** 💙✓
@SuperRare
Follow

Show more

### What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



**MetaBirkins**
94 Tweets

**Twitter**

# 
⚙

**New to Twitter?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

💬 10    ⟲ 12    ♡ 85    📊    ⬆

**MetaBirkins** @MetaBirkins · Dec 4, 2021    ···
Just sold for 9.9 ETH ($39,600.00) — moving closer to 150 ETH ($600,000)
volume traded in just 48 hours. #MetaBirkins

💬 16    ⟲ 93    ♡ 246    📊    ⬆

**MetaBirkins** @MetaBirkins · Dec 3, 2021    ···
REVEAL IS UP!

opensea.io/collection/met...

💬 8    ⟲ 17    ♡ 77    📊    ⬆

**MetaBirkins** @MetaBirkins · Dec 3, 2021    ···
👏👏👏 twitter.com/MasonRothschil...

This Tweet was deleted by the Tweet author. Learn more

💬 8    ⟲ 8    ♡ 50    📊    ⬆

**MetaBirkins** @MetaBirkins · Dec 3, 2021    ···
Seven wallets*

💬 16    ⟲ 1    ♡ 29    📊    ⬆

**You might like**

Mason Rothschild ✓    Follow
@MasonRothschild

Nifty's ✓    Follow
@Niftys

SR  SuperRare ✓ ✓    Follow
@SuperRare

Show more

**What's happening**

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets    ···

Trending in United States
**#BoycottHeineken**
10.4K Tweets    ···

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets    ···

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets    ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Document title: MetaBirkins (@MetaBirkins) / Twitter
Capture URL: https://twitter.com/MetaBirkins
Capture timestamp (UTC): Fri, 24 Feb 2023 15:14:46 GMT

MetaBirkins

💬 16   🔁 1   ♡ 29   📊   ⬆️

Show this thread

**MetaBirkins** @MetaBirkins · Dec 3, 2021
Reveal tomorrow morning. We are awaiting the final nine wallets to mint.   ···

💬 9   🔁 3   ♡ 75   📊   ⬆️

Show this thread

**MetaBirkins** @MetaBirkins · Dec 3, 2021
WE'RE LIVE! #MetaBirkins   ···

opensea.io/collection/met...

💬 14   🔁 18   ♡ 80   📊   ⬆️

**MetaBirkins** @MetaBirkins · Dec 2, 2021   ···
● ● ● ● ●

┌─────────────────────────────────────┐
│ 🧑 **madison beer** ✔ @madisonbeer · Dec 2, 2021 │
│ Replying to @MetaBirkins            │
│ ooooo . gm ☀️ want one              │
└─────────────────────────────────────┘

💬 17   🔁   ♡ 37   📊   ⬆️

**MetaBirkins** @MetaBirkins · Dec 2, 2021   ···
gm 😊 @madisonbeer

#MetaBirkins



💬 13   🔁 29   ♡ 207   📊   ⬆️

**MetaBirkins** @MetaBirkins · Dec 2, 2021   ···
It's mint day. #MetaBirkins

💬 17   🔁 24   ♡ 131   📊   ⬆️

**MetaBirkins** @MetaBirkins · Nov 30, 2021   ···
● ● ● ● ● ●

**New to Twitter?**

Sign up now to get your own personalized timeline!

G   Sign up with Google

🍎   Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

**Mason Rothschild** ✔
@MasonRothschild                 Follow

**Nifty's** ✔
@Niftys                          Follow

SR   **SuperRare** 💎 ✔
@SuperRare                       Follow

Show more

**What's happening**

NBA · Last night
**Spurs at Mavericks**

Trending in United States
#heartattack
4,238 Tweets

Trending in United States
#BoycottHeineken
10.4K Tweets

Only on Twitter · Trending
#MySchoolPresidentFinalEP
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up



MetaBirkins
94 Tweets
Follow
Search Twitter

**MetaBirkins** @MetaBirkins · Nov 30, 2021
••••••

> **LA LA** @lala · Nov 30, 2021
> So into these @MetaBirkins LOVE THEM @MasonRothschild 💕💕💕
>
> 

