# Exhibit 8

PageVault

| | |
|---|---|
| Document title: | MetaBirkins \| LooksRare |
| Capture URL: | https://looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750 |
| Page loaded at (UTC): | Thu, 23 Feb 2023 22:43:45 GMT |
| Capture timestamp (UTC): | Thu, 23 Feb 2023 22:47:05 GMT |
| Capture tool: | 10.20.9 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 13 |
| Capture ID: | vDwS5piyvahGDauaXhAzVF |
| User: | baker-nsamad |

PDF REFERENCE #:     gtixSidCi3PL9ktnibN5xR







Document title: MetaBirkins | LooksRare
Capture URL: https://looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750
Capture timestamp (UTC): Thu, 23 Feb 2023 22:47:05 GMT                                                                              Page 3 of 12















Document title: MetaBirkins | LooksRare
Capture URL: https://looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750
Capture timestamp (UTC): Thu, 23 Feb 2023 22:47:05 GMT      Page 10 of 12



Document title: MetaBirkins | LooksRare
Capture URL: https://looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750
Capture timestamp (UTC): Thu, 23 Feb 2023 22:47:05 GMT
Page 11 of 12



| | | |
|---|---|---|
| 84 Unlisted | 78 Unlisted | 99 Unlisted |
| 20 Unlisted | 68 Unlisted | 19 Unlisted |
| 83 Unlisted | | |

No more NFTs to fetch