# Exhibit 13

*Instagram*











**metabirkins**    Follow    Message    +᎒    ...

42 posts        18.1K followers        1 following

**MetaBirkins**
Digital creator
A digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness, @forbes, @bof, @elleusa, @hypebeast, @highsnobiety.
looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750

⊞ POSTS        ⌇ TAGGED






1/29/23, 11:43 AM
Case 1:22-cv-00384-JSR Document 168-13 Filed 03/03/23 Page 3 of 6
MetaBirkins (@metabirkins) • Instagram photos and videos






























Instagram

Dear Hermès,

So, I got your cease & desist letter. While I am sorry if you were insulted by my art, as an artist, I will not apologize for creating it.

Now, as you are aware, the First Amendment gives me every right to create art based on my interpretations of the world around me. There are countless examples of artists who reference the world and the products and cultural artifacts in it. With that understanding, MetaBirkins is a playful abstraction of an existing fashion-culture landmark. I re-interpreted the form, materiality and name of a known cultural touchpoint. MetaBirkins are also a commentary on fashion's history of animal cruelty, and its current embrace of fur-free initiatives and alternative textiles. My aim is always to create additive art projects that contribute positively to the culture.

When it comes to art, selling my MetaBirkins as NFTs is akin to selling them as physical art prints. It should not be my job to educate you on advancements in the world and the culture of art. Art is art.

There is a moving tide of innovation and evolution, and it is your role as a fashion powerhouse to amplify young creatives and artists rather than stomp them out. Your actions can help determine the future of art in the Metaverse.

You can be a part of an incredible movement.

...











Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users

English   © 2023 Instagram from Meta