# Exhibit 14

Chat with "Mark Design" [REDACTED] on November 7, 2021

Mason Rothschild [REDACTED]
Mark Design [REDACTED]

Earliest item: 2021-11-07 01:51:31
Latest item: 2021-11-07 22:02:08

**Sunday 07 November 2021**

Instant Message : WhatsApp
01:51:31
From
Mason Rothschild [REDACTED]
To
Mark Design [REDACTED]

Kinda liked original

Instant Message : WhatsApp
05:56:28
From
Mason Rothschild [REDACTED]
To
Mark Design [REDACTED]

Actually this one is growing on me

Instant Message : WhatsApp
05:56:33
From
Mason Rothschild [REDACTED]
To
Mark Design [REDACTED]

Would love to see silver

Instant Message : WhatsApp
07:28:05
From
Mason Rothschild [REDACTED]
To
Mark Design [REDACTED]

I feel like the set up may be wrong on some

Instant Message : WhatsApp
07:28:10
From
Mason Rothschild [REDACTED]
To
Mark Design [REDACTED]

Slightly different camera

Instant Message : WhatsApp
07:28:20
From
Mason Rothschild [REDACTED]
To
Mark Design [REDACTED]

https://mmg.whatsapp.net/d/f/As9_rqXjZkWZ-OVlNlB-j7uHlsVUJWb740lqtpY6-aj7.enc

Instant Message : WhatsApp
07:28:24
From
Mason Rothschild [REDACTED]

To
Mark Design

You can see it pop

Instant Message : WhatsApp
07:29:38
From
Mark Design
To
Mason Rothschild

Hmm, didn't move the camera. I'll check

Instant Message : WhatsApp
08:50:31
From
Mark Design
To
Mason Rothschild

same camera position on all

Instant Message : WhatsApp
19:34:43
From
Mason Rothschild
To
Mark Design

Question

Instant Message : WhatsApp
19:34:47
From
Mason Rothschild
To
Mark Design

Do you save all the patrerns

Instant Message : WhatsApp
19:34:56
From
Mason Rothschild
To
Mark Design

So we can make like a silver version if possible

Instant Message : WhatsApp
19:35:06
From
Mason Rothschild
To
Mark Design

Cause i was thinking of the roadmap

Instant Message : WhatsApp
19:35:41
From
Mark Design
To

Mason Rothschild

Most are just straight from color, but some have some special adjustments

Instant Message : WhatsApp
19:35:49
From
Mark Design
To
Mason Rothschild

That I did not save

Instant Message : WhatsApp
19:36:31
From
Mason Rothschild
To
Mark Design

And it'd be cool for owners to be able to get a white horse for - burn the horse and get a colorful fluffy horse down the line

Instant Message : WhatsApp
19:36:39
From
Mason Rothschild
To
Mark Design


11:35
5G
AA
fashionphile.com
Search for...
Hermes: All / Womens / Accessories / Bag Charms
HERMES
COOKIE POLICY
We and our partners use cookies on this site to improve your website experience and provide personalized advertising. For more information, please see our Privacy Policy.
I ACCEPT
SELL NOW



Instant Message : WhatsApp
21:48:52
From
Mark Design
To
Mason Rothschild

when they buy the bag?

Instant Message : WhatsApp
21:53:53
From
Mason Rothschild
To
Mark Design

Na so peep this

Instant Message : WhatsApp
21:54:27
From
Mason Rothschild
To
Mark Design

After birkin release

Instant Message : WhatsApp
21:54:34
From
Mason Rothschild
To
Mark Design

Lets say a month later

Instant Message : WhatsApp
21:54:44
From
Mason Rothschild
To
Mark Design

We release 25 fluffy horses

Instant Message : WhatsApp
21:54:47
From
Mason Rothschild
To
Mark Design

All white

Instant Message : WhatsApp
21:54:58
From
Mason Rothschild
To
Mark Design

Owners of birkin who get the horse

Instant Message : WhatsApp
21:55:20
From
Mason Rothschild
To
Mark Design

Can burn the horse and get a fluflly horse to match their birkin

Instant Message : WhatsApp
21:55:25
From
Mark Design
To
Mason Rothschild

ah

Instant Message : WhatsApp
21:55:37
From
Mason Rothschild
To
Mark Design

That way we can sell 25-50 more things

Instant Message : WhatsApp
21:55:43
From
Mason Rothschild
To
Mark Design

At .1 eth

Instant Message : WhatsApp
21:55:45
From
Mason Rothschild
To
Mark Design

Make more money

Instant Message : WhatsApp
21:55:58
From
Mason Rothschild
To
Mark Design

And people who get both will be like they have a rarer work

Instant Message : WhatsApp
21:56:00
From
Mason Rothschild
To
Mark Design

That will go for more

Instant Message : WhatsApp



21:56:35
From
Mason Rothschild
To
Mark Design

Realistically do you think we can crank out 100 birkins

Instant Message : WhatsApp
21:56:44
From
Mason Rothschild
To
Mark Design

I feel lime the graduent ones look best

Instant Message : WhatsApp
21:57:10
From
Mark Design
To
Mason Rothschild

those look good yea

Instant Message : WhatsApp
21:57:16
From
Mark Design
To
Mason Rothschild

I'll get to the dotted ones today

Instant Message : WhatsApp
22:01:55
From
Mason Rothschild
To
Mark Design

Sweet

Instant Message : WhatsApp
22:02:08
From
Mason Rothschild
To
Mark Design

I'll

Make

More gradients

End Thread

Thread Statistics

Instant Message Count
37

# Document Produced in Native Format




Search for...

Hermes: All / Womens / Accessories / Bag Charms








COOKIE POLICY

We and our partners use cookies on this site to improve your website experience and provide personalized advertising. For more information, please see our Privacy Policy.

I ACCEPT

