# Exhibit 15



Plaintiffs' Exhibit 146.0001