# Exhibit 16

Chat with Mark Design ██████████ on October 19, 2021

Mason Rothschild
Mark Design ██████████

Earliest item: 2021-10-19 16:21:11
Latest item: 2021-10-19 16:59:50

**Tuesday 19 October 2021**

Instant Message : WhatsApp
16:21:11
  From
  Mark Design ██████████
  To
  Mason Rothschild ████████



https://mmg.whatsapp.net/d/f/AtJ4Nbu5RZDPwnbcTrwB2hOAqEHEhUDK3xZ2WUJTOkjw.enc

Instant Message : WhatsApp
16:21:14
  From
  Mark Design ██████████
  To
  Mason Rothschild ████████

fluffy as fuck

Instant Message : WhatsApp
16:21:19
  From
  Mark Design ██████████
  To
  Mason Rothschild ████████

pardon my french

Instant Message : WhatsApp
16:21:30
  From
  Mark Design ██████████
  To
  Mason Rothschild < ████████

Had some problems with the hair

Instant Message : WhatsApp

CONFIDENTIAL

Rothschild008303

**EXHIBIT**

19

**Plaintiffs' Exhibit 243.0001**

16:21:33
From
Mark Design ███████████
To
Mason Rothschild ███████████

working now...

Instant Message : WhatsApp
16:21:34
From
Mason Rothschild ███████████
To
Mark Design : ███████████

Sooo fluffy

Instant Message : WhatsApp
16:21:37
From
Mason Rothschild ███████████
To
Mark Design ███████████

Looks good

Instant Message : WhatsApp
16:21:50
From
Mark Design < ███████████
To
Mason Rothschild ███████████

Now I have to set it up so it interacts with the model

Instant Message : WhatsApp
16:21:57
From
Mark Design ███████████
To
Mason Rothschild ███████████

then apply the right materials

Instant Message : WhatsApp
16:22:02
From
Mason Rothschild ███████████
To
Mark Design ███████████

Incredible

Instant Message : WhatsApp
16:22:03
From
Mark Design ███████████
To
Mason Rothschild ███████████

and get the background

Instant Message : WhatsApp
16:22:14

CONFIDENTIAL

Rothschild008304

Plaintiffs' Exhibit 243.0002



Mason Rothschild ███████
To
Mark Design ████████

We can probably make the handle fluffly too

Instant Message : WhatsApp
16:22:21
From
Mark Design ██████████
To
Mason Rothschild ███████

alright

Instant Message : WhatsApp
16:22:28
From
Mason Rothschild ███████
To
Mark Design <███████

And the littlehanging thing

Instant Message : WhatsApp
16:22:51
From
Mason Rothschild ███████
To
Mark Design ████████

With the key

Instant Message : WhatsApp
16:23:23
From
Mason Rothschild ███████
To
Mark Design ███████

Once we set it up - it'll be pretty quick to change colors and make a few different ones eight

Instant Message : WhatsApp
16:23:24
From
Mason Rothschild ███████
To
Mark Design ████████

Right

Instant Message : WhatsApp
16:24:17
From
Mason Rothschild ███████
To
Mark Design <███████

CONFIDENTIAL

Rothschild008305

**Plaintiffs' Exhibit 243.0003**



https://mmg.whatsapp.net/d/f/AvJc8_E3TyLurEbGxuzcLSCWjhIDHkl4RLdfnMqX7Mb9.enc

Instant Message : WhatsApp
16:24:31
From
Mason Rothschild ██████████
To
Mark Design < ██████████

But just a square or circle pedestal

Instant Message : WhatsApp
16:24:42
From
Mason Rothschild ██████████
To

CONFIDENTIAL

Plaintiffs' Exhibit 243.0004

And a few different colored backgrounds for each

Instant Message : WhatsApp
16:24:48
   From
   Mark Design ███████████
   To
   Mason Rothschild ███████████

Yea, changes should be fast

Instant Message : WhatsApp
16:25:31
   From
   Mason Rothschild < ███████████ >
   To
   Mark Design ███████████

Sweet

Instant Message : WhatsApp
16:27:42
   From
   Mason Rothschild ███████████
   To
   Mark Design < ███████████

Plan for this one is, releasing editions of 3-10 at .1 eth each or something

Instant Message : WhatsApp
16:27:49
   From
   Mason Rothschild ███████████
   To
   Mark Design ███████████

So a lot of people can have it

Instant Message : WhatsApp
16:27:57
   From
   Mason Rothschild ███████████
   To
   Mark Design ███████████

We might be some help from Hermes themselves

Instant Message : WhatsApp
16:28:52
   From
   Mason Rothschild < ███████████
   To
   Mark Design ███████████

Trying to find eyes rn

Instant Message : WhatsApp
16:29:22
   From
   Mark Design ███████████
   To
   Mason Rothschild ███████████

