# Exhibit 17

Chat with "Eric Ram" [redacted] on October 24, 2021

Mason Rothschild
Eric Ram <
Mason Rothschild

Earliest item: 2021-10-24 00:25:13

Latest item: 2021-10-24 00:51:47

Sunday 24 October 2021

Instant Message : Native Messages
00:25:13

From
Mason Rothschild

To
Mason Rothschild
Eric Ram






Instant Message : Native Messages
00:25:40
From
Eric Ram <[REDACTED]
To
Mason Rothschild [REDACTED]
Mason Rothschild [REDACTED]

Wowow

Instant Message : Native Messages
00:25:59
From
Mason Rothschild [REDACTED]
To
Mason Rothschild [REDACTED]

CONFIDENTIAL Rothschild008344

Plaintiffs' Exhibit 224.0003

Eric Ram

Hermes might partner on me with this

Instant Message : Native Messages
00:26:02
From
Mason Rothschild
To
Mason Rothschild
Eric Ram

Negotiating rn

Instant Message : Native Messages
00:26:27
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

Is that an NFT,

Instant Message : Native Messages
00:26:29
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

?*

Instant Message : Native Messages
00:26:58
From
Mason Rothschild
To
Mason Rothschild
Eric Ram

Yeah

Instant Message : Native Messages
00:27:01
From
Mason Rothschild
To
Mason Rothschild
Eric Ram

Made it yesterday

Instant Message : Native Messages
00:27:03
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

Bro so fire

Instant Message : Native Messages
00:27:10
　　From
　　　Eric Ram
　　To
　　　Mason Rothschild
　　　Mason Rothschild

What is it Made out of?

Instant Message : Native Messages
00:27:14
　　From
　　　Mason Rothschild
　　To
　　　Mason Rothschild
　　　Eric Ram

Fur

Instant Message : Native Messages
00:27:23
　　From
　　　Mason Rothschild
　　To
　　　Mason Rothschild
　　　Eric Ram

Ima do anti fur campaign

Instant Message : Native Messages
00:27:23
　　From
　　　Eric Ram
　　To
　　　Mason Rothschild
　　　Mason Rothschild

Gotcha gotcha

Instant Message : Native Messages
00:27:28
　　From
　　　Eric Ram
　　To
　　　Mason Rothschild
　　　Mason Rothschild

Loved "Ima do anti fur campaign"

Instant Message : Native Messages
00:27:33
　　From
　　　Eric Ram
　　To
　　　Mason Rothschild
　　　Mason Rothschild

That's exactly where I was going with it

Instant Message : Native Messages
00:27:46
　　From
　　　Mason Rothschild

To
Mason Rothschild
Eric Ram

Digital fur = anti fur

Instant Message : Native Messages
00:28:36
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

YES!

Instant Message : Native Messages
00:28:42
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

No real fur just digital

Instant Message : Native Messages
00:33:04
From
Mason Rothschild
To
Mason Rothschild
Eric Ram

So trendy rn

Instant Message : Native Messages
00:33:08
From
Mason Rothschild
To
Mason Rothschild
Eric Ram

Im making 50 of these

Instant Message : Native Messages
00:38:27
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

I would love to jump in on one with you again

Instant Message : Native Messages
00:38:33
From
Eric Ram >
To
Mason Rothschild
Mason Rothschild

The first was a hit

Instant Message : Native Messages
00:38:36
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Eric Ram [redacted]

Lets make something

Instant Message : Native Messages
00:50:39
From
Eric Ram [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

I didn't know my boy kevin works with Basic space

Instant Message : Native Messages
00:50:54
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Eric Ram [redacted]

Word?

Instant Message : Native Messages
00:50:57
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Eric Ram [redacted]

Kevin sho

Instant Message : Native Messages
00:50:59
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Eric Ram [redacted]

Who

Instant Message : Native Messages
00:51:20
From
Eric Ram [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

Mjr

Instant Message : Native Messages
00:51:23



From
Eric Ram <
To
Mason Rothschild
Mason Rothschild
He does PR
Instant Message : Native Messages
00:51:47
From
Mason Rothschild
To
Mason Rothschild
Eric Ram
Dope
End Thread
Thread Statistics
Instant Message Count
30



CONFIDENTIAL

Rothschild008350

Plaintiffs' Exhibit 224.0009



CONFIDENTIAL

Rothschild008351

**Plaintiffs' Exhibit 224.0010**