# Exhibit 18

Chat with Aaron Maresky _____ on October 28, 2021
Mason Rothschild
Aaron Maresky
Mason Rothschild

Earliest item: 2021-10-28 23:12:23
Latest item: 2021-10-28 23:14:54

Thursday 28 October 2021

Instant Message : Native Messages
23:12:23
From
  Mason Rothschild
To
  Mason Rothschild
  Aaron Maresky

Hola friend

Instant Message : Native Messages
23:12:33
From
  Mason Rothschild
To
  Mason Rothschild
  Aaron Maresky

Doing a new set of birkin nfts

Instant Message : Native Messages
23:12:39
From
  Aaron Maresky
To
  Mason Rothschild
  Mason Rothschild

bro

Instant Message : Native Messages
23:12:41
From
  Aaron Maresky
To
  Mason Rothschild
  Mason Rothschild

ur the nft king

Instant Message : Native Messages
23:12:59
From
  Mason Rothschild
To
  Mason Rothschild
  Aaron Maresky


EXHIBIT
21

CONFIDENTIAL

Rothschild008383

**Plaintiffs' Exhibit 225.0001**



CONFIDENTIAL

Rothschild008384

**Plaintiffs' Exhibit 225.0002**



Instant Message : Native Messages
23:13:24
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

I was gonna make a fluffy birkin with a heart nft if maybe y'all wanted to collab

Instant Message : Native Messages
23:13:48
From
Aaron Maresky
To
Mason Rothschild

CONFIDENTIAL

Rothschild008385

**Plaintiffs' Exhibit 225.0003**

jeeeeez

**Instant Message : Native Messages**
23:13:52
From
Aaron Maresky
To
Mason Rothschild
Mason Rothschild

it's official with birkin?

**Instant Message : Native Messages**
23:13:58
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

Pushing for it

**Instant Message : Native Messages**
23:14:04
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

But i have major press

**Instant Message : Native Messages**
23:14:12
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

Vogue, BoF, Forbes

**Instant Message : Native Messages**
23:14:18
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

I'm making either 50 or 100

**Instant Message : Native Messages**
23:14:25
From
Aaron Maresky
To
Mason Rothschild
Mason Rothschild

let me discuss with them

CONFIDENTIAL                                                                                         Rothschild008386

**Plaintiffs' Exhibit 225.0004**

Instant Message : Native Messages
23:14:28
 From
  Mason Rothschild
 To
  Mason Rothschild
  Aaron Maresky

Trying to work out some collab ones rn

Instant Message : Native Messages
23:14:37
 From
  Mason Rothschild
 To
  Mason Rothschild
  Aaron Maresky

So the community can go crazy

Instant Message : Native Messages
23:14:39
 From
  Aaron Maresky
 To
  Mason Rothschild
  Mason Rothschild

cool. u gotta speak with aidan

Instant Message : Native Messages
23:14:45
 From
  Aaron Maresky
 To
  Mason Rothschild
  Mason Rothschild

but btw he is v close with mitch mondes

Instant Message : Native Messages
23:14:46
 From
  Mason Rothschild
 To
  Mason Rothschild
  Aaron Maresky

Thank you!

Instant Message : Native Messages
23:14:54
 From
  Mason Rothschild
 To
  Mason Rothschild
  Aaron Maresky

Meh no biggie

End Thread

Thread Statistics                                                        Instant Message Count
19

CONFIDENTIAL                                                           Rothschild008387

Plaintiffs' Exhibit 225.0005



CONFIDENTIAL

Rothschild008389

**Plaintiffs' Exhibit 225.0006**



CONFIDENTIAL

Rothschild008388

**Plaintiffs' Exhibit 225.0007**