# Exhibit 20

Lauren [redacted]
Mason Rothschild <[redacted]
Mason Rothschild [redacted]

Earliest item: 2021-12-02 03:36:19
Latest item: 2021-12-02 23:05:02

Thursday 02 December 2021

Instant Message : Native Messages
03:36:19
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

How are ya doing

Instant Message : Native Messages
16:50:44
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild <[redacted]

All good for today?

Instant Message : Native Messages
16:51:41
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted]

yep

Instant Message : Native Messages
16:51:45
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted]

no press?

Instant Message : Native Messages
16:52:01
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

Nothing from basic space yet

EXHIBIT
41

Instant Message : Native Messages
16:52:07
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted]

Instant Message : Native Messages
16:52:09
From
Mason Rothschild
To
Mason Rothschild
Lauren

thats insane

Instant Message : Native Messages
16:52:18
From
Lauren
To
Mason Rothschild
Mason Rothschild >

Oh he did say one is interested let me get the name

Instant Message : Native Messages
16:52:28
From
Lauren
To
Mason Rothschild
Mason Rothschild

I'm following up with Vogue, Forbes and complex

Instant Message : Native Messages
18:04:41
From
Lauren
To
Mason Rothschild
Mason Rothschild

Cointelegraph's Rachel Wolfson (UVM: 8,250,390 confirmed - they want to do an interview today / tomorrow

Instant Message : Native Messages
18:05:13
From
Lauren <
To
Mason Rothschild
Mason Rothschild

Who are confirmed celebs?

Instant Message : Native Messages
18:06:29
From
Mason Rothschild
To
Mason Rothschild
Lauren <

Is that a good one?

Instant Message : Native Messages

18:06:38
From
Mason Rothschild <[redacted]>
To
Mason Rothschild [redacted]
Lauren <[redacted]

Seems very finance driveb

Instant Message : Native Messages
18:06:41
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

This is through BS PR

Instant Message : Native Messages
18:06:43
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

Let me look into it

Instant Message : Native Messages
18:07:00
From
Mason Rothschild [redacted]>
To
Mason Rothschild [redacted]
Lauren [redacted]

Cause remember you told me - don't just take any interview

Instant Message : Native Messages
18:07:07
From
Lauren [redacted]
To
Mason Rothschild [redacted]>
Mason Rothschild [redacted]

Yea

Instant Message : Native Messages
18:07:10
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted]

Cause it'll ruin good ones

Instant Message : Native Messages
18:07:12
From
Lauren [redacted]
To

Mason Rothschild
Mason Rothschild

Let me look at it though

Instant Message : Native Messages
18:07:16
From
Lauren
To
Mason Rothschild
Mason Rothschild

No its true

Instant Message : Native Messages
18:07:22
From
Mason Rothschild
To
Mason Rothschild
Lauren <

I sont think ive ever been on cointelepgrapj haha

Instant Message : Native Messages
18:07:29
From
Lauren
To
Mason Rothschild
Mason Rothschild

Like if you want NTY and Vogue interviews they want something exclusive

Instant Message : Native Messages
18:07:30
From
Lauren <
To
Mason Rothschild >
Mason Rothschild

Ya know

Instant Message : Native Messages
18:07:44
From
Mason Rothschild
To
Mason Rothschild >
Lauren <

Its majority redistributed stories

Instant Message : Native Messages
18:07:50
From
Lauren <
To
Mason Rothschild
Mason Rothschild

Lets see if they can share the interview questions

Instant Message : Native Messages
18:07:52
From
Mason Rothschild
To
Mason Rothschild
Lauren

I'll pass on that one

Instant Message : Native Messages
18:07:55
From
Lauren <
To
Mason Rothschild
Mason Rothschild

Kk im going to have a look

Instant Message : Native Messages
18:08:06
From
Lauren
To
Mason Rothschild
Mason Rothschild

Kk dont tell Jesse I said not to do every interview

Instant Message : Native Messages
18:08:07
From
Lauren <
To
Mason Rothschild
Mason Rothschild

Hahaha

Instant Message : Native Messages
18:08:12
From
Mason Rothschild <+
To
Mason Rothschild
Lauren <

Haha ok

Instant Message : Native Messages
18:08:17
From
Mason Rothschild <
To
Mason Rothschild < >
Lauren <+

That one is just bad

Instant Message : Native Messages
18:08:19
From
Mason Rothschild



To
Mason Rothschild
Lauren

You have to admit

Instant Message : Native Messages
18:08:25
From
Lauren
To
Mason Rothschild >
Mason Rothschild

I dont want him to get mad at me

Instant Message : Native Messages
18:08:26
From
Mason Rothschild
To
Mason Rothschild
Lauren

Between you and I

Instant Message : Native Messages
18:08:26
From
Lauren
To
Mason Rothschild
Mason Rothschild <

Hahah

Instant Message : Native Messages
18:08:29
From
Lauren <
To
Mason Rothschild
Mason Rothschild

hahahha a

Instant Message : Native Messages
18:08:31
From
Lauren
To
Mason Rothschild
Mason Rothschild

Let me look

Instant Message : Native Messages
18:08:35
From
Mason Rothschild
To
Mason Rothschild
Lauren <+

CONFIDENTIAL Rothschild008824

Plaintiffs' Exhibit 373.0006

Instant Message : Native Messages
18:08:44
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

Ok good!

