# Exhibit 22

iMessage
Thu, Dec 16, 4:27 PM

**Mason Rothchild**


Alright

I got my plan

👀

**Mason Rothchild**


Y'all ready?

Yerrrrrrr

**Mason Rothchild**

1) NFT Cease & Desist
2) Make announcement of NFT of Cease& Desist on all socials with a story along the lines of "In order to shed confusion between the Hermes Birkin and it's SUCCESSOR, going for more an upwards of $20,000.00+/each – we've made the decision to separate ourselves from the old and make ourselves known as the new "MetaFurkins". This movement is much bigger than just a remix of an icon and we reach has extended far across every walk of life. The beauty of the NFTs and Metaverse.
3) Launch new collection under new name as well as random airdrop to everyone who types "MetaFurkins > Birkins in comments" or some shit

Basically acknowledge that the YEEZY

**CONFIDENTIAL**                                                                                                                    SACKS_000109

**Plaintiffs' Exhibit 308.0001**

> jumped over the JUMPMAN

> and they can't stop us

 **MR** make it a purely community play

> Don't love the name Furkins but general sentiment is solid

> Do you think they'd actually sue if you did nothing

**Mason Rothchild**
> We can come up with new name

 **MR** No but it's a cool way to spin this

> What if you printed out the C&D and pissed on it

**Mason Rothchild**
 **MR** lol

> Like the ye Grammy vibe

**Moshe Sacks**
> I like the idea of renaming before v2

> Drop 2

> Metabirkin values would explode lol

**Mason Rothchild**
 **MR** I gotta NFT the C&D

> Ya

**Mason Rothchild**
 **MR** then pee on it

CONFIDENTIAL

SACKS_000110

Plaintiffs' Exhibit 308.0002

> Plz

**Mason Rothchild**
> na cause i still want them to be open
> to the collab idea
 > maybe i left my new puppy pee on it

**Moshe Sacks**
 > I hear

> I think you can easily drag this out
> And get in negotiation talks

**Mason Rothchild**
> I think they're too heritage
 > to do this
 > lets plot on name change

> I'm gonna be at alexs in 20
> Gonna think

> MetaBirks.

Thu, Dec 16, 6:46 PM

**Mason Rothchild**


CONFIDENTIAL

SACKS_000111

**Plaintiffs' Exhibit 308.0003**



Kinda a play here

Jane Birkin wanted to remove her name from the birkin because of how hermes was cruel in their processing of animals

We cruelty free baby

Sheeeh

Mason Rothchild

Jane we love you girl

Moshe Sacks

 **Jane Birkin drops request to have her name removed from Hermès handbag | Hermès | The Guardian**
amp.theguardian.com

Mason Rothchild

Yessir

CONFIDENTIAL

SACKS_000112

**Plaintiffs' Exhibit 308.0004**

They settled

 But still

Moshe Sacks



Sell NFTs on Shopify | Join the NFT Beta Program
shopify.com

Mason Rothchild

 Lol that sounds like a trainwreck tbh

Fri, Dec 17, 8:10 AM

Mason Rothchild

Morning

 Speaking to attorney at 9am

Moshe Sacks

Hype

Very good

Mason Rothchild

Y'all know any IP lawyers

 I'd like to get multiple opinions

Moshe Sacks

I'll do some digging

 But let's see what this guy says first

CONFIDENTIAL

SACKS_000113

Plaintiffs' Exhibit 308.0005

Bc I'm actually not that worried about this

 Any word from opensea?!

Mason Rothchild

They won't day anything

They'll just take it down

 Truman can you try to get through to cc

I'll ping him

Mason Rothchild



Are spin-off, homage or remix collections allowed on OpenSea?
support.opensea.io

Mason do you not like MetaBirks

Mason Rothchild

 I do but it might be too close

Moshe Sacks

 I like metabirks

Idt it is honestly

From my understanding they have two issues

They never want you using the word "birkin" which they have trademarked

 And never want you using "Hermes"

Mason Rothchild

CONFIDENTIAL

SACKS_000114

Plaintiffs' Exhibit 308.0006

yeah its kinda stupid

cause the only time i use hermes

is in the disclaimer

 im like.. k

Another idea

NFT a bill to Hermes

for marketing

250,000 Unique Vistors
2.4m Impressions on Instagram
1.2m Impression on Twitter
Numerous Articles
----------
$1,500,000 in Marketing 

