# Exhibit 23

ELLE

SUBSCRIBE   UK

*We earn a commission for products purchased through some links in this article.*

# Birkin NFT: Everything You Need To Know About The 'Handbag' Of The Future

*Birkins for the digital age?*

BY **CLEMENTINA JACKSON**   17/12/2021



INSTAGRAM

There is little more desirable in the luxury fashion sphere – or more difficult to get your hands on – than the holy grail of bags: the Hermès Birkin. Created in 1984, it was originally designed for, and then named after, actor Jane Birkin – before ascending to cult status and picking up an ever-heftier price tag and waiting list along with it.

**Plaintiffs' Exhibit 380.0001**

Today, however, it seems there is one other option for bagging a Birkin, and that is in the form of a new NFT, which recently dropped in the digital sphere. The so-called MetaBirkin is the creation of LA-based digital artist Mason Rothschild, and part of a project introduced earlier this month at Art Basel Miami.

Unsurprisingly, it *immediately* caught the interest of the fashion world.

+ MORE FROM ELLE

Plaintiffs' Exhibit 380.0002



The Hermès Birkin is the ultimate fashion status symbol.
COURTESY OF BRAND

ADVERTISEMENT - CONTINUE READING BELOW

For those of us on the outskirts of the rather complex metaverse, NFT is short for a 'non-fungible token', defined by Collins Dictionary as 'a unique digital certificate, registered in a blockchain, that is used to record ownership of an asset such as an artwork or a collectible'. This essentially means that you can buy and sell the 'metadata' associated with a particular image, just like you would a painting or an actual Hermès Birkin.

It's important to emphasise here that these MetaBirkins are *not* real, in the sense that they're not the products of the French luxury house Hermès, nor physical handbags.

Rothschild designed just 100 MetaBirkins, creating a level of exclusivity not dissimilar to that of the original Hermès bag (which can be worth between £8,600 to £145,000), and featuring bright coloured faux fur, patterns and even depictions of famous artworks including the *Mona Lisa*. And while each MetaBirkin was initially sold for a rather modest 0.1ETH (the Ethereum blockchain's cryptocurrency), prices have since skyrocketed to near real-Birkin levels – with some selling for as much as the crypto equivalent of £40,000.

**Plaintiffs' Exhibit 380.0003**



**metabirkins**
11.5K followers

View profile

View more on Instagram

2,810 likes
metabirkins
gm 🌐 world — the second collection is coming soon.
view all 107 comments
Add a comment…

As for Hermès, the brand recently issued a statement to the *Financial Times* which reads: 'These NFTs infringe upon the intellectual property and trademark rights of Hermès and are an example of fake Hermès products in the metaverse.'

ADVERTISEMENT - CONTINUE READING BELOW

**Plaintiffs' Exhibit 380.0004**

'Rothschild declined to remark on Hermès' statement but a representative said Hermès had not made contact or taken any action,' reports the *Business of Fashion. ELLE UK has reached out to Rothschild for comment.*

According *BOF* Rothschild addressed the bag's design on Discord, a chat forum used among the crypto community. 'This is my artistic take on an icon, my remix,' he said, prior to Hermès' statement.

While not Hermès-approved, the MetaBirkin is just the latest in a string of high-end fashion NFT launches. Coach, for example, has just released its first collection of NFTs as part of a holiday campaign, while earlier this year Gucci said that 'it is only a matter of time' before other luxury brands launch their own after the Italian brand released its first NFT as part of a newly-unveiled auction at Christie's.

And who could forget the now-infamous instance of model Emily Ratajkowski 'reclaiming' and 'buying back' an image of her by artist Richard Prince as an NFT?

**Plaintiffs' Exhibit 380.0005**



emrata
28.7M followers
View profile

View more on Instagram

512,167 likes

emrata

Introducing Buying Myself Back: A Model for Redistribution, an NFT available at auction @christiesinc on May 14.

The digital terrain should be a place where women can share their likeness as they choose, controlling the usage of their image and receiving whatever potential capital attached. Instead, the internet has more frequently served as a space where others exploit and distribute images of women's bodies without their consent and for another's profit. Art has historically functioned similarly: works of unnamed muses sell for millions of dollars and build careers of traditionally male artists, while the subjects of these works receive nothing. I have become all too familiar with this narrative, as chronicled in my 2020 essay for New York Magazine, Buying Myself Back.

NFTs carry the potential to allow women ongoing control over their image and the ability to receive rightful compensation for its usage and distribution. Link in bio for more information

view all 1,403 comments

Add a comment…

With NFTs having well and truly disrupted the traditional art market already, we wait with curiosity to see how they impact the fashion market in the near future.

