# Exhibit 24



Google

hermes nft

All Images News Shopping Videos More Tools SafeSearch on

Sign in

About 6,230,000 results (0.35 seconds)

Results for **Manhattan, New York** · Choose area

https://cointelegraph.com › news › hermes-reveals-plan...

Hermès reveals plans for Metaverse fashion shows, crypto ...

Sep 1, 2022 — Luxury brand **Hermès** is laying the groundwork for its entrance to Web3 after filing a trademark application covering nonfungible tokens (**NFTs**), ...

https://www.elle.com › fashion › birkin-bag-nft

Hermès Goes Virtual With Launch Of Birkin Bags As NFTs

Jan 18, 2022 — Digital artist Mason Rothschild has designed a 100-piece capsule of virtual **Hermes** Birkin bags – which he is now being sued over by the ...

https://news.artnet.com › hermes-metabirkins-2063954

Hermès Is Suing a Digital Artist for Selling Unauthorized ...

Jan 26, 2022 — **Hermès** Is Suing a Digital Artist for Selling Unauthorized Birkin Bag **NFTs** in the Metaverse for as Much as Six Figures.

https://nftnow.com › guides › how-the-hermes-lawsuit-...

The Hermès Lawsuit May Dictate the Future of NFTs

May 19, 2022 — On January 14, French fashion house **Hermès** International sued artist Mason Rothschild for trademark infringement following the release of ...

https://www.inputmag.com › style › hermes-metabirkin...

The Hermès and MetaBirkins lawsuit could set legal ... - Input

Jul 28, 2022 — An **Hermès** lawsuit could soon set a legal precedent for future digital assets like **NFTs**. After the luxury fashion house sued artist Mason ...

## People also ask

What is an NFT Birkin?

What is an NFT bag?

Which artist owns a Metabirkin?

Does Hermès sell purses online?

Feedback

https://www.brookings.edu › techtank › 2022/04/21 › n...

NFTs and Birkin bags: A Hermès lawsuit tests the limits of ...

Apr 21, 2022 — **Hermès** makes the very exclusive line of Birkin handbags, which routinely sell for prices exceeding—in many cases, far exceeding—$10,000.

https://www.nortonrosefulbright.com › publications › h...

Hermès Challenge of “MetaBirkin” NFTs to Continue

(**Hermès**) is suing artist Mason Rothschild in the U.S. District Court for the Southern District of New York for trademark infringement and dilution, ...

**Plaintiffs’ Exhibit 45.0001**

## Places

Rating
Hours

**Hermès**
3.6 ★★★★☆ (110) · Leather goods store
46 Gansevoort St · Near the Whitney Museum of American Art · (212) 257-…
Open · Closes 7 PM
Designer clothing, bags & accessories

Website    Directions

**Crowell & Moring LLP - New York Office**
4.7 ★★★★★ (7) · Law firm
10+ years in business · 590 Madison Ave #20th · (212) 223-4000
Open · Closes 7 PM

Website    Directions

https://wwd.com › Business › Technology
### Mason Rothschild Speaks About Hermès NFT Case - WWD
Nov 22, 2022 — Mason Rothschild, sued by **Hermès** over his MetaBirkins **NFTs**, brings WWD inside a landmark lawsuit that may set a new precedent for brands and ...

https://www.thefashionlaw.com › Latest News
### Hermès v. Rothschild: A Timeline of a Case Over TMs, NFTs
3 days ago — **Hermès** made headlines in December 2021 when an artist named Mason Rothschild revealed in an open letter that it had sent him a ...

https://www.reuters.com › legal › litigation › hermes-laws...
### Hermes lawsuit over 'MetaBirkins' NFTs can move ahead, ...
May 6, 2022 — **Hermes** said artist's depictions of luxury bags violate its trademark rights · **NFT** artist said the digital works are protected by the First ...

Related searches

| | |
|---|---|
| **hermès** nft **lawsuit** | **zara** nft |
| **hermès metaverse** | nft **marketplace** |
| **hermès** nft **trademark** | **hermès birkin** nft |
| **hermès** nft **price** | nft **birkin price** |

More results

**Plaintiffs' Exhibit 45.0002**