# Exhibit 28

Instagram
Search

metabirkins • Follow ...

jazzystorm_1 Ok, I have a couple Birkins, but NFTs? This is too awesome!!!
11w

lakejwise Genuine question, what is to stop hermes from filing something re: copyright and these losing value? Thanks
11w

heathervexx So these aren't real bags you can carry? What do you do with them then?
11w 1 like

2,124 likes
NOVEMBER 30, 2021

Comments on this post have been limited.

More posts from **metabirkins**

Dear Community,

So, Hermes filed a trademark lawsuit against me on Friday – although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermes' complaint. Hermes' claims are groundless and we look forward to defeating those claims in court and helping to set a precedent.

I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur-covered Birkin bags.

My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell art that depicts Birkin bags, just as it gave Andy Warhol the right to make and sell art depicting Campbell's soup cans.

I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.

The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermes' complaint that they don't understand what an NFT is, or what NFTs do.

We have tried to be reasonable. Hermes first sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermes representative. Hermes chose instead to break off negotiations and sue me.

I hope Hermes understands that I won't be intimidated.

Meta About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations Instagram Lite

English © 2022 Instagram from Meta

https://www.instagram.com/p/CW58uVHJQbA/

Accessed February 24, 2022








Instagram

Search

metabirkins • Follow

alex_rose_alafogiannis Where is my purse! You guys scammed me!
5w

staniflou ❤️❤️❤️❤️❤️
6w

jealon_ 😜😜😜
6w 1 like

toxic_alien0 🔥🔥
6w 1 like

1,148 likes
JANUARY 8

Comments on this post have been limited.

More posts from **metabirkins**

Dear Community,

So, Hermes filed a trademark lawsuit against me on Friday – although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermes' complaint. Hermes' claims are groundless and we look forward to defeating those claims in court and helping to set a precedent.

I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur-covered Birkin bags.

My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell art that depicts Birkin bags, just as it gave Andy Warhol the right to make and sell art depicting Campbell's soup cans.

I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.

The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermes' complaint that they don't understand what an NFT is, or what NFTs do.

We have tried to be reasonable. Hermes first sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermes representative. Hermes chose instead to break off negotiations and sue me.

I hope Hermes understands that I won't be intimidated.

Meta About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations Instagram Lite

English © 2022 Instagram from Meta

https://www.instagram.com/p/CYeWPYclHIn/

Accessed February 24, 2022

HERMES_0037459

**Plaintiffs' Exhibit 279.0009**