# Exhibit 29



HERMES_0009435
Plaintiffs' Exhibit 100.0347



Big brands are already experimenting with NFTs.
Be early. @MetaBirkins

Whitelisting now on discord
discord.gg/PQ7TkgcU

Minting soon.

discord.com
Discord - A New Way to Chat with Friends & Com...
Discord is the easiest way to communicate over voice, video, and text. Chat, hang out, and stay ...

3 22

**MetaBirkins** @MetaBirkins · Nov 25, 2021
Goya, Dali & da Vinci #MetaBirkins

2 14 51

MetaBirkins Retweeted
**ENRYU** @enryuuuu7 · Nov 24, 2021
Replying to @MetaBirkins
Starry nights is MINE

1 7

**MetaBirkins** @MetaBirkins · Nov 24, 2021
🚀🌕

**flix** @soullesswave_ · Nov 24, 2021
#NotYourMotherBirkin #MetaBirkins @MetaBirkins @MasonRothschild

1 2 12

MetaBirkins Retweeted
**Jordan Glenn** @football__steve · Nov 24, 2021
Hi Totoro :)

@MasonRothschild @MetaBirkins #NotYourMotherBirkin #MetaBirkins



HERMES_0009590
Plaintiffs' Exhibit 100.0502