# Exhibit 31

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

HERMÈS INTERNATIONAL, et al.,

                Plaintiffs,

         v.                            22 Civ. 384 (JSR)

MASON ROTHSCHILD,

                Defendant.

------------------------------x
                                       New York, N.Y.
                                       January 30, 2023
                                       9:30 a.m.
Before:

                 HON. JED S. RAKOFF,

                                       District Judge
                                        -and a Jury-


                        APPEARANCES

BAKER & HOSTETLER LLP
     Attorneys for Plaintiffs
BY:  DEBORAH A. WILCOX
     OREN J. WARSHAVSKY
     GERALD J. FERGUSON

HARRIS ST. LAURENT & WECHSCLER LLP
     Attorneys for Defendant
BY:  ADAM B. OPPENHEIM
     JONATHAN A. HARRIS

LEX LUMINA PLLC
     Attorneys for Defendant
BY:  RHETT O. MILLSAPS, II
```

artworks placed on the bags and some of these are collaborations with outside artists, sometimes inside internal artists.  Mr. Martin will show you other Birkin bags and provide you some of the descriptions of media.  Finally, Mr. Martin will explain to you why Hermès had concerns with Mr. Rothschild's MetaBirkins project and why Hermès brought this lawsuit.

After Mr. Martin, you'll hear from Mr. Rothschild himself.  Mr. Rothschild will tell you about his background.  You'll see that Mr. Rothschild's first creative project was printing the name of art colleges on Champion T-shirts.  You'll hear from Mr. Rothschild that his actions were not authorized by those schools, such as Parsons which is on your screen.  And you will hear that Parsons at that time sent Mr. Rothschild a cease and desist letter.

Now, you're going to hear that word a few times, cease and desist letter.  That means different things to different people. Generally, a cease and desist letter is something that is sent from somebody who thinks they own a right to someone else who they think may have violated the right, asking them to cease from that conduct, and to desist from doing it in the future.  That's why it is called, in shorthand, a cease and desist.

You will see that Mr. Rothschild explained to two of his business associates that he doesn't think people realize

how much you can get away in art by saying "in the style of." You will hear that Mr. Rothschild's biggest project through at least the first half of 2021 was called Baby Birkin. That NFT project was an animation of a fetus growing inside a Birkin. You will hear that was a financially lucrative project for Mr. Rothschild.

Now, you're also going to hear that Mr. Rothschild didn't create these or generate these images himself. Instead, Mr. Rothschild hired someone named Mark Durham, you'll see here referred to as Mark Design. Mark Design generated the images for all of Mr. Rothschild's NFT projects through the MetaBirkins. In fact, you'll hear the MetaBirkins were created with software called Houdini, the same software used for prior NFT projects by Mr. Rothschild.

You will see communications where Mr. Rothschild actually asked Mark Design what the project software is, saying he wanted to learn how to use it. The text you're seeing occurred while Mark Design was actually generating the images for the MetaBirkins here. You'll see that Mr. Rothschild, in trying to entice Mark Design to participate in the MetaBirkins projects writes, We are sitting on a gold mine. I'm a marketing king.

Now, the name MetaBirkins was not adopted at the beginning of this project. You'll see during this process, Mr. Rothschild repeatedly referred to his NFT projects as

1       You will also see that Mr. Rothschild told his friend

2   and sometimes collaborator Eric Ramirez that Hermès might

3   partner with him on the MetaBirkins and that he was

4   negotiating.

5       You will see that when Mr. Rothschild was exploring a

6   collaboration for the still-unnamed Birkin project, one

7   potential collaborator asks whether it is official with Birkin

8   and Mr. Rothschild responded, "Pushing for it."

9       You will see that in talking to business associates

10  Mr. Rothschild indicated that he had contacted Vogue, who would

11  help him with Hermès, and then with the same business

12  associates said that he planned to work with Sotheby's to

13  connect him to Hermès.

14      You will see that there are other times that

15  Mr. Rothschild suggested he was either talking to or

16  negotiating with Hermès.  You will also hear that none of these

17  discussions or negotiations ever happened, not one.

18      Now, until this time, Mr. Rothschild was calling this

19  project Birkins.  You will see that on October 29, 2021, while

20  Mark Design was working on completing the images,

21  Mr. Rothschild took to Twitter and teased one of the bags and

22  ran a contest.  And here he says, "Releasing 50 one-of-a-kind

23  Birkins of varying rarity.  The collection needs a name.  Share

24  this post and reply with your suggestion.  Best suggestion gets

25  gifted a Birkin."

1         And you will see that various people had submissions.

2         A little later on that same day, October 29, someone
3    named McKissa responded with seven suggestions. The fourth was
4    MetaBirkin.

5         Now we know that Mr. Rothschild eventually adopted the
6    MetaBirkin name. We also know that the MetaBirkin collection
7    was released about a month later, on December 2, 2021. And on
8    December 3, 2021, we see McKissa asking Mr. Rothschild whether
9    she would be getting an NFT because she came up with the name.
10   Mr. Rothschild will testify that he did not give McKissa the
11   NFT because he came up with the MetaBirkin name himself. Also
12   in this contest you will see that another user responded with a
13   suggestion not your mom's Birkin.

14         And you will see that on Mr. Rothschild's MetaBirkin
15   website he used the slogan, "Not your mother's Birkin" to
16   advertise the MetaBirkins on his website. Mr. Rothschild will
17   also testify that he did not provide that user with any of his
