# Exhibit 32

# Twitter Screenshot

**Tweet by MasonRothschild (@MasonRothschild)** — 2:21 PM · Oct 29, 2021 · Twitter for iPhone

A preview of my upcoming NFT collection ahead of it's release next week for #NFTNYC. Releasing 50, one of a kind, Birkins of varying rarity — starting at .1 ETH.

The collection needs a name. Share this post and reply with your suggestion, best suggestion gets a gifted Birkin.

[Image of a multicolored fuzzy Birkin-style bag on a pedestal]

1 Retweet   4 Quote Tweets   24 Likes

**Work Product**

---

**Replies:**

**BEAUREGARD** 💎 @beauregardjewel · Oct 29, 2021
Replying to @MasonRothschild
LOVE THIS 😍

**Likeleesh** @getlikeleesh · Oct 29, 2021
Replying to @MasonRothschild and @ItsBodmonting
Furkin 🙏🏻

**JessLozano.eth in ny**🧡 @JessTheVC · Nov 3, 2021
Replying to @MasonRothschild
emotional BAGgage
anti Birkin Birkin bag
not your mom's Birkin

thinking of more names brb

**JessLozano.eth in ny**🧡 @JessTheVC · Nov 3, 2021
-Birkan't
-Herm.etf
-nikriB (Backwards)
-Worlds Lightest Birkin
-Digital Birkin
-Pixel Birkin

okay back to paying attention in class

**MAKISA 兜晓力 ✦** @asiancryptogirl · Oct 29, 2021
Replying to @MasonRothschild
not sure if multiple name ideas are allowed but ✨

- Birkins On-chain
- On the BirkChain
- DigiBirkin
- MetaBirkin
- birkin.jpeg
- 0xbirkin
- birkin.eth

**MAKISA 兜晓力 ✦** @asiancryptogirl · Dec 3, 2021
hi! @MasonRothschild, huge congrats on the launch of @MetaBirkins! just wanted to see if i might be eligible for the NFT mentioned in your initial tweet 🤍

**AquaDreamer.nft** 🍀 @aquadreamerNFT · Dec 4, 2021
Replying to @MasonRothschild
Former Lemming

[Image of a rainbow-colored fuzzy character figurine]

**bucket hat J** @jdotbalance · Dec 4, 2021
Replying to @MasonRothschild
So dope

Show more replies

HERMES_0009801

Plaintiffs' Exhibit 238.0001

HERMES_0009802

**Plaintiffs' Exhibit 238.0002**