# Exhibit 33

hectourc

hectourc
TELYORGANICS
https://media2.giphy.com/media/v1.Y2lkPTA3MTNiODVjZmQzMThjMmNjNmQxNGUxMzU0YThmN2RjZWJhODBkNmRhZjI3ZWNjMyZjdD1z/kReKcfrs1YoTmt2AQt/200.gif
Dec 8, 2021, 3:01 PM

hectourc
I already missed out on the first release
Dec 6, 2021, 12:44 PM

hectourc
Yoo guys
Dec 6, 2021, 12:22 PM

hectourc
Hey guys hitting you guys up again about my gifted birkin, just want to make sure i'm not being ignored
❤hectourc
❤hectourc
Dec 4, 2021, 12:05 PM

hectourc
☺☺☺
Dec 4, 2021, 7:56 AM

hectourc
Hope you guys will see this
Dec 3, 2021, 6:50 PM

hectourc
🙈
Dec 3, 2021, 1:39 PM

hectourc
Would be a fucking honor
Dec 2, 2021, 10:37 PM

hectourc
I would love to be #MetaBirkin101
Dec 2, 2021, 10:37 PM

hectourc
Hey man, i just want to make sure my Birkin is saved and how i would get it! All love! Proud of what u doing!
Dec 2, 2021, 10:36 PM

hectourc
Hey! Just wanted to know if you guys needed anything from me! Sorry to bother must be busy af rn but just real excited and happy of how everything has rolled out and the support the community has gotten
Nov 30, 2021, 7:08 PM

hectourc
Love your work
Nov 8, 2021, 2:22 PM

hectourc
Awesome! Haha
Nov 8, 2021, 2:22 PM

hectourc
Liked a message
Nov 8, 2021, 2:22 PM

MetaBirkins
MetaBirkins baby :) I got a Birkin with your name on it.
❤hectourc
❤hectourc
Nov 8, 2021, 2:15 PM

CONFIDENTIAL

Rothschild006383

**Plaintiffs' Exhibit 387.0001**