# Exhibit 35

| **From:** | no-reply@m.basic.space [no-reply@m.basic.space] |
|---|---|
| on behalf of | Basic.Space <no-reply@m.basic.space> [no-reply@m.basic.space] |
| **Sent:** | 5/13/2021 7:04:39 PM |
| **To:** | mase@masonrothschild.com |
| **Subject:** | Your bid has been placed |



# Your bid has been placed

You're now currently the highest bidder, Mason! Your bid has been placed at $300.

While it looks good so far, you could still be outbid. Be sure to stay tuned till the end of the auction.

<u>View the auction</u>

---

Your Bid:

Baby Birkin

Current Bid (0 bids):
$300

---

Need Help? NFT@basic.space

Visit: Basic.Space

Basic.Space, 3522 Hayden Ave, Culver City, CA 90232

unsubscribe

© 2021 Basic.Space, Inc. All rights reserved.

CONFIDENTIAL

Rothschild008243

**Plaintiffs' Exhibit 389.0001**