# Exhibit 36

| | |
|---|---|
| **From:** on behalf of | no-reply@m.basic.space [no-reply@m.basic.space] Basic.Space <no-reply@m.basic.space> [no-reply@m.basic.space] |
| **Sent:** | 5/14/2021 2:21:57 PM |
| **To:** | mase@masonrothschild.com |
| **Subject:** | Your bid has been placed |



## Your bid has been placed

You're now currently the highest bidder, Mason! Your bid has been placed at $1,750.

While it looks good so far, you could still be outbid. Be sure to stay tuned till the end of the auction.

☐ View the auction ☐

---

Your Bid:

Baby Birkin

Current Bid (7 bids):
$1,750

---

Need Help? NFT@basic.space

Visit: Basic.Space

Basic.Space, 3522 Hayden Ave, Culver City, CA 90232

unsubscribe

© 2021 Basic.Space, Inc. All rights reserved.

CONFIDENTIAL

Rothschild008245

**Plaintiffs' Exhibit 390.0001**