# Exhibit 38



| | |
|---|---|
| Document title: | Mason Rothschild on Twitter: "Take nine people off the street right now and ask them to tell you what art is but the kicker is whatever they say will now become the undisputed truth. That's what happened today. A multibillion dollar luxury fashion house who says they "care" about art and artists but.." / Twitter |
| Capture URL: | https://twitter.com/MasonRothschild/status/1623367118493257730 |
| Page loaded at (UTC): | Thu, 23 Feb 2023 23:25:21 GMT |
| Capture timestamp (UTC): | Thu, 23 Feb 2023 23:26:26 GMT |
| Capture tool: | 10.20.9 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | 9AT8KTENUFp4T4PevyCKTK |
| User: | baker-nsamad |





← Thread

Search Twitter

**Mason Rothschild** @MasonRothschild

Take nine people off the street right now and ask them to tell you what art is but the kicker is whatever they say will now become the undisputed truth. That's what happened today.

A multibillion dollar luxury fashion house who says they "care" about art and artists but..

5:04 PM · Feb 8, 2023 · **26.9K** Views

**24** Retweets **11** Quote Tweets **91** Likes

**Mason Rothschild** @MasonRothschild · Feb 8
Replying to @MasonRothschild
..feel they have the the right to choose what art IS and who IS an artist. Not because of what they create but because their CV doesn't scream artist with a pedigree from a world class art school. That's what happened today.

A broken justice system that doesn't allow an art..

1 5 47 6,288

**Mason Rothschild** @MasonRothschild · Feb 8
..expert to speak on art but allows economists to speak on it. That's what happened today.

What happened today was wrong. What happened today will continue to happen if we don't continue to fight. This is far from over.

2 7 45 5,214

**MedicTM** @Crypto0il · Feb 8
Replying to @MasonRothschild
The system is broken mase but we are behind you 🖤

1 1,126

**Chuckyboi** @Chazamcnaza · Feb 8
Replying to @MasonRothschild
Proud of you Mason. Don't give up 👊

705

**Film Bajey** 🕴 @CryptoGrainn · Feb 8
Replying to @MasonRothschild
The jury got it wrong.

603

**CollectWhatYouLove.Eth** @CollWhatYouLove · Feb 8
Replying to @MasonRothschild
A huge set back to the entire space, but use this as fuel. Launch gasoline and become so damn good brands are begging to work with you. You only lose when you give up.

1 953

**Toys_Soldiers** 🟢 @Toys_Soldiers · Feb 8
Replying to @MasonRothschild
Whenever they need to justify ridiculous prices, art and value is in the eyes of the beholder. But they'll flip the script real quick on you when it doesn't fit their interest

2 744

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mason Rothschild** @MasonRothschild **Follow**
Founder @gasoline_xyz, Cofounder @terminal_xyz

## What's happening

NHL · Starts at 4:00 PM
**Oilers at Penguins**

Sports · Trending
**Rennes**
Trending with Shakhtar

Sports · Trending
**#MUNBAR**
Trending with #GGMU

Music · Trending
**selena**
Trending with hailey

Trending in United States
**#MurdaughTrial**
24.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

← Thread

fit their interest

2 · 744

**dearmatt** @dearmattNFT · Feb 8
Replying to @MasonRothschild
Not what I was hoping for, a broken backwards system for sure. We're still rooting for you!

1 · 788

**tanya ✨** @twnz_ · Feb 8
Replying to @MasonRothschild
All I see is motivation to fuel you. 💪

471

**boogie** @nateboogie_ · Feb 8
Replying to @MasonRothschild
Take 9 people off the street and ask them "who is Jean-Michel Basqiat"... 99% will have no clue.

The battle may be lost, the war is not over.

1 · 1 · 3 · 621

**ajmedina.eth** @EthResearcher · Feb 8
Replying to @MasonRothschild
Mason, I closely followed the trial.

What remains unclear is the judge's choice to exclude Blake Gopnik.

His testimony may have changed the outcome.

What was the court's reasoning?

3 · 855

**WHADDUPSHAWTY123** @whaddupshawty11 · Feb 8
Replying to @MasonRothschild
don't lose hope! just a bunch of normies doing normie things

2 · 441

**Daniel Hakimi** @DanHakimi · Feb 9
Replying to @MasonRothschild
I've never heard a definition of art that includes "randomly generated jpegs copying a thing that exists in the world and using that thing's name."

11 · 307

**Clint M Compton** @clintmcompton · Feb 9
Replying to @MasonRothschild
#boycotthermes

1 · 189

**Coach Maya** @coachmayasays · Feb 10
Replying to @MasonRothschild
You're mad cuz you can't profit from a name and design already trademarked by a major brand? You're mad you can't be a millionaire with bare minimum effort? Actually design something original, then go cry about your "art".

5 · 73

## More Replies

**Dudley** @ccwc24 · Feb 9

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mason Rothschild** @MasonRothschild — Follow
Founder @gasoline_xyz, Cofounder @terminal_xyz

## What's happening

NHL · Starts at 4:00 PM
**Oilers at Penguins**

Sports · Trending
**Rennes**
Trending with Shakhtar

Sports · Trending
**#MUNBAR**
Trending with #GGMU

Music · Trending
**selena**
Trending with hailey

Trending in United States
**#MurdaughTrial**
24.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Thread

More Replies

Search Twitter

**Dudley** @ccwc24 · Feb 9

Replying to @MasonRothschild

Naw dude. Be original. This was not art OR original. Grow up

2 4 71

**dat boi legos** @spacebound_lego · Feb 10

Replying to @MasonRothschild

oh shut the fuck up. what you made wasn't art. you didn't create shit. you just stole everyone elses ideas. be original you crybaby fuck

1 2 42

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mason Rothschild** @MasonRothschild **Follow**

Founder @gasoline_xyz, Cofounder @terminal_xyz

## What's happening

NHL · Starts at 4:00 PM

**Oilers at Penguins**

Sports · Trending

**Rennes**

Trending with Shakhtar

Sports · Trending

**#MUNBAR**

Trending with #GGMU

Music · Trending

**selena**

Trending with hailey

Trending in United States

**#MurdaughTrial**

24.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2023 Twitter, Inc.

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Sign up

← Thread

Search Twitter

**dat boi legos** @spacebound_lego · Feb 10

Replying to @MasonRothschild

oh shut the fuck up. what you made wasn't art. you didn't create shit. you just stole everyone elses ideas. be original you crybaby fuck

1 2 42

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mason Rothschild** @MasonRothschild

Follow

Founder @gasoline_xyz, Cofounder @terminal_xyz

**What's happening**

NHL · Starts at 4:00 PM

**Oilers at Penguins**

Sports · Trending

**Rennes**

Trending with Shakhtar

Sports · Trending

**#MUNBAR**

Trending with #GGMU

Music · Trending

**selena**

Trending with hailey

Trending in United States

**#MurdaughTrial**

24.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2023 Twitter, Inc.

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Sign up



