# Exhibit 39


