# Exhibit 40

