# Exhibit 42

