# Exhibit 44

