# Exhibit 45

