# Exhibit 46

PageVault

| | |
|---|---|
| Document title: | Mason Rothschild on Twitter: "Share it. If you believe in blockchain, web3, NFTs or Freedom of Speech/Artistic Expression, share it. https://t.co/u2d5QgQmqK" / Twitter |
| Capture URL: | https://twitter.com/MasonRothschild/status/1623394003595952129 |
| Page loaded at (UTC): | Fri, 24 Feb 2023 14:18:56 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2023 14:19:34 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | dHzbuyx8Yp33dMwpJxYz96 |
| User: | baker-nsamad |

PDF REFERENCE #:    gwvmEQ5DVzZrLkc7N1h68a

Tweet

Search Twitter

**Mason Rothschild** @MasonRothschild

Share it. If you believe in blockchain, web3, NFTs or Freedom of Speech/Artistic Expression, share it.

nytimes.com
Hermès Wins MetaBirkins Lawsuit; Jurors Not Convinced NFTs Are Art
The verdict means First Amendment protections did not apply to a digital project blurring the line between art and business.

6:51 PM · Feb 8, 2023 · **18.1K** Views

**72** Retweets **10** Quote Tweets **128** Likes

**GramZ** 🏴‍☠️ @Shaun_JB · Feb 8
Replying to @MasonRothschild
Lol freedom or speech and copyright infringement are 2 different things. If I call my nft metanike and throw a swoosh on it or use the silhouette of a copyrighted design - that is not "artistic expression" - what u did was lazy and a cashgrab
4 1 31 999

**+++** @m16u1z · Feb 9
Replying to @Shaun_JB and @MasonRothschild
How horrible is an artist if his "lazy" idea is a success? Isn't the goal to make money?
1 1 244

Show replies

**Voltior** @voltiornft · Feb 8
Replying to @MasonRothschild
@Shaun_JB so for you Andy Warhol was also a cash grabber?
3 1 610

**Daniel Hakimi** @DanHakimi · Feb 9
Replying to @MasonRothschild
I believe in all of those things, and think that your shameful cash grab is hurting each one.
1 12 316

**Myrthen** @MyrthenNFT · Feb 9
Replying to @MasonRothschild
I see we got the negative timeline on this one

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mason Rothschild** @MasonRothschild Follow
Founder @gasoline_xyz, Cofounder @terminal_xyz

## What's happening

NHL · Last night
**Rangers at Red Wings**

Trending in United States
**#FreeTheChips**
Trending with #entry

Entertainment · Trending
**#SelfieeReview**
16.1K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
257K Tweets

Sports · Trending
**Russell Wilson**
Trending with Pete Carroll, John Schneider

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

Replying to @MasonRothschild
I see we got the negative timeline on this one

2 330

**Captain Southpaw** @Capt_Southpaw · Feb 9
Replying to @MasonRothschild
So is it real or is it not. This seems like picking and choosing what's okay and what's not...

301

**tgol_s** @s_tgol · Feb 9
Replying to @MasonRothschild and @Invent_A_Story
I silently supported you 😌

1 232

**tgol_s** @s_tgol · Feb 9
Replying to @MasonRothschild and @Invent_A_Story
@vanna_chu_ wdut about this case?

1 1 307

**PepeCashMillionaire** @dionysus64 · Feb 9
Replying to @MasonRothschild
Trademarks disputes are not issues of free speech and besides your bags kinda suck 👜🤷

> **PepeCashMillionaire** @dionysus64 · Jan 22
> I have designed 108+ #AI #Handbags 💵👛👜
>
> @LouisVuitton @CHANEL @Gucci @Dior @YSL @MaisonValentino @DolceGabbana @Prada @MichaelKors @Burberry @Hermes_Paris @Fendi @CelineDion #Celine @MarcJacobs @ChloeFashion @LoeweOfficial @McQueen @Givenchy @Harpers @Versace @Coach @Armani 📬 twitter.com/dionysus64/sta...

1 5 513

**#Murat Yıldırım** © @taobahia · Feb 11
Replying to @MasonRothschild and @yaraela
Rihanna is singing the SuperBowl. we are -not winning- yeap 💢

94

**BOSSCO** ᵃᵏᵃ ..ᴬᴷᴬ @trynidada · Feb 13
Replying to @MasonRothschild
I believe in imagination, anyone can copy-paste

34

Show more replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mason Rothschild** @MasonRothschild Follow
Founder @gasoline_xyz, Cofounder @terminal_xyz

## What's happening

NHL · Last night
**Rangers at Red Wings**

Trending in United States
**#FreeTheChips**
Trending with #entry

Entertainment · Trending
**#SelfieeReview**
16.1K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
257K Tweets

Sports · Trending
**Russell Wilson**
Trending with Pete Carroll, John Schneider

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

I believe in imagination, anyone can copy paste.

Tweet

Search Twitter

Show more replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mason Rothschild**
@MasonRothschild
Founder @gasoline_xyz, Cofounder @terminal_xyz

Follow

## What's happening

NHL · Last night
**Rangers at Red Wings**

Trending in United States
**#FreeTheChips**
Trending with #entry

Entertainment · Trending
**#SelfieeReview**
16.1K Tweets

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
257K Tweets

Sports · Trending
**Russell Wilson**
Trending with Pete Carroll, John Schneider

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





