# Exhibit 47

