# Exhibit 50



| | |
|---|---|
| Document title: | Chris Sprigman (@cjsprigman@urbanists.social) on Twitter: "I'm spittin' mad too. The law says that an artist can be held liable for a work that references a brand only if he tells people *explicitly* that the brand is connected to the art. Hermes' top lawyer admitted on the stand that Rothschild never did that. 1/" / Twitter |
| Capture URL: | https://twitter.com/CJSprigman/status/1623748163231268867 |
| Page loaded at (UTC): | Thu, 23 Feb 2023 23:19:04 GMT |
| Capture timestamp (UTC): | Thu, 23 Feb 2023 23:20:06 GMT |
| Capture tool: | 10.20.9 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | c7SC3X39FfZvjM3pA616cF |
| User: | baker-nsamad |

PDF REFERENCE #:    kcxhdL2PRANC4f6X7JeAt9



← Thread

Search Twitter

#

**Chris Sprigman (@cjsprigman@urbanists.social)**
@CJSprigman

I'm spittin' mad too. The law says that an artist can be held liable for a work that references a brand only if he tells people *explicitly* that the brand is connected to the art. Hermes' top lawyer admitted on the stand that Rothschild never did that. 1/

> **Blake Gopnik** @BlakeGopnik · Feb 9
> My defense of @MasonRothschild as an artist, and of his #Metabirkins as art, in coversation with @DavidBrancaccio on @Marketplace radio this morning. I'm spittin' mad...marketplace.org/shows/marketpl...
>
> @CJSprigman

6:18 PM · Feb 9, 2023 · **1,862** Views

**1** Retweet **5** Likes

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @CJSprigman
That admission by Hermes should have been the end of the case. So, we'll take our arguments to the appellate court and see if we can vindicate the artist's first amendment right to make pictures of Birkin bags and to call them what they are--MetaBirkins. /end

2 386

**Paul Safier** @PaulSafier · Feb 9
Replying to @CJSprigman
The Rogers framework is completely broken in the Second Circuit, and now just means something like — extra strong likelihood of confusion.

1 55

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @PaulSafier
So I think a close reading of Rogers and Twin Peaks suggests those are two different situations w/two different tests--and that the differences are defensible. Notice that both decisions are written by Judge Newman, and ...

1 57

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @CJSprigman and @PaulSafier
... take a look at fn 5 in Rogers. Twin Peaks, which Judge Newman wrote 4 years later, involves the kind of title-vs-title conflict that Judge Newman predicted in fn 5, and which he said would not be subject to the full rigor of the Rogers test b/c, unlike in Rogers ...

1 38

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @CJSprigman and @PaulSafier
... in a title-vs-title conflict like in Twin Peaks both parties have first amendment rights that must be "adjusted" to one another --see the literal first line of the Twin Peaks opinion for that point. And so ...

1 27

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @CJSprigman and @PaulSafier
Whereas in cases like Rogers where only the defendant asserts free speech interests, liability is possible only if the use isn't artistically relevant to the

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Chris Sprigman (@cjs...** Follow
@CJSprigman
Murray and Kathleen Bring Professor, NYU Law. IP, antitrust, comparative con law. ssrn.com/author=370802 Member, Lex Lumina PLLC. lex-lumina.com

**Blake Gopnik** Follow
@BlakeGopnik
My Warhol bio has been published, and I post my latest Warhol findings at Warholiana.com. My art Pics are at BlakeGopnik.com. I contribute to the NY Times.

## What's happening

NBA · Starts at 5:00 PM
**Nuggets at Cavaliers**

Sports · Trending
**Rennes**
Trending with Shakhtar

Entertainment · Trending
**Suicide Squad**
Trending with Arkham

Sports · Trending
**#MUNBAR**
Trending with #GGMU

Trending in United States
**Clifton**
1,593 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

**Thread**

Whereas in cases like Rogers where only the defendant asserts free speech interests, liability is possible only if the use isn't artistically relevant to the artwork at all, or if the use is *explicitly* misleading. Whereas in a title-vs-title case, where ...

💬 1    🔁    ♡    📊 23    ⬆️

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @CJSprigman and @PaulSafier

... both parties are asserting speech rights, the test becomes less rigorous: it's basically (though not exactly) an "extra strong likelihood of confusion." In any event ...

💬 1    🔁    ♡    📊 20    ⬆️

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @CJSprigman and @PaulSafier

It's clear, at least to me, that Rothschild should have won under either test. But he should win as a matter of law under the (O.G.) Rogers test, which is the test that applies.

💬 1    🔁    ♡    📊 66    ⬆️

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @CJSprigman and @PaulSafier

Hell, he probably should have won as a matter of law under the Twin Peaks test as well. Plaintiffs' evidence of confusion was a few mistaken press reports (which should never have been admitted as confusion evidence) and...

💬 1    🔁    ♡    📊 106    ⬆️

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9
Replying to @CJSprigman and @PaulSafier

... a really really really poorly-done survey which showed zippo confusion when its errors were fixed by Rothschild's much more capable survey expert.

💬    🔁    ♡    📊 102    ⬆️

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

[ Sign up with Google ]
[ Sign up with Apple ]
[ Create account ]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Chris Sprigman (@cjs...**
@CJSprigman    [Follow]
Murray and Kathleen Bring Professor, NYU Law. IP, antitrust, comparative con law. ssrn.com/author=370802 Member, Lex Lumina PLLC. lex-lumina.com

**Blake Gopnik**
@BlakeGopnik    [Follow]
My Warhol bio has been published, and I post my latest Warhol findings at Warholiana.com. My art Pics are at BlakeGopnik.com. I contribute to the NY Times.

**What's happening**

NBA · Starts at 5:00 PM
**Nuggets at Cavaliers**

Sports · Trending
**Rennes**
Trending with Shakhtar

Entertainment · Trending
**Suicide Squad**
Trending with Arkham

Sports · Trending
**#MUNBAR**
Trending with #GGMU

Trending in United States
**Clifton**
1,593 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

[ Log in ]  [ Sign up ]

← Thread

Search Twitter

**Chris Sprigman (@cjsprigman@urbanists.so...** @CJSprigm... · Feb 9

Replying to @CJSprigman and @PaulSafier

... a really really really poorly-done survey which showed zippo confusion when its errors were fixed by Rothschild's much more capable survey expert.

102

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Chris Sprigman (@cjs...** Follow
@CJSprigman
Murray and Kathleen Bring Professor, NYU Law. IP, antitrust, comparative con law. ssrn.com/author=370802 Member, Lex Lumina PLLC. lex-lumina.com

**Blake Gopnik** Follow
@BlakeGopnik
My Warhol bio has been published, and I post my latest Warhol findings at Warholiana.com. My art Pics are at BlakeGopnik.com. I contribute to the NY Times.

## What's happening

NBA · Starts at 5:00 PM
**Nuggets at Cavaliers**

Sports · Trending
**Rennes**
Trending with Shakhtar

Entertainment · Trending
**Suicide Squad**
Trending with Arkham

Sports · Trending
**#MUNBAR**
Trending with #GGMU

Trending in United States
**Clifton**
1,593 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

