# Exhibit 52

| | |
|---|---|
| Document title: | Stories • Instagram |
| Capture URL: | https://www.instagram.com/stories/masonrothschild/3045359521136234390/ |
| Page loaded at (UTC): | Fri, 24 Feb 2023 21:39:33 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2023 21:40:05 GMT |
| Capture tool: | 10.20.9 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | tDDgBvfLeTPiwnTbWWXq6B |
| User: | swpark |

PDF REFERENCE #:      i65pAjE9XjYQ9PikskUarH



Document title: Stories • Instagram
Capture URL: https://www.instagram.com/stories/masonrothschild/3045359521136234390/
Capture timestamp (UTC): Fri, 24 Feb 2023 21:40:05 GMT
Page 1 of 1