# Exhibit 53

Page Vault

| | |
|---|---|
| Document title: | Stories • Instagram |
| Capture URL: | https://www.instagram.com/stories/rhetoricalquestions/3045356894839351151/ |
| Page loaded at (UTC): | Fri, 24 Feb 2023 21:48:49 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2023 21:49:08 GMT |
| Capture tool: | 10.20.9 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | gzunvzqJ2jnGzquBZBEsvL |
| User: | swpark |

PDF REFERENCE #:        3QLaqbQxh1U4Y3tPjUfuj5




Instagram

× 

rhettoricalquestions 5h

# Opinion | A misguided jury failed to see the art in Mason Rothschild's MetaBirkins

By Blake Gopnik

February 24, 2023 at 8:00 a.m. EST



Examples of MetaBirkins, images traded as NFTs, created by Mason Rothschild and based on the Hermes Birkin bag. (Images provided by Mason Rothschild)

🔗 WASHINGTONPOST.COM

@masonrothschild

Document title: Stories • Instagram
Capture URL: https://www.instagram.com/stories/rhettoricalquestions/3045356894839351151/
Capture timestamp (UTC): Fri, 24 Feb 2023 21:49:08 GMT

Page 1 of 1