# Exhibit 54



| | |
|---|---|
| Document title: | Mason Rothschild on Twitter: "From @BlakeGopnik for @washingtonpost: "I couldn't see any real difference between Rothschild and the many artists, good and bad, who made art about our culture's commerce, often by including trademarked goods: There's Warhol and his Campbell's Soups, Coca-Colas and Brillo…" / Twitter |
| Capture URL: | https://twitter.com/MasonRothschild/status/1629153484825296896 |
| Page loaded at (UTC): | Fri, 24 Feb 2023 22:03:50 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2023 22:04:44 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | dmSVfh8Wvx7wEf3qJkjgit |
| User: | baker-nsamad |

PDF REFERENCE #:    vD9HT4FpGEGmMHifJsUf6i



Tweet

Search Twitter

**Mason Rothschild** @MasonRothschild

From @BlakeGopnik for @washingtonpost:

"I couldn't see any real difference between Rothschild and the many artists, good and bad, who made art about our culture's commerce, often by including trademarked goods: There's Warhol and his Campbell's Soups, Coca-Colas and Brillo Boxes, of course, but also the great political artist Hans Haacke, who made works around the trademarks of Marlboro and Mobil — they were in a major New Museum show in 2019 — and the talented photo artist Christopher Williams, whose images of Nikon cameras and other trademarked photo gear made a splash at the Museum of Modern Art in 2014. And there's a whole bunch of less widely known conceptualists working in the Warholian tradition of "business art," who have wanted their artmaking to be easily confused with pure commerce."

4:17 PM · Feb 24, 2023 · **2,824** Views

**13** Retweets **1** Quote Tweet **34** Likes

**Twon.Reddit** @TwonWeb3 · 5h
Replying to @MasonRothschild @BlakeGopnik and @washingtonpost
Pedal to the metal! Revenge arc at full throttle!

⛽🔥

1 2 164

**Mason Rothschild** @MasonRothschild · 5h
Replying to @TwonWeb3 @BlakeGopnik and @washingtonpost

1 129

**ΞYoSoyNaimΞ** @YoSoyNaim · 5h
Replying to @MasonRothschild @BlakeGopnik and @washingtonpost
👏

1 97

**WHADDUPSHAWTY123** @whaddupshawty11 · 5h
Replying to @MasonRothschild @BlakeGopnik and @washingtonpost
I like blake, blake is the man

2 121

**Ed Rawani** @EdRawani · 5h
Replying to @MasonRothschild @gasoline_xyz and 2 others
Wen birkin bags burn 🔥🔥🔥

1 55

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mason Rothschild** @MasonRothschild **Follow**
Founder @gasoline_xyz, Cofounder @terminal_xyz

**What's happening**

NBA · Last night
**Warriors at Lakers**

Music · Trending
**TD Jakes**

Family & relationships · Trending
**Cinnabon**
1,913 Tweets

Trending in United States
**#heartattack**
16.2K Tweets

Trending in United States
**#FishFriday**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

**Ed Rawani** @EdRawani · 5h

Replying to @MasonRothschild @gasoline_xyz and 2 others

Wen birkin bags burn 🔥🔥🔥

1 55

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mason Rothschild** @MasonRothschild Follow

Founder @gasoline_xyz, Cofounder @terminal_xyz

## What's happening

NBA · Last night
**Warriors at Lakers**

Music · Trending
**TD Jakes**

Family & relationships · Trending
**Cinnabon**
1,913 Tweets

Trending in United States
**#heartattack**
16.2K Tweets

Trending in United States
**#FishFriday**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

