# Exhibit 55



| | |
|---|---|
| Document title: | Chris Sprigman (@cjsprigman@urbanists.social) on Twitter: "We will do our best to reverse this dangerous verdict on appeal. Artists should be free to make art depicting the world around them, to title that art in a way that describes what it is, and to sell it for money. 1/ https://t.co/fccUVdsktL" / Twitter |
| Capture URL: | https://twitter.com/CJSprigman/status/1629145890865954816 |
| Page loaded at (UTC): | Fri, 24 Feb 2023 22:05:24 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2023 22:05:59 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 7Cd4KP9FenGNPpTJwcLnED |
| User: | baker-nsamad |

PDF REFERENCE #:    kPRyVFSotXUWQabtfiQ4yV



← Thread



# 

⚙

 Chris Sprigman (@cjsprigman@urbanists.social)
@CJSprigman

We will do our best to reverse this dangerous verdict on appeal. Artists should be free to make art depicting the world around them, to title that art in a way that describes what it is, and to sell it for money. 1/



washingtonpost.com
Opinion | A misguided jury failed to see the art in Mason Rothschild's MetaBirkins
In playing off trademarked goods, the MetaBirkins artist was just doing what artists have always done.

3:47 PM · Feb 24, 2023 · **1,877** Views

**4** Retweets   **18** Likes

Chris Sprigman (@cjsprigman@urbanists.social) @CJSprigman · 6h
Replying to @CJSprigman
Art critic and art historian @BlakeGopnik captures my feelings perfectly here: "I...imagined that no jury would actually prevent a young artist from making pictures of pretty much whatever he wanted, whether it bothered a great bag-maker or not...." 2/

💬 1   🔁   ♡ 2   📊 238   ⬆

Chris Sprigman (@cjsprigman@urbanists.social) @CJSprigman · 6h
"I thought the more the art bothered that bag-maker, the clearer it would be that Rothschild was on to something potent, and that the jury would see that right off." 3/

💬 1   🔁   ♡ 2   📊 350   ⬆

Chris Sprigman (@cjsprigman@urbanists.social) @CJSprigman · 6h
"I was wrong about that jury, but hope an appeals court will realize that the jury was wrong about Rothschild's art." /end

💬   🔁   ♡ 2   📊 309   ⬆

WHADDUPSHAWTY123 @whaddupshawty11 · 4h
Replying to @CJSprigman
I believe the problem is with the public opinion surrounding crypto in general, the fall of FTX, 3AC, various publicized NFT scams, etc are what create a shady image for anything associated with cryptocurrency

💬   🔁   ♡ 3   📊 36   ⬆

---



Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

 Chris Sprigman (@cjs...
@CJSprigman      [Follow]
Murray and Kathleen Bring Professor, NYU Law. IP, antitrust, comparative con law. ssrn.com/author=370802
Member, Lex Lumina PLLC. lex-lumina.com

**What's happening**

NBA · Last night
**Warriors at Lakers**  

Trending in United States
**#heartattack**
16.3K Tweets

Music · Trending
**TD Jakes**

Trending in United States
**Guilty**
73K Tweets

Sports · Trending
**Gladbach**
2,932 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

---

Don't miss what's happening
People on Twitter are the first to know.

Log in   Sign up

Document title: Chris Sprigman (@cjsprigman@urbanists.social) on Twitter: &quot;We will do our best to reverse this dangerous verdict on appeal. Artists should be free…
Capture URL: https://twitter.com/CJSprigman/status/1629145890865954816
Capture timestamp (UTC): Fri, 24 Feb 2023 22:05:59 GMT
Page 1 of 2

Thread

Search Twitter

WHADDUPSHAWTY123 @whaddupshawty11 · 4h
Replying to @CJSprigman
I believe the problem is with the public opinion surrounding crypto in general, the fall of FTX, 3AC, various publicized NFT scams, etc are what create a shady image for anything associated with cryptocurrency

3 36

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

Chris Sprigman (@cjs... Follow
@CJSprigman
Murray and Kathleen Bring Professor, NYU Law. IP, antitrust, comparative con law. ssrn.com/author=370802 Member, Lex Lumina PLLC. lex-lumina.com

## What's happening

NBA · Last night
Warriors at Lakers

Trending in United States
#heartattack
16.3K Tweets

Music · Trending
TD Jakes

Trending in United States
Guilty
73K Tweets

Sports · Trending
Gladbach
2,932 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.
Log in Sign up

