# Exhibit 57

PageVault

| | |
|---|---|
| Document title: | MetaBirkins |
| Capture URL: | https://metabirkins.com/ |
| Page loaded at (UTC): | Thu, 23 Feb 2023 22:42:57 GMT |
| Capture timestamp (UTC): | Thu, 23 Feb 2023 22:43:22 GMT |
| Capture tool: | 10.20.9 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | vMkEqsNy5PKP4qhFmRTXKW |
| User: | baker-nsamad |

PDF REFERENCE #:    c8S9epGLFx6kFjTyUB8ZNQ



### MetaBirkins

MetaBirkins is a collection of 100 unique NFTs created with faux fur in a range contemporary color and graphic executions.

Creator Mason Rothschild began working on MetaBirkins shortly after the success of Baby Birkin, a one-of-one, NFT covered by Forbes and Vogue that sold at auction for 5.5 ETH. In response to the community demand, Rothschild developed a new series, this time inspired by the acceleration of fashion's "fur free" initiatives and embrace of alternative textiles.

MetaBirkins is now available for purchase on LooksRare.

( Buy on LooksRare )

| Read | Follow | Press |
|---|---|---|
| Basic.Space | Discord | Preview |
| Vogue Business | Instagram | Inquire |
| Complex | Twitter | |
| Highsnobiety | | |
| HYPEBAE | | |
| Input Mag | | |

**Disclaimer**

We are not affiliated, associated, authorized, endorsed by, or in any way officially connected with the HERMES, or any of its subsidiaries or its affiliates. The official HERMES website can be found at https://www.hermes.com/.



Document title: MetaBirkins
Capture URL: https://metabirkins.com/
Capture timestamp (UTC): Thu, 23 Feb 2023 22:43:22 GMT





Document title: MetaBirkins
Capture URL: https://metabirkins.com/
Capture timestamp (UTC): Thu, 23 Feb 2023 22:43:22 GMT