# Exhibit 58

PageVault

| | |
|---|---|
| Document title: | MetaBirkins (@metabirkins) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/metabirkins/ |
| Page loaded at (UTC): | Mon, 27 Feb 2023 20:24:40 GMT |
| Capture timestamp (UTC): | Mon, 27 Feb 2023 20:26:05 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | a5K9uuBkhiuWHUpNmYjY1f |
| User: | baker-nsamad |

PDF REFERENCE #:    swcVuL66JKPtfRquhzdSVG



Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

metabirkins Follow Message

**41** posts **18.1K** followers **1** following

**MetaBirkins**
Digital creator
A digital art project by @masonrothschild living on the Ethereum blockchain. Feat. @voguebusiness, @forbes, @bof, @elleusa, @hypebeast, @highsnobiety.
looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750

POSTS TAGGED

Dear Community,

So, Hermes filed a trademark lawsuit against me on Friday—although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermes' complaint. Hermes' claims are groundless and we look forward to defeating those claims in court and helping to set a precedent.

I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur-covered Birkin bags.

My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell art that depicts Birkin bags, just as it gave Andy Warhol the right to make and sell art depicting Campbell's soup cans.

I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.

The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermes' complaint that they don't understand what an NFT is, or what NFTs do.

We have tried to be reasonable. Hermes first sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermes representative. Hermes chose instead to break off negotiations and sue me.

I hope Hermes understands that I won't be intimidated.

- More

Document title: MetaBirkins (@metabirkins) • Instagram photos and videos
Capture URL: https://www.instagram.com/metabirkins/
Capture timestamp (UTC): Mon, 27 Feb 2023 20:26:05 GMT
















- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
















More

Document title: MetaBirkins (@metabirkins) • Instagram photos and videos
Capture URL: https://www.instagram.com/metabirkins/
Capture timestamp (UTC): Mon, 27 Feb 2023 20:26:05 GMT



Document title: MetaBirkins (@metabirkins) • Instagram photos and videos
Capture URL: https://www.instagram.com/metabirkins/
Capture timestamp (UTC): Mon, 27 Feb 2023 20:26:05 GMT
Page 4 of 4