# Exhibit 59






