UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | Civil Action No. 22-cv-00384-JSR <br><br> **NOTICE OF DEFENDANT MASON ROTHSCHILD'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR NEW TRIAL** |

PLEASE TAKE NOTICE that Defendant Mason Rothschild, by and through his attorneys, Lex Lumina PLLC and Harris St. Laurent & Wechsler LLP, respectfully moves this Court before the Honorable Jed S. Rakoff at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Federal Rule of Civil Procedure 50(b) directing judgment as a matter of law for Defendant on all of Plaintiffs' claims or, in the alternative, for a new trial, and for such other and further relief as the Court deems just and proper.

The schedule for the motion, pursuant to this Court's Minute Entry entered on February 24, 2023, is as follows: Mr. Rothschild's moving papers to be served and filed by March 14, 2023; Plaintiffs' answering papers to be served and filed by March 28, 2023; and Mr. Rothschild's reply papers, if any, to be served and filed by April 4, 2023.

[*Signature Page Follows*]

Dated: March 14, 2023
      New York, New York

                                      Respectfully Submitted,

                                      /s/ *Rhett O. Millsaps II*
                                    Rhett O. Millsaps II
                                    Christopher J. Sprigman
                                    Mark P. McKenna (*pro hac vice*)
                                    Rebecca Tushnet
                                    LEX LUMINA PLLC
                                    745 Fifth Avenue, Suite 500
                                    New York, NY 10151
                                    (646) 898-2055
                                    rhett@lex-lumina.com

                                    Jonathan Harris
                                    Adam Oppenheim
                                    Ashley Robinson
                                    HARRIS ST. LAURENT & WECHSLER LLP
                                    40 Wall Street, 53rd Floor
                                    New York, NY 10005
                                    jon@hs-law.com
                                    (212) 397-3370

                                    *Attorneys for Defendant Mason Rothschild*