# EXHIBIT C

N27VHERT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

HERMÈS INTERNATIONAL, et al.,

                 Plaintiffs,

            v.                          22 Civ. 384 (JSR)

MASON ROTHSCHILD,

                 Defendant.             Trial

------------------------------x

                                        New York, N.Y.
                                        February 7, 2023
                                        11:00 a.m.

Before:

                    HON. JED S. RAKOFF,

                                        District Judge
                                        -and a Jury-


                        APPEARANCES

BAKER & HOSTETLER LLP
     Attorneys for Plaintiffs
BY:  DEBORAH A. WILCOX
     OREN J. WARSHAVSKY
     GERALD J. FERGUSON

HARRIS ST. LAURENT & WECHSLER LLP
     Attorneys for Defendant
BY:  ADAM B. OPPENHEIM
     JONATHAN A. HARRIS

LEX LUMINA PLLC
     Attorneys for Defendant
BY:  RHETT O. MILLSAPS, II
     CHRISTOPHER SPRIGMAN

N27VHERT

```
 1          THE COURT:  Well, I hear what you're saying, and I
 2     think your argument is not without some force.  But I think in
 3     the end, it's more important to convey -- or reduce the very
 4     confusion that defense counsel posited was maybe implicit in
 5     their note, so I will go with my proposed instruction.
 6          All right.  Stay tuned.
 7          (Recess pending verdict)
 8          THE COURT:  So we've received another note which we
 9     will mark as Jury Note 4.
10          Dear Judge Rakoff, No. 1, if the jury decides that
11     Mr. Rothschild infringed and diluted the trademark and is
12     liable for cybersquatting, yet feels there is a First Amendment
13     protection, is he able to continue selling the NFTs, as well as
14     keep ownership of the www metabirkins.com?
15          No. 2, if we are unanimous on the first three charges,
16     but can't resolve the First Amendment issue, what happens?
17          So with respect to No. 2, I think the answer is we
18     will ask you to continue to deliberate.  It's only early
19     February.
20          With respect to the first question, I think the answer
21     is, in effect, that's not to be determined by this litigation.
22     I can't remember, did plaintiff move for injunctive relief?
23          MR. WARSHAVSKY:  We did, your Honor.
24          THE COURT:  Oh, all right.  So it could be determined
25     by this litigation.
```