# EXHIBIT G

N22sHER1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   HERMÈS INTERNATIONAL, et al.,

4                  Plaintiffs,

5            v.                        22 Civ. 384 (JSR)

6   MARTIN ROTHSCHILD,

7                  Defendant.

8   ------------------------------x
                                       New York, N.Y.
9                                      February 2, 2023
                                       9:30 a.m.
10
    Before:
11
                      HON. JED S. RAKOFF,
12
                                       District Judge
13                                     -and a Jury-

14

15                         APPEARANCES

16  BAKER & HOSTETLER LLP
         Attorneys for Plaintiffs
17  BY:  DEBORAH A. WILCOX
         OREN J. WARSHAVSKY
18       GERALD J. FERGUSON

19  HARRIS ST. LAURENT & WECHSCLER LLP
         Attorneys for Defendant
20  BY:  ADAM B. OPPENHEIM
         JONATHAN A. HARRIS
21
    LEX LUMINA PLLC
22       Attorneys for Defendant
    BY:  RHETT O. MILLSAPS, II
23

24

25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

N22VHER2                         Estival - Redirect

1   Q.   And is this a post that you put out publicly?

2   A.   Yes, this went out on Twitter.

3   Q.   And this 24,000 number, that's right at the top of the

4   Discord?

5   A.   Yes, this is on December 15th.  And this would have been

6   the number that I saw at the top.  And everybody could see

7   publicly, so I couldn't, like, lie about it.

8           MR. HARRIS:  Your Honor, I offer Defendant's Exhibit

9   619.

10          MR. WARSHAVSKY:  Your Honor, I think this is -- I

11  think this is hearsay within hearsay, given the testimony.

12          THE COURT:  Let me ask the witness, this is something

13  you put together?

14          THE WITNESS:  This is my -- my tweet.

15          THE COURT:  Overruled.

16          MR. HARRIS:  Thank you.  Please publish that.

17          THE COURT:  This is, I think, fair rebuttal, and the

18  door was opened to this.  Received.

19          MR. HARRIS:  Thank you, your Honor.

20          (Defendant's Exhibit 619 received in evidence)

21          THE COURT:  So maybe this has been answered, but at

22  least to me it's unclear.  The decision to use the term

23  "MetaBirkins" was yours, yes?

24          THE WITNESS:  The final decision to actually use the

25  term, yes.

1          THE COURT:  Okay.  And you intended to associate -- to

2    indicate to the people who were accessing this that this was in

3    some sense a reference to Birkin bags, yes?

4          THE WITNESS:  In some ways, yes, a reference.

5          THE COURT:  Okay.  And just so I understand how the

6    purchasing went, they knew that when they purchase an NFT, even

7    though for 24 hours they would only see a shrouded image, that

8    what they were ultimately going to get was one of these --

9          THE WITNESS:  Yeah, one --

10         THE COURT:  -- MetaBirkin fur-covered MetaBirkin

11   images; correct?

12         THE WITNESS:  Yes.

13         THE COURT:  Go ahead.

14   BY MR. HARRIS:

15   Q.  In fact, Mr. Rothschild, did there come a point in time

16   where the Discord had more than 24,000 members?

17   A.  Yes, this was just on December 15th.

18         MR. HARRIS:  You can take that down, please, Ashley.

19   Q.  Mr. Warshavsky asked you some questions yesterday about a

20   community poll, do you recall that?

21   A.  Right.

22         MR. HARRIS:  If you could please put up in evidence,

23   Ashley, Exhibit 306, page 31.

24   Q.  And you were shown this yesterday, right?

25   A.  Yes.

1    four technical objections to that question, but I think you

2    really need to move on.

3            MR. WARSHAVSKY:  I would like to show to the

4    witness -- or the witness and counsel -- Exhibit 279 beginning

5    at page -- I'm sorry -- I need help.

6            What page is this?  Beginning at page 99, is it?

7            Beginning at page nine.  Sorry.  OK.

8    Q.  Mr. Rothschild, this is from your Instagram account, is

9    that correct?

10   A.  Um, MetaBirkins' Instagram, yes.

11   Q.  MetaBirkins' Instagram account.

12           And this is an account that you curate?

13   A.  Yes.

14           MR. WARSHAVSKY:  Your Honor, we would offer in this

15   page of Plaintiff's Exhibit 279.

16           MR. HARRIS:  Your Honor, we have no objection to the

17   exhibit.

18           THE COURT:  Received.

19           (Plaintiff's Exhibit 279, page 9, received in

20   evidence)

21           MR. WARSHAVSKY:  Publish to the jury.

22   BY MR. WARSHAVSKY:

23   Q.  Do you see the second -- the text at the top of the page?

24   A.  Correct.

25   Q.  OK.  It says, Where is my purse?  You guys scammed me.

N22sHER3                        Estival - Recross

1              Do you see that?

2    A.   Yes.

3    Q.   Did you respond to this?

4    A.   No.

5    Q.   Thank you.

6              You also spoke earlier about -- I'm sorry.  I'm just

7    trying to organize myself.  One moment.

8              You also spoke about --

9              MR. HARRIS:  Your Honor, if I may.  I'm sorry.

10             For completeness, could we also offer page eight of

11   that exhibit?

12             THE COURT:  Well, not unless you show it to me on my

13   screen.

14             OK.  That will be received.

15             Any objection?

16             MR. WARSHAVSKY:  I'm looking.  I'm not sure of the

17   relevance.  These are not by the same individuals.

18             THE COURT:  I'll receive it.

19             MR. WARSHAVSKY:  I have no objection, though.

20             THE COURT:  All right.

21             (Plaintiff's Exhibit 279, page 8, received in

22   evidence)

23   BY MR. WARSHAVSKY:

24   Q.   Now, you spoke about Mr. Loo, and I think you said that he

25   received or he informed you that he received inquiries from the