# EXHIBIT M

```
 1
 2            UNITED STATES DISTRICT COURT
 3            SOUTHERN DISTRICT OF NEW YORK
 4
 5   HERMÈS INTERNATIONAL and   )
     HERMÈS OF PARIS INC.,      )
 6                              )
               Plaintiffs,      )
 7                              )
            vs.                 )   No.
 8                              )   1:22-CV-00384-JSR
     MASON ROTHSCHILD,          )
 9                              )
               Defendant.       )
10   -------------------------- )
11
12
13
14
15                  September 23, 2022
16                  9:32 a.m.
17
18        Deposition of BLAKE GOPNIK, held at the
19   offices of Baker & Hostetler LLP, 45
20   Rockefeller Plaza, New York, New York,
21   pursuant to subpoena, before Laurie A.
22   Collins, a Registered Professional Reporter
23   and Notary Public of the State of New York.
24
25
```

1                        Gopnik
2        A.   Not for a layman, just as I wouldn't be
3   able to tell a knowledgeable sports reporter from
4   one who isn't knowledgeable.
5        Q.   Are there any objective criteria that    12:07:53
6   can be used to distinguish a knowledgeable art
7   critic from an ignorant art critic?
8        A.   I think if you looked at the course of
9   their career and saw if they were -- held
10  interesting, complex views about art, you'd say,   12:08:08
11  yes, this person is interesting and this other
12  person uses clichés, et cetera, and therefore is
13  not interesting.
14            (Discussion off the record.)
15       Q.   Are you aware of any consensus among     12:08:57
16  art critics that the images in NFTs produced and
17  sold by Mason Rothschild find their natural and
18  obvious home among the artistic experience carried
19  out by modern artists over the last century?
20       A.   There is no consensus among art critics  12:09:15
21  on pretty much any issue.  For instance, I find
22  the Mona Lisa a fairly trivial object, and most
23  art critics would disagree with me.
24       Q.   Referring to page 5, paragraph 11.  The
25  first sentence begins, By the end of the 1960s,    12:10:02

1                    Gopnik

2   Andy Warhol had filled New York galleries with any

3   number of projects that were clearly art.

4             Why were these projects clearly art?

5             MR. SPRIGMAN:  Objection, misstates          12:10:27

6        this point only in part.

7             But go ahead.

8        A.   Within the context of that moment,

9   there are expectations about what art might be in

10  that, you know, from let's say 1966, shall we say.   12:10:38

11  There were expectations of what you'd see in an

12  art gallery, and they fulfilled some of those

13  expectations.

14       Q.   You used the passive voice there,

15  "there were expectations."  Whose expectations are   12:10:56

16  you referring to?

17       A.   The expectations of the art world at

18  that moment.

19       Q.   And what was the art world at that

20  moment?                                              12:11:07

21            MR. SPRIGMAN:  Objection.

22       A.   That's a very hard question to answer.

23  I'm not sure I know the scope of it.  Well, at

24  that moment I'm referring specifically to a

25  sophisticated audience within New York.  That's      12:11:19

Page 97

1                    Gopnik

2   the only people he was speaking to at that moment.

3   So it would be people who went to galleries,

4   talked about art, bought art, wrote about art.  He

5   would have been unknown to many other communities.   12:11:37

6        Q.    Referring to paragraph 38 on page 17,

7   referring to the sentence towards the bottom of

8   the paragraph which states --

9        A.    38, it was?

10       Q.    38, yeah, 38, page 17.  And the       12:12:40

11   sentence a little bit -- the second-to-last

12   sentence where it states, It is almost impossible

13   to imagine that Hermès would have chosen to create

14   similarly fur-covered purses or uterus bags as

15   Rothschild's earlier Baby Birkin project, whether   12:13:03

16   in reality or as NFTs in the coming metaverse.

17             When you state "it is almost impossible

18   to imagine," who are you referring to there?

19        A.    I think anyone who's familiar with the

20   Hermès brand.                                   12:13:23

21        Q.    You describe fur -- the fur on

22   MetaBirkins as sheer absurdity.  What is absurd

23   about fur on a Birkin?

24             MR. SPRIGMAN:  Objection.

25        A.    Birkins I would say in their classic     12:13:46