# EXHIBIT N

https://twitter.com/jmkramer65/status/1623781351160791043?s=20&t=vE1GECoyU8BSwaw2tVzX5A      February 15, 2023 at 3:04 PM EST

# Tweet

**Lost Art** @OCLostArt · Feb 9

No one is talking about Hermes vs Rothschild aka MetaBirkins... The jury found that NFTs are more akin to consumer products therefore subject to Trademark laws. Big precedent for artists.

💬 1    🔁 1    ♥ 8    📊 371    ⬆️

**jane kramer** @jmkramer65 · Feb 9
Replying to @OCLostArt

The jury found that the art was created by infringing TMs to mislead/confuse consumers for $. It said nothing about NFTs. That waives 1st. amend. This verdict protects digital artists in the metaverse who create works (for profit) with honest intent. It should be celebrated.

💬 1    🔁    ♥ 4    📊 27    ⬆️

**Lost Art** @OCLostArt · Feb 9
Replying to @jmkramer65

The Art were in the form of NFTs. It was argued that it's no different than Andy Warhol's silk screen prints of Campbell's soup cans. It was an artistic experiment with no intentions of misleading consumers that it was part of the actual brand.

💬 1    🔁    ♥ 4    📊 39    ⬆️

**jane kramer** @jmkramer65
Replying to @OCLostArt

Know they were attached to NFTs but that had nothing to do with the verdict. The jpgs attached infringed on a TM. Totally different than Warhol. Warhol had the blessing of Campbell's. And his artistic intent was never misleading.

3:30 PM · Feb 9, 2023 · **16** Views

**3 Likes**
---

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

[Sign up with Google]
[Sign up with Apple]
[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

jane kramer @jmkramer65   [Follow]

Lost Art @OCLostArt   [Follow]
#CreativityOnDemand Creative Studio - A gateway to the unseen residing in the West Coast. @WuTigerClan #ShaolinShowdown Space Host | @CryptoHomies_

**What's happening**

Premier League · LIVE
Arsenal FC vs Manchester City

Trending in United States
**Larry Kramer**
Trending with Rachel Maddow

Trending in United States

I Am Legend
6,369 Tweets

Trending in United States
**JUST ANNOUNCED**
28.9K Tweets

Sports · Trending
**Arsenal**
Trending with  #ARSMCI, Man City

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up