UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>MASON ROTHSCHILD,<br><br>      Defendant. | CIVIL ACTION NO.<br><br>22-CV-00384 (JSR) |

### DECLARATION OF ASHLEY N. ROBINSON, ESQ.

I, Ashley N. Robinson, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member in good standing of the bar of this Court, and an associate at Harris, St. Laurent & Wechsler, LLP ("HSW"), attorneys for Defendant Mason Rothschild in the above-captioned matter, and I submit this Declaration in support of Defendant's Opposition to Plaintiffs' Motion for Permanent Injunction.

2. Attached hereto as Exhibit A are true and correct copies of excerpts of the transcript of trial proceedings on February 6, 2023 (Dkt. No. 159).

3. Attached hereto as Exhibit B are true and correct copies of excerpts of the transcript of trial proceedings on January 31, 2023 (Dkt. No. 149).

4. Attached hereto as Exhibit C is a true and correct copy of the Law360 article "MetaBirkins More Like Trading Cards Than Art, Jury Told," dated January 31, 2023, and retrieved on March 14, 2023 from https://www.law360.com/articles/1571414.

5. Attached hereto as Exhibit D is a true and correct copy of the complaint filed in *Hermès International v. Thursday Friday Inc.*, 11-cv-00580-AKH (S.D.N.Y. 2011) (Dkt. No. 8).

6. Attached hereto as Exhibit E are true and correct copies of excerpts of the transcript of trial proceedings on February 3, 2023 (Dkt. No. 157).

7. Attached hereto as Exhibit F is a true and correct copy of the report prepared by Dr. Kevin Mentzer (Dkt. No. 68-1).

8. Attached hereto as Exhibit G are true and correct copies of excerpts of the transcript of trial proceedings on January 30, 2023 (Dkt. No. 151).

9. Attached hereto as Exhibit H is a true and correct copy of a LinkedIn post with comments made by jury foreperson Jane Kramer, retrieved on February 15, 2023 from https://www.linkedin.com/posts/ari-redbord_excellent-in-depth-reporting-by-zachary-activity-7029147594526212096-SpSr/.

10. Attached hereto as Exhibit I are true and correct copies of excerpts of the transcript of trial proceedings on February 1, 2023 (Dkt. No. 153).

11. Attached hereto as Exhibit J is a true and correct copy of the Court's February 7, 2023 Instructions of Law to the Jury (Dkt. No. 143).

12. Attached hereto as Exhibit K are true and correct copies of excerpts of the transcript of the January 11, 2023 deposition testimony of Robert Chavez.

13. Attached hereto as Exhibit L is a true and correct copy of a compilation of Hermès' NFT-related trademark applications publicly filed with the USPTO, dated August 26, 2022.

14. Attached hereto as Exhibit M are true and correct copies of excerpts of the transcript of trial proceedings on February 2, 2023 (Dkt. No. 155).

Executed this 14th day of March, 2023

                                                                                  _/s Ashley N. Robinson_

                                                                                  Ashley N. Robinson