# EXHIBIT G

N1UNHER1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  HERMÈS INTERNATIONAL, et al.,

4                  Plaintiffs,

5            v.                          22 Civ. 384 (JSR)

6  MASON ROTHSCHILD,

7                  Defendant.

8  ------------------------------x
                                    New York, N.Y.
9                                   January 30, 2023
                                    9:30 a.m.
10
   Before:
11
                       HON. JED S. RAKOFF,
12
                                    District Judge
13                                  –and a Jury–

14

15                       APPEARANCES

16 BAKER & HOSTETLER LLP
        Attorneys for Plaintiffs
17 BY:  DEBORAH A. WILCOX
        OREN J. WARSHAVSKY
18      GERALD J. FERGUSON

19 HARRIS ST. LAURENT & WECHSCLER LLP
        Attorneys for Defendant
20 BY:  ADAM B. OPPENHEIM
        JONATHAN A. HARRIS
21
   LEX LUMINA PLLC
22      Attorneys for Defendant
   BY:  RHETT O. MILLSAPS, II
23

24

25

1    A.  No, it cannot.

2    Q.  What is the reference to Meta, m-e-t-a, that appears next

3    to MetaBirkins?

4    A.  That is the symbol.  It's not mandatory to have, but in

5    this case they have it here.  You can almost think of it as a

6    stock ticker symbol.  If I wanted to do a quick search on some

7    of the marketplaces, I could use the symbol instead of the full

8    name.

9    Q.  Can you look at what has been marked as Exhibit 80.

10           Have you seen that before today?

11   A.  Yes, I have.

12   Q.  What is that?

13   A.  That is an export out of the Etherscan.io site of all the

14   transactions related to the MetaBirkins smart contract.

15   Q.  Is this information you relied on in forming opinions in

16   this case?

17   A.  Yes, I did.

18           MR. FERGUSON:  I offer Exhibit 80 into evidence.

19           MR. MILLSAPS:  No objection.

20           THE COURT:  Received.

21           (Plaintiff's Exhibit 80 received in evidence)

22           So let me ask you this, because I'm just a dumb judge,

23   so I'm not following everything and maybe the jury isn't

24   either.

25           The MetaBirkins, a MetaBirkins is an image; yes?

1              THE WITNESS:  Is a what?

2              THE COURT:  Image.

3              THE WITNESS:  MetaBirkins, no, is the name of the

4     smart contract.

5              THE COURT:  It's the name of the smart contract.

6              So we saw earlier images of Birkin bags covered in

7     fur.

8              THE WITNESS:  Um-hmm.

9              THE COURT:  What do you call those?

10             THE WITNESS:  That's the image file connected to the

11    MetaBirkins NFT.

12             THE COURT:  OK.  So the image file is something that

13    is offered for sale; yes?

14             THE WITNESS:  That is the visual representation of

15    what is being offered for sale is the actual token, which to

16    all of us wouldn't really mean anything.

17             THE COURT:  I think my question was a yes-or-no

18    question, but OK.

19             So if you go on the relevant website and you want to

20    purchase exclusive use of this image, that's what you

21    ultimately are getting for your money, right?

22             THE WITNESS:  That is your expectation, yes.

23             THE COURT:  I think the answer to that is yes, right?

24             Can you answer a question yes or no?

25             THE WITNESS:  Yes, I can.

1          THE COURT:  So is the answer to my question yes?

2          THE WITNESS:  No.

3          THE COURT:  No.

4          Then what's the right answer?

5          THE WITNESS:  At issue there is the image can actually

6    change in the future.

7          THE COURT:  So you've heard of something called money;

8    yes?

9          THE WITNESS:  Yes.

10         THE COURT:  When a person exchanges money for certain

11   rights respecting a MetaBirkins image, what they are getting is

12   the exclusive right to have that image available and maybe to

13   the originator, true?

14         THE WITNESS:  True.

15         THE COURT:  Now we're making progress.

16         And if the person who then purchased that opportunity

17   wants to sell it, the originator then gets, pursuant to the

18   smart contract, a percentage of the sale, true?

19         THE WITNESS:  Yes.

20         THE COURT:  OK.  Go ahead, counsel.

21   BY MR. FERGUSON:

22   Q.  What is a minting contract in the context of a smart

23   contract -- in the context of an NFT?

24         I'm sorry.  Let me start that again.

25         What is a minting transaction in the context of an

1   A.  One of the retails.

2   Q.  And then looking at the green line that I've just added to

3   that chart, what does that green line represent?

