# EXHIBIT K

ROBERT CHAVEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and :
HERMÈS OF PARIS, INC., :
Plaintiffs, : Civil Action No.
: 22-CV-00384
v. :
:
MASON ROTHSCHILD, :
Defendant. :
------------------------ :

VIDEOTAPE DEPOSITION OF:
ROBERT CHAVEZ
NEW YORK, NEW YORK
WEDNESDAY, JANUARY 11, 2023

REPORTED BY:
SILVIA P. WAGE, CCR, CRR, RPR
JOB NO. 5645292

Page 54

ROBERT CHAVEZ

[redacted]

Page 55

ROBERT CHAVEZ

[redacted]

Page 56

ROBERT CHAVEZ

[redacted]

BY MR. WARSHAVSKY:

Q. Does Hermès have a position about why the demand for the Birkin is so high?

A. Yes, we do.

Q. And what is Hermès' position on that?

A. It's that the handbag has a phenomenal reputation, a reputation of -- for quality, for craftsmanship, for enduring style and design. And the fact that it is highly recognizable really across the world.

Page 57

ROBERT CHAVEZ

Q. Can Hermès fulfill the customer demand for the Birkin bag?

A. Today we cannot.

Q. Why not?

A. Because the demand far exceeds the -- our ability to supply.

Q. And why is that?

A. It's because of the popularity of the bag and the desire to own a Birkin bag.

Q. And what about the production of the bag would make it difficult to meet the demand?

A. Well, as I mentioned earlier, it takes anywhere from 18 to 24 hours to make one bag and it's a maximum of 1.2 or 1.5 handbags -- of Birkin bags per week that can be made by a craftsperson.

Q. What is the current price for a Birkin handbag?

A. It starts at about $12,000 and it can go up to as high as $200,000.

Q. And why might one bag cost about $12,000 and another one about $200,000?

A. It really depends on the materials that a customer wants. So you can start with a

ROBERT CHAVEZ

MR. OPPENHEIM: It was put together for this litigation?

THE WITNESS: Yes.

MR. OPPENHEIM: And this is something that Hermès ordinarily does, it collects -- I think, you said at the beginning it collects media stories?

THE WITNESS: We do. We save all of our media coverage.

MR. OPPENHEIM: Whether or not you're in litigation?

THE WITNESS: Yes.

MR. OPPENHEIM: Yeah, I have no objection to the admission, Oren. Thank you.

BY MR. WARSHAVSKY:

Q. Now, we've seen these articles.

Can you turn to -- well, let me ask this.

About how often does the Birkin bag get coverage in media?

A. I would say it's constant.

Q. And that's not withstanding the fact that the Birkin bag is over 30 years old?

A. Yes.

ROBERT CHAVEZ

Q. Can you turn to Exhibit 9 please.

(Deposition Exhibit 9, Harper's Bazaar cover page and article titled, "The Mighty Mighty Birkin," HERMES_0001768 to HERMES_0001772, was marked for identification.)

A. (The witness complies.)

Q. Can you tell me what this document is?

A. Yes. This is Harper's Bazaar. I believe it's from the spring of '21. And it is a story -- a feature story on the Birkin bag titled, "The Mighty Mighty Birkin."

Q. Did Hermès participate in this article?

A. Yes, we did.

Q. How so?

A. Harper's Bazaar wanted to do a story on the Birkin and they also wanted to interview the head of the leather department, who is Catherine Fulconis.

Q. And, if you know, what kind of magazine is Harper's Bazaar?

A. It's a high end fashion book.

Q. Are there other -- we've looked at a

ROBERT CHAVEZ

lot of print.

Are there other types of media that the Birkin bag is featured in?

A. Yes.

Q. Can you tell me about that?

A. Television shows, movies and certainly most recently social media.

Q. Thank you. Sorry to interrupt.

Can you give an example or two of television shows?

A. Yes. Probably the most well-known is the Sex in the City, but also we've appeared in Gilmore Girls and several other TV shows throughout the years.

Q. And can you tell us a little bit about the Sex and the City episode that you're referring to?

A. Yes. Sex and the City approached us back in the early 2000s and they wanted to do a segment on the Birkin bag. So we agreed to do it with them. They asked if they could film in the store and we said, yes. We allowed them to film in the store.

Q. And can you briefly describe the

ROBERT CHAVEZ

episode?

A. Yes, the episode had to do with the desire of obtaining a Birkin bag and two of the characters were discussing it and then made their way into the store to see one of the bags and the whole discussion ensued about the bag itself.

Q. I'd like to turn your attention to Exhibit 10.

(Deposition Exhibit 10, compilation of movies and TV series that included the Birkin beginning with HERMES_0001614, was marked for identification.)

