# EXHIBIT M

```
N22sHER1
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  HERMÈS INTERNATIONAL, et al.,
4           Plaintiffs,
5       v.                              22 Civ. 384 (JSR)
6  MARTIN ROTHSCHILD,
7           Defendant.
8  ------------------------------x
                                        New York, N.Y.
9                                       February 2, 2023
                                        9:30 a.m.
10
   Before:
11
                   HON. JED S. RAKOFF,
12
                                        District Judge
13                                      -and a Jury-

14

15                        APPEARANCES

16  BAKER & HOSTETLER LLP
         Attorneys for Plaintiffs
17  BY:  DEBORAH A. WILCOX
         OREN J. WARSHAVSKY
18       GERALD J. FERGUSON

19  HARRIS ST. LAURENT & WECHSCLER LLP
         Attorneys for Defendant
20  BY:  ADAM B. OPPENHEIM
         JONATHAN A. HARRIS
21
    LEX LUMINA PLLC
22       Attorneys for Defendant
    BY:  RHETT O. MILLSAPS, II
23

24

25

1  Q.  You designed it.
2        And what's the reference to secure your bag to?
3  A.  So secure the bag in like pop culture, in like rap and
4  stuff, just means to secure something of value.  And we had
5  already said you can't see it behind it because this is like a
6  compressed mobile version, but it says press the button below
7  to mint your MetaBirkin now.  We just didn't want to say the
8  same thing twice.
9        MR. HARRIS:  So can you please zoom in on that,
10 Ashley.
11 Q.  Behind the secure your bag it says -- it says press the
12 button below to mint?
13 A.  And it says your MetaBirkin now.
14       MR. HARRIS:  Can you zoom in on that more, Ashley.  Is
15 it possible?  All right.
16 Q.  On the actual version of the site, could the people see --
17 this is a printed copy.  Can people see the "to mint your
18 MetaBirkin now"?
19 A.  Most people mint on a desktop just because it's way safer.
20 So this is just like a very compressed version of it.
21 Sometimes mobile gets a little buggy.
22       MR. HARRIS:  Thank you.
23 Q.  Mr. Warshavsky was asking you questions yesterday about
24 Discord, do you recall that?
25 A.  Yes.

1  Q.  Now, Discord is a -- we talked about this briefly.  It's an
2  online community?
3  A.  Yes.
4  Q.  And how do you communicate with people in Discord?
5  A.  It's kind of like a big chat, a chat platform.  So you just
6  open these different channels, and people can talk, kind of
7  like how I described hashtags.  Each channel is like a hashtag,
8  and people can talk, depending on what they want to talk about.
9  Q.  Can people put videos up?
10 A.  Videos, voice memos, I can stream myself.
11 Q.  And can people direct message each other or is it just the
12 whole group?
13 A.  Both.
14 Q.  Do people sometimes direct message you?
15 A.  All the time.
16 Q.  And your Discord handle, is that the right word?
17 A.  Yes.
18 Q.  Your Discord handle is public?
19 A.  Yes, it's Mason Rothschild #0001.
20 Q.  And do people from the Discord community of MetaBirkin, do
21 they sometimes direct message you?
22 A.  Yes.
23 Q.  And if they direct message you, would you have read those
24 messages?
25 A.  Most of them, the ones that I could see.

1  Q. And would you respond?

2  A. Yes, I respond to them publicly as well.

3  Q. We're going to come back to that.

4         Mr. Warshavsky asked you yesterday, do you have any

5  documents showing that there were more than nine or 10,000

6  members of the MetaBirkin Discord?

7  A. Yeah.

8  Q. Discord channel, is that the right word?

9  A. Discord server.

10 Q. Discord server.

11        Were there more members than that?

12 A. Yes.

13 Q. Now, does Discord have a feature in Discord where somebody

14 who logs into your Discord server --

15 A. Yeah.

16 Q. -- can tell how many members there are at that time?

17 A. Yes.  In most Discord servers, they have a member count at

18 the top, which we had for the MetaBirkin server and a few of my

19 other servers.

20        MR. HARRIS:  Can I please pull up what is marked for

21 identification, your Honor, Defendants' Exhibit 619, just for

22 the witness and the Court, counsel.

23 Q. Could you briefly describe what this is, Mr. Rothschild.

24 A. This is me speaking through the MetaBirkins Twitter saying

25 that we're pausing registration at 24,000 members.