**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MASON ROTHSCHILD, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 22-CV-00384 (JSR) |

**PLAINTIFFS' NOTICE OF TAXATION OF COSTS**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 54(d)(1) and Local Civil Rule 54.1, Plaintiffs Hermès International and Hermès of Paris, Inc. (collectively "Hermès") hereby give notice to Defendant Mason Rothschild ("Rothschild") that, pursuant to the Bill of Costs, Itemization of Taxable Costs, and supporting documentation filed herewith, Hermès will request that the Clerk of Court for Taxation, Orders and Judgments tax a total of $56,957.61 in costs against Rothschild at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, on March 29, 2023 at 11:00am, or as soon thereafter as counsel may be heard, at a time and date to be determined as convenient for the Clerk.

| | |
|---|---|
| Dated: March 15, 2023<br>New York, New York | Respectfully submitted,<br><br>**BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP**<br>Deborah A. Wilcox, Esq. (*pro hac vice*)<br>Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone:  216.621.0200<br><br>**BAKER & HOSTETLER LLP**<br>Lisa Bollinger Gehman, Esq. (*pro hac vice*)<br>1735 Market Street<br>Philadelphia, PA 19103<br>Telephone:  215.568.3100 | By:  /s/ *Gerald J. Ferguson*<br>Gerald J. Ferguson, Esq.<br>Oren J. Warshavsky, Esq.<br>Jason S. Oliver, Esq.<br>Jessica H. Fernandez, Esq.<br>Megan C. Corrigan, Esq.<br>45 Rockefeller Plaza, 14th Floor<br>New York, NY 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br><br>*Attorneys for Plaintiffs*<br>*Hermès International and*<br>*Hermès of Paris, Inc.* |