# ITEMIZATION OF TAXABLE COSTS

*Hermès International and Hermès of Paris, Inc.*

*v.*

*Mason Rothschild*

Civil Action No. 22-CV-00384 (JSR)

**Exhibit 1: Fees for Service of Summons and Subpoenas**

| Invoice Date | Description | Amount |
|---|---|---|
| 1/22/2022 | Service of Summons and Complaint on Mason Rothschild | $1,159.00 |
| 6/15/2022 | Deposition Subpoenas to Kenneth Loo, Jesse Lee, and Attempted Service of Deposition Subpoena to David Cohen | $698.50 |
| 7/13/2022 | Document Subpoenas to Discord, Inc., and Meta Platforms, Inc. | $500.00 |
| 7/15/2022 | Document Subpoena to Hearst Magazine Media | $275.00 |
| 7/16/2022 | Deposition Subpoena to David Cohen | $315.00 |
| 7/28/2022 | Document Subpoena to Ozone Networks d/b/a OpenSea, Coinbase, Rarible Inc., and Zora Labs and Attempted Service of Deposition Subpoena to Spencer Krejci | $1,215.75 |
| 8/17/2022 | Deposition Subpoena to Electric Feel Ventures, LLC and Truman Sacks | $597.00 |
| 8/18/2022 | Attempted Service of Deposition Subpoena to Spencer Krejci | $1,647.50 |
| 8/28/2022 | Deposition Subpoena to Spencer Krejci | $1,094.50 |
| 9/18/2022 | Document Subpoenas to Terminal 27 Inc. | $305.84 |
| | **Subtotal:** | **$7,808.09** |

**Exhibit 2: Fees for Transcripts**

| Invoice Date | Description | Amount |
|---|---|---|
| 8/16/2022 | Mason Rothschild Deposition Transcript | $5,569.65 |
| 8/25/2022 | Jesse Lee Deposition Transcript | $966.85 |
| 8/30/2022 | Kenneth Loo Deposition Transcript (Day 1) | $780.40 |
| 9/8/2022 | Dr. Scott Duke Kominers Deposition Transcript | $1,313.20 |
| 9/12/2022 | Nicolas Martin Deposition Transcript | $1,400.10 |
| 9/19/2022 | Kenneth Loo Deposition Transcript (Day 2) | $877.85 |
| 9/20/2022 | Boriana Guimberteau Deposition Transcript | $372.80 |
| 9/21/2022 | Truman Sacks Deposition Transcript | $1,801.60 |
| 9/23/2022 | Dr. Bruce R. Isaacson Deposition Transcript | $1,111.75 |
| 9/27/2022 | Spencer Krejci Deposition Transcript | $780.70 |
| 9/27/2022 | Dr. David Neal Deposition Transcript | $1,640.85 |
| 9/27/2022 | David Cohen Deposition Transcript | $1,582.95 |
| 9/28/2022 | Dr. Blake Gopnik Deposition Transcript | $2,265.65 |
| 1/17/2023 | Video Testimony of Robert Chavez | $1,227.00 |
| 1/20/2023 | Robert Chavez Trial Testimony Transcript | $1,118.25 |
| 2/8/2023 | Southern District Reports Trial Transcript, Day 1 | $825.12 |
| 2/8/2023 | Southern District Reports Trial Transcript, Day 2 | $1,214.76 |
| 2/8/2023 | Southern District Reports Trial Transcript, Day 3 | $1,474.52 |
| 2/8/2023 | Southern District Reports Trial Transcript, Day 4 | $1,100.16 |
| 2/8/2023 | Southern District Reports Trial Transcript, Day 5 | $2,531.52 |
| 2/14/2023 | Southern District Reports Trial Transcript, Day 6 | $1,652.52 |
| 2/14/2023 | Southern District Reports Trial Transcript, Day 7 | $228.54 |
| 2/14/2023 | Southern District Reports Trial Transcript, Day 8 | $52.74 |
| | **Subtotal:** | **$31,889.48** |

**Exhibit 3: Interpreting Costs**

| Invoice Date | Description | Amount |
|---|---|---|
| 9/1/2022 | Interpreter for Deposition of Hermès's 30(b)(6) Witness Nicolas Martin | $1,995.00 |
| 2/21/2023 | Interpreter for Plaintiffs' Trial Witnesses, Day 1 | $1,995.00 |
| 2/21/2023 | Interpreter for Plaintiffs' Trial Witnesses, Day 2 | $1,995.00 |
| 2/21/2023 | Interpreter for Plaintiffs' Trial Witnesses, Day 3 | $1,995.00 |
| 2/21/2023 | Interpreter for Plaintiffs' Trial Witnesses, Day 4 | $1,995.00 |
| | **Subtotal:** | **$9,975.00** |

**Exhibit 4: Subsistence Costs for Witnesses**

| Dr. Kevin D. Mentzer, Ph.D. Travel Expenses | | | |
|---|---|---|---|
| **Invoice Date** | **Expense** | **Merchant** | **Receipt Total** |
| 1/26/2023 and 1/20/2023 | Hotel | DoubleTree by Hilton and The Jewel | $942.14 |
| 1/20/2023 | Airfare | American Airlines | $193.30 |
| 1/27/2023 and 2/1/2023 | Taxis To/From JFK | Curb Mobility | $202.63 |
| Various | Subway To/From Court | NYC Subway | $11.00 |
| | | **Subtotal:** | **$1,349.07** |

| Dr. Bruce R. Isaacson, DBA, MBA Travel Expenses | | | |
|---|---|---|---|
| **Invoice Date** | **Expense** | **Merchant** | **Receipt Total** |
| 1/28/2023 | Hotel | Hotel Giraffe | $2,705.94 |
| 1/5/2023 | Airfare | American Airlines | $2,547.81 |
| Various | Transportation To/From Airport and Court | Lyft and Curb Mobility | $522.22 |
| | | **Subtotal:** | **$5,775.97** |