# Exhibit 1

# 096801.000091

## COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590
113629812

Phone 516-742-7455 -- FAX 516-742-7484
service@courtsupportinc.com

**We've Moved, New Address**

Invoice Date: 1/22/2022
Invoice #: 1456668

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Attn: Christina Belanger

**TOTAL INVOICE AMOUNT DUE**

$1,159.00

All Major Credit Cards Accepted - Any Advanced Fees must be paid upon receipt of this Invoice

---

**Job #:** 1456668   **Your #:**
**Plaintiff:** HERMES INTERNATIONAL and HERMES OF PARIS, INC.,
**Defendant:** MASON ROTHSCHILD,
**Case Number** 1:22-cv-00384-AJN
**Documents:** Summons in a Civil Action, Complaint with Exhibits and Jury Trial

**Recipient:**
MASON ROTHSCHILD
**Person Served:**
MASON ROTHSCHILD
923 EVERETTE STREET, LOS ANGELES, CA 90026

**Date Received:**
1/19/2022
**Completed:**
1/20/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Attempted - Service Fee @ 923 Everette Street, Los Angles (Unsuccessful) inlcudes $15.00 notary | 1 | $378.00 | $378.00 |

Job Total Due =   $378.00

---

**Job #:** 1456669   **Your #:**
**Plaintiff:** HERMES INTERNATIONAL and HERMES OF PARIS, INC.,
**Defendant:** MASON ROTHSCHILD,
**Case Number** 1:22-cv-00384-AJN
**Documents:** Summons in a Civil Action, Complaint with Exhibits and Jury Trial

**Recipient:**
MASON ROTHSCHILD
**Person Served:**
MASON ROTHSCHILD
1718 NORTH ALEXANDRIA AVE, LOS ANGELES, CA

**Date Received:**
1/19/2022
**Completed:**
1/20/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Attempted - Service Fee @ 1718 North Alexandria, Los Angles (Unsuccessful) includes $15.00 notary | 1 | $378.00 | $378.00 |

Job Total Due =   $378.00

---

**Job #:** 1456670   **Your #:**
**Plaintiff:** HERMES INTERNATIONAL and HERMES OF PARIS, INC.,
**Defendant:** MASON ROTHSCHILD,
**Case Number** 1:22-cv-00384-AJN
**Documents:** Summons in a Civil Action, Complaint with Exhibits and Jury Trial

**Recipient:**
MASON ROTHSCHILD
**Person Served:**
Najee McCord
TERMINAL 27, 8271 BEVERLY BLVD., LOS ANGELES, CA

**Date Received:**
1/19/2022
**Completed:**
1/20/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service Fee @ Terminal 27, 8271 Beverly Blvd, Los California, CA includes $15.00 notary | 1 | $378.00 | $378.00 |
| Mailing | 1 | $25.00 | $25.00 |
| Client Please File Affidavit(s) Electronically | 1 | $0.00 | $0.00 |
| Client File No. 096801.000091 | 1 | $0.00 | $0.00 |

Job Total Due =   $403.00

---

# COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590
113629812

Phone 516-742-7455 -- FAX 516-742-7484
service@courtsupportinc.com

Invoice For: BAKER & HOSTETLER LLP

**TOTAL INVOICE CHARGES:**              **$1,159.00**
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**           **$1,159.00**

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

COURT SUPPORT, INC.

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☑ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

265 POST AVE #150

6 City, state, and ZIP code

WESTBURY, NY 11590

Requester's name and address (optional)

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

or

**Employer identification number**

1 1 – 3 6 2 9 8 1 2

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**
Signature of U.S. person ▶ *[signature]*
Date ▶ 1-4-22

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding*, later.

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)





**INVOICE**
INV1307

**DATE**
Jun 15, 2022

**DUE DATE**
Jun 25, 2022

**BALANCE DUE**
USD $698.50

## Legal Consultants for Everyone, LLC

**Business Number** 877 LIT-PRO2
531 US-22 E
PMB 224
Whitehouse Station, NJ 08889
📞 (877) 548-7762
🖨 (917) 583-4525
www.legalconsultantsforeveryone.com
info@legalconsultantsforeveryone.com

