# Exhibit 2

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

Bill To: Terry Blaber
Baker Hostetler, LLP
11601 Wilshire Blvd
Ste 1400
Los Angeles, CA, 90025

| | |
|---:|---:|
| **Invoice #:** | **5968299** |
| **Invoice Date:** | **8/16/2022** |
| **Balance Due:** | **$8,286.90** |

| **Case: Hermès International Et Al. v. Rothschild, Mason (22CV00384)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5329739 | Job Date: 8/4/2022 | Delivery: Expedited

Location: Los Angeles, CA
Billing Atty: Terry Blaber
Scheduling Atty: Oren Warshavsky | Baker & Hostetler LLP

| Witness: Mason Rothschild | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 507.00 | $9.95 | $5,044.65 |
| Surcharge - Extended Hours | 2.00 | $95.00 | $190.00 |
| Exhibits | 367.00 | $0.65 | $238.55 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Rough Draft | 507.00 | $1.65 | $836.55 |
| Realtime Services | 507.00 | $1.95 | $988.65 |
| Surcharge - Video Proceeding | 507.00 | $0.50 | $253.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance (Full Day) | 1.00 | $300.00 | $300.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

| Notes: | **Invoice Total:** | **$8,286.90** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$8,286.90** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5968299** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **8/16/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$8,286.90** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Terry Blaber
Baker Hostetler, LLP
600 Anton Blvd
Suite 900
Costa Mesa, CA, 92626

| | |
|---|---|
| **Invoice #:** | **5996227** |
| **Invoice Date:** | **8/25/2022** |
| **Balance Due:** | **$2,275.00** |

| **Case: Hermès International Et Al. v. Rothschild, Mason (22CV00384)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5364592   |   Job Date: 8/10/2022   |   Delivery: Normal

Location:  Los Angeles, CA

Billing Atty:  Terry Blaber

Scheduling Atty:  Oren Warshavsky | Baker & Hostetler LLP

| Witness: Jesse Lee | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 153.00 | $5.45 | $833.85 |
| Attendance (Hourly) | 3.00 | $35.00 | $105.00 |
| Exhibits | 256.00 | $0.00 | $0.00 |
| Rough Draft | 153.00 | $2.50 | $382.50 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Surcharge - Video Proceeding | 155.00 | $0.75 | $116.25 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 256.00 | $0.65 | $166.40 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,275.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,275.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5996227** |
| **Invoice Date:** | **8/25/2022** |
| **Balance Due:** | **$2,275.00** |

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Terry Blaber
Baker Hostetler, LLP
45 Rockefeller Plz
New York, NY, 10111

| | |
|---|---|
| **Invoice #:** | 5994235 |
| **Invoice Date:** | 8/30/2022 |
| **Balance Due:** | $1,860.95 |

| Case: Hermès International Et Al. v. Rothschild, Mason (22CV00384) | Proceeding Type: Depositions |
|---|---|

Job #: 5360173 | Job Date: 8/10/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Terry Blaber
Scheduling Atty: Oren Warshavsky | Baker & Hostetler LLP

| Witness: Kenneth Loo | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 122.00 | $5.45 | $664.90 |
| Attendance (Hourly) | 2.50 | $35.00 | $87.50 |
| Exhibits | 62.00 | $0.00 | $0.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Rough Draft | 122.00 | $2.50 | $305.00 |
| Surcharge - Video Proceeding | 123.00 | $0.75 | $92.25 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 62.00 | $0.65 | $40.30 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $1,860.95 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,860.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | 5994235 |
| **Invoice Date:** | 8/30/2022 |
| **Balance Due:** | $1,860.95 |

11462



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220255117-13 | 9/8/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6213615 | 8/29/2022 | $1656.00 |

| Case Name | | |
|---|---|---|
| Hermes International v. Mason Rothschild | | |

| Case No. | | |
|---|---|---|
| 22CV00384JSR | | |

**NE - NEW YORK CITY**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 877-479-2484  Fax: 877-876-9330**

**Lisa Gehman**
**BakerHostetler LLP**
**1801 California Street # 4400**
**Denver CO 80202**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Lisa Gehman<br>BakerHostetler LLP<br>1801 California Street # 4400<br>Denver CO 80202 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: Scott Duke Kominers, Ph.D. | | | | |
| Copy | 316.00 | Pages | $3.95 | $1,248.20 |
| Exhibit | 125.00 | Pages | $0.65 | $81.25 |
| Exhibits (Color) | 5.00 | Pages | $1.25 | $6.25 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Expert/Technical Pages | 262.00 | Pages | $0.65 | $170.30 |
| | **Total Due** | | | **$1656.00** |
| | AFTER 10/23/2022 PAY | | | $1,656.00 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$1656.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 303-861-0600

