# Exhibit 4

# Receipt

Expedia itinerary: 72479098158829

Purchase date: Jan 26, 2023

## Booking details

### DoubleTree by Hilton New York Midtown Fifth Ave

25 West 51st Street, Units 3 and 4, New York, NY, 10019 United States of America

Check-in: Jan 27, 2023

Check-out: Jan 28, 2023

1 room x 1 night

Room, 1 Queen Bed

Booked for: Kevin Mentzer

## Payment details

| Room price | |
|---|---|
| Fri, Jan 27 | $199.00 |
| Taxes | $32.84 |

| | |
|---|---|
| Total | **$231.84** |
| | Paid |
| | [MasterCard 3978] |

# Receipt

Expedia itinerary: 72475039357294

Purchase date: Jan 20, 2023

## Booking details

### The Jewel, a Club Quarters Hotel, Opposite Rockefeller Center

11 West 51st Street, New York, NY, 10017 United States of America

Check-in: Jan 28, 2023

Check-out: Feb 1, 2023

1 room x 4 nights

Superior Room, View

Booked for: Kevin Mentzer

## Payment details

Room price

| | |
|---|---|
| Sat, Jan 28 | $170.00 |
| Sun, Jan 29 | $137.47 |
| Mon, Jan 30 | $137.47 |
| Tue, Jan 31 | $161.87 |
| Taxes | $103.49 |

| | |
|---|---|
| Total | $710.30 |
| | Paid |
| | [MasterCard 3978] |

Member's exclusive price

Prices shown after $126.82 savings



# Receipt

Expedia itinerary: 72475031462868

Purchase date: Jan 20, 2023

## Booking details

### Flights

Worcester (ORH) to New York (JFK)

American Airlines 4334

Economy / Coach (Q)

Depart: Jan 28, 2023

Arrive: Jan 28, 2023

New York (JFK) to Worcester (ORH)

JetBlue Airways 776

Economy / Coach (S)

Depart: Feb 1, 2023

Arrive: Feb 1, 2023

Traveler 1: Adult

KEVIN MENTZER

Ticket Number: 0017853986168

## Payment details

Flight 1 price: ORH to JFK

| | |
|---|---|
| Traveler 1: Adult | $78.14 |
| Taxes and fees | $16.26 |

Flight 2 price: JFK to ORH

| | |
|---|---|
| Traveler 1: Adult | $78.14 |
| Taxes and fees | $20.76 |

| | |
|---|---|
| **Total** | **$193.30** |
| Paid | $193.30 |

Left receipt:

```
Copy
Merchant:Curb Mobility
Contact #:1(800) 488-8704
email:cs@gocurb.com

        CREDIT SALE

HACK #       :      05405407
MEDALLION    :          1M80
02/01/23 11:25-12:16
TRIP #       :           847
RATE #       :             2
JFK - MANHATTAN
  Miles R2   :         17.66
  FARE R2    :        $70.00
TOLLS :
  Mid-Tun:$6.55
  STATE SRCHG:         $0.50
  IMP.SRCHG. :         $1.00
  CGN. SRCH. :         $2.50
  TIPS       :        $20.14
  GRAND TOTAL:       $100.69
MASTER C           ***4229
AUTHOR.      :        663770
MID:         ***********883
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000041010
APPL. NAME:
DEBIT MASTERCARD
ATC:                    0015
TRN REF #:55205858
REC/INV#:                847
TID:         ***********314
Mode:                 Issuer

    Contact TLC DIAL 3-1-1
```

