UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

               Plaintiffs,

-against-

MASON ROTHSCHILD,

               Defendant.

CIVIL ACTION NO.

22-CV-00384 (JSR)

## SUPPLEMENTAL DECLARATION OF JESSICA H. FERNANDEZ

I, Jessica H. Fernandez, declare as follows:

I am an attorney associated with the firm of Baker & Hostetler LLP, attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") in the above-captioned case. I submit this declaration in further support of Hermès's Motion for Permanent Injunction. I have firsthand knowledge of the matters stated herein. This declaration is supplemental to, and the exhibits hereto follow those filed in, the March 3, 2023 Declaration of Jessica H. Fernandez (ECF No. 168).

    1.    Attached hereto as **Exhibit 61** is a true and correct copy of Plaintiffs' Admitted Trial Exhibit 21, the December 21, 2021 letter from Christopher J. Sprigman at Lex Lumina PLLC to Gerald J. Ferguson at Baker & Hostetler LLP, with the subject "Re: Response to your letter of Dec. 16, 2021."

    2.    Attached hereto as **Exhibit 62** is a true and correct copy of excerpts from the February 1, 2023 trial transcript.

3. Attached hereto as **Exhibit 63** is a true and correct copy of excerpts from the February 6, 2023 trial transcript.

4. Attached hereto as **Exhibit 64** is a true and correct copy of excerpts from the January 31, 2023 trial transcript.

5. Attached hereto as **Exhibit 65** is a true and correct copy of excerpts from the February 3, 2023 trial transcript.

6. Attached hereto as **Exhibit 66** is a true and correct copy of excerpts from the January 30, 2023 trial transcript.

7. Attached hereto as **Exhibit 67** is a true and correct copy of Defendant's Admitted Trial Exhibit 620, a screenshot of Discord Messages dated December 22, 2021.

8. Attached hereto as **Exhibit 68** is a true and correct copy of excerpts from the February 2, 2023 trial transcript.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 24, 2023         By: /s/ *Jessica H. Fernandez*
        New York, New York              Jessica H. Fernandez