# Exhibit 66

```
     N1UNHER1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    HERMÈS INTERNATIONAL, et al.,

4                 Plaintiffs,

5            v.                              22 Civ. 384 (JSR)

6    MASON ROTHSCHILD,

7                 Defendant.

8    ------------------------------x
                                             New York, N.Y.
9                                            January 30, 2023
                                             9:30 a.m.
10
     Before:
11
                     HON. JED S. RAKOFF,
12
                                             District Judge
13                                           -and a Jury-

14

15                        APPEARANCES

16   BAKER & HOSTETLER LLP
          Attorneys for Plaintiffs
17   BY:  DEBORAH A. WILCOX
          OREN J. WARSHAVSKY
18        GERALD J. FERGUSON

19   HARRIS ST. LAURENT & WECHSCLER LLP
          Attorneys for Defendant
20   BY:  ADAM B. OPPENHEIM
          JONATHAN A. HARRIS
21
     LEX LUMINA PLLC
22        Attorneys for Defendant
     BY:  RHETT O. MILLSAPS, II
23

24

25
```

1   with the jurors?
2            THE COURT:  That's fine.
3            MR. MILLSAPS:  Thank you.
4            Thank you, your Honor.  Good morning.
5            Good morning, members of the jury.
6            I Just want to introduce myself again and
7   Mr. Rothschild's team here.  I am Rhett Millsaps, from the law
8   firm Lex Lumina, here on behalf of the artist Mason Rothschild.
9   With me are my cocounsel, Jon Harris.  You will be seeing him
10  as well from the law firm of Harris, St. Laurent & Wechsler.
11           Also with us are Monica Delgado, who works with his
12  firm; Ashley Robinson, also who works with his firm; Adam
13  Oppenheim, also with the Harris firm; and then my partner at
14  Lex Lumina, Chris Sprigman.
15           And, of course, this is the defendant, Mr. Rothschild.
16           Mason, would you please stand up for a minute.
17           Members of the jury, Mr. Rothschild is an
18  up-and-coming artist and an entrepreneur, and he's here today
19  to stand up for himself and for artistic freedom.  And you will
20  be hearing directly from him on the witness stand.
21           Now, you just heard Hermès' version of this dispute
22  and its view of Mr. Rothschild as the plaintiff.  Hermès gets
23  to go first throughout this case.  I will ask you to keep your
24  minds open until you have heard all of the evidence and from
25  all of the witnesses, including Mr. Rothschild.

           And Mr. Rothschild and our team and I am sure everyone in the courtroom today would very much like to thank you for being here.  We know that you are putting in a lot of effort and time to serve as juror in this case, and we are grateful for that.

           I just would like to show you again the holy object that brings us all here today in the courtroom.

           Mr. Warshavsky, may I borrow this bag?

           MR. WARSHAVSKY:  Sure.

           MR. MILLSAPS:  Thank you.

           Hermès was kind enough to let me borrow this to show it to you.  This is Hermès' most popular product, but not everyone can get one.  Not only is there a waitlist to buy one, but the cheapest one of these bags is going to set you back about $12,000.  Some of these bags go for as much as $200,000.

           And you heard Mr. Warshavsky say Hermès has sold over a billion dollars of these bags in the last ten years in the U.S. alone, about $100 million worth of these bags every year for the last ten years.

           You also heard Mr. Warshavsky say that there are a lot of cultural references to the Birkin bag in television shows like Sex and the City, Gilmore Girls, and films and music that you may have heard from Cardi B or Beyoncé.

           That is because -- and Hermès is very proud of this -- the name Birkin has transcended its status as a mere trademark

1  indicating the source of goods, and Birkin has become a
2  cultural symbol of rarefied wealth and privilege in our
3  society.
4           Now, as you can see here, it is a leather purse, a
5  very fancy French leather purse, but it is a purse.  You can
6  carry your wallet and your keys in it.
7           Ashley, would you please put the MetaBirkins on the
8  screen.
9           The images that you see on your screen now are
10 MetaBirkins.  They're flat digital pictures of imaginary Birkin
11 bags fully covered in cartoonish colorful fur sitting on a
12 white pedestal.  During this trial you will hear
13 representatives of Hermès admit that Hermès has never made or
14 sold anything that looks like this.  It came out of
15 Mr. Rothschild's imagination.
16          And you will learn something obvious, but something
17 very important in this case.  MetaBirkins exist only on your
18 screen in two dimensions.  You can't carry them to the store.
19 You can't put your keys or your tiny dog in them.  You can't
20 even do any of those things with a MetaBirkin in a digital
21 world, like a video game.  It is a flat digital picture like a
22 painting connected to an NFT.
23          Now, you will be hearing a lot about NFTs during this
24 trial.  An NFT is just a snippet of code on a public internet
25 register called a blockchain.  That's so everyone can trace and

