# Exhibit 67

5:01

Close

**Search**
MetaBirkins

not hermes


**Mason Rothschild** 12/22/2021 10:42 AM
No, like every disclaimer says this is an art project and not associated with Hermes.

🔷 *Message could not be loaded.*


**Mason Rothschild** 12/22/2021 10:41 AM
Is the question and I affiliated with Hermes?

🔷 *Message could not be loaded.*


**spenduehh**🥬 12/22/2021 2:06 AM
Birkin is just someones last name. Hermes can eat it


**spenduehh**🥬 12/22/2021 1:50 AM
metabirkins already basically saying "f*ck you" to hermes is so crazy i dont know if you guys realize. they can say all they want but they wont get mb taken down. thats the point of the chain!! other companies gonna see that and just pop off and metabirkins will be the OG rebels against trademarking

#💬 | genesis-chat


**Jean-Marc** 12/22/2021 12:33 AM
but does it have anything to do with hermes?

← Page 24 of 35 | 866 Results →