# Exhibit 5

**CHAPTER 2**

Kenneth Loo <​​​​​​​​​​​​​​​​​​​​​>

# Confirming interview with Mason Rothschild regarding MetaBirkins NFT counterfeits - Tuesday December 7, 2021 at 11AM PDT

19 messages

**Kenneth Loo** <​​​​​​​​​​​​​​​​​​​​​> Mon, Dec 6, 2021 at 3:47 PM
To: Cristina Criddle <​​​​​​​​​​​​​​​​​​​​​>, Mason Rothschild <​​​​​​​​​​​​​​​​​​​​​>

Cristina and Mason:

Starting a new email chain to **CONFIRM** an interview tomorrow (**Tuesday December 7, 2021 at 11AM PDT**) with Mason Rothjschild regarding his experiences through the release of his MetaBirkins NFT and counterfeits on Open Sea.

Cristina, can you send a calendar invite to hold the time in everyone's schedule?

Ken


--
+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

---

**Cristina Criddle** <​​​​​​​​​​​​​​​​​​​​​> Mon, Dec 6, 2021 at 3:58 PM
To: Kenneth Loo <​​​​​​​​​​​​​​​​​​​​​>
Cc: Mason Rothschild <​​​​​​​​​​​​​​​​​​​​​>

Great all sent! Look forward to speaking then.
[Quoted text hidden]
--
Cristina Criddle (she/her)
Technology Reporter

KLOO_0000037

Plaintiffs' Exhibit 323.0001

*This email was sent by a company owned by Financial Times Group Limited ("FT Group"), registered office at Bracken House, One Friday Street, London, EC4M 9BT. Registered in England and Wales with company number 879531. This e-mail may contain confidential information. If you are not the intended recipient, please notify the sender immediately, delete all copies and do not distribute it further.  It could also contain personal views which are not necessarily those of the FT Group.  We may monitor outgoing or incoming emails as permitted by law.*

---

**Kenneth Loo**                                                 Tue, Dec 7, 2021 at 11:00 AM
To: Cristina Criddle
Cc: Mason Rothschild

Cristina:

Here are the latest stats on the METABIRKINS NFT sale:

• The first MetaBirkin sold for 10E (approx. $41,000 at the current price of ETH)
• In 5 day, 143E in volume has been sold ($586,300)
• Cheapest listed MetaBirkin now $13,530.00

Link for photos of the METABIRKINS for press usage
https://drive.google.com/drive/folders/12f1nn975i0MkmZUIgoEEGADA9TXPhTVW
Credit: Mason Rothschild, artist

Ken

[Quoted text hidden]

---

**Mason Rothschild**                                           Tue, Dec 7, 2021 at 11:11 AM
To: Kenneth Loo
Cc: Cristina Criddle

Hello Christina,

Updates as of right now:

• 168E volume traded ($739,000)
• Lowest listed MetaBirkin - 4E ($17,600)

Best,

**MASON ROTHSCHILD**

All information included and work attached, unless stated otherwise, is copyrighted material of Mason Rothschild. Any use without consent is prohibited. If you have received an email from this address and believe you are not the intended recipient, please notify the sender immediately and delete the email. Do not post or send content received from this email elsewhere without permission. Unless stated otherwise, material received from Mason Rothschild is not intended for commercial use. All additional questions can be emailed to:

Sent via Superhuman iOS

[Quoted text hidden]

---

**Cristina Criddle**                                           Tue, Dec 7, 2021 at 11:22 AM

**To:** Mason Rothschild
**Cc:** Kenneth Loo

Thanks both!

[Quoted text hidden]

---

**Cristina Criddle**                                      Thu, Dec 9, 2021 at 7:16 AM
**To:** Mason Rothschild
**Cc:** Kenneth Loo

Can you confirm roughly how many fakes have been sold?

Thanks
Cristina
[Quoted text hidden]

---

**Cristina Criddle**                                      Thu, Dec 9, 2021 at 8:01 AM
**To:** Mason Rothschild
**Cc:** Kenneth Loo

Also are you able to please show me screenshots of the Discord where people have said they reported the fakes and they haven't been taken down? or please send me links to some of the fakes.

Thanks
Cristina
[Quoted text hidden]

---

**Cristina Criddle**                                      Thu, Dec 9, 2021 at 10:25 AM
**To:** Mason Rothschild
**Cc:** Kenneth Loo

Sorry for all the emails to wake up to, one final question. Hermès has come back and said this to me:
Hermes did not authorize nor consent to the commercialization or creation of our Birkin bag by Mason Rothschild in the Metaverse. In fact these NFTs infringe upon the intellectual property and trademark rights of Hermes and are an example of fake Hermes products in the Metaverse.

Do you please have a response?

Thanks
Cristina

[Quoted text hidden]

---

**Cristina Criddle**                                      Thu, Dec 9, 2021 at 1:20 PM
**To:** Mason Rothschild
**Cc:** Kenneth Loo

Can you please also respond to this comment? Appreciate it is early morning but please do reply when possible:

"The valuable IP is the original work, which you would argue is the Hermès bag," said Colin Bell, head of IP at law firm Brabners. In theory, MetaBirkins is taking away revenue stream from Hermès if it wanted to market their bags as NFTs, he said. "The public could be confused and think the MetaBirkins are official."

KLOO_0000039

**Plaintiffs' Exhibit 323.0003**

Kenwerks Mail - Confirming Interview with Mason Rothschild regarding debunking NFT counterfeits - Thursday, December 7, 2021 @ 10AM PT
Case 1:22-cv-00384-JSR Document 184-5 Filed 03/28/23 Page 5 of 9

[Quoted text hidden]

---

**Kenneth Loo** &lt;...&gt;     Thu, Dec 9, 2021 at 1:26 PM
To: Cristina Criddle
Cc: Mason Rothschild

Cristina,

Can we set up a call to speak today?

