# Exhibit 7



| | |
|---|---|
| Document title: | Mason Rothschild on Twitter: "Take nine people off the street right now and ask them to tell you what art is but the kicker is whatever they say will now become the undisputed truth. That's what happened today. A multibillion dollar luxury fashion house who says they "care" about art and artists but.." / Twitter |
| Capture URL: | https://twitter.com/MasonRothschild/status/1623367118493257730 |
| Page loaded at (UTC): | Thu, 23 Feb 2023 23:25:21 GMT |
| Capture timestamp (UTC): | Thu, 23 Feb 2023 23:26:26 GMT |
| Capture tool: | 10.20.9 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | 9AT8KTENUFp4T4PevyCKTK |
| User: | baker-nsamad |

PDF REFERENCE #:    cc4rT7uzbpd8AgKZ7iGS3w



Document title: Mason Rothschild on Twitter: &quot;Take nine people off the street right now and ask them to tell you what art is but the kicker is whatever they say will…
Capture URL: https://twitter.com/MasonRothschild/status/1623367118493257730
Capture timestamp (UTC): Thu, 23 Feb 2023 23:26:26 GMT
Page 1 of 4





