# Exhibit 8

**PageVault**

| | |
|---|---|
| Document title: | Chris Sprigman (@cjsprigman@urbanists.social) on Twitter: "My colleagues and I are going to continue to fight this case until free artistic expression prevails. What happened today was wrong. Wrong on the law. And also just wrong." / Twitter |
| Capture URL: | https://twitter.com/CJSprigman/status/1623386572732112913 |
| Page loaded at (UTC): | Thu, 23 Feb 2023 23:24:23 GMT |
| Capture timestamp (UTC): | Thu, 23 Feb 2023 23:25:10 GMT |
| Capture tool: | 10.20.9 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 3we2VX95tREvm9WeE3io5q |
| User: | baker-nsamad |

PDF REFERENCE #:    pQqx81kTif6JubpRbxnwwz

← Tweet

Search Twitter

**Chris Sprigman (@cjsprigman@urbanists.social)**
@CJSprigman

My colleagues and I are going to continue to fight this case until free artistic expression prevails. What happened today was wrong. Wrong on the law. And also just wrong.

> **Mason Rothschild** @MasonRothschild · Feb 8
> Take nine people off the street right now and ask them to tell you what art is but the kicker is whatever they say will now become the undisputed truth. That's what happened today.
>
> A multibillion dollar luxury fashion house who says they "care" about art and artists but..
> Show this thread

6:21 PM · Feb 8, 2023 · **5,966** Views

**5** Retweets **19** Likes

**Trade Secret Prof** @TradeSecretProf · Feb 8
Replying to @CJSprigman
So many troubling cases where courts treat IP rights as absolute. There are limits on protection for important reasons.
1 134

**Daniel Hakimi** @DanHakimi · Feb 9
Replying to @CJSprigman
what "artistic expression" was involved in "MetaBirkins?" If I just take Nike Dunks and generate a million colorways at random, and call them MetaDunks, am I a fucking artist? Get real.
1 1 2 179

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Chris Sprigman (@cjs...** Follow
@CJSprigman
Murray and Kathleen Bring Professor, NYU Law. IP, antitrust, comparative con law. ssrn.com/author=370802 Member, Lex Lumina PLLC. lex-lumina.com

**Mason Rothschild** Follow
@MasonRothschild
Founder @gasoline_xyz, Cofounder @terminal_xyz

## What's happening

NHL · Starts at 4:00 PM
**Oilers at Penguins**

Sports · Trending
**Rennes**
Trending with Shakhtar

Entertainment · Trending
**Suicide Squad**
Trending with Arkham

Music · Trending
**selena**
Trending with hailey

Trending in United States
**Clifton**
1,691 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

← Tweet

Search Twitter

**Daniel Hakimi** @DanHakimi · Feb 9

Replying to @CJSprigman

what "artistic expression" was involved in "MetaBirkins?" If I just take Nike Dunks and generate a million colorways at random, and call them MetaDunks, am I a fucking artist? Get real.

1 1 2 179

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Chris Sprigman (@cjs...** Follow

@CJSprigman

Murray and Kathleen Bring Professor, NYU Law. IP, antitrust, comparative con law. ssrn.com/author=370802 Member, Lex Lumina PLLC. lex-lumina.com

**Mason Rothschild** Follow

@MasonRothschild

Founder @gasoline_xyz, Cofounder @terminal_xyz

## What's happening

NHL · Starts at 4:00 PM

**Oilers at Penguins**

Sports · Trending

**Rennes**

Trending with Shakhtar

Entertainment · Trending

**Suicide Squad**

Trending with Arkham

Music · Trending

**selena**

Trending with hailey

Trending in United States

**Clifton**

1,691 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



