# Exhibit 11

|  |  |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-07-07 09:32:37 EDT |
| Mark: |  |
| US Serial Number: | 76700120 |
| US Registration Number: | 3936105 |
| Register: | Principal |
| Mark Type: | Trademark |
| TM5 Common Status Descriptor: |  LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. |
| Status Date: | Jun. 09, 2021 |
| Application Filing Date: | Oct. 29, 2009 |
| Registration Date: | Mar. 29, 2011 |
| Publication Date: | Jan. 11, 2011 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | None |
| Standard Character Claim: | No |
| Mark Drawing Type: | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of the configuration of a handbag, having rectangular sides a rectangular bottom, and a dimpled triangular profile. The top of the bag consists of a rectangular flap having three protruding lobes, between which are two keyhole-shaped openings that surround the base of the handles. Over the flap is a horizontal rectangular strap having an opening to receive a padlock eye. A lock in the shape of a padlock forms the clasp for the bag at the center of the strap. The broken lines in the drawing represent the location of the handles and are not part of the mark. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Acquired Distinctiveness Claim: | In whole |
| Design Search Code(s): | 14.11.08 - Padlocks; Locks, combination; Locks and key holes; padlocks; combination locks; Locks<br>19.01.06 - Purses; Pocketbooks; Handbags |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 1806107, 2447392 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Handbags |
| International Class(es): | 018 - Primary Class |
| U.S Class(es): | 001, 002, 003, 022, 041 |

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | 1986 |
| **Use in Commerce:** | 1986 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Hermes International |
| **Owner Address:** | 24 rue du Faubourg Saint-Honoré<br>Paris FRANCE 75008 |
| **Legal Entity Type:** | société en commandite par actions (sca) |
| **State or Country Where Organized:** | FRANCE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert S. Weisbein | **Docket Number:** | 093010-3143 |
| **Attorney Primary Email Address:** | IPDocketing@foley.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Robert S. Weisbein<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, NEW YORK UNITED STATES 10016 |
| **Phone:** 212.682.7474 | **Fax:** 212.687.2329 |
| **Correspondent e-mail:** IPDocketing@foley.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative

| | | | |
|---|---|---|---|
| **Domestic Representative Name:** | Robert S. Weisbein | **Phone:** | 212.682.7474 |
| **Fax:** | 212.687.2329 | | |
| **Domestic Representative e-mail:** | IPDocketing@foley.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 18, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Aug. 12, 2021 | NOTICE OF SUIT | |
| Jun. 09, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 09, 2021 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76874 |

| Date | Action | Code |
|---|---|---|
| Jun. 09, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76874 |
| Jun. 09, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76874 |
| Mar. 05, 2021 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 30, 2020 | NOTICE OF SUIT | |
| Jun. 29, 2020 | NOTICE OF SUIT | |
| Mar. 29, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jul. 12, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 12, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76874 |
| Jul. 12, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76874 |
| May 04, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 24, 2014 | NOTICE OF SUIT | |
| Sep. 10, 2014 | NOTICE OF SUIT | |
| May 12, 2014 | NOTICE OF SUIT | |
| Mar. 29, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 11, 2011 | PUBLISHED FOR OPPOSITION | |
| Dec. 22, 2010 | NOTICE OF PUBLICATION | |
| Dec. 09, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70633 |
| Dec. 09, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 16, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70633 |
| Nov. 16, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70633 |
| Nov. 16, 2010 | ASSIGNED TO LIE | 70633 |
| Nov. 01, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 04, 2010 | NON-FINAL ACTION MAILED | |
| Aug. 04, 2010 | NON-FINAL ACTION WRITTEN | 85328 |
| Jul. 13, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 12, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 12, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 12, 2010 | NON-FINAL ACTION MAILED | |
| Jan. 11, 2010 | NON-FINAL ACTION WRITTEN | 85328 |
| Jan. 05, 2010 | ASSIGNED TO EXAMINER | 85328 |
| Nov. 10, 2009 | APPLICATION FILING RECEIPT MAILED | |
| Nov. 04, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** GENERIC WEB UPDATE             **Date in Location:** Jun. 09, 2021

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,936,105** HERMES INTERNATIONAL (FRANCE SOCIÉTÉ EN COMMANDITE PAR ACTIONS)
24 RUE DU FAUBOURG SAINT HONORD
**Registered Mar. 29, 2011** F-75008 PARIS, FRANCE

**Int. Cl.: 18**

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 1,806,107 AND 2,447,392.

THE MARK CONSISTS OF THE CONFIGURATION OF A HANDBAG, HAVING RECTANGULAR SIDES A RECTANGULAR BOTTOM, AND A DIMPLED TRIANGULAR PROFILE. THE TOP OF THE BAG CONSISTS OF A RECTANGULAR FLAP HAVING THREE PROTRUDING LOBES, BETWEEN WHICH ARE TWO KEYHOLE-SHAPED OPENINGS THAT SURROUND THE BASE OF THE HANDLES. OVER THE FLAP IS A HORIZONTAL RECTANGULAR STRAP HAVING AN OPENING TO RECEIVE A PADLOCK EYE. A LOCK IN THE SHAPE OF A PADLOCK FORMS THE CLASP FOR THE BAG AT THE CENTER OF THE STRAP. THE BROKEN LINES IN THE DRAWING REPRESENT THE LOCATION OF THE HANDLES AND ARE NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 76-700,120, FILED 10-29-2009.

LIEF MARTIN, EXAMINING ATTORNEY

David J. Kappos
Director of the United States Patent and Trademark Office

HERMES_0007961

**Plaintiffs' Exhibit 6.0004**



HERMES_0007966
**Plaintiffs' Exhibit 6.0005**