# Exhibit 13

```
 1                    ROBERT CHAVEZ
 2            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 3
        HERMÈS INTERNATIONAL and    :
 4      HERMÈS OF PARIS, INC.,      :
                Plaintiffs,         : Civil Action No.
 5                                  : 22-CV-00384
                v.                  :
 6                                  :
        MASON ROTHSCHILD,           :
 7               Defendant.         :
        ------------------------    :
 8
 9               VIDEOTAPE DEPOSITION OF:
10                    ROBERT CHAVEZ
11                 NEW YORK, NEW YORK
12             WEDNESDAY, JANUARY 11, 2023
13
14
15
16
17
18
19
20
21
22
23
24    REPORTED BY:
      SILVIA P. WAGE, CCR, CRR, RPR
25    JOB NO. 5645292
```

Page 10

1           ROBERT CHAVEZ
2           MR. SPRIGMAN:  And also Ret Millsaps
3   from Lex Lumina on behalf of Defendant Mason
4   Rothschild.
5           MR. WARSHAVSKY:  And Lisa Gehman,
6   G-E-H-M-A-N, is joining -- from Baker Hostetler
7   is joining us remotely as well.
8           THE VIDEOGRAPHER:  And will the Court
9   Reporter please swear in the witness and then
10  Counsel may proceed.
11          THE STENOGRAPHER:  Sir, can you
12  please raise your right hand, so I can administer
13  the oath.
14  ROBERT CHAVEZ,
15      Hermès of Paris, 55 East 59th Street, New
16      York, New York  10022, after having been
17      duly sworn, was examined and testified as
18      follows:
19          THE STENOGRAPHER:  Thank you.
20          You may proceed.
21  EXAMINATION BY MR. WARSHAVSKY:
22      Q.  Can you please state your name for
23  the record.
24      A.  Robert Chavez.
25      Q.  Mr. Chavez, are you employed?

Page 11

1           ROBERT CHAVEZ
2      A.  Yes, I am.
3      Q.  By whom?
4      A.  Hermès of Paris Inc.
5      Q.  That's one of the Plaintiffs in this
6   case?
7      A.  Yes.
8      Q.  How long have you been employed by
9   Hermès of Paris?
10     A.  Twenty-two and a half years.
11     Q.  What is your current role at Hermès
12  of Paris?
13     A.  President and Chief Executive
14  Officer.
15     Q.  Has this always been your role?
16     A.  Yes, it has.
17     Q.  Can you briefly describe your
18  responsibilities as the CEO of Hermès of Paris?
19     A.  I'm in charge of all aspects of the
20  business for Hermès in both the US and Latin
21  America including finance, accounting, Human
22  Resources, merchandizing, store planning and
23  overall strategy of the brand.
24     Q.  I would like to back up in time a
25  little bit and walk us through a little bit of

Page 12

1           ROBERT CHAVEZ
2   your personal history, very briefly.
3       Where did you grow up?
4      A.  I grow up on in the south side of San
5   Antonio, Texas.
6      Q.  How long did you live there?
7      A.  I lived there for 18 years.
8      Q.  Can you tell us about your personal
9   educational background growing up there?
10     A.  Yes.  I grew up -- the south side is
11  the poorer side of town, so I went to public
12  schools.  I went to a public elementary school
13  and then I attended a public high school.
14     Q.  Did you go to college?
15     A.  I did.
16     Q.  Had where did you go to college?
17     A.  I went to Princeton University.
18     Q.  What was your major at Princeton?
19     A.  (INAUDIBLE) languages and
20  literatures.
21     Q.  Mr. Chavez, I'm just going to ask
22  that you wait a beat when I -- after I ask the
23  question, so that the Court Reporter can get both
24  of us and so that Mr. Oppenheim has an
25  opportunity to object.

