# Exhibit 14

# MetaBirkins and Beyond.

0xa061     November 22nd, 2021

Hello everyone,

Writing entries like this isn't something I normally do but with things moving as fast as they are, this feels like a good place and time to start.

## MetaBirkins

The MetaBirkins community has been growing by the hundreds daily and I can't be more thankful for all of your support. I minted the, one-of-one, Baby Birkin in May of this year with no expectations and now I'm sitting here making the final selections for the collection of one hundred. I began working on MetaBirkins in response to fashion's latest "fur free" initiatives and after catching a wave of positive reactions to a few sneak peeks on Instagram and Twitter, I knew I had to try and recreate the same exclusivity and demand of Hermes' most famous handbag. My goal is for MetaBirkins double as an investment for holders like the real-world "holy grail" handbag. Baby Birkin sold for $23,500.00 at auction and received global publicity, a price and accomplishment I know MetaBirkins will eclipse in the hands of the right holders.

## Beyond

The Baby Birkin and MetaBirkins have all led up to this. This month, I assembled a team of Web3 developers and partnered with, quite possibly the most talented human being I know, Amber Park, to begin work on a large-scale generative project minting in Q1 of 2022. I can't share too much information in these early stages of development but I will leave you with this:

- The first 1,000 MetaBirkins Discord server members will automatically be whitelisted for the generative project
- The top 10 longest MetaBirkins holders (at the time of the generative project minting) will be gifted an item from the generative project collection

Perks for those of you with the Founders role in the MetaBirkins Discord server will be announced as we develop this collection. Thank you all again, your early support will be

HERMES_0009806

Plaintiffs' Exhibit 255.0001

rewarded.

Last but not least, here's a preview of the collection. I hope you like it.



| ARWEAVE TX ↗ | vU1C7rfspuD15iZvNhnvtYDxvVEMs0y9pKMj--Y3534 |
| --- | --- |
| ETHEREUM ADDRESS ↗ | 0xa061982D4B087D911Db8399a641187dF945D48D0 |
| CONTENT DIGEST | wnu9INib4HflsLlITwzarSDtzOigfHHgdHepF3pjOQs |

HERMES_0009807

**Plaintiffs' Exhibit 255.0002**