# Exhibit 15-Part 1



# TOWN&COUNTRY

MARCH 2021

TOWN&COUNTRY
1 5
LEGENDARY YEARS

The
LONG GAME
79 Things Worth
Waiting For

Escape to
the Farthest Place
on Earth
*Anonymity Guaranteed*

How to Smell Like
GRACE KELLY

ALT-IVIES
Where You Can Actually
Go to College Now

GOSSIP'S *ANNUS MIRABILIS*
ALL TEA. ALL SHADE.

Social Climbers'
REVENGE
From Palm Beach to Parliament

Michelle
PFEIFFER
Then. Now. Forever.

HERMES_0001602

Plaintiffs' Exhibit 8.0001



# STYLE SPY

THE IRON LADY'S SECRET WEAPON / IS THERE A NEW BARNEYS? / PRESTIGE PET PEACOCKING

The rereleased Shadow, seen here exclusively, is marked by a saddle-stitch technique perfected over 200 years.
**HERMES** BIRKIN SHADOW IN SWIFT CALFSKIN IN GOLD ($14,600), HERMES.COM

# BIRKINS *in the* Coal Mine

*There are surprising harbingers of normality dangling from our arms. Are purse strings the new Hemline Index?*

BY **LEENA KIM**   PHOTOGRAPH BY **ALLIE HOLLOWAY**

HERMES_0001600

**Plaintiffs' Exhibit 8.0002**







HERMES_0012381

Plaintiffs' Exhibit 8.0003



*I f I could be a woman, I'd want to be Miuccia Prada. She's the perfect balance of right and wrong, fashion, intelligence, and irony."*

Pattern play. THIS PAGE: Coat, top, pants, hat, earrings (worn on lapels), and bracelet (right), Prada. Bag and twill sash, Hermès. Belt, Maximum Henry. Platform sneakers, R13. BEAUTY BAZAAR Glamorous cat-eyes call for Marc Jacobs Beauty Highliner Liquid Gel Eyeliner in Blacquer ($27). OPPOSITE PAGE: Blazer, vest, shirt, jeans, scarf, and bag, Marc Jacobs. Barrettes, Epona Valley. Brooch, Verdura. FASHION EDITOR: Miguel Enamorado

HERMES_0012382

Plaintiffs' Exhibit 8.0004



HERMES_0000855

Plaintiffs' Exhibit 8.0005



**HOTTEST,** *NEWEST,* **LATEST**

Iconic Hermès packaging

Bits and pieces utilized by Petit h artisans

Hermès Fall 2011

**Hermès** Petit h semainier

Pascale Mussard in a Petit h necklace

A classic Birkin bag

**Hermès** Petit h rolling Birkin

124

# ONE FOR ALL:
# *HERMÈS EXCLUSIVES*

*The French fashion house introduces PETIT H, an ingenious collection of artful objects made from luxurious recycled materials*

It's an undisputed fact: Hermès is synonymous with perfection. No product that appears even partially flawed ever sees the light of a boutique. Until now. Thanks to the inspiration of Pascale Mussard, the great-great-great-granddaughter of founder Thierry Hermès, originally a saddle maker, there is a recycling renaissance within the storied house in which unused or misfit materials are given new life as quirky limited-edition *objets.*

"I've had the vision for Petit h for as long as I can remember," says the soft-spoken Mussard. "When I was young, my nickname was 'Don't throw that out, it might be useful,' so it is very appropriate."

Petit h is fueled by creativity. Goods are first examined in a Willy Wonka–esque ideas laboratory in Paris. Then 22 artists who were handpicked by Mussard are paired with Hermès's legendary craftsmen, including leather workers, seamstresses, gold- and silversmiths, and crystal and porcelain aficionados. The resulting items—sweetly dubbed Unidentified Poetic Objects,

*"I think an object can give you JOY. It can stay with you for years," says Mussard.*

or UPOs—are rather astounding.

They run the gamut from charms (starting at $40) to an oversize panda-bear beanbag made out of Clémence bull-calf leather (the most expensive of the lot at $100,000). A semainier chest is crafted from solid oak, silk twill, and Togo calfskin, while the top for a rolling Birkin is repurposed from an otherwise damaged original. Mussard's favorite piece is a crystal doorstop with a handle from a Kelly bag. She also morphed colorful leather scraps into coffee-cup holders after a recent trip to New York. "Everyone in the office needed one. Their coffees were so hot," she says, laughing.

