# Exhibit 16



# The LIST

This season's objects of desire



JINJING PIAWAI

Tas Birkin kembali ditampilkan secara paripurna

dalam versi ringan dari bahan kulit dan kanvas.

Tas, **Hermès**

TAS: YUDITH KRIDANGGA; FOTO: COURTESY OF HERMES

HERMES_0013545

Plaintiffs' Exhibit 16.0002



BAZAAR

HARPER'S

INDIA

APRIL-MAY 2020

#TwoforJoy

Oh, Jackie!

HERMES_0013773

Plaintiffs' Exhibit 16.0003



## GOLDEN HOUR
Brighten up your outfit in an instant with
a pop of sunshine yellow

(Clockwise from top left) Shoes, ₹95,000 (approx),
**Dolce & Gabbana**. Bag, ₹76,000 (approx),
**Moschino**. Bag, ₹26,000 (approx), **Rosantica**. Bag,
₹35,000 (approx), **Emilio Pucci**. Shoes, ₹48,000
(approx), **Nicholas Kirkwood**. Bag, ₹44,000 (approx),
**Tory Burch**. Bag, price upon request, **Hermès**.
Shoes, ₹54,000 (approx), **Amina Muaddi**.

Fendi

Elisabetta Franchi

IMAGES: COURTESY MAXTREE,
MATCHESFASHION.COM, FARFETCH.COM

## GET A GRIP
Hold on to practical and chic iterations of the classic
bucket bag—perfect for a business meeting,
leisurely brunch, or a night out

(From left) Bags, ₹1,14,000 (approx), **Christian Louboutin**; ₹43,000 (approx), **Nº21**;
price upon request, **Sabyasachi**; ₹70,000 (approx), **The Row**; ₹1,76,000 (approx),
**Gucci**; ₹70,000 (approx), **Marc Jacobs**.

HERMES_0013774

**Plaintiffs' Exhibit 16.0004**



# BAZAAR

Harper's

哈潑時尚
JUNE 2020. 6月號

下一秒，希望
CODE 11.59

BAZAAR30
唐綺陽
學會掌握生命

LUXURY
回歸自然

CULTURE
不能取消春天

AUDEMARS PIGUET
Le Brassus

Plaintiffs' Exhibit 16.0005

# Accessories
*Trends*



Birkin Sellier 35 Rainbow系列Epsom小牛皮包款，NT505,300、
Jungle Love Rainbow圖紋印花迷你領結絲巾，NT12,100，Hermès；紅色透明材質跟鞋，價格電洽，Givenchy。

photographs_ERIC JAN, DR, NET-A-PORTER  realization & text_RAVEN YANG

HERMES_0013822

Plaintiffs' Exhibit 16.0006



Strahlende
HAUT
**DURCH POSITIVE GEDANKEN**
Wie Psycho-
Dermatologie
die Kosmetik
aufwirbelt

**JESSICA BIEL**
Endlich hat sie,
was sie immer
wollte

**IHR STIL
IN STYLISH**
12 Tricks, die
jeden Look
cooler machen

16
TASCHEN,
**DIE EINDRUCK
MACHEN**
Für jedes Budget!

So geht
French
CHIC
Stil-Lektionen von
Französinnen

**DEN GANZEN
TAG WIE FRISCH
GESCHMINKT**
Profis verraten, wie
das Make-up hält

Die neue
MODE
**6 RUNWAY-TRENDS,
TRAGBAR ZUM NACHSTYLEN!**
PLUS: FRANSEN, PASTELL-LOOKS,
LEDERJACKEN ...

