# Exhibit 17

Film_2011_MidnightInParis_03.jpg

Photo extraite du film "Midnight in Paris"

Film_2011_MidnightInParis_04.jpg

Photo extraite du film "Midnight in Paris"



2011



2011

Film_2011_Transformers_02.jpg

Photo extraite du film "Transformers 3"

Film_2009_GossipGirl_1.tif

Photo extraite de la série "Gossip Girl"
Saison 2 - Episode 23 : The Wrath of Con



2011



2009

HERMÈS
PARIS

HERMES_0001614

Plaintiffs' Exhibit 10.0001

Film_2009_LeChihuahuaDeBeverlyHills_2.tif
Photo extraite du film "Le chihuahua de Berverly Hills"

Film_2009_TheWomen_1.tif
Photo extraite du film "The women"



2009



2009

Film_2009_TheWomen_2.tif
Photo extraite du film "The women"

Film_2009_TheWomen_3.tif
Photo extraite du film "The women"





2009



2009


HERMES_0001615

Plaintiffs' Exhibit 10.0002

Film_2008_GivenItToMe_1.tif
Photo du clip "Give it 2 me" de Madonna

Film_2008_GossipGirl_3.tif
Photo extraite de la série "Gossip Girl"
Saison 2 - Épisode 13 - Titre de l'épisode : O Brother,
Where Bart Thou ?





2008

2008

Film_2008_GossipGirl_1.tif
Photo extraite de la série "Gossip Girl"
Référence de l'épisode non déterminé

Film_2007_GossipGirl_2.tif
Photo extraite de la série "Gossip Girl"
Saison 1 - Episode 1 - Titre de l'épisode : Le grand
retour : birkin





2008

2007



HERMES_0001616

Plaintiffs' Exhibit 10.0003

Film_2007_GossipGirl_3.tif
Photo extraite de la série "Gossip Girl"
Saison 1 - Episode 10 - Titre de l'épisode : S : Qui mène la danse ?

Film_2006_InsideMan_1.tif
Photo extraite du film "Inside man"



2007



2006

Film_2006_InsideMan_2.tif
Photo extraite du film "Inside man"

Film_2006_InsideMan_3.tif
Photo extraite du film "Inside man"



2006



2006



Hermès International - Documentation                                        07/07/2022

HERMES_0001617

Plaintiffs' Exhibit 10.0004

Film_2006_InsideMan_4.tif
Photo extraite du film "Inside man"

Film_2006_InsideMan_5.tif
Photo extraite du film "Inside man"



2006



2006

Film_2006_Medium_1.tif
Photo extraite de la série "Medium"
Saison 2 - Épisode 22 - Titre de l'épisode : Twice Upon a Time

Film_2006_Medium_2.tif
Photo extraite de la série "Medium"
Saison 2 - Épisode 22 - Titre de l'épisode : Twice Upon a Time



2006



2006



Hermès International - Documentation                    07/07/2022

HERMES_0001618

Plaintiffs' Exhibit 10.0005

Film_2005_GilmoreGirls_4.tif

Film_2005_GilmoreGirls_2.tif

Photo extraite de la série "Gilmore Girls"
Saison 6 - Épisode 6 - Titre de l'épisode : Stars Hollow
revue et renommée

Photo extraite de la série "Gilmore Girls"
Saison 6 - Épisode 6 - Titre de l'épisode : Stars Hollow
revue et renommée



2005



2005

Film_2005_GilmoreGirls_3.tif

Film_2005_TheComeback_1.tif

Photo extraite de la série "Gilmore Girls"
Saison 6 - Épisode 6 - Titre de l'épisode : Stars Hollow
revue et renommée

Photo extraite de la série "The Comeback"
Saison 1 - Référence de l'épisode non déterminé



2005



2005



HERMES_0001619

**Plaintiffs' Exhibit 10.0006**

Film_2005_TheComeback_2.tif

Photo extraite de la série "The Comeback"
Saison 1 - Référence de l'épisode non déterminé

