# Exhibit 20

Chat with "Mark Design" ████████████ on November 4, 2021

Mason Rothschild ████████
Mark Design ████████

Earliest item: 2021-11-04 03:15:58
Latest item: 2021-11-04 23:41:41

Thursday 04 November 2021

Instant Message : WhatsApp
03:15:58
From
Mason Rothschild ████████
To
Mark Design ████████

Lmk your rate

Instant Message : WhatsApp
03:16:06
From
Mason Rothschild ████████
To
Mark Design ████████

Or profit split

Instant Message : WhatsApp
16:05:15
From
Mason Rothschild ████████
To
Mark Design ████████

Morning

Instant Message : WhatsApp
17:35:01
From
Mason Rothschild ████████
To
Mark Design ████████

?

Instant Message : WhatsApp
20:17:35
From
Mark Design ████████
To
Mason Rothschild ████████

Yo, sorry I am totaly swamped

Instant Message : WhatsApp
20:17:53
From
Mason Rothschild ████████
To
Mark Design ████████

Oh no worries sorry just figured you finished up work

Instant Message : WhatsApp
20:18:09
From
Mark Design ████████

CONFIDENTIAL

Plaintiffs' Exhibit 272.0001

I would need some different aproach to make these bags

Instant Message : WhatsApp
20:18:19
From
Mason Rothschild
To
Mark Design

Let me know what you'd like

Instant Message : WhatsApp
20:18:24
From
Mark Design
To
Mason Rothschild

I will try and get some time off to look into it

Instant Message : WhatsApp
20:18:31
From
Mason Rothschild
To
Mark Design

I don't want to miss this window

Instant Message : WhatsApp
20:18:36
From
Mark Design
To
Mason Rothschild

because this would take longer than anticipated to get them done

Instant Message : WhatsApp
20:18:42
From
Mason Rothschild
To
Mark Design

For how many

Instant Message : WhatsApp
20:19:11
From
Mark Design
To
Mason Rothschild

I can't get the similarities out fast as I expected

Instant Message : WhatsApp
20:19:22
From
Mark Design
To

Rothschild008410

**Plaintiffs' Exhibit 272.0002**

Mason Rothschild <‎▓▓▓▓▓▓▓

without the recognition they are worthless



Instant Message : WhatsApp
20:19:24
From
Mason Rothschild ▓▓▓▓▓▓▓▓
To
Mark Design <‎▓▓▓▓▓▓▓▓

Like the different colors

Instant Message : WhatsApp
20:19:47
From
Mark Design <‎▓▓▓▓▓▓▓▓
To
Mason Rothschild <‎▓▓▓▓▓▓▓▓

and the shapes

Instant Message : WhatsApp
20:20:08
From
Mark Design <‎▓▓▓▓▓▓▓▓
To
Mason Rothschild <‎▓▓▓▓▓▓▓▓

I will try to project an image onto the furr after the simulation

Instant Message : WhatsApp
20:20:24
From
Mark Design <‎▓▓▓▓▓▓▓▓
To
Mason Rothschild <‎▓▓▓▓▓▓▓▓

if I do it before the furr moves in the simulation and messes up the colors



Instant Message : WhatsApp
20:20:31
From
Mason Rothschild ▓▓▓▓▓▓▓▓
To
Mark Design <‎▓▓▓▓▓▓▓▓

Ah I see

Instant Message : WhatsApp
20:20:45
From
Mason Rothschild ▓▓▓▓▓▓▓▓
To
Mark Design <‎▓▓▓▓▓▓▓▓

How much time is each bag taking

Instant Message : WhatsApp
20:24:02
From
Mark Design <‎▓▓▓▓▓▓▓▓
To
Mason Rothschild <‎▓▓▓▓▓▓▓▓

