# Exhibit 22 - Part 1

iMessage
Thu, Dec 16, 4:27 PM

Mason Rothchild

Alright

 I got my plan



Mason Rothchild

 Y'all ready?

Yerrrrrrr

Mason Rothchild

1) NFT Cease & Desist
2) Make announcement of NFT of Cease& Desist on all socials with a story along the lines of "In order to shed confusion between the Hermes Birkin and it's SUCCESSOR, going for more an upwards of $20,000.00+/ each – we've made the decision to separate ourselves from the old and make ourselves known as the new "MetaFurkins". This movement is much bigger than just a remix of an icon and we reach has extended far across every walk of life. The beauty of the NFTs and Metaverse.
3) Launch new collection under new name as well as random airdrop to everyone who types "MetaFurkins > Birkins in comments" or some shit

Basically acknowledge that the YEEZY

SACKS_000109

Plaintiffs' Exhibit 308.0001

jumped over the JUMPMAN

and they can't stop us

 make it a purely community play

> Don't love the name Furkins but general sentiment is solid

> Do you think they'd actually sue if you did nothing

Mason Rothchild

We can come up with new name

 No but it's a cool way to spin this

> What if you printed out the C&D and pissed on it

Mason Rothchild

 lol

> Like the ye Grammy vibe

Moshe Sacks

I like the idea of renaming before v2

Drop 2

 Metabirkin values would explode lol

Mason Rothchild

 I gotta NFT the C&D

> Ya

Mason Rothchild

 then pee on it

SACKS_000110

Plaintiffs' Exhibit 308.0002

Plz

**Mason Rothchild**

na cause i still want them to be open

to the collab idea

 maybe i left my new puppy pee on it

**Moshe Sacks**

 I hear

I think you can easily drag this out

And get in negotiation talks

**Mason Rothchild**

I think they're too heritage

to do this

lets plot on name change

I'm gonna be at alexs in 20

Gonna think

MetaBirks.

Thu, Dec 16, 6:46 PM

**Mason Rothchild**





Kinda a play here

Jane Birkin wanted to remove her name from the birkin because of how hermes was cruel in their processing of animals

MR We cruelty free baby

Sheeeh

Mason Rothchild

MR Jane we love you girl

Moshe Sacks

 **Jane Birkin drops request to have her name removed from Hermès handbag | Hermès | The Guardian**
amp.theguardian.com

Mason Rothchild

Yessir

CONFIDENTIAL

**Plaintiffs' Exhibit 308.0004**

They settled

 But still

Moshe Sacks



**Sell NFTs on Shopify | Join the NFT Beta Program**
shopify.com

Mason Rothchild

 Lol that sounds like a trainwreck tbh

Fri, Dec 17, 8:10 AM

Mason Rothchild

Morning

 Speaking to attorney at 9am

Moshe Sacks

Hype

 Very good

Mason Rothchild

Y'all know any IP lawyers

 I'd like to get multiple opinions

Moshe Sacks

I'll do some digging

But let's see what this guy says first

SACKS_000113

**Plaintiffs' Exhibit 308.0005**

Bc I'm actually not that worried about this

 Any word from opensea?!

Mason Rothchild

They won't day anything

They'll just take it down

 **Truman** can you try to get through to cc

I'll ping him

Mason Rothchild



Are spin-off, homage or remix collections allowed on OpenSea?
support.opensea.io

Mason do you not like MetaBirks

Mason Rothchild

 I do but it might be too close

Moshe Sacks

 I like metabirks

Idt it is honestly

From my understanding they have two issues

They never want you using the word "birkin" which they have trademarked

 And never want you using "Hermes"

Mason Rothchild

SACKS_000114

Plaintiffs' Exhibit 308.0006

yeah its kinda stupid

cause the only time i use hermes

is in the disclaimer

 im like.. k

Another idea

NFT a bill to Hermes

for marketing

250,000 Unique Vistors
2.4m Impressions on Instagram
1.2m Impression on Twitter
Numerous Articles
----------
$1,500,000 in Marketing 

Payable to Mason Rothschild

 Bill to Hermes International

Moshe Sacks

Interesting

Mason Rothchild

First lawyer says

 Hermes could sue me into the depths of hell

bruh

lol

How

Mason Rothchild

They just have more money

SACKS_000115

Plaintiffs' Exhibit 308.0007

They just have more money

Even if they don't win

 They'll do it to drain me

Fri, Dec 17, 11:10 AM

Mason Rothchild

Y'all want to hop on a call?

 or.

I mean

Do you not think even changing the name will hell

Help

Mason Rothchild

lawyers assumption is

if we change name

they'll go after the design

after design they'll go after damages

 and so on and so forth

move honestly might be to try and get a meeting?

