# Exhibit 22 - Part 2



Mason Rothchild

MR  tbh

MR  ima be bigger than zach

Jesse Lee

JL  I just asked him

Mason Rothchild

MR  emrata on my side

Jesse Lee

JL  He's down

CONFIDENTIAL

Mason Rothchild

 yeehaw

Jesse Lee



The one legendary pic of Zack is the sićko one

W Madison crying in the back

Mason Rothchild

hahaha

terrible

Jesse Lee



Thu, Dec 30, 7:25 PM

Mason Rothchild
🔳 5 Photos



CONFIDENTIAL

**Plaintiffs' Exhibit 308.0068**



Moshe Sacks

These are hype

Jesse Lee

Have a name yet?

Mason Rothchild

I Like You, You're Weird (ILYYW)

MR Characters called Weirdos

Jesse Lee

I like it

Mason Rothchild



CONFIDENTIAL



**MR** Im officially part of sunshine dao, gm☀️

**MR** With Ben and shit

Sat, Jan 1, 5:46 PM

Mason Rothchild

Just got delisted on rarible

I need some help lol

**MR** I can't do it all

Sat, Jan 1, 7:12 PM

Jesse Lee

Just happened?  What's the latest POV from lawyers?  I'll think of an alternative strategy for worst case scenario

Mason Rothchild

I just needa get a dex up

Lawyers are sorta stuck cause we're not sued

And rarible/os

**MR** Making it easy for hermes

Moshe Sacks

They're web 2 companies man

SACKS_000178

Plaintiffs' Exhibit 308.0070



Mason Rothchild

Cause if theres no place the sell, they win without even having to sue me

Jesse Lee

How quickly do you think ILYYW can be ready? I think it might be best to have a plan to do final drop or wrap up metabirkins on a positive note w everyone involved. Then introduce / announce the new project simultaneously

Mason Rothchild

Yeah thats what i was thinking

I'll be ready with ilyyw by end of jan

Sun, Jan 2, 10:09 AM

Jesse Lee

Spoke to another lawyer this morning that might be worth talking to. Introduced via Josh Payne – super smart plus used to represent Ryder ripps on stuff



Moshe Sacks

Interesting

Mason Rothchild

Ryder a bitch for not backing me

Lol

Jesse Lee



U guys friends?

Mason Rothchild

Not at all

SACKS_000179

Plaintiffs' Exhibit 308.0071

**MR** He went on twitter and said metabirkins was copyright infringement and defended hermes lol

Jesse Lee

Peter S -



**JL** Scoolidge, Peters, Russotti & Fox, LLP
sprfllp.com

Mason Rothchild

**MR** Bold ass logo

Mon, Jan 3, 11:26 AM

Mason Rothchild

**MR** Hermes call tomorrow

Jesse Lee

They asked for it?

**JL** Lawyers or someone at the company

Mason Rothchild

Lawyers

CONFIDENTIAL

SACKS_000180

Plaintiffs' Exhibit 308.0072

But this is good

Cause my lawyers were like

They woulda just sued your ass

But they probably want to talk cause they know they'll lose

That or they'll rethreaten a suit

Mason Rothchild
They'll probably try to bully at first

If you launch it

Yea

Mason Rothchild
But the thing is

Why not just file a suit

Y'all def got the money

Couple grand to file it

Yea they probably think theyre going to lose

Mason Rothchild
Really hard

To win a first amendment art case

Lol

Jesse Lee
So lawyer to lawyer call. You're not on it right

Mason Rothchild

SACKS_000181

Plaintiffs' Exhibit 308.0073

Nope

Not this one

But im suppose to speak with hermes jan 6th

With sothebys

 Thats hermes usa tho, not hermes internationap

Mon, Jan 3, 12:57 PM

Mason Rothchild

 rip ryder



CONFIDENTIAL



MR **lol**

MR **bouta lose his kanye juice**

Jesse Lee

JL **Both are crazy tbh. I personally wouldn't work w either lol**

Mason Rothchild

**hahaha 100%**

**but ryder tryna explot people**

**for monetary rain**

**gain**

**is just a bad look**

MR **cause that's what he's sorta doing rn**

Jesse Lee

JL **I think he's def a clout chaser for sure - but re BAYC, let's see what's what**

