# Exhibit 22 - Part 3

**Jesse Lee**
What are the terms though

Mon, Jan 10, 1:13 PM

**Mason Rothchild**
i guess we'll see

they def want a name change

but i won't give into that

Mon, Jan 10, 8:10 PM

**Mason Rothchild**



CONFIDENTIAL

SACKS_000232

**Plaintiffs' Exhibit 308.0124**



Jesse Lee

 

Wed, Jan 12, 10:05 AM

Mason Rothchild

 So update

Just for full transparency I do think I might sign with Austin/David's venture

They are about to manage doodles entirely

Did you guys want to pass on any partnerships

Moshe Sacks

Wow

I still want to be your partner

 I've worked with David in the past. Think we can do a lot together

Mason Rothchild

Agreed. I'm going to touch base with them after I form an entity.

Going to make a holdings company.

 That then has all projects under it.

Moshe Sacks

Very smart



Definitely the best way to do it

Sun, Jan 16, 12:32 PM

Mason Rothchild

lol hermes filed lawsuit



**Hermès Names MetaBirkins NFT Creator in Trademark Infringement, Dilution Lawsuit**
thefashionlaw.com

in the middle of settlement?

scummy.

very scummy move.

also didn't send us the lawsuit, but leaked it to press first. lol.

Jesse Lee

Did ur counsel confirm?

They can't file on a Sunday - Assuming they did it friday If real

Mason Rothchild

**CONFIDENTIAL**

**SACKS_000234**

**Plaintiffs' Exhibit 308.0126**

 yeah

Sun, Jan 16, 6:43 PM

Mason Rothchild

> So, Hermes filed a trademark lawsuit against me on Friday—although they didn't send me or my lawyers a copy. My lawyers and I have reviewed Hermes' complaint. Hermes' claims are groundless and we look forward to defeating those claims in court and helping to set a precedent.
>
> I am not creating or selling fake Birkin bags. I've made art works that depict imaginary, fur-covered Birkin bags. You can see an example below.
>
> My lawyers at Lex Lumina PLLC put it well when they said that the First Amendment gives me the right to make and sell art that depicts Birkin bags, just as it gave Andy Warhol the right to make and sell art depicting Campbell's soup cans.
>
> I have the right also to use the term "MetaBirkins" to describe truthfully what that art depicts, and to comment artistically on those bags and on the Birkin brand.
>
> The fact that I sell the art using NFTs doesn't change the fact that it's art. It's quite clear from reading Hermes' complaint that they don't understand what an NFT is, or what NFTs do.
>
> We have tried to be reasonable. Hermes first

CONFIDENTIAL

SACKS_000235

Plaintiffs' Exhibit 308.0127

> sent me a letter threatening a lawsuit if I didn't knuckle under and stop doing MetaBirkins altogether. We wrote to them and explained that we were doing nothing we didn't have a right to do. We told them that we believed that the dispute could be resolved through an informal conversation between me and an Hermes representative. Hermes chose instead to break off negotiations and sue me.
>
> I hope Hermes understands that I won't be intimidated.



> This was purely an intimidation tactic

> They think I'm afraid of lawyer fees



> Ima degen this shit

**Moshe Sacks**

> Yeah



> This was pretty dumb way to go about it

**Mon, Jan 17, 9:33 AM**

**Mason Rothchild**



> yeah hermes legal team

> confirmed dumb as fuck

> just emailed us saying

> "here's the lawsuit, but… were still willing to negotiate"



> lol

CONFIDENTIAL

SACKS_000236

**Plaintiffs' Exhibit 308.0128**

AKA we don't have shit, we're tryna scare you

like bruh worst poker face ever

like if you're gonna try to scare me, scare me forreal

Jesse Lee



Thu, Jan 20, 6:52 PM

Mason Rothchild

Yo yo

So Hermes getting nasty

So i have a plan for next drop

Call the next collection Irreparable Damage – which is what Hermes claimed I did to their business in the lawsuit. In the collection I'll make it a bigger point that the collection was meant to speak to being cruelty free since they're simulated bags and reference Hermes cruel past where they were caught abusing crocs, ostriches and lambs.

Then drop gems lime this



CONFIDENTIAL

SACKS_000237

Plaintiffs' Exhibit 308.0129



Jesse Lee

How many of these?

CONFIDENTIAL

SACKS_000238

**Plaintiffs' Exhibit 308.0130**

**Mason Rothchild**

A frw

 Few

Gonna do albino croc

Ostrich

Lamp

 Lamb*

*Thu, Jan 20, 8:48 PM*

Moshe Sacks

Wow

 Very hype

*Fri, Jan 21, 9:13 PM*

Jesse Lee



**Hermès suing artist over Birkin bag NFTs**
Page Six
 News

 Page six. You "really made it" Drake/Souljaboy voice

CONFIDENTIAL

SACKS_000239

Plaintiffs' Exhibit 308.0131

Sun, Jan 23, 9:58 PM

Mason Rothchild



Click to Download

Mon, Jan 24, 4:54 AM

Moshe Sacks



Art is so dope

Tue, Jan 25, 8:55 PM



CONFIDENTIAL

SACKS_000240

**Plaintiffs' Exhibit 308.0132**

Lmao

**Jesse Lee**

Who's got metavirgins tho

 

**Mason Rothchild**

Ayyyy

Fri, Jun 3, 4:38 PM
Mason Rothchild left the conversation.

Tue, Jun 7, 3:03 PM
Mason Rothchild left the conversation.

CONFIDENTIAL

SACKS_000241

**Plaintiffs' Exhibit 308.0133**