# Exhibit 27

**PageVault**

| | |
|---|---|
| Document title: | Hermès Goes Virtual With Launch Of Birkin Bags As NFTs |
| Capture URL: | https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/ |
| Page loaded at (UTC): | Mon, 01 Aug 2022 14:02:39 GMT |
| Capture timestamp (UTC): | Mon, 01 Aug 2022 14:03:26 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | ec9bcb04-c073-489d-b8ae-2e974e847480 |
| User: | baker-nsamad |

PDF REFERENCE #:     kPg7nmFHFQQVMGhEY3sZP5

HERMES_0010293

**Plaintiffs' Exhibit 315.0001**



| | | | | |
|---|---|---|---|---|
| 1 WHAT IS CIRCULAR FASHION? | 2 42 OF THE BEST NEW AND UPCOMING TV SHOWS | 3 ELLE EDIT: 21 OF THE BEST EYESHADOW PALETTES | 4 50 OF THE MOST CHIC ONLINE VINTAGE STORES | 5 JUST A SUPER USEFUL GUIDE TO BALANCING OILY SKIN |



*We earn a commission for products purchased through some links in this article.*

# Birkin NFT: Everything You Need To Know About The 'Handbag' Of The Future

— *'Birkins' for the digital age?*

 BY **CLEMENTINA JACKSON**   18 JAN 2022


INSTAGRAM



**Article updated on 18/01/22:** There is little more desirable in the luxury fashion sphere – or more difficult to get your hands on – than *the holy grail of bags*: the *Hermès Birkin*. Created in 1984, it was originally designed for, and then named after, actor *Jane Birkin* – before ascending to cult status and picking up an ever-heftier price tag and waiting list along with it.

Nowadays, however, it seems there is one other option for bagging a Birkin, and that is in the form of a new *NFT*, which recently dropped in the digital sphere. The so-called MetaBirkin is the creation of LA-based digital artist Mason Rothschild, and part of a project introduced late last year at *Art Basel Miami*.

Unsurprisingly, it *immediately* caught the interest of the fashion world – and has since caused quite the stir with Hermès itself, with the French luxury brand now suing Rothschild for trademark infringement, as reported by *BOF*.

**+ MORE FROM ELLE**

My Style, My Space: Henry Holland

  
  


**Super Bowl Ads**
Associated Press


**The shirt company disrupting retail**
Proper Cloth


**The best IPO stock pick of 2016?**
The Motley Fool

Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT

Page 1 of 6

HERMES_0010294

Plaintiffs' Exhibit 315.0002




## My Style, My Space: Henry Holland



The Hermès Birkin is the ultimate fashion status symbol.
COURTESY OF BRAND

*ADVERTISEMENT - CONTINUE READING BELOW*

    

For those of us on the outskirts of the rather complex metaverse, NFT is short for a 'non-fungible token', defined by Collins Dictionary as 'a unique digital certificate, registered in a blockchain, that is used to record ownership of an asset such as an artwork or a collectible'. This essentially means that you can buy and sell the 'metadata' associated with a particular image, just like you would a painting or an actual Hermès Birkin.

It's important to emphasise here that these MetaBirkins are *not* real, in the sense that they're not the products of the French luxury house Hermès, nor are they physical handbags. However, it's the use of the name 'Birkin' which has seemingly made Hermès unhappy and reportedly led the brand to lodge a 47-page complaint to the New York Southern District Court last week.

According to the letter, Rothschild 'simply rips off Hermès' famous Birkin trademark by adding the generic prefix "meta",' and 'there can be no doubt that this success arises from his confusing and dilutive use of Hermès' famous trademarks'.

Rothschild disagrees with Hermès' statement and wrote in an online statement this week: 'I am not creating or selling fake Birkin bags. I've made artworks that depict



Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT

Page 2 of 6

HERMES_0010295

Plaintiffs' Exhibit 315.0003

the success asserted about his copying and furtive use of Hermès-famous trademarks'.

Rothschild disagrees with Hermès' statement and wrote in an online statement this week: 'I am not creating or selling fake Birkin bags. I've made artworks that depict imaginary, fur-covered Birkin bags [...] I won't be intimidated.'

