# Exhibit 30

Case 1:22-cv-00384-JSR   Document 184-36   Filed 03/28/23   Page 2 of 3





https://www.instagram.com/p/CW58uVHJQbA/

Accessed February 24, 2022

HERMES_0037458

Plaintiffs' Exhibit 279.0008





https://www.instagram.com/p/CYeWPYclHIn/

Accessed February 24, 2022

HERMES_0037459

**Plaintiffs' Exhibit 279.0009**