# Exhibit 31



HERMES_0009435
Plaintiffs' Exhibit 100.0347



HERMES_0009436
Plaintiffs' Exhibit 100.0348



HERMES_0009590

Plaintiffs' Exhibit 100.0502