# Exhibit 32

# The Likelihood of Confusion Survey Measured the MetaBirkins Webpage



2

Plaintiffs' Exhibit 193.0002

# The MetaBirkins Webpage Has Superimposed Words (1 of 2)




Plaintiffs' Exhibit 193.0003

# The MetaBirkins Webpage Has Superimposed Words (2 of 2)



**Plaintiffs' Exhibit 193.0004**

# Changes For the Control Version of the MetaBirkins Webpage

1. Changed "Birkin" to "Handbag"

2. Changed "MetaBirkins" to "MetaHandbags"

3. Changed "Hermès" to "Darcy"

4. Changed the shape of the handbags so they looked less like the shape of a Birkin bag:

    - Made the shape more square and less tapered on the sides, with a flatter top

    - Removed the padlock, and removed vertical metallic lines

**Plaintiffs' Exhibit 193.0005**

# The Control Version of the MetaBirkins Webpage (1 of 3)

MetaHandbags

https://metahandbags.com

## MetaHandbags

MetaHandbags is a collection of 100 unique NFTs created with faux fur in a range contemporary color and graphic executions.

Creator Mason Rothschild began working on MetaHandbags shortly after the success of Baby Handbag, a one-of-one, NFT covered by Forbes and Vogue that sold at auction for 5.5 ETH. In response to the community demand, Rothschild developed a new series, this time inspired by the acceleration of fashion's "fur free" initiatives and embrace of alternative textiles.

MetaHandbags is now available for purchase on LooksRare.

Buy on LooksRare

**Read**

Basic.Space
Vogue Business
Complex
Highsnobiety
HYPEBAE
Input Mag

**Follow**

Discord
Instagram
Twitter

**Press**

Preview
Inquire

**Disclaimer**

We are not affiliated, associated, authorized, endorsed by, or in any way oficially connected with the DARCY, or any of its subsidiaries or its affiliates. The official DARCY website can be found at https://www.darcy.com/.

Plaintiffs' Exhibit 193.0006

# The Control Version of the MetaBirkins Webpage (2 of 3)




Plaintiffs' Exhibit 193.0007

# The Control Version of the MetaBirkins Webpage (3 of 3)



8

**Plaintiffs' Exhibit 193.0008**

# Questions Asked to Measure Confusion
# (Company or Brand)

**Q.1**  What company, companies, person, or people do you think makes or provides the items shown on the webpage?

**Q.2**  What makes you think that? Please be as specific as possible.

**Q.3**  Are you aware of any other brands or products made or provided by whoever makes or provides the items on the webpage?

**Q4.**  What other brands or products do you think are made or provided by whoever makes or provides the items shown on the webpage?

**Q.5.**  What makes you think that? Please be as specific as possible.

10

**Plaintiffs' Exhibit 193.0010**

# Questions Asked to Measure Confusion
## (Sponsorship, Authorization, or Approval)

**Q.6**  Do you think that whoever makes or provides the items shown on the webpage…

  **Is** sponsored, authorized, or approved by another company, person, or brand

  **Is not** sponsored, authorized, or approved by another company, person, or brand

  I don't know

**Q.7**  What other company, person, or brand do you believe sponsors, authorizes, or approves whoever makes or provides the items shown on the webpage?

**Q.8**  What makes you think that? Please be as specific as possible.

11

Plaintiffs' Exhibit 193.0011

# Summary of Results From the Survey of NFT Purchasers

| Likelihood of Confusion Between Metabirkins.com and Hermès or Birkin | Test Webpage | Control Webpage | Net Confusion |
|---|---|---|---|
| **Q.1** The company, companies, person, or people that make or provide the items on the webpage | 17.5% | 1.9% | |
| **Q.4** Any other brands or products that are made or provided by whoever makes or provides those items | 4.1% | 1.0% | |
| **Q.7** Any other company, person, or brand that sponsors, authorizes, or approves whoever makes or provides those items | 0.0% | 0.0% | |
| **Likelihood of Confusion (Questions 1, 4, and 7)** | **21.6%** | **2.9%** | **18.7%** |

19

**Plaintiffs' Exhibit 193.0019**

# Summary of Results From Handbag Purchasers

| Likelihood of Confusion Between Metabirkins.com and Hermès or Birkin | Test Webpage | Control Webpage | Net Confusion |
|---|---|---|---|
| **Q.1** The company, companies, person, or people that make or provide the items on the webpage | 15.3% | 10.1% | |
| **Q.4** Any other brands or products that are made or provided by whoever makes or provides those items | 2.4% | 2.5% | |
| **Q.7** Any other company, person, or brand that sponsors, authorizes, or approves whoever makes or provides those items | 1.2% | 2.5% | |
| **Likelihood of Confusion (Questions 1, 4, and 7)** | **18.8%** | **15.2%** | **3.6%** |

21

Plaintiffs' Exhibit 193.0021