# Exhibit 34

Mason Rothschild [redacted]
Mason Rothschild [redacted]

Earliest item: 2021-12-02 00:25:50
Latest item: 2021-12-02 22:44:37

Thursday 02 December 2021

Instant Message : Native Messages
00:25:50
From
[redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

Audio Message.caf

~/Library/SMS/Attachments/40/00/B02F788D-DF12-4736-A466-BA91CAB1CFBB/Audio Message.caf - This file type is not supported for embedded threading. See attached child.

Instant Message : Native Messages
00:34:28
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]

bro i would

Instant Message : Native Messages
00:34:32
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]

but the project is gigantic now

Instant Message : Native Messages
00:34:36
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]

and yes i got your wl

Instant Message : Native Messages
00:34:37
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]

lol

Instant Message : Native Messages
00:34:42
From
Mason Rothschild [redacted]
To

Mason Rothschild

we got future

Instant Message : Native Messages
00:34:44
From
Mason Rothschild
To
Mason Rothschild

tyga

Instant Message : Native Messages
00:34:49
From
Mason Rothschild
To
Mason Rothschild

miley cyrus

Instant Message : Native Messages
00:34:51
From
Mason Rothschild
To
Mason Rothschild

madison beer

Instant Message : Native Messages
00:35:01
From
Mason Rothschild
To
Mason Rothschild

and so many celebs we had to turn down

Instant Message : Native Messages
00:37:05
From
To
Mason Rothschild
Mason Rothschild

Dope

Instant Message : Native Messages
00:37:55
From
To
Mason Rothschild
Mason Rothschild

Audio Message.caf

~/Library/SMS/Attachments/67/07/B98014E0-E1B7-4730-B783-7884A82BC9E8/Audio Message.caf - This file type is not supported for embedded threading. See attached child.

Instant Message : Native Messages
00:39:08
From
Mason Rothschild
To
Mason Rothschild

We linked up with 888 and all the whales through Noble

Instant Message : Native Messages
00:39:22
From
Mason Rothschild
To
Mason Rothschild

I think we'll have the biggest whales on this

Instant Message : Native Messages
00:39:52
From
To
Mason Rothschild
Mason Rothschild

Fire

Instant Message : Native Messages
00:39:59
From
Mason Rothschild
To
Mason Rothschild

Also Blockchain Brett and all of Kygo's team

Instant Message : Native Messages
00:40:12
From
Mason Rothschild
To
Mason Rothschild

All snagging on secondary

Instant Message : Native Messages
00:40:46
From
Mason Rothschild
To
Mason Rothschild

We're big set

Instant Message : Native Messages
00:41:00

From
Mason Rothschild
To
Mason Rothschild

People already trying to acquire stakes of ownership in MetaBirkins

Instant Message : Native Messages
00:46:58
From
To
Mason Rothschild
Mason Rothschild

Lolll

Instant Message : Native Messages
00:47:15
From
To
Mason Rothschild
Mason Rothschild

How much are you taking per sale btw?

Instant Message : Native Messages
00:47:21
From
To
Mason Rothschild
Mason Rothschild

Per aftersale *

Instant Message : Native Messages
00:47:30
From
Mason Rothschild
To
Mason Rothschild

7.5%

Instant Message : Native Messages
00:47:44
From
To
Mason Rothschild
Mason Rothschild

Personally? Or including OS fee

Instant Message : Native Messages
00:48:08
From
Mason Rothschild
To
Mason Rothschild

Personally

Instant Message : Native Messages
00:48:11
From
Mason Rothschild
To
Mason Rothschild

So 10 right?

Instant Message : Native Messages
00:48:13
From
Mason Rothschild
To
Mason Rothschild

Total?

Instant Message : Native Messages
00:49:38
From
To
Mason Rothschild
Mason Rothschild

Yeah

Instant Message : Native Messages
00:50:10
From
Mason Rothschild
To
Mason Rothschild

Yeah

Instant Message : Native Messages
00:50:20
From
Mason Rothschild
To
Mason Rothschild

Luxury product, luxury tax baby

Instant Message : Native Messages
03:18:58
From
To
Mason Rothschild
Mason Rothschild

Hahaha

Instant Message : Native Messages
03:19:06
From: [redacted]
To: Mason Rothschild
Mason Rothschild [redacted]

I feeel ������

Instant Message : Native Messages
04:37:50
From: Mason Rothschild [redacted]
To: Mason Rothschild [redacted]

brotha

Instant Message : Native Messages
04:37:52
From: Mason Rothschild [redacted]
To: Mason Rothschild [redacted]

question

Instant Message : Native Messages
04:37:59
From: Mason Rothschild [redacted]
To: Mason Rothschild [redacted]

can you do one more shill post for me

Instant Message : Native Messages
04:38:02
From: Mason Rothschild [redacted]
To: Mason Rothschild [redacted]

it's blown up since

Instant Message : Native Messages
04:38:09
From: Mason Rothschild [redacted]
To: Mason Rothschild [redacted]

and your gonna make a big bag on a metabirkin

Instant Message : Native Messages
04:38:15
From: Mason Rothschild [redacted]

CONFIDENTIAL

Rothschild008805

**Plaintiffs' Exhibit 242.0006**

To
Mason Rothschild

we can keep this relationship going

Instant Message : Native Messages
04:38:19
From
Mason Rothschild
To
Mason Rothschild

but we got a fucking gem on our hands

Instant Message : Native Messages
16:24:00
From
To
Mason Rothschild
Mason Rothschild

Hey sorry just saw this now!

