# Exhibit 35

Chat with "Mark Design" ████████ on November 7, 2021

Mason Rothschild
Mark Design

Earliest item: 2021-11-07 01:51:31
Latest item: 2021-11-07 22:02:08

**Sunday 07 November 2021**

Instant Message : WhatsApp
01:51:31
From
Mason Rothschild ████████
To
Mark Design ████████

Kinda liked original

Instant Message : WhatsApp
05:56:28
From
Mason Rothschild ████████
To
Mark Design ████████

Actually this one is growing on me

Instant Message : WhatsApp
05:56:33
From
Mason Rothschild ████████
To
Mark Design ████████

Would love to see silver

Instant Message : WhatsApp
07:28:05
From
Mason Rothschild ████████
To
Mark Design ████████

I feel like the set up may be wrong on some

Instant Message : WhatsApp
07:28:10
From
Mason Rothschild ████████
To
Mark Design ████████

Slightly different camera

Instant Message : WhatsApp
07:28:20
From
Mason Rothschild ████████
To
Mark Design ████████

https://mmg.whatsapp.net/d/f/As9_rqXiZkWZ-OVlNjB-j7uHisVUJWb740lqtpY6-aj7.enc

Instant Message : WhatsApp
07:28:24
From
Mason Rothschild ████████

Rothschild008463

**Plaintiffs' Exhibit 239.0001**

To
Mark Design

You can see it pop

Instant Message : WhatsApp
07:29:38
From
Mark Design
To
Mason Rothschild

Hmm, didn't move the camera. I'll check

Instant Message : WhatsApp
08:50:31
From
Mark Design
To
Mason Rothschild

same camera position on all

Instant Message : WhatsApp
19:34:43
From
Mason Rothschild
To
Mark Design

Question

Instant Message : WhatsApp
19:34:47
From
Mason Rothschild
To
Mark Design

Do you save all the patrerns

Instant Message : WhatsApp
19:34:56
From
Mason Rothschild
To
Mark Design

So we can make like a silver version if possible

Instant Message : WhatsApp
19:35:06
From
Mason Rothschild
To
Mark Design

Cause i was thinking of the roadmap

Instant Message : WhatsApp
19:35:41
From
Mark Design
To

CONFIDENTIAL

Rothschild008464

**Plaintiffs' Exhibit 239.0002**

Mason Rothschild ▮▮▮▮▮▮▮

Most are just straight from color, but some have some special adjustments

Instant Message : WhatsApp
19:35:49
From
Mark Design ▮▮▮▮▮▮▮
To
Mason Rothschild ▮▮▮▮▮▮▮

That I did not save



Instant Message : WhatsApp
19:36:31
From
Mason Rothschild ▮▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮▮

And it'd be cool for owners to be able to get a white horse for - burn the horse and get a colorful fluffy horse down the line

Instant Message : WhatsApp
19:36:39
From
Mason Rothschild ▮▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮▮

Rothschild008465

Plaintiffs' Exhibit 239.0003



CONFIDENTIAL

Rothschild008466

**Plaintiffs' Exhibit 239.0004**



Instant Message : WhatsApp
21:48:52
From
Mark Design
To
Mason Rothschild

when they buy the bag?

Instant Message : WhatsApp
21:53:53
From
Mason Rothschild
To
Mark Design

Na so peep this

Instant Message : WhatsApp
21:54:27
From
Mason Rothschild
To
Mark Design

After birkin release

Instant Message : WhatsApp
21:54:34
From
Mason Rothschild
To
Mark Design

Lets say a month later

Instant Message : WhatsApp
21:54:44
From
Mason Rothschild
To
Mark Design

We release 25 fluffy horses

Instant Message : WhatsApp
21:54:47
From
Mason Rothschild
To
Mark Design

All white

Instant Message : WhatsApp
21:54:58
From
Mason Rothschild
To
Mark Design

Owners of birkin who get the horse

CONFIDENTIAL

Rothschild008467

Plaintiffs' Exhibit 239.0005

Instant Message : WhatsApp
21:55:20
From
Mason Rothschild ▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮

Can burn the horse and get a fluffy horse to match their birkin

Instant Message : WhatsApp
21:55:25
From
Mark Design ▮▮▮▮▮▮
To
Mason Rothschild ▮▮▮▮▮▮

ah

Instant Message : WhatsApp
21:55:37
From
Mason Rothschild ▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮

That way we can sell 25-50 more things

Instant Message : WhatsApp
21:55:43
From
Mason Rothschild ▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮

At .1 eth

Instant Message : WhatsApp
21:55:45
From
Mason Rothschild ▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮

Make more money

Instant Message : WhatsApp
21:55:58
From
Mason Rothschild ▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮

And people who get both will be like they have a rarer work

Instant Message : WhatsApp
21:56:00
From
Mason Rothschild ▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮

That will go for more

Instant Message : WhatsApp

**Plaintiffs' Exhibit 239.0006**



21:56:35
From
Mason Rothschild
To
Mark Design

Realistically do you think we can crank out 100 birkins

Instant Message : WhatsApp
21:56:44
From
Mason Rothschild
To
Mark Design

I feel lime the gradient ones look best

Instant Message : WhatsApp
21:57:10
From
Mark Design
To
Mason Rothschild

those look good yea

Instant Message : WhatsApp
21:57:16
From
Mark Design
To
Mason Rothschild

I'll get to the dotted ones today

Instant Message : WhatsApp
22:01:55
From
Mason Rothschild
To
Mark Design

Sweet

Instant Message : WhatsApp
22:02:08
From
Mason Rothschild
To
Mark Design

I'll

Make

More gradients

| End Thread | |
|---|---|
| Thread Statistics | Instant Message Count |
| 37 | |

Rothschild008469

Plaintiffs' Exhibit 239.0007

# Document Produced in Native Format

CONFIDENTIAL

Rothschild008470

**Plaintiffs' Exhibit 239.0008**



Hermes: All / Womens / Accessories / Bag Charms







Rothschild008471

**Plaintiffs' Exhibit 239.0009**