# Exhibit 37 - Part 1



Chat with "Mark Design" [redacted] on October 19, 2021

Mason Rothschild [redacted]
Mark Design [redacted]

Earliest item: 2021-10-19 16:21:11

Latest item: 2021-10-19 16:59:50

Tuesday 19 October 2021

Instant Message : WhatsApp
16:21:11
From
Mark Design [redacted]
To
Mason Rothschild [redacted]

https://mmg.whatsapp.net/d/f/AtJ4Nbu5RZDPwnbcTrwB2hOAqEHEhUDK3xZ2WUJTOkjw.enc

Instant Message : WhatsApp
16:21:14
From
Mark Design [redacted]
To
Mason Rothschild [redacted]

fluffy as fuck

Instant Message : WhatsApp
16:21:19
From
Mark Design [redacted]
To
Mason Rothschild [redacted]

pardon my french

Instant Message : WhatsApp
16:21:30
From
Mark Design [redacted]
To
Mason Rothschild <[redacted]

Had some problems with the hair

Instant Message : WhatsApp

EXHIBIT
19