# Exhibit 37 - Part 2



16:21:33
From
Mark Design [redacted]
To
Mason Rothschild [redacted]

working now...

Instant Message : WhatsApp
16:21:34
From
Mason Rothschild [redacted]
To
Mark Design [redacted]

Sooo fluffy

Instant Message : WhatsApp
16:21:37
From
Mason Rothschild [redacted]
To
Mark Design [redacted]

Looks good

Instant Message : WhatsApp
16:21:50
From
Mark Design [redacted]
To
Mason Rothschild [redacted]

Now I have to set it up so it interacts with the model

Instant Message : WhatsApp
16:21:57
From
Mark Design [redacted]
To
Mason Rothschild [redacted]

then apply the right materials

Instant Message : WhatsApp
16:22:02
From
Mason Rothschild [redacted]
To
Mark Design [redacted]

Incredible

Instant Message : WhatsApp
16:22:03
From
Mark Design [redacted]
To
Mason Rothschild [redacted]

and get the background

Instant Message : WhatsApp
16:22:14



From
Mason Rothschild
To
Mark Design

We can probably make the handle fluffly too

Instant Message : WhatsApp
16:22:21
From
Mark Design
To
Mason Rothschild

alright

Instant Message : WhatsApp
16:22:28
From
Mason Rothschild
To
Mark Design <+

And the littlehanging thing

Instant Message : WhatsApp
16:22:51
From
Mason Rothschild
To
Mark Design

With the key

Instant Message : WhatsApp
16:23:23
From
Mason Rothschild
To
Mark Design

Once we set it up - it'll be pretty quick to change colors and make a few different ones eight

Instant Message : WhatsApp
16:23:24
From
Mason Rothschild
To
Mark Design

Right

Instant Message : WhatsApp
16:24:17
From
Mason Rothschild
To
Mark Design <