# Exhibit 37 - Part 3



https://mmg.whatsapp.net/d/f/AvJc8_E3TyLurEbGxtzcLSCWihjDHkI4RLdfhMqX7Mb9.enc

Instant Message : WhatsApp
16:24:31
From
Mason Rothschild
To
Mark Design <

But just a square or circle pedestal

Instant Message : WhatsApp
16:24:42
From
Mason Rothschild
To

CONFIDENTIAL                                                                                     Rothschild008306

**Plaintiffs' Exhibit 243.0004**