# Exhibit 37 - Part 4

And a few different colored backgrounds for each

Instant Message : WhatsApp
16:24:48
    From
    Mark Design
    To
    Mason Rothschild

Yea, changes should be fast

> Instant Message : WhatsApp
> 16:25:31
>     From
>     Mason Rothschild < >
>     To
>     Mark Design
>
> Sweet
>
> Instant Message : WhatsApp
> 16:27:42
>     From
>     Mason Rothschild
>     To
>     Mark Design <
>
> Plan for this one is, releasing editions of 3-10 at .1 eth each or something
>
> Instant Message : WhatsApp
> 16:27:49
>     From
>     Mason Rothschild
>     To
>     Mark Design
>
> So a lot of people can have it
>
> Instant Message : WhatsApp
> 16:27:57
>     From
>     Mason Rothschild
>     To
>     Mark Design
>
> We might be some help from Hermes themselves
>
> Instant Message : WhatsApp
> 16:28:52
>     From
>     Mason Rothschild <
>     To
>     Mark Design
>
> Trying to find eyes rn

Instant Message : WhatsApp
16:29:22
    From
    Mark Design
    To
    Mason Rothschild

> Instant Message : WhatsApp
> 16:29:29
>   From
>     Mason Rothschild
>   To
>     Mark Design

> Yeah

> Instant Message : WhatsApp
> 16:29:31
>   From
>     Mason Rothschild
>   To
>     Mark Design

> Easier to move

> Instant Message : WhatsApp
> 16:29:41
>   From
>     Mason Rothschild
>   To
>     Mark Design

> Then we can make more money if they sell out and transfer hands

Instant Message : WhatsApp
16:34:01
  From
    Mark Design
  To
    Mason Rothschild

CONFIDENTIAL

Rothschild008308

**Plaintiffs' Exhibit 243.0006**