# Exhibit 37 - Part 5



https://mmg.whatsapp.net/d/f/AsKkJAY3XmZ6oljSrrsVMWyXjvasM8rWac4Q5bQApRql.enc

Instant Message : WhatsApp
16:34:25
    From
        Mason Rothschild
    To
        Mark Design

Love it, key thing i qondee how we can differentiate more

Instant Message : WhatsApp
16:34:31
    From
        Mason Rothschild
    To
        Mark Design

So it doesnt fully blend in

Instant Message : WhatsApp
16:34:46
    From
        Mark Design
    To

CONFIDENTIAL                                                                 Rothschild008309

**Plaintiffs' Exhibit 243.0007**

Mason Rothschild

I will have to simulate the hair

Instant Message : WhatsApp
16:35:14
    From
        Mark Design
    To
        Mason Rothschild

will work it out once we have the fluffiness right

Instant Message : WhatsApp
16:35:26
    From
        Mark Design
    To
        Mason Rothschild

and a bit of a different color

Instant Message : WhatsApp
16:35:28
    From
        Mason Rothschild
    To
        Mark Design

The fluffiness looks incredible tbh

Instant Message : WhatsApp
16:35:29
    From
        Mason Rothschild
    To
        Mark Design

Yeah

Instant Message : WhatsApp
16:35:29
    From
        Mark Design
    To
        Mason Rothschild

should not be a problem

Instant Message : WhatsApp
16:35:32
    From
        Mason Rothschild
    To
        Mark Design

Let's try

Instant Message : WhatsApp
16:35:40
    From
        Mark Design
    To
        Mason Rothschild

CONFIDENTIAL                                                                                                                Rothschild008310

**Plaintiffs' Exhibit 243.0008**