# Exhibit 37 - Part 6

Instant Message : WhatsApp
16:35:43
From
Mason Rothschild < ████████████
To
Mark Design < ████████████

Like a bright color like yellow

Instant Message : WhatsApp
16:35:56
From
Mark Design ████████████
To
Mason Rothschild ████████████

I'll start setting it up then

Instant Message : WhatsApp
16:36:04
From
Mark Design ████████████
To
Mason Rothschild ████████████

takes some time to get the physics right

Instant Message : WhatsApp
16:36:10
From
Mark Design ████████████
To
Mason Rothschild ████████████

ill keep you posted

Instant Message : WhatsApp
16:36:11
From
Mason Rothschild ████████████
To
Mark Design ████████████

Hardware looks so legit there

Instant Message : WhatsApp
16:36:15
From
Mason Rothschild ████████████
To
Mark Design ████████████

Like the bronze lock

Instant Message : WhatsApp
16:36:34
From
Mark Design ████████████
To
Mason Rothschild ████████████

yea, stands out nice

CONFIDENTIAL

Rothschild008311

**Plaintiffs' Exhibit 243.0009**



Instant Message WhatsApp
16:37:12
From
Mason Rothschild < ████████████ >
To
Mark Design ████████████

CONFIDENTIAL

Rothschild008312

**Plaintiffs' Exhibit 243.0010**



CONFIDENTIAL

Rothschild008313

**Plaintiffs' Exhibit 243.0011**



**Instant Message : WhatsApp**
16:37:20
From
Mason Rothschild ███████████
To
Mark Design ████████████

Is this typenof fur breakdown possible

**Instant Message : WhatsApp**
16:37:23
From
Mason Rothschild ███████
To
Mark Design ███████

Like the multi

**Instant Message : WhatsApp**
16:39:47
From
Mark Design ████████
To
Mason Rothschild ██████

color or the clumping of the hairs?

**Instant Message : WhatsApp**
16:39:59
From
Mason Rothschild ███████████
To
Mark Design ███████

Yeah like the picture

**Instant Message : WhatsApp**
16:42:36
From
Mark Design ████████
To
Mason Rothschild < ████████

CONFIDENTIAL

Rothschild008314

Plaintiffs' Exhibit 243.0012