# Exhibit 37 - Part 7



https://mmg.whatsapp.net/d/f/Audv4GUmG1O-jjKQ3l0Yoqv2HCNVnf5rJ_RBorLbwwyU.enc

Instant Message : WhatsApp
16:42:49
From
Mark Design
To
Mason Rothschild

should not be a problem to get them clumped up

Instant Message : WhatsApp
16:44:59
From
Mason Rothschild
To
Mark Design <

Sickkk

Instant Message : WhatsApp
16:45:50
From
Mark Design
To
Mason Rothschild

CONFIDENTIAL

Rothschild008315

**Plaintiffs' Exhibit 243.0013**