# Exhibit 37 - Part 8



https://mmg.whatsapp.net/d/f/Ak3cVfDmqUdQatq_iwg5FWZw-eUxBQImvP_BoYljf4Z9.enc

Instant Message : WhatsApp
16:45:51
    From
    Mark Design
    To
    Mason Rothschild

bit more random

Instant Message : WhatsApp
16:45:58
    From
    Mason Rothschild
    To
    Mark Design            >

Love that

Instant Message : WhatsApp
16:46:07
    From
    Mason Rothschild
    To
    Mark Design

What prgram is this

Instant Message : WhatsApp
16:46:44
    From
    Mark Design

CONFIDENTIAL
Rothschild008316

**Plaintiffs' Exhibit 243.0014**

To:
Mason Rothschild

houdini

Instant Message : WhatsApp
16:46:48
    From
        Mason Rothschild
    To
        Mark Design <

So good

Instant Message : WhatsApp
16:47:05
    From
        Mark Design
    To
        Mason Rothschild

amazing, can do anything really

Instant Message : WhatsApp
16:47:40
    From
        Mark Design                >
    To
        Mason Rothschild

I think most movies have some VFX from houdini

Instant Message : WhatsApp
16:48:20
    From
        Mason Rothschild <
    To
        Mark Design

I reallt gotta learn these

Instant Message : WhatsApp
16:48:32
    From
        Mark Design
    To
        Mason Rothschild

I am learning it for some time now and its the hardest program I have ever touched. Math is a must to use it...

Instant Message : WhatsApp
16:48:40
    From
        Mark Design
    To
        Mason Rothschild

programing is a must

Instant Message : WhatsApp
16:49:05
    From
        Mason Rothschild

CONFIDENTIAL

Rothschild008317

**Plaintiffs' Exhibit 243.0015**