# Exhibit 37 - Part 9

Mark Design

Luckily math is one of my strong suits

Instant Message : WhatsApp
16:49:40
    From
        Mark Design
    To
        Mason Rothschild

Thats great

Instant Message : WhatsApp
16:50:13
    From
        Mark Design
    To
        Mason Rothschild

naive me in highschool math, like I will ever use that again.

Instant Message : WhatsApp
16:50:18
    From
        Mark Design
    To
        Mason Rothschild <

:D

Instant Message : WhatsApp
16:50:18
    From
        Mark Design
    To
        Mason Rothschild

weeeellll

Instant Message : WhatsApp
16:56:26
    From
        Mark Design
    To
        Mason Rothschild

Plaintiffs' Exhibit 243.0016



https://mmg.whatsapp.net/d/f/As352_3slu6uidbLjw5RIITtiZuRTTrLPOyyoJXUOY6x.enc

Instant Message : WhatsApp
16:56:32
   From
   Mark Design
   To
   Mason Rothschild

yea I have to work on that clumping

Instant Message : WhatsApp
16:56:37
   From
   Mark Design
   To
   Mason Rothschild

does not look good on the handles at all

Instant Message : WhatsApp
16:56:43
   From
   Mason Rothschild
   To

CONFIDENTIAL                                                                                                  Rothschild008319

**Plaintiffs' Exhibit 243.0017**