# Exhibit 37 - Part 10



> Mark Design
> Yeah

> Instant Message : WhatsApp
> 16:56:52
>   From
>     Mason Rothschild <+
>   To
>     Mark Design <
>
> I like the first one just pure fluff

> Instant Message : WhatsApp
> 16:57:04
>   From
>     Mason Rothschild
>   To
>     Mark Design
>
> But wondering if its possible to color it in the style i referenced

Instant Message : WhatsApp
16:59:50
  From
    Mark Design
  To
    Mason Rothschild

yea

**End Thread**

Thread Statistics                                    Instant Message Count
79

CONFIDENTIAL                                          Rothschild008320

Plaintiffs' Exhibit 243.0018



Plaintiffs' Exhibit 243.0019

CONFIDENTIAL

Rothschild008321



CONFIDENTIAL

Rothschild008322

**Plaintiffs' Exhibit 243.0020**





CONFIDENTIAL

Rothschild008324

**Plaintiffs' Exhibit 243.0022**



Rothschild008325

CONFIDENTIAL

**Plaintiffs' Exhibit 243.0023**





CONFIDENTIAL

Rothschild008327

**Plaintiffs' Exhibit 243.0025**