# Exhibit 38 - Part 1

Chat with Eric Ram on October 24, 2021
Mason Rothschild
Eric Ram <
Mason Rothschild
Earliest item: 2021-10-24 00:25:13
Latest item: 2021-10-24 00:51:47

Sunday 24 October 2021

Instant Message : Native Messages
00:25:13
From
Mason Rothschild
To
Mason Rothschild
Eric Ram

CONFIDENTIAL



Rothschild008342

**Plaintiffs' Exhibit 224.0001**



CONFIDENTIAL

Rothschild008343

**Plaintiffs' Exhibit 224.0002**



```
Instant Message : Native Messages
00:25:40
  From
    Eric Ram <
  To
    Mason Rothschild
    Mason Rothschild

Wowow

    Instant Message : Native Messages
    00:25:59
      From
        Mason Rothschild
      To
        Mason Rothschild
```

CONFIDENTIAL

Rothschild008344

**Plaintiffs' Exhibit 224.0003**