# Exhibit 38 - Part 2

Eric Ram

Hermes might partner on me with this

Instant Message : Native Messages
00:26:02
  From
    Mason Rothschild
  To
    Mason Rothschild
    Eric Ram

Negotiating rn

Instant Message : Native Messages
00:26:27
  From
    Eric Ram
  To
    Mason Rothschild
    Mason Rothschild

Is that an NFT,

Instant Message : Native Messages
00:26:29
  From
    Eric Ram
  To
    Mason Rothschild
    Mason Rothschild

?*

Instant Message : Native Messages
00:26:58
  From
    Mason Rothschild
  To
    Mason Rothschild
    Eric Ram

Yeah

Instant Message : Native Messages
00:27:01
  From
    Mason Rothschild
  To
    Mason Rothschild
    Eric Ram

Made it yesterday

Instant Message : Native Messages
00:27:03
  From
    Eric Ram
  To
    Mason Rothschild
    Mason Rothschild

Bro so fire

CONFIDENTIAL

Rothschild008345

**Plaintiffs' Exhibit 224.0004**

Instant Message : Native Messages
00:27:10
    From
        Eric Ram
    To
        Mason Rothschild
        Mason Rothschild

What is it Made out of?

Instant Message : Native Messages
00:27:14
    From
        Mason Rothschild
    To
        Mason Rothschild
        Eric Ram

Fur

Instant Message : Native Messages
00:27:23
    From
        Mason Rothschild
    To
        Mason Rothschild
        Eric Ram

Ima do anti fur campaign

Instant Message : Native Messages
00:27:23
    From
        Eric Ram
    To
        Mason Rothschild
        Mason Rothschild

Gotcha gotcha

Instant Message : Native Messages
00:27:28
    From
        Eric Ram
    To
        Mason Rothschild
        Mason Rothschild

Loved "Ima do anti fur campaign"

Instant Message : Native Messages
00:27:33
    From
        Eric Ram
    To
        Mason Rothschild
        Mason Rothschild

That's exactly where I was going with it

Instant Message : Native Messages
00:27:46
    From
        Mason Rothschild