# Exhibit 38 - Part 3

To
Mason Rothschild
Eric Ram

Digital fur = anti fur

Instant Message : Native Messages
00:28:36
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

YES!

Instant Message : Native Messages
00:28:42
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

No real fur just digital

Instant Message : Native Messages
00:33:04
From
Mason Rothschild
To
Mason Rothschild
Eric Ram

So trendy rn

Instant Message : Native Messages
00:33:08
From
Mason Rothschild
To
Mason Rothschild
Eric Ram

Im making 50 of these

Instant Message : Native Messages
00:38:27
From
Eric Ram
To
Mason Rothschild
Mason Rothschild

I would love to jump in on one with you again

Instant Message : Native Messages
00:38:33
From
Eric Ram                >
To
Mason Rothschild
Mason Rothschild

CONFIDENTIAL

Rothschild008347

**Plaintiffs' Exhibit 224.0006**

The first was a hit

**Instant Message : Native Messages**
00:38:36
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Eric Ram [redacted]

Lets make something

**Instant Message : Native Messages**
00:50:39
From
Eric Ram [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

I didn't know my boy kevin works with Basic space

**Instant Message : Native Messages**
00:50:54
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Eric Ram [redacted]

Word?

**Instant Message : Native Messages**
00:50:57
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Eric Ram [redacted]

Kevin sho

**Instant Message : Native Messages**
00:50:59
From
Mason Rothschild [redacted]
To
Mason Rothschild [redacted]
Eric Ram [redacted]

Who

**Instant Message : Native Messages**
00:51:20
From
Eric Ram [redacted]
To
Mason Rothschild [redacted]
Mason Rothschild [redacted]

Mjr

**Instant Message : Native Messages**
00:51:23

CONFIDENTIAL

Rothschild008348

**Plaintiffs' Exhibit 224.0007**