# Exhibit 38 - Part 4



CONFIDENTIAL

Rothschild008349

**Plaintiffs' Exhibit 224.0008**



CONFIDENTIAL

Rothschild008350

**Plaintiffs' Exhibit 224.0009**



CONFIDENTIAL

Rothschild008351

**Plaintiffs' Exhibit 224.0010**