# Exhibit 39 - Part 1

Chat with Aaron Maresky on October 28, 2021

Mason Rothschild
Aaron Maresky
Mason Rothschild

Earliest item: 2021-10-28 23:12:23
Latest item: 2021-10-28 23:14:54

**Thursday 28 October 2021**

Instant Message : Native Messages
23:12:23
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

Hola friend

Instant Message : Native Messages
23:12:33
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

Doing a new set of birkin nfts

Instant Message : Native Messages
23:12:39
From
Aaron Maresky
To
Mason Rothschild
Mason Rothschild

bro

Instant Message : Native Messages
23:12:41
From
Aaron Maresky
To
Mason Rothschild
Mason Rothschild

ur the nft king

Instant Message : Native Messages
23:12:59
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

CONFIDENTIAL

EXHIBIT
21

Rothschild008383

**Plaintiffs' Exhibit 225.0001**



CONFIDENTIAL

Rothschild008384

**Plaintiffs' Exhibit 225.0002**