# Exhibit 39 - Part 2



Instant Message : Native Messages
23:13:24
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

I was gonna make a fluffy birkin with a heart nft if maybe y'all wanted to collab

Instant Message : Native Messages
23:13:48
From
Aaron Maresky
To
Mason Rothschild

CONFIDENTIAL

Rothschild008385

**Plaintiffs' Exhibit 225.0003**

jeeeeez

Instant Message : Native Messages
23:13:52
   From
     Aaron Maresky
   To
     Mason Rothschild
     Mason Rothschild

it's official with birkin?

Instant Message : Native Messages
23:13:58
   From
     Mason Rothschild
   To
     Mason Rothschild
     Aaron Maresky

Pushing for it

Instant Message : Native Messages
23:14:04
   From
     Mason Rothschild
   To
     Mason Rothschild
     Aaron Maresky

But i have major press

Instant Message : Native Messages
23:14:12
   From
     Mason Rothschild
   To
     Mason Rothschild
     Aaron Maresky

Vogue, BoF, Forbes

Instant Message : Native Messages
23:14:18
   From
     Mason Rothschild
   To
     Mason Rothschild
     Aaron Maresky

I'm making either 50 or 100

Instant Message : Native Messages
23:14:25
   From
     Aaron Maresky
   To
     Mason Rothschild
     Mason Rothschild

let me discuss with them

CONFIDENTIAL