# Exhibit 39 - Part 3

Instant Message : Native Messages
23:14:28
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

Trying to work out some collab ones rn

Instant Message : Native Messages
23:14:37
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

So the community can go crazy

Instant Message : Native Messages
23:14:39
From
Aaron Maresky
To
Mason Rothschild
Mason Rothschild

cool. u gotta speak with aidan

Instant Message : Native Messages
23:14:45
From
Aaron Maresky
To
Mason Rothschild
Mason Rothschild

but btw he is v close with mitch mondes

Instant Message : Native Messages
23:14:46
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

Thank you!

Instant Message : Native Messages
23:14:54
From
Mason Rothschild
To
Mason Rothschild
Aaron Maresky

Meh no biggie

End Thread

Thread Statistics          Instant Message Count
19

CONFIDENTIAL          Rothschild008387

Plaintiffs' Exhibit 225.0005



CONFIDENTIAL

Rothschild008389

**Plaintiffs' Exhibit 225.0006**



CONFIDENTIAL

Rothschild008388

**Plaintiffs' Exhibit 225.0007**