# Exhibit 40 - Part 1

Chat with "Lauren ▇" on December 2, 2021

Lauren ▇
Mason Rothschild <▇
Mason Rothschild ▇

Earliest item: 2021-12-02 03:36:19
Latest item: 2021-12-02 23:05:02

**Thursday 02 December 2021**

Instant Message : Native Messages
03:36:19
From
  Lauren ▇
To
  Mason Rothschild ▇
  Mason Rothschild ▇

How are ya doing

Instant Message : Native Messages
16:50:44
From
  Lauren ▇
To
  Mason Rothschild ▇
  Mason Rothschild <▇

All good for today?

> Instant Message : Native Messages
> 16:51:41
> From
>   Mason Rothschild ▇
> To
>   Mason Rothschild ▇
>   Lauren ▇
>
> yep

> Instant Message : Native Messages
> 16:51:45
> From
>   Mason Rothschild ▇
> To
>   Mason Rothschild ▇
>   Lauren ▇
>
> no press?

Instant Message : Native Messages
16:52:01
From
  Lauren ▇
To
  Mason Rothschild ▇
  Mason Rothschild ▇

Nothing from basic space yet

> Instant Message : Native Messages
> 16:52:07
> From
>   Mason Rothschild ▇
> To
>   Mason Rothschild ▇
>   Lauren ▇

EXHIBIT 41

CONFIDENTIAL     Rothschild008819

**Plaintiffs' Exhibit 373.0001**

> Instant Message : Native Messages
> 16:52:09
> From
> Mason Rothschild
> To
> Mason Rothschild
> Lauren
>
> thats insane

Instant Message : Native Messages
16:52:18
From
Lauren
To
Mason Rothschild
Mason Rothschild >

Oh he did say one is interested let me get the name

Instant Message : Native Messages
16:52:28
From
Lauren
To
Mason Rothschild
Mason Rothschild

I'm following up with Vogue, Forbes and complex

Instant Message : Native Messages
18:04:41
From
Lauren
To
Mason Rothschild
Mason Rothschild

Cointelegraph's Rachel Wolfson (UVM: 8,250,390 confirmed - they want to do an interview today / tomorrow

Instant Message : Native Messages
18:05:13
From
Lauren <
To
Mason Rothschild
Mason Rothschild

Who are confirmed celebs?

> Instant Message : Native Messages
> 18:06:29
> From
> Mason Rothschild
> To
> Mason Rothschild
> Lauren <
>
> Is that a good one?

Instant Message : Native Messages

CONFIDENTIAL

Rothschild008820

**Plaintiffs' Exhibit 373.0002**