# Exhibit 40 – Part 2

Instant Message : Native Messages
18:06:38
From
Mason Rothschild <​>
To
Mason Rothschild
Lauren <

Seems very finance driveb

Instant Message : Native Messages
18:06:41
From
Lauren
To
Mason Rothschild
Mason Rothschild

This is through BS PR

Instant Message : Native Messages
18:06:43
From
Lauren
To
Mason Rothschild
Mason Rothschild

Let me look into it

Instant Message : Native Messages
18:07:00
From
Mason Rothschild >
To
Mason Rothschild
Lauren

Cause remember you told me - don't just take any interview

Instant Message : Native Messages
18:07:07
From
Lauren
To
Mason Rothschild >
Mason Rothschild

Yea

Instant Message : Native Messages
18:07:10
From
Mason Rothschild
To
Mason Rothschild
Lauren

Cause it'll ruin good ones

Instant Message : Native Messages
18:07:12
From
Lauren
To

Mason Rothschild
Mason Rothschild

Let me look at it though

Instant Message : Native Messages
18:07:16
From
Lauren
To
Mason Rothschild
Mason Rothschild

No its true

Instant Message : Native Messages
18:07:22
From
Mason Rothschild
To
Mason Rothschild
Lauren

I sont think ive ever been on cointelepgrapj haha

Instant Message : Native Messages
18:07:29
From
Lauren
To
Mason Rothschild
Mason Rothschild

Like if you want NTY and Vogue interviews they want something exclusive

Instant Message : Native Messages
18:07:30
From
Lauren
To
Mason Rothschild
Mason Rothschild

Ya know

Instant Message : Native Messages
18:07:44
From
Mason Rothschild
To
Mason Rothschild
Lauren

Its majority redistributed stories

Instant Message : Native Messages
18:07:50
From
Lauren
To
Mason Rothschild
Mason Rothschild

Lets see if they can share the interview questions

CONFIDENTIAL                                                Rothschild008822

**Plaintiffs' Exhibit 373.0004**