# Exhibit 40 – Part 3

Instant Message : Native Messages
18:07:52
From
Mason Rothschild
To
Mason Rothschild
Lauren

I'll pass on that one

Instant Message : Native Messages
18:07:55
From
Lauren <
To
Mason Rothschild
Mason Rothschild

Kk im going to have a look

Instant Message : Native Messages
18:08:06
From
Lauren
To
Mason Rothschild
Mason Rothschild

Kk dont tell Jesse I said not to do every interview

Instant Message : Native Messages
18:08:07
From
Lauren <
To
Mason Rothschild
Mason Rothschild

Hahaha

Instant Message : Native Messages
18:08:12
From
Mason Rothschild <+
To
Mason Rothschild
Lauren <

Haha ok

Instant Message : Native Messages
18:08:17
From
Mason Rothschild <
To
Mason Rothschild <                    >
Lauren <+

That one is just bad

Instant Message : Native Messages
18:08:19
From
Mason Rothschild



**Instant Message : Native Messages**
18:08:?? 
From Mason Rothschild
To Lauren

You have to admit

**Instant Message : Native Messages**
18:08:25
From Lauren
To Mason Rothschild
Mason Rothschild

I dont want him to get mad at me

**Instant Message : Native Messages**
18:08:26
From Mason Rothschild
To Mason Rothschild
Lauren

Between you and I

**Instant Message : Native Messages**
18:08:26
From Lauren
To Mason Rothschild
Mason Rothschild

Hahah

**Instant Message : Native Messages**
18:08:29
From Lauren
To Mason Rothschild
Mason Rothschild

hahahha a

**Instant Message : Native Messages**
18:08:31
From Lauren
To Mason Rothschild
Mason Rothschild

Let me look

**Instant Message : Native Messages**
18:08:35
From Mason Rothschild
To Mason Rothschild
Lauren