# Exhibit 40 - Part 4

Instant Message : Native Messages
18:08:44
From
Lauren ██████████
To
Mason Rothschild ██████████████
Mason Rothschild ████████

Ok good!

Instant Message : Native Messages
18:10:03
From
Mason Rothschild ██████████
To
Mason Rothschild ██████████████
Lauren <+ ████

No like

Instant Message : Native Messages
19:23:21
From
Lauren ██████████
To
Mason Rothschild ██████████████
Mason Rothschild ██

Checking in

Instant Message : Native Messages
19:23:23
From
Lauren ██████████
To
Mason Rothschild ██████████████
Mason Rothschild ████████

How are you

Instant Message : Native Messages
19:23:52
From
Mason Rothschild ██████████
To
Mason Rothschild ██████████████
Lauren ████

Getting massage

Instant Message : Native Messages
19:23:58
From
Lauren ██████████
To
Mason Rothschild ██████████████
Mason Rothschild ████████

Omg love uuu

Instant Message : Native Messages
19:24:00

CONFIDENTIAL

Rothschild008825

Plaintiffs' Exhibit 373.0007

Mason Rothschild ██████████
To
Mason Rothschild ██████████
Lauren ██████████ >

Lol

Instant Message : Native Messages
21:53:33
From
Mason Rothschild ██████████
To
Mason Rothschild < ██████████
Lauren < ██████████

Screen Shot 2021-12-02 at 1.42.35 PM.jpeg

Sarah                                                    12:18 PM

Hi Mason,

I hope this email finds you healthy and safe. I'm a booker for Yahoo Finance LIVE, the #1 digital
financial news program in the U.S. providing viewers with 8-hours of live, daily market coverage.

Our team read about your new MetaBirkins NFT Series and really love the collection. I'm reaching out
to see if you'd be interested in joining us for a live, on-camera interview to tell us more about it. We
regularly discuss NFT's on our program and think this could make for a great conversation.

We have availability during our 2-3pm ET hour tomorrow (12/3). Would you be available during that time
frame? For awareness, we are still conducting interviews remotely and can connect with guests via
Skype, Zoom or Google Meet.

Please let me know if this is something we could coordinate. I'm happy to answer any additional
questions you might have.

Best,
Sarah

YF_1Sheeter_September

PDF

Instant Message : Native Messages
21:54:57
From
Mason Rothschild ██████████
To
Mason Rothschild ██████████
Lauren ██████████

CONFIDENTIAL

Rothschild008826

Plaintiffs' Exhibit 373.0008