# Exhibit 40 - Part 5

Instant Message : Native Messages
21:55:05
  From
    Lauren
  To
    Mason Rothschild
    Mason Rothschild <

Do you want to loop me in and I can talk it through

Instant Message : Native Messages
21:55:06
  From
    Mason Rothschild
  To
    Mason Rothschild
    Lauren <

the biggest financial resource

Instant Message : Native Messages
21:55:10
  From
    Lauren <
  To
    Mason Rothschild
    Mason Rothschild

I want to make sure you know questions, etc

Instant Message : Native Messages
21:55:17
  From
    Lauren
  To
    Mason Rothschild <
    Mason Rothschild <

So you are prepared

Instant Message : Native Messages
21:55:24
  From
    Lauren
  To
    Mason Rothschild <
    Mason Rothschild

We can come up with talking points etc

Instant Message : Native Messages
21:55:31
  From
    Lauren <
  To
    Mason Rothschild
    Mason Rothschild <+

Happy to help if you want!

Instant Message : Native Messages
21:55:41
  From
    Lauren <

CONFIDENTIAL

Rothschild008827

**Plaintiffs' Exhibit 373.0009**

To
Mason Rothschild
Mason Rothschild

Otherwise ask them the questions, and who else is going to be on the episode

Instant Message : Native Messages
21:55:45
From
Lauren
To
Mason Rothschild
Mason Rothschild

Thats amazing!!!!

Instant Message : Native Messages
21:56:30
From
Lauren
To
Mason Rothschild
Mason Rothschild

You can loop me in at ▮ if you want

Instant Message : Native Messages
22:14:56
From
Mason Rothschild
To
Mason Rothschild
Lauren

i feel like i shouldn't do it

Instant Message : Native Messages
22:15:04
From
Mason Rothschild
To
Mason Rothschild
Lauren

theres too much legal

Instant Message : Native Messages
22:15:13
From
Mason Rothschild
To
Mason Rothschild
Lauren <

and i don't want to get asked a question

Instant Message : Native Messages
22:15:22
From
Lauren <
To
Mason Rothschild
Mason Rothschild <

CONFIDENTIAL

Rothschild008828

**Plaintiffs' Exhibit 373.0010**