# Exhibit 40 – Part 6

How did the call go with Hermes?

Instant Message : Native Messages
22:15:24
    From
        Mason Rothschild
    To
        Mason Rothschild
        Lauren

that can be used against me if hermes wants to be shitty

Instant Message : Native Messages
22:15:29
    From
        Mason Rothschild
    To
        Mason Rothschild
        Lauren

thats tbd next week

Instant Message : Native Messages
22:15:31
    From
        Mason Rothschild
    To
        Mason Rothschild
        Lauren

tuesday

Instant Message : Native Messages
22:16:05
    From
        Lauren <​>
    To
        Mason Rothschild
        Mason Rothschild <​>

Loved "thats tbd next week"

Instant Message : Native Messages
22:16:29
    From
        Lauren <
    To
        Mason Rothschild
        Mason Rothschild

Then let's keep a low press profile for now. You're already getting so much buzz organically

Instant Message : Native Messages
22:16:38
    From
        Lauren
    To
        Mason Rothschild
        Mason Rothschild <

Just to keep yourself protected

Instant Message : Native Messages
23:05:02

CONFIDENTIAL

Rothschild008829

Plaintiffs' Exhibit 373.0011

From
Lauren <█████████>
To
Mason Rothschild <█████████████████>
Mason Rothschild <+█████████>

Call me if you need anything

**End Thread**

Thread Statistics | Instant Message Count
67

CONFIDENTIAL

Rothschild008830

**Plaintiffs' Exhibit 373.0012**