# Exhibit 41

iMessage
Fri, Dec 3, 1:11 PM

Wait i just listed for 10ETH

MAYBE I DELIST?

lmao

post in discord

Moshe Sacks

Wow

Holy moly

 Tell them we are down to do the murakami
👀 🔥

Show me the email

I'm curious



Mason you gotta post that subject email

In announcements

Lol

Fri, Dec 3, 2:49 PM

Mason thoughts on pushing:
1) BIRKIN as profile pic
2) pushing birkin memebrs to follow each other (including celebs)

**CONFIDENTIAL**

**SACKS_000242**

**Plaintiffs' Exhibit 305.0001**

Mason Rothchild

omg

i was literally doing thay

that*

rn

lol



Great minds think alike

Mason Rothchild



SACKS_000243

**Plaintiffs' Exhibit 305.0002**



Mason Rothchild

 look what i was typing

1 Reply

WOW

hahhahahaha

Mason Rothchild

o'll post sothebys later

Can u show me email

I wanna see

Mason Rothchild



SACKS_000244

Plaintiffs' Exhibit 305.0003





Not bad not bad

Mason Rothchild

 Damn

CONFIDENTIAL

Are you posting

Mason Rothchild

 Yeah sec

Moshe Sacks

**Mason**

What's your plan this weekend

 You celebrating or what

Mason Rothchild

 Sleeping

lol

**Truman**

i feel like you should take that 5

 tbh

Moshe Sacks

Nah don't take it

Mason you gotta let people know

That's bag holders eat on the future releases

 Like these are the senior ones

Mason Rothchild

 i told noble

 that i'd give him a bag if he could get whales to sweep the floor

Moshe Sacks

Here's what you could do also

Wow bro this is a sick idea

But you gotta cut us in lol

You ready for 🔥 🔥

The top 100 bag holders can mint a mini version of their bag for 10eth

 Or maybe 5eth

Mason Rothchild

i'd say more like 1 eth for that or some shit

10 is too money grabby

lol

 holders don't even got 45k

Moshe Sacks

Ya but that's kinda the point

You dont want a lot of mini bags minted

And then the floor price will be really high for them

And that also makes all the top 100 bags more valuable

 It's luxury bro

Mason Rothchild



**MR** do we give up on david and friends

Heading offline for Shabbat

Mason Rothchild
**MR** fasho

But could honestly be a blessing if "future cops off resell" and RTs

Mason Rothchild
**MR** he wont

I'll see u tmo night

Mason Rothchild
**MR** he got gifted ape

oh

Mason Rothchild
**MR** from moonpay

Yea but we can still airdrop

And it'll seem like it's off floor

Idk

Just a thought

Will hit you tmo night

Let's keep the hype going

Amazing week this week!

Mason Rothchild
**MR** lol i need a team

SACKS_000248

Plaintiffs' Exhibit 305.0007

 **MR** im gassed

Sat, Dec 4, 8:03 AM

Mason Rothchild
Another sold for 9.9

 **MR** We're moving toward 600k traded in 48hrs

Moshe Sacks
Saw that notification bro

Honestly think we're just getting started

 Once there's more bags

Mason Rothchild
noble says he'll get the whales on it

 **MR** im holding a bag for him

Moshe Sacks
Any thoughts on doing the murakami with Sotheby's

Mason Rothchild

for incentive

my goal was to use sothebys

to get hermes maybe on board

 **MR** 1/1

Moshe Sacks
 Interesting

Mason Rothchild
hermes/metabikrins

CONFIDENTIAL

MR just one

Moshe Sacks

I like the idea of collabing for Sotheby's regardless honestly

Even if it's not Hermes

I really like this right to a mini bag idea

 I jumped the gun with the 10eth mint but think it's worth a discussion. Unless you hate the idea

Mason Rothchild

MR 10eth to mint the small ones?

