# Exhibit 42

iMessage
Tue, Nov 30, 8:05 PM

Alex

Meet mason

Mason meet my older brother

Mason Rothchild

 Hello Alex!

Moshe Sacks

 What's up Mason

Mason Rothchild

 How are you my man? Good to finally link.

Moshe Sacks

Been hearing your name from my bro for years now

 Good to connect

Mason Rothchild

 I think we got a good one on our hands.

Masons been grinding….

Moshe Sacks

Yeah I've been following it man. Saw it on my fyp page

Then the Twitter hype built up

 It's a really cool project

Mason Rothchild

Skies the limit too.

CONFIDENTIAL

 We can make 900 more

Yea bruh

I'm bullish

Moshe Sacks
 I really want to be a part of this

Mason Rothchild
 People have advised me not to look too cash grabby but the people want it

Mason Rothchild
Tomorrow I have a call with a team that can create these through an algorithm

1 Reply

Moshe Sacks
 I think it's going to be an entire collection

Mason Rothchild
So I'm not making 1 per 20mins

 Lol.

 Tomorrow I have a call with a team that can create these through an algorithm

1 Reply

I can introduce someone who can do this for us too

Mason Rothchild
 Bro I need that

Already dmed him today as a backup

CONFIDENTIAL

SACKS_000002

Plaintiffs' Exhibit 306.0002

And he's down

He did heartNFTs

Mason Rothchild

Cause I need to quench their thirst asap

 Lol aaron

Nah

His dev

Lol

I knew him first

Moshe Sacks

Yeah you need to capitalize on the momentum

 And airdrop to owners

Mason Rothchild

 We should aim to launch a new project righr before xmas

Moshe Sacks

 Tease it on release

Mason Rothchild

So people gift it

 And we can do a tiktok campaign

To say like #finallygotmybirkin

All the boyfriends will ge ttheir gf a metabirkin

SACKS_000003

**Plaintiffs' Exhibit 306.0003**

Shittyt

Alright

 Lets get this shit boys

Moshe Sacks

 Bro you need to make a holiday one with the red envelope style

Lets get ittttttt

Mason Rothchild

Yess

 For the chinese

Moshe Sacks

 The Chinese will bid it to infinity

Mason Rothchild

Dutch auction it

 Well we have the community now

Moshe Sacks

 Only make 2

Mason Rothchild

Anytting is possible

 Also

Tell him about crypto.com

Mason Rothchild



CONFIDENTIAL

SACKS_000004

Plaintiffs' Exhibit 306.0004



 Post Malone management

Moshe Sacks

Bro

 David is my brother

Mason Rothchild

 Ayyy

Moshe Sacks

 Actually one of my day 1 homies

Bro it's david?!

Wow

SACKS_000005

Plaintiffs' Exhibit 306.0005

We gotta make this post shit happen

 We'll print..

Alex is boys w him

Big time

Mason Rothchild

Shit

We needa grind projects

 I need a team tho

We need to maintain some sort of exclusivity tho

And can't look thirsty

Moshe Sacks

You definitely need a team

But a good team is expensive. Think you wanna make some money first then go for the top dogs



Mason Rothchild

Yeah

 But I can't crank out 900 lol

 I learned how to render during quarantine hahha

Moshe Sacks

 Yeah no way you can do it solo

Mason Rothchild

CONFIDENTIAL

SACKS_000006

Plaintiffs' Exhibit 306.0006

 I have a team!

Moshe Sacks

 But that makes the ogs even sicker

Mason Rothchild

And am happy to part ways with my percentage

To bring them onboard

 Alex do you wanna be on call tmo for call with post!

Moshe Sacks

I'm obviously down. My job is pretty fucking insane to be honest so it really depends when it is

But can I call David

And get him hype?

 Don't wanna say anything without your permission

Mason Rothchild

Definitely.

 Let's try and win this

Maybe do somethi g with MoonPay

 Cause I'm sure they habe something with them

We can launch anything now

 But def more birkins

Moshe Sacks

CONFIDENTIAL

Moshe Sacks

Yeah they're tight with moonpay

And Gemini

 Austin Rosen is really fucking under the radar but he's legit as anyone

Mason Rothchild

Let's get it done boys.

