# Exhibit 44



| | |
|---|---|
| Transaction Hash: | 0xe7a1e6abde8a0e971ff6d2b57e4deab14f48798b7a786600680c8987a0516f2c |
| Status: | Success |
| Block: | 13731094 1495809 Block Confirmations |
| Timestamp: | 236 days 18 hrs ago (Dec-03-2021 02:58:23 AM +UTC) \| Confirmed within 3 secs |
| Transaction Action: | Sale: 1 NFT On OpenSea<br>Transfer of MetaBirkins (META) From 0xa4464043350b1bd4f1... To 0xa784779bd895b2db4c...<br>1 of Token ID [64] |
| From: | bobolandia.eth |
| Interacted With (To): | Contract 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b (OpenSea: Wyvern Exchange v1)<br>└ TRANSFER 1 Ether From OpenSea: Wyvern Exch... To → OpenSea: W...<br>└ TRANSFER 9 Ether From OpenSea: Wyvern Exch... To → 0xa4464043350b1bd4f11ea345... |
| Tokens Transferred: | From 0xa4464043350b1... To 0xa784779bd895b...<br>For ERC-721 Token ID [64] MetaBirkins (META) |
| Value: | 10 Ether ($42,193.20) |
| Transaction Fee: | 0.018269943295658922 Ether ($77.09) |
| Gas Price: | 0.000000084635576217 Ether (84.635576217 Gwei) |
| Ether Price: | $4,219.32 / ETH |

**Plaintiffs' Exhibit 67.0001**