# Exhibit 45



**Plaintiffs' Exhibit 83.0001**