# Exhibit 46



https://opensea.io/collection/ilyyw January 11, 2023 at 5:58 PM EST

OpenSea | Search items, collections, and accounts | Explore | Drops | Stats | Resources

# I Like You, You're Weird

By **Weirdos-Deployer**

Items **7,759** · Created **Mar 2022** · Creator earnings **0%** · Chain **Ethereum** · Category **PFPs**

A community-driven collectibles project featuring art by Amber Park and Mason Rothschild. Across the 10,000 Weirdos in our collection, no two are the same - much like humankind itself. Consider every Weirdo minted representative of that holder's inner Weirdo, a cosmic embodiment of our one-of-a-kind oddities.

See less

| 4,303 ETH | 0.0455 ETH | 0.0356 WETH | 3% | 3,714 | 48% |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owners | unique owners |

**Items** | Analytics | Activity

Search by name or attribute | Price low to high

**Status**

Buy Now

On Auction

**Price**

**Rarity rank**

**Quantity**

**Currency**

**On Character** 5

**Real Weird** 20

Updated 12s ago | **10,000 items**

**Weirdo #8329** | # 2,174
**0.0455 ETH**
Ends in 19 hours

**Weirdo #154** | # 6,874
**0.0456 ETH**
Ends in 45 minutes

**Weirdo #67** | # 3,760
**0.0457 ETH**
Ends in 12 hours

EXHIBIT
Defendant's Exhibit 525

| Weirdo #1849 | # 2,828 |
|---|---|
| 0.0458 ETH | |
| Ends in 5 minutes | |

| Weirdo #3140 | # 2,825 |
|---|---|
| 0.0459 ETH | |
| Ends in 12 hours | |

| Weirdo #9311 | # 3,630 |
|---|---|
| 0.0459 ETH | |
| Ends in 12 hours | |



Weirdo #7784   # 438
0.046 ETH



Weirdo #6988   # 3,867
0.0465 ETH
Last sale: 0.0397 WETH



Weirdo #261   # 5,653
0.047 ETH



Weirdo #3866   # 7,199
0.047 ETH
Last sale: 0.040 WETH



Weirdo #5615   # 3,473
0.0483 ETH
Ends in 13 hours



Weirdo #5335   # 4,333
0.049 ETH
Ends in 7 days



Weirdo #6061   # 2,346
0.049 ETH
Last sale: 0.039 WETH



Weirdo #7582   # 1,581
0.049 ETH
Ends in 7 days



Weirdo #918   # 6,983
0.049 ETH
Ends in 7 days



Weirdo #3000   # 6,323



Weirdo #4765   # 1,473



Weirdo #7623   # 938

0.050 ETH
Ends in 2 days

0.050 ETH
Ends in 2 days

0.050 ETH
Ends in 1 day



Weirdo #2032     # 2,290
0.054 ETH
Ends in 19 hours

Weirdo #3295     # 4,648
0.054 ETH
Ends in 19 hours

Weirdo #3724     # 2,116
0.055 ETH
Ends in 19 hours

 

Weirdo #7691     # 883
0.055 ETH
Ends in 2 days

Weirdo #8643     # 1,263
0.055 ETH
Ends in 10 hours

Weirdo #1952     # 1,677
0.0555 ETH
Last sale: 0.0461 WETH

  

Weirdo #3004     # 3,571
0.0555 ETH
Ends in 7 days

Weirdo #9878     # 8,337
0.0555 ETH
Ends in 7 days

Weirdo #3647     # 5,717
0.0556 ETH
Ends in 22 hours

  

Weirdo #6475     # 3,873
0.0556 ETH

Weirdo #4310     # 6,621
0.057 ETH

Weirdo #9780     # 3,914
0.0577 ETH











Ends in 22 hours

Last sale: 0.320 ETH

Ends in 5 hours

Weirdo #2302 # 8,677

0.0588 ETH

Last sale: 0.088 ETH

Weirdo #1328 # 1,476

0.0589 ETH

Last sale: 0.199 ETH

Weirdo #4121 # 5,120

0.059 ETH

Last sale: 0.0225 WETH

Weirdo #5170 # 1,104

0.059 ETH

Last sale: 0.0283 WETH

Weirdo #7962 # 6,657

0.059 ETH

Last sale: 0.0232 WETH

Weirdo #9870 # 1,305

0.059 ETH

Last sale: 0.1879 ETH

Weirdo #4266 # 4,925

0.060 ETH

Ends in 4 days

Weirdo #4798 # 7,661

0.060 ETH

Last sale: 0.175 ETH

Weirdo #4868 # 3,470

0.060 ETH

Ends in 4 days

Weirdo #5152 # 1,926

0.060 ETH

Ends in 4 days

Weirdo #7011 # 3,100

0.060 ETH

Last sale: 0.090 WETH

Weirdo #7241 # 8,040

0.060 ETH

Ends in 4 days

| Weirdo #1742 | # 8,821 |
|---|---|
| **0.085 ETH** | |
| Ends in 8 hours | |

| Weirdo #276 | # 5,019 |
|---|---|
| **0.085 ETH** | |

| Weirdo #8220 | # 6,556 |
|---|---|
| **0.085 ETH** | |
| Last sale: 0.0559 ETH | |