# Exhibit 47

Chat with "Mark Design" ▮▮▮▮▮▮▮▮▮▮▮▮ on November 29, 2021
Mason Rothschild ▮▮▮▮▮▮▮▮▮▮▮▮
Mark Design ▮▮▮▮▮▮▮▮▮▮▮▮
Earliest item: 2021-11-29 13:59:24
Latest item: 2021-11-29 23:08:39

**Monday 29 November 2021**

Instant Message : WhatsApp
13:59:24
From
Mason Rothschild ▮▮▮▮▮▮▮▮▮▮▮▮
To
Mark Design ▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL

Rothschild014947

**Plaintiffs' Exhibit 232.0001**



CONFIDENTIAL

Rothschild014948

**Plaintiffs' Exhibit 232.0002**

**Instant Message : WhatsApp**
13:59:32
From
Mason Rothschild
To
Mark Design

A few hours later 10k members

**Instant Message : WhatsApp**
13:59:40
From
Mason Rothschild
To
Mark Design

This might be the next blue chip

**Instant Message : WhatsApp**
14:00:09
From
Mason Rothschild
To
Mark Design

We might have to do another 100 lol

**Instant Message : WhatsApp**
15:00:46
From
Mark Design
To
Mason Rothschild

What

**Instant Message : WhatsApp**
15:00:48
From
Mark Design
To
Mason Rothschild

Damn

**Instant Message : WhatsApp**
15:02:22
From
Mason Rothschild
To
Mark Design

Should we make more for drop 2?

**Instant Message : WhatsApp**
15:05:16
From
Mark Design
To
Mason Rothschild

Damn, if we have enough ideas why not

CONFIDENTIAL                                                    Rothschild014949

**Plaintiffs' Exhibit 232.0003**

Instant Message : WhatsApp
15:05:22
   From
   Mark Design
   To
   Mason Rothschild

Or more drops with 100

Instant Message : WhatsApp
15:05:25
   From
   Mark Design
   To
   Mason Rothschild

If they bite

   Instant Message : WhatsApp
   16:47:30
      From
      Mason Rothschild
      To
      Mark Design

   if you're able to do

   Instant Message : WhatsApp
   16:47:33
      From
      Mason Rothschild
      To
      Mark Design

   a few last ones lmk

   Instant Message : WhatsApp
   16:47:35
      From
      Mason Rothschild
      To
      Mark Design



   https://mmg.whatsapp.net/d/f/AsOLKCwzNnFr5nqVvMlJZc2LSBPFhcOYUTJtNsXZetJX.enc

   Instant Message : WhatsApp
   16:47:40

CONFIDENTIAL

Rothschild014950

**Plaintiffs' Exhibit 232.0004**

From Mason Rothschild
To Mark Design

the basquiat

Instant Message : WhatsApp
16:47:44
From Mason Rothschild
To Mark Design

from figma

Instant Message : WhatsApp
18:05:47
From Mark Design
To Mason Rothschild

I'll check it

Instant Message : WhatsApp
18:06:05
From Mark Design
To Mason Rothschild

Should have some time off towards the morning

Instant Message : WhatsApp
18:06:13
From Mark Design
To Mason Rothschild

I'll try to

Instant Message : WhatsApp
18:06:47
From Mason Rothschild
To Mark Design

no problem if you cant

Instant Message : WhatsApp
18:07:56
From Mark Design
To Mason Rothschild

We wilo need it for the 2nd drop anyways

Instant Message : WhatsApp
18:07:58
From

CONFIDENTIAL                                                                  Rothschild014951
**Plaintiffs' Exhibit 232.0005**

Mark Design
To
Mason Rothschild

:D

Instant Message : WhatsApp
18:08:05
From
Mason Rothschild
To
Mark Design

def

Instant Message : WhatsApp
18:08:10
From
Mason Rothschild
To
Mark Design

lol

Instant Message : WhatsApp
18:08:10
From
Mason Rothschild
To
Mark Design

let's make 900 more

Instant Message : WhatsApp
18:08:12
From
Mason Rothschild
To
Mark Design

400k

Instant Message : WhatsApp
18:08:16
From
Mason Rothschild
To
Mark Design

100k for ya

Instant Message : WhatsApp
18:08:18
From
Mark Design
To
Mason Rothschild

You want to change on the background? Like color to show its the 2nd edition

Instant Message : WhatsApp
18:08:23
From
Mason Rothschild

CONFIDENTIAL                                                                                         Rothschild014952
**Plaintiffs' Exhibit 232.0006**

| | |
|---|---|
| To | Mark Design |
| def | |

Instant Message : WhatsApp
18:08:40
From
Mark Design
To
Mason Rothschild

If you can sell it I can make it

Instant Message : WhatsApp
18:08:44
From
Mark Design
To
Mason Rothschild

:D

Instant Message : WhatsApp
21:59:38
From
Mark Design
To
Mason Rothschild

BTW, did you see the new stuff I uploaded?

