# Exhibit 48

Work Product

**Plaintiffs' Exhibit 238.0001**

HERMES_0009802

Plaintiffs' Exhibit 238.0002