# Exhibit 50

**Sent**: 12/3/2021 10:44:10 PM
**To**: 1457432485411782658 <>, 1394330406581948423 <>
**Subject**: 1394330406581948423-1457432485411782658 - 2021/12/03

**1394330406581948423**
12/03/2021 10:44:10 PM
Hey MetaBirkins team! Just trying to reach out about my gifted MetaBirkin from the naming contest on instagram a while back. My ig is @hectourc, thanks!

CONFIDENTIAL

Rothschild000099

**Plaintiffs' Exhibit 388.0001**