# Exhibit 54



CONFIDENTIAL

Rothschild009076

**Plaintiffs' Exhibit 134.0001**