# Exhibit 55



← Tweet

MasonRothschild
@MasonRothschild

MetaBirkins are the key to unlocking all my future projects. Guaranteed whitelists, guaranteed airdrops. Endless value for the people who believe in me and my work. It's all about the journey and I'm just getting started.

10:15 PM · Jan 14, 2022 · Twitter for iPhone

21 Retweets   3 Quote Tweets   95 Likes

Plaintiffs' Exhibit 144.0001