# Exhibit 56

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and )
HERMÈS OF PARIS INC., )
)
Plaintiffs, )
)
vs. ) No.
) 1:22-CV-00384-JSR
MASON ROTHSCHILD, )
)
Defendant. )
------------------------- )

September 23, 2022
9:32 a.m.

Deposition of BLAKE GOPNIK, held at the offices of Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York, pursuant to subpoena, before Laurie A. Collins, a Registered Professional Reporter and Notary Public of the State of New York.

Gopnik

and then counsel may proceed.

B L A K E  G O P N I K ,

called as a witness, having been duly sworn by the notary public, was examined and testified as follows:

EXAMINATION BY

MR. FERGUSON:

Q. Good morning. Can you please state your full name for the record? 09:34:13

A. Blake Gopnik.

Q. Dr. Gopnik, have you been deposed before?

A. No.

Q. Have you ever testified in court 09:34:23 before?

A. No.

Q. Do you have an understanding of what's going to be taking place at this deposition today?

A. I believe I do. 09:34:33

Q. And is that understanding based on information provided to you in conversation with the counsel representing you today?

A. Yes.

Q. I'm just going to review a few ground 09:34:44

Gopnik

A. Not for a layman, just as I wouldn't be able to tell a knowledgeable sports reporter from one who isn't knowledgeable.

Q. Are there any objective criteria that can be used to distinguish a knowledgeable art critic from an ignorant art critic? 12:07:53

A. I think if you looked at the course of their career and saw if they were -- held interesting, complex views about art, you'd say, yes, this person is interesting and this other person uses clichés, et cetera, and therefore is not interesting. 12:08:08

(Discussion off the record.)

Q. Are you aware of any consensus among art critics that the images in NFTs produced and sold by Mason Rothschild find their natural and obvious home among the artistic experience carried out by modern artists over the last century? 12:08:57

A. There is no consensus among art critics on pretty much any issue. For instance, I find the Mona Lisa a fairly trivial object, and most art critics would disagree with me. 12:09:15

Q. Referring to page 5, paragraph 11. The first sentence begins, By the end of the 1960s, 12:10:02

Gopnik

A. I hope so.

Q. Does that definition appear in any texts that you consider authoritative?

MR. SPRIGMAN: Objection. 01:18:58

A. I have to admit it has never occurred to me to look for a definition of art in an authoritative text. I've been studying art for 25 years, and I feel that I have enough experience to understand it. It is extremely difficult to 01:19:10 understand, so everyone will have to arrive at a definition that makes sense, because it's such a thorny question.

Q. Have you ever heard the expression "art is in the eye of the beholder"? 01:19:24

A. One of the sillier expressions I've ever heard.

Q. I think I know the answer to this question. Do you agree with that statement?

A. That art is in the eyes of the 01:19:36 beholder?

Q. Art is in the eye of the beholder.

A. I think it's a meaningless statement, so I can't agree or disagree with it. I'm not sure what it means. 01:19:47

Gopnik

Q. In your experience do different people have different views of what they consider to be art?

MR. SPRIGMAN: Objection. 01:20:04

A. Yes, absolutely. In the general community, that's certainly true.

Q. Could you elaborate on what you meant by "general community" in your last answer?

A. I was just trying to clarify my answer, 01:20:20 that I can't speak for every single human being on the planet, and I'm fairly certain that there is nothing in the world that everyone agrees on. And one of the things that they might not agree about are art. 01:20:33

Q. If two art critics disagree whether a particular item is art, is there an agreed-upon method in the art criticism profession for resolving that dispute?

A. No. I think most sophisticated art 01:20:58 critics would think it was probably irresolvable.

Q. Do you have a definition of business art?

A. Yes.

Q. What is your definition of business 01:21:19

Gopnik

art?

A. Business art is art that engages directly and powerfully with -- for want of a better word, with business, with commerce, with a 01:21:31 wide range of activities that on the face of it normally might seem as being essentially about finances and commodities but in fact when introduced into the discourse of art seem to have a richer set of resonances. It's a way of using 01:21:46 art to look at the world of finance and business by participating in it to a certain extent.

