# EXHIBIT H

MbiWherO

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

HERMES INTERNATIONAL, et al.,

            Plaintiffs,

       v.                              22 Civ. 384 (JSR)

MASON ROTHSCHILD,

            Defendant.
                                       Oral Argument
------------------------------x
                                       New York, N.Y.
                                       November 18, 2022
                                       2:00 p.m.
Before:

                  HON. JED S. RAKOFF,

                                       District Judge


                         APPEARANCES

BAKER HOSTETLER LLP
     Attorneys for Plaintiffs
BY:  OREN J. WARSHAVSKY
     MEGAN A. CORRIGAN
     FRANCESCA ROGO

LEX LUMINA PLLC
     Attorneys for Defendant
BY:  RHETT MILLSAPS

     CHRISTOPHER SPRIGMAN
```

1    have to look at who the defendant is and his intent through it.
2    Yes, you said we accused him of wanting to make a buck, and we
3    did.  But we accused him of more than that.
4            THE COURT:  His own words were make a bag, but as I
5    understand it, that's slang for make a lot of money.
6            MR. WARSHAVSKY:  He said plenty, and I'll get to some
7    of that, if you like.  But if we even take a step back, what is
8    Mr. Rothschild, when he testifies that he's an artist?  Because
9    that's what counsel spoke about.  And there, I point to exhibit
10   117, and if you'd like, I'd be happy to give a copy to you and
11   to counsel.  It's in our papers.  But Mr. Rothschild's first
12   foray into art was taking a Champion T-shirt and printing the
13   names of colleges, including Parsons.  And he got a cease and
14   desist letter from Parsons.  In his mind, though, that was art.
15   I would say that's pure infringing.  I would say that's no
16   different than anything a few blocks from here where people
17   sell Rolexes or other fake goods.  He says it's art.  Maybe
18   there is some creativity.  Maybe it requires some skill.
19           THE COURT:  The images are not identical to anything
20   that Hermès produces or sells.  They're covered with this fur.
21           MR. WARSHAVSKY:  OK.  You're a step ahead of where I
22   was going to, but I'm happy to get there.
23           THE COURT:  Whatever you prefer.
24           MR. WARSHAVSKY:  Well, again, we're accusing the whole
25   brand, and I want to make sure that that's not confused.  I

1   know the defendant would like it if we sued for a picture.
2   We're not.  We're suing for the use of the name MetaBirkins,
3   and I think in that regard, I want to start, perhaps, with
4   Mr. Rothschild's statements themselves.  Right?
5           When he commenced this project, what did he call it?
6   He called it Birkin.  Right?  And there is, he first told a
7   friend and it's paragraph 197.  It's an undisputed fact.  He
8   first told his friend he expected to take a nice 16- to 17,000
9   off of the Birkins, period.  Right?  To entice the designer,
10  the person that actually created these images, to generate
11  these images, he said he had an offer of 36,000 for 50 bags but
12  he thought he could get it to a hundred thousand for a hundred
13  of them, and he doesn't dispute that.  He says he wanted to
14  print money.  But then --
15          THE COURT:  Maybe I'm not totally following your
16  point.  The reason a purchaser would purchase one of these NFTs
17  was not so they could own the brand.  It was so they could own
18  the underlying image.
19          MR. WARSHAVSKY:  Actually, that's not even clear from
20  the evidence we submitted, your Honor.  You could see that some
21  people actually thought and wrote on social media they thought
22  they were getting a bag as well, thought they were getting a
23  real live bag.
24          THE COURT:  All right, but they certainly didn't think
25  they were just getting the words MetaBirkins.  That wasn't what