UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MASON ROTHSCHILD, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 22-CV-00384 (JSR) |

### DECLARATION OF GERALD J. FERGUSON IN SUPPORT OF PLAINTIFFS' BILL OF COSTS

I, Gerald J. Ferguson, declare as follows:

1. I am an attorney at Baker & Hostetler LLP, attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc. (collectively "Hermès") in the above captioned action. I submit this Declaration in support of Hermès's Bill of Costs filed concurrently herewith. The Bill of Costs requests that the Clerk of Court tax $56,957.61 in costs against Defendant Mason Rothschild.

2. After a jury trial, the Court entered a Final Judgment in favor of Hermès on February 14, 2023 (ECF No. 145).

3. On March 14, 2023, Defendant filed a motion for judgment as a matter of law, or in the alternative, a new trial (ECF No. 172) (the "Post-Trial Motion").

4. On June 23, 2023, the Court denied Defendant's Post-Trial Motion (ECF No. 191).

5. Attached as <u>Exhibit 1</u> are true and correct copies of invoices from process servers for service or attempted service of summons and subpoenas in connection with this matter as

listed in the concurrently filed Itemization of Taxable Costs.  These charges were necessarily incurred to secure or to attempt to secure documents and/or testimony that was received into evidence at trial and/or relied upon in the Court's decision on Summary Judgment.

6. Attached as Exhibit 2 are true and correct copies of the invoices for transcription of deposition and trial testimony as listed in the concurrently filed Itemization of Taxable Costs. These charges were necessarily incurred for the testimony that was received into evidence at trial and/or relied upon in the Court's decision on Summary Judgment.

7. Attached as Exhibit 3 are true and correct copies of the invoices for interpreting costs associated with deposition and trial testimony of native French speaking witnesses as listed in the concurrently filed Itemization of Taxable Costs.  These charges were necessarily incurred for the testimony that was received into evidence at trial and/or relied upon in the Court's decision on Summary Judgment.

8. Attached as Exhibit 4 are true and correct copies of the invoices for the subsistence costs for witnesses at trial as listed on the Bill of Costs and in the concurrently filed Itemization of Taxable Costs. These charges were necessarily incurred for the testimony that was received into evidence at trial.

9. On information and belief, the costs claimed herein are allowable by law, are correctly stated, and were necessarily incurred.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: July 20, 2023          /s/ *Gerald J. Ferguson*
                             Gerald J. Ferguson, Esq.