# Exhibit 3



**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Terry Blaber
Baker Hostetler, LLP
1735 Market St
Ste 3300
Philadelphia, PA, 19104

Invoice #: 6007931
Invoice Date: 9/1/2022
Balance Due: $1,995.00

Case: Hermès International et al. v. Mason Rothschild (22CV00384)
Proceeding Type: Interpreting/Translation

Job #: 5380256  |  Job Date: 8/30/2022  |  Delivery: Normal
Location: New York, NY
Billing Atty: Terry Blaber
Scheduling Atty:  | Baker Hostetler LLP

| | Quantity | Price | Amount |
|---|---|---|---|
| Interpreting | 1.00 | $1,995.00 | $1,995.00 |

Notes: French Interpreting Services

| | |
|---|---|
| Invoice Total: | $1,995.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,995.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

Invoice #: 6007931
Invoice Date: 9/1/2022
Balance Due: $1,995.00

11462

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: | Lisa Bollinger Gehman<br>Baker Hostetler, LLP<br>1735 Market St<br>Ste 3300<br>Philadelphia, PA, 19104 |

| | |
|---|---|
| Invoice #: | 6378226 |
| Invoice Date: | 2/21/2023 |
| Balance Due: | $1,995.00 |

| Case: Hermès International et al. v. Mason Rothschild (22CV00384) | Proceeding Type: Depositions |
|---|---|

Job #: 5669173   |   Job Date: 1/30/2023   |   Delivery: Normal

Location: New York, NY
Billing Atty: Lisa Bollinger Gehman
Scheduling Atty: | Baker Hostetler LLP

Client Matter Number: 096801.000091

| Witness: Inpterpreter Only | Quantity | Price | Amount |
|---|---|---|---|
| Interpreting | 1.00 | $1,995.00 | $1,995.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,995.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,995.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 6378226
Invoice Date: 2/21/2023
Balance Due: $1,995.00

11462

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Lisa Bollinger Gehman  Baker Hostetler, LLP  1735 Market St  Ste 3300  Philadelphia, PA, 19104 | Invoice #: | 6378365 |
|---|---|---|---|
| | | Invoice Date: | 2/21/2023 |
| | | Balance Due: | $1,995.00 |

| Case: Hermès International et al. v. Mason Rothschild (22CV00384) | Proceeding Type: Depositions |
|---|---|

Job #: 5669182   |   Job Date: 1/31/2023   |   Delivery: Normal      Client Matter Number: 096801.000091

Location:     New York, NY
Billing Atty:   Lisa Bollinger Gehman
Scheduling Atty:   | Baker Hostetler LLP

| Witness: Interpreter Only | Quantity | Price | Amount |
|---|---|---|---|
| Interpreting | 1.00 | $1,995.00 | $1,995.00 |

| Notes: | Invoice Total: | $1,995.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,995.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to:  Veritext  P.O. Box 71303  Chicago IL 60694-1303  Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):  **A/C Name:** Veritext  **Bank Name:** BMO Harris Bank  **Bank Addr:** 311 W. Monroe Chicago, IL 60606  **Account No:** 4353454 **ABA:** 071000288  **Swift:** HATRUS44 | **Invoice #:** 6378365  **Invoice Date:** 2/21/2023  **Balance Due:** $1,995.00 |
|---|---|---|

Pay by Credit Card: www.veritext.com

11462

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Lisa Bollinger Gehman<br>Baker Hostetler, LLP<br>1735 Market St<br>Ste 3300<br>Philadelphia, PA, 19104 | **Invoice #:** | **6378368** |
|---|---|---|---|
| | | **Invoice Date:** | **2/21/2023** |
| | | **Balance Due:** | **$1,995.00** |

| Case: Hermès International et al. v. Mason Rothschild (22CV00384) | Proceeding Type: Depositions |
|---|---|

Job #: 5669191   |   Job Date: 2/1/2023   |   Delivery: Normal    Client Matter Number: 096801.000091
Location:          New York, NY
Billing Atty:      Lisa Bollinger Gehman
Scheduling Atty:   | Baker Hostetler LLP

| Witness: Interpreter Only | Quantity | Price | Amount |
|---|---:|---:|---:|
| Interpreting | 1.00 | $1,995.00 | $1,995.00 |

| Notes: | | Invoice Total: | $1,995.00 |
|---|---|---|---:|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,995.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6378368
**Invoice Date:** 2/21/2023
**Balance Due:** $1,995.00

Pay by Credit Card: www.veritext.com

11462

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Lisa Bollinger Gehman<br>Baker Hostetler, LLP<br>1735 Market St<br>Ste 3300<br>Philadelphia, PA, 19104 | **Invoice #:** 6378373<br>**Invoice Date:** 2/21/2023<br>**Balance Due:** $1,995.00 |

| Case: Hermès International et al. v. Mason Rothschild (22CV00384) | Proceeding Type: Depositions |
|---|---|

Job #: 5669195   |   Job Date: 2/2/2023   |   Delivery: Normal         Client Matter Number:   096801.000091
Location:        New York, NY
Billing Atty:    Lisa Bollinger Gehman
Scheduling Atty:    | Baker Hostetler LLP

| Witness: Interpreter Only | Quantity | Price | Amount |
|---|---:|---:|---:|
| Interpreting | 1.00 | $1,995.00 | $1,995.00 |

| Notes: | | |
|---|---|---:|
| | Invoice Total: | $1,995.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,995.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6378373
**Invoice Date:** 2/21/2023
**Balance Due:** $1,995.00

Pay by Credit Card: www.veritext.com

11462