UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASON ROTHSCHILD, <br><br> Defendant. | Civil Action No. 22-cv-00384-JSR <br><br> **NOTICE OF APPEAL** |

NOTICE is hereby given that Defendant Mason Rothschild appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated June 23, 2023, denying Defendant's motion pursuant to Fed. R. Civ. P. 50(b) for judgment as a matter of law or new trial (ECF #191); the Order of Permanent Injunction entered on June 23, 2023 (ECF #190); and the Final Judgment entered on February 14, 2023 (ECF #145).

Dated: July 21, 2023

Respectfully submitted,

LEX LUMINA PLLC

By:  /s/ *Rhett O. Millsaps II*
Rhett O. Millsaps II
Christopher J. Sprigman
Mark P. McKenna (*pro hac vice*)
Rebecca Tushnet
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 898-2055
rhett@lex-lumina.com

*Attorneys for Defendant-Appellant Mason Rothschild*