UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MASON ROTHSCHILD, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 22-CV-00384 (JSR) <br><br> **PROPOSED ORDER GRANTING WITHDRAWAL OF APPEARANCE OF KEVIN M. WALLACE** |

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Kevin M. Wallace, of Baker & Hostetler LLP, Kevin M. Wallace is hereby withdrawn as counsel for Plaintiffs Hermès International and Hermès of Paris, Inc.

**SO ORDERED.**

_____
U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MASON ROTHSCHILD, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 22-CV-00384 (JSR) <br><br> **DECLARATION OF KEVIN M. WALLACE** |

I, Kevin M. Wallace, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate with the law firm of Baker & Hostetler LLP, attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Kevin M. Wallace.

2. Due to my departure from the firm, I will no longer be able to represent Plaintiffs Hermès International and Hermès of Paris, Inc. in this matter.

3. Gerald J. Ferguson, Oren J. Warshavsky, Heather J. McDonald, Jason S. Oliver, Jessica H. Fernandez, Megan A. Corrigan, Francesca A. Rogo, Deborah A. Wilcox, and Lisa Bollinger Gehman, all attorneys at Baker & Hostetler LLP, have appeared in this action and will continue to represent Plaintiffs Hermès International and Hermès of Paris, Inc. in this action.

4. I am not asserting a retaining or charging lien in this action.

Respectfully submitted,

Dated: July 25, 2023
       New York, New York

*/s/ Kevin M. Wallace*

BAKER & HOSTETLER LLP
Kevin M. Wallace