UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MASON ROTHSCHILD,<br><br>Defendant. | No. 22-cv-00384-JSR<br><br>**DECLARATION OF MASON ROTHSCHILD** |

I, MASON ROTHSCHILD, hereby declare as follows:

1. I submit this declaration pursuant to the Court's Order of Permanent Injunction dated June 23, 2023 (the "Order").

2. I have fully complied with the requirements of the Order to the best of my ability.

3. Specifically, I have completely fulfilled all requirements of the Order with the exception of the second paragraph number two: "Contact by e-mail, text, or other written form of communication all persons to whom Rothschild gave, sold, issued, or distributed a 'MetaBirkins' NFT or whitelist spot to mint a 'MetaBirkins' NFT, and provide each of those persons with a copy of this Order…" Most of the *MetaBirkins* whitelist spots were distributed through an automatic link to individuals whose identities I do not know and whose contact information I do not have. Prior to July 15, 2023, however, I contacted in writing every whitelist spot recipient whom I was able to contact and provided them with a copy of the Order.

4. I sent a copy of the Order to the following *MetaBirkins* whitelist spot recipients: Lala Anthony, Jonathan Choe, Jerry Lu, Garrett McManus, Shreyas Narlanka, NFT Kingz, Zen

Ong, Lana Rhoades, Ericka del Rosario, Alex Sacks, Truman Sacks, Micah Spear, Nick Thomm, Tyga, and Reese Witherspoon.

5.  Additionally, on July 13, 2023, I airdropped a copy of the Order to all *MetaBirkins* NFT holders. A public record of the transaction with the wallet addresses of the *MetaBirkins* NFT holders who received the Order by airdrop is located at: https://etherscan.io/tx/0x89352ffad184775937918ab9076a3f3791f4b05c65647cb4af50902478ab332a.

6.  I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge.

Dated: July 31, 2023
Los Angeles, California

*[DocuSigned by: Mason Rothschild]*
B54C69D99A124A0...
Mason Aston p/k/a Mason Rothschild