UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

                      Plaintiffs,

      -against-

MASON ROTHSCHILD,

                      Defendant.

CIVIL ACTION NO.

22-CV-00384 (JSR)

## DECLARATION OF FRANCESCA ROGO

I, Francesca Rogo, declare as follows:

I am an attorney associated with the firm of Baker & Hostetler LLP, attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") in the above-captioned case. I submit this declaration in support of Hermès's Opposition to Defendant's Motion to Stay Collection of Money Judgment. I have firsthand knowledge of the matters stated herein.

    1.    Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of the METABIRKINS page on LooksRare, https://looksrare.org/collections/0x566b73997F96c1076f7cF9e2C4576Bd08b1A3750/activity, accessed on August 31, 2023.

    2.    Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' Admitted Trial Exhibit 306.

    3.    Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Admitted Trial Exhibit 225.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' Admitted Trial Exhibit 224.

5. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiffs' Admitted Trial Exhibit 243.

6. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs' Admitted Trial Exhibit 305.

7. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Mason Rothschild bearing the bates number Rothschild010391.

8. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Mason Rothschild bearing the bates number Rothschild009358.

9. Attached hereto as **Exhibit 9** is a true and correct compilation of screenshots taken from Mason Rothchild's public social media account taken on April 15, 2022.

10. Attached hereto as **Exhibit 10** is a true and correct compilation of screenshots taken from Mason Rothschild's public social media account dated January 1, 2023.

11. Attached hereto as **Exhibit 11** is a true and correct copy of a screenshot taken of Mason Rothschild's public Instagram story taken December 5, 2022.

12. Attached hereto as **Exhibit 12** is a true and correct copy of a screen recording of a chat on the Gasoline Discord, https://discord.gg/axnvTJWD, taken on January 4, 2023, which is no longer available.

13. Attached hereto as **Exhibit 13** is a true and correct copy of a screenshot taken of Mason Rothschild's public Instagram story taken March 28, 2023.

14. Attached hereto as **Exhibit 14** is a true and correct copy of a screenshot taken of Mason Rothschild's public Instagram story taken on January 26, 2023.

15. Attached hereto as **Exhibit 15** is a true and correct compilation of screenshots taken from Mason Rothschild's public social media account dated June 27, 2023.

16. Attached hereto as **Exhibit 16** is a true and correct compilation of screenshots taken from Mason Rothschild's public social media account dated July 5, 2023.

17. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from Mason Rothschild's trial testimony dated January 31, 2023.

18. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Mason Rothschild, bearing the bates number Rothschild010857.

19. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from Mason Rothschild's deposition testimony dated August 4, 2022.

20. Attached hereto as **Exhibit 20** is a true and correct copy of Plaintiffs' Admitted Trial Exhibit 387.

21. Attached hereto as **Exhibit 21** is a true and correct compilation of screenshots taken from the Gasoline Discord server taken on December 12, 2023, https://discord.com/channels/967920771706023997/1140715218108944456/1161014976950063227.

22. Attached hereto as **Exhibit 22** is a true and correct copy of a screenshot taken from the I Like You You're Weird OpenSea page, https://opensea.io/collection/ilyyw/analytics, last accessed on December 13, 2023.

23. Attached hereto as **Exhibit 23** is a true and correct copy of a screenshot taken from the This Artwork Is Subject To Change OpenSea page, https://opensea.io/collection/this-artwork-is-subject-to-change/analytics, last accessed on December 13, 2023.

24. Attached hereto as **Exhibit 24** is a true and correct copy of a screenshot taken from Mason Rothschild's public Instagram story taken on December 5, 2023.

25. Attached hereto as **Exhibit 25** is a true and correct copy of a screenshot of an article, https://luckytrader.com/articles/la-check-in-feat-jack-butcher, accessed on December 15, 2023.

26. Attached hereto as **Exhibit 26** is a true and correct copy of a screenshot of the Gasoline website, https://gasoline.xyz/study/gasoline-checks/, accessed on December 15, 2023.

27. Attached hereto as **Exhibit 27** is a true and correct copy of a screenshot of the CTHDRL website, https://cthdrl.co/terminal27/, accessed on December 15, 2023.

28. Attached hereto as **Exhibit 28** is a true and correct copy of a screenshot of the CTHDRL website, https://cthdrl.co/work/, accessed on December 15, 2023.

29. Attached hereto as **Exhibit 29** is a true and correct copy of a screenshot of the Authors Alliance website, https://www.authorsalliance.org/about/#:~:text=The%20mission%20of%20Authors%20Alliance,and%20culture%20available%20and%20discoverable, accessed on December 15, 2023.

30. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the opening statement of Mason Rothschild's counsel dated January 30, 2023.

31. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from Mason Rothschild's trial testimony dated February 2, 2023.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 15, 2023                    By:  _/s/ Francesca Rogo_
       New York, New York                              Francesca Rogo