# Exhibit 10

‹



masonrothschild ✓                    •••



♡  ◯  ◁        • • ● • • •            ⬚

**961 likes**
**masonrothschild** Hibernating in Utah.
View all 26 comments
January 1

**masonrothschild** ✓
Los Angeles, California



MASONROTHSCHILD
**Posts**                                    Follow

View all 77 comments
February 8

masonrothschild ✓                                    •••

961 likes
**masonrothschild** Hibernating in Utah.
View all 26 comments
January 1