# Exhibit 12
# Filed Under Seal
# Video File