# Exhibit 16





♡ 💬 ⤴ 🔖

860 likes
**masonrothschild** she gets me outta' the house
View all 25 comments
July 5

**masonrothschild** ✓
Japan

