# Exhibit 22



OpenSea Drops Stats Create Search / Login

# I Like You, You're Weird

Weirdos-Deployer

| 4,364 ETH | 0.0035 ETH | -- | 2% | 3,638 (47%) |
|---|---|---|---|---|
| Total volume | Floor price | Best offer | Listed | Owners (Unique) |

A community-driven collectibles project featuring art by Amber Park ... See more

Items 7,759 • Created Mar 2022 • Creator earnings 0% • Chain Ethereum

Items Offers Analytics Activity

Search by trait Last 90 days

| Trait | Count |
|---|---|
| background | 51 |
| body | 49 |
| ear | 17 |
| head | 40 |
| eyes | 38 |
| On Character | 5 |
| hair | 47 |
| mouth | 23 |
| neck | 20 |
| eyewear | 9 |
| special | 2 |
| Real Weird | 20 |

| Volume | Sales | Floor price |
|---|---|---|
| 0.33 ETH +2% | 37 +0.85" | 0.0035 ETH |

Volume and Price

Floor Price

Listings Price

| Item | Price |
|---|---|
| Weirdo#4671 Rarity#15689 3 months ago | 0.0035 ETH At floor |
| Weirdo#127 Rarity#12506 2 days ago | 0.0045 ETH +29X floor |
| Weirdo #7885 Rarity#15793 4 months ago | 0.005 ETH +43X floor |
| Weirdo #9582 Rarity #7235 | 0.005 ETH |

Sales Outliers

Sales

| Item | Price |
|---|---|
| Weirdo#5257 Rarity#14642 4d ago | 0.0037 ETH +6X floor |
| Weirdo #1632 Rarity#13099 4d ago | 0.003 ETH -14X floor |
| Weirdo #2717 Rarity#14945 4d ago | 0.0026 ETH -26X floor |
| Weirdo#1739 Rarity #9131 | 0.0025 ETH |

Price Distribution 0.0005 ETH v

Owner Distribution

3,638

| Share | Items |
|---|---|
| 65% | 1 item |
| 24% | 2-3 items |
| 1% | 4-10 items |
| 1% | 11-25 items |
| 0.2% | 26-50 items |
| <0.1% | 51+ items |

Owners

Top 100

| | NAME | WALLET | OWNED | % OWNED |
|---|---|---|---|---|
| 1 | BurnAddress | 0x0000...dead | 2241 | 22.41% |
| 2 | . f y s x | 0xb7fe...033e | 138 | 1.38" |
| 3 | mcfuck.eth | 0xb301...8be2 | 51 | 0.51% |
| 4 | BB9366 | 0xbb93...789e | 45 | 0.45" |
| 5 | amberpark | 0x4cad...d31f | 45 | 0.45" |
| 6 | 58CD12 | 0x58cd...2962 | 44 | 0.44" |

Make collection offer