# Exhibit 23

OpenSea Drops Stats Create Search Login

CHANGE

# THIS ARTWORK IS SUBJECT TO CHANGE

## This Artwork Is Subject To Change

TeamGasoline

| 981 ETH | 0.0031 ETH | -- | 0.8% | 1,923 (20%) |
|---|---|---|---|---|
| Total volume | Floor price | Best offer | Listed | Owners (Unique) |

This artwork is subject to chang... See more

Items 9,407 • Created Feb 2023 • Creator earnings 2.5% • Chain Ethereum

Items Offers Analytics Activity

Search by trait Last 90 days

State 2
Artist 4
Title 4

Volume 0 ETH -1X

Sales 3 -0.98%

Floor price 0.0031 ETH -31%

Volume and Price

0.0018 00012 00006 0 — Sep 25 Oct 9 Oct 23 Nov 6 Nov 20 Dec 4 — Average price (ETH) 3 2 1 0

Floor Price

Something went wrong
There has been an issue fetching this data. Try to refresh.
Refresh

Listings — Price

| | |
|---|---|
| This Artwork Is Subject To Change 17daysago | 0.0031 ETH At floor |
| This Artwork Is Subject To Change 17daysago | 0.0031 ETH At floor |
| This Artwork Is Subject To Change 17daysago | 0.0031 ETH At floor |
| This Artwork Is Subject To Change | 0.0031 ETH |

Sales — Outliers

0.0005 — Sep25 Oct9 Oct23 Nov6 Nov20 Dec4

Sales

| | |
|---|---|
| This Artwork Is Subject To Change 3mo ago | 0.0005 WETH -84% floor |
| This Artwork Is Subject To Change 3mo ago | 0.0005 WETH -84% floor |
| This Artwork Is Subject To Change 3mo ago | 0.0005 WETH -84% floor |

Price Distribution — 0.0005 ETH

15 10 5 0 — 0.003 0.0035 0.004 0.0045 0.005 0.0055 0.006 0.0065 0.007 0.0075 0.008

Offers Listings

Owner Distribution
1,923

| | |
|---|---|
| 47% | 1 item |
| 28% | 2-3 items |
| 17% | 4-10 items |
| 5% | 11-25 items |
| 2% | 26-50 items |
| 1% | 51+ items |

Owners
Top 100

| | NAME | WALLET | OWNED | % OWNED |
|---|---|---|---|---|
| 1 | 27B010 | 0x27b0...c582 | 273 | 2.90% |
| 2 | 4B7107 | 0x4b71...c106 | 258 | 2.74% |
| 3 | CBOGenesis | 0xf4ae...616a | 200 | 2.13% |
| 4 | boya_arnold | 0xfd32...903d | 194 | 2.06% |
| 5 | 376F96 | 0x376f...dlc5 | 170 | 1.81% |
| 6 | RightClickDave | 0x1064...a764 | 169 | 1.80% |

Make collection offer