# Exhibit 25



LUCKY TRADER   Latest News   Top Projects ∨   Sports ∨   Guides ∨   **Premium Reignmakers**



All Articles   •   Checks - VV Originals

# LA Check In feat. Jack Butcher

 Julian Son   •   March 15, 2023   •   Posted 9 months ago



## In this post

| ✓ Checks - VV Originals | ◆ Checks - VV Edition |
|---|---|



Jack Butcher and Mason Rothschild are throwing an invite-only party that coincides with Outer Edge (formerly NFT LA).

**Why It Matters**

Attendees will have a chance to see Butcher and Rothschild's recent works, as well as interact with the artists and others in the community.

Ledger will also be unveiling their joint project with Rothschild and Gasoline.

**The Deets**

- The Gasoline Checks event occurs on March 22, 2023, from 7 p.m. PT to 2 a.m. PT.
- The venue is the Galerie Murphy (620 Imperial St., Los Angeles, CA 90021).
- Token holders have priority entry.
- There will be live-signed prints and limited-run merchandise.

📋 **Take Action**

Checks holders can get tickets here: tokenproof.xyz/event/gasoline-checks



AUTHOR BIO

**Julian Son**

NFT analyst

Started out sweating Top Shot cuenes in Feb 2021. Hoarded Koalas after seeing Gary V bought the #1 rarity Koala, then got rugged hard. Now living next to an underpass in Venice Beach. Loves most sports, except cricket. Hates snakes, SBF, and the IRS.

Disclaimer: The author or members of the Lucky Trader staff may own NFTs discussed in this post. Furthermore, the information contained on this website or the Lucky Trader mobile application is not intended as, and shall not be understood or construed as financial advice. AI may have assisted in the creation of this content.

IRL Event

**LUCKY TRADER**
Your digital collectibles companion

LUCKY TRADER

Latest NFT News

Lucky Trader News API

POPULAR ARTICLES

Everything You Need to Know About DraftKings Reignmakers

How to Buy Your First Moonbird

Get the app on

App Store

Accompanying PFPs

Logan Hitchcock
• September 15, 2023 • Posted 3 months ago

Art    Collectibles



Project: Infinity Collection

Logan Hitchcock
• August 8, 2023 • Posted 4 months ago

Art



Bidding

Bill Monighetti
• March 29, 2023 • Posted 9 months ago

Community



### Jack Butcher Sheds Light on Opepfps

Logan Hitchcock
• March 16, 2023 • Posted 9 months ago

Upcoming Project



### Checkpoint: A Collective Pursuit of the Black Check

Julian Son
• March 14, 2023 • Posted 9 months ago

Upcoming Project    Community



### Twelve Checks or TwelveFold?

Logan Hitchcock
• March 13, 2023 • Posted 9 months ago

Airdrop



**LUCKY TRADER**

LUCKY TRADER

POPULAR ARTICLES