# Exhibit 26



06/02/23

# *Gasoline Checks*

(event)





LOOK, IF YOU'RE NOT HITTING UP A GASOLINE PARTY, YOU'RE DROPPING THE BALL. YOU'RE FUMBLING ON THE ONE-YARD LINE. THEY'RE NOT JUST PARTIES, THEY'RE CULTURAL EVENTS. WE'RE NOT ABOUT JUST POPPING BOTTLES AND FLASHING LIGHTS. NAH, IT'S A THINK TANK WITH A DAMN GOOD SOUNDTRACK. THE WHO'S WHO OF THE TECH AND CULTURE WORLD, THEY'RE ALL THERE, RIDING THE VIBE, SWAPPING IDEAS.




MARCH 22ND, 2023. PICTURE IT. NFT LA'S CURTAIN CALL, AND WE'RE NOT TALKING A POLITE LITTLE BOW AND EXIT STAGE LEFT. NO, THIS WAS A 'SMASH THE SET AND SET THE STAGE ON FIRE' KIND OF FINALE. THE HANDIWORK OF MASON ROTHSCHILD AND JACK BUTCHER, THE ARCHITECTS OF CHAOS AND CREATION, PRESENTING 'GASOLINE CHECKS'.

WE'RE TALKING GALERIE MURPHY, THE EDGY HUB IN LA'S ARTS DISTRICT, ALL DRESSED UP IN FOG AND LASERS. A VISUAL BUFFET OF CHECKS SCREENPRINTS, GASOLINE CHECKS-BRANDED DOLLAR BILLS RAINING DOWN - IT WAS NOTHING SHORT OF A SENSORY SIEGE. AND AT THE HEART OF IT, THE CROWD, A VERITABLE WHO'S WHO OF WEB3, RIDING THE WAVE AND DIVING HEADFIRST INTO THE ANARCHY.

THE FOLKS AT [LEDGER], ROSALUNA MEZCAL, TERMINAL™, AND TOKENPROOF? THEY WEREN'T JUST SPONSORS. THEY WERE CO-CONSPIRATORS, AIDING AND ABETTING IN THIS AUDACIOUS DISPLAY OF COUNTERCULTURE.

AS FOR THE BEATS? WELL, CHASE B LAID DOWN A BLISTERING SET, FOLLOWED BY ANDRE POWER OF SOULECTION AND QUINN. EACH DJ, ANOTHER THREAD IN THIS TAPESTRY OF ORGANIZED CHAOS, PUSHING THE ENERGY HIGHER, LOUDER, WILDER.

THIS WASN'T AN EVENT. IT WAS A STATEMENT. IT WAS MASON ROTHSCHILD AND JACK BUTCHER DISTILLING THE ESSENCE OF NFT LA INTO ONE NIGHT OF UNAPOLOGETIC REVELRY. IT WAS THE ART WORLD GIVING THE FINGER TO THE STATUS QUO. AND IT WAS A HELL OF A WAY TO WRAP THINGS UP.

TIMELINE   ABOUT   CREATE