# Exhibit 27

CTHDRL
/STUDIO

WORK
CONTACT

DESIGN, SOFTWARE, AND MARKETING SYSTEMS TO HELP BU

# WORK

- ALL
  BRANDING
  DEVELOPMENT
  DESIGN
  STRATEGY
  WEB3
  3D





CLIENT: TERMINAL
SERVICES: CREATIVE DIRECTION, BRANDING, DESIGN, DEVELOPMENT

CLIENT: LOOK AGAIN
SERVICES: CREATIVE DIRECTION, BRANDING, DEVELOPMENT, STRATEGY, WEB3

CLIENT: $FWB
SERVICES: CREATIVE DIRECTION, BRANDING, DEVELOPMENT, WEB3





CLIENT: SCAB.SHOP
SERVICES: CREATIVE DIRECTION, BRANDING, DEVELOPMENT, ANIMATION, STRATEGY, WEB3

CLIENT: 33
SERVICES: CREATIVE DIRECTION, BRANDING, DEVELOPMENT, ANIMATION, STRATEGY, WEB3

CLIENT: JEEN-YUHS
SERVICES: DESIGN, DEVELOPMENT, STRATEGY





CLIENT: SONA.STREAM
SERVICES: DESIGN, DEVELOPMENT

CLIENT: SOUND.XYZ
SERVICES: CREATIVE DIRECTION, BRANDING, DEVELOPMENT, WEB3

CLIENT: 26TH ANNUAL WEBBY AWARDS
SERVICES: CREATIVE DIRECTION, BRANDING, DESIGN, ANIMATION







CLIENT
GASOLINE.XYZ

SERVICES
CREATIVE DIRECTION
BRANDING
DESIGN
DEVELOPMENT



CLIENT
JAGWAR TWIN

SERVICES
CREATIVE DIRECTION
BRANDING
DEVELOPMENT
STRATEGY
WEB3



CLIENT
LEDGER MARKET

SERVICES
CREATIVE DIRECTION
BRANDING
DEVELOPMENT
ANIMATION
WEB3



CLIENT
RUMFOORDS

SERVICES
CREATIVE DIRECTION
DESIGN
DEVELOPMENT
WEB3



CLIENT
HALL OF MIRRORS

SERVICES
CREATIVE DIRECTION
DEVELOPMENT
STRATEGY
WEB3



CLIENT
GIANTSPOON.COM

SERVICES
CREATIVE DIRECTION
STRATEGY
DESIGN



CLIENT
DANIELLE EVA SCHWOB

SERVICES
CREATIVE DIRECTION
DESIGN
DEVELOPMENT



CLIENT
WESTWOOD WESTWOOD

SERVICES
DEVELOPMENT
DESIGN



CLIENT
SOUTH HILL ENTERTAINMENT

SERVICES
CREATIVE DIRECTION
BRANDING
DESIGN
DEVELOPMENT



CLIENT
UPWORK WORKSHOP

SERVICES
DESIGN
DEVELOPMENT



CLIENT
BUNTIN

SERVICES
CREATIVE DIRECTION
BRANDING
DESIGN



CLIENT
CALL OF DUTY

SERVICES
CREATIVE DIRECTION
STRATEGY
DESIGN





CLIENT: DECATUR DAN — SERVICES: DEVELOPMENT

CLIENT: THE COMMUNITY SPIRIT CO. — SERVICES: DEVELOPMENT

CLIENT: FOOT LOCKER — SERVICES: STRATEGY, DESIGN, DEVELOPMENT



CLIENT: PART-TIME STUDIO — SERVICES: DEVELOPMENT

(C) 2022 CTHDRL
ALL RIGHTS RESERVED

EMAIL
INSTAGRAM
TWITTER

ITHACA
NY 14850, US

VENICE BEACH
CA 90291, US