# Exhibit 28

# TERMINAL

CLIENT

## TERMINAL

PROJECT

WE CONSTRUCTED A BRAND SYSTEM
TO COINCIDE WITH A NEW E-
COMMERCE, EDITORIAL AND EVENTS
CENTERED WEBSITE FOR LOS
ANGELES BASED LUXURY BOUTIQUE,
JAPANESE COFFEE HOUSE, GALLERY
AND CREATIVE COMMUNITY,
TERMINAL.

SERVICES

BRANDING
CREATIVE DIRECTION
WEB DESIGN
DEVELOPMENT



TERMINAL™

LUXURY BOUTIQUE, JAPANESE COFFEE HOUSE,
GALLERY AND CREATIVE COMMUNITY.

TERMINAL27.COM

8271 BEVERLY BLVD
LOS ANGELES, CALIFORNIA

LAX — JPN

T2

7


































T2

7








