# Exhibit 29



- Our Mission
- Our Directors
- Our Staff
- Our Advisory Board
- Our Founding Members

## Mission

The mission of Authors Alliance is to advance the interests of authors who want to serve the public good by sharing their creations broadly. We create resources to help authors understand and enjoy their rights and promote policies that make knowledge and culture available and discoverable.

**READ MORE ABOUT OUR ISSUES**

## Board of Directors



**Carla Hesse** is a Professor of History at the University of California, Berkeley. A fellow of the American Academy of Arts and Sciences since 2009, she is a specialist in modern European History and the history of communication.



**Pamela Samuelson** is a Professor of Law at the University of California, Berkeley and a Co-Director of the Berkeley Center for Law & Technology.



**Thomas Leonard** is University Librarian Emeritus and a Professor of Journalism Emeritus at the University of California, Berkeley. He has served as the President of the Association of Research Libraries and as an Associate Editor of American National Biography.



**MacKenzie Smith** is the University Librarian and Vice Provost of Digital Scholarship at the University of California, Davis. She is one of the nation's leading experts in digital libraries.



**Jeffrey MacKie-Mason** is the University Librarian and Chief Digital Scholarship Officer at the University of California, Berkeley. He has joint appointments as a professor in the School of Information and in the Department of Economics.



**Molly Van Houweling** is a Professor of Law and a Co-Director of the Berkeley Center for Law & Technology at the University of California, Berkeley, School of Law. She serves as Chair of the Board of Directors of Creative Commons.

## Staff



**Dave Hansen** is the Executive Director of Authors Alliance. He holds a JD and an MSLS from UNC Chapel Hill and is a copyright attorney licensed to practice in North Carolina.



**Rachel Brooke** is a Senior Staff Attorney at Authors Alliance. She holds a JD from NYU School of Law and is a copyright attorney licensed to practice in California.



**Christian Howard-Sukhil** is the text data mining legal fellow at Authors Alliance. She holds a PhD in English Language and Literature from UVA and is pursuing a JD at UC Berkeley.

## Advisors

**Peter Baldwin**
Professor of History at UCLA

**Michael Eisen**
Professor of Genetics, Genomics, and

**Danny Kingsley**
Researcher and administrator in Scholarly

**Randy Schekman**
Howard Hughes Investigator and Professor

**danah boyd**
Principal Researcher at Microsoft Research, Founder of Data & Society, and Visiting Professor at New York University

**Amy Brand**
Director of the MIT Press

**Paul Brest**
Former Hewlett Foundation President; Professor of Law, Emeritus, and former Dean, Stanford Law School

**Paul Courant**
Arthur F. Thurnau Professor of Economics and Information, Harold T. Shapiro Collegiate Professor of Public Policy, and former Dean of Libraries at the University of Michigan

**Robert Darnton**
Harvard University Librarian Emeritus, and Carl H. Pforzheimer Professor of History Emeritus

**Cory Doctorow**
Novelist, activist, blogger, and journalist

Berkeley and PLOS Cofounder

**Edward Felten**
Robert E. Kahn Professor of Computer Science and Public Affairs and Director of the Center for Information Technology Policy at Princeton University

**Michael Geist**
Professor of Law and the Canada Research Chair in Internet and E-commerce Law at the University of Ottawa Faculty of Law

**Katie Hafner**
Writer and journalist

**Lewis Hyde**
Poet, essayist, translator, cultural critic, and former Professor of Creative Writing at Kenyon College

**Brewster Kahle**
Digital Librarian and Founder of the Internet Archive

**Kevin Kelly**
Senior Maverick Editor and founding Executive Editor at Wired Magazine

**Lawrence Lessig**
Roy L. Furman Professor of Law and former Director of the Edmond J. Safra Center for Ethics at Harvard University

**Jonathan Lethem**
Novelist, essayist, short story writer, and the Roy Edward Disney Professor in Creative Writing at Pomona College

**Alison Mudditt**
CEO, Public Library of Science (PLOS)

**Robert Pinsky**
39th Poet Laureate of the United States, Founder of the Favorite Poem Project, and Professor of Creative Writing at Boston University

**Margaret Jane Radin**
Henry King Ransom Professor of Law Emerita at University of Michigan

Biology at UC Berkeley, Nobel Laureate in Physiology or Medicine

**Sidonie Smith**
Lorna G. Goodison Distinguished Professor of English and Women's Studies at the University of Michigan

**Harold Varmus**
Co-founder of Public Library of Science, Nobel Laureate in Physiology or Medicine

**Eric von Hippel**
T. Wilson (1953) Professor in Management and Professor of Management and Systems Engineering at MIT

**Jonathan Zittrain**
Professor of Law and Computer Science at Harvard University, and Co-Founder and Director of the Berkman Center for Internet and Society

