# Exhibit 30

```
N1UNHER1                                                              1
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

HERMÈS INTERNATIONAL, et al.,

        Plaintiffs,

      v.                    22 Civ. 384 (JSR)

MASON ROTHSCHILD,

        Defendant.

------------------------------x

                          New York, N.Y.
                          January 30, 2023
                          9:30 a.m.

Before:

            HON. JED S. RAKOFF,

                        District Judge
                        -and a Jury-

                APPEARANCES

BAKER & HOSTETLER LLP
    Attorneys for Plaintiffs
BY:  DEBORAH A. WILCOX
    OREN J. WARSHAVSKY
    GERALD J. FERGUSON

HARRIS ST. LAURENT & WECHSCLER LLP
    Attorneys for Defendant
BY:  ADAM B. OPPENHEIM
    JONATHAN A. HARRIS

LEX LUMINA PLLC
    Attorneys for Defendant
BY:  RHETT O. MILLSAPS, II

1  Loo, that a number of people contacted him because they thought

2  that Mr. Rothschild's project was affiliated with Hermès.

3  You will also see how the MetaBirkins have fared.  You

4  will see that most of the highest prices came before the shroud

5  was lifted.  You will see that the prices went down until one

6  of the influencers pumped -- or shilled, or whatever we are

7  going to call this -- the MetaBirkins, at which time the prices

8  climbed up.

9  Then you will see that after the Financial Times did

10 an article saying that Hermès was not involved with the

11 MetaBirkins, the prices started to diminish.

12 You will further see that the prices continued to

13 diminish after Mr. Rothschild discussed Hermès's cease and

14 desist letter and then as he discussed this lawsuit.  And in

15 the end Hermès will argue that Mr. Rothschild violated Hermès

16 trademark rights, or Mr. Rothschild's own profit.

17 Hermès will ask you to find that by selling and

18 promoting the MetaBirkins NFTs, Mr. Rothschild engaged in

19 trademark infringement, dilution, and unfair competition and

20 ask that you return a verdict in Hermès' favor.

21 Thank you for giving me your attention.

22 THE COURT:  All right.  Thank you very much.

23 Now we will hear from defense counsel.

24 MR. MILLSAPS:  Your Honor, if I may, would it be okay

25 for me to speak from this point, so I can see the screen along

see when an NFT was created and who owns it now and what its ownership history has been.

The easiest way to think of an NFT is like a deed or a certificate of title, but it's digital. It's called a token because it represents something else, just like a deed to a house represents the house or a certificate of title represents the car that's owned.

You will see that an NFT, like a deed, doesn't have any inherent nature or value by itself. An NFT derives its value from whatever it is attached to. Just like the deed to a house would be meaningless if the house didn't exist.

You are going to hear that over the last few years NFTs have become an exciting new way for artists to sell their work and build audiences and engage with their communities.

A little over a year ago, Mr. Rothschild came up with the idea to make a series of digital pieces of art depicting imaginary fur covered Birkin bags and to sell them with NFTs. He decided to call these artworks MetaBirkins.

Now, before I go any further, I just want you to understand why we are all here today. Hermès, this multibillion dollar fancy French purse maker, has sued Mr. Rothschild because Hermès says that these MetaBirkins NFT artworks hurt its coveted Birkin brand.

The evidence is going to show you otherwise. This really is a case about a multibillion dollar corporation trying

to punish Mr. Rothschild because they don't like his art, and they are scared of what it might show about luxury consumer culture.

Now, there are three key facts in this case.

Fact one:  The MetaBirkins on your screen are art, and Mr. Rothschild had an artistic intention in using the name MetaBirkins for this series of NFT artworks.  You can see the name MetaBirkins describes what you see on your screen.  They are artworks depicting imagery Birkin bags.

Mr. Rothschild also wanted to make money with his art.  Hermès will want you to focus only on the money part and ignore the art part.  But you will see from the evidence that both of those things were true at the same time.  They are two sides of the same coin.  Mr. Rothschild wanted to make art and he wanted to make money and a name for himself with his art.  What you see on your screen is art.

Fact two:  Mr. Rothschild wanted the credit for MetaBirkins.  He set up a MetaBirkins website and social media accounts that identified him as the creator of MetaBirkins.  He identified himself as the creator of MetaBirkins in media interviews.

He reached out to some reporters to correct them when they mistakenly wrote articles saying that Hermès put out MetaBirkins.  And maybe more important than the evidence that you will see is what you won't hear.  You won't see any

1  evidence that Mr. Rothschild ever told anyone that MetaBirkins

2  came from Hermès, because he wanted the credit for his own

3  artwork.

4         Fact three:  Consumers who pay tens of thousands of

5  dollars for luxury handbags like Birkin bags or NFT art were

6  not confused about where MetaBirkins came from.  Hermès own

7  evidence is going to show this to you.

8         Hermès is going to try to make a big deal out of the

9  fact that Mr. Rothschild hoped to make money with MetaBirkins.

10  They are going make a big deal out of the fact that he put a

11  lot of effort into trying to pump up the price and the

12  excitement for his MetaBirkins art.  They are going to make a

13  big deal about the fact that he told his associate that he

14  hoped he could get Hermès to collaborate with him.

