# Exhibit 1

Page 1

1

2                 UNITED STATES DISTRICT COURT

3                 SOUTHERN DISTRICT OF NEW YORK

4

5     HERMÈS INTERNATIONAL and    )
      HERMÈS OF PARIS INC.,        )
6                                  )
                  Plaintiffs,      )
7                                  )
                  vs.              )    No.
8                                  )    1:22-CV-00384-JSR
      MASON ROTHSCHILD,            )
9                                  )
                  Defendant.       )
10    ------------------------     )

11

12

13

14

15                    September 23, 2022

16                    9:32 a.m.

17

18          Deposition of BLAKE GOPNIK, held at the

19      offices of Baker & Hostetler LLP, 45

20      Rockefeller Plaza, New York, New York,

21      pursuant to subpoena, before Laurie A.

22      Collins, a Registered Professional Reporter

23      and Notary Public of the State of New York.

24

25

```
                                                    Page 6
 1                         Gopnik
 2          and then counsel may proceed.
 3     B L A K E    G O P N I K ,
 4          called as a witness, having been duly sworn
 5          by the notary public, was examined and
 6          testified as follows:
 7     EXAMINATION BY
 8     MR. FERGUSON:
 9          Q.    Good morning.  Can you please state
10     your full name for the record?                09:34:13
11          A.    Blake Gopnik.
12          Q.    Dr. Gopnik, have you been deposed
13     before?
14          A.    No.
15          Q.    Have you ever testified in court    09:34:23
16     before?
17          A.    No.
18          Q.    Do you have an understanding of what's
19     going to be taking place at this deposition today?
20          A.    I believe I do.                     09:34:33
21          Q.    And is that understanding based on
22     information provided to you in conversation with
23     the counsel representing you today?
24          A.    Yes.
25          Q.    I'm just going to review a few ground 09:34:44
```

```
                                          Page 33
 1                    Gopnik
 2          MR. SPRIGMAN:  Objection.
 3     A.    No.
 4     Q.    Do they contain any statistical
 5  analysis conducted by you?                    10:09:16
 6          MR. SPRIGMAN:  Objection.
 7     A.    No.
 8     Q.    Could you give me an estimate of from
 9  2012 to the present how many articles you've
10  written for The New York Times?               10:09:31
11     A.    I would guess it's between 50 and 75.
12     Q.    That's total?
13     A.    Yes.
14     Q.    And as we've discussed, you've also
15  written a book on -- a biography of Andy Warhol;  10:09:59
16  is that correct?
17     A.    That is correct.
18     Q.    In that biography did you at anyplace
19  define markets and submarkets using the approach
20  used by economists?                           10:10:20
21          MR. SPRIGMAN:  Objection.
22     A.    No.
23     Q.    Did you conduct any statistical
24  analysis in that biography?
25          MR. SPRIGMAN:  Objection.         10:10:26
```

```
                                          Page 34
 1                      Gopnik
 2       A.    No.
 3       Q.    And you are currently writing a book
 4   about Albert Barnes; is that correct?
 5       A.    That is correct.                  10:10:38
 6       Q.    And who is Albert Barnes?
 7       A.    Albert Barnes is a great Philadelphia
 8   collector of the early twentieth century.
 9       Q.    His collection is now found in the
10   Barnes Museum?                               10:10:53
11       A.    The Barnes Foundation, correct.
12       Q.    At what stage are you in writing that
13   biography?
14            MR. SPRIGMAN:  Objection.
15       A.    I've completed four chapters in draft.  10:11:10
16       Q.    As part of what you've drafted so far,
17   have you done any identification of markets and
18   submarkets as those terms are used by economists?
19            MR. SPRIGMAN:  Objection.
20       A.    I have not.                        10:11:24
21       Q.    Do you have any plans to do so as part
22   of the book?
23            MR. SPRIGMAN:  Objection for the same
24       reason.
25       A.    Not currently.                     10:11:30
```

```
                                          Page 35
  1                      Gopnik
  2      Q.    Referring back to your -- the body of
  3  your expert report, can you look at page 2,
  4  paragraph number 3?
  5           MR. SPRIGMAN:  Paragraph number 3      10:12:25
  6      begins on number 1.
  7           MR. FERGUSON:  Oh, paragraph 5.  I'm
  8      sorry, page 2, paragraph 5.
  9      A.    Yes.
 10      Q.    In this paragraph you refer to the    10:12:37
 11  Spritmuseum -- am I pronouncing that correctly?
 12  How would you pronounce that?
 13      A.    I'm not Swedish, so I would pronounce
 14  it the same way you do.
 15      Q.    In this paragraph you refer to the    10:12:53
 16  Spritmuseum in Stockholm, Sweden, commissioning
