# Exhibit 7



| | |
|---|---|
| Document title: | Blake Gopnik on Twitter: "My defense of @MasonRothschild as an artist, and of his #Metabirkins as art, in coversation with @DavidBrancaccio on @Marketplace radio this morning. I'm spittin' mad…https://t.co/vpQVdvCkZ6 @CJSprigman" / Twitter |
| Capture URL: | https://twitter.com/BlakeGopnik/status/1623730117326372867 |
| Page loaded at (UTC): | Fri, 24 Feb 2023 14:17:02 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2023 14:17:29 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 3RAk56uZqhqGV839Lc3ssv |
| User: | baker-nsamad |

PDF REFERENCE #:     shoE8H1o8sTzWdXxe8WYKK

← Tweet

Search Twitter

**Blake Gopnik**
@BlakeGopnik

My defense of @MasonRothschild as an artist, and of his #Metabirkins as art, in coversation with @DavidBrancaccio on @Marketplace radio this morning. I'm spittin' mad...marketplace.org/shows/marketpl...

@CJSprigman

marketplace.org
With NFTs, what does and doesn't count as art?
A federal district court in New York has ruled in favor of Hermès, the maker of the Birkin brand of handbag, in a trademark case against the artist behind the ...

5:06 PM · Feb 9, 2023 · **4,386** Views

**5** Retweets **2** Quote Tweets **7** Likes

**Dizzy** @izzydizzyonizzy · Feb 10
Replying to @BlakeGopnik @MasonRothschild and 3 others
Dude did himself in - it was a grift from the start. Playing the victim in this context has nothing to do with art, and it's an insult to people who take their craft seriously. Calling oneself an artist for very low-effort commercialization of others' existing IP is laughable.

othschild's credibility and artistic inten
y focusing on his business strategy,
isplaying text messages in which he
sked social media influencers to "do on
iore shill post" that might raise demanc
r his NFTs. The company's lawyer alsc

58

Show more replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Blake Gopnik**
@BlakeGopnik
Follow
My Warhol bio has been published, and I post my latest Warhol findings at Warholiana.com. My art Pics are at BlakeGopnik.com. I contribute to the NY Times.

## What's happening

NHL · Last night
**Rangers at Red Wings**

Trending in United States
**#FreeTheChips**
Trending with #entry

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
241K Tweets

Music · Trending
**Stevie Nicks**
1,483 Tweets

Sports · Trending
**Russell Wilson**
Trending with Pete Carroll, John Schneider

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Tweet

Search Twitter

Show more replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Blake Gopnik**
@BlakeGopnik

Follow

My Warhol bio has been published, and I post my latest Warhol findings at Warholiana.com. My art Pics are at BlakeGopnik.com. I contribute to the NY Times.

## What's happening

NHL · Last night
**Rangers at Red Wings**

Trending in United States
**#FreeTheChips**
Trending with #entry

Only on Twitter · Trending
**#MySchoolPresidentFinalEP**
241K Tweets

Music · Trending
**Stevie Nicks**
1,483 Tweets

Sports · Trending
**Russell Wilson**
Trending with Pete Carroll, John Schneider

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



