# Exhibit 8

| | |
|---|---|
| Document title: | Blake Gopnik on Twitter: "Just now online: My ☐ @washintonpost☐ OpEd on #Hermes, Mason Rothschild … and why the #Metabirkins are quite traditional art. https://t.co/PZ0FYYthNV" / Twitter |
| Capture URL: | https://twitter.com/BlakeGopnik/status/1629109622886858753 |
| Page loaded at (UTC): | Fri, 24 Feb 2023 22:06:07 GMT |
| Capture timestamp (UTC): | Fri, 24 Feb 2023 22:06:51 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | ww5tdvEQp2GE5s8dn4QMhu |
| User: | baker-nsamad |

PDF REFERENCE #:   hu1PskTrfXo84xAkcYoKJc








← Thread

Search Twitter

**Blake Gopnik**
@BlakeGopnik

Just now online: My @washintonpost OpEd on #Hermes, Mason Rothschild … and why the #Metabirkins are quite traditional art.

washingtonpost.com
Opinion | A misguided jury failed to see the art in Mason Rothschild's MetaBirkins
In playing off trademarked goods, the MetaBirkins artist was just doing what artists have always done.

1:22 PM · Feb 24, 2023 · **878** Views

**5** Retweets **7** Likes

**Blake Gopnik** @BlakeGopnik · 8h
Replying to @BlakeGopnik @MasonRothschild @CJSprigman
2 164

**Mason Rothschild** @MasonRothschild · 6h
Replying to @BlakeGopnik and @washintonpost
🤝 @BlakeGopnik
87

**Zarto** @zartostore
Get rid of all the dirt & dust you couldn't reach before! Clean like a pro!😎
✅ Cleans up every corner of your home and car
✅ Portable and Wireless handheld design
✅ Long-lasting rechargeable battery
✅ Strong suction power

Get yours👉 zarto.co/car-vacuum

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Blake Gopnik** Follow
@BlakeGopnik
My Warhol bio has been published, and I post my latest Warhol findings at Warholiana.com. My art Pics are at BlakeGopnik.com. I contribute to the NY Times.

## What's happening

NBA · Last night
**Warriors at Lakers**

Trending in United States
**#heartattack**
16.3K Tweets

Music · Trending
**TD Jakes**

Trending in United States
**Guilty**
73K Tweets

Family & relationships · Trending
**Cinnabon**
1,884 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

← Thread

Search Twitter

**Zarto** @zartostore

Get rid of all the dirt & dust you couldn't reach before! Clean like a pro!😎
✅ Cleans up every corner of your home and car
✅ Portable and Wireless handheld design
✅ Long-lasting rechargeable battery
✅ Strong suction power

Get yours👉 zarto.co/car-vacuum

772 2,364 20.8K 33.7M

Promoted

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Blake Gopnik** @BlakeGopnik

Follow

My Warhol bio has been published, and I post my latest Warhol findings at Warholiana.com. My art Pics are at BlakeGopnik.com. I contribute to the NY Times.

## What's happening

NBA · Last night
**Warriors at Lakers**

Trending in United States
**#heartattack**
16.3K Tweets

Music · Trending
**TD Jakes**

Trending in United States
**Guilty**
73K Tweets

Family & relationships · Trending
**Cinnabon**
1,884 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up