# Exhibit 9

| | |
|---|---|
| **From:** | Shane Glynn |
| **To:** | Ferguson, Gerald |
| **Subject:** | Consent to file amicus in Hermès v. Rothschild |
| **Date:** | Monday, October 23, 2023 10:09:55 PM |

[External Email: Use caution when clicking on links or opening attachments.]

Hello Mr. Ferguson

I am amicus counsel for Dr. Blake Gopnik, with whom I believe you are familiar, and intend to file an amicus brief in the Second Circuit in *Hermès v. Rothschild* on behalf of Mr. Gopnik, supporting Mr. Rothschild. The purpose of our brief is to urge the Court (i) to clarify that Mason Rothschild's MetaBirkin art falls well within the established tradition of business art, and (ii) to clarify that the presentation of a digital work of art as a non-fungible token does not detract from the work as art.

You can reach me via email or phone at (650) 215-0019 if you have any questions regarding this request.

Thank you,
Shane