UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

          Plaintiffs,

    -against-

MASON ROTHSCHILD,

          Defendant.

CIVIL ACTION NO.

22-CV-00384 (JSR)

### DECLARATION OF FRANCESCA ROGO

I, Francesca Rogo, declare as follows:

I am an attorney associated with the firm of Baker & Hostetler LLP, attorneys for Plaintiffs Hermès International and Hermès of Paris, Inc. ("Hermès") in the above-captioned case. I submit this declaration in support of Hermès's Opposition to Defendant's Request for Clarification of Injunction's Scope. I have firsthand knowledge of the matters stated herein.

1. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the September 23, 2022 deposition of Dr. Blake Gopnik.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Dr. Blake Gopnik, dated September 1, 2022 (previously filed at ECF No. 65-1).

3. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 180 from the September 23, 2022 deposition of Dr. Blake Gopnik, produced to plaintiffs by Dr. Blake Gopnik during discovery.

4. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Plaintiffs' Admitted Trial Exhibit 272.

5.  Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the February 3, 2023 trial transcript.

6.  Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the January 30, 2023 trial transcript.

7.  Attached hereto as **Exhibit 7** is a true and correct copy of a screenshot of Dr. Blake Gopnik's February 9, 2024 tweet, https://twitter.com/BlakeGopnik/status/1623730117326372867, captured February 24, 2023 using PageVault.

8.  Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot of Dr. Blake Gopnik's February 24, 2023 tweet, https ://twitter.com/BlakeGopnik/status/1629109622886858753, captured February 24, 2023 using PageVault.

9.  Attached hereto as **Exhibit 9** is a true and correct copy of an email from Shane Glynn, amicus counsel for Dr. Blake Gopnik, dated October 23, 2023.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 2, 2024  
New York, New York

By: *Francesca Rogo*  
Francesca Rogo