UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MASON ROTHSCHILD,<br><br>Defendant. | No. 22-cv-00384-JSR<br><br><br>**DECLARATION OF CHRISTOPHER J. SPRIGMAN** |

I, CHRISTOPHER J. SPRIGMAN, hereby declare as follows:

1.  I am a member of the law firm Lex Lumina PLLC, counsel to Defendant-Appellant Mason Rothschild in this action. I submit this declaration in support of Mr. Rothschild's letter motion for clarification of the scope of the Order of Permanent Injunction. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Dr. Blake Gopnik, dated September 23, 2022.

3.  On December 5, 2023, Dr. Gopnik reached out to me to connect me with the curators at the Spritmuseum in Stockholm, who wished to get in touch with Mr. Rothschild to ask for his permission to display some of the *MetaBirkins* artworks. That is when I and my firm first learned that Dr. Gopnik and the museum had decided to include *MetaBirkins* in the exhibition, and that is the extent of our communications with Dr. Gopnik about the exhibition. All of my discussions subsequently about this matter have been with the museum curators, with

whom I had never had any contact before Dr. Gopnik introduced us in December. Finally, neither I nor any of my colleagues at Lex Lumina—nor anyone else, as far as I am aware—has ever urged Dr. Gopnik to include *MetaBirkins* in the exhibition or given him any input on that decision.

4.      I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge.


Dated: February 6, 2024
       New York, New York

                                                    /s/ *Christopher J. Sprigman*
                                                    Christopher J. Sprigman