1:22-cv-00384-JSR

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 20 2024

　　At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of March, two thousand twenty-four.

Before:　　　Joseph F. Bianco,
　　　　　　　　　*Circuit Judge.*

---

Hermes International, Hermes of Paris, Inc.,

　　　　　Plaintiffs - Appellees,

v.

Mason Rothschild,

　　　　　Defendant - Appellant.

---

**ORDER**

Docket No. 23-1081

　　Appellant moves to stay the district court's February 14, 2023 judgment pending appeal, to supplement the record on appeal, and to seal the Appellee's response to his stay application. Appellee opposes the motion to stay the judgement.

　　IT IS HEREBY ORDERED that, to the extent that stay application requests a temporary stay pending review by a three-Judge panel, the stay is GRANTED. The motions are otherwise REFERRED to a three-Judge panel.

　　　　　　　　　　　　　　　　　　　For the Court**:**

　　　　　　　　　　　　　　　　　　　Catherine O'Hagan Wolfe,
　　　　　　　　　　　　　　　　　　　Clerk of Court



CERTIFIED COPY ISSUED ON 03-20-2024