**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| HERMÈS INTERNATIONAL and HERMÈS OF PARIS, INC., | No. 22-cv-384-JSR |
| Plaintiffs, | **DECLARATION OF MASON ROTHSCHILD** |
| v. | |
| "MASON ROTHSCHILD" a/k/a SONNY ESTIVAL, | |
| Defendant. | |

I, MASON ROTHSCHILD, hereby declare as follows:

1.      I am an artist, entrepreneur, business owner, and the defendant-appellant in this case.

2.      I submit this declaration based on my personal knowledge of the facts and statements contained herein.

3.      To comply with the Court's Order dated April 18, 2024, in granting my permission to the Spritmuseum to display *MetaBirkins* in the museum's upcoming exhibition on Andy Warhol and Business Art, I will require the museum to include the following statement in the text accompanying the exhibit:  "A jury in New York unanimously found that Mr. Rothschild had intentionally designed his NFTs to confuse the public into believing that they were in some way sponsored by Hermès, when in fact they were not."  I also will require that the text be displayed as prominently, and in the same manner, as the other exhibit text.

Case 1:22-cv-00384-JSR   Document 240   Filed 04/25/24   Page 2 of 2

4.      I note, however, that I object to being compelled to condition my permission on the inclusion of this (or any) statement; such compulsion violates the First Amendment, particularly given that display of *MetaBirkins* in a museum exhibit is not commercial speech.

5.      I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge.

Dated:  April 25, 2024
        Los Angeles, California

_____
Mason Aston p/k/a Mason Rothschild f/k/a Sonny Estival