S.D.N.Y. – N.Y.C.<br>
22-cv-384<br>
Rakoff, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of July, two thousand twenty-four.

Present:

    Eunice C. Lee,
    Myrna Pérez,
    Sarah A. L. Merriam,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 15 2024
```

---

Hermès International; Hermès of Paris, Inc.,

    *Plaintiffs-Appellees*,

v.                                                                                          23-1081

Mason Rothschild,

    *Defendant-Appellant*.

---

Appellant moves for a stay of the district court's judgment pending appeal, to supplement the record, and to seal certain documents. Upon due consideration, it is hereby ORDERED that the stay motion is DENIED. *See* Fed. R. Civ. P. 62(b); *In re Nassau Cty. Strip Search Cases*, 783 F.3d 414, 417 (2d Cir. 2015). It is further ORDERED that the motions to supplement the record and to seal documents are GRANTED.\*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



---

\* We grant the motion to seal primarily because the confidential parts of those documents are already covered by the district court's protective order, the motion to seal is unopposed, and no prejudice to any party or the public is currently apparent. However, the present decision should not be considered controlling on the sealing issue in future district court or appellate proceedings.

CERTIFIED COPY ISSUED ON 07/12/2024