10 · 16 · 89

**MetaBirkins** @MetaBirkins · Nov 29, 2021
gm 🌞 Starshine, the Earth 🌎 says "Hello!"

#MetaBirkins

25 · 87 · 288

**MetaBirkins** @MetaBirkins · Nov 28, 2021
gm 🌞 @Banks

mint a MetaBirkin, hold a MetaBirkin

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild — Follow

**Nifty's** @Niftys — Follow

**SuperRare** 💎 @SuperRare — Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Document title: MetaBirkins (@MetaBirkins) / Twitter
Capture URL: https://twitter.com/MetaBirkins
Capture timestamp (UTC): Fri, 24 Feb 2023 15:14:46 GMT





MetaBirkins
94 Tweets
Follow

Search Twitter

111 146 333

MetaBirkins @MetaBirkins · Nov 28, 2021
Thank you for the follow @LanaRhoades!

2 5 44

MetaBirkins @MetaBirkins · Nov 28, 2021
gm 🌞 @DavidDobrik

hold this

24 27 139

MetaBirkins @MetaBirkins · Nov 28, 2021
Rest in peace Virgil Abloh. A lot of us kids wouldn't be doing what we're doing without Virgil breaking walls.

9 16 141

MetaBirkins @MetaBirkins · Nov 28, 2021
gm 🌞 @CozomoMedici

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

Mason Rothschild @MasonRothschild Follow

Nifty's @Niftys Follow

SuperRare @SuperRare Follow

Show more

## What's happening

NBA · Last night
Spurs at Mavericks

Trending in United States
#heartattack
4,238 Tweets

Trending in United States
#BoycottHeineken
10.4K Tweets

Only on Twitter · Trending
#MySchoolPresidentFinalEP
457K Tweets

Entertainment · Trending
Tropic Thunder
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

G Sign up with Google

🍎 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

Mason Rothschild ✓
@MasonRothschild
Follow

Nifty's ✓
@Niftys
Follow

SR SuperRare 💎 ✓
@SuperRare
Follow

Show more

**What's happening**

NBA · Last night
Spurs at Mavericks

Trending in United States
#heartattack
4,238 Tweets

Trending in United States
#BoycottHeineken
10.4K Tweets

Only on Twitter · Trending
#MySchoolPresidentFinalEP
457K Tweets

Entertainment · Trending
Tropic Thunder
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**MetaBirkins** @MetaBirkins · Nov 28, 2021
gm 🌞 @CozomoMedici

💬 49    ⟲ 62    ♡ 253

**MetaBirkins** @MetaBirkins · Nov 28, 2021
gm 🌞

💬 17    ⟲ 7    ♡ 66

**MetaBirkins** @MetaBirkins · Nov 28, 2021
A little something to get our new followers hype.

💬 15    ⟲ 65    ♡ 246

**MetaBirkins** @MetaBirkins · Nov 27, 2021
Moo.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up









MetaBirkins
94 Tweets

Follow

Search Twitter

9 14 141

MetaBirkins Retweeted

**MetaBirkins** @MetaBirkins · Nov 26, 2021

We're less than a week from mint and we need to give away the last whitelist spots!

- Follow @MetaBirkins and @MasonRothschild
- Like and Retweet this post
- Tag two friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin

686 720 954

**MetaBirkins** @MetaBirkins · Nov 27, 2021

Congratulations @manualchef! Your whitelist spot has been secured!

> **sandro** @yungsandd · Nov 26, 2021
> Replying to @MetaBirkins and @MasonRothschild
> @azelphius @adding2cart

4 2 21

**MetaBirkins** @MetaBirkins · Nov 26, 2021

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow

**Nifty's** @Niftys Follow

**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

MetaBirkins
94 Tweets

Follow

Search Twitter

**MetaBirkins** @MetaBirkins · Nov 26, 2021

We're less than a week from mint and we need to give away the last whitelist spots!

- Follow @MetaBirkins and @MasonRothschild
- Like and Retweet this post
- Tag two friends who have diamonds hands to hold #MetaBirkins

#NotYourMothersBirkin

686 720 954

MetaBirkins Retweeted

**Paranoidpandaz** @ParanoidPandaz · Nov 26, 2021

so cute @MetaBirkins @MasonRothschild #NotYourMotherBirkin #MetaBirkins

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

Mason Rothschild @MasonRothschild Follow

Nifty's @Niftys Follow

SuperRare @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

MetaBirkins
94 Tweets
Follow

Search Twitter

3 23

**MetaBirkins** @MetaBirkins · Nov 25, 2021
💕🍭🍬 twitter.com/NFT_a_Porter/s...

This Tweet was deleted by the Tweet author. Learn more

2 18

**MetaBirkins** @MetaBirkins · Nov 25, 2021
One of four Nünchi x #MetaBirkins. Zoom into the lock!

13 49

MetaBirkins Retweeted
**Badsushi** @reallybadsushii · Nov 25, 2021
You know what comes after the avatar/pfp frenzy?