CONFIDENTIAL

Rothschild008307

**Plaintiffs' Exhibit 243.0005**

Instant Message : WhatsApp
16:29:29
From
Mason Rothschild ███████████
To
Mark Design ████████

Yeah

Instant Message : WhatsApp
16:29:31
From
Mason Rothschild ███████████
To
Mark Design ████████

Easier to move

Instant Message : WhatsApp
16:29:41
From
Mason Rothschild ███████████
To
Mark Design

Then we can make more money if they sell out and transfer hands

Instant Message : WhatsApp
16:34:01
From
Mark Design ████████████
To
Mason Rothschild ██ ███████

CONFIDENTIAL

Rothschild008308

Plaintiffs' Exhibit 243.0006



https://mmg.whatsapp.net/d/f/AsKkJAY3XmZ6oljSrrsVMWyXjvasM8rWac4Q5bQApRqI.enc

Instant Message : WhatsApp
16:34:25
From
Mason Rothschild ██████████ >
To
Mark Design ████████

Love it, key thing i qondee how we can differentiate more

Instant Message : WhatsApp
16:34:31
From
Mason Rothschild ██████████
To
Mark Design ████████

So it doesnt fully blend in

Instant Message : WhatsApp
16:34:46
From
Mark Design ████████
To

CONFIDENTIAL

Rothschild008309

**Plaintiffs' Exhibit 243.0007**

I will have to simulate the hair

Instant Message : WhatsApp
16:35:14
    From
    Mark Design ████████████████
    To
    Mason Rothschild ████████████

will work it out once we have the fluffiness right

Instant Message : WhatsApp
16:35:26
    From
    Mark Design ████████████████
    To
    Mason Rothschild ████████████

and a bit of a different color

Instant Message : WhatsApp
16:35:28
    From
    Mason Rothschild ████████████████
    To
    Mark Design < ████████████

The fluffiness looks incredible tbh

Instant Message : WhatsApp
16:35:29
    From
    Mason Rothschild ████████████
    To
    Mark Design ████████████

Yeah

Instant Message : WhatsApp
16:35:29
    From
    Mark Design ████████████████
    To
    Mason Rothschild ████████████

should not be a problem

Instant Message : WhatsApp
16:35:32
    From
    Mason Rothschild ████████████████ >
    To
    Mark Design ████████████

Let's try

Instant Message : WhatsApp
16:35:40
    From
    Mark Design < ████████████████
    To
    Mason Rothschild < ████████████

CONFIDENTIAL

**Plaintiffs' Exhibit 243.0008**

Instant Message : WhatsApp
16:35:43
    From
    Mason Rothschild <
    To
    Mark Design <

Like a bright color like yellow

Instant Message : WhatsApp
16:35:56
    From
    Mark Design
    To
    Mason Rothschild

I'll start setting it up then

Instant Message : WhatsApp
16:36:04
    From
    Mark Design
    To
    Mason Rothschild

takes some time to get the physics right

Instant Message : WhatsApp
16:36:10
    From
    Mark Design
    To
    Mason Rothschild

ill keep you posted

Instant Message : WhatsApp
16:36:11
    From
    Mason Rothschild
    To
    Mark Design

Hardware looks so legit there

Instant Message : WhatsApp
16:36:15
    From
    Mason Rothschild
    To
    Mark Design

Like the bronze lock

Instant Message : WhatsApp
16:36:34
    From
    Mark Design
    To
    Mason Rothschild

yea, stands out nice

CONFIDENTIAL

Rothschild008311

Plaintiffs' Exhibit 243.0009



16:37:12

From
Mason Rothschild < ████████████ >

To
Mark Design ██████████████

CONFIDENTIAL

Rothschild008312

**Plaintiffs' Exhibit 243.0010**



CONFIDENTIAL

Rothschild008313

**Plaintiffs' Exhibit 243.0011**



Instant Message : WhatsApp
16:37:20
From
Mason Rothschild
To
Mark Design

Is this typeof fur breakdown possible

Instant Message : WhatsApp
16:37:23
From
Mason Rothschild
To
Mark Design

Like the multi

Instant Message : WhatsApp
16:39:47
From
Mark Design
To
Mason Rothschild

color or the clumping of the hairs?