Instant Message : Native Messages
18:10:03
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren <+[redacted]

No like

Instant Message : Native Messages
19:23:21
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

Checking in

Instant Message : Native Messages
19:23:23
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

How are you

Instant Message : Native Messages
19:23:52
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted]

Getting massage

Instant Message : Native Messages
19:23:58
From
Lauren [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

Omg love uuu

Instant Message : Native Messages
19:24:00

From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted] >

Lol

Instant Message : Native Messages
21:53:33
From
Mason Rothschild [redacted]
To
Mason Rothschild < [redacted]
Lauren < [redacted]

Screen Shot 2021-12-02 at 1.42.35 PM.jpeg

Sarah 12:38 PM

Hi Mason,

I hope this email finds you healthy and safe. I'm a booker for Yahoo! Finance LIVE, the #1 digital financial news program in the U.S. providing viewers with 8-hours of live, daily market coverage.

Our team read about your new MetaBirkins NFT Series and really love the collection. I'm reaching out to see if you'd be interested in joining us for a live, on-camera interview to tell us more about it. We regularly discuss NFT's on our program and think this could make for a great conversation.

We have availability during our 2-3pm ET hour tomorrow (12/3). Would you be available during that time frame? For awareness, we are still conducting interviews remotely and can connect with guests via Skype, Zoom or Google Meet.

Please let me know if this is something we could coordinate. I'm happy to answer any additional questions you might have.

Best,
Sarah

YF_1Sheeter_September
PDF

Instant Message : Native Messages
21:54:57
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted]

Instant Message : Native Messages
21:55:05
From
Lauren
To
Mason Rothschild >
Mason Rothschild <

Do you want to loop me in and I can talk it through

Instant Message : Native Messages
21:55:06
From
Mason Rothschild
To
Mason Rothschild >
Lauren <

the biggest financial resource

Instant Message : Native Messages
21:55:10
From
Lauren <
To
Mason Rothschild
Mason Rothschild

I want to make sure you know questions, etc

Instant Message : Native Messages
21:55:17
From
Lauren
To
Mason Rothschild <
Mason Rothschild <

So you are prepared

Instant Message : Native Messages
21:55:24
From
Lauren
To
Mason Rothschild <
Mason Rothschild

We can come up with talking points etc

Instant Message : Native Messages
21:55:31
From
Lauren <
To
Mason Rothschild
Mason Rothschild <+

Happy to help if you want!

Instant Message : Native Messages
21:55:41
From
Lauren < >

To
Mason Rothschild
Mason Rothschild

Otherwise ask them the questions, and who else is going to be on the episode

Instant Message : Native Messages
21:55:45
From
Lauren
To
Mason Rothschild
Mason Rothschild

Thats amazing!!!!

Instant Message : Native Messages
21:56:30
From
Lauren
To
Mason Rothschild
Mason Rothschild

You can loop me in at [redacted] if you want

Instant Message : Native Messages
22:14:56
From
Mason Rothschild
To
Mason Rothschild >
Lauren

i feel like i shouldn't do it

Instant Message : Native Messages
22:15:04
From
Mason Rothschild
To
Mason Rothschild
Lauren

theres too much legal

Instant Message : Native Messages
22:15:13
From
Mason Rothschild
To
Mason Rothschild >
Lauren <

and i don't want to get asked a question

Instant Message : Native Messages
22:15:22
From
Lauren <
To
Mason Rothschild
Mason Rothschild <

How did the call go with Hermes?

Instant Message : Native Messages
22:15:24
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted]

that can be used against me if hermes wants to be shitty

Instant Message : Native Messages
22:15:29
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]>
Lauren [redacted]

thats tbd next week

Instant Message : Native Messages
22:15:31
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Lauren [redacted]

tuesday

Instant Message : Native Messages
22:16:05
From
Lauren <[redacted]>
To
Mason Rothschild [redacted]
Mason Rothschild <[redacted]>

Loved "thats tbd next week"

Instant Message : Native Messages
22:16:29
From
Lauren <[redacted]
To
Mason Rothschild [redacted]>
Mason Rothschild [redacted]

Then let's keep a low press profile for now. You're already getting so much buzz organically

Instant Message : Native Messages
22:16:38
From
Lauren [redacted]
To
Mason Rothschild [redacted]>
Mason Rothschild <[redacted]

Just to keep yourself protected

Instant Message : Native Messages
23:05:02

From
Lauren <[redacted]
To
Mason Rothschild [redacted]
Mason Rothschild <+[redacted]

Call me if you need anything

End Thread

| Thread Statistics | |
|---|---|
| | **Instant Message Count** |
| 67 | |

CONFIDENTIAL

Rothschild008830

**Plaintiffs' Exhibit 373.0012**