Payable to Mason Rothschild

 Bill to Hermes International

Moshe Sacks

Interesting

Mason Rothchild

First lawyer says

Hermes could sue me into the depths of hell

bruh

lol

How

Mason Rothchild

They just have more money

CONFIDENTIAL

SACKS_000115

Plaintiffs' Exhibit 308.0007

Case 1:22-cv-00384-JSR   Document 168-22   Filed 03/03/23   Page 9 of 15

> They just have more money
>
> Even if they don't win
>
>  **MR** They'll do it to drain me

**Fri, Dec 17, 11:10 AM**

**Mason Rothchild**
> Y'all want to hop on a call?
>
>  **MR** or.

> I mean
>
> Do you not think even changing the name will hell
>
> Help

**Mason Rothchild**
> lawyers assumption is
>
> if we change name
>
> they'll go after the design
>
> after design they'll go after damages
>
>  **MR** and so on and so forth

> move honestly might be to try and get a meeting?

**Mason Rothchild**
> but i have a drop in 5 days
>
> lawyer said they could keep dragging it out
>
> til jan-feb-march
>
> without a defininite answer

CONFIDENTIAL

SACKS_000116

Plaintiffs' Exhibit 308.0008

 I just don't even get what they want me to do

cause i can't take down the existing ones

usually

Your lawyer can request a meeting w their team

For valor fixation

*clarifications

**Mason Rothchild**

definitel

but like i said that pushes this next drop

and opens us up to DLIST

from opensea

CC is to busy to do marketplace

and if i make marketplace

they may reach out to google to DMCA the website

 and present a lawsuit there

Do you really think they care that much

To do all that

**Mason Rothchild**

lawyer said

it's not a matter of if they care enough

they just have the deep pockets

**CONFIDENTIAL**

SACKS_000117

**Plaintiffs' Exhibit 308.0009**

**MR:** to make life hell for me

**MR:** damn i got a headache lol

what does jesse think?

I don't think they're going to sue as of now for anything historical

**Mason Rothchild**
**MR:** jesse aint helping

Least he can do is let you talk to his lawyer?

**Mason Rothchild**
he said they owuldn;t be free til monday

**MR:** which doesn't help me

The drop is next Thursday

Monday convo is fine

Plus we can delay the drop

**Mason Rothchild**
na

like i need to respond.by monday

**MR:** mind you i have to pay for these responses from lawyers

I mean i honestly think they're bluffing

And not going to pursue

**Mason Rothchild**
**MR:** why wouldn't they though

CONFIDENTIAL

SACKS_000118

Plaintiffs' Exhibit 308.0010

> Since you're too small



Mason Rothchild

 its not really small tho

> I have a strat

Mason Rothchild

haha its easy to have strat

when you're not getting sued

 lol

CONFIDENTIAL

SACKS_000119

**Plaintiffs' Exhibit 308.0011**

> I mean true
>
> But you're asking for my opinions
>
> So trying to help

**Mason Rothchild**
yeah whats strat

> End of the day it's up to you for final call

**Mason Rothchild**
def

what were you thinking

i asked about metabirks

and they said it would be enough

because of the strength of hermes word mark

wouldn't*

> Which lawyers did you speak to

**Mason Rothchild**
Cash Apps

> Hmmmm
>
> So need a new name i guess

**Moshe Sacks**
Sorry I've been grinding on calls

Fighting Hermes forever doesn't make sense

CONFIDENTIAL

SACKS_000120

Plaintiffs' Exhibit 308.0012

> I'm confused why the lawyer thinks they're going to go after the design

> If they had a strong case or anything there then they would have used that now



> Bc that effectively kills you

> What did this lawyer suggest you do? Because it sounds like he created issues with no solutions lol



Mason Rothchild



Hermès 'MetaBirkins' NFTs Sell for Record Prices — Fashion NFTs Hermés Birkin Bags
lofficielusa.com

> christ..

> lofficiel

> thought it was an official hermes thing



Moshe Sacks

> Yeah that's no good

> Makes Hermes case pretty strong



CONFIDENTIAL

SACKS_000121

Plaintiffs' Exhibit 308.0013

**Mason Rothchild**

 -_-

Fri, Dec 17, 2:33 PM

**Mason Rothchild**

 lawyers definitely talk cause... i got like 15 lawyers emialiong me to be my council
lol

**Moshe Sacks**

Ur joking

That's so wild

 I'm down to review the emails and shit for you

**Mason Rothchild**

 jesus these lawyers are expensive

 i just need someone to send a response on my behalf lol

 of the lawyers?

Fri, Dec 17, 4:27 PM

**Moshe Sacks**

 Yeah

Fri, Dec 17, 6:11 PM

**Mason Rothchild**

 Going to proceed with next drop

**Moshe Sacks**

 There it is baby