*Love what you're reading? Subscribe to Elle magazine and save 65% on the shop price, always with free UK delivery. Or why not treat a loved one to the*

**Plaintiffs' Exhibit 380.0006**

*perfect gift this festive season!*

SUBSCRIBE

*Sign up to our weekly newsletter for more from ELLE delivered straight to your inbox.*

SIGN UP

## Designer Bags We Want To Splash Our Cash On



**1 of 12**   Teen Chain Bag Triomphe In Yellow Shearling  Celine POA Available exclusively (alongside a selection of styles) at Celine's new flagship store at 40 New Bond Street in London.  EMMANUEL DE JORNA

**+ RELATED STORIES**



Blake Lively's Shoes And Bag Collection



Gigi Hadid's Handbag Collection Worth

ADVERTISEMENT

Plaintiffs' Exhibit 380.0007

PROMOTED CONTENT

**Devriez-vous investir dans des actions Netflix ? Obtenez toutes les informations dont vous avez besoin pour vous lancer**
eToro | Sponsored

**23 règles imposées aux femmes Amish et que vous ignoriez**
Car Novels | Sponsored

**Here Are 23 of the Coolest Gifts for This 2021**
23 insanely cool gadgets that are going to sell out soon, holiday shopping started early this year!
Cool Tech | Sponsored

**Analyse précise de vos rivaux**
Découvrez les stratégies marketing de vos concurrents sur leurs canaux d'acquisition.
Semrush | Sponsored

**Succombez à nos menus de Noël**
3 menus d'exception pour les fêtes
Le notre FR | Sponsored

**Fabriqué en Suisse: La montre slow vous rappelle de cesser de courir après le temps**
slow-watches.com | Sponsored

**Offrir de la lingerie pour Noël : cette carte pour ne pas se tromper**
Soyez sûr de faire plaisir avec notre E-carte cadeau Darjeeling, valable en ligne et en boutique
Darjeeling | Sponsored

**Collection Automne-Hiver Atmosphera**
Collections Automne-Hiver : meubles, décoration, luminaires, enfants & linge de maison !
Atmosphera, créateur d'intérieur | Sponsored

**Vivez la magie de l'Irlande avec Expedia!**
Réservez tout au même endroit
Expedia | Sponsored

**Matelot - Pull en laine Saint James x LSF**
Fabrication française
145 € - LE SLIP FRANCAIS | Sponsored

Get a head start on the latest fashion trends, talking points, celebrity profiles and other exclusive insider tips **delivered straight to your inbox.**

[ Email ]   [ SIGN UP ]

☐ ELLE and other brands published by Hearst UK would like to contact you about our products and services as well as discounts and offers, as detailed in our Privacy Notice. Please tick this box if you'd rather not receive these emails.

Plaintiffs' Exhibit 380.0008

Give the gift of inspiration with
Elle magazine

ONLY ~~£14.40~~ £5 for 3 issues

(SAVE 65% on the shop price) with FREE UK delivery

SUBSCRIBE



MORE FROM

## FASHION

30 Best Gym Leggings To Live And Breathe In

Kim Reveals She Argued With Kanye Over His Red Hat

ADVERTISEMENT - CONTINUE READING BELOW

Plaintiffs' Exhibit 380.0009

SKIMS Drops Festive Collection

30 Best Net-A-Porter Sale Buys

23 Reformation Winter Sale Finds To Shop Now

Zendaya's Style File

McQueen's Magical Welsh Adventure

We're In Love With Taylor's Birthday Look

Hailey Bieber's Style File

Vintage Style Wedding Dresses For 2022

Plaintiffs' Exhibit 380.0010

FASHION   HERMÈS ARE LAUNCHING A BEAUTY LINE   LIBERTY CELEBRATES 30 YEARS OF THE HERMÈS BIRKIN BAG   CARDI B ON HERMÈS BIRKIN BAGS   THE POWER OF A BIRKIN

AMAZON HAS LAUNCHED ITS FIRST SKINCARE BRAND   EVERYTHING YOU NEED TO KNOW ABOUT EMPIRE

| | |
|---|---|
| London Fashion Week | Paris Fashion Week |
| Milan Fashion Week | New York Fashion Week |
| News | Fashion |
| Wedding Ideas | Beauty |
| Hair Trends | Life + culture |
| Holiday Inspiration | All videos |
| Elle fashion cupboard | |



ELLE, PART OF THE HEARST UK FASHION & BEAUTY NETWORK

ELLE, PART OF THE HEARST UK FASHION & BEAUTY NETWORK
ELLE participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.
©2021 Hearst UK is the trading name of the National Magazine Company Ltd, 30 Panton Street, Leicester Square, London, SW1Y 4AJ. Registered in England. All Rights Reserved.

Sitemap   Complaints   Privacy Notice   Terms & conditions   Cookies Policy   About   Contact   Advertising

Cookies Choices

Plaintiffs' Exhibit 380.0011