18   Birkins or MetaBirkins.

19         Mr. Rothschild's promotion also included issuing a
20   blog post, posting a blog post on November 22, where he
21   explained that he knew he had to try and recreate the same
22   exclusivity and demand of Hermès' most famous handbag. His
23   goal was for MetaBirkins to double as an investment for holders
24   like the real world holy grail handbag.

25         Mr. Rothschild took to social media, including

1          And Mr. Rothschild and our team and I am sure everyone
2   in the courtroom today would very much like to thank you for
3   being here.  We know that you are putting in a lot of effort
4   and time to serve as juror in this case, and we are grateful
5   for that.
6          I just would like to show you again the holy object
7   that brings us all here today in the courtroom.
8          Mr. Warshavsky, may I borrow this bag?
9          MR. WARSHAVSKY:  Sure.
10         MR. MILLSAPS:  Thank you.
11         Hermès was kind enough to let me borrow this to show
12  it to you.  This is Hermès' most popular product, but not
13  everyone can get one.  Not only is there a waitlist to buy one,
14  but the cheapest one of these bags is going to set you back
15  about $12,000.  Some of these bags go for as much as $200,000.
16         And you heard Mr. Warshavsky say Hermès has sold over
17  a billion dollars of these bags in the last ten years in the
18  U.S. alone, about $100 million worth of these bags every year
19  for the last ten years.
20         You also heard Mr. Warshavsky say that there are a lot
21  of cultural references to the Birkin bag in television shows
22  like Sex and the City, Gilmore Girls, and films and music that
23  you may have heard from Cardi B or Beyoncé.
24         That is because -- and Hermès is very proud of this --
25  the name Birkin has transcended its status as a mere trademark

evidence that Mr. Rothschild ever told anyone that MetaBirkins came from Hermès, because he wanted the credit for his own artwork.

Fact three: Consumers who pay tens of thousands of dollars for luxury handbags like Birkin bags or NFT art were not confused about where MetaBirkins came from. Hermès own evidence is going to show this to you.

Hermès is going to try to make a big deal out of the fact that Mr. Rothschild hoped to make money with MetaBirkins. They are going make a big deal out of the fact that he put a lot of effort into trying to pump up the price and the excitement for his MetaBirkins art. They are going to make a big deal about the fact that he told his associate that he hoped he could get Hermès to collaborate with him.

Mr. Rothschild doesn't dispute any of that. It is all true. It is perfectly legal for people to make money with their art. In fact, the First Amendment of our Constitution protects that right for every American. And you will hear from Hermès' own witness that it is not unusual for artists to approach Hermès to pitch a collaboration with them, because they want to work with Hermès.

We are here today because trademark rights are limited by the First Amendment, which protects artistic creations like Mr. Rothschild's MetaBirkins. The First Amendment's guarantee of freedom of speech and expression protects the right for any

of us to depict and comment on the things that we see in the world around us, including the trademarked products and brands that bombard us everywhere we look, especially products that have become significantly and widely discussed symbols in our culture, like the Birkin bag.

Also -- and I will talk more about this later -- nobody was confused about what they were buying when they bought the MetaBirkins NFTs and artworks. I would like to talk to you for a minute about Mr. Rothschild.

Who is Mason Rothschild? During this trial you are going to learn a good bit about Mr. Rothschild. I think that you will learn that there is a lot to like about him. But you will see some of Mr. Rothschild's flaws as well else a human being as you can see sitting here. You will learn that Mr. Rothschild is a clever, passionate, sometimes even funny guy who has lots of ideas, lots of ambition, and he works hard to bring his ideas into reality.

Like many people, he isn't just one thing. He is an artist, he is an entrepreneur, he's a businessman, he is a clever marketing guy. He's also a fiance and a devoted dog dad.

You will see that he cares a lot about using his art to draw attention to social issues that he cares about. You will also learn that he sometimes exaggerates and embellishes the truth, especially which he's promoting himself and his

1   projects.
2           But you will see from the evidence that Mr. Rothschild
3   is straight when it comes to the important things.  Like paying
4   back around a $100,000 investment when the deal fell through.
5           You are going to learn some more things about
6   Mr. Rothschild that will help you understand what shaped him
7   and his artistic outlook.  Despite his name, Mr. Rothschild was
8   not handed anything.  His birth name is Sonny Alexander
9   Estebal, but he adopted the name Mason Rothschild when he was a
10  teenager for reasons that you will hear him explain.
11          He is a first-generation American, born in Pasadena
12  and raised in San Mateo, California.  His mom came to the U.S.
13  from the Philippines; his dad came from Colombia.
14          He graduated from high school at the age of 16, and he
15  took classes at a local community college for a year and some
16  online classes at the University of San Francisco in business
17  and marketing.  But Mr. Rothschild never finished college.
18  He's mostly self-taught in both business and art.
19          On the business side, Mr. Rothschild started out
20  working in retail, first for a couple of small streetwear
21  brands and then for bigger companies in the luxury fashion
22  space, like Yves Saint Laurent and Dior.  He wanted to get into
23  other things while he was working in retail, so he started
24  doing some consulting work around digital marketing and social
25  media for various companies.