4   A.  That represents the timeline while the minting was going

5   on, so I could see when the minting started and ended.  So I

6   could compare whether resales were occurring at the same time

7   the minting process was occurring.

8   Q.  When the MetaBirkins NFTs were created, were they linked to

9   any digital file?

10  A.  Not initially, no.

11  Q.  At the time that the minting transactions began, were they

12  linked to a digital file?

13  A.  Yes, they were.

14  Q.  And what was the digital file they were linked to?

15  A.  They were linked to a covered bag image that had some

16  animation that said future home of MetaBirkins.

17  Q.  And how did you determine that?

18  A.  One of the methods in the smart contract allows the

19  contract owner to set the repository, the point to the

20  repository for those images.  So I found the transaction

21  related to that setting and navigated to that repository to

22  look at what the images were at that time.

23  Q.  And can you show me, can you describe to me what is shown

24  in this slide?

25  A.  The top line is the actual transaction that set the pointer

1  series of transactions that were setting the base URI so this

2  would, prior to the fourth being minted, so this would have

3  been the last one which set a new repository navigating to that

4  new repository.  This is the image that was there at the time,

5  this JPEG image.

6  Q.  And is this image on the blockchain?

7  A.  No, it's not.

8  Q.  Who decides what image the NFT is going to point to?

9  A.  That's controlled by the smart contract owner.

10 Q.  So the individual purchasing the NFT doesn't have control

11 over how that pointer is going to function, is that correct?

12 A.  That's correct.

13 Q.  And could you look at Exhibit 83 in your folder.

14        Can you identify that?

15 A.  That is the covered bag image that was set after the third

16 NFT was minted.

17        MR. FERGUSON:  I offer Exhibit 83 into evidence.

18        MR. MILLSAPS:  No objection.

19        THE COURT:  Received.

20        (Plaintiff's Exhibit 83 received in evidence)

21        Counsel, find a spot in the next five minutes to break

22 for the day.

23        MR. FERGUSON:  Five minutes to break?

24        THE COURT:  Find a time in the next five minutes to

25 break for today.

1          (Jury not present)

2          THE COURT:  So let me show the witness page ten of his

3     expert report.  And the title is "What is a MetaBirkins NFT?"

4     The sentence that follows says, "A MetaBirkins NFT is a is a --

5     "is a" is repeated twice, but it's obviously a typo -- is a

6     token on a Ethereum blockchain -- question whether it should be

7     an Ethereum blockchain or a, but, again, inconsequential -- is

8     a token on a Ethereum blockchain that represents ownership of a

9     unique item (a MetaBirkins NFT)."

10          So the unique item is a MetaBirkins NFT; yes?

11          THE WITNESS:  Yes.

12          THE COURT:  And you accompany that on your report with

13     figure one, sample MetaBirkins NFT, and it's the image, right?

14          THE WITNESS:  Correct.

15          THE COURT:  So while I understand that you want to

16     your question or want to make a distinction, it seems to me of

17     no consequence whatsoever between the computerized data

18     associated with the image and the image.

19          In your report you identify the image as a MetaBirkins

20     NFT; yes?

21          THE WITNESS: Yes, I do.

22          THE COURT:  And you stand by that, do you not?

23          THE WITNESS:  Yes.

24          THE COURT:  All right.  So I thought I asked you

25     whether that was a MetaBirkins NFT.  Maybe I misphrased my

1    question because I can't remember it now exactly.

2              But if I were to ask you tomorrow, are these images

3    what we mean by MetaBirkins NFTs, your answer would be yes?

4              THE WITNESS:  That would be correct.

5              THE COURT:  All right.  You may step down.

6              (Witness temporarily excused)

7              Now I take the liberty of suggesting to plaintiff's

8    counsel that, so far articulated to the jury, this witness and

9    his testimony is being made to be far more confusing than

10   helpful.  I intervened because I could see, just from looking

11   at their faces, that the jurors were confused.  And I have to

12   say, I didn't think the responses I got from the witness

13   particularly helped.

14             Now in his report, just to take an example, he defines

15   these images as MetaBirkins NFTs.  So a question could have

16   been put to him:  What's a MetaBirkins NFT?  Oh, it's this

17   image here on the screen.  And every juror would have

18   understood that.

19             But that's not the way we proceeded.  And looking at

20   his report, I notice that, for example, he spends many, many,

21   many pages describing how he computed how much money

22   Mr. Rothschild made over all this.  So I was waiting for the

23   question, that I assume hopefully will come tomorrow:  How much

24   money did Mr. Rothschild make off of the MetaBirkins NFT sales?

25             And then we would get an answer, and then you could