A. Yes.

MR. WARSHAVSKY: Oh, thank you.

It's just been noted that I didn't move Exhibit 9 into evidence. So, while the witness is looking at Exhibit 10, we'll move Exhibit 9 into evidence.

MR. OPPENHEIM: No objection.

(Deposition Exhibit 9 was moved into evidence.)

MR. WARSHAVSKY: Thank you.

Q. Have you ever seen Exhibit 10 before?

A. Yes, I have.

ROBERT CHAVEZ

Q. Can you tell us what it is?
A. This too is a compilation of Birkin bag appearing in several movies.
Q. And who created this?
A. Hermès International.
Q. And why did Hermès create this?
A. Well, because we save -- we all kind of all of the coverage that we get.
MR. WARSHAVSKY: We would move Exhibit 10 into evidence.
MR. OPPENHEIM: No objection.
(Deposition Exhibit 10 was moved into evidence.)
Q. Does this press impact Hermès' business?
A. Yes, it does.
Q. How so?
A. It increases the awareness level even more and it creates an even higher demand for the bag.
Q. Does Hermès advertise the Birkin bag?
A. Yes, we do.
Q. I'd like to show you Exhibit 11.
(Deposition Exhibit 11, color copy of

ROBERT CHAVEZ

one page of a national ad campaign from the early 2000s with no Bates, was marked for identification.)
Q. Have you ever seen this document before?
A. I have, yes.
Q. Can you tell us generally what this is?
A. This was a part of our national ad campaign back in the early 2000s.
Q. And what products are shown in this advertisement?
A. In addition to the one scarf there are two Birkin bags featured in this ad.
MR. WARSHAVSKY: We move Exhibit 11 into evidence.
MR. OPPENHEIM: No objection.
(Deposition Exhibit 11 was moved into evidence.)
Q. Can you please turn to Exhibit 12.
(Deposition Exhibit 12, black and white copies of ads with beginning Bates HERMES_0001406, was marked for identification.)
A. Yes.

ROBERT CHAVEZ

Q. Have you ever seen Exhibit 12 before?
A. Yes, I have.
Q. Can you tell us what that is?
A. Again, it's a compilation of all of the ad that we just saw appearing in many of the magazines that we advertise in.
Q. Did Hermès create this compilation?
A. Yes, we did.
MR. WARSHAVSKY: We move Exhibit 12 into evidence.
MR. OPPENHEIM: No objection.
(Deposition Exhibit 12 was moved into evidence.)
Q. And what was the reaction to this advertisement?
A. It was unbelievable.
Q. What do you mean by that?
A. It created quite a stir in the market and brought huge attention to the Birkin bag again.
Q. How much does Hermès spend a year in advertising?
A. We spend millions of dollars a year in advertising.

ROBERT CHAVEZ

Q. Does that include advertising the Birkin handbag?
A. Yes, it does.
Q. Where are the Birkin handbags sold?
A. They're sold in our stores here in the United States and around the world, Hermès stores.
Q. Can a customer buy a Hermès bag on the website?
A. No, they cannot.
Q. And earlier you spoke a little about demand. I want to go back to that.
Can you explain the process from when a customer walks into purchase a Birkin handbag what happens next?
A. Yes. Clients come in requesting a Birkin handbag. Most likely, we will not have availability at that time or it's very rare that we would have availability at that time. So we will have a conversation with the client. We will take their wish list and then we will get back to them as soon as we have an idea as to when we think we might be getting a bag in that this is what they're looking for.

Page 94

ROBERT CHAVEZ

[redacted]

(Deposition Exhibit Defendant's A, printout of 2021 Universal Registration Document Including the Annual Financial Report, was marked for identification.)

Q. Defendant's Exhibit A is a document consisting of five pages retrieved from a website visible on the first page.

My first question to you is, Mr. Chavez, have you ever seen this document before?

A. I have not, no.

Q. Do you know -- have you ever heard of this document before?

A. I've heard of it, yes.

Q. Okay. Do you recognize this document as something created by Hermès? And there I'm

Page 95

ROBERT CHAVEZ

referring generically to the parent company and all its subsidiaries.

A. Yes, it's created by Hermès International.

Q. Okay. I'd like to turn your attention to the page -- I think it's the third page of the exhibit. It's a chart that says, "Revenue and Activity by Métier," on Page 26.

Do you see that there?

A. Yes, I do.

Q. The first line on that chart is called, "Leather Goods and Saddlery."

Is that a business division of Hermès?