**BILL TO**

## Baker & Hostetler LLP

Juan Gonzalez
45 Rockefeller Plaza
New York, NY 10111
📞 212 847-2878
🖨 646 549-7977
jgonzalez@bakerlaw.com

| DESCRIPTION | RATE | QTY | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| **Hermes Int v Rothschild Case No. 22cv384 USDC-SDNY** Completed rush services of subpoenas with the witness fees upon 1) Kenneth Loo, 40 West 27th Street, Suite 401, New York, NY on 6/6/2022, 2) Jesse Lee at 3343 La Cienga Place, Los Angeles, CA on 6/14/2022 and attempted to serve 3) David Cohen at 442 East 13th Street, Apt 3, New York, NY on 6/6. *Bad Address for David Cohen* <br><br> C/M# 096801.000091 | $250.00 | 3 | -$187.50 25% | $562.50 |
| **Print and Preparation costs per page for rush service of all papers** Print out and prepare 33 pages for rush service (fee includes time spent reviewing, printing and preparation of pages). | $2.00 | 33 | -$33.00 50% | $33.00 |
| **Witness fees associated with the Subpoenas** Total amount of witness fees served with the completed serves. | $48.00 | 2 | | $96.00 |
| Administrative Fee | $7.00 | 1 | | $7.00 |

| | |
|---|---|
| **TOTAL** | $698.50 |

| | |
|---|---|
| **BALANCE DUE** | **USD $698.50** |

## Payment Info

**BY CHECK**

Legal Consultants for Everyone, LLC

**OTHER**

We accept payments via PayPal, VenMo, CashApp, Zeille and ACH direct payments.  Call us for more information.

Please pay the "Balance Due" upon receipt

*Payments not made within 30 days will have a 10% penalty added to the invoice and 10% added every 30 days until invoice is paid*





**INVOICE**

INV1357

## Legal Consultants for Everyone, LLC

**Business Number** 877 LIT-PRO2
531 US-22 E
PMB 224
Whitehouse Station, NJ 08889
📞 (877) 548-7762
🖨 (917) 583-4525
www.legalconsultantsforeveryone.com
info@legalconsultantsforeveryone.com

**DATE**
Jul 13, 2022

**DUE DATE**
Jul 23, 2022

**BALANCE DUE**
USD $500.00

BILL TO

## Baker & Hostetler LLP

Juan Gonzalez
45 Rockefeller Plaza
New York, NY 10111
📞 212 847-2878
🖨 646 549-7977
jgonzalez@bakerlaw.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **Hermes Int v Rothschild Case No. 22cv384 USDC-SDNY**<br>Completed rush service of subpoenas on 7/12/2022 upon 1) Discord, Inc. via their Registered Agent, CT Corporation Systems, 330 North Brand Blvd, Suite 700, Glendale, CA 91203 & 2) Meta Platforms, Inc. Via their Registered Agent, CSC Lawyers Inc., 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.<br><br>C/M# 096801.000091 | $250.00 | 2 | $500.00 |

| | TOTAL | $500.00 |
|---|---|---|
| | **BALANCE DUE** | **USD $500.00** |

## Payment Info

BY CHECK
Legal Consultants for Everyone, LLC

OTHER
We accept payments via PayPal, VenMo, CashApp, Zeille
and ACH direct payments. Call us for more information.

Case 1:22-cv-00384-JSR   Document 179-1   Filed 03/15/23   Page 18 of 22

Please pay the "Balance Due" upon receipt

---

*Payments not made within 30 days will have a 10% penalty added to the invoice and 10% added every 30 days until invoice is paid*




**INVOICE**
INV1361

**DATE**
Jul 15, 2022

**DUE DATE**
Jul 25, 2022

**BALANCE DUE**
USD $275.00

# Legal Consultants for Everyone, LLC

**Business Number** 877 LIT-PRO2

531 US-22 E

PMB 224

Whitehouse Station, NJ 08889

📞 (877) 548-7762

📱 (917) 583-4525

www.legalconsultantsforeveryone.com

info@legalconsultantsforeveryone.com

**BILL TO**

## Baker & Hostetler LLP

Juan Gonzalez

45 Rockefeller Plaza

New York, NY 10111

📞 212 847-2878

📱 646 549-7977

jgonzalez@bakerlaw.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **Hermes Int v Rothschild Case No. 22cv384 USDC-SDNY**<br>Completed rush service of subpoena on 7/14/2022 upon Hearst Magazine Media via their Registered Agent, CT Corporation Systems, 28 Liberty Street, New York, NY.<br><br>C/M# 096801.000091 | $275.00 | 1 | $275.00 |

| | | |
|---|---|---|
| **TOTAL** | | $275.00 |
| **BALANCE DUE** | | **USD $275.00** |

## Payment Info

**BY CHECK**

Legal Consultants for Everyone, LLC

**OTHER**

We accept payments via PayPal, VenMo, CashApp, Zeille and ACH direct payments.  Call us for more information.