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com

*"Please detach bottom portion and return with payment."*

| | Invoice No. | 20220255117-13 | Invoice Date | 9/8/2022 |
|---|---|---|---|---|
| Lisa Gehman<br>BakerHostetler LLP<br>1801 California Street # 4400<br>Denver CO 80202 | Job No. | 6213615 | Case No. | 22CV00384JSR |
| | Total Due | $1656.00 | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                     Phone:

Billing Address:

Zip:                     Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220256869-13 | 9/12/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6214188 | 8/30/2022 | $4363.32 |

| Case Name | | |
|---|---|---|
| Hermes International v. Mason Rothschild | | |

| Case No. | | |
|---|---|---|
| 22CV00384JSR | | |

**NE - NEW YORK CITY**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 877-479-2484  Fax: 877-876-9330

Lisa Gehman
**BakerHostetler LLP**
1801 California Street # 4400
Denver CO 80202

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| BakerHostetler LLP<br>45 Rockefeller Plaza # 10th Floor<br>New York NY 10020 | Lisa Gehman<br>BakerHostetler LLP<br>1801 California Street # 4400<br>Denver CO 80202 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Laptop/Tablet Rental | 2.00 | N/A | $75.00 | $150.00 |
| I CERTIFIED COPY OF TRANSCRIPT OF: Nicolas Martin (Hermes International and Hermes of Paris, Inc.) | | | | |
| Copy | 338.00 | Pages | $3.95 | $1,335.10 |
| 4 Business Day Expedite | | | | $934.57 |
| Exhibit | 45.00 | Pages | $0.65 | $29.25 |
| Exhibits (Color) | 38.00 | Pages | $1.25 | $47.50 |
| Realtime Feed - Streaming | 291.00 | Pages | $2.00 | $582.00 |
| Realtime Feed - Streaming | 291.00 | Pages | $2.00 | $582.00 |
| Video Pages | 291.00 | Pages | $0.95 | $276.45 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Expert/Technical Pages | 291.00 | Pages | $0.95 | $276.45 |

| | |
|---|---|
| **Total Due** | **$4363.32** |
| AFTER 10/27/2022 PAY | $4,363.32 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$4363.32** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                     Phone: 303-861-0600

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Lisa Gehman
BakerHostetler LLP
1801 California Street # 4400
Denver CO 80202

| | |
|---|---|
| **Invoice No.** | 20220256869-13 |
| **Job No.** | 6214188 |
| **Total Due** | **$4363.32** |

| | |
|---|---|
| **Invoice Date** | 9/12/2022 |
| **Case No.** | 22CV00384JSR |

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**    AMEX  mastercard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Terry Blaber | | |
| --- | --- | --- | --- |
| | Baker Hostetler, LLP | **Invoice #:** | **6038774** |
| | 600 Anton Blvd | **Invoice Date:** | **9/19/2022** |
| | Suite 900 | **Balance Due:** | **$2,128.40** |
| | Costa Mesa, CA, 92626 | | |

| **Case: Hermès International Et Al. v. Rothschild, Mason (22CV00384)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 5421953 | Job Date: 9/7/2022 | Delivery: Normal

| | |
| --- | --- |
| Location: | Los Angeles, CA |
| Billing Atty: | Terry Blaber |
| Scheduling Atty: | Oren Warshavsky | Baker Hostetler LLP |

**Witness: Kenneth Loo**

| | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Original with 1 Certified Transcript | 133.00 | $5.45 | $724.85 |
| Attendance - Hourly | 1.00 | $35.00 | $35.00 |
| Surcharge - Extended Hours | 2.00 | $45.00 | $90.00 |
| Exhibits | 192.00 | $0.00 | $0.00 |
| Rough Draft | 133.00 | $2.50 | $332.50 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Surcharge - Video Proceeding | 133.00 | $0.75 | $99.75 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 192.00 | $0.65 | $124.80 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.50 | $50.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6038774**
**Invoice Date: 9/19/2022**
**Balance Due: $2,128.40**