Right receipt:

```
Merchant:Curb Mobility
Contact #: 1(800) 488-8704
email: cs@gocurb.com

     ****CREDIT CARD SALE****

     ******DRIVER COPY*******
Merchant ID:             883
ENTRY METHOD:
CONTACT CHIP
AID:     A0000000041010
APPL. NAME:
DEBIT MASTERCARD
ATC:                    0001
TID:              ******310
Mode:                 Issuer

DRIVER              5831093
CAB                    9P35
PASSENGERS                1
DATE                 1/27/23
START               14:46:53
END                 15:33:15
TRIP                  12617
JFK-MANHATTAN 2
DISTANCE            16.17 mi
FARE R2              $70.00
Midtown Tunnel        $6.55
SUB TOTAL            $76.55
TIP                  $20.14
STATE SURCHARGE       $0.50
IMP. SURCHARGE        $1.00
CGN SRCH.             $2.50
AIRPORT FEE:          $1.25
TOTAL               $101.94
MASTER CARD            4229
AUTH                 421156
TRN REF #:          54794424
     NO SIGNATURE REQUIRED
***************************
   Contact TLC Dial 3-1-1
```

# HOTEL GIRAFFE

| | | | | |
|---|---|---|---|---|
| Guest Name: | Bruce Isaacson | | Room #: | 1006 |
| | 16501 Ventura Blvd, Suite 601 | | Folio#: | |
| | Encino,  91436    US | | Group #: | |
| | | | Guests: | 1 |
| | | | Clerk: | CHRIS |

Arrive: 01/28/23    Time: 08:52 PM    Depart: 02/04/23    Time: 06:25 AM    Stat: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 01/28/23 | ROOM CHARGE | 1006 | | $324.00 | |
| 01/28/23 | STATE TAX | 1006t | STATE TAX | $28.76 | |
| 01/28/23 | CITY TAX | 1006t | CITY TAX | $19.04 | |
| 01/28/23 | OCCUPANCY TAX | 1006t | OCCUPANCY TAX | $2.00 | |
| 01/28/23 | UNIT TAX | 1006t | UNIT TAX | $1.50 | |
| 01/28/23 | RESORT FEE | Recur 1003 | Recurring: Isaacson 1006 | $21.79 | |
| 01/28/23 | RESORT FEE STATE TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.93 | |
| 01/28/23 | RESORT FEE CITY TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.28 | |
| 01/28/23 | SUITE OCCUPANCY TAX | 012811437893 | | $2.00 | |
| 01/29/23 | ROOM CHARGE | 1006 | | $308.00 | |
| 01/29/23 | STATE TAX | 1006t | STATE TAX | $27.34 | |
| 01/29/23 | CITY TAX | 1006t | CITY TAX | $18.10 | |
| 01/29/23 | OCCUPANCY TAX | 1006t | OCCUPANCY TAX | $2.00 | |
| 01/29/23 | UNIT TAX | 1006t | UNIT TAX | $1.50 | |
| 01/29/23 | RESORT FEE | Recur 1003 | Recurring: Isaacson 1006 | $21.79 | |
| 01/29/23 | RESORT FEE STATE TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.93 | |
| 01/29/23 | RESORT FEE CITY TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.28 | |
| 01/29/23 | SUITE OCCUPANCY TAX | 012911437893 | | $2.00 | |
| 01/30/23 | ROOM CHARGE | 1006 | | $308.00 | |
| 01/30/23 | STATE TAX | 1006t | STATE TAX | $27.34 | |
| 01/30/23 | CITY TAX | 1006t | CITY TAX | $18.10 | |
| 01/30/23 | OCCUPANCY TAX | 1006t | OCCUPANCY TAX | $2.00 | |
| 01/30/23 | UNIT TAX | 1006t | UNIT TAX | $1.50 | |
| 01/30/23 | RESORT FEE | Recur 1003 | Recurring: Isaacson 1006 | $21.79 | |
| 01/30/23 | RESORT FEE STATE TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.93 | |
| 01/30/23 | RESORT FEE CITY TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.28 | |
| 01/30/23 | SUITE OCCUPANCY TAX | 013011437893 | | $2.00 | |
| 01/31/23 | ROOM CHARGE | 1006 | | $308.00 | |
| 01/31/23 | STATE TAX | 1006t | STATE TAX | $27.34 | |
| 01/31/23 | CITY TAX | 1006t | CITY TAX | $18.10 | |
| 01/31/23 | OCCUPANCY TAX | 1006t | OCCUPANCY TAX | $2.00 | |
| 01/31/23 | UNIT TAX | 1006t | UNIT TAX | $1.50 | |
| 01/31/23 | RESORT FEE | Recur 1003 | Recurring: Isaacson 1006 | $21.79 | |
| 01/31/23 | RESORT FEE STATE TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.93 | |
| 01/31/23 | RESORT FEE CITY TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.28 | |
| 01/31/23 | SUITE OCCUPANCY TAX | 013111437893 | | $2.00 | |
| 02/01/23 | ROOM CHARGE | 1006 | | $308.00 | |
| 02/01/23 | STATE TAX | 1006t | STATE TAX | $27.34 | |
| 02/01/23 | CITY TAX | 1006t | CITY TAX | $18.10 | |
| 02/01/23 | OCCUPANCY TAX | 1006t | OCCUPANCY TAX | $2.00 | |