1    see when an NFT was created and who owns it now and what its
2    ownership history has been.
3            The easiest way to think of an NFT is like a deed or a
4    certificate of title, but it's digital.  It's called a token
5    because it represents something else, just like a deed to a
6    house represents the house or a certificate of title represents
7    the car that's owned.
8            You will see that an NFT, like a deed, doesn't have
9    any inherent nature or value by itself.  An NFT derives its
10   value from whatever it is attached to.  Just like the deed to a
11   house would be meaningless if the house didn't exist.
12           You are going to hear that over the last few years
13   NFTs have become an exciting new way for artists to sell their
14   work and build audiences and engage with their communities.
15           A little over a year ago, Mr. Rothschild came up with
16   the idea to make a series of digital pieces of art depicting
17   imaginary fur covered Birkin bags and to sell them with NFTs.
18   He decided to call these artworks MetaBirkins.
19           Now, before I go any further, I just want you to
20   understand why we are all here today.  Hermès, this
21   multibillion dollar fancy French purse maker, has sued
22   Mr. Rothschild because Hermès says that these MetaBirkins NFT
23   artworks hurt its coveted Birkin brand.
24           The evidence is going to show you otherwise.  This
25   really is a case about a multibillion dollar corporation trying

1  to punish Mr. Rothschild because they don't like his art, and
2  they are scared of what it might show about luxury consumer
3  culture.
4              Now, there are three key facts in this case.
5              Fact one:  The MetaBirkins on your screen are art, and
6  Mr. Rothschild had an artistic intention in using the name
7  MetaBirkins for this series of NFT artworks.  You can see the
8  name MetaBirkins describes what you see on your screen.  They
9  are artworks depicting imagery Birkin bags.
10             Mr. Rothschild also wanted to make money with his art.
11 Hermès will want you to focus only on the money part and ignore
12 the art part.  But you will see from the evidence that both of
13 those things were true at the same time.  They are two sides of
14 the same coin.  Mr. Rothschild wanted to make art and he wanted
15 to make money and a name for himself with his art.  What you
16 see on your screen is art.
17             Fact two:  Mr. Rothschild wanted the credit for
18 MetaBirkins.  He set up a MetaBirkins website and social media
19 accounts that identified him as the creator of MetaBirkins.  He
20 identified himself as the creator of MetaBirkins in media
21 interviews.
22             He reached out to some reporters to correct them when
23 they mistakenly wrote articles saying that Hermès put out
24 MetaBirkins.  And maybe more important than the evidence that
25 you will see is what you won't hear.  You won't see any

1   evidence that Mr. Rothschild ever told anyone that MetaBirkins

2   came from Hermès, because he wanted the credit for his own

3   artwork.

4              Fact three: Consumers who pay tens of thousands of

5   dollars for luxury handbags like Birkin bags or NFT art were

6   not confused about where MetaBirkins came from. Hermès own

7   evidence is going to show this to you.

8              Hermès is going to try to make a big deal out of the

9   fact that Mr. Rothschild hoped to make money with MetaBirkins.

10  They are going make a big deal out of the fact that he put a

11  lot of effort into trying to pump up the price and the

12  excitement for his MetaBirkins art. They are going to make a

13  big deal about the fact that he told his associate that he

14  hoped he could get Hermès to collaborate with him.

15             Mr. Rothschild doesn't dispute any of that. It is all

16  true. It is perfectly legal for people to make money with

17  their art. In fact, the First Amendment of our Constitution

18  protects that right for every American. And you will hear from

19  Hermès' own witness that it is not unusual for artists to

20  approach Hermès to pitch a collaboration with them, because

21  they want to work with Hermès.