I'm not sure how your article about counterfeits NFTS on OpenSea opened this line of questioning.

Ken


+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

> On Dec 9, 2021, at 10:20 AM, Cristina Criddle &lt;...&gt; wrote:
>
> [Quoted text hidden]

---

**Cristina Criddle**     Thu, Dec 9, 2021 at 1:29 PM
To: Kenneth Loo
Cc: Mason Rothschild

Sure when can you speak?

Thanks
Cristina
[Quoted text hidden]

---

**Kenneth Loo**     Thu, Dec 9, 2021 at 1:31 PM
To: Cristina Criddle

KLOO_0000040

**Plaintiffs' Exhibit 323.0004**

Kenwerks Mail - Confirming Interview with Mason Rothschild regarding MetaBirkins NFT Counterfeits - Tuesday, December 7, 2021 @ 11AM PST 13/07/22, 5:07 PM

Case 1:22-cv-00384-JSR Document 184-5 Filed 03/28/23 Page 6 of 9

Cc: Mason Rothschild

I land at noon PDT. Can we speak then?

+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

> On Dec 9, 2021, at 10:29 AM, Cristina Criddle wrote:
>
> [Quoted text hidden]

---

**Kenneth Loo** Thu, Dec 9, 2021 at 1:32 PM
To: Clara Jeon

FYI

+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

Begin forwarded message:

KLOO_0000041

**Plaintiffs' Exhibit 323.0005**

**From:** Cristina Criddle
**Date:** December 9, 2021 at 10:20:15 AM PST
**To:** Mason Rothschild
**Cc:** Kenneth Loo
**Subject: Re: Confirming interview with Mason Rothschild regarding MetaBirkins NFT counterfeits - Tuesday December 7, 2021 at 11AM PDT**

[Quoted text hidden]

---

**Cristina Criddle**                   Thu, Dec 9, 2021 at 1:36 PM
To: Kenneth Loo
Cc: Mason Rothschild

Sorry I won't be available then as it will be quite late here.

For context, the piece is still about counterfeit NFTs, as well as this. I went to Hermès for a comment on the MetaBirkin collection and that was their statement. I then spoke to an IP lawyer about their claims and that was his response.

Are you able to please provide a written response to these two points by 9am UK tomorrow so we can reflect in our coverage?

Thanks
Cristina
[Quoted text hidden]

---

**Kenneth Loo**                     Fri, Dec 10, 2021 at 1:25 AM
To: Cristina Criddle
Cc: Mason Rothschild

Cristina:

In speaking with Mason Rothschild earlier today, the artist formally requests to completely remove himself from your story for the Financial Times. This includes retracting all previous statements made in your discussion on Tuesday, December 7, 2021.

Regarding your current inquiry, Mason Rothschild should be quoted as "offered no comment."

Sincerely,
Kenneth Loo


+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

KLOO_0000042

**Plaintiffs' Exhibit 323.0006**

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

> On Dec 9, 2021, at 10:36 AM, Cristina Criddle <​​​​​​​​​​​​​​​​> wrote:

[Quoted text hidden]

---

**Cristina Criddle** Fri, Dec 10, 2021 at 9:46 AM
To: Kenneth Loo
Cc: Mason Rothschild

Hello,

Thanks for your email. We are not prepared to omit his freely given earlier comments. The piece will be published with them and a 'declined to comment' in relation to the Hermes/Bell statements.

Please do let me know if you wish to comment further.

Many thanks,
Cristina

[Quoted text hidden]

---

**Kenneth Loo** Wed, Dec 22, 2021 at 1:23 PM
To: Cristina Criddle
Cc: Mason Rothschild

Christina:

Sharing an update on MetaBirkins:
https://mirror.xyz/masonrothschild.eth/pcFcugko3xpQA4ph6z8HzYflsTYEC_WmcB4hHwZnOco

Ken

[Quoted text hidden]

---

**Cristina Criddle** Mon, Jan 17, 2022 at 11:25 AM
To: Kenneth Loo
Cc: Mason Rothschild

Hello,

I have seen this update on the case - https://www.schwimmerlegal.com/wp-content/uploads/sites/833/2022/01/sdny-hermes-v-rothschild-complaint.pdf

It would be good to catch up on a call about the next steps, if you have time. If not, shall I go through your lawyers?

KLOO_0000043
**Plaintiffs' Exhibit 323.0007**

Kenwerks Mail - Confirming interview with Mason Rothschild regarding debunking NFT counterfeits - Tuesday, December 7, 2021 @ 11AM PDT   13/07/22, 5:07 PM

Case 1:22-cv-00384-JSR   Document 184-5   Filed 03/28/23   Page 9 of 9

> Thanks
> Cristina
> [Quoted text hidden]

---

**Kenneth Loo** <span style="float:right">Mon, Jan 17, 2022 at 6:03 PM</span>
To: Cristina Criddle
Cc: Mason Rothschild

Hi Cristina.

We appreciate you reaching out.
Mason has made a statement and we have reposted the statement on IG https://instagram.com/masonrothschild and his other platforms publicly.

Ken

+++

**Kenneth Loo**
CEO / Co-Founder

**Chapter 2**
New York | Los Angeles | Miami

chapter2agency.com
@chapter2agency

**Required Reading:**
Forbes
HighSnobiety Podcast
Fashionista

> On Jan 17, 2022, at 8:25 AM, Cristina Criddle wrote:
>
> [Quoted text hidden]

KLOO_0000044

**Plaintiffs' Exhibit 323.0008**