Page 13

1           ROBERT CHAVEZ
2      A.  Yes.  Apologies.
3      Q.  After Princeton University, did you
4   go to graduate school?
5      A.  I did not.
6      Q.  What did you do after graduating from
7   Princeton?
8      A.  I started working at Bloomingdale's
9   in New York City.
10     Q.  And what position did you have at
11  Bloomingdale's?
12     A.  I started in the executive training
13  program.
14     Q.  How long did you work at
15  Bloomingdale's?
16     A.  I worked at Bloomingdale's for nine
17  years.
18     Q.  And about when was that?
19     A.  I started in August of 1977 and I
20  left in the summer of 1986.
21     Q.  Did you have any other positions at
22  Bloomingdale's?
23     A.  I did, yes.
24     Q.  What were those positions?
25     A.  I had -- I became the assistant

Page 46

ROBERT CHAVEZ

2  Q. Can you tell us what this document
3  is?
4  A. It's the trademark registration for
5  Birkin.
6      MR. WARSHAVSKY: We offer Exhibit 5
7  into evidence.
8      MR. OPPENHEIM: No objection.
9      (Deposition Exhibit 5 was moved into
10 evidence.)
11  Q. Does Hermès own any other trademarks
12 covering the Birkin handbag?
13  A. Yes, we do.
14  Q. And what are those trademarks?
15  A. We own the trademark for the actual
16 shape and design of the bag.
17  Q. When you say, "shape and design," do
18 you mean the configuration of the Birkin bag?
19  A. Yes.
20  Q. Can you turn to Exhibit 6.
21      (Deposition Exhibit 6, trademark
22 configuration of the Birkin HERMES_0007673 to
23 HERMES_0007675 and HERMES_0007961 &
24 HERMES_0007966, was marked for identification.)
25  A. (The witness complies.)

Page 47

ROBERT CHAVEZ

2  Q. Have you seen this document before?
3  A. Yes, I have.
4  Q. Can you tell me what this document
5  is?
6  A. This is the trademark for the
7  configuration of the Birkin bag.
8      MR. WARSHAVSKY: We'd offer Exhibit 6
9  into evidence.
10     MR. OPPENHEIM: No objection.
11     (Deposition Exhibit 6 was moved into
12 evidence.)
13  Q. Does Hermès own US trademark
14 registrations for the name Hermès?
15  A. Yes, we do.
16  Q. Can you turn to Exhibit 7.
17     (Deposition Exhibit 7, registered
18 trademarks for the name Hermès beginning with
19 Bates HERMES_0037508, was marked for
20 identification.)
21  A. (The witness complies.)
22  Q. Have you seen this document before?
23  A. Yes, I have.
24  Q. Can you tell us what this is?
25  A. These are the registered trademarks

Page 48

ROBERT CHAVEZ

2  for the name Hermès.
3      MR. WARSHAVSKY: We offer Exhibit 7
4  into evidence.
5      MR. OPPENHEIM: No objection.
6      (Deposition Exhibit 7 was moved into
7  evidence.)
8   Q. Now, I've been using the name Hermès
9  quite a bit.
10     Does Hermès of Paris own these
11 registrations?
12  A. No, we do not.
13  Q. Who owns these registrations?
14  A. Hermès International.
15  Q. Does Hermès of Paris have a
16 relationship to these trademark registrations?
17  A. Yes, we have exclusive rights to use
18 these trademarks in the United States.
19  Q. What value does Hermès place on the
20 Birkin trademark?
21  A. It's really invaluable to us.
22  Q. Why is that?
23  A. Because it is our -- it's our most
24 well-known and recognizable product.
25  Q. When you say, it's the most

Page 49

ROBERT CHAVEZ

2  "recognizable product," what do you mean by that?
3   A. Because of all the publicity,
4  attention, media that's been given to the bag
5  over the many many decades, people recognize the
6  bag from a distance. They recognize it in
7  photographs. They recognize it on the street.
8  It's just a very highly recognizable handbag.
9      MR. OPPENHEIM: Objection, the same
10 as before, Oren. We're just going to put a pin
11 in this and move on. [MOTION] But I'll renew my
12 motion to strike that evidence about what other
13 people think.
14     MR. WARSHAVSKY: Okay.
15  Q. Is the Birkin a significant part of
16 Hermès' business?
17  A. Yes, it is.
18  Q. Can you quantify that?
19  A. Yes, it's our best selling product
20 and we sell -- we've sold a hundred million
21 dollars worth of these handbags, at least, over
22 the last ten years.
23  Q. And that's US dollars?
24  A. Yes.
25  Q. Are there features of the Birkin bag