Having debuted in Tokyo this past June, the roving collection is on display November 2 through 23 at Hermès's Madison Avenue boutique, with 2,200 UPOs to admire. (The next viewing is in December at the Rue de Sèvres store in Paris.) "My dream was to invent something that people would love and respect as a new generation of Hermès," says Mussard. "I think an object can give you joy. It can stay with you for years." **Sarah Cristobal**

VINCENT LEROUX. RUNWAY: DAN & CORINA LECCA. HERMÈS BOX AND BIRKIN BAG: DAVIES + STARR. SEE WHERE TO BUY FOR SHOPPING DETAILS

HERMES_0000854

**Plaintiffs' Exhibit 8.0006**



HERMES_0001776

Plaintiffs' Exhibit 8.0007

# FIRST OF ITS KIND / LAST OF ITS KIND

By Lindsay Talbot
Still Life by Anthony Cotsifas
Styled by Todd Knopke



The British actress
Jane Birkin in 2008 with
her namesake carryall,
which Hermès
debuted in 1984.

Shown here in the house's
signature Fauve color, the
Birkin 3-in-1 can be used as a
clutch, a tote or combined to
resemble the original design.
$14,400, hermes.com.

RETOUCHING: ANONYMOUS/RETOUCH. DIGITAL TECH: CHASE GUNNER. PHOTO ASSISTANT: KARL LEITZ. ARCHIVAL PHOTOGRAPH: SARAH LEE/EYEVINE/REDUX

IN 1984, THE English actress Jane Birkin hopped on an Air France flight from Paris to London. As she hurried down the aisle, the contents of her handbag spilled to the floor. Luckily, she happened to be sitting next to Jean-Louis Dumas, then the executive chairman of Hermès, and somewhere over the English Channel, the two came up with the design for her now-iconic namesake carryall, which they sketched out together while on board. The Birkin would be bigger than the Kelly, but smaller than the Haut à Courroies, and contain interior pockets for storing belongings, as well as a burnished flap top with the house's signature

saddle stitching and a turn-lock swivel clasp. It became the most coveted of Hermès's handbags, with yearslong wait lists and limited editions in numerous colorways and skins.

This fall, the house will introduce the Birkin 3-in-1, a practical new riff on the original design. In a nod to modern-day needs, it includes a canvas pochette bearing the bag's classic leather flap that can be removed and carried as an envelope clutch (ideal for stashing a phone, a mask and a few other essentials). When the pouch is attached to the bag — its flap lies across the top and fixes to the gussets, while the Birkin's handles pass through

the clutch's slits to keep it in place — it looks like a classic Birkin. But when the clutch is taken out, the bag becomes an open, spacious tote, roomy enough to fit a laptop for working on the go and available in a caramel-colored Barenia Faubourg calfskin or a Togo calfskin in gold, biscuit, black and sapphire. "The Birkin 3-in-1 is constructed as a puzzle," says Catherine Fulconis, who oversees Hermès's equestrian and leather goods. "One bag, two elements, three uses: It can be a tote, a pouch or a tote and pouch combined. It becomes everything in one." A versatile trompe l'oeil, indeed. ◂

HERMES_0001777

Plaintiffs' Exhibit 8.0008



HERMES_0000869

Plaintiffs' Exhibit 8.0009



Burberry London
trench, $1,295, burberry
.com Hermès bag, price
upon request, 800-
441-4488 Portolano
gloves, $95, 212-719-
4403; all jewelry Harry
Winston, harrywinston
.com. Opposite page:
Prada coat, $25,700,
prada.com Devi Kroell
pochette, $1,600,
devikroell.com, Roger
Vivier sunglasses, $475,
212-861-5371; all jewelry
Cartier, cartier.com

Model: Carolyn Murphy/
IMG; Makeup: Hannah
Murray For Top Shop
Makeup; Hair: Oribe,
using Oribe Hair Care
(Oribe Salon); Nails: Rica
Roman for Zoya nails
at See Management;
Casting: Gina Liberto

HERMES_0000866

Plaintiffs' Exhibit 8.0010



HERMES_0000878

Plaintiffs' Exhibit 8.0011



# FANFAIR

Humphrey Bogart and Lauren Bacall, loyal Hermès customers, owned the Haut à Courroies bag (below) and Atlas garment bag (right) in cream canvas and tan leather, embossed with a single B, the initial they shared.

The commemorative silk scarf Hermès à Beverly Hills, designed by Benoît Pierre Emery.

This limited-edition wine trunk, covered in Izmir-blue Clémence bull calfskin, is made-to-measure for Bordeaux wine bottles. It contains six crystal wineglasses, two linen serving towels, and a sterling-silver corkscrew covered in the same blue leather.

The late Hermès C.E.O. Jean-Louis Dumas created the Birkin bag, a perfect travel tote, for actress and singer Jane Birkin, in 1984.