ÖSTERREICH €4,30.   SCHWEIZ  SFR 2,20.   BENELUX  €4,60.   FRANKREICH  €5,40.   ITALIEN  €5,40.   SPANIEN  €5,40.   PORTUGAL  €5,40.   SLOWENIEN  €5,40.   SLOWAKEI  €5,40.   GRIECHENLAND  €5,40.   FINNLAND  €6,80.   DÄNEMARK  dkr 45

MÄRZ 2018 €4,00

HERMES_0011568

Plaintiffs' Exhibit 16.0007

Diese Seite: „Birkin 35" aus
Swift-Kalbsleder mit farb-
lich bedrucktem Rand:
HERMÈS, ca. 13000 €
Rechte Seite: Kettenhen-
keltasche „J'adior" aus
Ziegenleder mit Über-
schlag: CHRISTIAN DIOR,
ca. 3150 €



HERMES_0011569

Plaintiffs' Exhibit 16.0008



HERMES_0013507

Plaintiffs' Exhibit 16.0009



2

LADY FIRST

桃紅這種種女士專屬的色調，落在經典 Birkin 身上，
讓你自信地彰顯獨一無二的時尚風格。

Birkin 35 Fray Fray 手袋 $ 78,600 Hermès

HERMES_0013506

Plaintiffs' Exhibit 16.0010



HERMES_0013792

**Plaintiffs' Exhibit 16.0011**



## AGENDA

# MASTERCLASS IN MINIMALISM

Fendi's key bag for Resort is a purist's dream come true. The FF Tote's streamlined, structured shape is endowed with luxurious touches of the FF Logo in gold-tone hardware, which links the handles to the bag. Fendi ingeniously attains a neo-contemporary style with the short handles evocative of the vintage doctor bag, while a long detachable shoulder strap gives it a youthful spin when worn across the body.

## Gilt-y Pleasures

Channel your inner diva with sunglasses that dazzle with superstar glam.

Chloé

Dolce & Gabbana

Giorgio Armani

Miu Miu

Versace

## HONEY, I SHRUNK THE SHOP!

This holiday season, Hermès injects a dose of quirkiness and humour into its iconic Birkin with a stitched illustration of its 24 rue du Faubourg St-Honoré store façade on the bag, along with the calfskin clochette reminiscent of the brand's famous orange paper bag. Complete with the three curved windows, small orange blinds and demarcations on the façade, it is the exact copy of the boutique, meticulously achieved with a combination of five kinds of leathers. It's little wonder that the making of this Birkin Faubourg requires seven more hours than the standard Birkin Sellier 20. This iteration also comes with a 20cm base, a new size created exclusively for the Birkin Faubourg.

HERMES_0013793

Plaintiffs' Exhibit 16.0012



**ELLE**

DEUTSCHE AUSGABE

JANUAR
2019

DEUTSCHLAND €7,00
ÖSTERREICH €7,00
SCHWEIZ SFR 11,00

**GROSSE
ELLE-SERIE**
DIE BESTEN
BEAUTY-DOCS IN
DEUTSCHLAND

**MICHELLE
OBAMA
OPRAH
WINFREY**
EXKLUSIV FÜR ELLE

**LICHT
BADEN**
SCHÖN UND
GESUND DURCH
DEN WINTER

*sternstunden*

*2019!*

DAS BRINGEN MODE, BEAUTY
UND DAS ELLE JAHRESHOROSKOP

HERMES_0011809

**Plaintiffs' Exhibit 16.0013**



160

ELLE | *Januar 2019*

HERMES_0011810

**Plaintiffs' Exhibit 16.0014**



HERMES_0011187

Plaintiffs' Exhibit 16.0015



AN *ELLE* GUIDE

# *things that are*
# WORTH
# THE MONEY

We all know *parting with your money* can result in soaring elation or sweet, sweet sorrow. Let this be your guide to the trips, meals, gadgets, beauty products, accessories, experiences, services and the armchair that *justify the price tag*

HERMES_0011188

**Plaintiffs' Exhibit 16.0016**



HERMES_0010869

Plaintiffs' Exhibit 16.0017



### THE LEGEND: BIRKIN FROM HERMES

Strolling around with an instantly recognisable Hermes Birkin bag on your arm is the easiest way to gain style points, and ultimately cause every fashion lover to drool with envy.