Film_2004_SexAndTheCity_1.tif

Photo extraite de la série "Sex and the city"
Saison 6 - Episode 16 - Titre de l'épisode : Boule à zéro
(Out of the Frying Pan)



2005



2004

Film_2004_SexAndTheCity_2.tif

Photo extraite de la série "Sex and the city"
Saison 6 - Episode 16 - Titre de l'épisode : Boule à zéro
(Out of the Frying Pan)



2004


HERMES_0001620

Plaintiffs' Exhibit 10.0007





HERMES_0001700

Plaintiffs' Exhibit 10.0009



HERMES_0001701

**Plaintiffs' Exhibit 10.0010**



HERMES_0001702

Plaintiffs' Exhibit 10.0011



HERMES_0001703

Plaintiffs' Exhibit 10.0012



HERMES_0001684

Plaintiffs' Exhibit 10.0013



HERMES_0001685

**Plaintiffs' Exhibit 10.0014**



HERMES_0001686

Plaintiffs' Exhibit 10.0015



HERMES_0001780

Plaintiffs' Exhibit 10.0016



HERMES_0001781

Plaintiffs' Exhibit 10.0017



HERMES_0013585

Plaintiffs' Exhibit 10.0018



HERMES_0013587

Plaintiffs' Exhibit 10.0019



HERMES_0013586

Plaintiffs' Exhibit 10.0020



HERMES_0013588

Plaintiffs' Exhibit 10.0021



**HBO**®  ›LOGIN ›REGISTER     SEARCH

HOME | **ORIGINAL SERIES** | MOVIES | SPORTS | DOCUMENTARIES | HBO FILMS | SCHEDULE | STORE

## SEX AND THE CITY®
**Watch SATC on TBS**

▷ Home     ▷ News and Awards
▷ Episode Guide     ▷ Community
▷ Cast and Crew     ▷ Games

Season: **1 2 3 4 5 6**    Episodes: [choose an episode]

**Episode 59 Features**



**Music Cred**
See a full lis
music playe
episode.



**Fashion Cr**
See a listing
outfits worn
episode.

**INSIDE SEX AND THE**

Sign up for "The Dish",
the official Sex and the City

[email address] [submi]

< Previous     **Photo Album:** 6 of 6     Next >



**Sex and th**
**Complete**
**Season**
Available or
Buy now!

episode 59
## "Coulda, Woulda, Shoulda"

"If it's so hard to get pregnant, how do you account for the number of crying children on planes?" - Samantha

**Directed by:** David Frankel
**Written by:** Jenny Bicks

**Synopsis**
Miranda tells Carrie that she's pregnant from having unprotected sex with Steve and his one ball. Miranda doesn't want the baby and doesn't want to tell Steve. Charlotte, however, can't seem to get pregnant no matter what bedroom techniques she tries. When she finds out that Miranda is pregnant and is going to have an abortion, she's so upset she storms away. Carrie and Samantha admit that they've both had abortions - Carrie after a one-night stand with a waiter in the '80s. Carrie tells Aidan about Miranda and swears him to secrecy. Aidan is appalled that Miranda isn't going to tell Steve. Carrie lies to Aidan about having had an abortion herself.

Samantha has lunch with Lucy Liu, hoping to represent her. They hit it off and Lucy tells Samantha that she refuses to be lied to. Samantha also has her eye on the coveted Hermes red "Birkin" handbag. Unfortunately, there's an eternally long waiting list, so Samantha uses Lucy Liu's starpower to score a bag. When Lucy shows up at their next lunch carrying the "free" bag, Samantha tells her it's actually for herself. Lucy is furious, fires Samantha and walks off with the bag.