CONFIDENTIAL

simple ones 2-3 hours for a bad look

Instant Message : WhatsApp
20:24:05
From
Mark Design ◄ ███████████
To
Mason Rothschild ◄ ████████████

complicated one

Instant Message : WhatsApp
20:24:08
From
Mark Design ◄ ██████████
To
Mason Rothschild ◄ ████████████

ones

Instant Message : WhatsApp
20:24:12
From
Mark Design ███████████
To
Mason Rothschild ◄ ████████████

not possible at all

Instant Message : WhatsApp
20:24:21
From
Mason Rothschild ◄ ████████████
To
Mark Design ◄ █████████████

Damn

Instant Message : WhatsApp
20:25:04
From
Mason Rothschild ◄ ████████████
To
Mark Design ◄ ████████████

CONFIDENTIAL

Rothschild008412

Plaintiffs' Exhibit 272.0004



https://mmg.whatsapp.net/d/f/AkwsGjgYU8a55DvSOVJnGbbXq84JxX0J0bBwt5CNRRLg.enc

Instant Message : WhatsApp
20:25:22
From
Mason Rothschild -
To
Mark Design -

So its not as simple as just changing the color?

Instant Message : WhatsApp
20:25:30
From
Mason Rothschild

Rothschild008413

**Plaintiffs' Exhibit 272.0005**

Mark Design

Like you know how this has 6 different colors

Instant Message : WhatsApp
20:25:36
From
Mark Design ████████████
To
Mason Rothschild ████████

hitting the colors is a problem

Instant Message : WhatsApp
20:25:43
From
Mark Design ████████████
To
Mason Rothschild ████████

as I already explained

Instant Message : WhatsApp
20:25:54
From
Mason Rothschild ████████████
To
Mark Design < ████████

Like color matching to a reference

Instant Message : WhatsApp
20:25:55
From
Mason Rothschild ████████████
To
Mark Design < ████████

Hmm

Instant Message : WhatsApp
20:27:08
From
Mark Design < ████████████
To
Mason Rothschild ████████

jep

Instant Message : WhatsApp
20:27:16
From
Mark Design < ████████████
To
Mason Rothschild ████████

maybe if I made an unrealistic hair material

Instant Message : WhatsApp
20:27:18
From
Mark Design ████████████
To

Rothschild008414

**Plaintiffs' Exhibit 272.0006**

Mason Rothschild ███████

like plastic

Instant Message : WhatsApp
20:27:24
From
Mark Design ███████
To
Mason Rothschild ███████

but that wont look like furr

Instant Message : WhatsApp
20:27:27
From
Mason Rothschild ███████
To
Mark Design ███████

Oh

Instant Message : WhatsApp
20:27:31
From
Mason Rothschild ███████
To
Mark Design ███████

Yeah we have to do the fur

Instant Message : WhatsApp
20:27:34
From
Mason Rothschild ███████
To
Mark Design ███████

Rothschild008415

Plaintiffs' Exhibit 272.0007



CONFIDENTIAL

Rothschild008416

Plaintiffs' Exhibit 272.0008

Instant Message : WhatsApp
20:27:35
From
Mark Design
To
Mason Rothschild

I'll test out things

Instant Message : WhatsApp
20:27:38
From
Mason Rothschild
To
Mark Design

Its already hyped up

Instant Message : WhatsApp
20:27:45
From
Mason Rothschild
To
Mark Design

And investors are hyped on it

Instant Message : WhatsApp
20:28:12
From
Mark Design
To
Mason Rothschild

I'll take off tomorrow and get it together

Instant Message : WhatsApp
20:28:23
From
Mason Rothschild
To
Mark Design

Can we use that base ^^

Instant Message : WhatsApp
20:28:31
From
Mark Design
To
Mason Rothschild

yep ill get it back

Instant Message : WhatsApp
20:28:31
From
Mason Rothschild
To
Mark Design

And just generate a shit ton of colors

Rothschild008417

Plaintiffs' Exhibit 272.0009

Instant Message : WhatsApp
20:28:41
From
Mason Rothschild : ███████████
To
Mark Design : ███████████

Like not based on reference

Instant Message : WhatsApp
20:28:51
From
Mason Rothschild : ███████████
To
Mark Design : ███████████

Just make a bunch of different ones?