Mason Rothchild

but i have a drop in 5 days

lawyer said they could keep dragging it out

til jan-feb-march

without a defininite answer

SACKS_000116

Plaintiffs' Exhibit 308.0008

I just don't even get what they want me to do

 cause i can't take down the existing ones

usually

Your lawyer can request a meeting w their team

For valor fixation

*clarifications

Mason Rothchild

definitel

but like i said that pushes this next drop

and opens us up to DLIST

from opensea

CC is to busy to do marketplace

and if i make marketplace

they may reach out to google to DMCA the website

 and present a lawsuit there

Do you really think they care that much

To do all that

Mason Rothchild

lawyer said

it's not a matter of if they care enough

they just have the deep pockets

SACKS_000117

Plaintiffs' Exhibit 308.0009

to make life hell for me

**MR** damn i got a headache lol

what does jesse think?

I don't think they're going to sue as of now for anything historical

Mason Rothchild

**MR** jesse aint helping

Least he can do is let you talk to his lawyer?

Mason Rothchild

he said they owuldn;t be free til monday

**MR** which doesn't help me

The drop is next Thursday

Monday convo is fine

Plus we can delay the drop

Mason Rothchild

na

like i need to respond.by monday

mind you i have to pay for these responses from lawyers

**MR**

I mean i honestly think they're bluffing

And not going to pursue

Mason Rothchild

**MR** why wouldn't they though

SACKS_000118

**Plaintiffs' Exhibit 308.0010**

Since you're too small



Mason Rothchild

 its not really small tho

I have a strat

Mason Rothchild

haha its easy to have strat

when you're not getting sued

 lol

SACKS_000119

Plaintiffs' Exhibit 308.0011

I mean true

But you're asking for my opinions

So trying to help

**Mason Rothchild**

yeah whats strat

End of the day it's up to you for final call

**Mason Rothchild**

def

what were you thinking

i asked about metabirks

and they said it would be enough

because of the strength of hermes word mark

wouldn't*

Which lawyers did you speak to

**Mason Rothchild**

Cash Apps

Hmmmm

So need a new name i guess

**Moshe Sacks**

Sorry I've been grinding on calls

Fighting Hermes forever doesn't make sense

SACKS_000120

Plaintiffs' Exhibit 308.0012

I'm confused why the lawyer thinks they're going to go after the design

If they had a strong case or anything there then they would have used that now

 Bc that effectively kills you

 What did this lawyer suggest you do? Because it sounds like he created issues with no solutions lol

Mason Rothchild



Hermès 'MetaBirkins' NFTs Sell for Record Prices —
Fashion NFTs Hermés Birkin Bags
lofficielusa.com

christ..

lofficiel

 thought it was an official hermes thing

Moshe Sacks

Yeah that's no good

 Makes Hermes case pretty strong

CONFIDENTIAL

Mason Rothchild



-_-

Fri, Dec 17, 2:33 PM

Mason Rothchild

lawyers definitely talk
cause... i got like 15 lawyers emialiong me
to be my council
lol

Moshe Sacks

Ur joking

That's so wild



I'm down to review the emails and shit for you

Mason Rothchild

jesus these lawyers are expensive



i just need someone to send a response on my behalf lol

of the lawyers?

Fri, Dec 17, 4:27 PM

Moshe Sacks



Yeah

Fri, Dec 17, 6:11 PM

Mason Rothchild

Going to proceed with next drop

Moshe Sacks



There it is baby



SACKS_000122

**Plaintiffs' Exhibit 308.0014**

Mason Rothchild

Risky

 But have to see this through

Do you know Cameron Azoff?

 Irving Azoff's son

Moshe Sacks

No but know who Irving is

Mason Rothchild

So i know his son

and he said this



CONFIDENTIAL

SACKS_000123

Plaintiffs' Exhibit 308.0015



Moshe Sacks

 Interesting

Mason Rothchild

im really torn rn

 im kinda fucked in all directions

Moshe Sacks

 I think you gotta get your own lawyer

Mason Rothchild

 I mean they all offered.

Moshe Sacks

 Who can give you a list of options

Mason Rothchild

And they gave me their opinions

 They did

Moshe Sacks

What did they say to do

 Shut it down?

Mason Rothchild

They couldn't tell me what to do.

 But thesr were the options

Stop advertising, promoting and selling which would mean a pretty hard speech to the community telling them their NFTs are worthless.

That gets Hermes off my back (maybe) but

doesn't stop it from getting delisted on OpenSea because that's basically admitting to infringing on IP.

So that's just going to kill my reputation with the community.

Moshe Sacks

 Got it

Mason Rothchild

-

Next option: Ignore C&D, release next collection and deal with the ramifications IF they come, which is likely - get sued for my assets - still get it removed from OpenSea.

Moshe Sacks

 Got it

Mason Rothchild

Next option: Postpone release, try and work things out with them - see if there is any room for negotiation if we change the name, tweak design, or something. If not - maybe think of an alternative project with a brand to supplement.

And dilute the community uproar.

Moshe Sacks

 Got it

 I think you need to put all this in an llc

Mason Rothchild

can i do that at this point?