Mason Rothchild

MR **yeah**

**terminal 27 x mowalola nfts**



SACKS_000183

**Plaintiffs' Exhibit 308.0075**





MR

**Jesse Lee**

JL

For sure?  Let's have an IRL moment w her too like we were going to before

**Mason Rothchild**

yeah this is for sure

haha we wouldn't have made them

MR

if she didn't give us approval

Mon, Jan 3, 6:40 PM

**Moshe Sacks**



CONFIDENTIAL



 OS is ridiculous for leaving these up. Its actually a joke

Mason Rothchild

Lol yeah

Im screamin fuck os

Til the day i die

 Ima make BrokenSea merch

Tue, Jan 4, 9:48 AM

yo mason

Mason Rothchild

 yooo

Can we setup group call today this afternoon

just to discuss current status + future of projects etc

I know jesse and Alex are free later today

Mason Rothchild

yeah have call at hermes at 1pm

 with*

Ok dope

Hows 215pm PT?

Mason Rothchild

that works

hopefully i have positive news

 lol

yea lol

Mason Rothchild



Jesse Lee

SACKS_000186

Plaintiffs' Exhibit 308.0078

**JL** 2:30 pst if possible. I just landed in Miami and will be in a board meeting most of the afternoon. Can make time later though

Moshe Sacks



Sources: NFT marketplace OpenSea is in talks to raise at a $13B valuation in a round led by Coatue, with Kathryn Haun's new crypto fund participating (@ericnewcomer / Newcomer)

https://t.co/g2QUi9D5y0
https://t.co/bMaTKzBbvc

 **Techmeme**
twitter.com

Mason Rothchild

should i raise

lol

**MR** let's buy opensea

CONFIDENTIAL

Plaintiffs' Exhibit 308.0079

Mason Rothchild

Can you guys hop on call now

 i have another call at 3:00pm

Can't

Till 230ish

Mason Rothchild

 ready?

 ?

@alex / jesse?

I'm free

Jesse Lee

Sorry I just got done w my board meeting then dinner shortly (in Miami)

JL  How did the Hermes call go

Mason Rothchild



Wed, Jan 5, 8:46 AM

Mason Rothchild

OpenSea is wild

If something was listed on their website

CONFIDENTIAL

SACKS_000188

Plaintiffs' Exhibit 308.0080

And delisted

They won't let me holders delist

So now they can't list anywhere else

 **MR** Lol seems personal

Everyone who had a bag listed during the delist has their bag frozen essentially



**MR**

Moshe Sacks

That's a fucking joke

Wow

So they're holding the project hostage, holding ur money, allowing fakes of ur project to be sold...

Mason Rothchild

**MR** Correct

FYI that's standard for all OpenSea items

Mason Rothchild

**MR** But they won't delist them

But maybe cuz the page is gone they can't delist?

SACKS_000189

**Plaintiffs' Exhibit 308.0081**

Hayes

Ah yea

Mason Rothchild

Yeah

But then, delist them lol

If they can "freeze" apes

MR They can delist my 22 listed bagd

Jesse Lee

Btw FWB was built by me

Mason lol

JL Well not me personally but my guys who designed dFm and WestwoodWestwood

Mason Rothchild

MR Oh shit

Jesse Lee

They work on my projects

JL John and Josh

Mason Rothchild

MR Not cooopahtrooppah?

Jesse Lee

Lol no

That's  Truman's BFF

JL  

SACKS_000190

Plaintiffs' Exhibit 308.0082

Lmfaooo

Wed, Jan 5, 11:27 AM

Mason Rothchild

 alright

 update: requested to speak to CMO and/or creative director at Hermes before continuing negotiations.

 legal sending email in 30min

that way

if they say no, we know they don't wanna negotiate a deal

if they say yes, than it sorta proves they don't have shit and are willing to negotiate

if they say no, we proceed and get sued

cause it's honestly a 50/50 chance they win

 i'll take those odds cause even if i lose, i really don't lose shit but lawyer fees