Hermès, however, is insisting that the court 'require Rothschild to cease his activities, surrender the MetaBirkins.com domain name to Hermès, and pay damages including his profits from selling the digital assets', as per the article on *BOF*.



Rothschild designed just 100 MetaBirkins, creating a level of exclusivity not dissimilar to that of the original Hermès bag (which can be worth between £8,600 to £145,000), and featuring bright coloured faux fur, patterns and even depictions of famous artworks including the *Mona Lisa*. And while each MetaBirkin was initially sold for a rather modest 0.1ETH (the Ethereum blockchain's cryptocurrency), prices have since skyrocketed to near real-Birkin levels – with some selling for as much as the crypto equivalent of £40,000.



According *BOF* Rothschild addressed the bag's design on Discord, a chat forum used among the crypto community. 'This is my artistic take on an icon, my remix,' he said, prior to any action being taken by Hermès.

While not Hermès-approved, the MetaBirkin is just the latest in a string of high-end fashion NFT launches. Coach, for example, recently released its first collection of NFTs as part of a holiday campaign, while Gucci claims that 'it is only a matter of time' before other luxury brands launch their own after the Italian brand released its first NFT as part of a newly-unveiled auction at Christie's.

And who could forget the now-infamous instance of model Emily Ratajkowski



Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT

Page 3 of 6

HERMES_0010296

Plaintiffs' Exhibit 315.0004

time' before other luxury brands launch their own after the Italian brand released its first NFT as part of a newly-unveiled auction at Christie's.

And who could forget the now-infamous instance of model Emily Ratajkowski 'reclaiming' and 'buying back' an image of her by artist Richard Prince as an NFT?





With NFTs having well and truly disrupted the traditional art market already, we wait with curiosity to see how they impact the fashion market in the near future.





Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT

Page 4 of 6

HERMES_0010297

Plaintiffs' Exhibit 315.0005



Teen Chain Bag Triomphe In Yellow Shearling Celine POA Available exclusively (alongside a selection of styles) at Celine's new flagship store at 40 New Bond Street in London. EMMANUEL DE JERNA

**RELATED STORIES**

Blake Lively's Shoes And Bag Collection

Gigi Hadid's Handbag Collection Worth

**CLEMENTINA JACKSON  DIGITAL FASHION EDITOR**
Clementina Jackson is ELLE UK's Acting Digital Fashion Editor, covering everything from celebrity style and industry news to the latest trends.

PROMOTED CONTENT                                Taboola Feed

**MORE FROM**

**FASHION**


The Reign of Rina Sawayama Begins Now


Hailey Bieber's Gives Off Athleisure Chic


H&M Sustainable Fashion Awards Winners Revealed


Heidi Klum's Daughter Leni Attends UNICEF Benefit


Digitally Reimagined Marilyn On Mag Cover


Dua Lipa's Style File


Jennifer Lawrence's Style File

Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT
Page 5 of 6
HERMES_0010298

Plaintiffs' Exhibit 315.0006

Case 1:22-cv-00384-JSR   Document 184-33   Filed 03/28/23   Page 8 of 8







Digitally Reimagined Marilyn On Mag Cover


Dua Lipa's Style File


Jennifer Lawrence's Style File


London Fashion Week: Everything You Need To Know


Jennifer Lopez's Breezy Paris Look

Dua Lipa Is Bringing Back The 70s In A Funky Top


Why do men love this shirt company?
Proper Cloth | Sponsored


The Supreme Court nominee is also the dad who loves Westerns, the outdoorsman who…
Associated Press | Sponsored


12 shot, five dead, in single day of shootings in Baltimore
Associated Press | Sponsored


PHOTOS: Winter storm dumps a foot or more of snow on the Northeast
Associated Press | Sponsored

London Fashion Week · Paris Fashion Week · Milan Fashion Week · New York Fashion Week
News · Fashion · Wedding Ideas · Beauty
Hair Trends · Life + culture · Holiday Inspiration · All videos
Elle fashion cupboard

Document title: Hermès Goes Virtual With Launch Of Birkin Bags As NFTs
Capture URL: https://www.elle.com/uk/fashion/a38536774/birkin-bag-nft/
Capture timestamp (UTC): Mon, 01 Aug 2022 14:03:26 GMT
Page 6 of 6
HERMES_0010299
Plaintiffs' Exhibit 315.0007