Instant Message : Native Messages
16:24:22
From
Mason Rothschild
To
Mason Rothschild

like ultimate shill post

Instant Message : Native Messages
16:24:30
From
To
Mason Rothschild
Mason Rothschild

Haha

Instant Message : Native Messages
16:24:31
From
Mason Rothschild
To
Mason Rothschild

tiktok my ass when you get one

Instant Message : Native Messages
16:24:40
From
To
Mason Rothschild
Mason Rothschild

�� I can't do that

Instant Message : Native Messages
16:24:45
From: [redacted]
To: Mason Rothschild
Mason Rothschild

Those are so rare brooo

Instant Message : Native Messages
16:24:51
From: [redacted]
To: Mason Rothschild
Mason Rothschild

I deny 20K to do that haha

Instant Message : Native Messages
16:24:54
From: [redacted]
To: Mason Rothschild
Mason Rothschild

All the time

Instant Message : Native Messages
16:25:00
From: Mason Rothschild
To: Mason Rothschild [redacted]

your metabirkin will get you 50

Instant Message : Native Messages
16:25:02
From: Mason Rothschild
To: Mason Rothschild [redacted]

k

Instant Message : Native Messages
16:27:06
From: [redacted]
To: Mason Rothschild
Mason Rothschild

Ooh ��

Instant Message : Native Messages
16:27:14

From
Mason Rothschild
To
Mason Rothschild

i need the shill

Instant Message : Native Messages
16:27:19
From
Mason Rothschild
To
Mason Rothschild

i got a little story last night

Instant Message : Native Messages
16:27:21
From
Mason Rothschild
To
Mason Rothschild

with a tag

Instant Message : Native Messages
16:27:47
From
To
Mason Rothschild
Mason Rothschild

I'll tell you what I can do which is verrry productive

Instant Message : Native Messages
16:27:56
From
To
Mason Rothschild
Mason Rothschild

People absolutely love my stories

Instant Message : Native Messages
16:28:21
From
Mason Rothschild
To
Mason Rothschild

alright man

Instant Message : Native Messages
16:28:23
From
Mason Rothschild
To
Mason Rothschild

im just daying

Instant Message : Native Messages
16:28:31
From
Mason Rothschild
To
Mason Rothschild

i think this is the next big thing

Instant Message : Native Messages
16:28:37
From
Mason Rothschild
To
Mason Rothschild

if you knew what i had planned today

Instant Message : Native Messages
16:28:46
From
Mason Rothschild
To
Mason Rothschild

you'd say yes

Instant Message : Native Messages
16:29:17
From
To
Mason Rothschild
Mason Rothschild

I can make a story saying yo this metabirkin project is blowing tf up, you should track them

Instant Message : Native Messages
16:29:22
From
To
Mason Rothschild
Mason Rothschild

My followers are very loyal

Instant Message : Native Messages
16:29:29
From
To
Mason Rothschild
Mason Rothschild

When I'm on the video talking, they go nuts

Instant Message : Native Messages
16:29:35
From
Mason Rothschild
To
Mason Rothschild

alright

Instant Message : Native Messages
16:29:37
From
To
Mason Rothschild
Mason Rothschild

But I need another WL spot for my chat!!

Instant Message : Native Messages
16:29:41
From
Mason Rothschild
To
Mason Rothschild

bro

Instant Message : Native Messages
16:29:48
From
To
Mason Rothschild
Mason Rothschild

Can't do that for nothing

Instant Message : Native Messages
16:29:52
From
Mason Rothschild
To
Mason Rothschild

i handed you a 25-50k

Instant Message : Native Messages
16:29:55
From
Mason Rothschild
To
Mason Rothschild

piece

Instant Message : Native Messages
16:29:58
From
Mason Rothschild

To
Mason Rothschild

maybe more

Instant Message : Native Messages
16:30:01
From
Mason Rothschild
To
Mason Rothschild

do this solid

Instant Message : Native Messages
16:30:06
From
Mason Rothschild
To
Mason Rothschild

i have many more projects on the way

Instant Message : Native Messages
16:30:13
From
Mason Rothschild
To
Mason Rothschild

do underestimate it

Instant Message : Native Messages
16:30:29
From
Mason Rothschild
To
Mason Rothschild

dont

Instant Message : Native Messages
16:31:06
From
To
Mason Rothschild
Mason Rothschild

I understand but you need to understand that I have projects messaging me everyday with insane amounts of potential!