Moshe Sacks

Could be 3eth

1) makes the existing bags more valuable

 2) rewards holders for keeping their bag rn or selling at a higher floor

 3) automatically makes the first 100 drop more special than the next 900

Mason Rothchild

MR could kill the project by looking like a money grab though

Moshe Sacks

So maybe make the mint 1eth

I hear you

Def not trying to fuck the community

 I just love the ape concept of having a set

SACKS_000250

Plaintiffs' Exhibit 305.0009

Mason Rothchild

It would be dutch action

Which would be fun

 Start at 1 eth

Moshe Sacks

 Yeah at the end of the day

Mason Rothchild

Goes down by .1 eth every 10 min until .20

Or .1

 A lot will buy at 1

Moshe Sacks

I think the point isn't the take more money from the community

Mason Rothchild

 Just to get it over with

Moshe Sacks

It's the exact opposite

It's to give more value to bag holders

 For being an owner of the og 100

Mason Rothchild

 I feel like

Moshe Sacks

 Like even if you don't mint it. Just the right to mint is valuable

Mason Rothchild

SACKS_000251

Plaintiffs' Exhibit 305.0010

 MR

Just buying a birkin

Moshe Sacks

 Bc mint will be less than floor

Mason Rothchild

And like one of the holders of a metabirkin

On next mint day

Will win it

MR Or something along those lines

Can also throw a party for holders at my store

Get hella celebs

MR And holders

Moshe Sacks

Yeah I agree

 I gotta brainstorm more

Mason Rothchild

MR I can get kaytra to dj

Moshe Sacks

 But it's not about a money grab at all. That's never my intention.

Mason Rothchild

Give matching mini metabirkins to simi & haze the twins

MR To host

Cause giving 100 to 100 holders

SACKS_000252

Plaintiffs' Exhibit 305.0011

MR Just would piss people off

MR Cause jts like the rich get richer type deal

MR Idea



Hermes Horse

Companion

MR Would have to create the function down the line

But I can airdrop to holders

And when I get the utility right

They can "attach" to bag

Fluffly horse

And or sell separayely

SACKS_000253

Plaintiffs' Exhibit 305.0012



Moshe Sacks

I really like that idea

Just trying to think it thru

 Like maybe first iteration is being able to buy monogram

Sun, Dec 5, 12:49 AM

Mason Rothchild



Lol oof

SACKS_000254

Plaintiffs' Exhibit 305.0013

I think i got it handled now

MR But jesus

MR Mods got salty and tried to fud

We back on track now tho

Need big push to raise floor

MR David been radio silent again but we need to push him

Sun, Dec 5, 5:58 AM

Moshe Sacks

Sorry for the headache dude

David being a dick

Idt you need to worry about the floor price yet

Just need to incentivise lt holding

Sun, Dec 5, 7:35 AM

Moshe Sacks

The FUD is so dumb too. You can legit see I sent one to lala

And didn't list any

Like that's not what you'd do if you were trying to fuck the community for ur benefit

Mason Rothchild

Yeah people are dumb

Thats why i was mad worried about the wallets

SACKS_000255

Plaintiffs' Exhibit 305.0014



**wallers**

They did a whole ass powerpoint of my opensea transactions

Moshe Sacks

LOL that's so nuts

I think this is such a powerful piece

Reminds me of what's going on

But basically we need to find our 1k true fans

The floor will fluctuate until we hit they

That



NFTs: 1000 True Fans | Future
future.a16z.com



Mason Rothchild

are y'all free to chat today



i think noble was a little all talk

Moshe Sacks



Yessir

Mason Rothchild

need to plot

SACKS_000256

Plaintiffs' Exhibit 305.0015

 cause im lowkey by myself on this going to try and put together a team

Moshe Sacks

100%

 Too much for you to handle

Mason Rothchild

 need whales to sweep the floor

 community is pretty much organized

 haha i told y'all

Moshe Sacks

 At these prices don't even need whales

Mason Rothchild

people would pocket watch would watch the etherscan

 def but they needa sweep floor

 and get rid of the paper handers

lmk when free for a call

 need to do damange control

priority

- incentivize holder
- get people hype on next drop
- secure some major cosigns



Moshe Sacks

Makes sense

SACKS_000257

Plaintiffs' Exhibit 305.0016

I'm flexible



Truman lmk

Yo can you make me a mod



Idk why I cNt see the fud

Mason Rothchild



we cleaned up the whole server

Moshe Sacks



Got it

Mason Rothchild



i haven't slept yet

Moshe Sacks

I wish I could have just posted

That I'm spicy vodka

And there's nothing fishy going on rn



Transferred one to Lala

Mason Rothchild



i really needa secure future

Moshe Sacks

Holding one "personal whitelist"

And one for an unnamed celeb

That's so legit

Idt it has to be future



Just has to be another celeb

Mason Rothchild

CONFIDENTIAL

Plaintiffs' Exhibit 305.0017

its gotta be lol

cause i had to tell people in chat where shit was going

tjey werte like

 why was 120 in eth trasferred to you

Moshe Sacks

 I mean I can just transfer it to future wallet then right

Mason Rothchild

predrop

im like jesus

yeah but david gave me a bullshit wallet

 none of the 3 he sent were futures

Moshe Sacks

 I can just send to the one holding his three

Mason Rothchild

 yeah but it would just disappear

Moshe Sacks

Someone on future side has access to it no?