 Happy to be in partnership, Truman has already made me some incredible intros.

Moshe Sacks

 How can we become partners

Mason Rothchild

 Do you guys want more than the 1% of aftermarket?

Moshe Sacks

 Definitely

Mason Rothchild

 Or do you want to see how this goes then buy in deeper into the full MetaBirkin project.

Moshe Sacks

I can send you 5eth tonight

We have a wallet w

Mason Rothchild

For the 1% aftermarket?

How much of it can we buy

SACKS_000008

Plaintiffs' Exhibit 306.0008




Wed, Dec 1, 6:08 AM

Mason Rothchild

 We need a BAYC

Moshe Sacks

We used to have one lol

So annoyed we sold it

 But we have the 20th rarest mutant

Mason Rothchild

 Wow



CONFIDENTIAL

SACKS_000021

**Plaintiffs' Exhibit 306.0021**



This?

Wow

gm

Mason Rothchild

I have the 10,000 rarest mutant

Gm



Mason Rothchild

I didnt sleep lol highsnob asked me for last min interviee

I need to up my pfp game

CONFIDENTIAL

SACKS_000022

Plaintiffs' Exhibit 306.0022

Moshe Sacks

 But the OG holders should prob get an airdrop

Mason Rothchild

Lets hop on a call Monday?

 To plot?

Moshe Sacks

 So 100 goes to them

Mason Rothchild

 I think I have the team in place to execute it before xmas

Moshe Sacks

And so people get super hype to buy these bc they'll potentially get future shit

 Like they did with the mutants

Mason Rothchild

 Def

Moshe Sacks

 I'm hoping on a call with David later today. He's in Miami too

I'm down to link w David

Mason Rothchild

Incredible

Gas me up lol

If we can

SACKS_000025

**Plaintiffs' Exhibit 306.0025**



**MR**

We should try and do two drops and maybe work on partnership with [crypto.com](crypto.com) or another big platform

Moshe Sacks



I got you bro

Mason Rothchild



Moonpay is the vibe i feel for my projects

Moshe Sacks

Yeah I need to keep brainstorming



But I have a lot of ideas

Mason Rothchild



100%

Moshe Sacks



Btw gonna put our agreement in writing before I wire the rest. What's best email

Mason Rothchild



[mase@masonrothschild.com](mailto:mase@masonrothschild.com)



For legal name Mason Aston-Rothschild

Moshe Sacks



Epic. Will take care of it today. Nothing official or legal but always better to get something down u feel

Mason Rothchild



Definitely



I don't think people realize how much you can get away in art by saying "in the style of"

CONFIDENTIAL

SACKS_000026

Plaintiffs' Exhibit 306.0026

Moshe Sacks

Agreed

I wonder how you can integrate the metabirkins into like decentraland



Or sandbox

Mason Rothchild

So its tough



I tried

It would just be this ugly

Voxel recetangle

Hahaha



I need more resolution in the metaverse haha

Moshe Sacks

Yeah it's tough



The graphics suck rn lol

Mason Rothchild

They're technically metaverse ready

Cause fully 3d



SACKS_000027

Plaintiffs' Exhibit 306.0027



MR But not enough pixels for this

We need to bring them to metaverse

And mason we need a post launch roadmap

Mason Rothchild



CONFIDENTIAL

SACKS_000028

**Plaintiffs' Exhibit 306.0028**

Im gonna do this poll

So fuckers cant cry and say its a cash grab

When they voted on it

**MR** Community! 👍

Whitelist submitted?

Mason Rothchild

I have two slots left

**MR** Do I give one to Noble?

not if he doesn't pull thru

W a whale

Mason Rothchild

Ok

I gave to jerry

Cause he really made the intros

And the calls are today

If I fumble, I fumble but its not his fault lol

No amelia, no josh

**MR** I gave garrett cause i need cash app

Just hold out for now? And see what happens post todays calls?