Instant Message : WhatsApp
21:59:43
From
Mark Design
To
Mason Rothschild

162 was the last

Instant Message : WhatsApp
22:00:32
From
Mason Rothschild
To
Mark Design

Yesss

Instant Message : WhatsApp
22:00:45
From
Mark Design
To
Mason Rothschild

I think I have time for 3-4 pieces

Instant Message : WhatsApp
22:00:52
From
Mark Design
To

**Mason Rothschild:** will start on them now

**Instant Message : WhatsApp 22:01:13**
From Mason Rothschild
To Mark Design
> Sweet

**Instant Message : WhatsApp 22:01:20**
From Mason Rothschild
To Mark Design
> I can squeeze them in

**Instant Message : WhatsApp 22:03:58**
From Mark Design
To Mason Rothschild

Moving into a van next year and working on the whole build... it's lots of work :D

CONFIDENTIAL

Rothschild014954

**Plaintiffs' Exhibit 232.0008**



https://mmg.whatsapp.net/d/f/AIJ6uXe1dVSZP5rRiZPzuhke4jFDfThJ0M2uKSoHOvBj.enc

Instant Message : WhatsApp
22:04:41
From
Mark Design
To
Mason Rothschild

but I will have about 5-6 hours of time every day as I did not accept any new projects

Instant Message : WhatsApp
22:04:49
From
Mark Design <
To
Mason Rothschild <

so if the bags sell we can make plenty



Instant Message : WhatsApp
22:08:02
From
Mason Rothschild
To

CONFIDENTIAL                                                                                                                Rothschild014955

**Plaintiffs' Exhibit 232.0009**

**Mark Design**
Woww

Instant Message : WhatsApp
22:08:07
From
Mason Rothschild
To
Mark Design
Where you traveling

Instant Message : WhatsApp
22:08:23
From
Mark Design
To
Mason Rothschild

Whole europe for now

Instant Message : WhatsApp
22:08:26
From
Mark Design
To
Mason Rothschild

5-6 months

Instant Message : WhatsApp
22:08:45
From
Mark Design
To
Mason Rothschild

then next year I'll see what the world situation is

Instant Message : WhatsApp
22:08:56
From
Mason Rothschild
To
Mark Design
Come to LA

Instant Message : WhatsApp
22:09:27
From
Mark Design
To
Mason Rothschild

I'll try to make it happen one day

Instant Message : WhatsApp
22:09:42
From
Mark Design
To
Mason Rothschild

would love to travel from alaska to mexico

Instant Message : WhatsApp
22:10:16
From
Mark Design <
To
Mason Rothschild <

I cant even imagine how big the US is... If I drove from 1 end to the next in my country I need about 2.5 hours :D

Instant Message : WhatsApp
22:10:31
From
Mason Rothschild <
To
Mark Design <

Were sitting on a gold mine

Instant Message : WhatsApp
22:10:36
From
Mason Rothschild
To
Mark Design <

Im a marketing king

Instant Message : WhatsApp
22:10:38
From
Mason Rothschild
To
Mark Design

Hahahaha

Instant Message : WhatsApp
22:10:48
From
Mark Design <
To
Mason Rothschild <

hehe

Instant Message : WhatsApp
22:10:51
From
Mason Rothschild
To
Mark Design

We must meet

Instant Message : WhatsApp
22:10:57
From
Mark Design <
To
Mason Rothschild <

CONFIDENTIAL

Rothschild014957

Plaintiffs' Exhibit 232.0011

do people need to get whitelisted?

**Instant Message : WhatsApp**
22:11:05
From Mason Rothschild
To Mark Design

Yeah

**Instant Message : WhatsApp**
22:11:06
From Mason Rothschild
To Mark Design

All wl

**Instant Message : WhatsApp**
22:45:54
From Mark Design
To Mason Rothschild

uploaded 3, if we still need some urgent piece send it over and I'll look at it in the morning

**Instant Message : WhatsApp**
23:08:39
From Mason Rothschild
To Mark Design

Dickbutt hahahahaha

**End Thread**

Thread Statistics | Instant Message Count
59

CONFIDENTIAL

Rothschild014958

**Plaintiffs' Exhibit 232.0012**