I'm sorry, it's a long-winded answer.

Q. Are there times when people participate in the world of finance and business and they're 01:22:04 not engaging in business art?

A. Yes.

Q. How can you tell whether someone is engaging in business art or not?

A. Through a larger set of contextual 01:22:16 clues that tell you, oh, this might be worth looking at as an artistic activity; for instance, in the case of Andy Warhol, because he's generally regarded as an artist and presents himself as an artist. 01:22:32

Gopnik

Q. What are other contextual clues that let you know that business or financial activity is in fact business art?

A. I'd put it the other way around. There are often cues that tell you that there's something that reminds you of art in this activity that might otherwise seem to be business. 01:22:51

It goes both ways. There are things that seem at first glance to be art but then have a business component and things that have a business -- seem essentially business that then have an artistic component. 01:23:03

Either way you can be in the face business art. 01:23:17

Q. Is the definition of business art that you've provided generally accepted among art critics?

MR. SPRIGMAN: Objection.

A. My definition was so, I'm sorry, but loosely phrase that'd it's hard to say if -- it's not like defining the meaning of a word in one sentence. I think there'd be consensus that there's a phenomenon where artists interact with commerce and it's an important concept. 01:23:26 01:23:45

Gopnik

Q. Did you need specialized training or experience to recognize that the act of that auction was art?

A. You do not need specialized training, 01:36:48 but you need general experience of the nature of contemporary art and of twentieth century --

Q. Do you need to immerse --

MR. SPRIGMAN: Wait a second.

Q. I didn't read realize you hadn't 01:37:00 finished. I'll stop.

Do you need to immerse yourself in the world of contemporary art to recognized that Damien Hirst's auction in September of 2008 was business art? 01:37:14

A. Yes.

Q. Do you know if there is a consensus among art critics as to whether the activities we just talked about -- creating a corporation, public sale of works -- is there a consensus as to 01:37:43 whether those activities can be art?

MR. SPRIGMAN: Objection.

A. Again, there's no consensus among art historians about anything, including whether the Mona Lisa is art, so there cannot be a consensus 01:38:00

on this either.

Q. One last activity I wanted to ask you about. Can investing money in the stock market be business art? 01:38:11

A. Yes, there are important cases of that that have been documented.

Q. In what circumstance was investing money in the stock market business art?

A. There was a work I believe in 1968 or 01:38:22 '69, several works, in fact, which were shown in an exhibition, and I think one of the was shown at the Whitney Museum of Art, that involved specifically that activity.

Q. As a nonspecialist looking at a 01:38:42 business activity, how do I determine whether something is -- that activity is business or business art?

MR. SPRIGMAN: Objection.

A. You would have to look at -- well, as a 01:38:56 nonspecialist, as I said, a nonspecialist has no sense of art. Most cultures don't have a concept of art. You already have to know a great deal of contextual information, contextual clues, to understand a painting is art. It's not a category 01:39:13

Gopnik

that exists in most cultures.

In this particular subgroup, you have to have knowledge of the history of business art, for instance. You'd have to have knowledge of other examples of business art. You would need to understand those cues in order to understand what you're confronting. 01:39:22

Q. Were you aware that Elon Musk has a business that sells flame throwers? 01:39:56

A. I'm not sure. I think I vaguely heard of that, but I'm just not sure.

Q. Is that business activity business art?

A. I imagine it probably isn't, because -- but I haven't studied it enough to be sure. It could be he has a freelance activity as a business artist on top of his activity as a businessperson. 01:40:15

Q. What additional information would you need to determine if Elon Musk is engaging in freelance activity as a business artist? 01:40:36

A. I'd have to see how it is being perceived in the culture, the kind of social and cultural context it was being presented in, whether it seemed -- his statements might be relevant or might not be relevant. He could lie, 01:40:51

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, LAURIE A. COLLINS, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That BLAKE GOPNIK, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of September 2022.

LAURIE A. COLLINS, RPR