## Founding Members

**Jasmine Abdel-khalik**
UMKC School of Law

**Alessandro Acquisti**
Carnegie Mellon University

**Prue Adler**
Association of Research Libraries

**Julie Ahrens**
Stanford Law School, Center for Internet & Society

**Ivy Anderson**
California Digital Library

**Jonas Anderson**
American University Washington College of Law

**Patricia Aufderheide**
American University

**Margo Bagley**
Emory University School of Law

**Eric Bakovic**
UC San Diego

**Jack Balkin**
Yale Law School

**Jonathan Band**

**Ann Bartow**
University of New Hampshire School of Law

**Barton Beebe**
NYU School of Law

**Steven Bellovin**
Columbia University

**Yochai Benkler**

**Bob Berring**
UC Berkeley Law

**Mario Biagioli**

**A. Michael Froomkin**
University of Miami School of Law

**Laura Gasaway**
University of North Carolina School of Law

**Steve Gass**
MIT

**Andy Gass**

**Paul Geller**

**Ilana Gershon**
Indiana University

**Shubha Ghosh**

**Rebecca Giblin**
Faculty of Law, Monash University, Australia

**James Gibson**
University of Richmond School of Law

**Jen Jack Gieseking**
University of Kentucky

**Dan Gillmor**

**Bobby Glushko**
University of Toronto

**Eric Goldman**
Santa Clara University School of Law

**Jennifer Granick**
Stanford Center for Internet and Society

**James Grimmelmann**
Cornell Law School

**Seda Gürses**
KU Leuven

**Bronwyn Hall**
UC Berkeley, Emerita

**Jack Lerner**

**Karen Levy**
Cornell University

**Roger Levy**
MIT

**Yvette Joy Liebesman**
St. Louis University School of Law

**Jacqueline Lipton**
Authography LLC

**Jessica Litman**
University of Michigan

**Lydia Loren**
Lewis & Clark Law School

**Brian Love**
Santa Clara University School of Law

**Glynn Lunney**
Texas A&M University School of Law

**Michael Madison**
University of Pittsburgh

**Matthew J.X. Malady**

**Lara Markstein**

**Alice Marwick**
UNC Chapel Hill

**Stephen Maurer**
UC Berkeley

**Mark McKenna**
Notre Dame Law School

**Corynne McSherry**

**Hiram Meléndez-Juarbe**

**Kate Miltner**
USC Annenberg School for Communication and Journalism

**Julie Samuels**
Tech:NYC

**Sharon Sandeen**
Mitchell Hamline School of Law

**Joshua Sarnoff**
DePaul University College of Law

**AnnaLee Saxenian**
UC Berkeley

**Rich Schneider**
UC San Francisco

**Jason Schultz**
NYU School of Law

**Michael Scott**
Southwestern Law School

**Jeffrey Selbin**
UC Berkeley Law

**Lea Shaver**
Indiana University

**Jonathan Sheehan**
UC Berkeley

**Stuart Shieber**
Harvard University

**Stephen M. Silberstein**

**Jessica Silbey**
Northeastern University

**Luca Simeone**
Aalborg University

**Aram Sinnreich**
American University

**David Sklansky**
Stanford Law School

**Kevin Smith**
University of Kansas

**Daniel Solove**

James Boyle
Duke University School of Law

Oren Bracha
University of Texas School of Law

Annemarie Bridy
University of Idaho College of Law

Tobias Buckell

Dan Burk
UC Irvine

Brandon Butler

L. Jean Camp
Indiana University

Michael Carrier
Rutgers Law School

Michael Carroll
American University Washington College of Law

Cathryn Carson
UC Berkeley

Alissa Centivany
Western University, Ontario

Margaret Chon
Seattle University School of Law

Dan Cohen
Digital Public Library of America

Julie Cohen
Georgetown Law

Cindy Cohn

Michele Collu

Robert Cooter
UC Berkeley Law

Ray Corrigan
The Open University, UK

Carys Craig
Osgoode Hall Law School, York University

Jessie Daniels
City University of New York

Primavera De Filippi
Berkman Center for Internet & Society

Stacey Dogan
Boston University School of Law

Paul Duguid
UC Berkeley School of Information

Niva Elkin-Koren
Haifa Center for Law and Technology, University of Haifa Faculty of Law