15         Mr. Rothschild doesn't dispute any of that.  It is all

16  true.  It is perfectly legal for people to make money with

17  their art.  In fact, the First Amendment of our Constitution

18  protects that right for every American.  And you will hear from

19  Hermès' own witness that it is not unusual for artists to

20  approach Hermès to pitch a collaboration with them, because

21  they want to work with Hermès.

22         We are here today because trademark rights are limited

23  by the First Amendment, which protects artistic creations like

24  Mr. Rothschild's MetaBirkins.  The First Amendment's guarantee

25  of freedom of speech and expression protects the right for any

1   of us to depict and comment on the things that we see in the
2   world around us, including the trademarked products and brands
3   that bombard us everywhere we look, especially products that
4   have become significantly and widely discussed symbols in our
5   culture, like the Birkin bag.
6           Also -- and I will talk more about this later --
7   nobody was confused about what they were buying when they
8   bought the MetaBirkins NFTs and artworks.  I would like to talk
9   to you for a minute about Mr. Rothschild.
10          Who is Mason Rothschild?  During this trial you are
11  going to learn a good bit about Mr. Rothschild.  I think that
12  you will learn that there is a lot to like about him.  But you
13  will see some of Mr. Rothschild's flaws as well else a human
14  being as you can see sitting here.  You will learn that
15  Mr. Rothschild is a clever, passionate, sometimes even funny
16  guy who has lots of ideas, lots of ambition, and he works hard
17  to bring his ideas into reality.
18          Like many people, he isn't just one thing.  He is an
19  artist, he is an entrepreneur, he's a businessman, he is a
20  clever marketing guy.  He's also a fiance and a devoted dog
21  dad.
22          You will see that he cares a lot about using his art
23  to draw attention to social issues that he cares about.  You
24  will also learn that he sometimes exaggerates and embellishes
25  the truth, especially which he's promoting himself and his

1    projects.
2           But you will see from the evidence that Mr. Rothschild
3    is straight when it comes to the important things.  Like paying
4    back around a $100,000 investment when the deal fell through.
5           You are going to learn some more things about
6    Mr. Rothschild that will help you understand what shaped him
7    and his artistic outlook.  Despite his name, Mr. Rothschild was
8    not handed anything.  His birth name is Sonny Alexander
9    Estebal, but he adopted the name Mason Rothschild when he was a
10   teenager for reasons that you will hear him explain.
11          He is a first-generation American, born in Pasadena
12   and raised in San Mateo, California.  His mom came to the U.S.
13   from the Philippines; his dad came from Colombia.
14          He graduated from high school at the age of 16, and he
15   took classes at a local community college for a year and some
16   online classes at the University of San Francisco in business
17   and marketing.  But Mr. Rothschild never finished college.
18   He's mostly self-taught in both business and art.
19          On the business side, Mr. Rothschild started out
20   working in retail, first for a couple of small streetwear
21   brands and then for bigger companies in the luxury fashion
22   space, like Yves Saint Laurent and Dior.  He wanted to get into
23   other things while he was working in retail, so he started
24   doing some consulting work around digital marketing and social
25   media for various companies.

In 2021, Mr. Rothschild and his fiance, Erica Del Rosario, opened a concept store, an artistic community called Terminal 27 in Los Angeles.

Six months after it opened, Vogue Magazine named Terminal 27 one of the best fashion boutiques in America. That's the business side of Mr. Rothschild, which you can see involves a lot of creativity.

Mr. Rothschild is an artist too. Hermès wants you to believe that Mr. Rothschild can be only one thing; he's either a business guy or he's an artist. But the evidence will show you that he's both.

And you will hear that's not unusual. Andy Warhol worked in advertising before he became a famous artist. Plenty of artists have day jobs. Now, Mr. Rothschild is not an artist who paints landscapes or portraits, like Bob Ross or Leonardo da Vinci.

You will see from the evidence that Mr. Rothschild is a conceptual artist. There have been many famous conceptual artists who came before Mr. Rothschild like Andy Warhol and Damian Hurst. The evidence will show that Mr. Rothschild, a conceptual artist, is the idea guy. He is not usually the guy who executes the ideas.

Like other conceptual artists -- you will see from the evidence that he did this with several -- I'm sorry. Like other conceptual artists, Mr. Rothschild often works with other

people who have the technical skills to bring his ideas into the world.  You will see from the evidence that he did this with several of his NFT projects, including MetaBirkins.  Mr. Rothschild did not actually generate the MetaBirkins images by himself.  He hired an assistant to work at his direction to help him create the images that he envisioned in his imagination.

But I want to back up for a minute, because MetaBirkin was not Mr. Rothschild's first art project.  You will learn that Mr. Rothschild's first art project that got some attention was in 2015, when he was just 21 years old.  His first art project was screen printing a collection of fake art school T-shirts that were lampooning the fact that these fancy art and design schools like Parsons School of Design here in the city sold really ugly school merch that none of its students wanted to wear.  So he called the collection Art School Dropout.

The press and the art schools got what Mr. Rothschild was doing at the time.  This example highlights two important things that you will hear from witnesses in this trial and that I ask you to keep in the back of your mind over the next few days.

The first is that art doesn't exist in a vacuum.  It's often about context.  Sometimes you can't see that something is art unless you know how it fits into the larger context of art history or what's going on in the art world.  The second is