 17  you to curate an exhibit in 2024; is that correct?
 18      A.    That is correct.
 19      Q.    Does this exhibit have a title at this
 20  time?                                           10:13:13
 21      A.    Not a formal title, no.
 22      Q.    Does it have a working title or
 23  informal title?
 24      A.    I believe only in my mind, yes.
 25      Q.    What's that title?                     10:13:20
```

```
                                            Page 36
1                          Gopnik
2         A.    That would be something like Andy
3     Warhol and business art.
4         Q.    What are your responsibilities as the
5     curator of this exhibition?                    10:13:39
6         A.    To conceptualize the exhibition, decide
7     on its scope and its goals; choose the artists and
8     exhibits -- artists living and dead and exhibits
9     that will be included in the exhibition; provide
10    the explanatory material for the exhibition; oh,   10:14:01
11    and, I'm sorry, and write the exhibition catalog
12    essay.
13        Q.    Is the Spritmuseum paying you for this
14    work?
15        A.    It is.                               10:14:20
16        Q.    Have there been any other occasions
17    where you have been commissioned as a curator for
18    an exhibit?
19        A.    No.
20        Q.    I'd like to show you what has been    10:14:36
21    marked as Exhibit 180.
22              (Exhibit 180, document re exhibition at
23         Spritmuseum, Bates-stamped Gopnik_000001,
24         marked for identification.)
25        Q.    It has a Bates stamp on it, which is a  10:14:51
```

```
                                          Page 37
 1                        Gopnik
 2      number lawyers put on documents to help keep track
 3      of documents, Gopnik_000001.  And this was a
 4      document produced by the counsel representing you
 5      in this litigation.                        10:15:12
 6              Is this a document that you provided to
 7      counsel?
 8          A.    Yes.
 9          Q.    What is this document?
10          A.    This is a document outlining the scope  10:15:17
11      of the exhibition -- or not really the scope of
12      the exhibition but its goals.
13          Q.    Is this document prepared by you?
14          A.    Yes.
15          Q.    Why did you prepare this document?     10:15:33
16          A.    I prepared it to provide to Spritmuseum
17      to give them a better sense of what I'd be doing
18      in my exhibition.
19          Q.    Have you provided it to them?
20          A.    Yes.                                    10:15:45
21          Q.    Do you have a primary contact at the
22      Spritmuseum with respect to the exhibition or are
23      there several people that you're dealing with?
24          A.    There is a primary contact.
25          Q.    Who's your primary contact?            10:15:53
```

```
                                          Page 38
 1                        Gopnik
 2        A.    A Mia Sundberg; S-U-N-D-E-R-G, first
 3   name Mia, M-I-A.
 4        Q.    Do you have an understanding of the
 5   role of Ms. Sunderberg [sic] at the museum?      10:16:09
 6        A.    I don't know her title, but she is -- I
 7   think you'd call her the administrator or
 8   administrative curator, perhaps.
 9        Q.    Have you provided the document we've
10   marked as Exhibit 180 to Ms. Sunderberg?         10:16:33
11        A.    Sundberg, yes, I have.
12        Q.    Sundberg.  You have.
13              And is she -- how did you provide it to
14   her?
15              MR. SPRIGMAN:  Objection.              10:16:43
16        A.    By e-mail.
17        Q.    Did she have any comment on it?
18        A.    I believe she said this is excellent or
19   something to that effect.
20        Q.    Have you had any other communication   10:16:59
21   with Ms. Sundberg regarding your plans for the
22   exhibition?
23        A.    Yes.
24        Q.    How often have those communications
25   taken place?                                      10:17:12
```

```
                                                Page 39
 1                         Gopnik
 2              MR. SPRIGMAN:  Objection.
 3         A.    Approximately once every week or two.
 4         Q.    In Exhibit 180 you reference -- you
 5    name several artists in this document; is that     10:17:42
 6    correct?
 7         A.    That is correct.
 8         Q.    Are works from these artists in the
 9    permanent collection of the Spritmuseum?
10         A.    I don't know their permanent            10:17:55
11    collection, but not to my knowledge.
12         Q.    Is it your understanding that these
13    works will need to be borrowed from other museums?
14         A.    To the extent that those artists end up
15    in the final exhibition list, they would, yes.     10:18:11
16         Q.    Or other collectors, someone else
17    holding the works of art?
18         A.    That is correct.  But this is not a
19    list of artists in the final exhibition.
20         Q.    Have you made any efforts so far to      10:18:24