Metaverse fashion.
Dressing those metaverse avatars.
Digital outfits and accessories.
Big brands are already experimenting with NFTs

Be early. @MetaBirkins

Whitelisting now on discord
discord.gg/PQ7TkgcU

Minting soon.

discord.com
Discord - A New Way to Chat with Friends & Com...
Discord is the easiest way to communicate over voice, video, and text. Chat, hang out, and stay clos...

3 21

**MetaBirkins** @MetaBirkins · Nov 25, 2021

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow

**Nifty's** @Niftys Follow

**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

MetaBirkins
94 Tweets
Follow

Search Twitter

MetaBirkins @MetaBirkins · Nov 25, 2021
Goya, Dali & da Vinci #MetaBirkins

2 11 50

MetaBirkins Retweeted
nryu @nryunft · Nov 25, 2021
Replying to @MetaBirkins
Starry nights is MINE

2 7

MetaBirkins @MetaBirkins · Nov 25, 2021
🚀 🟡 twitter.com/HaiiroEth/stat...

This Tweet was deleted by the Tweet author. Learn more

1 2 12

MetaBirkins Retweeted
Jordan Glenn @football__steve · Nov 24, 2021
Hi Totoro :)

@MasonRothschild @MetaBirkins #NotYourMotherBirkin #MetaBirkins

3 23

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

Mason Rothschild @MasonRothschild Follow

Nifty's @Niftys Follow

SuperRare @SuperRare Follow

Show more

## What's happening

NBA · Last night
Spurs at Mavericks

Trending in United States
#heartattack
4,238 Tweets

Trending in United States
#BoycottHeineken
10.4K Tweets

Only on Twitter · Trending
#MySchoolPresidentFinalEP
457K Tweets

Entertainment · Trending
Tropic Thunder
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up





MetaBirkins
94 Tweets
Follow

3 · 23

**MetaBirkins** @MetaBirkins · Nov 24, 2021
Monochrome #MetaBirkins.

3 · 25 · 77

MetaBirkins Retweeted
**Dom Alfonzetti** @domalfonzetti · Nov 24, 2021
#notyourmotherbirkin #notyourmothersbirkin #metabirkins

MetaBirkins

2 · 16

MetaBirkins Retweeted
**alyx** @alyx7101 · Nov 24, 2021
Super excited about this one. Extremely low supply of 100 from the creator of The Baby Birkin @MetaBirkins @MasonRothschild

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Mason Rothschild** @MasonRothschild Follow

**Nifty's** @Niftys Follow

**SuperRare** @SuperRare Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

MetaBirkins
94 Tweets
Follow

Search Twitter

3 16

MetaBirkins @MetaBirkins · Nov 23, 2021
🚀 🌕

nryu @nryunft · Nov 23, 2021
Replying to @MetaBirkins
i love metabirkins

1 8

MetaBirkins @MetaBirkins · Nov 22, 2021
Kusama.

4 10 45

MetaBirkins @MetaBirkins · Nov 21, 2021
This was two days ago.. we're sitting at 700 strong now. Thank you 🖤

1 1 8

Show this thread

MetaBirkins @MetaBirkins · Nov 21, 2021
In regards to rarity, rose gold hardware will be one of the rarest hardwares in the MetaBirkins collection. Minting early December. #MetaBirkins

2 20 78

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

Mason Rothschild
@MasonRothschild
Follow

Nifty's
@Niftys
Follow

SuperRare
@SuperRare
Follow

Show more

## What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up



MetaBirkins
94 Tweets
Follow
Search Twitter

2 20 78

**MetaBirkins** @MetaBirkins · Nov 19, 2021
#4theGroupies @peacevoid_world

🌈☮ PEACEVOID & CC0mpany

5 40

**MetaBirkins** @MetaBirkins · Nov 19, 2021
Dear first 100 followers,

Thank you for your support. Here's to the next 100!!!🍾🍾🍾

and to our 350 Discord members — ily🖤

#MetaBirkins🚀🟡

2 1 16

Show this thread

**MetaBirkins** @MetaBirkins · Nov 18, 2021
300 members strong 💪 — with a max supply of 100 MetaBirkins. It's only the beginning. #MetaBirkins2BlueChip