Instant Message : WhatsApp
16:39:59
From
Mason Rothschild
To
Mark Design

Yeah like the picture

Instant Message : WhatsApp
16:42:36
From
Mark Design
To
Mason Rothschild <

CONFIDENTIAL

Rothschild008314

Plaintiffs' Exhibit 243.0012



https://mmg.whatsapp.net/d/f/Audv4GUmG1O-jjKQ3l0Yoqv2HCNVnf5rJ_RBorLbwwyU.enc

Instant Message : WhatsApp
16:42:49
   From
   Mark Design ████████████
   To
   Mason Rothschild ███████████

should not be a problem to get them clumped up

Instant Message : WhatsApp
16:44:59
   From
   Mason Rothschild ███████████
   To
   Mark Design < ████████████

Sickkk

Instant Message : WhatsApp
16:45:50
   From
   Mark Design ████████████
   To
   Mason Rothschild ███████████

CONFIDENTIAL

Rothschild008315

Plaintiffs' Exhibit 243.0013



https://mmg.whatsapp.net/d/f/Ak3cVfDmqUdQatq_iwg5FWZw-eUxBQImvP_BoYljf4Z9.enc

Instant Message : WhatsApp
16:45:51
    From
Mark Design ███████████
    To
Mason Rothschild ████████████

bit more random

       Instant Message : WhatsApp
       16:45:58
           From
           Mason Rothschild ████████████
           To
           Mark Design ██████████ >

       Love that

       Instant Message : WhatsApp
       16:46:07
           From
           Mason Rothschild ████████████
           To
           Mark Design ████████

       What prgram is this

Instant Message : WhatsApp
16:46:44
    From
Mark Design ███████████

CONFIDENTIAL

Rothschild008316

Plaintiffs' Exhibit 243.0014

To.
Mason Rothschild ███████████

houdini

Instant Message : WhatsApp
16:46:48
From
Mason Rothschild ███████████
To
Mark Design < ███████

So good

Instant Message : WhatsApp
16:47:05
From
Mark Design ███████████
To
Mason Rothschild ███████

amazing, can do anything really

Instant Message : WhatsApp
16:47:40
From
Mark Design ███████████ >
To
Mason Rothschild ███████

I think most movies have some VFX from houdini

Instant Message : WhatsApp
16:48:20
From
Mason Rothschild < ███████
To
Mark Design ███████████

I reallt gotta learn these

Instant Message : WhatsApp
16:48:32
From
Mark Design ███████████
To
Mason Rothschild ███████

I am learning it for some time now and its the hardest program I have ever touched. Math is a must to use it...

Instant Message : WhatsApp
16:48:40
From
Mark Design ███████████
To
Mason Rothschild ███████

programing is a must

Instant Message : WhatsApp
16:49:05
From
Mason Rothschild ███████████

CONFIDENTIAL                                                                                              Rothschild008317

**Plaintiffs' Exhibit 243.0015**

Mark Design

Luckily math is one of my strong suits

Instant Message : WhatsApp
16:49:40
From
Mark Design
To
Mason Rothschild

Thats great

Instant Message : WhatsApp
16:50:13
From
Mark Design
To
Mason Rothschild

naive me in highschool math, like I will ever use that again.

Instant Message : WhatsApp
16:50:18
From
Mark Design
To
Mason Rothschild <

:D

Instant Message : WhatsApp
16:50:18
From
Mark Design
To
Mason Rothschild

weeeellll

Instant Message : WhatsApp
16:56:26
From
Mark Design
To
Mason Rothschild

CONFIDENTIAL

**Plaintiffs' Exhibit 243.0016**



https://mmg.whatsapp.net/d/f/As352_3slu6uidbLjw5RllTtiZuRTTrLPOyyoJXUOY6x.enc

Instant Message : WhatsApp
16:56:32
    From
Mark Design ████████████
    To
Mason Rothschild ████████████

yea I have to work on that clumping

Instant Message : WhatsApp
16:56:37
    From
Mark Design ████████████
    To
Mason Rothschild ████████████

does not look good on the handles at all

Instant Message : WhatsApp
16:56:43
    From
Mason Rothschild ████████████ >
    To

CONFIDENTIAL

Rothschild008319

**Plaintiffs' Exhibit 243.0017**



Yeah

Instant Message : WhatsApp
16:56:52
From
Mason Rothschild <+
To
Mark Design <

I like the first one just pure fluff

Instant Message : WhatsApp
16:57:04
From
Mason Rothschild
To
Mark Design

But wondering if its possible to color it in the style i referenced

Instant Message : WhatsApp
16:59:50
From
Mark Design
To
Mason Rothschild

yea

| End Thread | |
|---|---|
| Thread Statistics | Instant Message Count |
| 79 | |

CONFIDENTIAL

Rothschild008320

**Plaintiffs' Exhibit 243.0018**



Rothschild008321

CONFIDENTIAL



CONFIDENTIAL

Rothschild008322

**Plaintiffs' Exhibit 243.0020**



CONFIDENTIAL

Rothschild008323

**Plaintiffs' Exhibit 243.0021**



CONFIDENTIAL

Rothschild008324

**Plaintiffs' Exhibit 243.0022**



Rothschild008325

CONFIDENTIAL

Plaintiffs' Exhibit 243.0023



Rothschild0008326

CONFIDENTIAL

Plaintiffs' Exhibit 243.0024



CONFIDENTIAL

Rothschild008327

**Plaintiffs' Exhibit 243.0025**