A. Yes, it is.

Q. And do Birkin bags fall within that division of the company?

A. Yes, they do.

Q. Okay. And, roughly speaking, are the numbers you see here for revenue -- and that would be Column 1 and then Column 3, which respectively say, "revenue in millions of euros for 2021 and 2020."

Does the information on that line for

Page 96

ROBERT CHAVEZ

leather goods and saddlery strike you as generally accurate or you're not sure?

A. It strikes me as generally accurate, yes.

Q. So is this consistent with your understanding that the revenue from the Birkin bags segment increase from about $3.2 billion to a little over $4 billion between 2020 and 2021?

A. Yes.

MR. OPPENHEIM: Okay. I would move for the admission of Defendant's 1 -- A.

Oren, do you want to put an objection on that?

MR. WARSHAVSKY: I am going to object to that, because I don't think the witness knows what it is. [redacted]

Page 97

ROBERT CHAVEZ

[redacted]

BY MR. OPPENHEIM:

Q. Okay. So, just very quickly, the last question about this document.

That chart on Page 26 we were just looking at, are tables of data like this produced in the ordinary course of business by Hermès?

A. Yes, they are.

Q. Okay. And do you believe that this table you're looking at right now was prepared in the ordinary course of business by Hermès?

A. Yes.

Q. Okay. How did Birkin bags do this year in 2022?

I'm sorry, last year. It's 2023 now; last year.

A. Yes. They did well.

Q. Okay. Did the segment of the business continue to grow at about that rate?

A. Not at the same rate because the rate you're looking at is comparing '21 versus a year of COVID and many of the stores were shut down. So that's an inflated growth rate.

Q. In other words, 2021 was a little

Page 98

ROBERT CHAVEZ

deflated, 2022 was a little inflated?

MR. WARSHAVSKY: Objection. I mean...

Q. I'd like to understand what you meant when you said that "'21 versus a year of COVID and many stores were shut down," which is the inflated number when you were -- which did you mean to describe as "inflated"?

A. The percent increase would be an inflated number, because it's not a true comparison. It's not a true comparison of like for like, that every store was open against a year where every store was open. You had stores that were open against a year where most of our stores were closed for the majority of the year.

Q. Thank you.

And so what you were, I guess, intimating was that in 2022 that there would be -- that that would level off a bit, because more stores were open in 2021 than 2020?

A. Yes, exactly.

Q. Okay. I'd like to hand you another document I'm going to mark for identification as Defendant's B.

Page 99

ROBERT CHAVEZ

(Deposition Exhibit Defendant's B, printout of June 0222 Half-year Financial Report, was marked for identification.)

Q. Here you go.

[redacted]

Q. Defendant's B is the half year financial report from June 2022 obtained from the Hermès website, the address indicated on the first page.

Have you ever seen this document before?

A. Yes, I have.

Q. And are you familiar with this document?

A. Yes.

Q. Are you involved in its preparation?

A. Only to the extent that we send our figures to be compiled with the total figures for the entire corporation.

Q. "We," meaning, Hermès US or --

A. Hermès US, yes.

Q. I'm sorry. I know that's not the name of it.

You understand I'm referring --

Page 100

ROBERT CHAVEZ

A. Yes.

Q. -- to the domestic entity?

A. I do.

Q. Okay. And so, if I could ask you to turn to Page 6 of this document. I'm sorry. It may not be the sixth page, because there are some color pages, but this will have a No. 6 on the bottom. And it says, "Sales by Métier at the end of June," on that page.

A. Yes.

Q. Do you see that?

A. I do.

Q. Okay. And on this document, am I reading this correctly, your sales of leather goods and saddlery in the first half of 2022 were $2.358 billion; is that correct?

A. Yes, it is.

Q. And did you guys stay on that pace? Did you end at the year at something 4 point -- I don't know, whatever that comes out to, a little over 4.6?

MR. WARSHAVSKY: I'm going to object to form. Maybe you want to...

Q. Was this growth rate reflected in the

Page 101

ROBERT CHAVEZ

rest of 2022?

A. I don't -- I don't know the growth rate for the rest of the world. I can only tell you the growth rate for the US and for Latin America. Because I'm not privy to that until the report is published.

Q. And what was the growth rate for the US and Latin America in the second half of 2022?

A. Overall or just in leather goods.

Q. Just in leather goods and saddlery, I'm sorry.

A. Just in leather goods and saddlery, I would have to give you a good guess, which would be around 12 or 13 percent.

Q. Of growth?

A. Yes.

Q. Are you aware of a loss of sales revenue in North America because of the MetaBirkin?

A. No, I'm not.

Q. Did you play a role in deciding to bring this litigation?

A. No, I did not.

[redacted]