Please pay the "Balance Due" upon receipt

*Payments not made within 30 days will have a 10% penalty added to the invoice and 10% added every 30 days until invoice is paid*





### Legal Consultants for Everyone, LLC

**Business Number** 877 LIT-PRO2
531 US-22 E
PMB 224
Whitehouse Station, NJ 08889
☎ (877) 548-7762
▯ (917) 583-4525
www.legalconsultantsforeveryone.com
info@legalconsultantsforeveryone.com

**INVOICE**
INV1366

**DATE**
Jul 16, 2022

**DUE DATE**
Jul 26, 2022

**BALANCE DUE**
USD $315.00

**BILL TO**

### Baker & Hostetler LLP

Juan Gonzalez
45 Rockefeller Plaza
New York, NY 10111
☎ 212 847-2878
▯ 646 549-7977
jgonzalez@bakerlaw.com

| DESCRIPTION | RATE | QTY | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| **Hermes Int v Rothschild Case No. 22cv384 USDC-SDNY** <br> Completed rush service of subpoena on 7/15/2022 upon David Cohen c/o Electric Feel at 8730 West Sunset Blvd, Suite 175, Los Angeles, CA 90069 via sub service on Eric Sandoval, person authorized to accept. | $350.00 | 1 | -$35.00 <br> 10% | $315.00 |

C/M# 096801.000091

| | TOTAL | $315.00 |
|---|---|---|
| | **BALANCE DUE** | **USD $315.00** |

## Payment Info

**BY CHECK**
Legal Consultants for Everyone, LLC

**OTHER**
We accept payments via PayPal, VenMo, CashApp, Zeille and ACH direct payments. Call us for more information.

Please pay the "Balance Due" upon receipt

---

*Payments not made within 30 days will have a 10% penalty added to the invoice and 10% added every 30 days until invoice is paid*





## Legal Consultants for Everyone, LLC

**Business Number** 877 LIT-PRO2
531 US-22 E
PMB 224
Whitehouse Station, NJ 08889
📞 (877) 548-7762
🖷 (917) 583-4525
www.legalconsultantsforeveryone.com
info@legalconsultantsforeveryone.com

**INVOICE**
INV1387

**DATE**
Jul 28, 2022

**DUE DATE**
Aug 7, 2022

**BALANCE DUE**
USD $1,215.75

**BILL TO**

### Baker & Hostetler LLP

Juan Gonzalez
45 Rockefeller Plaza
New York, NY 10111
📞 212 847-2878
🖷 646 549-7977
jgonzalez@bakerlaw.com

| DESCRIPTION | RATE | QTY | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| **Hermes Int v Rothschild Case No. 22cv384 USDC-SDNY** Completed rush service of subpoenas on 7/21/2022 upon 1) Ozone Networks d/b/a OpenSea via their Registered Agent, The Companies Corp at 251 Little Falls Drive, Wilmington, DE, 2) Coinbase via their Registered Agent, The Corporation Trust Company at 1209 Orange Street, Wilmington, DE, 3) Rarible, Inc via their Registered Agent,  The Corporation Trust Company at 1209 Orange Street, Wilmington, DE, 4) Zora Labs via their Registered Agent, Corporation Trust Company at 1209 Orange Street, Wilmington, DE.<br><br>Made due diligence attempts to serve the Subpoena with with witness fee upon 5) Spencer Krejci at 1901 East 1st Street, Apt. 577, Santa Ana, CA.  *Building, not able to gain access, unable to confirm residence*<br><br>C/M# 096801.000091 | $275.00 | 5 | -$206.25 15% | $1,168.75 |

| DESCRIPTION | RATE | QTY | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| **Print and Preparation costs per page for service of all papers** Print out and prepare 47 pages for service on a rush basis. (fee includes time spent reviewing, printing and preparation of pages). | $2.00 | 47 | -$47.00 50% | $47.00 |

| | | |
|---|---|---|
| **TOTAL** | | $1,215.75 |
| **BALANCE DUE** | | **USD $1,215.75** |

## Payment Info

**BY CHECK**

Legal Consultants for Everyone, LLC

**OTHER**

We accept payments via PayPal, VenMo, CashApp, Zeille and ACH direct payments. Call us for more information.