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$2,128.40** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,128.40** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6038774**
**Invoice Date: 9/19/2022**
**Balance Due: $2,128.40**

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Terry Blaber | | |
|---|---|---|---|
| | Baker Hostetler, LLP | **Invoice #:** | **6048590** |
| | 600 Anton Blvd | **Invoice Date:** | **9/20/2022** |
| | Suite 900 | **Balance Due:** | **$1,433.64** |
| | Costa Mesa, CA, 92626 | | |

| **Case: Hermès International Et Al. v. Mason Rothschild (22CV00384)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5461948   |   Job Date: 9/14/2022   |   Delivery: Expedited

Location:          New York, NY

Billing Atty:     Terry Blaber

Scheduling Atty:   | Baker Hostetler LLP

| Witness: **Boriana Guimberteau** | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 44.00 | $5.45 | $239.80 |
| Transcript Services - Priority Request | 44.00 | $4.36 | $191.84 |
| Attendance | 1.00 | $105.00 | $105.00 |
| Exhibits | 50.00 | $0.00 | $0.00 |
| Rough Draft | 44.00 | $2.50 | $110.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Surcharge - Video Proceeding | 44.00 | $0.75 | $33.00 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 50.00 | $0.65 | $32.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.50 | $50.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6048590**
**Invoice Date: 9/20/2022**
**Balance Due: $1,433.64**

11462

## Veritext, LLC - New York Region
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$1,433.64** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,433.64** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6048590**
**Invoice Date: 9/20/2022**
**Balance Due: $1,433.64**

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

Bill To: Oren Warshavsky
Baker Hostetler, LLP
1735 Market St
Ste 3300
Philadelphia, PA, 19104

| | |
|---|---|
| **Invoice #:** | **6048027** |
| **Invoice Date:** | **9/21/2022** |
| **Balance Due:** | **$5,038.05** |

| **Case: Hermès International Et Al. v. Mason Rothschild (22CV00384)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5428481 | Job Date: 9/15/2022 | Delivery: Expedited

Location: Los Angeles, CA
Billing Atty: Oren Warshavsky
Scheduling Atty: Oren Warshavsky | Baker Hostetler LLP

| Witness: Truman Sacks | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 258.00 | $5.45 | $1,406.10 |
| Transcript Services - Priority Request | 258.00 | $5.45 | $1,406.10 |
| Attendance - Hourly | 5.25 | $70.00 | $367.50 |
| Exhibits | 459.00 | $0.00 | $0.00 |
| Rough Draft | 258.00 | $2.50 | $645.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Surcharge - Video Proceeding | 258.00 | $0.75 | $193.50 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 459.00 | $0.65 | $298.35 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.50 | $50.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6048027**
**Invoice Date: 9/21/2022**
**Balance Due: $5,038.05**

11462

## Veritext, LLC - New York Region
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$5,038.05** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$5,038.05** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6048027**
**Invoice Date: 9/21/2022**
**Balance Due: $5,038.05**

11462



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220266845-13 | 9/23/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6226910 | 9/20/2022 | $3622.62 |

| Case Name | | |
|---|---|---|
| Hermes International v. Mason Rothschild | | |

| Case No. | | |
|---|---|---|
| 22CV00384JSR | | |

**NE - NEW YORK CITY**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 877-479-2484  Fax: 877-876-9330**

**Gerald Ferguson, Esquire**
**BakerHostetler LLP**
**45 Rockefeller Plaza 10th Floor**
**New York NY 10111**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Gerald Ferguson, Esquire<br>BakerHostetler LLP<br>45 Rockefeller Plaza 10th Floor<br>New York NY 10111 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Dr. Bruce R. Isaacson | | | | |
| Copy | 265.00 | Pages | $3.95 | $1,046.75 |
| 3 Business Day Expedite | | | | $837.40 |
| Exhibit | 399.00 | Pages | $0.65 | $259.35 |
| Exhibits (Color) | 2.00 | Pages | $1.25 | $2.50 |
| Rough Draft | 219.00 | Pages | $2.00 | $438.00 |
| Video Pages | 219.00 | Pages | $0.95 | $208.05 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Expert/Technical Pages | 219.00 | Pages | $0.95 | $208.05 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| | **Total Due** | | | **$3150.10** |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/
Thank you for your business!