**Thank you for staying at the Hotel Giraffe. We hope you enjoyed your stay and look forward to welcoming you back.**

365 Park Avenue South at 26th Street - New York City, New York 10016  USA
212-685-7700 (VOICE) - 212-685-7771 (FAX)  www.hotelgiraffe.com

# HOTEL GIRAFFE

| | | |
|---|---|---|
| Guest Name: | Bruce Isaacson | Room #: 1006 |
| | 16501 Ventura Blvd, Suite 601 | Folio#: |
| | Encino, 91436   US | Group #: |
| | | Guests: 1 |
| | | Clerk: CHRIS |

Arrive: 01/28/23    Time: 08:52 PM    Depart: 02/04/23    Time: 06:25 AM    Stat: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 02/01/23 | UNIT TAX | 1006t | UNIT TAX | $1.50 | |
| 02/01/23 | RESORT FEE | Recur 1003 | Recurring: Isaacson 1006 | $21.79 | |
| 02/01/23 | RESORT FEE STATE TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.93 | |
| 02/01/23 | RESORT FEE CITY TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.28 | |
| 02/01/23 | SUITE OCCUPANCY TAX | 020111437893 | | $2.00 | |
| 02/02/23 | ROOM CHARGE | 1006 | | $308.00 | |
| 02/02/23 | STATE TAX | 1006t | STATE TAX | $27.34 | |
| 02/02/23 | CITY TAX | 1006t | CITY TAX | $18.10 | |
| 02/02/23 | OCCUPANCY TAX | 1006t | OCCUPANCY TAX | $2.00 | |
| 02/02/23 | UNIT TAX | 1006t | UNIT TAX | $1.50 | |
| 02/02/23 | RESORT FEE | Recur 1003 | Recurring: Isaacson 1006 | $21.79 | |
| 02/02/23 | RESORT FEE STATE TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.93 | |
| 02/02/23 | RESORT FEE CITY TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.28 | |
| 02/02/23 | SUITE OCCUPANCY TAX | 020211437893 | | $2.00 | |
| 02/03/23 | ROOM CHARGE | 1006 | | $308.00 | |
| 02/03/23 | STATE TAX | 1006t | STATE TAX | $27.34 | |
| 02/03/23 | CITY TAX | 1006t | CITY TAX | $18.10 | |
| 02/03/23 | OCCUPANCY TAX | 1006t | OCCUPANCY TAX | $2.00 | |
| 02/03/23 | UNIT TAX | 1006t | UNIT TAX | $1.50 | |
| 02/03/23 | RESORT FEE | Recur 1003 | Recurring: Isaacson 1006 | $21.79 | |
| 02/03/23 | RESORT FEE STATE TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.93 | |
| 02/03/23 | RESORT FEE CITY TAX | Recur 1003t | Recurring: Isaacson 1006 | $1.28 | |
| 02/03/23 | SUITE OCCUPANCY TAX | 020311437893 | | $2.00 | |
| 02/04/23 | PAY | Ck Out 06:25 | | | ($2,705.94) |

**Folio Balance:**   $0.00

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I also agree that all charges contained in this account are correct.