22             We are here today because trademark rights are limited

23  by the First Amendment, which protects artistic creations like

24  Mr. Rothschild's MetaBirkins. The First Amendment's guarantee

25  of freedom of speech and expression protects the right for any

1    Mr. Chavez's testimony.
2            THE COURT:  Very good.  Please call your next witness.
3            MR. WARSHAVSKY:  Your Honor, Hermès will call
4    Dr. Kevin Mentzer, who is waiting outside.
5     KEVIN MENTZER,
6         called as a witness by the Plaintiff,
7         having been duly sworn, testified as follows:
8    DIRECT EXAMINATION
9    BY MR. FERGUSON:
10   Q.  Good afternoon, Dr. Mentzer.
11   A.  Good afternoon.
12   Q.  What are the topics you are here to talk to us about today?
13   A.  In general, I am here to talk about blockchain NFTs and the
14   relationship of the MetaBirkins NFT in relation to blockchain.
15   Q.  And who retained you to provide this testimony?
16   A.  Baker Hostetler, attorneys for Hermès.
17   Q.  Prior to being retained in this litigation, have you ever
18   worked or performed any work for Baker Hostetler before?
19   A.  No, I had not.
20   Q.  Prior to being retained in this litigation, have you ever
21   performed any work for Hermès before?
22   A.  No.
23   Q.  Prior to being retained in this litigation, have you ever
24   testified as an expert before?
25   A.  No, I have not.

1    what we call immunability.  I can't change a prior block or any
2    transactions after they've been certified.
3    Q.  Could you explain to us what is depicted in this slide?
4    A.  So it's to show that we -- that a block is no more than a
5    series of transactions, and then we chain each block to the
6    next block.
7    Q.  What's depicted in this next slide?
8    A.  So a blockchain is decentralized.  So there is no central
9    authority, there is no company behind blockchain, there is no
10   government behind blockchain.
11            So this image I put together to represent that it is
12   truly distributed and really anyone can participate.  And as a
13   result of that, you have the entire blockchain available to
14   you, should you want to see it.
15   Q.  Are there different types of blockchain?
16   A.  Yes, there are.
17   Q.  Can you describe those for us?
18   A.  The two biggies are -- the two biggest blockchains are also
19   public blockchains.  Bitcoin I think we're all familiar with,
20   and then Ethereum would be another large one.
21   Q.  Can you explain to us the differences --
22            Let me rephrase that.  Are there differences between
23   bitcoin and Ethereum?
24   A.  Yes.
25   Q.  Can you explain those to us?

1  A.  So this is an analogy that I frequently use with my
2  students to be able to explain them.  It's the traditional
3  phone, very good at making calls.  That's what we do with
4  bitcoin.  It's very good at doing bitcoin-related transactions
5  where you're exchanging the cryptocurrency bitcoin.
6          On the Ethereum blockchain, I refer to that more as
7  the smartphone.  It can still make the calls.  We can still
8  transfer ether, which is the cryptocurrency, ether or eth, on
9  the Ethereum blockchain, but the design of Ethereum was done in
10 such a way that it let's me invent code on the blockchain as
11 well.  So it allows me to do things like create NFT contracts,
12 smart contracts, on the blockchain.
13 Q.  What is an NFT?
14 A.  I mean, most of us think of an NFT is that picture that,
15 you know, that is associated with it from a technology point of
16 view.  An NFT, which is short for non-fungible token, is just a
17 token that -- so you can think of a subway token, right.  I
18 have a subway token.  I give one to you this week, you give me
19 one back next week.  I don't care if you give me the same one
20 back because they have the same value.  That would be a
21 fungible token.  It's not unique.
22         A non-fungible token means it's unique.  I'm going to
23 give you one.  I care about it because it has unique attributes
24 that makes it valuable, potentially valuable, or different than
25 the other tokens on there.  So a non-fungible token is a way to

1  say a unique token on the chain.
2  Q.  May NFTs be linked to digital files?
3  A.  Yes, they are.
4  Q.  And are there different types of digital files that NFTs
5  may be linked to?
6  A.  Oh, certainly.
7  Q.  Can you elaborate that for us?
8  A.  That is kind of what this slide represents.  It may be
9  linked to an image, like the Bored Ape Yacht Club NFT we're
10 seeing there first.  But it could as well be linked to a music
11 file, a movie file, or no file at all, which is why I have a
12 blank circle there.
13 Q.  So can you elaborate for us the relationship between the
14 NFT and the digital file?
15 A.  So, in general, NFTs do not store the image on the
16 blockchain.  Instead, we point to a repository that is usually
17 also on a decentralized network that points to that digital
18 file that we tend to think of as the NFT.
19 Q.  What is the role of the smart -- can you explain to us what
20 a smart contracts is?
21 A.  Smart contract is the code, usually written in the program
22 language solidity on the Ethereum blockchain which manages an
23 NFT collection.  So if I want to transfer the NFT or sell the
24 NFT, I have to go through that smart contract, which does
25 things like validate I'm the true owner of that NFT and I can