Page 62

ROBERT CHAVEZ

1  one time asked him if they made handbags "from
2  fur" and then you asked if they made handbags
3  "with fur."
4      MR. WARSHAVSKY: Sure.
5      MR. OPPENHEIM: I think given the
6  specificity of this area...
7      MR. WARSHAVSKY: Okay.
8  BY MR. WARSHAVSKY:
9      Q. Does Hermès commonly make handbags
10 with fur?
11     A. No, we do not.
12     Q. Okay. Does the Birkin handbag itself
13 ever get media coverage?
14     A. Yes, it does.
15     Q. Does Hermès pay for that media
16 coverage?
17     A. No, we do not.
18     Q. Does Hermès ask for that media
19 coverage?
20     A. No, we do not.
21     Q. Okay. So, in what types of
22 publications or media does Hermès get this media
23 coverage?
24     A. You see Birkin coverage in all of the

Page 63

ROBERT CHAVEZ

1  major magazine titles across the United States
2  such as Vogue, Harper's Bazaar, New York Times,
3  the Wall Street Journal, Vanity Fair, even
4  business publications such as Financial Times and
5  Forbes. You also see Birkin coverage in
6  television shows and also movies.
7      Q. I'm going to ask you to turn to
8  Exhibit 8.
9      (Deposition Exhibit 8, editorial
10 stories on the Birkin bag beginning with Bates
11 HERMES_0001602, was marked for identification.)
12     A. (The witness complies.)
13     Q. Just look through it for a minute and
14 then tell me if you're familiar with this
15 document.
16     A. Yes, I am.
17     Q. Can you tell me what this document
18 is?
19     A. This is a compilation of many
20 editorial stories on the Birkin bag in several
21 magazines over a lengthy period of time.
22     Q. Did Hermès compile this?
23     A. Yes, we did.
24     MR. WARSHAVSKY: We would offer

Page 64

ROBERT CHAVEZ

1  Exhibit 8 into evidence.
2      (Deposition Exhibit 8 was moved into
3  evidence.)
4      MR. OPPENHEIM: Can I ask a couple of
5  questions about the timeline?
6      MR. WARSHAVSKY: If you want to. I
7  mean, you want to do that on cross or do you want
8  to do it now?
9      MR. OPPENHEIM: Before we admit it
10 into evidence, I mean.
11     MR. WARSHAVSKY: Go ahead.
12     MR. OPPENHEIM: I don't know -- I
13 don't know if I object to that. I have no idea
14 what it is.
15     MR. WARSHAVSKY: Okay. Well, you
16 asked about it before, but it's alright. Yeah,
17 that's fine.
18     MR. OPPENHEIM: I don't think so.
19 Exhibit 8?
20     MR. WARSHAVSKY: Okay. Go ahead. I
21 mean, in this case, I think you have. But go
22 ahead.
23     MR. OPPENHEIM: Oh.
24     MR. WARSHAVSKY: But that's okay.

Page 65

ROBERT CHAVEZ

1      MR. OPPENHEIM: Just give me a second
2  with Counsel then.
3      (There is a discussion off the
4  record.)
5      MR. OPPENHEIM: Do you know who put
6  this together, who assembled these documents?
7      THE WITNESS: Well, we collect all of
8  the stories and save all of the stories for all
9  the media coverage we get.
10     MR. OPPENHEIM: Did you personally
11 direct someone to assemble these documents or was
12 this given to you?
13     THE WITNESS: No, I didn't personally
14 direct somebody to assemble this.
15     MR. OPPENHEIM: And this is the
16 entire assembly of stories or is this an excerpt
17 from it?
18     THE WITNESS: No, it's an excerpt.
19 There are thousands, literally thousands.
20     MR. OPPENHEIM: So, when was this
21 subset of those "thousands" of stories put
22 together?
23     THE WITNESS: I couldn't give you the
24 specific date, but recently I would say.