A rendering of the newly renovated Beverly Hills boutique, on Rodeo Drive, designed by RDAI, the architecture firm founded by Rena Dumas, in Paris, in 1972.

Birkin bag.

Sammy Davis Jr. commissioned a traveling bar made of black crocodile, and lined in red leather, to take on airplanes.

## Hermès Heritage

Hermès has long been heralded as the house of choice for thoroughbreds in pursuit of luxury goods—from equestrian saddles and timepieces to ready-to-wear and china. Established in 1837 in Paris as a tiny harness shop, Hermès opens the doors to its 12,000-square-foot boutique in Beverly Hills this month.

—PUNCH HUTTON

Grace Kelly, princess of Monaco, carrying an Hermès Kelly bag in 1958. The purse had originally been called the Hermès Petite Sac pour Dame, but it was renamed in her honor in 1956.

Aux Sports d'Hiver scarf in vintage silk.

Hermès bicycle.

Large Collier de Chien enamel bracelet.

Kelly Picnic bag.

OCTOBER 2013

HERMES_0000877

Plaintiffs' Exhibit 8.0012



# VOGUE

MAR

# the vogue file

**editor: Lauren duPont**

## canvas bags

### 1. L.L. Bean
THE DETAILS: The design of the company's signature "boat and tote" bag, introduced more than 30 years ago, is based on the sacks used to carry ice blocks for old-fashioned iceboxes. To modernize its supersuccessful design, Bean has added a zip top. Canvas bag available with cranberry, green, red, black, teal (shown), and navy-blue trim.
WHERE TO GET IT: Bag, about $17. L.L. Bean stores, or call (800) 809-7057 for information.

### 2. Kate Spade
THE DETAILS: Designed for the urban bargain hunter, this two-tone tote is modeled after the shopping bag and lined in colorful gingham. Trim colors range from black or brown to green (shown) or cranberry. The classic shape is also available in solid colors cut from nylon or leather.
WHERE TO GET IT: Bag, about $110. Kate Spade, NYC.

### 3. Nine West
THE DETAILS: New for spring 1998, Nine West designs "the Bermuda Collection" of bags based on that ultimate preppy carryall. Stained wooden handles match the decorative wooden tag. Inside zip pocket. Also available in blue, mint, natural, and orange.
WHERE TO GET IT: Bag, about $59. Nine West stores.

### 4. Jerome Gruet
THE DETAILS: Dubbed the "transit" bag because of its commuter-friendly shape, this canvas tote is available in ten colors with thirteen variations on the center stripe. Three different sizes—day bag, shopping bag, and beach bag—accommodate whatever's needed on the road.
WHERE TO GET IT: Bag, about $165. Scoop, NYC.

### 5. Prada
THE DETAILS: This canvas tote (new for spring) is typically Prada—i.e, style with a quirky twist. It is crafted from utilitarian canvas on the outside, fuchsia satin on the inside, and topped with carnation-pink crocodile handles. The handles also come in ginestra (yellow) crocodile.
WHERE TO GET IT: Bag, about $820. Prada, NYC; Neiman Marcus.

### 6. Hermès
THE DETAILS: The Birkin bag, designed for actress Jane Birkin in 1984, now has the longest waiting list of any Hermès handbag—up to six months. It can be custom-ordered in any color and almost any fabric (even ostrich skin or denim).
SPOTTED ON: Kate Moss, Linda Evangelista, Elle Macpherson, Anne Bass.
WHERE TO GET IT: Bag, about $5,275. Hermès boutiques, or call (800) 441-4488 for information.

MARK LAITA

HERMES_0000030
Plaintiffs' Exhibit 0.0012



**Town&Country**

ESTABLISHED IN 1846

PLUS: T&C'S MANAGING GUIDE TO STRESS AND ANXIETY

# STAYING POWER

**INVESTMENT DRESSING**
Buy Now,
Wear Forever

**CAPRI**
Italy's
Eternal Isle

**LOFT LIVING**
Modern
Design in
SoHo

**MILLA JOVOVICH**
Styles
That Last

AUGUST 2009    $4.50
0 8>

0  74470 08833  2

Milla wears
Oscar de la Renta

HERMES_0000810

**Plaintiffs' Exhibit 8.0014**



# ALWAYS IN
# FASHION

**WORKING WOMAN**
Hermès silk-twill Le
Monde Est Vaste scarf
($375) and calfskin
Birkin 35 bag ($8,650).
Manolo Blahnik
alligator Carolyne
heels ($2,685). Bounkit
24k-gold-plated neck-
lace of dark and light
smoky topaz ($1,430).

PROPS STYLED BY
KIM FICARO

64    TOWN & COUNTRY

HERMES_0000809

**Plaintiffs' Exhibit 8.0015**