The Birkin, inspired by English actress and singer Jane Birkin has been a firm favourite among celebrities since its creation all the way back in 1984. Style goddess Victoria Beckham is rumored to own a collection of well over 100 models of the Birkin alone!

The House of Hermes literally bagged a winner with the exquisite leather, timeless elegance, refined details of the highly sought after large carryall.

Back in the day, Jane Birkin sat next to Jean-Louis Dumas on an airplane and complained to him that her old tapestry bag was in its final days, over spilling with all her personal items. He consequently offered to create a bag for her that would be big enough to transport 'her house' and hence the birth of the Birkin.

The Birkin is available in a variety of different materials including Fjord cowhide, Togo calfskin, natural cowhide, ostrich and crocodile. And depending on the size, a Birkin can take up to 25 hours of intricate craftsmanship to master!

*(Hermes is available at Villaggio Mall)*

64

HERMES_0010868

Plaintiffs' Exhibit 16.0018



PRESTIGE

改写奢华 | 有品

ISSUE 57
FEBRUARY 2018  S$8.00

FULL

郭富城25年天王满足吗？| 毛大庆锁定满分共享 | 5 MOST COMPLICATED WATCHES
男装充满想像 | 珠宝混搭满足感 | DUBAI遍地黄金 | 胶原蛋白补哪里 | 米饭粒粒满情味

HERMES_0011543

Plaintiffs' Exhibit 16.0019



## 意外满分

浅浅粉粉的色彩很是浪漫，就像一幅蜡笔画。柔色系列服饰，可塑造天真活泼的造型。试着以撞色手法，撞出意想不到的满意效果。

TEXT FELIX WOEI

1. GLASHÜTTE ORIGINAL PAVONINA玫瑰金搭不锈钢钻表  2. HERMÈS BIRKIN皮革手提袋  3. MAX MARA塑料太阳眼镜  4. GUCCI丝缎搭貂毛高跟鞋
5. GIORGIO ARMANI皮革肩背包  6. CHANEL皮革球鞋  7. NARS NATURAL RADIANT LONGWEAR FOUNDATION粉底液
8. VIVIENNE WESTWOOD皮革钱包  9. TOD'S皮革流苏手包挂饰  10. CHLOÉ金属太阳眼镜

HERMES_0011544

Plaintiffs' Exhibit 16.0020



# FeMaLe

MALAYSIA'S LEADING FASHION & BEAUTY MAGAZINE

MAR 2003

RICH GIRL, POOR BOY
DO UNEQUAL PAIRINGS WORK?

HOW TO PUT THE OOOOH IN YOUR ORGASMS!

10 SIGNS YOU'RE BEING DISCRIMINATED AT WORK

MAKE THAT SPLURGE WITHOUT FEELING GUILTY!

WOULD YOU LET A GUY FRIEND DRESS YOU?

RM8.00

THE BEST OF SPRING
100+ FASHION & BEAUTY IDEAS IN ONE BOOK

HOT-OFF-THE-RUNWAY SPRING MAKEUP TRENDS

HERMES_0001369

Plaintiffs' Exhibit 16.0021

FeMaLe



**easy classics**
Cotton shirt dress, leather belt, leather Goa sandals and classic Birkin bag, all by Hermès

# the best of spring

**A new fashion season is upon us, and it's full of flirty flounces, pretty prints and rainbow hues.**

HERMES_0001370

**Plaintiffs' Exhibit 16.0022**

CANADA'S FASHION MAGAZINE

# FLARE

FLARE CHIC!
CHECK OUT
JANE'S NEW LOOK!



**BIG BEAUTY BLOWOUT**

**65+** HOT FINDS

SEXY EYES
BRIGHT LIPS
BOLD NAILS

STUDDED BAGS,
BOOTS, COATS
& HOT COLOUR

## FABULOUS FALL!

GLAMOROUS FERGIE

"I don't regret anything I've done in my past"

Love your shape
**TRENDS THAT WORK FOR YOU**

*special!*
**STAR SCENTS**
Mariah Carey
Kate Winslet
Posh & Becks
Gwen Stefani
& Beyoncé!