HERMES_0001703
Plaintiffs' Exhibit 10.0022

Case 1:22-cv-12345-BR Document 1/1/21  Filed 03/28/23  Page 24 of 56

Charlotte sees a fertility doctor and finds out that she has only a 15 percent chance of conceiving naturally. She bumps into Miranda on the street, tells her the news and walks away from the unhappily pregnant Miranda. Carrie accompanies Miranda to have her abortion. While they're waiting Miranda becomes increasingly worried that she's not making the right decision. She wonders if this is her only chance to have a baby. She decides to keep the baby and the girls, including Charlotte, gather around her and support her decision.

Carrie returns to the restaurant where she had met Chad, the waiter who had gotten her pregnant years ago. He's still there and doesn't remember Carrie. She realizes she made the right decision and leaves. Carrie decides to be honest and admits to Aidan that she had an abortion when she was 22. She was worried that he would criticize her, but Aidan is non-judgemental.

Discuss this episode in the Sex and the City Bulletin Board.

**HBO INFO   JOBS AT HBO   CONTACT US   SITE INDEX   SCHEDULE PDF   REGISTER/SIGN IN   TRY AOL**

> Privacy Policy    > Terms of Use

© 2004 Home Box Office, Inc. All Rights Reserved.
This website is intended for viewing solely in the United States. This website may contain adult content.

HERMES_0001784
Plaintiffs' Exhibit 10.0023



HERMES_0001724

Plaintiffs' Exhibit 10.0024



HERMES_0001725

**Plaintiffs' Exhibit 10.0025**



HERMES_0001726

Plaintiffs' Exhibit 10.0026



HERMES_0001727

Plaintiffs' Exhibit 10.0027



HERMES_0001693

Plaintiffs' Exhibit 10.0028



HERMES_0001694

**Plaintiffs' Exhibit 10.0029**



# NANCY JO SALES

## HOW A GANG OF FAME-OBSESSED TEENS RIPPED OFF HOLLYWOOD AND SHOCKED THE WORLD

# THE BLING RING

## THE TRUE STORY THAT INSPIRED THE SOFIA COPPOLA FILM

HERMES_0001722

Plaintiffs' Exhibit 10.0030



HERMES_0001721

Plaintiffs' Exhibit 10.0031



THEY'RE GIVING DIRTY ROTTEN MEN
A RUN FOR THEIR MONEY

ANNE HATHAWAY

REBEL WILSON

# THE HUSTLE

PG-13   #HUSTLEMOVIE

MAY 10

MGM

HERMES_0001728

Plaintiffs' Exhibit 10.0032



Plaintiffs' Exhibit 10.0033



HERMES_0001733

Plaintiffs' Exhibit 10.0034



HERMES_0001734

**Plaintiffs' Exhibit 10.0035**



HERMES_0001735

Plaintiffs' Exhibit 10.0036



HERMES_0014416

**Plaintiffs' Exhibit 10.0037**



HERMES_0014417

**Plaintiffs' Exhibit 10.0038**



HERMES_0014419

Plaintiffs' Exhibit 10.0039



HERMES_0013747

**Plaintiffs' Exhibit 10.0040**



HERMES_0013746
Plaintiffs' Exhibit 10.0041



HERMES_0013720

**Plaintiffs' Exhibit 10.0042**



HERMES_0014413

**Plaintiffs' Exhibit 10.0043**



HERMES_0014412

Plaintiffs' Exhibit 10.0044



HERMES_0014414

Plaintiffs' Exhibit 10.0045



HERMES_0013718

**Plaintiffs' Exhibit 10.0046**



screen capture from the film

HERMES_0013719

Plaintiffs' Exhibit 10.0047



HERMES_0013717

Plaintiffs' Exhibit 10.0048



HERMES_0014406

Plaintiffs' Exhibit 10.0049



HERMES_0014407

Plaintiffs' Exhibit 10.0050



HERMES_0014408

Plaintiffs' Exhibit 10.0051



HERMES_0013742

Plaintiffs' Exhibit 10.0052



HERMES_0013701

Plaintiffs' Exhibit 10.0053



HERMES_0014415

Plaintiffs' Exhibit 10.0054



HERMES_0013744

Plaintiffs' Exhibit 10.0055