Instant Message : WhatsApp
20:28:53
From
Mark Design : ███████████
To
Mason Rothschild : ███████████

Some patterns are easy

Instant Message : WhatsApp
20:28:59
From
Mark Design : ███████████
To
Mason Rothschild : ███████████

like camo

Instant Message : WhatsApp
20:29:04
From
Mark Design : ███████████
To
Mason Rothschild : ███████████

and stuff like that would go fast

Instant Message : WhatsApp
20:29:13
From
Mark Design : ███████████
To
Mason Rothschild : ███████████

maybe recognizible color combos

Instant Message : WhatsApp
20:29:15
From
Mark Design : ███████████
To
Mason Rothschild : ███████████

flags

Instant Message : WhatsApp

Rothschild008418

**Plaintiffs' Exhibit 272.0010**

20:29:17
From
Mark Design ◼◼◼◼◼◼◼◼◼◼
To
Mason Rothschild ◼◼◼◼◼◼◼◼◼

etc

Instant Message : WhatsApp
20:29:29
From
Mason Rothschild ◼◼◼◼◼◼
To
Mark Design ◼◼◼◼◼◼

I want to make sure were on the same page

Instant Message : WhatsApp
20:29:40
From
Mason Rothschild ◼◼◼◼◼◼
To
Mark Design ◼◼◼◼◼

Let me show you what i mean when i send a more complicated reference

Instant Message : WhatsApp
20:35:08
From
Mason Rothschild ◼◼◼◼◼◼
To
Mark Design ◼◼◼◼◼◼

Let me know what you think about for compensation as well

Instant Message : WhatsApp
20:35:15
From
Mason Rothschild ◼◼◼◼◼◼
To
Mark Design ◼◼◼◼◼

This could be a huge project

Instant Message : WhatsApp
20:35:43
From
Mark Design ◼◼◼◼◼◼
To
Mason Rothschild ◼◼◼◼◼◼

Lets go with the % after sale

Instant Message : WhatsApp
20:35:52
From
Mark Design ◼◼◼◼◼
To
Mason Rothschild ◼◼◼◼◼◼

as I am too busy to even think about a number

Instant Message : WhatsApp
20:35:53

CONFIDENTIAL

Rothschild008419

Plaintiffs' Exhibit 272.0011



From
Mark Design
To
Mason Rothschild <

xD

Instant Message : WhatsApp
20:41:52
From
Mark Design
To
Mason Rothschild <

Alright, I cleared my schedule for 3 day

Instant Message : WhatsApp
20:41:54
From
Mark Design <
To
Mason Rothschild <

days

Instant Message : WhatsApp
20:41:59
From
Mark Design
To
Mason Rothschild <

let's print some money

Instant Message : WhatsApp
21:43:44
From
Mark Design
To
Mason Rothschild <

Ok I have a solution

Instant Message : WhatsApp
21:44:08
From
Mark Design
To
Mason Rothschild <

I can print them out real fast like this... I just need reference images like this:

Instant Message : WhatsApp
21:44:20
From
Mark Design
To
Mason Rothschild <

Rothschild008420

**Plaintiffs' Exhibit 272.0012**



https://mmg.whatsapp.net/d/f/AiTY8rQgSQdmp1XCHES38sw3bSecssuH8oSUMEcp1zz_.enc

Instant Message : WhatsApp
21:44:34

From
Mark Design
To
Mason Rothschild <

This is how it looks like with the camo



https://mmg.whatsapp.net/d/f/AnJMfdRFl90vrmaOy0e2UZ7B15OWOCeBV9p5y-8OfdFN.enc



Instant Message : WhatsApp
21:44:44
From
Mark Design █████████████
To
Mason Rothschild ◄ ██████████

:P

Rothschild008422

**Plaintiffs' Exhibit 272.0014**



https://mmg.whatsapp.net/d/f/AogSvvYOZPWadJ7y4zyI9W_EjpYeuofgJNYLQBMPC3MX.enc

Instant Message : WhatsApp
21:45:54
From
Mark Design ███████████
To
Mason Rothschild ███████████