Moshe Sacks

SACKS_000125

Plaintiffs' Exhibit 308.0017



Moshe Sacks

Think it could help a little

Mason Rothchild



MR

Hello @everyone ,

First of all, I want to apologize for my lack of activity. I interact with you all daily and feel like this announcement is necessary to keep full transparency. As a lot of you know already, I got bronchitis a little over a week ago and it sorta' put me on my ass. I still haven't been able to fully recover due to this

lifestyle change and today I just ended up feeling much worse.

I've never been one to not put out my best work and I want to make sure I deliver a product that isn't rushed or lazy. A ton of people have been commenting on my social channels saying that this next collection is "boring, one color, etc. To give some context, it took me about 10 weeks to complete the Genesis collection of 100, I sorta' bit off more than I could chew by cranking out 200+ in 3 weeks to please the community.

I'm one of the few creators in the space that creates the art, markets the art, manages the community, manages inbound press inquiries, does interviews, etc. and it's starting to take it's toll on me. I'm not using this as an excuse but I know a lot of you can understand where I'm coming from.

All @Whitelist spots will remain as they are, and more will continue to be distributed but I will have to postpone this December 23rd release for the sake of the integrity of what I put out as my word and my personal health. I hope you all understand and continue to support the project.

 wanted to make this statement to buy time

at the very least

i need some time

SACKS_000127

Plaintiffs' Exhibit 308.0019

and being raked in the chat

like everything is cool

 is a little taxing

Moshe Sacks

I agree

 This makes sense

Sat, Dec 18, 10:06 AM

Mason Rothchild

yoo

I reached out to Shepard Fairey's lawyer

just to try

and he got back to me

 he works cases like this probono

Moshe Sacks

Wow

 That's nuts

Sat, Dec 18, 1:53 PM

Mason Rothchild

so firm is asking for

25k retainer

billed at 450-750 variable/hr

which is pretty reasonable

since im for-profit its not probono

 but they gave me a pretty good ratew

SACKS_000128

Plaintiffs' Exhibit 308.0020

Moshe Sacks

Sorry I just saw your call

Need to call you back in a bit

That's not terrible

Sun, Dec 19, 8:52 AM

Gm

Which lawyers are we going with?

Mason Rothchild

Best lawyers

Nyu, harvard and stanford all combine

wow

Ivy leagues only

Mason Rothchild

$750/hr

Just spoke to jesse

These guys seem great

Mason Rothchild

Top tier

Expensive

But its my best chance

Lol

Do we have a clause for lawyer fees

I just sent them 25k

CONFIDENTIAL

Plaintiffs' Exhibit 308.0021

MR   Yakakakakaka

we gotta get an LLC bro

Mason Rothchild

I mean ima make one for this in january

But i wasnt expecting this stuff

MR   I asked if i could run it through my llc

Yea i feel you

Mason Rothchild

And they were like na

:(

Its ok

Lawyers are confident that hermes will reconsider even pursuing once they see a letter from from

MR   Them*

LFG

Mason Rothchild

**Law Office of Lex Lumina PLLC**
lex-lumina.com

Truman wanna hop on quick call

So I can catch you up

MR   Before i take the dogs to the park

SACKS_000130

**Plaintiffs' Exhibit 308.0022**

We're on our way to JFK

Can i call you

From the gate

Mason Rothchild

Eta?

Ima be at hollywood park so signal is big trash

What time will you be done

Mason Rothchild

Prolly 2.5hrs?

MR Gonna eat then go to park

Works

Mason Rothchild

MR Lit

Fligjt is 2pm ET

Sun, Dec 19, 1:16 PM

Mason Rothchild



MR If y'all wanna read

Sun, Dec 19, 3:36 PM

CONFIDENTIAL

SACKS_000131

Plaintiffs' Exhibit 308.0023

will peep when land

Do you want a lawyer to read also?

Mason Rothchild

lawyer to read lawyer?



Mason Rothchild

lol

i think we good

i went over it

Kk

Sun, Dec 19, 6:57 PM

Mason Rothchild



CONFIDENTIAL

SACKS_000132

Plaintiffs' Exhibit 308.0024





People are printing life size posters of me bro

Hahahahah

Bruh

😂😂😂😂

Epic

Mason Rothchild



CONFIDENTIAL



Moshe Sacks


This is so lit

Mon, Dec 20, 8:01 AM

Mason Rothchild

Just got delisted

From OpenSea

Moshe Sacks

No way

Fuuk

And they didn't delist the fakes lol

That's good

I mean i think we all saw this coming

I feel like we just take the approach that we're too premium for OS

Mason Rothchild


Ehhh

and asked to be delisted

Mason Rothchild

Speaking with OS rn

OpenSea is key for visuals

SACKS_000134

Plaintiffs' Exhibit 308.0026

 **MR** If we don't get relisted

**MR** I have to expose the legal issues

I

I feel like people would buy the fact that we're reserving a private marketplace for MB since it's a premium good unlike the rest of the stuff

And move to like FND lol

Mason Rothchild

 **MR** Back up

WOW

How?

Mason Rothchild

 **MR** Dunno

**MR** Back down again

Mon, Dec 20, 10:09 AM

Mason Rothchild

 **MR** Sucha mess

Are they in touch?