Moshe Sacks

I think they def say no lol

Bc they don't wanna waste that person's time

CMO of Hermes got a lot of shit on his or her plate

Mason Rothchild

CONFIDENTIAL

SACKS_000191

Plaintiffs' Exhibit 308.0083

metaverse is big

 you never know

Wed, Jan 5, 4:10 PM

we have @opensea fucking over small artists in broad daylight

this is so incredibly sad to see

decentralization my ass https://t.co/u2aADyfcGa

 **DeeZe**
twitter.com

Jesse Lee

Dead Sea

Someone make a meme

Not OpenSea

Mason Rothchild

ClosedSea

Jesse Lee

ClosedPond

Mason Rothchild

StupidBitches

Wed, Jan 5, 6:41 PM

Mason Rothchild



CONFIDENTIAL

SACKS_000192

**Plaintiffs' Exhibit 308.0084**

**MR**

Join the I Like You, You're Weird Discord Server!
discord.gg

Thu, Jan 6, 7:21 AM

Jesse Lee

**JL** Just spoke to my guys who did FWB – they're super busy w projects but interested for sure. Mason I'll put us on a separate thread and schedule a quick intro call

Mason Rothchild

**MR** Thank you!

Moshe Sacks

Mase you still on track to get us the contact by tomorrow?

Mason Rothchild

**MR** Yessir

Moshe Sacks

 Love it. Ty

Fri, Jan 7, 12:32 PM

**Mason** might have a dev or two to intro for DEX

Contract ready today?

SACKS_000193

Plaintiffs' Exhibit 308.0085

Mason Rothchild

 yessir bouta finish that rn

@alex

 What was the cap on earnings we agreed on again?

looked back

i said 2/3x investment

 but didn't get a fianl answer

@alex respond when free

Moshe Sacks

 I thought after 3x we'd renegotiate

Mason Rothchild

exactly

 that cool?

Moshe Sacks

Yeah

That's not a cap tho

Mason Rothchild

lit ok almost done with ut

yeah just negotiation

but like if i have 100 projects in a year

all collecting royalties

ideally like to have a point where i have a

SACKS_000194

Plaintiffs' Exhibit 308.0086

 MR: to reneg. terms

But there should be some framework for what the max /min should be for that renegotiation

Mason Rothchild

hmm

haha i might have to get a lawyer to look this over with the different stipulations now

it's a little beyond my pay grade now for like professionalism

 MR: Cause that's SUPEr open ended of me

Yea we have a lawyer we can use

To talk w you're

Mason Rothchild

royalties on future projects forever

 MR: would be a bad deal to sign

Yea i mean as of right now

We're super down on our investment

Cuz of the whole MB incident

Mason Rothchild

i feel

 MR: but im also handling out of my pocket

So we're just trying to come up with something fair that will help recoup our

CONFIDENTIAL

SACKS_000195

Plaintiffs' Exhibit 308.0087

something "all that will help recoup our
money as well as give us future upside

**Mason Rothchild**

 yeah that's why its 3x return on investment

Right but the point of VC is:

Invest super early with high risk

To bet for 100x return

Cuz if we just want a 3x we can play
something safe like stocks or whatever

You know

**Mason Rothchild**

yeah

 what's ideal term

**Moshe Sacks**

 I'm fine if you want to try and change the
terms of what we agreed on as long as if we
don't like em, we can just end the deal and
you pay us out the 120 in full and we're clean

**Mason Rothchild**

im not changing the terms though

lol

you agreed to the renegotiate at 3x
investment recouped

im just saying that we should have a lawyer
draft it up

 cause it's a little complicated of a contract
now

CONFIDENTIAL

Plaintiffs' Exhibit 308.0088

Mason Rothchild



2 Replies

MR cause this is a little messy rn

Right

The main point for why we invested was that we thought we were getting % of all future mason Rothschild projects

And that's why we were so excited

Mason Rothchild

MR but that's still true

It just becomes way less interesting once you try to limit that upside for us

Mason Rothchild

i was just asking

what the "But there should be some framework for what the max /min should be for that renegotiation"

i just dunno how to write that

SACKS_000197

Plaintiffs' Exhibit 308.0089

 MR cause im not a lawyer

Imo there shouldn't be a renegotiation period

Mason Rothchild

MR so i was asking what you suggest i put

Like i guess that's what I'm referring. To

Mason Rothchild

MR so it's just 1/3rd of everything i do forever

1 Reply

MR [redacted]

2 Replies

Moshe Sacks

This isn't right btw. It's too high of a cut for us. After MB were supposed to get 1/7th of mint+royalty