Instant Message : Native Messages
16:31:13
From
To
Mason Rothschild
Mason Rothschild

Lol I've been doing this for a year everyday

Instant Message : Native Messages
16:31:19
From
To
Mason Rothschild
Mason Rothschild

I've seen every project under the sun

Instant Message : Native Messages
16:31:22
From
Mason Rothschild
To
Mason Rothschild

their projects won't have a 5eth floor

Instant Message : Native Messages
16:31:33
From
Mason Rothschild
To
Mason Rothschild

nor do they have the backing that mind does at this point

Instant Message : Native Messages
16:31:50
From
Mason Rothschild
To
Mason Rothschild

it's up to you

Instant Message : Native Messages
16:32:01
From
Mason Rothschild
To
Mason Rothschild

balls in your court

Instant Message : Native Messages
16:32:09
From
Mason Rothschild
To
Mason Rothschild

im a good relationship to have

Instant Message : Native Messages
16:32:11

From
To
Mason Rothschild
Mason Rothschild

66015552653__169C4F3F-8C05-4C5F-84D1-1A035DE396AB.heic



Instant Message : Native Messages
16:32:14
From
To
Mason Rothschild

CONFIDENTIAL                                                                 Rothschild008813

**Plaintiffs' Exhibit 242.0014**

**Mason Rothschild**

Im boutta take off

**Instant Message : Native Messages**
16:32:19
From
To
Mason Rothschild
Mason Rothschild

We'll chat later today bh ����

**Instant Message : Native Messages**
16:32:37
From
Mason Rothschild
To
Mason Rothschild

alrighty

**Instant Message : Native Messages**
16:32:48
From
Mason Rothschild
To
Mason Rothschild

but offer won't stand once all my hand is revealed tonight

**Instant Message : Native Messages**
16:32:53
From
Mason Rothschild
To
Mason Rothschild

✌�

**Instant Message : Native Messages**
16:33:36
From
To
Mason Rothschild
Mason Rothschild

Im def thinking about it

**Instant Message : Native Messages**
16:33:43
From
To
Mason Rothschild
Mason Rothschild

But whats the offer from your side?

CONFIDENTIAL                                                                 Rothschild008814
                                                         **Plaintiffs' Exhibit 242.0015**

Instant Message : Native Messages
16:33:57
From
Mason Rothschild
To
Mason Rothschild
partnership man
Instant Message : Native Messages
16:34:00
From
Mason Rothschild
To
Mason Rothschild
more projects down the line
Instant Message : Native Messages
16:34:06
From
Mason Rothschild
To
Mason Rothschild
it's a good relationship to incubate
Instant Message : Native Messages
16:34:11
From
Mason Rothschild
To
Mason Rothschild
with simple support
Instant Message : Native Messages
16:35:14
From
Mason Rothschild
To
Mason Rothschild
had simple post the first run
Instant Message : Native Messages
16:35:25
From
Mason Rothschild
To
Mason Rothschild
just asking for one more, not like i'd take wl away or anything
Instant Message : Native Messages
16:35:30
From
Mason Rothschild

just a friendly recommendation

Instant Message : Native Messages
16:35:59
From
To
Mason Rothschild
Mason Rothschild

Yeah ofc �� kk can't do it rn, cuz I'm in the air

Instant Message : Native Messages
16:36:04
From
Mason Rothschild
To
Mason Rothschild

of course.

Instant Message : Native Messages
16:36:09
From
Mason Rothschild
To
Mason Rothschild

just wanted your word.

Instant Message : Native Messages
16:36:15
From
To
Mason Rothschild
Mason Rothschild

But when I land in 2 hours we'll chat a bit more

Instant Message : Native Messages
16:36:17
From
Mason Rothschild
To
Mason Rothschild

small request.

Instant Message : Native Messages
16:36:18
From
Mason Rothschild
To
Mason Rothschild

CONFIDENTIAL                                                                                    Rothschild008816
**Plaintiffs' Exhibit 242.0017**

Instant Message : Native Messages
20:16:12
From
To
Mason Rothschild
Mason Rothschild

Check my story ❤ ��

Instant Message : Native Messages
20:16:36
From
To
Mason Rothschild
Mason Rothschild

Also, when is WL sale?

Instant Message : Native Messages
22:34:55
From
To
Mason Rothschild
Mason Rothschild

?

Instant Message : Native Messages
22:39:24
From
Mason Rothschild
To
Mason Rothschild

6:00pm PT

Instant Message : Native Messages
22:39:27
From
Mason Rothschild
To
Mason Rothschild

but you got 24-rs

Instant Message : Native Messages
22:39:29
From
Mason Rothschild
To
Mason Rothschild

❤

Instant Message : Native Messages
22:43:09

CONFIDENTIAL                                                                                          Rothschild008817
                                                                                                      **Plaintiffs' Exhibit 242.0018**



Tonight??

Damn aight bet ��

yee

**End Thread**

Thread Statistics

**Instant Message Count**

112