And the community gonna wanna see it in future confirmed wallet

Mason Rothchild

 ima hit up his side chick

Moshe Sacks

I think this is the only wallet to send it to

For it to be confirmed it's future

CONFIDENTIAL

SACKS_000259

Plaintiffs' Exhibit 305.0018

 0x1616b4c7cdb4093befbcca62f31989933
27a8e9e

 Shouldn't I just transfer to this wallet

Mason Rothchild

 na

Sun, Dec 5, 11:37 AM

Mason Rothchild

 Call?

Moshe Sacks

I'm free

 Truman?

Mason Rothchild



CONFIDENTIAL

Plaintiffs' Exhibit 305.0019

Working on a 1/1 for snoop

 Cause i see him sunday

Moshe Sacks

Wow

Holy shit

 That's so insane bro

Mason Rothchild

Going go add more purples

 Grow lights and smoke

Sun, Dec 5, 1:10 PM

Mason Rothchild



SACKS_000261

Plaintiffs' Exhibit 305.0020



Moshe Sacks

 So dope

Mason Rothchild

Truman

I need a discord superstar to run metabirkins

 if you know anyone

Sun, Dec 5, 9:42 PM

Mason Rothchild

 Bruhh



**MetaBirkin**
youtube.com                                                      ›

Someone made metabirkin song

 Why he sound like future haha



CONFIDENTIAL



Mon, Dec 6, 11:30 AM

Yo

Is yahoo today?

Mason Rothchild



Bouta gonlivr in 10

CONFIDENTIAL

Wow

Love it

What's your email mason?

How was dinner w jesse

Mason Rothchild
mase@masonrothschild.com

Ok

Cool

Mason Rothchild
so nervouis

Do you know what ur going to say

Mason Rothchild
pretty much

but dunno the questions

got it

What time does it start

Mason Rothchild
4 min

wish me luck

what channel

I wanna watch

Good luck my g

SACKS_000264

Plaintiffs' Exhibit 305.0023

Ma...

MR **not sure**

MR **DONE**

**How was ???**

Moshe Sacks

**Ayyyyyyy**

 **Let's go**

Mason Rothchild

MR **sickk**

MR **i think i smashed it**

MR 

**Wow going to watch**

**Looks hype**

Mason Rothchild

**CONFIDENTIAL**

MetaBirkins - Collection
opensea.io

need to strategize

MR volume and floor not moving too quick

Need whales

Mason Rothchild

MR jesse tried to buy me out of my royalty yesterday

MR thats where you guys come in lol

What's the latest w noble

Mason Rothchild

MR call?

I can in 5

Mason Rothchild

MR ok call me

SACKS_000266

Plaintiffs' Exhibit 305.0025



**MR** smalls

Moshe Sacks

Yo

I just listened

**Mason**

You killed it

Honestly I'd be way more nervous than you were up there bro

 Good shit

Alex

Can you call david Cohen

And just close him

Or get us in a txt

Since future will be huge

Mason is getting snoop

Mason Rothchild





SACKS_000268

Plaintiffs' Exhibit 305.0027




Moshe Sacks

We gotta another sale. Let's go

Only issue mason

Is that now real bag holders will be losses

Pissed

That ransoms are using their NFT lmfao

Mason Rothchild

Lol it's fine


Ima tease their airdrop soon

Moshe Sacks

You don't want people making it their pro pic if not theirs honestly

Unless we give the community a bag

Then they can use one of ours lol


And rally around it

Mason Rothchild

CONFIDENTIAL

SACKS_000269

Plaintiffs' Exhibit 305.0028

Lol you told me to put it haha

Its fine

 Nobody is complaining

Moshe Sacks

 All good

Mason Rothchild

They lowkey like it

And think when a lot of people use their pic

 Its the favorite

Moshe Sacks

 Eventually it's gonna be dope bc Twitter gonna authenticate ownership

Mason Rothchild

 yeee

Mon, Dec 6, 4:20 PM

Crypto is here to stay. I'm committed to supporting creators who have pioneered the NFT space, and encouraging more women to be a part of the conversation. https://t.co/tq9EdwAmJC

 **Reese Witherspoon**
twitter.com

Should get Reese

Moshe Sacks

 Easy

Mason Rothchild

SACKS_000270

**Plaintiffs' Exhibit 305.0029**





need better tweet

Mason Rothchild

SACKS_000271

Plaintiffs' Exhibit 305.0030



Moshe Sacks

Can be better

We are a community passionate about your vision. We agree, crypto is here to stay. Let's us it for good.