Mason Rothchild

CONFIDENTIAL

I just said wl closed

Cause wl people were selling their wl

And i didnt want anyone to get scared

 Scammed*

Yea good call

Crazy the fake MB are doing volume

Tell Alex mason bout that

Mason Rothchild

Bro

Like fove me that money haha



CONFIDENTIAL

35k in volume for fake metabirkins on opensea

Lol

 Across 8 fake metabirkin accounts

Moshe Sacks

 Jesus

Wed, Dec 1, 9:14 AM

Mason Rothchild

Ok.

So plan -

Community voted for 500-1000 more metabirkins

I can prolly crank out 300 with my team before xmas

3 drops of 300 to make the full collection and even 1,000

Dutch Auction release, starting at 2 eth and goes down by .1 eth every half hour

Moshe Sacks

 Brilliant

Mason Rothchild

basically gonna be 500 meh ones, 300 alright ones, 90 cool ones and 10 super

SACKS_000031

Plaintiffs' Exhibit 306.0031

 specials

Moshe Sacks

I honestly love it

 Makes sense to get more holders

Mason Rothchild

let's say average buy price is .5 eth

2.2m

 i was gonna make these smaller

We need to pump marketing press

Mason Rothchild

jesse is failing me rn

I got BoF tho

honestly best marketing is celebs/whales pump

 fuck real press at this point, highsnob hit this morning

Moshe Sacks

Maybe do a Virgil tribute

Like a v low key one

 Without being incentive

Mason Rothchild

 def doable but i think it'd be received wrong

1 Reply



Mason Rothchild

 Huge

Wed, Dec 1, 4:30 PM

Hailey confirmed?!

Mason Rothchild

she did?

im still waiting

 who said that?

Jerry

But

Maybe he's confused

Mason Rothchild

Nftking is hitting me trulan

Truman so funny

We was like my server got the whales

 Give 3 wl to my server

Hahahahsh

Mason Rothchild

 Lol





**MR** Miley cyrus for round two?

Wow

Mason Rothchild

**MR** Lehgo boys

MetaPateks next

**MR** MetaMilles

Lmfaooo

We Deff gotta get advice on how to proceed without tainting brand

And mainting premium feel

Mason Rothchild

CONFIDENTIAL

**MR** Def

Like i almost would shy

1 Reply

Mason Rothchild

We needa make for a push with hermes

Just to try

My plug at vogue has direct line to laris

**MR** Paris

Damn

Jesse can also help w that

Mason Rothchild

Jesse hasn't been able to do anything for me yet lol

**MR** I say I create watches

Moshe Sacks

 Wow Miley

Mason Rothchild

And we pitch the companies

**MR** To partner

Moshe Sacks

 Eh stay away from these companies for now

Like i almost would shy

1 Reply

From pushing any new projects to Public

**CONFIDENTIAL**

SACKS_000047

**Plaintiffs' Exhibit 306.0047**

until this mints and rides wave. It should be all metabirkin for next few weeks min

Moshe Sacks

 I have a lot of thoughts here lol

1 Reply

Mason Rothchild

 Let us know

Mason Rothchild



SACKS_000048

Plaintiffs' Exhibit 306.0048

Mason Rothchild

well

if david and his team don't mint

then its held up

i pinged him

nothing

What about other celebs

Mason Rothchild

omg

one just sold for $45,000

Moshe Sacks



Mason Rothchild

omgggggg

omggggg

Moshe Sacks

Wild bro

Mason Rothchild

duck

Thu, Dec 2, 8:43 PM

Mason Rothchild

jessie is a dumbass

CONFIDENTIAL

Plaintiffs' Exhibit 306.0075



why would he do this

 i literally told him what to do

Don't really get it

Also 33 volume fire

Fri, Dec 3, 6:52 AM

Moshe Sacks

  

Mason we gotta get verified before reveal

Now that we crossed 100eth

CONFIDENTIAL

SACKS_000076

Plaintiffs' Exhibit 306.0076

 Let's fucking go dude

Mason Rothchild

 Soweeeee

GMMMM

Mason Rothchild

 :)

 Reveal at 11am



Mason Rothchild

 David completely ducked me

Moshe Sacks

 PST?