Cynthia Fuchs Epstein
Graduate Center, City University of New York

Sharon E. Farb
UCLA

Kathleen Fitzpatrick
Michigan State University

Karl Fogel
QuestionCopyright.org

UC Davis

David Hansen
Duke University

Paul Heald
University of Illinois

Laurence R. Helfer
Duke University

Don Herzog
University of Michigan

Robert Heverly
Albany Law School

Laura A. Heymann
William & Mary Law School

Peter Hirtle
Harvard University

Adam Hochschild

Arlie Hochschild

Kinch Hoekstra
UC Berkeley

Chris Hoofnagle
UC Berkeley Law

Martin Husovec

Tim Hwang

Steven Jamar
Professor of Law and Associate Director, Howard Intellectual Property Program

Peter Jaszi
American University Washington College of Law

Jennifer Jenkins

Michael Jordan
UC Berkeley

Eran Kahana
Stanford Law School; Maslon LLP

Brian Kahin
MIT

Amy Kapczynski

Ethan Katsh
National Center for Technology and Dispute Resolution

Ariel Katz
University of Toronto Faculty of Law

Christopher Kelty
UCLA

John Leslie King

John Kingdon
University of Michigan

Kirsten Kingdon

Pushpa Kumar Lakshmanan
Faculty of Law, University of Delhi, India

Airi Lampinen
Stockholm University

Michael Landau
Georgia State University College of Law

Susan Landau
Tufts University

Amy Landers
Drexel University School of Law

Joseph Mornin
Cooley LLP

Calvin Morrill
UC Berkeley

Lateef Mtima
Institute for Intellectual Property and Social Justice

Bryce Newell
University of Oregon

Annalee Newitz
Author and Journalist

Peter Norvig
Google

Paul Ohm
Georgetown Law School

Ruth Okediji
Harvard Law School

Dotan Oliar
University of Virginia School of Law

Harlan Onsrud
University of Maine School of Computing and Information Science

Kurt Opsahl
Electronic Frontier Foundation

Nina Paley

John Palfrey
Phillips Academy, Andover

Aaron Perzanowski
Case Western Reserve University School of Law

Jim Pitman
UC Berkeley

Ethan Pollock
Brown University

Jedediah Purdy
Columbia Law School

Laura Quilter
University of Massachusetts Amherst

Kevin Quinn
University of Michigan

Justin Reich
MIT

Jerome Reichman
Duke Law School

Blake Reid
Samuelson-Glushko Technology Law and Policy Clinic, Colorado Law

Chris Ridder
Ridder, Costa & Johnstone LLP

Jorge Roig
Touro Law Center

Daniel Rosenberg
University of Oregon

Betsy Rosenblatt
Whittier Law School

Jennifer E. Rothman
Loyola Law School, Loyola Marymount University

Brian Rowe
Seattle University Law & University of Washington Information School

George Washington University Law School

Tricia Soto
Menlo College

Christopher Sprigman
New York University School of Law

Peter Stansky
Stanford University

Philip Stark
UC Berkeley

Scott Stern
MIT Sloan School

Ali Sternburg

Victoria Stodden

Mitch Stoltz
Electronic Frontier Foundation

Katherine Strandburg
New York University School of Law

Peter Suber
Harvard University

Stephen Sugarman
UC Berkeley Law

Nicolas Suzor
Queensland University of Technology

Alexander Tabarrok
George Mason University

Stefan Tanaka
UC San Diego

Audrey Thorne

Denise Troll Covey
Carnegie Mellon University

Samuel Trosow
University of Western Ontario

Lokman Tsui

Rebecca Tushnet

Paul Uhlir

Jennifer M. Urban

Siva Vaidhyanathan

Barbara van Schewick
Stanford Law School

Robert Walker

Kimberlee Weatherall
University of Sydney

Jonathan Weiler
UNC Chapel Hill

Phil Weiser
University of Colorado Law School

Steven Weissman
UC Berkeley Law

Yana Welinder
IFTTT

Heather Whitney
NYU

John Willinsky
Stanford University

Esther Wojcicki
Palo Alto Schools

Martha Woodmansee

**Roger Ford**
University of New Hampshire School of Law

**Sarah Warshauer Freedman**
UC Berkeley

**Brett Frischmann**
Villanova University

**Alex Leavitt**
Facebook Research

**Edward Lee**
IIT Chicago-Kent College of Law

**Mark Lemley**
Stanford Law School

**Daniel Rubinfeld**
UC Berkeley Law

**Matthew Sag**
Loyola University of Chicago School of Law

**Case Western Reserve University**

**Christina Xu**

**Peter Zhou**
UC Berkeley

**Diane Zimmerman**
New York University School of Law