21    borrow works for the exhibit from museums or
22    collectors?
23         A.    That would not be my role as curator of
24    the exhibition.
25         Q.    You mentioned as part of your            10:18:55
```

```
                                              Page 40
 1                        Gopnik
 2    preparation you spoke with Mr. Sprigman and
 3    Mr. Millsaps; is that correct?
 4         A.    That is correct.
 5         Q.    And you're aware they are both        10:19:11
 6    attorneys at Lex Lumina?
 7         A.    I am.
 8         Q.    Do you know if there are any other
 9    attorneys affiliated with Lex Lumina?
10         A.    Not to my knowledge.                  10:19:21
11         Q.    How long have you known Mr. Sprigman?
12         A.    That's a good question.  I think we had
13    correspondence possibly two or three years ago, I
14    believe.
15         Q.    What was the subject of your          10:19:40
16    correspondence with Mr. -- let me first ask the
17    question:  The correspondence that you had with
18    Mr. Sprigman two or three years ago, did it relate
19    to you seeking or obtaining legal advice?
20         A.    No.                                   10:19:54
21         Q.    Did it relate to you being retained as
22    a consulting or testifying expert in a litigation?
23         A.    It did not.
24         Q.    What was the subject matter of that
25    correspondence?                                  10:20:09
```

```
                                            Page 41
 1                        Gopnik
 2       A.    I don't remember it exactly, but it
 3   would have been when I was working on articles
 4   about intellectual property in my work as an art
 5   critic.                                        10:20:20
 6       Q.    What was the subject of these articles
 7   that you just referred to?
 8       A.    Let me think for a minute, if I can
 9   think back.  I've often written articles about
10   Andy Warhol and copyright, so it would have been  10:20:35
11   in the context of such a thing, I believe.
12       Q.    And did your communications with
13   Mr. Sprigman involve Andy Warhol's copyright
14   issues?
15            MR. SPRIGMAN:  Objection.            10:21:05
16       A.    I honestly don't remember exactly.
17       Q.    What's your best recollection of those
18   communications?
19       A.    My guess is that they would have done,
20   because that's normally -- I know that they were  10:21:15
21   about intellectual property.  Whether they
22   involved Warhol specifically, I just can't
23   remember, I'm sorry.
24       Q.    Okay.  I'm going to caution you not to
25   guess.  I don't want you to speculate.  But you  10:21:28
```

```
                                           Page 42
 1                      Gopnik
 2     can give me your best recollection and give me the
 3     quality of the recollection.
 4              In that last answer were you giving me
 5     your best recollection?                    10:21:38
 6         A.    Yes.
 7         Q.    After corresponding with Mr. -- in your
 8     correspondence with Mr. Sprigman two or three
 9     years ago, do you recall what you said to him and
10     what he said to you?                        10:22:01
11              MR. SPRIGMAN:  Objection.
12         A.    No.
13         Q.    Since that correspondence two or three
14     years ago, what is the next time you had
15     communication with Mr. Sprigman?            10:22:12
16         A.    In the course of writing articles about
17     intellectual property, I believe Mr. Sprigman
18     might have sent me an e-mail congratulating me on
19     an article, that kind of occasional contact
20     between us, yes.                            10:22:29
21         Q.    Do you recall a specific article he
22     congratulated you on?
23         A.    I'm sorry, I don't.
24         Q.    Do you recall any other contacts prior
25     to being engaged for this litigation where you and  10:22:42
```

Page 255

1

2                    C E R T I F I C A T E

3      STATE OF NEW YORK      )

4                              : ss.

5      COUNTY OF NEW YORK     )

6

7              I, LAURIE A. COLLINS, a Registered

8         Professional Reporter and Notary Public

9         within and for the State of New York, do

10        hereby certify:

11             That BLAKE GOPNIK, the witness whose

12        deposition is hereinbefore set forth, was

13        duly sworn by me and that such deposition

14        is a true record of the testimony given by

15        the witness.

16             I further certify that I am not

17        related to any of the parties to this

18        action by blood or marriage and that I am

19        in no way interested in the outcome of this

20        matter.

21             IN WITNESS WHEREOF, I have hereunto

22        set my hand this 27th day of September

23        2022.

24

                                    *Laurie A. Collins*

25                       LAURIE A. COLLINS, RPR