> **MetaBirkins** @MetaBirkins · Nov 18, 2021
> 15 whitelist spots remain. 5 chances to win in the #MetaBirkins Discord server.
>
> discord.gg/ry374P8FNP

2 11

**MetaBirkins** @MetaBirkins · Nov 18, 2021
van Gogh, Rothko, Twombly

8 43

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

Mason Rothschild @MasonRothschild Follow

Nifty's @Niftys Follow

SuperRare 💎 @SuperRare Follow

Show more

**What's happening**

NBA · Last night
Spurs at Mavericks

Trending in United States
#heartattack
4,238 Tweets

Trending in United States
#BoycottHeineken
10.4K Tweets

Only on Twitter · Trending
#MySchoolPresidentFinalEP
457K Tweets

Entertainment · Trending
Tropic Thunder
2,960 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Document title: MetaBirkins (@MetaBirkins) / Twitter
Capture URL: https://twitter.com/MetaBirkins
Capture timestamp (UTC): Fri, 24 Feb 2023 15:14:46 GMT

# MetaBirkins

🐦

#

⚙️

← **MetaBirkins**
94 Tweets

💬 8    🔁 8    ♡ 43    📊

**Follow**

🔍 Search Twitter

🔁 **MetaBirkins** Retweeted

**Badsushi** @reallybadsushii · Nov 18, 2021   •••
Don't miss this one. If there's one drop you can't miss, it's this one.

🐦 **MetaBirkins** @MetaBirkins · Nov 18, 2021
metabirkins.com

💬    🔁 2    ♡ 10    ⬆️

**MetaBirkins** @MetaBirkins · Nov 18, 2021   •••
Bob Ross on a Birkin.



💬 2    🔁 8    ♡ 41    📊    ⬆️

**MetaBirkins** @MetaBirkins · Nov 18, 2021   •••
metabirkins.com

💬    🔁 4    ♡ 17    📊    ⬆️

**MetaBirkins** @MetaBirkins · Nov 18, 2021   •••
15 whitelist spots remain. 5 chances to win in the #MetaBirkins Discord
server.

📰    discord.com
Discord - A New Way to Chat with Friends & Com...
Discord is the easiest way to communicate over
voice, video, and text. Chat, hang out, and stay clos...

💬    🔁 3    ♡ 17    📊    ⬆️

**MetaBirkins** @MetaBirkins · Nov 18, 2021   •••
!shill

## New to Twitter?

Sign up now to get your own personalized timeline!

G  Sign up with Google

  Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

### You might like

**Mason Rothschild** ✓
@MasonRothschild          **Follow**

**Nifty's** 🏀
@Niftys                   **Follow**

SR  **SuperRare** 💎 ✓
@SuperRare                **Follow**

Show more

### What's happening

NBA · Last night
**Spurs at Mavericks**

Trending in United States   •••
**#heartattack**
4,238 Tweets

Trending in United States   •••
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending   •••
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending   •••
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More …
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



---

**MetaBirkins**
94 Tweets

Follow

Q Search Twitter

**MetaBirkins** @MetaBirkins · Nov 18, 2021   ...
!shill



💬 16      🔁 29      🤍 63      ᴵⁱ      ⬆

**New to Twitter?**

Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

**Mason Rothschild** ✓
@MasonRothschild      Follow

**Nifty's** 🟡
@Niftys      Follow

SR   **SuperRare** 💎✓
@SuperRare      Follow

Show more

**What's happening**

NBA · Last night
**Spurs at Mavericks**

Trending in United States
**#heartattack**
4,238 Tweets

Trending in United States
**#BoycottHeineken**
10.4K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
457K Tweets

Entertainment · Trending
**Tropic Thunder**
2,960 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2023 Twitter, Inc.



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Document title: MetaBirkins (@MetaBirkins) / Twitter
Capture URL: https://twitter.com/MetaBirkins
Capture timestamp (UTC): Fri, 24 Feb 2023 15:14:46 GMT