Please pay the "Balance Due" upon receipt

*Payments not made within 30 days will have a 10% penalty added to the invoice and 10% added every 30 days until invoice is paid*





### Legal Consultants for Everyone, LLC

**Business Number** 877 LIT-PRO2
531 US-22 E
PMB 224
Whitehouse Station, NJ 08889
📞 (877) 548-7762
🖨 (917) 583-4525
www.legalconsultantsforeveryone.com
info@legalconsultantsforeveryone.com

**INVOICE**
INV1431

**DATE**
Aug 17, 2022

**DUE DATE**
Aug 27, 2022

**BALANCE DUE**
USD $597.00

**BILL TO**

### Baker & Hostetler LLP

Juan Gonzalez
45 Rockefeller Plaza
New York, NY 10111
📞 212 847-2878
🖨 646 549-7977
jgonzalez@bakerlaw.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **Hermes Int v Rothschild Case No. 22cv384 USDC-SDNY**<br>Completed rush service of subpoenas on 1) Electric Feel Ventures, LLC on 8/16/2022 via their Registered Agent The Corporation Trust Company at 1209 Orange Street, Wilmington, DE, and on 8/15/2022 upon 2) Truman Sacks at 332 South Rodeo Drive, Beverly Hills, CA 90212.<br><br>C/M# 096801.000091 | $275.00 | 2 | $550.00 |
| Witness fees associated with the Subpoena | $47.00 | 1 | $47.00 |
| | **TOTAL** | | $597.00 |
| | **BALANCE DUE** | | **USD $597.00** |

### Payment Info

**BY CHECK**
Legal Consultants for Everyone, LLC

**OTHER**
We accept payments via PayPal, VenMo, CashApp, Zeille

and ACH direct payments.  Call us for more information.

Please pay the "Balance Due" upon receipt

---

*Payments not made within 30 days will have a 10% penalty added to the invoice and 10% added every 30 days until invoice is paid*





**INVOICE**
INV1434

**DATE**
Aug 18, 2022

**DUE DATE**
Aug 28, 2022

**BALANCE DUE**
USD $1,647.50

## Legal Consultants for Everyone, LLC

**Business Number** 877 LIT-PRO2
531 US-22 E
PMB 224
Whitehouse Station, NJ 08889
📞 (877) 548-7762
🖨 (917) 583-4525
www.legalconsultantsforeveryone.com
info@legalconsultantsforeveryone.com

**BILL TO**

## Baker & Hostetler LLP

Juan Gonzalez
45 Rockefeller Plaza
New York, NY 10111
📞 212 847-2878
🖨 646 549-7977
jgonzalez@bakerlaw.com

| DESCRIPTION | RATE | QTY | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| **Hermes Int v Rothschild Case No. 22cv384 USDC-SDNY**<br>Attempted to rush serve subpoena upon Spencer Krejci at 1901 East 1st Street, Apt. 577, Santa Ana, CA on 8/15 & 8/17.<br>*Apartment building, no access without permission, rang doorbell associated to Spencer Krejci. No answer<br><br>C/M# 096801.000091 | $350.00 | 1 | -$52.50<br>15% | $297.50 |
| **STAKE OUT SERVICE FEE PER HOUR**<br>Staked out Spencer Krejci's residential address in an attempt to serve the subpoena personally as instructed. August 15, 3 hours and August 17, 3 hours. | $250.00 | 6 | -$150.00<br>10% | $1,350.00 |

| | TOTAL | | | $1,647.50 |
|---|---|---|---|---|
| | **BALANCE DUE** | | | **USD $1,647.50** |

## Payment Info

**BY CHECK**

Legal Consultants for Everyone, LLC

**OTHER**

We accept payments via PayPal, VenMo, CashApp, Zeille and ACH direct payments.  Call us for more information.

Please pay the "Balance Due" upon receipt

---

*Payments not made within 30 days will have a 10% penalty added to the invoice and 10% added every 30 days until invoice is paid*