| (-) Payments/Credits | $0.00 |
|---|---|
| (+) Finance Charges/Late Fees | $472.52 |
| (=) New Balance | $3622.62 |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                   Phone: 212-589-4200

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Gerald Ferguson, Esquire
BakerHostetler LLP
45 Rockefeller Plaza 10th Floor
New York NY 10111

| | | | |
|---|---|---|---|
| **Invoice No.** | 20220266845-13 | **Invoice Date** | 9/23/2022 |
| **Job No.** | 6226910 | **Case No.** | 22CV00384JSR |
| **Total Due** | **$3622.62** | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

### PAY BY CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                    Phone:

Billing Address:

Zip:                              Card Security Code:

Amount to Charge:

Cardholder's Signature:

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Oren Warshavsky | | |
| | Baker Hostetler, LLP | **Invoice #:** | **6061407** |
| | 600 Anton Blvd | **Invoice Date:** | **9/27/2022** |
| | Suite 900 | **Balance Due:** | **$2,253.76** |
| | Costa Mesa, CA, 92626 | | |

| **Case: Hermès International Et Al. v. Mason Rothschild (22CV00384)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5462216 | Job Date: 9/19/2022 | Delivery: Expedited

Location: Los Angeles, CA

Billing Atty: Oren Warshavsky

Scheduling Atty: | Baker Hostetler LLP

| Witness: Spencer Krejci | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 106.00 | $5.45 | $577.70 |
| Transcript Services - Priority Request | 106.00 | $3.81 | $403.86 |
| Attendance - Hourly | 2.50 | $70.00 | $175.00 |
| Exhibits | 48.00 | $0.00 | $0.00 |
| Rough Draft | 106.00 | $2.50 | $265.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Surcharge - Video Proceeding | 106.00 | $0.75 | $79.50 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 48.00 | $0.65 | $31.20 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.50 | $50.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6061407**
**Invoice Date: 9/27/2022**
**Balance Due: $2,253.76**

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$2,253.76** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,253.76** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6061407**
**Invoice Date: 9/27/2022**
**Balance Due: $2,253.76**

11462

# Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Terry Blaber | | |
|---|---|---|---|
| | Baker Hostetler, LLP | **Invoice #:** | **6063023** |
| | 127 Public Square | **Invoice Date:** | **9/27/2022** |
| | Suite 2000 | **Balance Due:** | **$4,481.58** |
| | Cleveland, OH, 44114 | | |

| **Case: Hermès International Et Al. v. Mason Rothschild (22CV00384)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5462232 | Job Date: 9/21/2022 | Delivery: Expedited
Location:        New York, NY
Billing Atty:    Terry Blaber
Scheduling Atty: | Baker Hostetler LLP

| Witness: Dr. David Neal , PhD | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 223.00 | $5.45 | $1,215.35 |
| Transcript Services - Priority Request | 223.00 | $3.81 | $849.63 |
| Attendance | 2.00 | $105.00 | $210.00 |
| Surcharge - Extended Hours (Pages) | 125.00 | $1.50 | $187.50 |
| Exhibits | 624.00 | $0.00 | $0.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Rough Draft | 223.00 | $2.50 | $557.50 |
| Surcharge - Expert/Medical/Technical | 223.00 | $0.75 | $167.25 |
| Surcharge - Video Proceeding | 223.00 | $0.75 | $167.25 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 624.00 | $0.65 | $405.60 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.50 | $50.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  6063023**
**Invoice Date:  9/27/2022**
**Balance Due:  $4,481.58**

11462

## Veritext, LLC - New York Region
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$4,481.58** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$4,481.58** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6063023**
**Invoice Date: 9/27/2022**
**Balance Due: $4,481.58**

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Oren Warshavsky | | |
|---|---|---|---|
| | Baker Hostetler, LLP | | |
| | 45 Rockefeller Plz | | |
| | New York, NY, 10111 | | |

| | |
|---|---|
| **Invoice #:** | **6062692** |
| **Invoice Date:** | **9/27/2022** |
| **Balance Due:** | **$4,384.31** |

| **Case: Hermès International Et Al. v. Mason Rothschild (22CV00384)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5489779   |   Job Date: 9/22/2022   |   Delivery: Expedited

| Location: | New York, NY |
|---|---|
| Billing Atty: | Oren Warshavsky |
| Scheduling Atty: | Oren Warshavsky | Baker Hostetler LLP |