Guest Signature: _____

**Thank you for staying at the Hotel Giraffe. We hope you enjoyed your stay and look forward to welcoming you back.**

365 Park Avenue South at 26th Street - New York City, New York 10016  USA
212-685-7700 (VOICE) - 212-685-7771 (FAX)  www.hotelgiraffe.com

# Your receipt

## Los Angeles, CA to New York, NY
### January 28, 2023
Ticketed on January 5, 2023 · Record locator:

**Details** ⌃

**DEPART**

**Los Angeles, CA to New York, NY**
January 28, 2023

| LAX | | JFK |
|---|---|---|
| 11:55 AM | → | 8:13 PM |

AA 274

Booking Class: R

Fare basis:

USED

## Cost details

# Bruce Isaacson $1,289.90

AAdvantage #:  ·  Ticket #:

## Details

📅 01/05/2023 ·

**New ticket**     [ $1,240.93 + Taxes & fees $107.97 ] **$1,348.90**
Ticket #:

## Fare, taxes and fees

| | |
|---|---:|
| New ticket | $1,240.93 |
| TAX | $93.07 |
| SECURITY SERVICE FEE | $5.60 |
| SYS GEN PFC (LAX) | $4.50 |
| U.S. SEGMENT TAX | $4.80 |

# Your receipt



**New York, NY to Los Angeles, CA**
February 4, 2023
Ticketed on February 1, 2023 · Record locator:

Details

**DEPART**
New York, NY to Los Angeles, CA
February 4, 2023

| JFK | | LAX |
| 7:30 AM | → | 10:57 AM |

AA 1

Booking Class: I

Fare basis:

USED

## Cost details

# Bruce Isaacson $1,198.91

AAdvantage #:     •     Ticket #:

## Details

📇 02/01/2023 · Exchange

**New ticket**  [ $1,101.40 + Taxes & fees $97.51 ] **$1,198.91**
Ticket #:

### Fare, taxes and fees

| | |
|---|---|
| New ticket | $1,101.40 |
| TAX | $82.61 |
| SECURITY SERVICE FEE | $5.60 |
| SYS GEN PFC (JFK) | $4.50 |
| U.S. SEGMENT TAX | $4.80 |

**From:** no-reply@lyftmail.com on behalf of Lyft Receipts
**To:** Bruce Isaacson
**Subject:** Your receipt for rides on January 28
**Date:** Sunday, January 29, 2023 1:22:56 PM



# Your total charges for January 28

| January 28, 2023 9:28 AM | $125.24 Ride fare |

**Pickup** 9:28 AM
22761 Carsamba Dr, Calabasas, CA 91302, United States

**Drop-off** 10:18 AM
400 World Way, Los Angeles, CA 90045, United States

| January 28, 2023 8:08 PM | $132.44 Ride fare |

**Pickup** 8:08 PM
JFK Airport Terminal 8, Jamaica, NY 11430, United States

**Drop-off** 8:50 PM
51 Madison Ave, New York, NY 10010, United States

Visa   $257.68



**One day of rides in a single charge**

You were charged $257.68 for all of the rides you took on January 28.

Review '[Payment frequency](#)' in the '**Payment**' tab in your Lyft app.

Applies to all rides (including bikes and scooters) taken in your personal profile, using Mastercard®, Visa, American Express, Apple Pay, or Discover.

[Help Center](#)

We never share your address with your driver after a ride.
[Learn more](#) about our commitment to safety.