1  validly transfer them.
2  Q.  And the smart contract, is that an entry on a blockchain?
3  A.  Yes, it is.
4  Q.  Is there a reason why the digital file is usually not on
5  the blockchain?
6  A.  Yes.
7  Q.  Why is that?
8  A.  With blockchain technology, we pay fees based off of the
9  size of the transaction.  So most people when they are
10 designing their NFTs don't put the actual digital image on
11 chain or on the blockchain because it would cause much higher
12 fees to be able to do transactions with them.
13 Q.  Can you explain to us how a transaction on the blockchain
14 works?
15 A.  So, in general, all transactions are initiated by a digital
16 warrant.  That is what this slide is showing here.  We have a
17 digital wallet on both ends, the digital wallet, we don't know
18 anyone on the blockchain because we just know digital wallets.
19 So the digital wallet itself initiates a transaction that could
20 potentially transfer cryptocurrency, could transfer the NFT to
21 another digital wallet.
22 Q.  Where are NFTs bought and sold?
23 A.  You can kind of buy NFTs really on any site that's been
24 designed to be able to do that type of transactions, but most
25 folks use an NFT marketplace to be able to do those

1           MR. FERGUSON:  I offer Exhibit 55 into evidence.
2           MR. MILLSAPS:  Objection, your Honor.
3           THE COURT:  Sustained.
4  Q.  What is shown in this next slide?
5  A.  This is a chart that I put together that showed all of the
6  resales of the MetaBirkins along with the dollar value amount
7  at the time that transaction occurred.
8  Q.  And is this chart derived from the compilation that you
9  created that was Exhibit C to your report?
10 A.  That's correct.
11 Q.  What does the horizontal axis represent?
12 A.  They are the unique date timestamps for each resale.
13 Q.  And what does the vertical axis represent?
14 A.  The value in U.S. dollars of those resales.
15 Q.  Now, resales were in ETH, is that correct?
16 A.  That's correct.
17 Q.  So how did you calculate the U.S. dollar amount for these
18 resales?
19 A.  I didn't calculate it.  I took it directly off of the
20 Etherscan.io site that does the conversion for me.
21 Q.  And what was the information of the Etherscan.io record?
22 A.  That would tell me both the ETH value and then the value in
23 U.S. dollars at that date and time.
24 Q.  And so each of these blue circles in this chart, what does
25 each blue circle represent?

1  A.  One of the retails.
2  Q.  And then looking at the green line that I've just added to
3  that chart, what does that green line represent?
4  A.  That represents the timeline while the minting was going
5  on, so I could see when the minting started and ended.  So I
6  could compare whether resales were occurring at the same time
7  the minting process was occurring.
8  Q.  When the MetaBirkins NFTs were created, were they linked to
9  any digital file?
10 A.  Not initially, no.
11 Q.  At the time that the minting transactions began, were they
12 linked to a digital file?
13 A.  Yes, they were.
14 Q.  And what was the digital file they were linked to?
15 A.  They were linked to a covered bag image that had some
16 animation that said future home of MetaBirkins.
17 Q.  And how did you determine that?
18 A.  One of the methods in the smart contract allows the
19 contract owner to set the repository, the point to the
20 repository for those images.  So I found the transaction
21 related to that setting and navigated to that repository to
22 look at what the images were at that time.
23 Q.  And can you show me, can you describe to me what is shown
24 in this slide?
25 A.  The top line is the actual transaction that set the pointer

1  to where the image files could be found and navigating to that,
2  you are arrive -- I could find this animated GIF file that
3  represented what they would have looked like at the beginning
4  of the minting process.
5  Q.  And so when the first three minting transactions took
6  place, individuals were buying MetaBirkins NFTs, is that
7  correct?
8  A.  So this was the image linked to the original, the first
9  three minted MetaBirkins, yes.
10 Q.  What image were those first three minters purchasing?
11 A.  It would have been linked to this image right here.
12          (Counsel confer)
13 Q.  And can you look at Exhibit 81.
14          Can you tell us what Exhibit 81 is?
15 A.  It's just marked GIF file.  I'm assuming that is the
16 animated GIF we're seeing for future home of a MetaBirkins.
17          MR. FERGUSON:  I offer Exhibit 81 into evidence.
18          MR. MILLSAPS:  No objection.
19          THE COURT:  Received.
20          (Plaintiff's Exhibit 81 received in evidence)
21 Q.  Did there come a time when the image linked to MetaBirkins
22 changed?
23 A.  Yes.
24 Q.  Can you describe for us what is shown in this slide?
25 A.  After the first three MetaBirkins were minted, I saw a

1   series of transactions that were setting the base URI so this
2   would, prior to the fourth being minted, so this would have
3   been the last one which set a new repository navigating to that
4   new repository.  This is the image that was there at the time,
5   this JPEG image.
6   Q.  And is this image on the blockchain?
7   A.  No, it's not.
8   Q.  Who decides what image the NFT is going to point to?
9   A.  That's controlled by the smart contract owner.
10  Q.  So the individual purchasing the NFT doesn't have control
11  over how that pointer is going to function, is that correct?
12  A.  That's correct.
13  Q.  And could you look at Exhibit 83 in your folder.
14              Can you identify that?
15  A.  That is the covered bag image that was set after the third
16  NFT was minted.
17              MR. FERGUSON:  I offer Exhibit 83 into evidence.
18              MR. MILLSAPS:  No objection.
19              THE COURT:  Received.
20              (Plaintiff's Exhibit 83 received in evidence)
21              Counsel, find a spot in the next five minutes to break
22  for the day.
23              MR. FERGUSON:  Five minutes to break?
24              THE COURT:  Find a time in the next five minutes to
25  break for today.

1          MR. FERGUSON:  OK.  Thank you.
2     BY MR. FERGUSON:
3     Q.  And did there come a time when the image changed, the image
4     linked to the NFT MetaBirkins changed again?
5     A.  Yes.
6     Q.  And can you tell us what is shown in this slide?
7     A.  That top transaction was another pointer to a new
8     repository for the MetaBirkins NFT that happened shortly after
9     the minting process was completed.  And at that time, the
10    unveiling of the individual MetaBirkins happened.
11    Q.  And can you look at Exhibit 84.
12         And can you identify that for us?
13    A.  Yes.  That would be one of the images linked to one of the
14    specific MetaBirkins NFTs.
15         MR. FERGUSON:  I offer Exhibit 84 into evidence.
16         MR. MILLSAPS:  No objection.
17         THE COURT:  Received.
18         (Plaintiff's Exhibit 84 received in evidence)
19    Q.  Can you describe for us what is shown in this slide?
20    A.  It's a combination of the earlier slide that showed the
21    minting history with date timestamp and what the image would
22    have looked like at any given point in time along that history.
23    Q.  Using the slide as a reference, how many MetaBirkins were
24    sold using the future home of a MetaBirkins?
25    A.  There were three that were sold under that original image.

1  Q.  And how many were sold under the covered veiled image?
2  A.  The remaining 97.
3  Q.  Were any minting rights sold under the bag image?
4  A.  No.
5  Q.  Can you describe to us what is shown in this chart?
6  A.  This is the same chart we saw earlier that was the resales
7  with the addition of when the actual digital files changed.  So
8  the red indicated digital file there would have been the
9  animated GIF image of the covered bag, the yellow would be the
10 covered bag itself, and then the blue would be the unveiling
11 event and when the individual MetaBirkins was revealed.
12 Q.  So looking at this chart, the resales that took place to
13 the left of the blue line, what was the image linked to the
14 MetaBirkins when those resales took place?
15 A.  They were buying a covered bag image.
16 Q.  And is it possible today that the digital filed linked to
17 the MetaBirkins could change again?
18 A.  It could, yes.
19 Q.  Who has the ability to do that?
20 A.  The MetaBirkins contract owner.
21 Q.  Anybody else?
22 A.  No.
23         MR. FERGUSON:  Your Honor, I'm kind of at a logical
24 breaking point.
25         THE COURT:  OK.  Ladies and gentlemen, we are off to a

1  good start, but it's very important that we start promptly at
2  9:30 to stay on schedule.  So be sure to be back in the jury
3  room like about 20 after nine so we can start right at 9:30.
4          Have a very good evening, and we'll see you tomorrow.
5          (Continued on next page)