17 (Pages 62 - 65)

Page 70

ROBERT CHAVEZ

2  Q. Can you tell us what it is?
3  A. This too is a compilation of Birkin
4  bag appearing in several movies.
5  Q. And who created this?
6  A. Hermès International.
7  Q. And why did Hermès create this?
8  A. Well, because we save -- we all kind
9  of all of the coverage that we get.
10     MR. WARSHAVSKY: We would move
11 Exhibit 10 into evidence.
12     MR. OPPENHEIM: No objection.
13     (Deposition Exhibit 10 was moved into
14 evidence.)
15  Q. Does this press impact Hermès'
16 business?
17  A. Yes, it does.
18  Q. How so?
19  A. It increases the awareness level even
20 more and it creates an even higher demand for the
21 bag.
22  Q. Does Hermès advertise the Birkin bag?
23  A. Yes, we do.
24  Q. I'd like to show you Exhibit 11.
25     (Deposition Exhibit 11, color copy of

Page 71

ROBERT CHAVEZ

2  one page of a national ad campaign from the early
3  2000s with no Bates, was marked for
4  identification.)
5  Q. Have you ever seen this document
6  before?
7  A. I have, yes.
8  Q. Can you tell us generally what this
9  is?
10  A. This was a part of our national ad
11 campaign back in the early 2000s.
12  Q. And what products are shown in this
13 advertisement?
14  A. In addition to the one scarf there
15 are two Birkin bags featured in this ad.
16     MR. WARSHAVSKY: We move Exhibit 11
17 into evidence.
18     MR. OPPENHEIM: No objection.
19     (Deposition Exhibit 11 was moved into
20 evidence.)
21  Q. Can you please turn to Exhibit 12.
22     (Deposition Exhibit 12, black and
23 white copies of ads with beginning Bates
24 HERMES_0001406, was marked for identification.)
25  A. Yes.

Page 72

ROBERT CHAVEZ

2  Q. Have you ever seen Exhibit 12 before?
3  A. Yes, I have.
4  Q. Can you tell us what that is?
5  A. Again, it's a compilation of all of
6  the ad that we just saw appearing in many of the
7  magazines that we advertise in.
8  Q. Did Hermès create this compilation?
9  A. Yes, we did.
10     MR. WARSHAVSKY: We move Exhibit 12
11 into evidence.
12     MR. OPPENHEIM: No objection.
13     (Deposition Exhibit 12 was moved into
14 evidence.)
15  Q. And what was the reaction to this
16 advertisement?
17  A. It was unbelievable.
18  Q. What do you mean by that?
19  A. It created quite a stir in the market
20 and brought huge attention to the Birkin bag
21 again.
22  Q. How much does Hermès spend a year in
23 advertising?
24  A. We spend millions of dollars a year
25 in advertising.

Page 73

ROBERT CHAVEZ

2  Q. Does that include advertising the
3  Birkin handbag?
4  A. Yes, it does.
5  Q. Where are the Birkin handbags sold?
6  A. They're sold in our stores here in
7  the United States and around the world, Hermès
8  stores.
9  Q. Can a customer buy a Hermès bag on
10 the website?
11  A. No, they cannot.
12  Q. And earlier you spoke a little about
13 demand. I want to go back to that.
14     Can you explain the process from when
15 a customer walks into purchase a Birkin handbag
16 what happens next?
17  A. Yes. Clients come in requesting a
18 Birkin handbag. Most likely, we will not have
19 availability at that time or it's very rare that
20 we would have availability at that time. So we
21 will have a conversation with the client. We
22 will take their wish list and then we will get
23 back to them as soon as we have an idea as to
24 when we think we might be getting a bag in that
25 this is what they're looking for.

19 (Pages 70 - 73)