Win a dream shopping trip FOR TWO TO HONG KONG!

$4.50
Oct 2007
flare.com

0 55113 70003 3    10

PM40070230 R09374

HERMES_0001359

Plaintiffs' Exhibit 16.0023

# beauty

STAR-SCENT SPECIAL!

# NEW AMERICAN IDOLS



## Charting the world domination of the notorious Posh and Becks

**Mr. and Mrs. Beckham** have stirred up a media maelstrom since they arrived in L.A. Barely a month in Hollywood (her Louboutin heels yet to cool from their move from Madrid), the duo arrived at the Hotel Bel Air to launch Intimately Beckham for Him and Intimately Beckham for Her. Sales have exceeded $100 million worldwide and are expected to double once the fragrances hit store shelves in North America this month. There's no doubt his soccer regency and her pop-star pedigree (and their manager, Simon Fuller, the brains behind the $2.5-billion *Pop Idol* franchise) have contributed to their massive fragrance success—and beyond.

**GIVEN NAME:** Victoria Beckham, née Adams **NICKNAME:** Posh Spice **THE NEW FRAGRANCE:** Intimately Beckham for Her Eau de Toilette, $59. **THE NOTES:** bergamot, rose petals, tuberose, vanilla and amber **HER SCENT INSPIRATION:** "I wanted a tuberose perfume. It's a young, fresh smell that can stand the test of time. It reminds me of my mother and the Marc Jacobs fragrance." **VICTORIA INC.:** DVB jeans (made by Winnipeg-based Western Glove Works) and oversized sunglasses **MAJOR CONTRACT:** a rumoured $20 million, plus a personal private jet, to join the Spice Girls reunion tour, scheduled to begin in December **TV RATINGS:** The one-hour special *Victoria Beckham: Coming to America,* broadcast in July, reportedly attracted close to five million viewers. **UP NEXT:** "I'd like to get into [designing] more tailored clothes when the time is right. A makeup line is coming out in Japan." And there's buzz about a potential cameo on *Ugly Betty.* **FAMOUS LAST WORDS:** "We were completely shocked that anybody even knew we were coming to [America]."

**GIVEN NAME:** David Robert Joseph Beckham **NICKNAME:** Becks or Golden Balls **THE NEW FRAGRANCE:** Intimately Beckham for Him Eau de Toilette, $53. **THE NOTES:** bergamot, spicy cardamom, violet, nutmeg and patchouli **HIS SCENT INSPIRATION:** "I've always worn Creed, so I wanted something along those lines—classic." **DAVID INC.:** endorsements for Adidas, Pepsi, Gillette and Motorola **MAJOR CONTRACT:** an estimated five-year, $250-million deal to join the Los Angeles Galaxy and Major League Soccer (MLS) **TV RATINGS:** Although Beckham was only on the field for 16 minutes (due to a sore ankle) during his first Galaxy game, ESPN drew a record audience for an MLS match: 1,468,000 people. **UP NEXT:** "The challenge of making soccer huge in America." **FAMOUS LAST WORDS:** "Hollywood has never been a part of my future plans. I won't be involved in any movies. I'm not an actor. I'm a footballer."

**82 ELLE CANADA OCTOBER 2007**

HERMES_0001360

**Plaintiffs' Exhibit 16.0024**



style

# Knock It Off

A faux "it" bag may be tempting, but *Tina Isaac* discovers the real price of buying counterfeit

n the face of the ongoing "it"-bag craze, who among us has not been tempted to opt for a more affordable knock-off? When you consider the price tag of Yves Saint Laurent's Downtown bag (about $1,875) or the Hermès Birkin bag ($6,700), it can seem practical to opt for something that looks close enough to the real thing but can be disposed of guiltlessly when fashion's next bag du jour comes along.

From Canal Street in New York City to L.A.'s Santee Alley to night markets in Vancouver and Richmond, B.C., major cities are dotted with vendors selling goods modeled after the designs of top fashion houses. "Purse parties" are suburbia's sexy modern equivalent to the Tupperware parties of a generation ago. Purchasing these items seems a victimless act, a quick style fix coupled with a defiant gesture toward fat-cat luxury houses whose prices seem inflated in the first place. After all, who

doesn't love getting a deal?

Unfortunately, though, there's more to faux Lariats, Murakamis and Kate Spade bags than meets the eye. And the reality behind these fakes isn't pretty: sales of counterfeit products account for about $600 billion each year, according to the International Anticounterfeiting Coalition, with a considerable amount of sales taking place over the Internet. Industry sources reckon that fashion loses upward of $10 billion to counterfeiting annually.

For manufacturers of fake items, such juicy numbers justify the risks involved. In France, which has enacted some of the strictest anticounterfeit legislation in the world (under both customs and criminal sanctions), such manufacturers could face as little as three years in prison and a fine of 300,000 euros. The counterfeit production industry, with its high margins, easy manufacturing and slim likelihood of getting caught, makes for fertile terrain for the exploitation of child labour, organized crime and even terrorism. Case in point, the Madrid bombings of 2004, the funding of which

was linked to the sale of counterfeit goods (reportedly, pirated CDs).

Part of the problem is the luxury industry's own fault, notes Dana Thomas, the European arts and entertainment correspondent for *Newsweek* and author of *Deluxe: How Luxury Lost Its Luster*, published in August by Penguin Group. "Luxury players took the focus off quality and put it on the logo, which switched the game to carrying a logo or not. The name became more desirable than the goods themselves. In North America, there is a cultural obsession with getting a good deal through outlets, clubs and eBay—so there is a huge market for 'the deal.' It's about belonging to a club more than about the product itself."

With fashion literacy at an all-time high and red-carpet outfits now front-page fodder, the counterfeit market has only become stronger. "Fake luxury goods today are a lot better than they used to be," observes Cheryl Solomon, general counsel for the Gucci Group. "Today, the fakes are so well done that they fool people on first glance." Add to this shrinking production times, and major houses risk seeing their   >

HERMES_0001361

**Plaintiffs' Exhibit 16.0025**



## style

The pricey Hermès Birkin bag is often knocked off

# IN FRANCE, ANYONE CAUGHT WITH COUNTERFEIT ITEMS FACES IMMEDIATE CONFISCATION AND A FINE

Runway hits such as YSL's Downtown bag get ripped off

runway designs knocked off before the real thing even hits shelves.

Over the past few years, luxury groups including Gucci Group and LVMH have been working to protect their brands and deal with the counterfeit trade, an investment that costs millions annually. "We could have four or five people monitoring the Internet full time and still not be able to handle the problem," says Solomon. "Is it fair to burden the brands with this cost? We should look at where the profits are being made, and who should therefore bear the [financial] burden."

In the wake of high-profile lawsuits brought by luxury heavyweights Louis Vuitton and Tiffany & Co., eBay has attempted to control the counterfeit problem by assigning thousands of employees to survey sales items, shutting down flash auctions prized by counterfeiters and implementing a policy of notice and takedown. Meanwhile, says Solomon, "it's not just about eBay. There is a whole world of people getting ripped off out there who don't want to admit it. If disgruntled consumers filed class-action lawsuits, it would change the way business is done."

Anticounterfeiting groups estimate that more than 80 percent of fake products originate in China, which has proved an issue for trade relations.

And China is now facing a counterfeit battle even from within, over the protection of its logo, merchandise and tickets for the Beijing 2008 Olympic Games. How the authorities will tackle this issue internally, as well as the larger one, will be a major international trade theme in the years ahead.

Until counterfeiting is reined in, European luxury players can only protect themselves by reinforcing customs initiatives and relying on local legislation. Meanwhile in Canada, legislation lags behind, leaving it, like most countries, eager to catch up with France, where anyone caught buying, wearing or travelling with counterfeit items—or even ordering them over the Internet, knowingly or not—faces immediate confiscation and a fine of up to twice the price of the "real" item (even if the offending item was reported to be a gift).

There is some progress being made on North American shores, though: lobbying is currently underway for stricter laws against the sale of counterfeit goods, as in the trading stalls on Canal Street in New York and Santee Alley in L.A. In March, a bill known as the Design Piracy Prohibition Act was put before the U.S. Congress to extend copyright protection to fashion designs. One person who has been an aggressive champion of the bill is Diane von Furstenberg, the new president of the Council of Fashion Designers of America.

"Unless we get regulation, people will continue to boast about copying," the inventor of the much-copied wrap dress told *Women's Wear Daily.* "By passing a law, we emphasize the value of designs. It is not an elitist thing. Even Target and Wal-Mart are beginning to use designers in their stores."

Some, like Thomas, however, don't see salvation in more legislation: "New laws risk bogging down the system. Counterfeiting needs to be tackled like the war on drugs [is]. If the consumer is educated about this issue, there will be no demand, and therefore no supply. The business has to cease to be viable."

Which brings us, logically, to consumers and our responsibility in all this. Ultimately, buying counterfeit comes down to choice. And is there a worse fashion faux pas than becoming a part of the problem? □



Gucci's Indy bag may be the next hot target

HERMES_0001362

Plaintiffs' Exhibit 16.0026



Plaintiffs' Exhibit 16.0027



Borsa cult tra le celebrities, la **Birkin** della maison Hermès festeggia i suoi primi vent'anni. E scopre nuove, sorprendenti versioni

## HERMÈS

Vent'anni portati bene: si può affermare con certezza. E soprattutto, sempre piena di sorprese. È la Birkin, borsa cult di Hermès, che quest'anno festeggia un traguardo importante. Certo, è molto cambiata da quel primo pezzo creato nel 1984 appositamente per Jane Birkin, icona dell'anticonformismo e della ribellione femminile degli anni Settanta. Oltre a variare di misura – ha raggiunto con la versione 45 le dimensioni di una sacca da weekend e da quest'anno, con il modello 25, è diventata micro da sera – la borsa di Hermès resta un accessorio imprescindibile per molte celebs moderne. Tra cui spicca Kate Moss, da molti anni musa di importanti fotografi, che ne possiede una vera collezione declinata in mille varianti, tra cui una in tela jeans.

E non è da meno Gwyneth Paltrow, che aggiunge con una sacca in pelle nera un tocco di eleganza alla sua mise understated. D'altra parte, erano state proprio la versatilità e la comodità di quella borsa – che Jean-Louis Dumas, presidente di Hermès, aveva fatto realizzare per lei – ad affascinare Jane Birkin. L'attrice e Dumas si erano incontrati per caso su un volo Parigi-Londra: lei, rovistando nella sua borsa di paglia, aveva attirato l'attenzione di Dumas. Da quell'incontro fortuito è nato un best-seller, realizzato interamente a mano dagli artigiani della maison in vari materiali: cuoio o pellami esotici (struzzo, coccodrillo e lucertola) oppure in tela. L'ultima sua evoluzione è siglata Jean-Paul Gaultier, neostilista della casa francese, che durante la sua prima sfilata a marzo ha fatto uscire Linda Evangelista con una versione "shoulder", ovvero a tracolla. Anche la camaleontica modella canadese, tornata a sfilare di recente per pochi couturiers, ha voluto una Birkin personalizzata, in pelle bianca e decorata con un suo ritratto, firmata dall'enfant terrible della maison francese. *Patrizia Gatti*

Sopra, Linda Evangelista alla sfilata a/i 2004-05. Al centro, dall'alto, Diandra Douglas (foto Queen/ Italphoto), Heidi Klum (foto JPI/ Starface). Kate Moss, Elle MacPherson e Gwyneth Paltrow (foto Matrix/ Starface). A sinistra, Jane Birkin con l'omonima borsa davanti all'ingresso della boutique Hermès a Parigi (foto Starface).

# 49

**Plaintiffs' Exhibit 16.0028**



chic

Beneficios de
un cuerpo Pilates
**MODA
HIPER-FEMENINA**
*FALDAS CON VOLUMEN Y
LOS VESTIDOS MÁS HOLLYWOOD*
*LAS SEIS ESPAÑOLAS
MÁS CHIC*

Josep
Fanny Ga
N
Kid
Jaume Pl
Bru
Barc

# Laura Ponte
»Estar embarazada
no significa olvidarse
de la moda«

HERMES_0000520

**Plaintiffs' Exhibit 16.0029**

# Lo+chic★





Jane Birkin



Anna Kournikova

# Birkin

**Biberones, pañales, primeros auxilios para su bebé... La actriz y cantante Jane Birkin necesitaba un bolso en el que llevar todo su universo (y el de su hija recién nacida), de modo que encargó a la casa Hermès un bolso con un interior perfectamente equipado.**

Así nació, en 1984, el modelo *Birkin* de Hermès, que tiene su origen en los bolsones que se acoplaban a las sillas de montar para llevar los accesorios de los jinetes. El bolso *Birkin* se diferencia del *Kelly* (bautizado con el nombre de la princesa Grace de Mónaco) en que tiene dos asas y una apertura más ancha. Su primera versión, de 40 cm, es siempre la más solicitada. **1.** Modelo en piel de ternera de color rojo, 4.690 €. **2.** Bolso verde oliva de piel de ternera, 5.450 €. **3.** Modelo *shoulder* en tono calabaza, 5.100 €. **4.** Piel de cordero en este bolso marrón, 5.900 €. *(Ver Direcciones en página 184)*

Por: Marta Monleón. Fotos: Patricia R. Soto.

chic'

HERMES_0000519

**Plaintiffs' Exhibit 16.0030**



HERMES_0033130

Plaintiffs' Exhibit 16.0031

RENCONTRES



# BIRKIN A 20 ANS

OUI, C'EST BIEN JANE QUI EST À
L'ORIGINE DU LÉGENDAIRE SAC BIRKIN.
NORMAL QU'IL ENCHANTE DEPUIS
VINGT ANS ET FLIRTE AVEC SON TEMPS.
HISTOIRE DE FIDÉLITÉ ENTRE UNE ARTISTE
PAS CONFORMISTE ET UN ARTISANAT
DE TRADITION.       Par Élisabeth Paillié

**IL EST NÉ AU-DESSUS** des nuages, un jour pas comme les autres, d'une jolie rencontre entre deux personnes d'exception. Pas étonnant qu'il soit griffé culte, depuis. Un scénario si parfait qu'on n'aurait jamais pensé l'imaginer... Le décor ? Un vol Paris-Londres, il y a vingt ans exactement. Les acteurs ? Une jolie femme à l'accent anglais ravageur et un monsieur « comme il faut », à l'œil malicieux. « J'étais assise, raconte Jane Birkin, unique et craquante, à côté d'un homme très distingué, horrifié de voir chuter, de mon sac et de mon agenda bourré, papiers, photos, petits mots... » « Votre agenda devrait avoir des poches », me dit-il. « Mais c'est un Hermès », réplique-t-elle. « Donnez-le moi. Je suis Hermès. » Et le monsieur distingué se présente : Jean-Louis Dumas, président de la célèbre maison. Comme au cinéma... Après mille et une digressions, la comédienne-chanteuse, pragmatique, suggère qu'il serait astucieux que la maison propose « un sac plus grand que le Kelly et plus petit que la valise de Serge ». Défi du président : « Dessinez-le moi... » Invitée à voir la maquette en carton, l'artiste donne son feu vert. Fait le choix d'un box noir et de fermetures dorées. En ajoutant qu'elle, la désinvolte, ne le fermerait jamais. Jean-Louis Dumas lui demanda si elle l'autorisait à le nommer « Birkin ». Généreuse, elle dit « oui ». Voilà comment un sac Hermès bascula, une fois de plus, dans la légende. Quelques années plus tard, la chanteuse en tournée monte sur scène à New York. Des voix moqueuses s'élèvent dans la salle : « Birkin ? Comme le sac ? » Pas démontée, elle cloue le bec aux insolents en rétorquant dans la foulée : « Et maintenant, le sac va vous interpréter une vingtaine de

chansons de Serge Gainsbourg... » Son sac fétiche, Jane ne se gêne pas pour en vanter la renommée. Et rappeler qu'un épisode entier de « Sex and the City » est lié à l'objet. Elle raconte encore qu'elle a vendu son premier exemplaire aux enchères, pour les sinistrés du tremblement de terre de Taïwan. Vendu aussi son agenda favori, réétudié par Hermès avec ses poches, et enrichi des cheveux de Serge. Vendu encore ses cheveux pour l'association François-Xavier Bagnoud, qui aide les enfants orphelins du sida.

Le Birkin, pour la petite histoire, s'inspire du « sac haut à courroies », dont il reprend le système ingénieux de fermeture. Celui-là même imaginé au tournant du siècle pour y loger selle, bottes, filet, bombe. Sa forme trapézoïdale à soufflets et ses courroies sur le côté maintenaient efficacement le matériel du cavalier. Le Birkin, tout aussi pratique et élégant, a fait des petits. D'abord conçu en quarante centimètres, puis en trente et trente-cinq, il hérite aujourd'hui d'un nouveau design, en quarante-cinq centimètres et en (très) tendance mini-version de vingt-cinq centimètres. Jean Paul Gaultier – qui l'adore – l'a reformulé pour l'hiver 2004-2005, en format allongé et à anses plus longues, pour le porter à l'épaule. C'est le Shoulder Birkin. Il requiert dix-huit à vingt-cinq heures de noble travail artisanal dans les ateliers de Pantin.

L'été 2005 est fier de ses versions en toile de jean, mariée au veau Barenia, et en agneau plume tressé. Et les commandes spéciales ? Voir la version rock dédiée à Linda Evangelista, personnalisée par le crayon de Jean Paul Gaultier : portrait et chaînes noirs sur cuir blanc. Voir le modèle en toile camouflage et croco mat destiné au photographe Gilles Bensimon. Ou le nec plus ultra du luxe en croco avec fermetures et cadenas en diamants. Ou encore l'association décalée d'un cuir et d'une soie taillée dans des kimonos vintage... Comme tous les sacs maison, le Birkin a ses codes : numéro de l'artisan, lettre qui correspond à l'atelier dans lequel il a été réalisé, et lettre qui définit l'année.

La chanteuse, on le sait, le customise avec des logos d'associations humanitaires et ne manque jamais de le mettre en évidence partout où elle se fait photographier. Le 8 septembre dernier, elle a reçu la médaille de l'ordre national du Mérite des mains du ministre des Affaires étrangères, Michel Barnier. Septembre aura vu son concert londonien, à Wembley, des textes, lus en scène, de son neveu Anno Birkin, décédé en 2001 et, en novembre, une tournée aux USA avec « Arabesque ». Depuis le 18 mars et jusqu'à début avril, elle joue au théâtre, dans « Hamlet », à Londres. Ensuite, d'avril à fin mai, elle tournera, à Cuba, dans un film de Daniel Vigne, aux côtés de Stéphane Freiss. En juin et juillet, ce seront les pays de l'Est et l'Australie qui accueilleront à leur tour « Arabesque »... Pas feignante, Jane. On lui offrirait bien un cadeau...

PHOTO CHARLOTTE SCHOUSBOE/STARFACE

Plaintiffs' Exhibit 16.0032