Original pic had longer hair, updating that



Instant Message : WhatsApp
22:25:44
From
Mason Rothschild <██████████

CONFIDENTIAL

Rothschild008423

**Plaintiffs' Exhibit 272.0015**

Ooo

Instant Message : WhatsApp
22:25:48
From
Mason Rothschild <
To
Mark Design <

See this is perfect

Instant Message : WhatsApp
22:26:15
From
Mason Rothschild
To
Mark Design <

Is this the same key thing

Instant Message : WhatsApp
22:45:46
From
Mark Design
To
Mason Rothschild <

yep

Instant Message : WhatsApp
22:46:00
From
Mark Design
To
Mason Rothschild <

I just put the same pattern on the bag so it isnt that noticable

Instant Message : WhatsApp
22:46:13
From
Mason Rothschild
To
Mark Design <

Incredible

Instant Message : WhatsApp
22:46:29
From
Mark Design
To
Mason Rothschild <

patterns like this can be made quick

Instant Message : WhatsApp
22:46:37
From
Mason Rothschild
To

CONFIDENTIAL

Mark Design <

Im going to make the references

Instant Message : WhatsApp
22:46:42
From
Mason Rothschild
To
Mark Design <

They can be scaled right

Instant Message : WhatsApp
22:46:43
From
Mason Rothschild
To
Mark Design <

To fit

Instant Message : WhatsApp
22:46:47
From
Mark Design
To
Mason Rothschild

yea

Instant Message : WhatsApp
22:47:01
From
Mason Rothschild
To
Mark Design

Can you send me a good dimension to follow

Instant Message : WhatsApp
22:47:02
From
Mark Design <
To
Mason Rothschild <

I'll adjust them in photoshop as needed

Instant Message : WhatsApp
22:47:15
From
Mark Design <
To
Mason Rothschild <

I'll catch up on some sleep and start early in the morning

Instant Message : WhatsApp
22:47:25
From
Mark Design <
To
Mason Rothschild <

CONFIDENTIAL

Rothschild008425

**Plaintiffs' Exhibit 272.0017**

we can get 20+ out tomorrow with this method

Instant Message : WhatsApp
22:47:27
From
Mark Design <
To
Mason Rothschild

if not more

Instant Message : WhatsApp
22:47:36
From
Mason Rothschild <
To
Mark Design <

Perfect

Instant Message : WhatsApp
22:47:44
From
Mason Rothschild
To
Mark Design <

So should I make the colors

Instant Message : WhatsApp
22:47:48
From
Mason Rothschild
To
Mark Design

In this format too

Instant Message : WhatsApp
22:47:55
From
Mason Rothschild
To
Mark Design

Like just a red color

Instant Message : WhatsApp
22:47:58
From
Mason Rothschild
To
Mark Design

Or purple

Instant Message : WhatsApp
22:48:06
From
Mason Rothschild
To
Mark Design <

Save you some time

Rothschild008426

**Plaintiffs' Exhibit 272.0018**

Instant Message : WhatsApp
22:48:32
From
Mark Design < ███████████ >
To
Mason Rothschild < ███████████ >

If you have time

Instant Message : WhatsApp
22:48:39
From
Mason Rothschild ███████████
To
Mark Design < ███████████ >

Ima knock em out

Instant Message : WhatsApp
22:48:55
From
Mason Rothschild ███████████
To
Mark Design < ███████████ >

I'll do as many as I can tonight

Instant Message : WhatsApp
22:49:03
From
Mason Rothschild ███████████
To
Mark Design < ███████████ >

And put them in a google drive

Instant Message : WhatsApp
22:49:08
From
Mason Rothschild ███████████
To
Mark Design < ███████████ >

So you can just download and project

Instant Message : WhatsApp
22:49:10
From
Mark Design ███████████
To
Mason Rothschild ███████████

Sorry, bit of a mess with the projects lately... I am working on too many things at once as always

Instant Message : WhatsApp
22:49:15
From
Mason Rothschild ███████████
To
Mark Design ███████████

No problem

Instant Message : WhatsApp

Rothschild008427

**Plaintiffs' Exhibit 272.0019**

22:49:21

From
Mason Rothschild ████████

To
Mark Design < ████████

I just think we can really print on these

Instant Message : WhatsApp
22:54:48

From
Mark Design ████████

To
Mason Rothschild ████████

Just a second, I'll send you the UV's for the bag

Instant Message : WhatsApp
22:54:58

From
Mark Design ████████

To
Mason Rothschild ████████

so you know where to put important stuff in the pic

Instant Message : WhatsApp
22:55:00

From
Mason Rothschild ████████

To
Mark Design ████████

Perfect

Instant Message : WhatsApp
22:57:24

From
Mark Design ████████

To
Mason Rothschild ████████

Rothschild008428

Plaintiffs' Exhibit 272.0020



https://mmg.whatsapp.net/d/f/AhUQnTv0j4MKMnXwx1Wvv-hfFSf-DEtoRE0O5dBVWIHe.enc

Instant Message : WhatsApp
22:57:24
From
Mark Design █████████████
To
Mason Rothschild ███████████████

CONFIDENTIAL

**Plaintiffs' Exhibit 272.0021**



https://mmg.whatsapp.net/d/f/AlEUizCOK_f1CEGhLidEjZgjFHPVQY133eMsJVNPXlgd.enc

Instant Message : WhatsApp
22:57:28
From
Mark Design ████████████
To
Mason Rothschild ████████████

1:1 images

Instant Message : WhatsApp
22:57:38
From
Mark Design ████████████
To
Mason Rothschild ████████████

that is the part of the image that is the front of the bag

Instant Message : WhatsApp
22:57:49
From
Mason Rothschild ████████████
To

CONFIDENTIAL

Plaintiffs' Exhibit 272.0022



Perfect

**Instant Message : WhatsApp**
22:58:00
From
Mark Design
To
Mason Rothschild

let me test it out



**Instant Message : WhatsApp**
22:58:05
From
Mason Rothschild
To
Mark Design

For the complex ones I'll lay em out most will just be colors/patterns



**Instant Message : WhatsApp**
22:59:08
From
Mark Design
To
Mason Rothschild

**Plaintiffs' Exhibit 272.0023**



https://mmg.whatsapp.net/d/f/Aj8ghx8PQE6Brm5beDckbgJ4IwJBFTXOOHJP8G0PaopN.enc

Instant Message : WhatsApp
22:59:09
From
Mark Design ███████████
To
Mason Rothschild - ████████████

Rothschild008432

**Plaintiffs' Exhibit 272.0024**



https://mmg.whatsapp.net/d/f/AkRtJSnX2IfpOnIOZFxUD0jOmT4DZPwiuLUBKWFdxZjp.enc

Instant Message : WhatsApp
22:59:21
From
Mark Design ██████████
To
Mason Rothschild ██████████

let me run a test if the complex ones work as well with this

Instant Message : WhatsApp
22:59:24
From
Mark Design ██████████
To
Mason Rothschild ██████████

5 min



Instant Message : WhatsApp
22:59:26
From
Mason Rothschild ██████████
To
Mark Design ██████████

Perfect

Instant Message : WhatsApp
23:16:08
From

CONFIDENTIAL

Rothschild008433

Plaintiffs' Exhibit 272.0025

Mark Design █████████████
To
Mason Rothschild ██████████████

alright

Instant Message : WhatsApp
23:16:10
From
Mark Design ██████████████
To
Mason Rothschild ███████████████

hmm

Instant Message : WhatsApp
23:16:21
From
Mark Design ██████████████
To
Mason Rothschild ███████████████

i shortened the hairs a bit for this much quality

Instant Message : WhatsApp
23:16:30
From
Mark Design ██████████████
To
Mason Rothschild ███████████████

and the hairs are not simulated yet

Instant Message : WhatsApp
23:16:31
From
Mark Design ██████████████
To
Mason Rothschild ███████████████

buuut

Instant Message : WhatsApp
23:16:58
From
Mark Design ██████████████
To
Mason Rothschild ███████████████

Rothschild008434

Plaintiffs' Exhibit 272.0026



https://mmg.whatsapp.net/d/f/AvxhOl_0Um1-4GZlwP_EwR79972eanFdzzNX9ZOhaupk.enc

Instant Message : WhatsApp
23:18:12
From
Mason Rothschild
To
Mark Design <

I dig it

Instant Message : WhatsApp
23:18:22
From
Mason Rothschild

CONFIDENTIAL

Rothschild008435

**Plaintiffs' Exhibit 272.0027**

Does simulating help the color a bit

Instant Message : WhatsApp
23:18:50
From
Mark Design █████████████
To
Mason Rothschild ███████████



https://mmg.whatsapp.net/d/f/Ar2KboMyAiYbq4j35C_M8qRe2gyWOVTJrnmlpy4YFKlE.enc

Instant Message : WhatsApp
23:18:59
From
Mark Design ███████████████
To
Mason Rothschild ███████████

this is the color i put in

Instant Message : WhatsApp
23:19:08
From

Rothschild008436

**Plaintiffs' Exhibit 272.0028**



Mark Design ◄ █████████
To
Mason Rothschild █████████

so I have to wash it out quite a bit

Instant Message : WhatsApp
23:19:23
From
Mark Design █████████
To
Mason Rothschild ◄ █████████

hitting it perfectly is hard

Instant Message : WhatsApp
23:19:42
From
Mason Rothschild ◄ █████████
To
Mark Design █████████

Ahh I see

Instant Message : WhatsApp
23:19:48
From
Mason Rothschild █████████
To
Mark Design █████████

But how about for the camo

Instant Message : WhatsApp
23:19:53
From
Mason Rothschild ◄ █████████
To
Mark Design ◄ █████████

Cause that one looked pretty spot on

Instant Message : WhatsApp
23:19:56
From
Mark Design ◄ █████████
To
Mason Rothschild █████████

CONFIDENTIAL

**Plaintiffs' Exhibit 272.0029**



https://mmg.whatsapp.net/d/f/AkbHU3NwxWKX2zV0SB7nvqR_bP_wnxe83T_zs_QGd1Ym.enc

Instant Message : WhatsApp
23:20:00
From
Mason Rothschild
To
Mark Design

Ohhhh

Instant Message : WhatsApp
23:20:07
From
Mark Design
To
Mason Rothschild

yea :D

Instant Message : WhatsApp
23:20:10
From
Mason Rothschild
To

Rothschild008438

Plaintiffs' Exhibit 272.0030



Mark Design

Ok

Instant Message : WhatsApp
23:20:11
From
Mark Rothschild
To
Mark Design

Got it

Instant Message : WhatsApp
23:20:22
From
Mark Design
To
Mason Rothschild

You just send over the normal versions and Ill adjust them as needed

Instant Message : WhatsApp
23:20:39
From
Mark Design
To
Mason Rothschild

you can also see the handles and everything on the UV map

Instant Message : WhatsApp
23:20:51
From
Mark Design
To
Mason Rothschild

so if you want a different colored handle or any part just paint it

Instant Message : WhatsApp
23:20:57
From
Mason Rothschild
To
Mark Design

Got it

Instant Message : WhatsApp
23:21:10
From
Mason Rothschild
To
Mark Design

And i can technically just put blocks of color over the parts right

Instant Message : WhatsApp
23:21:19
From
Mark Design
To
Mason Rothschild

CONFIDENTIAL

Rothschild008439

**Plaintiffs' Exhibit 272.0031**

yep



Instant Message : WhatsApp
23:21:23
From
Mason Rothschild : ████████████
To
Mark Design < ████████████

Sweet

Instant Message : WhatsApp
23:21:40
From
Mark Design < ████████████
To
Mason Rothschild < ████████████

where there is no mesh it does not mather what color it is

Instant Message : WhatsApp
23:21:42
From
Mark Design < ████████████
To
Mason Rothschild < ████████████

wont show

Instant Message : WhatsApp
23:22:10
From
Mark Design < ████████████
To
Mason Rothschild < ████████████

throw together as many as you can and I'll throw togeter a few of my own

Instant Message : WhatsApp
23:22:15
From
Mark Design < ████████████
To
Mason Rothschild < ████████████

and I'll get printing



Instant Message : WhatsApp
23:23:19
From
Mason Rothschild ████████████
To
Mark Design < ████████████

Perfecto

Instant Message : WhatsApp
23:28:42
From
Mark Design < ████████████
To
Mason Rothschild < ████████████

CONFIDENTIAL

Rothschild008440

**Plaintiffs' Exhibit 272.0032**



https://mmg.whatsapp.net/d/f/AurJhRySA97JFypzpuuFKevFUpQ799cKFNUvmDqyvvG7.enc

Instant Message : WhatsApp
23:28:50
    From
    Mark Design  ████████████
    To
    Mason Rothschild  ██████████

I just have to move that key out of the way a bit

Instant Message : WhatsApp
23:28:54
    From
    Mark Design  ████████████

CONFIDENTIAL

Rothschild008441

Plaintiffs' Exhibit 272.0033

To
Mason Rothschild ▮▮▮▮▮▮▮▮▮

but we can do faces as well

Instant Message : WhatsApp
23:29:00
From
Mark Design - ▮▮▮▮▮▮▮▮▮▮
To
Mason Rothschild ▮▮▮▮▮▮▮▮▮

this method is perfect

Instant Message : WhatsApp
23:31:39
From
Mason Rothschild ▮▮▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮▮▮

Hahah

Instant Message : WhatsApp
23:31:47
From
Mason Rothschild ▮▮▮▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮▮

Thars actually cute

Instant Message : WhatsApp
23:31:58
From
Mason Rothschild - ▮▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮▮▮

Ok now that i know the capabilities

Instant Message : WhatsApp
23:32:03
From
Mason Rothschild - ▮▮▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮

I can help create

Instant Message : WhatsApp
23:32:08
From
Mason Rothschild ▮▮▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮

Those will just be colors tho

Instant Message : WhatsApp
23:32:13
From
Mason Rothschild ▮▮▮▮▮▮▮▮
To

CONFIDENTIAL

**Plaintiffs' Exhibit 272.0034**



I dont wanna get sued to hell

Instant Message : WhatsApp
23:32:15
From
Mask Design <
To
Mark Design <

Hahahah



Instant Message : WhatsApp
23:32:21
From
Mark Design <
To
Mason Rothschild <

xD

Instant Message : WhatsApp
23:32:30
From
Mark Design <
To
Mason Rothschild <

bowie lightning?

Rothschild008443

**Plaintiffs' Exhibit 272.0035**



https://mmg.whatsapp.net/d/f/AimnB4vri2M53T8KsU1cobPFbCXMMncaEHePH7DtVkoS.enc



Instant Message : WhatsApp
23:32:35
From
Mason Rothschild - ███████████
To
Mark Design < ██████████

Oooo

Instant Message : WhatsApp
23:32:37
From
Mark Design < ██████████
To
Mason Rothschild < ████████████

stuff like this cant be copyrighted

Instant Message : WhatsApp
23:32:38
From
Mark Design < ██████████
To

CONFIDENTIAL

Rothschild008444

Plaintiffs' Exhibit 272.0036

Mason Rothschild <████████

or?

Instant Message : WhatsApp
23:32:42
From
Mason Rothschild <████████
To
Mark Design <████████

Love that

Instant Message : WhatsApp
23:33:25
From
Mark Design <████████
To
Mason Rothschild <████████

talk to you tomorrow

Instant Message : WhatsApp
23:33:44
From
Mason Rothschild <████████
To
Mark Design <████████

thanks again man

Instant Message : WhatsApp
23:33:49
From
Mason Rothschild <████████
To
Mark Design <████████

Lets make some good money together

Instant Message : WhatsApp
23:33:56
From
Mark Design <████████
To
Mason Rothschild <+████████

deal

Instant Message : WhatsApp
23:35:03
From
Mark Design <████████
To
Mason Rothschild <████████

Special edition at the end combining the first baby birkin

Instant Message : WhatsApp
23:35:09
From
Mark Design <████████
To
Mason Rothschild <████████

Rothschild008445

Plaintiffs' Exhibit 272.0037

:D



Instant Message : WhatsApp
23:35:19
From
Mason Rothschild ‹ ███████████
To
Mark Design ‹ █████████

So the guy who bought it

Instant Message : WhatsApp
23:35:23
From
Mason Rothschild ‹ ███████████
To
Mark Design ‹ ████████

Is listing it

Instant Message : WhatsApp
23:35:29
From
Mason Rothschild ‹ ██████████
To
Mark Design ‹ ███████

When this collection goes live

Instant Message : WhatsApp
23:35:31
From
Mason Rothschild ████████
To
Mark Design ██████████

For 50k

Instant Message : WhatsApp
23:35:42
From
Mark Design ‹ ██████████
To
Mason Rothschild ‹ █████████

nice

Instant Message : WhatsApp
23:35:48
From
Mark Design ‹ █████████
To
Mason Rothschild ‹ █████████

pump up the hype

Instant Message : WhatsApp
23:38:29
From
Mason Rothschild ‹ ██████████
To
Mark Design ‹ ████████

Do you by chance just have an all white

Rothschild008446

**Plaintiffs' Exhibit 272.0038**

Instant Message : WhatsApp
23:38:05
From
Mason Rothschild █████████
To
Mark Design <██████████

Version of the bag

Instant Message : WhatsApp
23:38:33
From
Mason Rothschild █████████
To
Mark Design ██████████

simulated

Instant Message : WhatsApp
23:38:35
From
Mason Rothschild █████████
To
Mark Design <█████████

hair

Instant Message : WhatsApp
23:38:54
From
Mason Rothschild █████████
To
Mark Design █████████

Was going to do a waitlist for people who have been demanding it

Instant Message : WhatsApp
23:39:59
From
Mark Design █████████
To
Mason Rothschild ██████████

Animation?

Instant Message : WhatsApp
23:40:15
From
Mark Design █████████
To
Mason Rothschild ██████████

Ah, not at hand

Instant Message : WhatsApp
23:40:25
From
Mark Design █████████
To
Mason Rothschild ██████████

I'll do that first thing in the morning

Instant Message : WhatsApp

CONFIDENTIAL

Rothschild008447

Plaintiffs' Exhibit 272.0039

From
Mason Rothschild - █████████
To
Mark Design ████████████

Thank you!

**End Thread**

Thread Statistics

**Instant Message Count**

185

CONFIDENTIAL

Rothschild008448

**Plaintiffs' Exhibit 272.0040**



CONFIDENTIAL

**Plaintiffs' Exhibit 272.0049**



Rothschild008450

**Plaintiffs' Exhibit 272.0050**



Rothschild008451

**Plaintiffs' Exhibit 272.0051**



CONFIDENTIAL

Rothschild008452

**Plaintiffs' Exhibit 272.0052**



CONFIDENTIAL

Rothschild008453

**Plaintiffs' Exhibit 272.0053**



CONFIDENTIAL

Rothschild008454

**Plaintiffs' Exhibit 272.0054**



CONFIDENTIAL

Rothschild008455

**Plaintiffs' Exhibit 272.0055**



CONFIDENTIAL

Rothschild008456

Plaintiffs' Exhibit 272.0056



CONFIDENTIAL

Rothschild008457

**Plaintiffs' Exhibit 272.0057**



CONFIDENTIAL

Rothschild008458

**Plaintiffs' Exhibit 272.0058**



CONFIDENTIAL

Rothschild008459

**Plaintiffs' Exhibit 272.0059**



Rothschild008460

**Plaintiffs' Exhibit 272.0060**



CONFIDENTIAL

Rothschild008461

**Plaintiffs' Exhibit 272.0061**



CONFIDENTIAL

Rothschild008462

**Plaintiffs' Exhibit 272.0062**