Mason Rothchild

 **MR** Basically soeaking to OS through Jesse's contact ben

Should we add jesse here btw

Mason Rothchild

Prolly

SACKS_000135

Plaintiffs' Exhibit 308.0027

 **MR** Lets make a new one

Ok

Mon, Dec 20, 11:40 AM

Mason Rothchild

Hello OpenSea team,

We do not believe that we are infringing the intellectual property rights of Hermes or anyone else. After consulting with council, the MetaBirkins collection is well within boundaries of fair use. We have a good-faith belief that out project is not infringing and if Hermes wants to say otherwise they have to bring a case and prove it. We believe it's meritless. We're responding to it. In the meantime, if OpenSea takes our project down based just on some company's say-so, they aren't serving the community. We kindly ask that the collection be relisted until a legal case is solidified.

Best,

send this to OS

 **MR** sent*

Imo they're not going to relist

If MB had crazy volume

They'd consider it

But right now it's too small for them to take

**CONFIDENTIAL**

SACKS_000136

**Plaintiffs' Exhibit 308.0028**

legal risk

Mason Rothchild

really?

 it's pretty good volume?

I mean relative to their overall GMV

MB got to be like 0.001%

Mason Rothchild

i guess

 but the community

Yea

But if i was them

Mason Rothchild

 it's baseless though

I wouldn't give a fuck unless it was a top 10 item

Mason Rothchild

lol wait

so why do we continue then

 lol

Since we can use radicle

Rarible

The community within discord is the one buying

Mason Rothchild

CONFIDENTIAL

Plaintiffs' Exhibit 308.0029

Mason Rothchild



i mean rarible will prolly take me down as well

Not OpenSea

Random browsers

I mean that's going to take Hermes C&Ding them

Too

Mason Rothchild

na

they just send the same thing

C&D is not legal paperwork

theres now lawsuit

no*

or legal action

Mon, Dec 20, 11:44 AM
You added Jesse Lee to the conversation.

Mon, Dec 20, 11:44 AM
You added Jesse Lee to the conversation.

Adding in jesse

Mason Rothchild

yo

it just doesn't make sense

cause nobody is suing me

What exchange is Phunks on?

CONFIDENTIAL

SACKS_000138

Plaintiffs' Exhibit 308.0030

Mason Rothchild

their own

their website is literally called

NOTLARVALABS

Not Larva Labs
notlarvalabs.com

MR  lol

We should reach out

And ask for a white label

Mason Rothchild

it's autonomous

MR  no community lead

Someone coded the website

Mason Rothchild

MR  but no record of it

So

Arsham's legal team wants to represent me
for free.

MR

Moshe Sacks

No way

Wow

Why

Mason Rothchild

And are already in the midst of 2 lawsuits

SACKS_000139

Plaintiffs' Exhibit 308.0031



with OpenSea.

That's wild

Mason Rothchild

So do I flake on the current one?

Save 25k

They say now that OpenSea delisted.

I can sue OpenSea and Hermes for damages.

Emailed CEO of opensea

and he read it

lol so let's see

The tables have turned

Opensea fully a web2 company

Mason Rothchild



lol

Lmao

Mason Rothchild

CONFIDENTIAL

can't hide now ALEXXXXXX

wait

so do we go with Arsham's people

or $25k retainer people

**MR** who are also great

I'll leave that up to jesse

Jesse Lee

Who's arshams lawyer

**JL** Name/firm?

Mason Rothchild

Jeff Gluck



**MR** These are his companies

Jesse Lee

**JL** Did u already talk to him

Mason Rothchild

**MR** Yee

Jesse Lee

**JL** CXIP isn't great from developers pov lol

Mason Rothchild

He said he'd love to help me for free with his

CONFIDENTIAL

SACKS_000141

Plaintiffs' Exhibit 308.0033

Jesse Lee

But he might be a great lawyer

JL Why not get his rate and engagement letter?

Mason Rothchild

MR He's free

Free is always sus

Imo

Mason Rothchild

MR i like free

Moshe Sacks

 Free isn't sus if it's arsham

Mason Rothchild

yeah true

mind you

MR they're in litigation with OpenSea alrready

Jesse Lee

Why not have him help for now?  Do you need to sign w the other guys asap? Or fine
JL for now

Mason Rothchild

I have to sign engagement

MR But I haven't paid anything yet

Looks like my email worked

MR Back up

SACKS_000142

Plaintiffs' Exhibit 308.0034

Jesse Lee

LFG 🥂🏆

Ayeeeeeee

Fuck Hermes till we die

Jesse Lee

No Birkin bags sorry gunna and cardi b

Mon, Dec 20, 3:18 PM

Mason Rothchild

Welp they just pulled it down again

hahahahaha

Bruh 😭

Mason Rothchild

wtfuck

Mon, Dec 20, 4:22 PM

Mason Rothchild

Truman can you help me find

dev for decentralized exchange

Im shocked that Matt or CC wont do it

Jesse Lee

So it's down again? Why back and forth

Mason Rothchild

Not sure

Jesse Lee

Let's hope ben can get a real person or

SACKS_000143

Plaintiffs' Exhibit 308.0035

someone there to mediate

**JL** I'll text him later too

Mason Rothchild

**MR** Lets offer Ben

MetaBirkin #1 if he can get is live and verified

Jesse Lee

**JL** Did the ceo or any respond yet

Mason Rothchild

**MR** Na he just leaves me on read

Tue, Dec 21, 9:03 AM

Mason Rothchild

**MR** Soo

Hermes is setting up to file a temporary restraining order + injunction on me

Uh tf lol

Mason Rothchild

Because they think I'm trying to release ASAP cause of my recent promo

Also, OpenSea froze my royalties

Which seems a little illegal to me

**MR** Cause im not sued..

Jesse Lee

**JL** That's crazy. Which lawyer are you working with now

Mason Rothchild

SACKS_000144

**Plaintiffs' Exhibit 308.0036**

Both

Have a call at 1pm

Tryna get them to work together

**MR** For free lol

Jesse Lee

**JL** Ok cool. Let us know - fenwick (my firm) was waiting on conflict check yesterday

Tue, Dec 21, 10:52 AM

Mason Rothchild

**MR** makin a withdrawl from gnosis

when you guys are fre

**MR** just confirm it from the safe

Moshe Sacks

Signed

Mason Rothchild

lotty

**MR** litty

Moshe Sacks

Wait

You withdrew everything?

Including our portion

Mason Rothchild

na

CONFIDENTIAL

SACKS_000145

Plaintiffs' Exhibit 308.0037

Moshe Sacks

Perfect

Mason Rothchild

stil says it needs to be sined

Moshe Sacks

Just getting confirmed

Mason Rothchild



here we go

it's a good position

it doesn't get into the nitty gritty of trademark/copyright law

it's just like – this is against the 1st amendment lol

whats the gameplay

CONFIDENTIAL

SACKS_000146

Plaintiffs' Exhibit 308.0038

Mason Rothchild



im writing open letters to Hermes and OpenSea

NFTing the Cease and desist

releasing on all socials

minting nft on foundation

Lmfao

Whats the name of the C&D gonna be

NOT UR MOTHERS C&D

Mason Rothchild

Hermes v. Mason Rothschild

oooo



CONFIDENTIAL

SACKS_000147

Plaintiffs' Exhibit 308.0039

MR

Lmfao

Not sure if that's the best way to do it

Too hard to read?

Mason Rothchild

not meant to be read

MR lol

Ohhhh

Lmao

Mason Rothchild

MR i'll touch on the c&d in my statement

Jesse Lee

JL Anything back from OpenSea?

Mason Rothchild

Dear Hermes,

So, I got your Cease & Desist. While I am
sorry if you were insulted by my art, as an
artist I will not apologize for creating it.

Now, as you are aware, the first amendment
gives me every right to create art based on

SACKS_000148

Plaintiffs' Exhibit 308.0040

gives it everyright to create an abstraction of my interpretations of the world around me. There are countless examples of artists who reference the world and products around them. With that understanding, MetaBirkins is a playful abstraction of an existing fashion-culture landmark. I re-interpreted the form, materiality and name of a known cultural touchpoint. MetaBirkins are also a commentary on fashion's fur-free initiatives and embrace of alternative textiles. My aim is always to create additive art projects which contribute positively to the culture.

When it comes to Art, selling my MetBirkins as NFTs are akin to selling them as physical art prints. It should not be my job to educate you on the advancements in the world and culture of Art. Art is Art.

In the MetaVerse you have no jurisdiction.

There is a moving tide of innovation and evolution, and it is your role as a fashion powerhouse to amplify young creatives and artists rather than stomp them  out. Your actions can determine the future of art in the Metaverse.

You can be a part of an Incredible movement.

---

Dear Opensea,

Shame on you for removing MetaBirkins from your platform before any legal action was taken, and without due process. To have

CONFIDENTIAL

SACKS_000149

Plaintiffs' Exhibit 308.0041

removed us with no warning or consideration for a growing and engaged community is frankly, disheartening.

You were formed as an innovative hub for artists and collectors alike. The growth of your business relies on the support of the art community. You should protect and stand by artists, especially against large corporate entities that choose to undermine our work.

Your actions speak volumes. It is not too late to steer in the right direction.

Where to from here?
We've quickly reached a pivotal moment of transition in the space of Art and NFTs. I feel a great deal of pressure in deciding which path we take in this fork on the road.

The first path requires me to comply with Hermes, and bring MetaBirkins to an end. The second path, which I'm more inclined to follow, requires me to stand my ground.

As a large corporate entity, Hermes vastly eclipses my resources, but they can't be allowed to abuse their power.

Where to from here?
We've quickly reached a pivotal moment of transition in the space of Art and NFTs. I feel a great deal of pressure in deciding which path we take in this fork on the road.

The first path requires me to comply with Hermes, and bring MetaBirkins to an end.

CONFIDENTIAL

SACKS_000150

Plaintiffs' Exhibit 308.0042

The second path, which I'm more inclined to follow, requires me to stand my ground.

As a large corporate entity, Hermes vastly eclipses my resources, but they can't be allowed to abuse their power.

So, where to from here? Onwards and upwards I hope.

 MR

 MR  Thoughts?

Jesse Lee

I would change the first sentence. 'Sham on you' part – stand your ground but not start too heavy

Mason Rothchild

i mean

fuck OS though

lol

honestly

MR  what they did was illegal af

Jesse Lee

I agree w the sentiment for sure but if the goal is to get them to comply, I'd be nicer. Trust me I usually wouldn't advise a softer tone lol

JL  Or have the lawyer draft and send on behalf of you

Mason Rothchild

CONFIDENTIAL

Well we are sending the lawyer drafted letter

the one i sent above

MR  to both OS and Hermes council



^^^

but i need to make a statement

MR  as well because im not going to send the one above to the community

Jesse Lee

JL  Ok

Mason Rothchild



CONFIDENTIAL

SACKS_000152

**Plaintiffs' Exhibit 308.0044**



**MR** also my teaser for MetaGP

Jesse Lee

Want to send to Be to review as well?  Can't hurt to get his POV since he was also trying to mediate or help w OS convo

Mason Rothchild

Wanna send him the lawyer statement

**MR** or my personal

Jesse Lee

Personal. Lawyer one doesn't need his POV

Mason Rothchild

**MR** Sure waiting for it to be reviewed by legal rn

OpenSea is just lame

So I'm not too pissed about them tbh

They're just pussies

My PR said don't make a public statement – my lawyers say yes make a public statement.

Garrett thinks there might be potential to lose future partnerships if I take a stance against Hermes.

My homie Micah thinks it'll make me more infamous.

Lol.

Idk what to do

I mean you guys are fully in-this

SACKS_000153

Plaintiffs' Exhibit 308.0045

Do you want to give your say?

Cause this isn't a "little case" anymore

Lawyers think this has full potential to hit the fourth circuit of legislation

Federal Court

 It's the real deal.

I mean if we don't make a statement

Then what happens?

No drop 23rd?

Mason Rothchild

Well no drop is gonna happen regardles

Cause were delisted on the biggesr exchange

Statement is just a PR move

 Cause people don't know why were delisted

Sure but if we had the dex ready, you would drop right

Mason Rothchild

Yes but that would have more legal implications

And we have no leads

 On getting a DEX up

Jesse Lee

We'll if we're writing to OpenSea it's to get

SACKS_000154

Plaintiffs' Exhibit 308.0046

everything back up

Also get discord to maybe write OpenSea ceo

No point in doing both letter to them and exchange

If we're writing a letter then we might as well get 20k people to hit up Os to get metabirkins back up

**JL**

Tue, Dec 21, 4:30 PM

Mason Rothchild

So, I got your cease & desist letter. I am sorry if you were insulted by my art. But as an artist I will not apologize for creating it.

Now, as you are aware, the First Amendment gives me every right to create art based on my interpretations of the world around me. There are countless examples of artists who reference the world and the products and cultural artifacts in it. With that understanding, MetaBirkins is a playful abstraction of an existing fashion-culture landmark. I re-interpreted the form, materiality and name of a known cultural touchpoint. MetaBirkins are also a commentary on fashion's history of animal cruelty, and its current embrace of fur-free initiatives and alternative textiles. My aim is always to create additive art projects that contribute positively to the culture.

When it comes to art, selling my MetaBirkins as NFTs is akin to selling them as physical art prints. It should not be my job to educate you on advancements in the world and the culture of art. Art is art.

There is a moving tide of innovation and evolution, and it is your role as a fashion powerhouse to amplify young creatives and

Shame on you for removing MetaBirkins from your platform before any legal action was taken, and without due process. To have removed us with no warning or consideration for a growing and engaged community is frankly, disheartening.

You were formed as an innovative hub for artists and collectors alike. The growth of your business relies on the support of the art community. You should stand by artists, especially against large corporate entities that choose to undermine our work.

Your actions speak volumes. It is not too late to steer in the right direction.

To say that I have been overwhelmed by your support from day one would be an understatement. Thank you for believing in my work and for choosing to both invest into it and to amplify it.

Where to from here?

We've quickly reached a pivotal moment of transition in the space of art and NFTs. There are two possible choices here.

The first is that I back down in the face of Hermes' threats, and bring MetaBirkins to an end. The second, which I'm inclined to follow, is that I stand my ground.

As a large corporate entity, Hermes vastly eclipses my resources, but they can't be allowed to abuse their power.

So, where to from here? That question is not just for me, or for you, the community of NFT creators and patrons. It's for the platforms and corporations that aim to be power players in new and evolving spaces.

I am open to exploring all options with Hermes. I also want to ensure that when the art community builds and fosters a relationship with a platform, such as Opensea, that platform in turn creates a safe ecosystem where art and artists can thrive.



CONFIDENTIAL

Moshe Sacks

I kinda love all of these

 They're bad ass

Mason remind me of the point of emailing that to OS just cuz they're not going to respond positively to it

& if we're trying to get back on Os we should be playing nice

And if we're not going back on OS and relying on DEX then we shouldn't email at all

Mason Rothchild

 Can we hop on a call

Pretty time sensitive

 Want to hash this out ASAP

Just got to the gym

We can chat later tonight after laker game

Mason Rothchild

 We don't really have that time

I'd be down to call but genuinely won't be fre till then

Alex and i are going to the laker game w fam

Mason Rothchild

alright

uhh

SACKS_000156

Plaintiffs' Exhibit 308.0048

so

MR just a heads up

The emails?

Mason Rothchild

MR all of it

Okay if you think it's the best move then go for it

You have final call

Mason Rothchild

MR ok

Jesse Lee

JL I support whatever you think is right mason

Mason Rothchild

MR lol idk whats right

Doesn't matter

Just COMMIT

To whatever feels right

Mason Rothchild

MR lol

Jesse Lee

JL I'm cool with taking a stance - just be clear and cordial

We bet on you and your guy....

CONFIDENTIAL

SACKS_000157

Plaintiffs' Exhibit 308.0049

Mason Rothchild

 **Alrighty here we go**

**I'll send legal out first**

**then tthink on public**

Tue, Dec 21, 7:20 PM

Mason Rothchild

Dear Hermès, OpenSea and MetaBirkins Community

**Dear Hermès, OpenSea and MetaBirkins Community**
mirror.xyz

Moshe Sacks

 **Wow**

Wed, Dec 22, 7:38 AM

Jesse Lee

**If you guys want to chat through things today, lmk**

You don't own "web3."

The VCs and their LPs do. It will never escape their incentives. It's ultimately a centralized entity with a different label.

Know what you're getting into…

 jack ⚡

CONFIDENTIAL

SACKS_000158

Plaintiffs' Exhibit 308.0050



**Mason Rothchild**

Jack is right

This whole thing is fake centralized

Opensea is a web2 company

**Mason Rothchild**

Lets make a dex

Black market of NFTS

launching with metabirkins

And phunks

Bet

**Mason Rothchild**

I'll start coding

Kbye

**Jesse Lee**

Ha

**Mason Rothchild**

Clement Kwan is reaching outnto Hermes fornme today

To try and get a meeting

Lets get a meeting w Jack

Wed, Dec 22, 9:33 AM

**Mason Rothchild**

Y'all free for a call

CONFIDENTIAL

I have my plan

Ideally if we can all hop on

**MR** Maybe even just do discord?

Jesse Lee

I'm free now

**JL** Lmk

Moshe Sacks



I'm officially banned from web3

jack ⚡
twitter.com

Wed, Dec 22, 12:37 PM

Mason Rothchild

**MR** yo



SACKS_000160

Plaintiffs' Exhibit 308.0052



CONFIDENTIAL

Plaintiffs' Exhibit 308.0053

Lol fml ryder ripps just fucked ne

Me

And the thing is

he's wrong cause theres no copyright in question rn

 lol



CONFIDENTIAL

**Plaintiffs' Exhibit 308.0054**

**MR** Yikes

who is Ryder Ripps

**1 Reply**

Mason Rothchild

he's the fucking one who made

cryptophunks

and got delisted from OS

**MR** and he not defending me

Breh 😭😭😭😭

Mason Rothchild

**MR** lolll

Bruh

Mason Rothchild

**MR** this is terrible

Lmfao

Wtf

He literally ripped too

Mason Rothchild

lolllll

he copies cryptopunks

1 for 1

flipped em to look the other idrection

SACKS_000163

**Plaintiffs' Exhibit 308.0055**

and is fucking me rn

MR lol

who is Ryder Ripps

**1 Reply**

Jesse Lee

JL Kanye works w him

Mason Rothchild

MR fuck ryder

Jesse Lee

Azelia banks too

Meaning f her mom

I meant lol

JL Not mom

Mason Rothchild

The fact that hermes

hasn't responded yet

MR is pretty promising

Jesse Lee

F a16z (jack dorsey voice)

JL Marc is a lame for blocking him lol

Wed, Dec 22, 2:31 PM

Jesse Lee

Jack is back w Raven apparently

CONFIDENTIAL

SACKS_000164

Plaintiffs' Exhibit 308.0056

JL **Get that connect rolling Mason**

Mason Rothchild

MR Yeah I just told Garrett lol

Mason Rothchild

MR They adked me and ericka to gonto hawaii with them in March

1 Reply

Wow

TFTI

Mason Rothchild

Ima switch up

Give up eth

MR And go full btc maxi

MR They adked me and ericka to gonto hawaii with them in March

1 Reply

Jesse Lee

JL Truman pack your bags

Mason Rothchild

Ima miss Pluto today

MR Going to dinna

Sheesh

Mason Rothchild

David Cohen is hounding me to create entity

CONFIDENTIAL

SACKS_000165

Plaintiffs' Exhibit 308.0057



MR  And defend me

Moshe Sacks

 His terms suck ass tho

Sun, Dec 26, 12:44 PM

Mason Rothchild



this fucker

jsut keeps reading

MR  and ignoring lol

Moshe Sacks

 Lol that's ridiculous

Mason Rothchild

like bruh he just needs to relist until hermes sues

MR  im super down to change the name as well

Jesse Lee

JL  Hit up the other co founder David too

Mason Rothchild

MR  do you have his email?

Jesse Lee

No but prob same format

SACKS_000166

Plaintiffs' Exhibit 308.0058

First name . Last name

 Or first name@

Moshe Sacks

**Mason** Happy Christmas fam

 You too Jesse

Mason Rothchild

MR Merry Christmas :)

Jesse Lee

JL Happy holidays y'all 🥂 🙌

Moshe Sacks

I was at staples last night

 Fucking bullshit this Laker squad

Jesse Lee

JL Westbrook 🤸‍♂️🧘‍♂️

Moshe Sacks

 Westbrook getting paid 40m a year to look pretty

Mason Rothchild

Lol i don't even watcu the games anymore

Im jumping ship to the warriors

MR Loll

Moshe Sacks

 I went to warriors nets and Knicks

Tue, Dec 28, 11:30 AM

Mason Rothchild

CONFIDENTIAL

SACKS_000167

Plaintiffs' Exhibit 308.0059



**MetaBirkins Creator Says He Received a Cease & Desist from Hermès, Claims Fair Use**
thefashionlaw.com

Moshe Sacks


Let's go

Jesse Lee

Jan 1 drop?

Moshe Sacks

Surprise szn


2022

Tue, Dec 28, 3:30 PM

Mason Rothchild

Entering negotiations with hermes



Moshe Sacks



That's very interesting

 Def not a bad sign

Jesse Lee

Good that they responded right away at least

Wed, Dec 29, 2:31 PM

Mason Rothchild

Yo Truman



**Create an Auction House | Zora Docs**
docs.zora.co

Zora allows you to use their protocol to develop a DEX exchange.

Fire

Mason Rothchild

do you know any other devs

aside from cc

I introed to all devs that i know

CC LIAM ALAN

Mason Rothchild

CONFIDENTIAL

SACKS_000169

Plaintiffs' Exhibit 308.0061



for blockchain

Wed, Dec 29, 5:55 PM

Moshe Sacks


**Why Web3?**
avc.com

Mason Rothchild
🟦 **6 Photos**



Generative project

those are just the backgrounds

Jesse Lee

OG Fred Wilson

Mason Rothchild

CONFIDENTIAL

SACKS_000170

**Plaintiffs' Exhibit 308.0062**

Ok next drop confirmations

Mason Rothchild

- Lisa from BlackPink
- Thug
- Gunna
- Lil Baby
- Lil Yachty
- Kevin Ma
- Emily Ratajkowski
- Camila Cabello
- Future (again)
- Madison beer (again)

**1 Reply**

Jesse Lee

And let's get some web3/crypto influencer types for narrative support in the press (and twitter) which I can help w.

Mason Rothchild

Can you send list

Jesse Lee

Ben Milstein and Veritas for sure. Plus I'll think of VCs and investors

Mason Rothchild

ok lmk

ima hold 25 for fnf

Jesse Lee

Cool

Mason Rothchild

i have 8-10 slots left

cause Bucka wants one, and a couple friends

**Jesse Lee**

When you say FnF that includes talent above or no

**Mason Rothchild**

Yeah

includes them

**Jesse Lee**

Cool when are you thinking of mint/launch? Still next week?  I'll just send a list at once

• Lisa from BlackPink
• Thug
• Gunna

**1 Reply**

Madison 😍

**Mason Rothchild**

yeah let's say friday, january 7 for tentative date

Thug is fire

**Jesse Lee**

Emrata

Emrata cuffed

**Jesse Lee**

Future is always god

Tuh...

SACKS_000172

Plaintiffs' Exhibit 308.0064

Mason Rothchild

i would kill someone

for emrata

even 9 months pregnant emrata

i don't give a fuck

i would rug all my holders

MR    for emrata

Lmfao

Wow

Ericka know bout dis???

Mason Rothchild

yeah

ericka getting boob job in january

MR    im juiced

Jesse Lee

JL    I've got a couple original Treats mags

Mason Rothchild

MR    i paid half and made her sign contract

Jesse Lee

JL    LOL

Mason Rothchild

MR    if she leaves me she gotta reimburse

Jesse Lee

 

SACKS_000173

Plaintiffs' Exhibit 308.0065

 



**Mason Rothchild**

im dead serious

**Jesse Lee**

Zack Bia cool?

nah he wack

1 Reply

**Mason Rothchild**

yee

**Jesse Lee**

WL I'll make sure he pushes

nah he wack

1 Reply

**Jesse Lee**

Haterrrr

**Moshe Sacks**

Biggest hater

 Bia pulls

**Mason Rothchild**

Bia does pull

**Jesse Lee**

**Plaintiffs' Exhibit 308.0066**