MR so it's just 1/3rd of everything i do forever

1 Reply

Any NFT project yea

That's what we intiially agreed on

And again why we were so pumped

Mason Rothchild

MR ok

Moshe Sacks

Moshe Sacks


I'd also be fine building in the first renegotion


After 3x our cut goes down by 30%

Mason Rothchild

wait i thought this was purely royalties deal


1/7 of mint + royalty?

cause the deal sent by you says


1%


right?

im a little confused about the 1/7th

that means for ILYYW, sacks capital would get approx 500k

550k*


that's 14% of everything essentially

Moshe Sacks

Well you have a partner there right


So we wouldn't get a share of ur partners cut

Mason Rothchild

yeah

but i think i asked this question before

how did 1% become 1/7th


i don't get the math there

SACKS_000199

Plaintiffs' Exhibit 308.0091

To my understanding it was 2.5% of the MetaBirkins project royalties forever + 1% of royalties of future projects on projects where I'm the lead artist aka like 50% of ownership or more of the project

Mason Rothchild



1 Reply

this one

I'll defer to alex on this since he did initial negotiations

Mason Rothchild

fasho

like i said

willing to work it out but i think a little was lost in translation



1 Reply

Moshe Sacks



So this says 2.5% of opensea sales on metabirkins and then 1% of gross sales on future projects which is royalties+mint

CONFIDENTIAL

SACKS_000200

Plaintiffs' Exhibit 308.0092

Moshe Sacks

These are the exact screenshots of the agreement





Mason Rothchild

Yeah 1%

But where is the 1/7th?



**2 Replies**

Moshe Sacks

Ahhh ur talking about this

**SACKS_000201**

**Plaintiffs' Exhibit 308.0093**

Moshe Sacks

It's not 1/7th of mint



Just 1% of gross sales for mint and 1% of gross sales for aftermarket

Mason Rothchild



but where did the 1/7th come from

Moshe Sacks

Well 1% of aftermarket gross sales

That is coming from whatever ur cut of royalties are



Bc royalties are a pct of gross sales

Mason Rothchild

wait can you call



im still not understanding the 1/7th

Moshe Sacks

It's pretty straight fwd



100 dollars in sales. 7% royalty. We get 1% of the 100 or 1/7th of the total royalty pie

Mason Rothchild

but that's not what the royalty is from project to project

thats why i put variable

so it's sorta an irrelevant number

royalties

can range from 0-100



%

CONFIDENTIAL

SACKS_000202

Plaintiffs' Exhibit 308.0094

Moshe Sacks

Sure

But we originally agreed on 1% of gross sales

Then you asked if it can scale if royalties are lower than 7% and we said yes

Keep in mind we also let you add the renegotiate clause after the deal was consummated

Mason Rothchild

the deal is a little confusing though, we did it rather quick



Moshe Sacks

And what I said was that we can scale at that same ratio of 1/7. So we're still getting 14% of the royalty pie even if the Rotty is lower

Mason Rothchild

cause this i didn't state mint as well

i was under the assumption that this was a pure royalty deal

Moshe Sacks

CONFIDENTIAL

SACKS_000203

Plaintiffs' Exhibit 308.0095



This was literally the scroll above if you read ur texts


Pretty clear I said mint

Mason Rothchild

errr

ok im going to have to figure this out cause event when I sent this past revision

it never said mint

and you guys said the only change was to add the sliding scale of royalties


never told me to add verbage on the mint

imo the contract was always a WIP and was just trying to officially mold to the OG deal

CONFIDENTIAL

done or iMessage

Moshe Sacks



But the contract I sent you had 1% of gross sales vs. 2.5% of opensea sales which clearly means I thought it was mint

I never had a proper look the contract and we always were going to review that piece w a lawyer

We're not trying to pull any funny business, this is just genuinely what we thought we agreed to

Hence Alex's screenshots above ^

Mason Rothchild

yeah but then



like i sent a revised version of that contract

Moshe Sacks



But look I don't want you to feel like we are cheating you or anything. If we had a misunderstanding and you think we have too good of a deal you can buy us out at cost

Mason Rothchild



and the only change that was said to be made

1 Reply

was to add a chart



of the royalty scale



and the only change that was said to be made

CONFIDENTIAL

1 Reply

Moshe Sacks

 It's obviously a work in progress if we are still negotiating a renegotion clause and shit

Mason Rothchild

 so I would send back 120k - royalties paid already?

1 Reply

Moshe Sacks

 We just had different understandings of the deal

Mason Rothchild

yeah i purely thought it was just royalties

from to ss above

we were also having some random convos in between

so i couldda misunderstood

 which is why i clarified with the revised contract

cause the 1% of gross sales on everything i do mint + royalties

 i wasn't aware of

Gotcha

Mason Rothchild



CONFIDENTIAL

SACKS_000206

Plaintiffs' Exhibit 308.0098

like this is what the statement said, and the only change i was told to make was to add a chart below

**MR** for royalties

I hadn't looked at the contracts yet / was waiting for official draft to review with lawyer just FYI

Mason Rothchild

i feel it

**MR** just going off alex

Yea

**MR** so I would send back 120k – royalties paid already?

**1 Reply**

Yes

Mason Rothchild

lmk how to proceed

damn lol

**MR** L of a deal

If you're no longer comfortable than we can go that route

Mason Rothchild

**MR** eth is down bad

Yea i mean look

SACKS_000207

Plaintiffs' Exhibit 308.0099

Mason Rothchild

ok

 lemme do the math

Ok

Mason Rothchild

im just not comfortable

with the 1% of mint

cause i didn't even know that was part of it til now

 everything else i was cool with negotiating

gotcha

Yea I mean to us, that was a core part of our understanding of the deal

But again

No hard feelings either way

Just a miscommunication that we can move on from

Mason Rothchild

Alright

 I'll figure this out while i get a haircut

If we had a cap stipulatuon

Thid deal could work

But forever is a long time

 You have to be able to agree with that

SACKS_000208

**Plaintiffs' Exhibit 308.0100**



That sounds like a disaster waiting to happen in a few months time if everything goes to plan

I was simply asking for a cap/renegotiation period

At 3x recoupment

Which i think is fair

Right but mason that sort of goes against the whole premise of a VC deal

A16Z invests 1m into a random startup because they plan to recoup billions of dollars from that' 1 investment for 20+ years

Or until they sell

You know what i mean

Mason Rothchild

But im not even an entity

Hahaha

I can't be sold

Im a person



Hahahaha

Lmao

You know what i mean

Mason Rothchild

What if the clause is written as like royalty

Not cap

Just a set number

But like I do need more help from that side

MR Resource wise

MR Think there is still a deal to be made

Moshe Sacks

Sorry was just getting a manicure lol

Mason Rothchild

MR Hahaha



SACKS_000210

Plaintiffs' Exhibit 308.0102



Two in the same

Getting my hair done

 Hahahahahhaha

Moshe Sacks

Very game to work something out but I'll let you think and come back with an offer

Mason Rothchild

Ok

 I will say

Sun, Jan 9, 8:52 AM

Jesse Lee



CONFIDENTIAL



JL 

JL twitter.com 🧭

Sun, Jan 9, 10:48 AM

Mason Rothchild

MR Damn j missed that call

MR Y'all want to chat soon? I couldn't really come up with better terms.

Moshe Sacks

Better terms than what?

Like we signed an agreement thinking we bought x and you thought we bought y

 So not sure what the current agreement even is

Jesse Lee

Why not then just return the money and everyone just start fresh?  Do a diff deal altogether w correct terms or better understanding

JL Seems like the current one is still TBD

Mason Rothchild

Yeah thats the thing I'm not sure what the current agreement is.

I can do that. But I do think there is a deal

SACKS_000212

Plaintiffs' Exhibit 308.0104

 here, I just think it needs to be less complicated.

Moshe Sacks

Yeah very happy/excited to work together but I paid 120k for what I thought was x and you're telling me I bought y. I frankly wouldn't have made the deal if I knew I was buying y. So either we can start over or we can restructure the deal and agree on a different price for what you'd be open to give us.

 These misunderstandings happen

Mason Rothchild

I just think both of the agreements we sent were super different

 Cause i never thought mint was part of it.

Moshe Sacks

I wired the money based on the text agreement which was pretty clear on including the mint

 Frankly think the contract drafts are irrelevant given they weren't signed

Mason Rothchild

I feel it.

What I'd be willing to do is the same agreement but with some sort of cap/renegotiation period.

It's also like unclear cause in the text agreement is says it doesn't include "partnership deals"

SACKS_000213

Plaintiffs' Exhibit 308.0105

Where like ILYYW is a "partnership" deal

So it gets a little confusing there

 I just don't want any confusion down the line.

Moshe Sacks

Yeah that's why I asked you to come back with a new offer

Because this is a new deal to me

 MB is obviously very different today then it was

Mason Rothchild

 Deal is pretty much all the same.

1 Reply

 Definitely, so is ETH haha.

Moshe Sacks

 We paid you in dollars tho

Mason Rothchild

 But that's the thing, I'm willing to include all the things.

Moshe Sacks

So not sure why eth matters

We never had a cap when we negotiated

So I don't know what the "same deal is"

Bc I don't even know what our current deal is lol

Mason Rothchild

I mean the original deal is all very messy tbh.

 That's what I'm trying to sort of just for clarification.

Moshe Sacks

 I have no idea what you think our current deal is...

Mason Rothchild

 The one your referencing.

Moshe Sacks

2.5% of MB mint and 1% of all sales and after sales on projects you are the lead artist is the deal I thought I signed

 Sorry 2.5% of MB after sales**

Mason Rothchild

Correct, and my understanding was the deal was 2.5% of MB royalties + 1% of royalties of projects that I'm the lead artist.

 all sales is very convoluted cause we have airdrops, merch, and artist deals for ILYYW.

Moshe Sacks

Ok so we don't have any deal in place right?

 Bc we can't even agree what deal we have lol

Mason Rothchild

I'm just trying to get clarity.

 Cause it's all a little untidy.

Moshe Sacks

SACKS_000215

Plaintiffs' Exhibit 308.0107



Well we can agree that you thought you agreed on something different right

Mason Rothchild

Correct. And agree that the terms are a little untidy.



Like ILYYW are you expecting a share of that project for example./



Deal is pretty much all the same.

**1 Reply**

Moshe Sacks



So how are you rationalizing this statement with the fact that we don't even agree on the deal we have in place?

Mason Rothchild

Because I'm willing to keep all your terms the same, but with a cap/renegotiation.

Moshe Sacks



But that's a different deal right?

Mason Rothchild

Like remember when you said you'd be cool with 2/3x recoupment then renegotiation

i mean but we never signed a deal like you said

we were waiting to come to terms



then get it vetted by a lawyer

Moshe Sacks



CONFIDENTIAL

SACKS_000216

**Plaintiffs' Exhibit 308.0108**

I thought we were just papering the terms we had in the chat not changing the terms

Obviously wouldn't have wired money without an understanding of what I was buying lol



Mason Rothchild

We had a deal, I'm just saying I think we were both confused on the terms.

Like I said, we don't even know what is full consideration of the projects where I'm the lead artist



Moshe Sacks

That's a technicality for the lawyers



Mason Rothchild

 yeah

Moshe Sacks

But I thought I was getting 1% of the mint

I didn't think there was a cap when I wired the money



Mason Rothchild

that's the thing I didn't know that mint was part of it

mint of ILYYW alone would pay investment out already



Moshe Sacks

So again

If I thought I was buying x and you didn't think you were selling x. We really don't have a current deal



SACKS_000217

Plaintiffs' Exhibit 308.0109


a current deal

Mason Rothchild


Yes, that's why I'm trying to find clarity to find a deal.

Moshe Sacks


And instead of trying to hold you to something you don't want to do. I'm happy to let you return the money and we can negotiate from scratch

**1 Reply**

Mason Rothchild

But if you don't think that's possible I understand.

Ok.

Going to sell an ape and resend back.

Since eth dropped significantly since

Moshe Sacks

Sure but I didn't pay you based off the price of eth

I took 120k and put it into eth


And sent it to you

Mason Rothchild

yep

that's why i'm sending the full amount

Moshe Sacks


And when eth kept dropping I had to keep buying more

SACKS_000218

Plaintiffs' Exhibit 308.0110

 Mason Rothchild

didn't deny that

Moshe Sacks

 Yeah but you keep bringing up that eth dropped. Not sure why that matters

Mason Rothchild

I was explaining why I need to sell something.

To send you the full amount.

 Pretty simple.

Which ape are you gonna sell

Mason Rothchild



Moshe Sacks

Ahh got it. Sorry I'm not trying to be a hardass here. Just thought you were saying that eth being lower is a tenant of the negotiation

 My b

Mason Rothchild

aka I don't have the full amount in eth in my metamask, so I will sell something to recoup the amount to resend

 And instead of trying to hold you to something you don't want to do. I'm happy to let you return the money and we can negotiate from scratch

1 Reply

SACKS_000219

Plaintiffs' Exhibit 308.0111

1 Reply

> Yea i think this makes sense. To your point i think it was just rushed and a little too quick so happy to click the reset button

Mason Rothchild

I will say

Just for reference.

 Or just for the record*

Mason Rothchild

 That if we keep the same terms with a cap/ renegotiation period

1 Reply

It would be better on that end, cause at this rate the investment for a similar deal like if it were to include things like ILYYW

would be be big change

If you wanted to take that into consideration

Like I'm not asking to change anything but add a cap

Even if you guys wanted to have that be like 3-5x recoupment

Cause you seemed cool with that at first

You get me?

Like all I'm asking is that I'm not stuck in a 360 deal forever

 I think that's fair cause it's a promise of a good return on your end

SACKS_000220

Plaintiffs' Exhibit 308.0112


MR
That if we keep the same terms with a cap/renegotiation period

**1 Reply**

Moshe Sacks


I'm just unclear what the starting point for this is bc we don't agree on what the terms were

Mason Rothchild

Wait, I sorta' just remembered.

The final agreed terms were

2.5% of MetaBirkins post-mint royalties 1/3 of royalties of other projects

because our conversation was 1% of all things is confusing

cause 1% of mint is a different verbiage than 1% of royalties

and we both felt that the language was confusing

it was too generage

general*

cause let's say

1% of 100% for mint
does that mean 1% of 5% for royalties?

or does that mean 1% of my 2.5% meaning if my 2.5% of royalties in february 2022 is 100k you get 1k?

SACKS_000221

Plaintiffs' Exhibit 308.0113

get me?

 MR that language is super confusing

Moshe Sacks

I'm very sympathetic to the fact that you were under the impression you agreed to something different

But the only thing I can find that we agreed on is in our text conversation which specified that the 1% included mint



Mason Rothchild

 MR Ok understood

Moshe Sacks

I'm very very down to immediately do another deal btw



Mason Rothchild

 MR but do you get the confusion

Moshe Sacks

But think the starting point should be from zero



Mason Rothchild

in thr 1% of royalties versus mint

MR like let's say we proceeded



does 1% of royalties mean

if royalty is 10% and worth 100k you get 10k for your 1%
verus if royalty is 100k and you get 1% you get 1k

SACKS_000222

Plaintiffs' Exhibit 308.0114

 you get how that could be a big point of confusion

Moshe Sacks

The 1% is just 1% of gross sales

 And then you asked if it could be a sliding scale of the royalty is less than 7% and I said sure. We can keep the same ratio

Mason Rothchild

 so if we sell 3,000,000 mint + 1,000,000 after market Sacks Capital gets $40,000

Moshe Sacks

Correct

 Sorry not correct

Mason Rothchild

 ?

Moshe Sacks

 If the royalty is 10% we'd get more than 1% bc the ratio holds at 1/7th

Mason Rothchild

see thats where i never understood that

i remember saying "im not understanding the math here"

 and truman agreeing

Moshe Sacks

 Well you asked for that clause

Mason Rothchild

 see how this is confusing

CONFIDENTIAL

SACKS_000223

Plaintiffs' Exhibit 308.0115



Moshe Sacks

I'm fine with the math you laid out



That was what I originally agreed to

Mason Rothchild



yeah but you see how theres multiple deals haha

Moshe Sacks

And then you asked for it to be a sliding scale



No that was me bending over to you to be nice to be clear lol

Mason Rothchild



im still super confused hahaha

Moshe Sacks



So that you didn't get too hurt if the royalty was 5%

Mason Rothchild

but then thats different from gross sales



and now you can see how I only really thought this was a royalty deal

Moshe Sacks

Look I agree that you thought you agreed to something else and I'm sympathetic to it and not trying to enforce something you don't want

Which is why I keep saying

Let's cancel our deal

CONFIDENTIAL

 You pay us out

Mason Rothchild

 ok

Moshe Sacks

 And we do a new agreement from scratch

Mason Rothchild

i know

but what i am saying sorta

this rate is really good for you guys

hahaha given the circumstances of what im doing now

literally that's what im saying

like if we were to renegotiate similar terms

it would be at a much higher investment

 you got in at the ground level, which i appreciate greatly

Moshe Sacks

And I'm not trying to be a dick and hold you to something you didn't intend to agree to either to be clear

 And still want to work together

Mason Rothchild

 and that's why im trying to revise our current deal

Moshe Sacks

But never want to work on terms that you're

 CONFIDENTIAL

SACKS_000225

Plaintiffs' Exhibit 308.0117



not happy with ect

Mason Rothchild

of course



but that's why were working them out

Moshe Sacks

Right and I'm just saying I think it's easier to start from zero than try and rework "current terms" which I frankly am unclear on at this point too



I think we're on the same page here

Mason Rothchild

ok



so you want to resend funds as a formality

Moshe Sacks



And I still very much want to have an agreement in place

Mason Rothchild



and then renegotiate

Moshe Sacks



Just rather you send us a contract from scratch and negotiate of that then what I thought I agreed to vs you ect

Mason Rothchild

im jsut saying if we were to renegotiate it'd be like a lot more than 120k given the new projects in line

Moshe Sacks

I personally would rather that though bc

CONFIDENTIAL

SACKS_000226

Plaintiffs' Exhibit 308.0118

then we have a very clear set of terms


But Jesse and Truman might feel different

Mason Rothchild

ok

do you want to chat with them first

or

do i sell this ape

MR hahaha

Jesse Lee

As someone newer to this convo and just how I prefer to do deals, I think we should start fresh. I wasn't involved in the beginning so seems most logical to just redo from scratch

Mason Rothchild

MR fair

Jesse Lee

That seems fair to everyone too

And I'll work w everyone regardless

JL So complete redo seems best

Mason Rothchild

MR gotcha

Sun, Jan 9, 6:06 PM

Mason Rothchild

MR ok i can send now

Moshe Sacks

SACKS_000227

Plaintiffs' Exhibit 308.0119

 Jesse wanna send ur address

Mason Rothchild



Moshe Sacks

Actually it'll be easier to send to one and let us deal in the background

Mason Rothchild

107,601.48

is owed

does that include the gifted metabirkin?

and then remainder in gnosis i'll just have you guys send to me

or confirm to send

also just to confirm, we have no guarantee of a deal once this is complete right?

cause I do have other offers on the table

i just don't want to look like an asshole after if we don't reach a deal

Moshe Sacks

Yup. Once we unwind this id like to reach something that works

CONFIDENTIAL

SACKS_000228

Plaintiffs' Exhibit 308.0120

 But if we can't until that then he's with this

Mason Rothchild

ok

 let me know what wallet to send to

Moshe Sacks

Here is the address to send to

 0xA93E955377F0c6DA4127aB12747d5324
9b985FDb

Mason Rothchild

for sure right

 says new address deteced

Moshe Sacks

0xA93E955377F0c6DA4127aB12747d5324
9b985FDb

 This is the sacks cap wallet for the royalties

Mason Rothchild

ok




CONFIDENTIAL



sent

**MR** making request on gnosis now

Moshe Sacks
Ready when I get it

Mason Rothchild
**MR** says confirmed

**MR** received?

Moshe Sacks
Received

Wanna do gnosis now?

Mason Rothchild
**MR** Yeah i requested just need to approve

Moshe Sacks
Approved

Mason Rothchild
**MR** Thank you

Mon, Jan 10, 11:44 AM

SACKS_000230

Plaintiffs' Exhibit 308.0122

Mason Rothchild

hermes

 wants to hit the settlement



Mason Rothchild



 YEEHAW

What does it mean

Mason Rothchild

Not sure

 Have to negotiate behind the scenes now

Interesting

Wonder what they'll say

Moshe Sacks

Wow

 That's epic bro

Jesse Lee

 🤙 🤙

Mason Rothchild



CONFIDENTIAL

SACKS_000231

Plaintiffs' Exhibit 308.0123