Something like that

 And then get the community hype on it

Mason Rothchild

ima make a pink bag real quick

alla' legally blonde

Mon, Dec 6, 6:33 PM

another saleeeee

Mon, Dec 6, 6:33 PM
You named the conversation "MetaBirkin".

Mon, Dec 6, 6:33 PM
You named the conversation "MetaBirkin".

CONFIDENTIAL

SACKS_000272

Plaintiffs' Exhibit 305.0031

Mason Rothchild



 I think we almost got david



Ayeeeee

Mason Rothchild

this fucker better not waste my time again

CONFIDENTIAL

SACKS_000273

Plaintiffs' Exhibit 305.0032

 MR **this will send shit into a frenzy**

Whats he saying

Mason Rothchild

he just said

hmm

lol

 MR this man playing with me

Bre

Breh

Moshe Sacks

Bro this guy is a whale

0xa784779bd895b2db4c0009a7468f0900
12e12ff9

Mason Rothchild

elbobo?

 MR he collects all my shit lol

Moshe Sacks

Yeah

He's been buying

 Beast

Mason Rothchild

 MR yeah he is curator for solaverse

he's posting

like rn

SACKS_000274

**Plaintiffs' Exhibit 305.0033**

MR oh fuck

i told him just #MetaBirkins

and picture

thats it

MR Alex can you send the yellow?

Moshe Sacks

Yeah

Address?

Mason Rothchild

MR waiting for address

Wow

Mason Rothchild

oh fuck

wait

ok i need assets

ima just typre

type

Trifects

Trifecta

or

Holy Trinity

The Trinity

CONFIDENTIAL

SACKS_000275

Plaintiffs' Exhibit 305.0034

**Moshe Sacks**

Ok lmk know when you have the address

**Mason Rothchild**

Ok

Waiting

Another sold

5eth

**Moshe Sacks**

Ayyyyyyy

Legoooo

**Mason Rothchild**

Same collector

He has 6 now

**Mason Rothchild**

Another sale!!!

1 Reply

5eth

Elbobo ?

**Mason Rothchild**

Again

Yeasir

I wonder why

**CONFIDENTIAL**

**SACKS_000276**

**Plaintiffs' Exhibit 305.0035**

 Another sale!!!

**1 Reply**

Don't see this one

Mason Rothchild



Another

 He copping it all



Any word from david

**CONFIDENTIAL**

Any word from david

Mason Rothchild

 Not yet

Moshe Sacks



Another sale

Mason Rothchild

 yuhhh



CONFIDENTIAL

**Plaintiffs' Exhibit 305.0037**

Big brain

Mason Rothchild

 ima post that



Bruh truman

Gabby really just killing me rn



**CONFIDENTIAL**



Mason Rothchild

Do we ping her again

 Lol

maybe we should reply

From MB acc

Mason Rothchild



CONFIDENTIAL



Kjdfklsajkfajskfja

Yea

Like

Mason Rothchild

Send it?

Yea

Mason Rothchild

Shpuld i mention heavy women community

How would you weave that in

Plaintiffs' Exhibit 305.0040

Mason Rothchild

To force

Ima say this



what we should really do

Is get her to do AMA w community

Mason Rothchild

Definitely

Ask for ama in the tweet

SACKS_000282

Plaintiffs' Exhibit 305.0041

Ima send that

And then we dm her

 For ama?

Yea

Mason Rothchild

 ok lit

Tue, Dec 7, 7:29 AM

Mason Rothchild




Mo...

Lmk when you have an address

Mason Rothchild

Will do


We def going to the moo



What the tweet going to say

Mason Rothchild

Just #MetaBirkins

So hard

when future tweets

my team is ready

Thought we were going to the moon, turns out we were headed to Pluto.


since pluto is future's nickname

PLUTOOOOO

Mason Rothchild

Rightt that shits hard

Yea

any other updates from David

Mason Rothchild

He just said


He's gonna do it today

SACKS_000284

**Plaintiffs' Exhibit 305.0043**

He's gonna do it today

Ok dope

SACKS_000285

**Plaintiffs' Exhibit 305.0044**