Mason Rothchild

 Yeah

Moshe Sacks

I'm gonna go off on David

 Dw

Mason Rothchild

 I pinged him again

Moshe Sacks

I just called him

He didn't answer

 Told him he better get his act together

CONFIDENTIAL

Mason Rothchild

Yeah thats lowkey not cool

Gave me his word

I gave them what they wanted

Moshe Sacks

Dude you have him 3 bags

That's 30eth

And he's fucking you lol

Minimum it's 15 eth

That's 65k

3% of the release

 It's not chill at all

Mason Rothchild

Yeah i have 4 hrs to come up with a better plan lol

OS will verify as soon as reveal

we are on our way boys



CONFIDENTIAL

wtf

david now saying

I'll try to get this done

but he just minted two

 wtf

 what do i do???

Screenshot

Mason Rothchild



he just said tgonna get it done thats the plan

lol

like bruh

i just gave you 140k in birkins

 lol

Nah that seems ok

"Gonna get it done " = yes imo

Plaintiffs' Exhibit 306.0085

AISO

Tell him how much it's worth

Mason Rothchild

i did

he said

 "that helps"

Moshe Sacks

Sorry I'm getting raped this morning lol

 David fully ghosted me

Mason Rothchild

 lol

Moshe Sacks

 But I don't think he's gonna fuck you

Mason Rothchild

 i told him he has 45min to mint

Moshe Sacks

 If he's responding and shit

Mason Rothchild

ima hold on giving ilya one Truman

he called ericka like 30 times last night

and commented on her pics

 like jesus

That's wack

Mason Rothchild

i told him i got him like 4 weeks ago

SACKS_000086

Plaintiffs' Exhibit 306.0086

but like bro i got mad busy

 MR a lot changed from october to now

Yea I'm not judging

He's just a good designer

And could help a ton for future projects

In terms of sick experiences

Maybe promise him multiple WL for next one?

Mason Rothchild

noble saying

he can get all the whales

MR do i give him tygas spot

What's tyga saying

Moshe Sacks

 Fuck Tyga lol

Mason Rothchild

ok fuck tyga

MR but noble

Moshe Sacks

Wanna give it to us

 Well sell and split the profit

Mason Rothchild

that's also what i was thinking lol

CONFIDENTIAL

SACKS_000087

Plaintiffs' Exhibit 306.0087

lol

more chances at a rare

what split 80/20?

Moshe Sacks

Promise Noble too at the next drop

Ya 80/20 perfect

I'll list right away

Mason Rothchild

i'd hold

Moshe Sacks

Get that patek paid for bro

Mason Rothchild

wait

will it show our transfers of crazy money

between accounts tho

lol

people might think i backdoored

Moshe Sacks

We're gonna be transferring so much back and forth anyway

And I have so many wallets too

Mason Rothchild

do you have a sep metamask wallet

Moshe Sacks

CONFIDENTIAL

SACKS_000088

Plaintiffs' Exhibit 306.0088

 You don't have to worry

**Mason Rothchild**

yeah lemme send to one you didn't send me money from

 cause they got some sherlock holmes level fuckers in here

**Moshe Sacks**

Ok

We're gonna get fucked on taxes though

 But I'll figure that out separate

**Mason Rothchild**

 yeah we'll sort it

 send addy

**Moshe Sacks**

 0x55D6D25aE0B1280392F98cd30724dEfB 1Fea849b

^alex send yours

Ye

**Mason Rothchild**

jesus david lol

just lagging

he asked for more time

 i don't have more time

Got 40min

**Mason Rothchild**

CONFIDENTIAL

SACKS_000089

Plaintiffs' Exhibit 306.0089

he has like 27

**MR** lol

Moshe Sacks

Tell him to get his shit together

Mason Rothchild

ima ping again at 30

**MR** and 45

alex

go mint



MetaBirkins
mint.metabirkins.com

Moshe Sacks

On it

Mason Rothchild



Moshe Sacks

Good message

Mason Rothchild

SACKS_000090

**Plaintiffs' Exhibit 306.0090**