## Legal Consultants for Everyone, LLC

**Business Number** 877 LIT-PRO2

531 US-22 E

PMB 224

Whitehouse Station, NJ 08889

📞 (877) 548-7762

📟 (917) 583-4525

www.legalconsultantsforeveryone.com

info@legalconsultantsforeveryone.com

**INVOICE**

INV1443

**DATE**

Aug 28, 2022

**DUE DATE**

Sep 7, 2022

**BALANCE DUE**

USD $1,094.50

**BILL TO**

### Baker & Hostetler LLP

Juan Gonzalez

45 Rockefeller Plaza

New York, NY 10111

📞 212 847-2878

📟 646 549-7977

jgonzalez@bakerlaw.com

| DESCRIPTION | RATE | QTY | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| **Hermes Int v Rothschild Case No. 22cv384 USDC-SDNY**<br>On 8/25/2022, completed rush service of subpoena with the witness fee upon Spencer Krejci at 1901 East 1st Street, Apt. 577, Santa Ana, CA.<br><br>C/M# 096801.000091 | $350.00 | 1 | | $350.00 |
| **STAKE OUT SERVICE FEE PER HOUR**<br>Staked out Spencer Krejci's residential address in an attempt to serve the subpoena personally as instructed on 8/25. | $250.00 | 3 | -$112.50<br>15% | $637.50 |
| Witness fees associated with the Subpoena | $107.00 | 1 | | $107.00 |

| | TOTAL | $1,094.50 |
|---|---|---|
| | **BALANCE DUE** | **USD $1,094.50** |

## Payment Info

**BY CHECK**

Legal Consultants for Everyone, LLC

**OTHER**

We accept payments via PayPal, VenMo, CashApp, Zeille and ACH direct payments.  Call us for more information.

Please pay the "Balance Due" upon receipt

---

*Payments not made within 30 days will have a 10% penalty added to the invoice and 10% added every 30 days until invoice is paid*

# 096801.000091

## COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590
113629812

Phone 516-742-7455 -- FAX 516-742-7484
service@courtsupportinc.com

Invoice Date: 9/18/2022
Invoice #: 1463710

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Attn: Christina Belanger

**TOTAL INVOICE AMOUNT DUE**

$1,124.84

All Major Credit Cards Accepted - Any Advanced Fees must be paid upon receipt of this Invoice

---

**Job #:** 1463710    **Your #:**
**Plaintiff:** HERMES INTERNATIONAL and HERMES OF PARIS, INC.,
**Defendant:** MASON ROTHSCHILD,
**Index Number** 22-cv-00384-JSR
**Documents:** Subpoena to Testify at a Deposition in a Civil Action and

**Recipient:** JEFFREY BERK
**Person Served:** "Jane Doe" (Refused Name)
1216 PALM TRIAL, DELRAY BEACH, FL 33483

**Date Received:** 9/2/2022
**Completed:** 9/13/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service Fee @ 1216 Palm Trl, Delray Beach, FL | 1 | $398.00 | $398.00 |
| Advanced Witness Fee | 1 | $40.00 | $40.00 |
| Check Handling Fee | 1 | $3.00 | $3.00 |

**Job Total Due =**    $441.00

---

**Job #:** 1463711    **Your #:**
**Plaintiff:** HERMES INTERNATIONAL and HERMES OF PARIS, INC.,
**Defendant:** MASON ROTHSCHILD,
**Index Number** 22-cv-00384-JSR
**Documents:** Subpoena to Produce Documents, Information, or Objects

**Recipient:** PRIVE PORTER C/O DEREK A.
**Person Served:** Derek A. Schwartz
4755 TECHNOLOGY WAY, SUITE 205, BOCA RATON, FL

**Date Received:** 9/2/2022
**Completed:** 9/2/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service Fee @ 4755 Technology Way, Boca Raton, FL | 1 | $378.00 | $378.00 |

**Job Total Due =**    $378.00

---

**Job #:** 1463712    **Your #:**
**Plaintiff:** HERMES INTERNATIONAL and HERMES OF PARIS, INC.,
**Defendant:** MASON ROTHSCHILD,
**Index Number** 22-cv-00384-JSR
**Documents:** Subpoena to Produce Documents, Information, or Objects

**Recipient:** TERMINAL 27 INC., C/O NAOKI
**Person Served:** "Jane Doe" (Refused Name)
8271 BEVERLY BLVD., LOS ANGELES, CA 90048

**Date Received:** 9/2/2022
**Completed:** 9/2/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service Fee @ 8271 Beverly Blvd., Los Angeles, CA | 1 | $298.00 | $298.00 |
| Copy Cost | 28 | $0.28 | $7.84 |
| Client File No. 096801.000091 | 1 | $0.00 | $0.00 |

**Job Total Due =**    $305.84

---

# COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590        Phone 516-742-7455 -- FAX 516-742-7484

113629812        service@courtsupportinc.com

Invoice For: BAKER & HOSTETLER LLP

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$1,124.84** |
| **TOTAL INVOICE PAYMENTS:** | |
| **TOTAL INVOICE AMOUNT DUE:** | **$1,124.84** |