| Witness: **David Cohen** | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 211.00 | $5.45 | $1,149.95 |
| Transcript Services - Priority Request | 211.00 | $4.36 | $919.96 |
| Attendance | 2.00 | $105.00 | $210.00 |
| Exhibits | 261.00 | $0.00 | $0.00 |
| Realtime Services | 211.00 | $2.50 | $527.50 |
| Rough Draft | 211.00 | $2.50 | $527.50 |
| Surcharge - Video Proceeding | 211.00 | $0.75 | $158.25 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 261.00 | $0.65 | $169.65 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.50 | $50.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **6062692** |
| **Invoice Date:** | **9/27/2022** |
| **Balance Due:** | **$4,384.31** |

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$4,384.31** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$4,384.31** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6062692**
**Invoice Date: 9/27/2022**
**Balance Due: $4,384.31**

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Gerald Ferguson | Invoice #: | 6066004 |
|---|---|---|---|
| | Baker Hostetler, LLP | Invoice Date: | 9/28/2022 |
| | 45 Rockefeller Plz | Balance Due: | $6,285.20 |
| | New York, NY, 10111 | | |

| Case: Hermès International Et Al. v. Mason Rothschild (22CV00384) | Proceeding Type: Depositions |
|---|---|

Job #: 5462271  |  Job Date: 9/23/2022  |  Delivery: Expedited
Location:         New York, NY
Billing Atty:     Gerald Ferguson
Scheduling Atty:  | Baker Hostetler LLP

| Witness: Blake Gopnik , PhD | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 317.00 | $5.45 | $1,727.65 |
| Transcript Services - Priority Request | 317.00 | $4.90 | $1,553.30 |
| Attendance | 3.00 | $105.00 | $315.00 |
| Exhibits - Color | 338.00 | $0.00 | $0.00 |
| Exhibits | 5.00 | $0.00 | $0.00 |
| Realtime Services - Remote | 317.00 | $2.65 | $840.05 |
| Rough Draft | 317.00 | $2.50 | $792.50 |
| Realtime Services - Remote Connection | 1.00 | $125.00 | $125.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Surcharge - Video Proceeding | 317.00 | $0.75 | $237.75 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Exhibits - Scanned/Searchable/OCR | 343.00 | $0.65 | $222.95 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  6066004**
**Invoice Date:  9/28/2022**
**Balance Due:  $6,285.20**

11462

## Veritext, LLC - New York Region
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Realtime User: gferguson@bakerlaw.com | | |
|---|---|---|
| | **Invoice Total:** | **$6,285.20** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$6,285.20** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6066004**
**Invoice Date: 9/28/2022**
**Balance Due: $6,285.20**

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Terry Blaber |
| | Baker Hostetler, LLP |
| | 1 North Wacker Dr |
| | Suite 4500 |
| | Chicago, IL, 60606 |

| Invoice #: | 6298190 |
| Invoice Date: | 1/17/2023 |
| Balance Due: | $1,227.00 |

| Case: Hermès International Et Al. v. Mason Rothschild (22CV00384) | Proceeding Type: Depositions |
|---|---|

Job #: 5645292   |   Job Date: 1/11/2023   |   Delivery: Normal

Location:  New York, NY

Billing Atty:  Terry Blaber

Scheduling Atty:  Oren Warshavsky | Baker Hostetler LLP

Client Matter
Number:

096801.000091

| Witness: Robert Chavez | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $365.00 | $365.00 |
| Video - Additional Hours | 2.00 | $165.00 | $330.00 |
| Video - Media and Cloud Services | 2.00 | $52.00 | $104.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Digitizing & Transcript Synchronization | 2.00 | $175.00 | $350.00 |

| Notes: | Invoice Total: | $1,227.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,227.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6298190**
**Invoice Date: 1/17/2023**
**Balance Due: $1,227.00**

11462

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: Terry Blaber | | Invoice #: | 6297627 |
|---|---|---|---|
| Baker Hostetler, LLP | | Invoice Date: | 1/20/2023 |
| 1 North Wacker Dr | | Balance Due: | $3,524.35 |
| Suite 4500 | | | |
| Chicago, IL, 60606 | | | |

| Case: Hermès International Et Al. v. Mason Rothschild (22CV00384) | | | Proceeding Type: Depositions |
|---|---|---|---|

| Job #: 5645292 | Job Date: 1/11/2023 | Delivery: Expedited | Client Matter Number: | 096801.000091 |
|---|---|---|---|---|
| Location: | New York, NY | | | |
| Billing Atty: | Terry Blaber | | | |
| Scheduling Atty: | Oren Warshavsky | Baker Hostetler LLP | | |

| Witness: Robert Chavez | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 145.00 | $5.45 | $790.25 |
| Transcript Services - Priority Request | 145.00 | $4.90 | $710.50 |
| Surcharge - Video Proceeding | 145.00 | $0.75 | $108.75 |
| Attendance | 1.00 | $105.00 | $105.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 63.00 | $0.00 | $0.00 |
| Exhibits - Scanned/Searchable/OCR | 259.00 | $0.65 | $168.35 |
| Exhibits - Color | 196.00 | $0.00 | $0.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.50 | $50.50 |
| Realtime Services | 145.00 | $2.50 | $362.50 |
| Rough Draft | 145.00 | $2.50 | $362.50 |
| Litigation Package-Secure File Suite | 1.00 | $53.00 | $53.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Bank Addr:311 W. Monroe Chicago, IL 60606
Account No:4353454 ABA:071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 6297627
Invoice Date: 1/20/2023
Balance Due: $3,524.35

11462

**Veritext, LLC - New York Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | Invoice Total: | $3,524.35 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,524.35 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6297627**
**Invoice Date: 1/20/2023**
**Balance Due: $3,524.35**

11462

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.:  0550052-IN
INVOICE DATE:  02/08/23

CUSTOMER NO.:  1002471
WORK ORDER NO.:  235473
SALESPERSON:  JANA

Baker & Hostetler, LLP-NY
45 Rockefeller Plaza
17th Floor
New York, NY 10111
Attention:Jason Oliver

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | Hermes International v Rothschild, Mason | | | | |
|---|---|---|---|---|---|
| | CASE NO.   **22CV00384** | | | | |
| 1/30/2023 | Original | 108.00 | Pages at | $4.59 | 495.72 |
| 1/30/2023 | Real Time Unedited Transcript | 108.00 | Pages at | $3.05 | 329.40 |



PAID
CK. NO. 621668
DATE 2/16/23

| | |
|---|---|
| Net Invoice: | 825.12 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 825.12 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.: 0550051-IN
INVOICE DATE: 02/08/23

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.: 1002471
WORK ORDER NO.: 235474
SALESPERSON: JANA

Baker & Hostetler, LLP-NY
45 Rockefeller Plaza
17th Floor
New York, NY  10111
Attention:Jason Oliver

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | | | |
|----------|------|--------|---------|-------|--------|
| | Hermes International v Rothschild, Mason | | | | |
| | CASE NO. | **22CV00384** | | | |
| 1/31/2023 | Original | | 159.00 | Pages at | $4.59 | 729.81 |
| 1/31/2023 | Real Time Unedited Transcript | | 159.00 | Pages at | $3.05 | 484.95 |



CK. NO. 621668
DATE 2/16/23

| | |
|---|---|
| Net Invoice: | 1.214.76 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1.214.76 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.:  0550050-IN
INVOICE DATE:  02/08/23

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1002471
WORK ORDER NO.:  235475
SALESPERSON:  JANA

Baker & Hostetler, LLP-NY
45 Rockefeller Plaza
17th Floor
New York, NY  10111
Attention:Jason Oliver

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | | | | |
|---|---|---|---|---|---|---|
| | Hermes International v Rothschild, Mason | | | | | |
| | CASE NO. | **22CV00384** | | | | |
| | | | | | | |
| 2/1/2023 | Original | | 193.00 | Pages at | $4.59 | 885.87 |
| 2/1/2023 | Real Time Unedited Transcript | | 193.00 | Pages at | $3.05 | 588.65 |



CK. NO. 621668
DATE 2/14/23

| | |
|---|---|
| Net Invoice: | 1.474.52 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1.474.52 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

## SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

|  |  |
|---|---|
| INVOICE NO.: | 0550049-IN |
| INVOICE DATE: | 02/08/23 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.: | 1002471 |
| WORK ORDER NO.: | 235476 |
| SALESPERSON: | JANA |

Baker & Hostetler, LLP-NY
45 Rockefeller Plaza
17th Floor
New York, NY  10111
Attention:Jason Oliver

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | Hermes International v Rothschild, Mason | | | | |
|---|---|---|---|---|---|
|  | CASE NO.   **22CV00384** | | | | |
| 2/2/2023 | Original | 144.00 | Pages at | $4.59 | 660.96 |
| 2/2/2023 | Real Time Unedited Transcript | 144.00 | Pages at | $3.05 | 439.20 |



CK. NO.   6 2 / 4 4 8
DATE   2 / 16 / 23

|  |  |
|---|---|
| Net Invoice: | 1.100.16 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1.100.16 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.:  0550048-IN
INVOICE DATE:  02/08/23

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1002471
WORK ORDER NO.:  235477
SALESPERSON:  JANA

Baker & Hostetler, LLP-NY
45 Rockefeller Plaza
17th Floor
New York, NY  10111
Attention:Jason Oliver

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | Hermes International v Rothschild, Mason | | | | |
|---|---|---|---|---|---|
| | CASE NO.   **22CV00384** | | | | |
| 2/3/2023 | Original | 288.00 | Pages at | $4.59 | 1,321.92 |
| 2/3/2023 | Real Time Unedited Transcript | 288.00 | Pages at | $2.10 | 604.80 |
| 2/3/2023 | Real Time Additional Feeds | 288.00 | Pages at | $2.10 | 604.80 |



PAID
CK. NO.  621668
DATE  2/16/23

| | |
|---|---|
| Net Invoice: | 2.531.52 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2.531.52** |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| INVOICE NO.: | 0550303-IN |
| INVOICE DATE: | 02/14/23 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| CUSTOMER NO.: | 1002471 |
| WORK ORDER NO.: | 235615 |
| SALESPERSON: | JANA |

Baker & Hostetler, LLP-NY
45 Rockefeller Plaza
17th Floor
New York, NY  10111
Attention:Jason Oliver

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | Hermes International v Rothschild, Mason | | | | |
|---|---|---|---|---|---|
| | CASE NO.  **22CV00384** | | | | |
| 2/6/2023 | Original | 188.00 | Pages at | $4.59 | 862.92 |
| 2/6/2023 | Real Time Unedited Transcript | 188.00 | Pages at | $2.10 | 394.80 |
| 2/6/2023 | Real Time Additional Feeds | 188.00 | Pages at | $2.10 | 394.80 |



PAID
CK. NO. MC
DATE 2/21/23

| | |
|---|---|
| Net Invoice: | 1.652.52 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1.652.52 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| INVOICE NO.: | 0550302-IN |
| INVOICE DATE: | 02/14/23 |
| CUSTOMER NO.: | 1002471 |
| WORK ORDER NO.: | 235616 |
| SALESPERSON: | JANA |

Baker & Hostetler, LLP-NY
45 Rockefeller Plaza
17th Floor
New York, NY 10111
Attention:Jason Oliver

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | Hermes International v Rothschild, Mason | | | | |
|---|---|---|---|---|---|
| | CASE NO. **22CV00384** | | | | |
| 2/7/2023 | Original | 26.00 | Pages at | $4.59 | 119.34 |
| 2/7/2023 | Real Time Unedited Transcript | 26.00 | Pages at | $2.10 | 54.60 |
| 2/7/2023 | Real Time Additional Feeds | 26.00 | Pages at | $2.10 | 54.60 |



PAID
CK. NO. _ML_
DATE _2/21/23_

| | |
|---|---|
| Net Invoice: | 228.54 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 228.54 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.: 0550301-IN
INVOICE DATE: 02/14/23

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.: 1002471
WORK ORDER NO.: 235617
SALESPERSON: JANA

Baker & Hostetler, LLP-NY
45 Rockefeller Plaza
17th Floor
New York, NY  10111
Attention:Jason Oliver

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Hermes International v Rothschild, Mason | | | | |
| | CASE NO.   **22CV00384** | | | | |
| 2/8/2023 | Original | 6.00 | Pages at | $4.59 | 27.54 |
| 2/8/2023 | Real Time Unedited Transcript | 6.00 | Pages at | $2.10 | 12.60 |
| 2/8/2023 | Real Time Additional Feeds | 6.00 | Pages at | $2.10 | 12.60 |



CK. NO. _mc_
DATE _2/21/23_

| | |
|---|---|
| Net Invoice: | 52.74 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 52.74 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**