© 2023 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

## Receipt 1

Merchant: Curb Mobility
Contact #: 1(800) 488-87
email: cs@gocurb.com

*CREDIT CARD SALE

*PASSENGER COPY
Merchant ID:            883
ENTRY METHOD:
CHIP CONTACTLESS
AID:         A0000000031010
APPL. NAME:            VISA
ATC:                   001D
TID:                ******311
Mode:                 Issuer

DRIVER              5258762
CAB                    9J96
PASSENGERS                1
DATE                (1/29/23)
START              14:22:35
END                14:32:13
TRIP                   8338
STAND. CITY RATE 1
DISTANCE            1.58 mi
FARE R1              $11.40
SUB TOTAL            $11.40
TIP                   $3.08
STATE SURCHARGE       $0.50
IMP. SURCHARGE        $1.00
CGN SRCH.             $2.50
TOTAL               ($18.48)
VISA
AUTH                 07001I
TRN REF #:         54975431
VAL CODE:              P3MQ
*
  Contact TLC Dial 3-1-1

*Cab from B. Isr. Hospital to Hotel*

## Receipt 2

20;Merchant: Curb Mobility
Contact #: 1(800) 488-87
04
email: cs@gocurb.com

****CREDIT CARD SALE****

*****PASSENGER COPY*****
Merchant ID:            883
ENTRY METHOD:
CHIP CONTACTLESS
AID:         A0000000031010   Taxi
APPL. NAME:            VISA
ATC:                   0022
TID:                ******316
Mode:                 Issuer

DRIVER              5877023
CAB                    8T34
PASSENGERS                1
DATE                 (2/1/23)
START              17:36:46
END                17:48:36
TRIP                    833
STANDR. CITY RATE 1
DISTANCE            1.39 mi
FARE R1              $12.10
EXTRA                 $2.50
SUB TOTAL            $14.60
TIP                   $3.72
STATE SURCHARGE       $0.50
IMP. SURCHARGE        $1.00
CGN SRCH.             $2.50
TOTAL               ($22.32)
VISA
AUTH                 05569I
TRN REF #:         55233371
VAL CODE:              PSCT
*************************
  Contact TLC Dial 3-1-1

## Receipt 3

(02-02-2023) 03:26
Unavailable  En Route E-Hail

Taxi

Merchant: Curb Mobility
Contact #: 1(800) 488-87
04
email: cs@gocurb.com

****CREDIT CARD SALE****

*****PASSENGER COPY*****
Merchant ID:            883
ENTRY METHOD:
CHIP CONTACTLESS
AID:         A0000000031010
APPL. NAME:            VISA
ATC:                   004F
TID:                ******315
Mode:                 Issuer

DRIVER               483157
CAB                    4G87
PASSENGERS                1
DATE                 2/2-23
START              15:44:06
END                15:56:40
TRIP                  24921
STAND. CITY RATE 1
DISTANCE            1.32 mi
FARE R1              $12.10
SUB TOTAL            $12.10
TIP                   $3.22
STATE SURCHARGE       $0.50
IMP. SURCHARGE        $1.00
CGN SRCH.             $2.50
TOTAL               ($19.32)
VISA
AUTH                 09574D
TRN REF #:         55313558
VAL CODE:              M7J9
*************************
  Contact TLC Dial 3-1-1

| | |
|---|---|
| **From:** | no-reply@lyftmail.com on behalf of Lyft Receipts |
| **To:** | Bruce Isaacson |
| **Subject:** | Your receipt for rides on February 4 |
| **Date:** | Sunday, February 5, 2023 1:02:25 PM |



# Your total charges for February 4

**February 4, 2023 5:38 AM**  $120.80
Ride fare

☐ **Pickup**  5:38 AM
101 E 26th St, New York, NY 10010, United States

☐ **Drop-off**  6:05 AM
JFK Airport Terminal 8, Jamaica, NY 11430, United States

**February 4, 2023 11:05 AM**  $83.62
Ride fare

☐ **Pickup**  11:05 AM
9851 S Sepulveda Blvd, Los Angeles, CA 90045, United States

☐ **Drop-off**  11:35 AM
20929 Ventura Blvd Los Angeles, CA 91364

Visa  **$204.42**



Calendar Logo

**One day of rides in a single charge**

You were charged $204.42 for all of the rides you took on February 4.

Review 'Payment frequency' in the '**Payment**' tab in your Lyft app.

Applies to all rides (including bikes and scooters) taken in your personal profile, using Mastercard®, Visa, American Express, Apple Pay, or Discover.

Help Center

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© 2023 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver